# EXHIBIT A

2- Account numbers

# CREDIT APPLICATION

## HARRISON
### SUPER REGIONAL FOOD DISTRIBUTOR

175

DATE 3/11/11
SALESMAN Rodney Thoms
SALESMAN # 27

990 6043

| FEDERAL TAX I.D. NUMBER | SALES TAX CERTIFICATE NO. | CIGARETTE/TOBACCO PERMIT NUMBER |
|---|---|---|

**BILL**
NAME OF PURCHASER: A-Z WHOLESALERS, INC.
ADDRESS: 11100 HARRY HINES BLVD.
CITY, STATE, ZIP: DALLAS, TX 75229
ATTENTION OF:
PHONE NO. (972) 484-1153   FAX NO. (972) 488-1609

**SHIP TO**
BUSINESS NAME: A-Z WHOLESALERS, INC.
(dba) TRADE NAME: A-Z WHOLESALE
ADDRESS: 11100 HARRY HINES BLVD
CITY, STATE, ZIP: DALLAS, TX 75229
COUNTY: DALLAS   PHONE NO. (972) 484-1153

## BUSINESS FACTS OF PURCHASER

◻ Proprietorship   ◻ Partnership   ☒ Corporation   ◻ Franchise of _____

Length of time under new ownership 1999
Estimated $ Weekly Purchases _____
Manager's Name _____

Previous Business Name or Employment _____
NAME _____   ADDRESS _____
CITY _____   STATE _____   ZIP _____

Does Purchaser Own Business? ☑ Yes   ◻ No

If Owned, but Mortgaged, Name, Address and Phone No. of Mortgager
_____
_____
_____

If Leasing Building and/or Equipment, Name, Address and Phone No. of Lessors
_____
_____
_____

DUNS # _____
Person to Contact _____
Phone Number _____

## BANKING

BANK NAME: ONE WORLD BANK   PHONE # (972) 243-7775   BANK OFFICER MS. TRACY ROBINSON
ADDRESS: 2499 WALNUT HILL LANE
CITY, STATE, ZIP: DALLAS, TX 75229
ACCOUNT NO: 7867351

## TRADE REFERENCES: (other food distributors)

| NAME | ADDRESS | PHONE NO. | ACCT # |
|---|---|---|---|
| 1. SEE ATTACHED | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

173

Complete the following for each individual Proprietor, Partner, Manager, Corporate Officer, and Shareholder (if all shares are owned by 5 or less persons). Use additional sheets, if necessary.

★ BARKAT G. ALI , PRES & CEO     ★ _____
NAME AND TITLE                     NAME AND TITLE

616 CLARIDEN RANCH RD            _____
HOME ADDRESS                      HOME ADDRESS

SOUTHLAKE , TX 76092             _____
CITY, STATE, ZIP                  CITY, STATE, ZIP

★ _____     ★ _____
PREVIOUS ADDRESS IF LESS THAN 3 YEARS AT CURRENT    PREVIOUS ADDRESS IF LESS THAN 3 YEARS AT CURRENT

_____ 10 / 22 / 1950     _____
SOCIAL SECURITY NO          DOB    SOCIAL SECURITY NO.        DOB

                    ( 817 ) 491 7377
_____                    _____
DRIVER'S LICENSE NO.    HOME PHONE    DRIVER'S LICENSE NO      HOME PHONE
                    817- 491-3988

100 %                              _____
PERCENTAGE OF OWNERSHIP            PERCENTAGE OF OWNERSHIP

AMAN B. ALI ( 214 ) 682 - 6355    _____
NAME OF RELATIVE NOT LIVING WITH YOU    PHONE NUMBER    NAME OF RELATIVE NOT LIVING WITH YOU    PHONE NUMBER

★ _____     ★ _____
NAME AND TITLE                     NAME AND TITLE

_____         _____
HOME ADDRESS                       HOME ADDRESS

_____         _____
CITY, STATE, ZIP                   CITY, STATE, ZIP

★ _____     ★ _____
PREVIOUS ADDRESS IF LESS THAN 3 YEARS AT CURRENT    PREVIOUS ADDRESS IF LESS THAN 3 YEARS AT CURRENT

_____                    _____
SOCIAL SECURITY NO.         DOB    SOCIAL SECURITY NO.        DOB

_____                    _____
DRIVER'S LICENSE NO.    HOME PHONE    DRIVER'S LICENSE NO.    HOME PHONE

_____         _____
PERCENTAGE OF OWNERSHIP            PERCENTAGE OF OWNERSHIP

_____         _____
NAME OF RELATIVE NOT LIVING WITH YOU    PHONE NUMBER    NAME OF RELATIVE NOT LIVING WITH YOU    PHONE NUMBER

# CERTIFICATE OF RESALE
# TANGIBLE PERSONAL PROPERTY

I HEREBY CERTIFY: That I hold Limited Sales Tax Permit No. 32-00190814 7 issued pursuant to the Limited Sales, Excise, and Use Tax Law, and that the tangible personal property which I will purchase from Harrison Company, L.L.C., Bossier City, Louisiana, will be re-sold by me in the form of tangible personal property; however, if I make any use of the tangible personal property other than retention, demonstration or display while holding it for sale in the regular course of business, the use shall be taxable to me as of the time when the tangible personal property is first used, and the sales price of the property to me shall be deemed the measure of the tax.

NAME OF BUSINESS    A - Z WHOLESALERS, INC.

SIGNATURE _____ President

# Harrison Company, L.L.C.
## TERMS OR CONDITIONS

Parties hereby agree that all purchases made and extensions of credit are subject to the following terms and conditions:

1. All invoices are due and payable without discount on or before expiration of the terms assigned to the Account, and the terms have been explained to me. All sums received by Seller shall first be applied to the oldest charges, then to the next oldest, and so forth. Purchaser agrees to any interest on all·past due sums at the rate of 22 percent per annum.

2. The undersigned Purchaser agrees to pay Seller a service charge of $30.00 for all protested checks returned by their bank.

3. No credit will be extended unless the personal guaranty set out below is signed by a proprietor or partner. In the event that this guaranty is executed by more than one person, then, in such event the liabilities and obligations of the undersigned hereunder shall be joint and several and the relative wants herein shall be read so it is written in the plural.

4. The undersigned purchaser agrees that if it appears that the customer is insolvent or about to become insolvent or if any balance remains unpaid after same is due, that all credit may be terminated without notice until all balances are paid and until Seller receives such assurances as are sufficient in its sole opinion to insure that all future charges will be paid when due.

5. The undersigned Purchaser agrees to pay, in the event the account becomes delinquent and is turned over to an attorney or agency for collection, a reasonable fee. In no event shall such reasonable fee be less than 33⅓% of the balance due plus all attendant collection costs. It is understood that in the event of suit or action, that Bossier Parish, Louisiana is the venue for litigation. I/we understand we are waiving our right to litigate outside of Bossier Parish, Louisiana. We further covenant and agree, if suit is filed, that the Superior Court of Bossier Parish, LA retains both in rem and personam jurisdiction over us and all our assets.

6. The undersigned agrees to notify Seller by certified mail of any change of ownership of the Customer or of any change of financial status which renders or threatens to render the Customer insolvent and further agrees to be liable for all purchases should the undersigned fail to comply with said notification.

7. The parties hereby acknowledge that the statement for goods and/or services purchased from Seller are not payable in installments, but are payable in full as stated herein.

8. The covenants, waivers, releases and promises aforestated are made in consideration of Seller extending credit to the Purchaser on open account.

9. Seller may require that a new credit application be filed at any time and may terminate credit if such application is not filed.

10. This credit application and the following personal guaranty shall apply to all sales made by Seller to Purchaser and not merely to the business location or operation noted herein.

11. Purchaser warrants to Seller that the tobacco tax number and the sales tax number are valid and agrees to assume all liabilities associated with these representations.

12. Purchaser herein grants a UCC security interest in and to any and all of Purchaser's present and future inventory (including consigned inventory), related equipment, goods, merchandise, and other items of personal property, items held for sale, including any and all right of forfeiture, all insurance proceeds related to above related items whether now owned or hereafter acquired by purchaser and proceeds therefrom, for all stores that purchaser operates now and hereafter and for all related parties and entities.

13. Purchaser warrants to Seller that all financial information furnished for the purpose of obtaining credit is true, correct and complete in all material respects, and Purchaser authorizes Seller to investigate all references furnished pertaining to the credit and financial responsibility of Purchaser.

THIS APPLICATION MUST BE COMPLETED IN FULL (INCLUDING GUARANTY) AND MUST BE APPROVED BY SELLER'S CREDIT MANAGER BEFORE CREDIT WILL BE EXTENDED.

---

DATE 3/11/11

SALES REPRESENTATIVE (NAME & NUMBER) KODNEY Thomas #27

APPROVED, CREDIT MANAGER

---

PURCHASER (COMPANY NAME) A-Z WHOLESALES, INC.

PRINTED NAME OF PROPRIETOR/PARTNER, OR OFFICER BARKAT G. ALI    TITLE PRES. P CEO

X SIGNATURE OF ABOVE

---

I, the undersigned, hereby personally guarantee to the aforesaid Seller payment of any obligation of the aforesaid Purchaser and I hereby bind myself to pay you on demand any sum which may become due to you by the Purchaser whenever the Purchaser shall fail to pay the same. It is understood that this guaranty shall be a continuing and irrevocable guaranty and indemnity for such indebtedness of the Purchaser. I hereby waive notice of default, non-payment and notice thereof and consent to any modification or renewal of the credit agreement hereby guaranteed, and to all renewals of extension of credit. I further agree to pay, in the event the account becomes delinquent and is turned over to any attorney or collection agency for collection, a reasonable fee, and in no event shall such reasonable fee be less than 33⅓% of the balance due plus all attendant collection costs.

---

WITNESS

DATE

GUARANTOR'S SIGNATURE (OWNER, PARTNER)