**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-01057 |
| | § | |
| A-Z WHOLESALERS, INC., and | § | |
| BARKAT G. ALI | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF HARRISON COMPANY, L.L.C.'S CERTIFICATE OF INTERESTED PERSONS & RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Harrison Company, L.L.C. ("Harrison") certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Plaintiff Harrison Company, L.L.C.;

2. Defendant A-Z Wholesalers, Inc.; and

3. Defendant Barkat G. Ali.

Harrison is a limited liability company, and its sole member is Imperial Trading Co., L.L.C. ("Imperial"). Imperial is a limited liability company, and its members are: (1) the John D. Georges, Jr. Trust; (2) the Eliza Blaise Georges Trust; and, (3) the Alexandra Coleman Georges Trust. John D. Georges and Dathel C. Georges are the co-trustees of each of Imperial's three member trusts. No publicly owned company has any interest in any of those trusts.

1

Dated: May 2, 2019

Respectfully submitted,

/s/ *David L. Swanson*
David L. Swanson
  State Bar No. 19554625
  dswanson@lockelord.com
Joseph A. Unis, Jr.
  State Bar. No. 24075625
  junis@lockelord.com
Anna K. Finger
  State Bar No. 24105860
  anna.k.finger@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**