UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No.: 3:19-cv-01057-B |
| A-Z WHOLESALERS, INC., and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1, and Local Rules 3.1(c), 3.2(e), and 7.4, defendants, A-Z Wholesalers, Inc. and Barkat G. Ali, certify that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurer's affiliates, parent or subsidiary corporations, or their legal entities are financially interested in the outcome of this case:

1.    Harrison Company, L.L.C. – Plaintiff;

2.    A-Z Wholesalers, Inc. – Defendant; and,

3.    Barkat G. Ali – Defendant.

Respectfully submitted,

*/s/ Lars L. Berg*

Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Elizabeth A. Cuneo
State Bar No. 24100166
Elizabeth.cuneo@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2019, a true copy of the foregoing was served upon all counsel of record via the Court's CMECF system.

*/s/ Lars L. Berg*

Lars L. Berg