# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## JOINT REPORT NAMING MEDIATOR

Pursuant to the Scheduling Order (Doc. 9) in this case, the parties have agreed to the following mediator:

Christopher Nolland
1717 Main Street
Suite 5550
Dallas, TX 75201
T: (214) 653-4348
F: (214) 653-4343

1

Dated: October 7, 2019                             Respectfully Submitted,


*/s/ Anna K. Finger*_____
David L. Swanson
  State Bar No. 19554625
 dswanson@lockelord.com
Joseph A. Unis, Jr.
  State Bar No. 24075625
  junis@lockelord.com
Anna K. Finger
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF**

―AGREED―

*/s/ Lars L. Berg (with permission)*_____
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Elizabeth A. Cuneo
State Bar No. 24100166
Elizabeth.cuneo@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, I served the foregoing Joint Report Naming Mediator on all counsel of record via the Court's ECF system and/or via email.

*/s/ Anna K. Finger*