Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Co-Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No.: 3:19-cv-01057-B** |
| | § | |
| **v.** | § | |
| | § | |
| **A-Z WHOLESALERS, INC., and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

### DEFENDANTS' MOTION FOR LEAVE TO JOIN A PARTY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, A-Z Wholesalers, Inc., and Barkat Ali, (collectively, "Defendants"), requesting leave of the Court for leave to file an amended answer joining Imperial Trading Co., LLC as a named party plaintiff to this action, and in support thereof states as follows:

1.    In support of this Motion, Defendants are filing a contemporaneous Brief in Support of Defendants' Motion for Leave to Join A Party.

2.    Defendant asserts that good cause exists to grant leave to amend at this time in the case.

WHEREFORE, PREMISES CONSIDERED Defendants pray that the Court grant them leave to file their First Amended Answer, joining Imperial Trading Co.,LLC as a party plaintiff, and for such other and further relief to which they may show themselves justly entitled.

DATED: December 19, 2019.

Respectfully submitted,

  /s/ Lars L. Berg
Lars L. Berg
State Bar No. 00787072
Lars.berg@kellyhart.com
Elizabeth A. Cuneo
State Bar No. 24100166
Elizabeth.cuneo@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, suite 2500
Fort Worth, Texas 76102
Telephone (817) 332-2500
Facsimile  (817) 878-9280
ATTORNEYS FOR DEFENDANTS

Respectfully submitted,

  /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy Harvey Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
jeff@joycelindauer.com
guy@joycelindauer.com
**PROPOSED CO-COUNSEL**

## CERTIFICATE OF CONFERENCE

       I certify that on December 19, 2019, my associate, Guy Holman, conferred with opposing counsel of record for the Plaintiff, David Swanson, via telephone regarding Defendants' Motion for Leave to Join a Party.  The Parties were unable to reach agreement. Plaintiff is opposed.

      */s/ Joyce W. Lindauer*
      Joyce W. Lindauer


## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on December 19, 2019, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

      */s/ Joyce W. Lindauer*
      Joyce W. Lindauer