UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFF HARRISON COMPANY, LLC TO RESPOND TO DEFENDANTS' MOTIONS FOR LEAVE TO FILE FIRST AMENDED ANSWER AND TO JOIN PARTY**

Plaintiff Harrison Company, LLC ("Harrison") respectfully requests that the Court extend the deadline for Harrison to file Responses to (1) Defendants Motion for Leave to File First Amended Answer (Doc. 15), and (2) Defendants' Motion for Leave to Join a Party (Doc. 17), to January 16, 2020. Plaintiff's responses are presently due tomorrow, January 9, 2020. Defendants A-Z Wholesalers Inc. and Barkat G. Ali's counsel does not oppose this extension.

Respectfully submitted,

*[signature: Anna K. Finger]*

**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**

### CERTIFICATE OF CONFERENCE

I hereby certify that on January 8, 2020, I conferred via email with Lars L. Berg, counsel for Defendants, regarding the extension of the deadline to file Plaintiff's responses, and he agreed to Plaintiff's proposed extension.

/s/ *David L. Swanson*

### CERTIFICATE OF SERVICE

I certify that on January 8, 2020, I served this document on all counsel of record via the ECF system and/or email.

*[signature: Anna K. Finger]*

2