UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS and BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERRAL

Plaintiff's Motion to Compel (Doc. 25) is hereby is hereby **referred** to United States Magistrate Judge Rebecca Rutherford for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C. § 636(b).

Future pleadings concerning this motion <u>shall be filed with a transmittal letter addressed to Magistrate Judge Rutherford</u> so copies can be sent directly to him without delay.

SO ORDERED.

SIGNED: February 20, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE