UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § § | |

**ORDER ON HARRISON'S MOTION TO COMPEL
DOCUMENT PRODUCTION**

Came on for consideration the 25th day of February, Harrison Company LLC's ("Harrison") Motion to Compel Document Production (ECF No. 25, the "Motion"), due notice having been given, and the Court, having considered the Motion and the Defendants' response, finds that the Motion is well founded and should be, and hereby is, in all things GRANTED.

IT IS THEREFORE ORDERED that Defendants, or their counsel, shall produce all potentially responsive documents to Harrison's discovery requests and, if necessary, provide Harrison with a privilege log, on or before **March 9, 2020**;

IT IS FURTHER ORDERED that Defendants' counsel, on behalf of non-party Amar Ali, shall produce all potentially responsive documents to Harrison's subpoena to Amar Ali and, if necessary, provide Harrison with a privilege log, on or before **March 9, 2020**;

IT IS FURTHER ORDERED that Parties shall confer and agree on mutually agreeable time for Amar Ali's deposition at the offices of Locke Lord LLP, 2200 Ross

Avenue, Suite 2800, Dallas, Texas 75201 or at such other time and place agreed to by all parties in writing; and,

IT IS FURTHER ORDERED that Defendants shall pay to Harrison nine hundred dollars (**$900**), on or before **April 3, 2020,** for Harrison's reasonable expenses incurred in making the Motion, with the check deliverable to Harrison's counsel, Locke Lord LLP, c/o David L. Swanson, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201.

**SO ORDERED**.

February 28, 2020.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

Agreed as to form:

*/s/ David L. Swanson*_____
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**

*/s/ Guy H. Holman (with permission)*_____
**Joyce W. Lindauer**
  State Bar No. 21555700
  joyce@joycelindauer.com
**Jeffery M. Veteto**
  State Bar No. 24098548
  jeff@joycelindauer.com
**Guy H. Holman**
  State Bar No. 24098548
  guy@joycelindauer.com
**Joyce W. Lindauer Attorney, PLLC**
12720 Hillcrest Road, Suite 625
Dallas, Texas 75220
T: (972) 503-4033
F: (972) 503-4034

**ATTORNEYS FOR DEFENDANTS AND AMAR ALI**

3