UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS, INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

### ORDER TO SHOW CAUSE

Before the Court is Defendants' Renewed Motion for Leave to File First Amended Answer (Doc. 33). The Court previously granted Defendants' Motion for Leave to File First Amended Answer, and ordered Defendants to refile their proposed First Amended Answer. *See* Doc. 31, Mem. Op. & Order. While the Court stands by its ruling, on further review, the Court is concerned with the potential number and vagueness of Defendants' affirmative and other defenses.

For the reasons that follow, it is **ORDERED** that Defendants must **SHOW CAUSE** by **WEDNESDAY, MARCH 11, 2020**, why each answer is necessary and should not be stricken under Federal Rule of Civil Procedure 12(f). Plaintiff, if it deems necessary, must then respond by **WEDNESDAY, MARCH 18, 2020.** Failure to comply may result in a denial of Defendants' motion as to affirmative defenses and/or sanctions.

**SO ORDERED.**

**SIGNED: March 3, 2020**.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE