UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 3:19-cv-01057-B

2. Style of Case: *Harrison Company, L.L.C. v. A-Z Wholesalers, Inc. and Barkat G. Ali*

3. Nature of suit: Breach of Contract

4. Method of ADR used: Mediation

5. Date of ADR session: April 10, 2020

6. Outcome of ADR: Not settled; Mediator is continuing to work with the parties

7. TOTAL fee: $7,000.00

8. Duration of ADR: one day

9. Please list persons in attendance:

    David L. Swanson
    Wayne Baquet
    Brad Prendergast
    Joyce W. Lindauer
    Guy Holman
    Barkat G. Ali
    Amar Ali
    Christopher Nolland, Mediator

    **Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.**

10. Provider information:

    /s/ Christopher Nolland                              April 14, 2020
    Christopher Nolland

    1717 Main Street, Suite 5550, Box 39                 Telephone: (214) 653-4360
    Dallas, Texas 75201-4639                             Facsimile: (214) 653-4343

<u>Name and Address of Counsel</u>:

David L. Swanson
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
214.740.8000

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
972.503.4033

Guy Holman
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
972.503.4033

C:\Users\krist\Desktop\N Drive Copy\! MEDIATION\8504.2590 Harrison Co. v. A-Z Wholesalers\Northern District Summary Report.wpd