UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § § | |

**AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER AND BRIEF IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1, Plaintiff Harrison Company, LLC ("Harrison") and Defendants A-Z Wholesalers Inc. and Barkat G. Ali (collectively, "Defendants") file this Agreed Motion for Entry of Agreed Protective Order and Brief in Support and state:

1. Harrison and Defendants (collectively, the "Parties") seek to exchange certain documents during discovery in this case that may include sensitive, proprietary, and/or confidential information, including—but not limited to—confidential financial information.

2. Under Federal Rule of Civil Procedure 26(c)(1), the Court may, for good cause, issue an order requiring that information not be revealed, or be revealed only in a specified way, and requiring that the parties file specified documents or information under seal.

3. Good cause exists for entry of a protective order because the information to be exchanged is proprietary, financial, and commercial information not publicly known. *See, e.g.*, *Total Rx Care, LLC v. Great Northern Ins. Co.*, 2016 WL 9559917, at *2 (N.D. Tex. Dec. 30, 2016).

1

4. The Parties have agreed to an Agreed Protective Order in the form attached as Exhibit "A," which will govern the use and disclosure of documents produced in the above-captioned lawsuit.

5. In order to protect the confidential information of the Parties, Harrison and Defendants respectfully requests that the Court enter the Agreed Protective Order.

Respectfully submitted,

/s/ *Joseph A. Unis, Jr.*
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800
**ATTORNEYS FOR PLAINTIFF**
**HARRISON COMPANY, L.L.C.**

*/s/ Guy H. Holman (with permission)*
**Joyce W. Lindauer**
  State Bar No. 21555700
  joyce@joycelindauer.com
**Jeffery M. Veteto**
  State Bar No. 24098548
  jeffery@joycelindauer.com
**Guy Harvey Holman**
  State Bar No. 24095171
**JOYCE W. LUNDAUER, ATTORNEY PLLC**
12720 Hillcrest Road Suite 625
Dallas, Texas 75230
T: (972) 503-4033
F: (972) 503-4034
**ATTORNEYS FOR DEFENDANTS**

2

## **CERTIFICATE OF SERVICE**

      I certify that on April 29, 2020, I served a copy of the foregoing document on all parties through their counsel of record via the Court's ECF system.

                                 */s/ Anna K. Finger*
                                 Counsel for Plaintiff