UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| **A-Z WHOLESALERS INC.** and **BARKAT G. ALI,** | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF AGREEMENT TO EXTEND DISCOVERY DEADLINE

Plaintiff Harrison Company LLC ("Plaintiff"), and Defendants A-Z Wholesalers Inc. and Barkat G. Ali (collectively, "Defendants"), file this Joint Notice of Agreement to Extend Discovery Deadline, pursuant to Paragraph 5 of the Court's Scheduling Order (Doc. 9), and state:

1. Pursuant to the Court's Scheduling Order (Doc. 9), the parties are to complete discovery by May 17, 2020. The parties hereby notify the Court that the parties have agreed to extend that deadline.

2. Plaintiff's counsel and Defendants' counsel discussed the need to extend the discovery deadline due to the limitations resulting from the COVID-19 pandemic and the parties' need to reschedule depositions.

3. Accordingly, the parties have agreed to extend the discovery deadline until July 24, 2020. No other deadlines are affected by this agreement.

Respectfully submitted,

/s/ *Joseph A. Unis, Jr.*
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**

/s/ *Joyce W. Lindauer*
**Joyce W. Lindauer**
  State Bar No. 21555700
  joyce@joycelindauer.com
**Jeffery M. Veteto**
  State Bar No. 24098548
  jeffery@joycelindauer.com
**Guy Harvey Holman**
  State Bar No. 24095171
  guy@joycelindauer.com
**JOYCE W. LINDAUER ATTORNEY, PLLC**
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
T: (972) 503-4033
F: (972) 503-4034

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I certify that on April 30, 2020, I served this document on all counsel of record via the ECF system and/or email.

                                               /s/ *Joseph A. Unis, Jr.*
                                               Counsel for Plaintiff