Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** § § § | | |
| Plaintiff, § | Civil Action No.: 3:19-cv-01057-B | |
| § § | | |
| v. § § | | |
| **A-Z WHOLESALERS, INC., and** § **BARKAT G. ALI,** § § | | |
| Defendants. § | | |

### SECOND AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE**:

COME NOW, A-Z Wholesalers, Inc., and Barkat Ali, (collectively, "Defendants"), pursuant to the Court's *Order to Show Cause* [D.E. 35] (the "Show Cause Order") and Memorandum *Opinion and Order* [D.E. 40] (the "Order"), files their *Second Amended Motion for Leave to File First Amended Answer* (the "Second Amendment"), with proposed affirmative defenses and jury demand, and in support thereof states as follows:

## BACKGROUND

1. In responding to the Court's Show Cause Order [D.E. 35], the Defendants admittedly misunderstood the Court's instructions. Being now fully apprised of the Court's requirements, Defendants do hereby offer their Second Amendment as it relates to its affirmative defenses of "accord & satisfaction" and "unclean hands".

2. For the Court's convenience, Defendants' First Amended Answer is attached hereto.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that these necessary revisions satisfy the Court's Order to Show Cause. Additionally, for all the reasons stated herein, the Court should enter an order granting the Defendants Second Amended Motion for Leave and instruct the clerk to enter onto the docket Defendants' *First Amended Answer* attached hereto.

DATED: May 6, 2020.

    Respectfully submitted,

      /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Guy Harvey Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
jeff@joycelindauer.com
guy@joycelindauer.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 6, 2020, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

                                                             /s/ Joyce W. Lindauer
                                                             Joyce W. Lindauer