UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| **A-Z WHOLESALERS INC. and BARKAT G. ALI,** | § § § § | |
| **Defendants.** | § | |

## ORDER SUSTAINING HARRISON'S OBJECTIONS AND GRANTING HARRISON'S MOTION TO STRIKE DEFENDANTS' SUMMARY JUDGMENT EVIDENCE

Came on for consideration this day Plaintiff Harrison Company LLC ("Harrison")'s Objections to and Motion to Strike Defendants' Summary Judgment Evidence (the "Motion") and the Court, having considered the Motion, the Brief in Support, and any response or reply, finds that Harrison's objections should be, and hereby are, **SUSTAINED** and the Motion should be, and here by is, in all things, **GRANTED**. It is therefore,

**ORDERED, ADJUDGED,** and **DECREED** that all statements in the Declaration of Amar Ali and the Declaration of Barkat Ali filed by Defendants in their Appendix to Brief in Support of Motion for Summary Judgment (Doc. 56) to which Harrison objected in the Motion are **STRICKEN** and will not be considered in the Court's analysis of the Parties' cross-motions for summary judgment.

Signed on the ____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE