IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, LLC., | § § § | |
| Plaintiff, | § § | Civil Action No.: 3:19-cv-01057-B |
| v. | § § § | |
| A-Z WHOLESALERS, INC., and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## ORDER DENYING PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT

**CAME ON BEFORE THE COURT**, *Plaintiff's Motion And Brief For Summary Judgment* [D.E. 51/52] (the "Motion"). Having considered the pleadings, the responses thereto, and the arguments of counsel, the Court finds good cause to DENY Plaintiff's Motion for Summary Judgment. It is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Summary is hereby denied and shall take nothing from Defendants. It is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be taxed with the cost of the suit and pay Defendants reasonable attorney's fees.

Entered this _____

_____
PRESIDING JUDGE