# HARRISON
**SUPER REGIONAL FOOD DISTRIBUTOR**

## STATEMENT

REMIT TO: PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS. TERMS BEGIN ON DATE OF INVOICE.

# HARRISON
**SUPER REGIONAL FOOD DISTRIBUTOR**
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX
75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT | BALANCE | INVOICE NO. | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 7/03/14 | 2768614 | usst082 | 1460.43- | 1460.43- | 1460.43- | 2768614 | 1460.43- |
| 7/03/14 | 2768615 | usst032 | 1424.20- | 1424.20- | 2884.63- | 2768615 | 1424.20- |
| 7/03/14 | 2768616 | usst066 | 1512.37- | 1512.37- | 4397.00- | 2768616 | 1512.37- |
| 7/03/14 | 2768617 | usst060 | 1563.50- | 1563.50- | 5960.50- | 2768617 | 1563.50- |
| 7/03/14 | 2768618 | usst042 | 1464.21- | 1464.21- | 7424.71- | 2768618 | 1464.21- |
| 8/17/14 | 2794934 | USST084 | 1470.07- | 1470.07- | 8894.78- | 2794934 | 1470.07- |
| 8/17/14 | 2794935 | USST045 | 1486.15- | 1486.15- | 10380.93- | 2794935 | 1486.15- |
| 8/17/14 | 2794937 | USST068 | 1516.81- | 1516.81- | 11897.74- | 2794937 | 1516.81- |
| 8/17/14 | 2794938 | USST026 | 1467.00- | 1467.00- | 13364.74- | 2794938 | 1467.00- |
| 8/17/14 | 2794946 | USST018 | 1491.77- | 1491.77- | 14856.51- | 2794946 | 1491.77- |
| 8/18/14 | 2795371 | USST091 | 1569.57- | 1569.57- | 16426.08- | 2795371 | 1569.57- |
| 12/21/14 | 2871248 | INVOICE | 10721.65 | 10721.65 | 5704.43- | 2871248 | 10721.65 |
| 12/24/14 | 2873346 | INVOICE | 104063.73 | 104063.73 | 98359.30 | 2873346 | 104063.73 |
| 12/28/14 | 2875059 | INVOICE | 106185.15 | 106185.15 | 204544.45 | 2875059 | 106185.15 |
| 12/31/14 | 2876555 | INVOICE | 73782.22 | 73782.22 | 278326.67 | 2876555 | 73782.22 |
| 1/04/15 | 2876743 | INVOICE | 10189.50 | 10189.50 | 288516.17 | 2876743 | 10189.50 |
| 1/04/15 | 2877424 | INVOICE | 2748.98 | 2748.98 | 291265.15 | 2877424 | 2748.98 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | | Balance |
|---|---|---|---|---|---|---|
| | | | | | | <-- Due --> |

**APP226**

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR

STATEMENT

REMIT TO: PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS. TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT | BALANCE |
|---|---|---|---|---|---|
| 1/04/15 | 2878211 | INVOICE | 61446.27 | 61446.27 | 352711.42 |
| 1/07/15 | 2880212 | INVOICE | 10545.00 | 10545.00 | 363256.42 |
| 1/07/15 | 2880217 | INVOICE | 74529.87 | 74529.87 | 437786.29 |
| 1/11/15 | 2881754 | INVOICE | 11103.02 | 11103.02 | 448889.31 |
| 1/11/15 | 2882713 | INVOICE | 12156.10 | 12156.10 | 461045.41 |
| 1/11/15 | 2882899 | INVOICE | 10545.00 | 10545.00 | 471590.41 |
| 1/11/15 | 2882928 | INVOICE | 98892.47 | 98892.47 | 570482.88 |
| 1/12/15 | 2883346 | 2880217 | 10.04- | 10.04- | 570472.84 |
| 1/13/15 | 2883905 | 2881754 | 49.16- | 49.16- | 570423.68 |
| 1/13/15 | 2883906 | INVOICE | 43.99 | 43.99 | 570467.67 |
| 1/14/15 | 2884261 | INVOICE | 5272.50 | 5272.50 | 575740.17 |
| 1/14/15 | 2884263 | INVOICE | 105014.99 | 105014.99 | 680755.16 |
| 1/15/15 | 2884855 | 2878211 | 216.19- | 216.19- | 680538.97 |
| 1/18/15 | 2885331 | INVOICE | 2417.58 | 2417.58 | 682956.55 |
| 1/18/15 | 2886435 | INVOICE | 11581.08 | 11581.08 | 694537.63 |
| 1/18/15 | 2886640 | INVOICE | 106259.07 | 106259.07 | 800796.70 |
| 1/18/15 | 2886645 | INVOICE | 11507.25 | 11507.25 | 812303.95 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | Balance <-- Due --> |
|---|---|---|---|---|---|

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR

REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7587 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX
75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2878211 | 61446.27 |
| 2880212 | 10545.00 |
| 2880217 | 74529.87 |
| 2881754 | 11103.02 |
| 2882713 | 12156.10 |
| 2882899 | 10545.00 |
| 2882928 | 98892.47 |
| 2883346 | 10.04- |
| 2883905 | 49.16- |
| 2883906 | 43.99 |
| 2884261 | 5272.50 |
| 2884263 | 105014.99 |
| 2884855 | 216.19- |
| 2885331 | 2417.58 |
| 2886435 | 11581.08 |
| 2886640 | 106259.07 |
| 2886645 | 11507.25 |

**APP227**

# HARRISON STATEMENT
## SUPER REGIONAL FOOD DISTRIBUTOR

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | | PAGE |
|---|---|---|
| NET 14 DAYS | | 3 |

| SALESMAN | | NUMBER |
|---|---|---|
| RODNEY THOMAS | | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX  75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT. | BALANCE |
|---|---|---|---|---|---|
| 1/20/15 | 2888298 | 2881754 | 100.08- | 100.08- | 812203.87 |
| 1/21/15 | 2888676 | INVOICE | 106443.53 | 106443.53 | 918647.40 |
| 1/25/15 | 2889823 | INVOICE | 27415.91 | 27415.91 | 946063.31 |
| 1/25/15 | 2890968 | INVOICE | 12263.05 | 12263.05 | 958326.36 |
| 1/25/15 | 2891180 | INVOICE | 107168.83 | 107168.83 | 1065495.19 |
| 1/28/15 | 2892869 | INVOICE | 108439.69 | 108439.69 | 1173934.88 |
| 2/01/15 | 2894061 | INVOICE | 2100.50 | 2100.50 | 1176035.38 |
| 2/01/15 | 2894992 | INVOICE | 12296.35 | 12296.35 | 1188331.73 |
| 2/01/15 | 2895001 | INVOICE | 109898.90 | 109898.90 | 1298230.63 |
| 2/04/15 | 2895134 | INVOICE | 213.85 | 213.85 | 1298444.48 |
| 2/04/15 | 2896747 | INVOICE | 97055.91 | 97055.91 | 1395500.39 |
| 2/08/15 | 2897298 | INVOICE | 10592.38 | 10592.38 | 1406092.77 |
| 2/08/15 | 2898126 | INVOICE | 10726.66 | 10726.66 | 1416819.43 |
| 2/08/15 | 2899623 | INVOICE | 106587.15 | 106587.15 | 1523406.58 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | |
|---|---|---|---|---|---|
| 225175.95 | 232735.44 | 146847.79 | 348179.73 | 570467.67 | 1523406.58 |

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | | PAGE |
|---|---|---|
| NET 14 DAYS | | 3 |

| SALESMAN | | NUMBER |
|---|---|---|
| RODNEY THOMAS | | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX
                75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2888298 | 100.08- |
| 2888676 | 106443.53 |
| 2889823 | 27415.91 |
| 2890968 | 12263.05 |
| 2891180 | 107168.83 |
| 2892869 | 108439.69 |
| 2894061 | 2100.50 |
| 2894992 | 12296.35 |
| 2895001 | 109898.90 |
| 2895134 | 213.85 |
| 2896747 | 97055.91 |
| 2897298 | 10592.38 |
| 2898126 | 10726.66 |
| 2899623 | 106587.15 |

| Balance | |
|---|---|
| <-- Due --> | 1523406.58 |

# APP228

# HARRISON    STATEMENT

**SUPER REGIONAL FOOD DISTRIBUTOR**

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS          TX  75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT | BALANCE |
|---|---|---|---|---|---|
| 5/04/14 | 2732081 | INVOICE | 1716.50 | 100.00 | 100.00 |
| 9/17/14 | 2814419 | INVOICE | 48230.39 | 3102.00 | 3202.00 |
| 12/21/14 | 2869441 | INVOICE | 7977.82 | 7977.82 | 11179.82 |
| 12/21/14 | 2870087 | INVOICE | 2346.02 | 2346.02 | 13525.84 |
| 12/21/14 | 2871251 | INVOICE | 1501.50 | 1501.50 | 15027.34 |
| 12/24/14 | 2873389 | INVOICE | 54836.59 | 54836.59 | 69863.93 |
| 12/28/14 | 2875057 | INVOICE | 56498.06 | 56498.06 | 126361.99 |
| 12/31/14 | 2876557 | INVOICE | 37382.33 | 37382.33 | 163744.32 |
| 1/04/15 | 2876747 | INVOICE | 8137.75 | 8137.75 | 171882.07 |
| 1/04/15 | 2877425 | INVOICE | 1774.60 | 1774.60 | 173656.67 |
| 1/04/15 | 2878212 | INVOICE | 37777.78 | 37777.78 | 211434.45 |
| 1/07/15 | 2880277 | INVOICE | 30558.50 | 30558.50 | 241992.95 |
| 1/08/15 | 2880860 | 2878212 | 108.32- | 108.32- | 241884.63 |
| 1/11/15 | 2881755 | INVOICE | 4390.50 | 4390.50 | 246275.13 |
| 1/11/15 | 2882715 | INVOICE | 8465.92 | 8465.92 | 254741.05 |
| 1/11/15 | 2882934 | INVOICE | 31279.19 | 31279.19 | 286020.24 |
| 1/14/15 | 2884267 | INVOICE | 43194.44 | 43194.44 | 329214.68 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | | Balance |
|---|---|---|---|---|---|---|
| | | | | | | <-- Due --> |

# HARRISON

**SUPER REGIONAL FOOD DISTRIBUTOR**

REMIT TO:  P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS          TX
                75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2732081 | 100.00 |
| 2814419 | 3102.00 |
| 2869441 | 7977.82 |
| 2870087 | 2346.02 |
| 2871251 | 1501.50 |
| 2873389 | 54836.59 |
| 2875057 | 56498.06 |
| 2876557 | 37382.33 |
| 2876747 | 8137.75 |
| 2877425 | 1774.60 |
| 2878212 | 37777.78 |
| 2880277 | 30558.50 |
| 2880860 | 108.32- |
| 2881755 | 4390.50 |
| 2882715 | 8465.92 |
| 2882934 | 31279.19 |
| 2884267 | 43194.44 |

# APP229

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR

## STATEMENT

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS          TX
          75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDITI

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT. | BALANCE | INVOICE NO. | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 1/18/15 | 2885332 | INVOICE | 1761.86 | 1761.86 | 330976.54 | 2885332 | 1761.86 |
| 1/18/15 | 2886436 | INVOICE | 10481.66 | 10481.66 | 341458.20 | 2886436 | 10481.66 |
| 1/18/15 | 2886642 | INVOICE | 38475.33 | 38475.33 | 379933.53 | 2886642 | 38475.33 |
| 1/21/15 | 2888775 | INVOICE | 44173.18 | 44173.18 | 424106.71 | 2888775 | 44173.18 |
| 1/25/15 | 2889824 | INVOICE | 12598.85 | 12598.85 | 436705.56 | 2889824 | 12598.85 |
| 1/25/15 | 2890970 | INVOICE | 9938.04 | 9938.04 | 446643.60 | 2890970 | 9938.04 |
| 1/25/15 | 2891179 | INVOICE | 44109.02 | 44109.02 | 490752.62 | 2891179 | 44109.02 |
| 1/28/15 | 2892889 | INVOICE | 43509.42 | 43509.42 | 534262.04 | 2892889 | 43509.42 |
| 2/01/15 | 2894062 | INVOICE | 1655.10 | 1655.10 | 535917.14 | 2894062 | 1655.10 |
| 2/01/15 | 2894993 | INVOICE | 8919.12 | 8919.12 | 544836.26 | 2894993 | 8919.12 |
| 2/01/15 | 2894999 | INVOICE | 38847.30 | 38847.30 | 583683.56 | 2894999 | 38847.30 |
| 2/02/15 | 2895593 | 2892889 | 92.10- | 92.10- | 583591.46 | 2895593 | 92.10- |
| 2/04/15 | 2895135 | INVOICE | 32.90 | 32.90 | 583624.36 | 2895135 | 32.90 |
| 2/04/15 | 2896749 | INVOICE | 49150.65 | 49150.65 | 632775.01 | 2896749 | 49150.65 |
| 2/08/15 | 2897308 | INVOICE | 10614.10 | 10614.10 | 643389.11 | 2897308 | 10614.10 |
| 2/08/15 | 2898127 | INVOICE | 3330.08 | 3330.08 | 646719.19 | 2898127 | 3330.08 |
| 2/08/15 | 2899620 | INVOICE | 63439.11 | 63439.11 | 710158.30 | 2899620 | 63439.11 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | | Balance | |
|---|---|---|---|---|---|---|---|
| 126566.84 | 92838.84 | 66645.91 | 138086.47 | 286020.24 | 710158.30 | <-- Due --> | 710158.30 |

**APP230**

# HARRISON   STATEMENT
**SUPER REGIONAL FOOD DISTRIBUTOR**

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| *** CORPORATE SUMMARY *** | 1 |

| SALESMAN | NUMBER |
|---|---|
| CONTACT: JANE GREENE EXT. 50 | |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 175 |

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.

DALLAS              TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT. | BALANCE |
|---|---|---|---|---|---|
| Customer Name | | | Cust # | Store # | Amount Due |
| A-Z WHOLESALE/DALLAS | | | 17501 | | 1523406.58 |
| A-Z WHOLESALE/WACO | | | 17502 | | 710158.30 |
| CORPORATE TRANSACTIONS ---> | | | | | .01- |
| | | | Corporate Amount Due: | | 2233564.87 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days |
|---|---|---|---|---|

HARRISON
**SUPER REGIONAL FOOD DISTRIBUTOR**
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567  *  318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| *** CORPORATE SUMMARY *** | |

| SALESMAN | NUMBER |
|---|---|
| CONTACT: JANE GREENE EXT. 5 | |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 175 |

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.

DALLAS              TX
            75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| Corp. Due: | 2233564.87 |

| Balance |
|---|
| <-- Due --> |

**APP231**

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History
Jan 1  To Oct 01 2012

PAGE     1

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 1 | 808,300 | NEWPORT BX K FSC | | 30 | 2,268,453 | 1,120,105 |
| | | | | | TOTAL | 30 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 2 | | | | 120 | 2,268,438 | 1,120,108 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,271,817 | 1,120,111 |
| | | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 3 | | | | 150 | 2,271,885 | 1,120,115 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,275,251 | 1,120,118 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 4 | | | | 120 | 2,275,160 | 1,120,122 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 90 | 2,278,773 | 1,120,125 |
| | | | | | TOTAL | 210 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 7 | | | | 120 | 2,285,675 | 1,120,212 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,288,910 | 1,120,215 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 8 | | | | 150 | 2,288,853 | 1,120,219 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,292,576 | 1,120,222 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 9 | | | | 150 | 2,292,654 | 1,120,226 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,296,198 | 1,120,229 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 10 | | | | 120 | 2,296,803 | 1,120,304 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,299,407 | 1,120,307 |
| | | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 12 | | | | 150 | 2,302,938 | 1,120,318 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,306,049 | 1,120,321 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 13 | | | | 150 | 2,306,339 | 1,120,325 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,309,393 | 1,120,328 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 17 | | | | 120 | 2,319,150 | 1,120,422 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,321,739 | 1,120,425 |

**APP232**

10/02/12   15:05:30

DHIST KDHISCIGAZ/isqry

Cig History

Jan 1   To Oct 01 2012

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

PAGE   2

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 18 | 808,300 | NEWPORT BX K FSC | 150 | 2,322,421 | 1,120,429 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 150 | 2,324,899 | 1,120,502 |
| | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 19 | | | 300 | 2,325,068 | 1,120,506 |
| | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 21 | | | 150 | 2,332,194 | 1,120,520 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 150 | 2,335,513 | 1,120,523 |
| | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 22 | | | 180 | 2,336,412 | 1,120,527 |
| | | | | TOTAL | 180 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 23 | | | 150 | 2,343,253 | 1,120,606 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 24 | | | 150 | 2,346,613 | 1,120,613 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 25 | | | 150 | 2,346,851 | 1,120,617 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 26 | | | 300 | 2,353,791 | 1,120,627 |
| | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 27 | | | 120 | 2,354,636 | 1,120,701 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 90 | 2,356,922 | 1,120,704 |
| | | | | TOTAL | 210 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 28 | | | 150 | 2,357,007 | 1,120,708 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 90 | 2,360,669 | 1,120,711 |
| | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 29 | | | 120 | 2,360,998 | 1,120,715 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 120 | 2,363,840 | 1,120,718 |
| | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 30 | | | 120 | 2,364,131 | 1,120,722 |

APP233

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1   To Oct 01 2012

PAGE   3

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 30 | 808,300 | NEWPORT BX K FSC | 150 | 2,366,647 | 1,120,725 |
| | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 31 | | | 120 | 2,367,776 | 1,120,729 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 120 | 2,370,293 | 1,120,801 |
| | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 32 | | | 120 | 2,371,215 | 1,120,805 |
| | | | | TOTAL | 120 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 33 | | | 90 | 2,377,268 | 1,120,815 |
| | | | | TOTAL | 90 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 34 | | | 90 | 2,377,668 | 1,120,819 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 180 | 2,380,962 | 1,120,822 |
| | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 35 | | | 180 | 2,381,306 | 1,120,826 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 180 | 2,384,917 | 1,120,829 |
| | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 36 | | | 180 | 2,385,209 | 1,120,902 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 180 | 2,390,900 | 1,120,905 |
| | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 37 | | | 180 | 2,391,301 | 1,120,909 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 150 | 2,395,018 | 1,120,912 |
| | | | | TOTAL | 330 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 38 | | | 180 | 2,395,241 | 1,120,916 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 180 | 2,339,523 | 1,120,919 |
| | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 39 | | | 120 | 2,400,251 | 1,120,923 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 120 | 2,403,459 | 1,120,926 |
| | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 40 | | | 120 | 2,404,279 | 1,120,930 |
| | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 1 | | | 90 | 2,268,462 | 1,120,105 |

APP234

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

PAGE   4

Jan 1   To Oct 01 2012

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 2 | 808,300 | NEWPORT BX K FSC | 120 | 2,268,439 | 1,120,108 |
| | A-Z WHOLESALE/WACO | | | | 150 | 2,271,823 | 1,120,111 |
| | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 3 | | | 120 | 2,271,886 | 1,120,115 |
| | A-Z WHOLESALE/WACO | | | | 90 | 2,275,259 | 1,120,118 |
| | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 4 | | | 120 | 2,275,161 | 1,120,122 |
| | A-Z WHOLESALE/WACO | | | | 150 | 2,278,774 | 1,120,125 |
| | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 6 | | | 150 | 2,285,590 | 1,120,208 |
| | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 7 | | | 150 | 2,285,676 | 1,120,212 |
| | A-Z WHOLESALE/WACO | | | | 150 | 2,288,920 | 1,120,215 |
| | | | | TOTAL | 300 | | |
| 17,502 | A-Z WHOLESALE/WACO | 8 | | | 90 | 2,288,855 | 1,120,219 |
| | A-Z WHOLESALE/WACO | | | | 120 | 2,292,618 | 1,120,222 |
| | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 9 | | | 150 | 2,292,656 | 1,120,226 |
| | A-Z WHOLESALE/WACO | | | | 60 | 2,296,208 | 1,120,229 |
| | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 10 | | | 60 | 2,296,805 | 1,120,304 |
| | A-Z WHOLESALE/WACO | | | | 60 | 2,299,478 | 1,120,307 |
| | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 12 | | | 90 | 2,302,939 | 1,120,318 |
| | A-Z WHOLESALE/WACO | | | | 60 | 2,306,062 | 1,120,321 |
| | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 13 | | | 90 | 2,306,340 | 1,120,325 |
| | A-Z WHOLESALE/WACO | | | | 90 | 2,309,434 | 1,120,328 |
| | | | | TOTAL | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 18 | | | 90 | 2,324,955 | 1,120,502 |

APP235

```
10/02/12   15:05:30                                          Cig History                                                      PAGE   5
DHIST
KDHISCIGAZ/isqry                                    Jan 1  To Oct 01 2012
```

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 19 | 808,300 | NEWPORT BX K FSC | 90 | 2,325,069 | 1,120,506 |
|  |  |  |  | TOTAL | 90 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 21 |  |  | 180 | 2,335,547 | 1,120,523 |
|  |  |  |  | TOTAL | 180 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 22 |  |  | 180 | 2,336,427 | 1,120,527 |
|  |  |  |  | TOTAL | 180 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 23 |  |  | 150 | 2,340,589 | 1,120,603 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 90 | 2,343,269 | 1,120,606 |
|  |  |  |  | TOTAL | 240 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 24 |  |  | 60 | 2,343,691 | 1,120,610 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 90 | 2,346,622 | 1,120,613 |
|  |  |  |  | TOTAL | 150 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 25 |  |  | 120 | 2,350,311 | 1,120,620 |
|  |  |  |  | TOTAL | 120 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 26 |  |  | 120 | 2,352,277 | 1,120,624 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 90 | 2,353,828 | 1,120,627 |
|  |  |  |  | TOTAL | 210 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 27 |  |  | 90 | 2,354,639 | 1,120,701 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 90 | 2,356,935 | 1,120,704 |
|  |  |  |  | TOTAL | 180 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 28 |  |  | 60 | 2,357,008 | 1,120,708 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 120 | 2,360,758 | 1,120,711 |
|  |  |  |  | TOTAL | 180 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 29 |  |  | 120 | 2,361,000 | 1,120,715 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 150 | 2,363,921 | 1,120,718 |
|  |  |  |  | TOTAL | 270 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 30 |  |  | 150 | 2,364,132 | 1,120,722 |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 210 | 2,367,206 | 1,120,725 |
|  |  |  |  | TOTAL | 360 |  |  |

APP236

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1  To Oct 01 2012

PAGE   6

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 31 | 808,300 | NEWPORT BX K FSC | | 150 | 2,367,781 | 1,120,729 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 120 | 2,370,436 | 1,120,801 |
| | | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 32 | | | | 150 | 2,371,220 | 1,120,805 |
| | | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 34 | | | | 150 | 2,380,939 | 1,120,822 |
| | | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 35 | | | | 210 | 2,381,305 | 1,120,826 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 180 | 2,385,102 | 1,120,829 |
| | | | | | TOTAL | 390 | | |
| 17,502 | A-Z WHOLESALE/WACO | 36 | | | | 210 | 2,385,205 | 1,120,902 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 210 | 2,390,951 | 1,120,905 |
| | | | | | TOTAL | 420 | | |
| 17,502 | A-Z WHOLESALE/WACO | 37 | | | | 210 | 2,391,302 | 1,120,909 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 90 | 2,394,958 | 1,120,912 |
| | | | | | TOTAL | 300 | | |
| 17,502 | A-Z WHOLESALE/WACO | 38 | | | | 90 | 2,399,572 | 1,120,919 |
| | | | | | TOTAL | 90 | | |
| 17,502 | A-Z WHOLESALE/WACO | 39 | | | | 120 | 2,400,252 | 1,120,923 |
| | | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 40 | | | | 210 | 2,404,283 | 1,120,930 |
| | | | | | TOTAL | 210 | | |
| | | | | | TOTAL | 14,100 | | |

APP237

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History
Jan 1   To Oct 01 2012

PAGE   7

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 2 | 808,532 | MARLBORO BP GOLD BOX (LT) | | 150 | 2,268,438 | 1,120,108 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,271,817 | 1,120,111 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 3 | | | | 150 | 2,271,885 | 1,120,115 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,275,251 | 1,120,118 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 4 | | | | 150 | 2,275,160 | 1,120,122 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,278,773 | 1,120,125 |
| | | | | | TOTAL | 330 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 7 | | | | 150 | 2,285,675 | 1,120,212 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,288,910 | 1,120,215 |
| | | | | | TOTAL | 330 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 8 | | | | 180 | 2,288,853 | 1,120,219 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,292,576 | 1,120,222 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 9 | | | | 180 | 2,292,654 | 1,120,226 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 210 | 2,296,198 | 1,120,229 |
| | | | | | TOTAL | 390 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 10 | | | | 210 | 2,296,803 | 1,120,304 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 210 | 2,299,407 | 1,120,307 |
| | | | | | TOTAL | 420 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 12 | | | | 210 | 2,302,938 | 1,120,318 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 210 | 2,306,049 | 1,120,321 |
| | | | | | TOTAL | 420 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 13 | | | | 210 | 2,306,339 | 1,120,325 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,309,393 | 1,120,328 |
| | | | | | TOTAL | 390 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 17 | | | | 180 | 2,319,150 | 1,120,422 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,321,739 | 1,120,425 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 18 | | | | 150 | 2,322,421 | 1,120,429 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,324,999 | 1,120,502 |

APP238

```
10/02/12   15:05:30          DHIST                        Cig History                                    PAGE   8
                             KDHISCIGAZ/isqry        Jan 1 To Oct 01 2012

                                          Harrison Company, LLC
                                          Bossier City LA 71111
                                          318 747 0700 ext 3031
```

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 19 | 808,532 | MARLBORO BP GOLD BOX (LT) | 300 TOTAL | 2,325,068 | 1,120,506 |
| 17,501 | A-Z WHOLESALE/DALLAS | 20 | | | 180 TOTAL | 2,332,023 | 1,120,516 |
| 17,501 | A-Z WHOLESALE/DALLAS | 21 | | | 90 | 2,332,194 | 1,120,520 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 180 TOTAL | 2,335,513 | 1,120,523 |
| 17,501 | A-Z WHOLESALE/DALLAS | 22 | | | 270 TOTAL | 2,336,412 | 1,120,527 |
| 17,501 | A-Z WHOLESALE/DALLAS | 23 | | | 60 | 2,340,586 | 1,120,603 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 330 TOTAL | 2,343,253 | 1,120,606 |
| 17,501 | A-Z WHOLESALE/DALLAS | 24 | | | 270 | 2,343,686 | 1,120,610 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 350 TOTAL | 2,346,613 | 1,120,613 |
| 17,501 | A-Z WHOLESALE/DALLAS | 27 | | | 620 TOTAL | 2,354,636 | 1,120,701 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 90 | 2,356,922 | 1,120,704 |
| 17,501 | A-Z WHOLESALE/DALLAS | 28 | | | 180 | 2,357,007 | 1,120,708 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 270 TOTAL | 2,360,669 | 1,120,711 |
| 17,501 | A-Z WHOLESALE/DALLAS | 29 | | | 210 | 2,360,998 | 1,120,715 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 240 TOTAL | 2,363,840 | 1,120,718 |
| 17,501 | A-Z WHOLESALE/DALLAS | 30 | | | 450 TOTAL | 2,364,131 | 1,120,722 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 240 | 2,366,647 | 1,120,725 |
| 17,501 | A-Z WHOLESALE/DALLAS | 31 | | | 240 | 2,367,776 | 1,120,729 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 480 TOTAL | 2,370,293 | 1,120,801 |

APP239

```
10/02/12  15:05:30                                          Cig History                                              PAGE   9
DHIST
KDHISCIGAZ/isgry                                   Jan 1  To Oct 01 2012

                                                   Harrison Company, LLC
                                                   Bossier City LA 71111
                                                   318 747 0700 ext 3031
```

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| | | | | TOTAL | 450 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 32 | 808,532 | MARLBORO BP GOLD BOX (LT) | 120 | 2,371,215 | 1,120,805 |
| | | | | TOTAL | 120 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 34 | | | 180 | 2,377,668 | 1,120,819 |
| | A-Z WHOLESALE/DALLAS | | | | 240 | 2,380,962 | 1,120,822 |
| | | | | TOTAL | 420 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 35 | | | 240 | 2,381,306 | 1,120,826 |
| | A-Z WHOLESALE/DALLAS | | | | 240 | 2,384,917 | 1,120,829 |
| | | | | TOTAL | 480 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 36 | | | 270 | 2,385,209 | 1,120,902 |
| | A-Z WHOLESALE/DALLAS | | | | 300 | 2,390,900 | 1,120,905 |
| | | | | TOTAL | 570 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 37 | | | 240 | 2,391,301 | 1,120,909 |
| | A-Z WHOLESALE/DALLAS | | | | 270 | 2,395,018 | 1,120,912 |
| | | | | TOTAL | 510 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 38 | | | 300 | 2,395,241 | 1,120,916 |
| | A-Z WHOLESALE/DALLAS | | | | 300 | 2,399,523 | 1,120,919 |
| | | | | TOTAL | 600 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 39 | | | 210 | 2,400,251 | 1,120,923 |
| | A-Z WHOLESALE/DALLAS | | | | 210 | 2,403,459 | 1,120,926 |
| | | | | TOTAL | 420 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 40 | | | 210 | 2,404,279 | 1,120,930 |
| | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 4 | | | 150 | 2,275,161 | 1,120,122 |
| | A-Z WHOLESALE/WACO | | | | 60 | 2,278,774 | 1,120,125 |
| | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 13 | | | 45 | 2,309,434 | 1,120,328 |
| | | | | TOTAL | 45 | | |
| 17,502 | A-Z WHOLESALE/WACO | 28 | | | 90 | 2,357,008 | 1,120,708 |
| | A-Z WHOLESALE/WACO | | | | 120 | 2,360,758 | 1,120,711 |

APP240

```
10/02/12   15:05:30

DHIST                                      Cig History
KDHISCIGAZ/isqry               Jan 1  To Oct 01 2012        Harrison Company, LLC
                                                           Bossier City LA 71111          PAGE   10
                                                           318 747 0700 ext 3031
```

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 29 | 808,532 | MARLBORO BP GOLD BOX (LT) | 90 | 2,361,000 | 1,120,715 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 120 | 2,363,921 | 1,120,718 |
| | TOTAL | | | | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 30 | | | 90 | 2,364,132 | 1,120,722 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 60 | 2,367,206 | 1,120,725 |
| | TOTAL | | | | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 31 | | | 90 | 2,367,781 | 1,120,729 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,370,436 | 1,120,801 |
| | TOTAL | | | | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 32 | | | 150 | 2,371,220 | 1,120,805 |
| | TOTAL | | | | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 36 | | | 150 | 2,385,205 | 1,120,902 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,390,951 | 1,120,905 |
| | TOTAL | | | | 240 | | |
| 17,502 | A-Z WHOLESALE/WACO | 37 | | | 90 | 2,391,302 | 1,120,909 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 60 | 2,394,958 | 1,120,912 |
| | TOTAL | | | | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 38 | | | 60 | 2,395,248 | 1,120,916 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 120 | 2,399,572 | 1,120,919 |
| | TOTAL | | | | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 39 | | | 90 | 2,400,252 | 1,120,923 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 60 | 2,403,527 | 1,120,926 |
| | TOTAL | | | | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 40 | | | 90 | 2,404,283 | 1,120,930 |
| | TOTAL | | | | 90 | | |
| | TOTAL | | | | 12,875 | | |

APP241

PAGE   11

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1 To Oct 01 2012

Harrison Company, LLC
Bosier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|

FINAL TOTALS
TOTAL   26,975

* * * E N D   O F   R E P O R T * * *

APP242

**From:** Jane Greene <jgreene@harrisoncompany.com>
**Sent:** Tuesday, August 27, 2013 2:55 PM
**To:** Amar Ali
**Cc:** stacy.schroeder@frostbank.com
**Subject:** Harrison Balance Verification

**Customer #17501**

Balance as of 8/26 was $515988.44
-104267.73 payment posted 8/27/13

Balance today is $411720.71

Please verify balance and reply all.

Thank You,
Jane Greene
fax:318-747-7387



**Jane Greene**
Harrison Company, LLC
Credit Manager/AR Supervisor
(318) 629-3826 Work
(800) 341-7567 ext.3026 Work
(318) 458-1829 Mobile
jgreene@harrisoncompany.com
JANE GREENE
PO BOX 72179
BOSSIER CITY, LA 71172

**APP243**

```
TADTPRC  Date: 12/05/12  Time: 12:30:12      ****TAYLOR ORDER EDIT ********        Terms: NET 14 DAYS                Page    1

Order No: 1627964  Customer: 17501  Phone: (972) 484-1153   A-Z WHOLESALE/DALLAS, 11100 HARRY HINES BLVD., DALLAS, TX
                                    Tote #: 18-TOTES-289-                          TX0001

INVOICE#: 2441113         Salesman: 27     Route1: 142    40..   Route2: 443    60 Route3:

Seq  Item No  Description          Qty Ord Each Ovr-Qty/UM Build-Up QMult  Pack Desc  Price/UM  Line Total  Error Comments

******************* THIS IS A CREDIT NOT AN ORDER ******************* frank@atoz-wholesale.com

******************* CUSTOMER IS IN QUANTITY LIMIT STATE *******************
```

| Seq | Item No | Description | Qty Ord | Pack | Desc | Price/UM | Line Total |
|---|---|---|---|---|---|---|---|
| 1 | 72014 | COPENHAGEN POUCH | 57 | 5 | CAN | .00 | .00 |
| 2 | 72079 | RED SEAL LC NATURAL | 8 | 5 | CAN | .00 | .00 |
| 3 | 72077 | RED SEAL LC MINT | 67 | 5 | CAN | .00 | .00 |
| 4 | 72354 | SKOAL PCH MINT 5 CAN ROLL | 64 | 5 | CAN | .00 | .00 |
| 5 | 72239 | SKOAL LC CITRUS BLD 5 CAN ROLL | 15 | 5 | CAN | .00 | .00 |
| 6 | 72015 | SKOAL LC MTGN 5 CAN ROLL | 17 | 5 | CAN | .00 | .00 |
| 7 | 72018 | SKOAL PCH WTG | 179 | 5 | CAN | .00 | .00 |
| 8 | 72009 | SKOAL POUCH STRAIGHT | 19 | 5 | CAN | .00 | .00 |
| 9 | 72402 | HUSKY PC WTG (ROLL) | 39 | 5 | CAN | .00 | .00 |
| 10 | 72302 | HUSKY LC STR (ROLL) | 31 | 5 | CAN | .00 | .00 |
| 11 | 72179 | HUSKY FC NAT (ROLL) | 24 | 5 | CAN | .00 | .00 |
| 12 | 72401 | HUSKY LC MINT (ROLL) | 8 | 5 | CAN | .00 | .00 |
| 13 | 72423 | SKOAL LC PEACH | 135 | 5 | CAN | .00 | .00 |
| 14 | 72006 | SKOAL BANDITS MINT | 35 | 5 | CAN | .00 | .00 |
| 15 | 72457 | HUSKY LC NAT (ROLL) | 66 | 5 | CAN | .00 | .00 |
| 16 | 72312 | SKOAL LC APPLE | 40 | 5 | CAN | .00 | .00 |
| 17 | 72005 | SKOAL BANDITS WTG | 21 | 5 | CAN | .00 | .00 |
| 18 | 72186 | HUSKY LC WTG (ROLL) | 33 | 5 | CAN | .00 | .00 |
| 19 | 72059 | SKOAL X-TRA LC CRISP BLEND | 3 | 5 | CAN | .00 | .00 |
| 20 | 72001 | SKOAL LC CLASSIC 5 CAN | 7 | 5 | CAN | .00 | .00 |

TAYTPRC   Date: 12/05/12   Time: 12:30:12        ****TAYLOR ORDER EDIT ********        Terms: NET 14 DAYS                    Page   2

Order No: 1637964   Customer: 175501   Phone: (972) 484-1153   A-Z WHOLESALE/DALLAS, 11100 HARRY HINES BLVD., DALLAS, TX
                                       Tote #: -20000000 N        TX0001

INVOICE#: 2441113            Salesman: 27        Route1: 142   40        Route2: 443        60 Route3:

| Seq | Item No | Description | Qty Ord | Each | Ovr-Qty/UM | Build-Up | QMult | Pack | Desc | Price/UM | Line Total | Error Comments |
|-----|---------|-------------|---------|------|------------|----------|-------|------|------|----------|------------|----------------|
| 21 | 72055 | SKOAL X-TRA LC WINTERGREEN BLEND | 14 | | | | 5 | CAN | | .00 | .00 | |
| 22 | 72019 | SKOAL LC CHERRY      5 CAN ROLL | 13 | | | | 5 | CAN | | .00 | .00 | |
| 23 | 72013 | SKOAL FC WTGN    5 CAN ROLL | 6 | | | | 5 | CAN | | .00 | .00 | |
| 24 | 72078 | RED SEAL FC WINTERGREEN | 7 | | | | 5 | CAN | | .00 | .00 | |
| 25 | 72070 | RED SEAL LC WINTERGREEN | 1 | | | | 5 | CAN | | .00 | .00 | |
| 26 | 72071 | RED SEAL FC NATURAL | 5 | | | | 5 | CAN | | .00 | .00 | |
| 27 | 72072 | SKOAL X-TRA POUCHES CRISP BLEND | 8 | | | | 5 | CAN | | .00 | .00 | |
| 28 | 72016 | SKOAL LC STRT    5 CAN ROLL | 15 | | | | 5 | CAN | | .00 | .00 | |
| 29 | 72017 | SKOAL LC MINT    5 CAN ROLL | 1 | | | | 5 | CAN | | .00 | .00 | |
| 30 | 72021 | COPENHAGEN LC SOUTHERN BLEND | 1 | | | | 5 | CAN | | .00 | .00 | |
| 31 | 72047 | COPENHAGEN LONG CUT STRAIGHT | 1 | | | | 5 | CAN | | .00 | .00 | |
| 32 | 72500 | COPE LC WHISKEY BLEND | 1 | | | | 5 | CAN | | .00 | .00 | |
| 33 | 72057 | SKOAL X-TRA LC RICH BLEND | 6 | | | | 5 | CAN | | .00 | .00 | |
| 34 | 72063 | SKOAL X-TRA POUCHES MINT BLEND | 11 | | | | 5 | CAN | | .00 | .00 | |
| 35 | 72061 | SKOAL X-TRA POUCHES WNTGRN  BLEND | 7 | | | | 5 | CAN | | .00 | .00 | |
| 36 | 72053 | SKOAL X-TRA LC MINT BLEND | 1 | | | | 5 | CAN | | .00 | .00 | |
| 37 | 72065 | SKOAL X-TRA POUCHES RICH  BLEND | 1 | | | | 5 | CAN | | .00 | .00 | |
| 38 | 72602 | COPE LONG CUT STRAIGHT | 1 | | | | 5 | CAN | | .00 | .00 | |
| 39 | 72012 | SKOAL LC SPEARMINT    5 CAN | 4 | | | | 5 | CAN | | .00 | .00 | |
| 40 | 72011 | SKOAL LC CHERRY         DISC | 1 | | | | 10 | CAN | | .00 | .00 | |
| 41 | 72089 | COPENHAGEN LC     5CAN ROLL | 1 | | | | 5 | CAN | | .00 | .00 | |
| 42 | 72067 | COPENHAGEN POUCHES WINTERGREEN | 1 | | | | 5 | CAN | | .00 | .00 | |
| | | | | | | | 5 | | | .00 | .00 | NO TRAILER RECORD |

ORDER RECAP CTNS = 0000000 PCS = 0000097Q                                    .00

***** END OF ORDER *****

APP245

TADTPRC  Date: 12/05/12  Time: 12:30:12    *****TAYLOR ORDER EDIT *********    Terms: NET 14 DAYS    Page  3

Order No: 1627964  Customer: 17501   Phone: (972) 484-1153   A-Z WHOLESALE/DALLAS, 11100 HARRY HINES BLVD., DALLAS, TX
                                       Tote #: 280-283          TX0001

INVOICE#: 2441113        Salesman: 27      Route1: 142      40      Route2: 443      60  Route3:

Seq  Item No  Description     Qty Ord Each Ovr Qty/UM Build-Up QMult Pack Desc  Price/UM  Line Total  Error Comments

APP246

HAR000689

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567
**MORE FOR YOUR STORE.**

BOSSIER

**MANIFEST**
ROUTE: 1-42-004
FOR DELIVERY ON 10/29/18
NET 7 DAYS

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

INVOICES    418036
AMOUNTS    $70186.86
PICK UPS

LABELS:
ZONE 20    ZONE 20    ZONE 30
CIGS       CIGS       TOB

| ZONE 20 CIGS | | | |
|---|---|---|---|
| 249517 | 012p | 26678243 | 030p |
| 249518 | 030p | 26678244 | 030p |
| 2758839 | 050p | 26678245 | 030p |
| 2758840 | 030p | 26678246 | 030p |
| 2758841 | 030p | 26678247 | 030p |
| 2758842 | 030p | 26678249 | 030p |
| 2758843 | 030p | 26678250 | 030p |
| 2758844 | 030p | 26678251 | 030p |
| 2758845 | 030p | 26678252 | 030p |
| 2758846 | 030p | 26678253 | 030p |
| 2758847 | 030p | 26678254 | 030p |
| 2758848 | 030p | 26678256 | 001p |
| 2758849 | 030p | 26678256 | 030p |
| 26678230 | 030p | 26678256 | 030b |
| 26678231 | 030b | 26678259 | 030p |
| 26678232 | 030p | | |
| 26678233 | 001b | | |
| 26678234 | 030b | | |
| 26678235 | 030p | | |
| 26678236 | 030b | | |
| 26678237 | 030p | | |
| 26678238 | 030p | | |
| 26678239 | 030p | | |
| 26678240 | 030p | | |
| 26678241 | 030p | | |
| 26678242 | 030p | | |

| ZONE 30 TOB | | | |
|---|---|---|---|
| 26678314 | 056p |
| 26678315 | 043p |
| 26678316 | 055p |
| 26678317 | 005p |
| 26678353 | 004p |

40 Cases        5 Rd Tote

Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE  X
DRIVER SIGNATURE  X
C/S CONF# OR LOG#  315782

COMMENTS

A/R LOG#        DRIVER RETURN FORM#
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

MANIFEST TOTALS                                    Cust Initial

| | | |
|---|---|---|
| CIGARETTE CARTONS: | 1126 | |
| TOTAL CIGARETTE TOTES FOR STOP: | 1126 | |
| TOTAL UNITS ALL TOBACCO: | 163 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 40 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 45 | |
| RED/BLUE TOTES RETURNED: | | ON LAST INV    4 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORTOVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

**APP247**

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 10/29/18

NET 7 DAYS

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 876659   DALLAS, TX 75267-6659   1-800-341-7567
**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES       418037
AMOUNTS        $7012423
PICK UPS

LABELS:

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 2758850 | 030p | 26678260 | 030p | 28678320 | 030p |
| 2758851 | 030p | 26678281 | 030p | 28673321 | 057p |
| 2758852 | 030p | 26678282 | 030p | 28678322 | 056p |
| 2758853 | 030p | 26678283 | 030p | 28678323 | 054p |
| 2758854 | 030p | 26678284 | 030p | 28673325 | 056p |
| 2758855 | 030p | 26678285 | 030p | 28678326 | 055p |
| 2758856 | 030p | 26678286 | 030p | 28678327 | 020p |
| 2758857 | 030p | 26678287 | 030p | 28678355 | 023p |
| 26678281 | 030p | 26678289 | 030p | | |
| 26678282 | 030p | 26678290 | 030p | | |
| 26678284 | 030p | 26678291 | 007p | | |
| 28678285 | 030p | | | | |
| 28678286 | 030p | | | | |
| 28078287 | 030p | | | | |
| 26678288 | 030p | | | | |
| 26678289 | 030p | | | | |
| 28678271 | 030p | | | | |
| 28678272 | 030p | | | | |
| 28678273 | 030p | | | | |
| 26678274 | 030p | | | | |
| 26678275 | 030p | | | | |
| 28678276 | 030p | | | | |
| 28678277 | 030p | | | | |
| 28678278 | 030p | | | | |

36 Cases          8 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP #TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 8 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____

DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts. to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**MANIFEST TOTALS**

| | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 1057 |
| TOTAL UNITS ALL TOBACCO: | 360 |
| | |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 36 |
| TOTAL REDBLUE TOTES DELIVERED: | 8 |
| TOTAL CASES DELIVERED: | 44 |
| REDBLUE TOTES RETURNED: | |

Cust Initial   RcA

ON LAST INV   8

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____   10-29-18

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

ANY SHORT/OVER. DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000690

**APP248**

HAR000691

APP249

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX 76706
254-662-2400

95761
160

**MANIFEST**
**ROUTE: 1-42-005**
FOR DELIVERY ON 10/22/18

NET 7 DAYS

INVOICES       413546
AMOUNTS        $91709.76
PICK UPS

LABELS
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 90 TOB | |
|---|---|---|---|
| 2346541 | 030p | 28518076 | 050p |
| 2346542 | 030p | 28518077 | 057p |
| 2346543 | 030p | 28518078 | 054p |
| 2346544 | 030p | 28518079 | 044p |
| 2346545 | 030p | 28518081 | 030p |
| 2346546 | 030p | 28518082 | 056p |
| 2346547 | 030p | 28518083 | 043p |
| 2346548 | 030p | 28518108 | 055p |
| 2346549 | 030p | | |
| 2346550 | 030p | | |
| 2346551 | 030p | | |
| 2346552 | 030p | | |
| 2346553 | 030p | | |
| 2346554 | 030p | | |
| 2346555 | 030p | | |
| 2346556 | 030p | | |
| 2346557 | 030p | | |
| 2346558 | 030p | | |
| 2346559 | 030p | | |
| 2346560 | 030p | | |
| 2346561 | 030p | | |
| 28518016 | 030p | | |
| 28518017 | 030p | | |
| 28518018 | 030p | | |
| 28518019 | 030p | | |

47 Cases        8 Red Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INT'y |
|---|---|---|---|---|---|
| 8 | | | | | |

*NOTE Full CIS deliveries are not in totes

CUSTOMER SIGNATURE  X

DRIVER SIGNATURE  X

COMMENTS _____

A/R LOG# _____

**DRIVER RETURN FORM#**
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that this company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

C/S CONF# OR LOG#

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | |
|---|---|
| CIGARETTE CARTONS: | 1381 |
| TOTAL CIGARETTE TOTES BY STOP: | 1381 |
| TOTAL UNITS ALL TOBACCO: | 354 |
| TOTAL FRESH CASES: | |
| TOTAL CIG CASES DELIVERED: | 0 |
| TOTAL RED/BLUE TOTES DELIVERED: | 47 |
| TOTAL CASES DELIVERED: | 8 |
| RED/BLUE TOTES RETURNED: | 55 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ON LAST INV     8

ANY SHORT/OVER, DRIVER MUST CALL CIS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CIS AFTER DEL.

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 10/29/18

NET 7 DAYS

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659 DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751    160

INVOICES    418037
AMOUNTS    $70124.23
PICK UPS

LABELS:

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 2758850 | 030p | 28678320 | 039p |
| 2758851 | 030p | 28678321 | 057p |
| 2758852 | 030p | 28678322 | 050p |
| 2758853 | 030p | 28678323 | 054p |
| 2758854 | 030p | 28678325 | 056p |
| 2758855 | 030p | 28678326 | 055p |
| 2758856 | 030p | 28678327 | 020p |
| 2758857 | 030p | 28678355 | 012p |
| 28678281 | 030p | | |
| 28678282 | 030p | | |
| 28678282 | 030p | | |
| 28678283 | 030p | | |
| 28678284 | 030p | | |
| 28678285 | 030p | | |
| 28678286 | 030p | | |
| 28678207 | 030p | | |
| 28678208 | 030p | | |
| 28678209 | 030p | | |
| 28678271 | 030p | | |
| 28678272 | 030p | | |
| 28678273 | 030p | | |
| 28678274 | 030p | | |
| 28678276 | 030b | | |
| 28678276 | 030b | | |
| 28678277 | 030p | | |
| 28678278 | 030p | | |

36 Cases        8  Rd Tote

MANIFEST TOTALS

| | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 1057 |
| TOTAL CIGARETTES FOR STOP: | 1057 |
| TOTAL UNITS ALL TOBACCO: | 360 |

| | |
|---|---|
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 36 |
| TOTAL REDBLUE TOTES DELIVERED: | 8 |
| TOTAL CASES DELIVERED: | 44 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial    RcA

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

## Driver/Customer must verify # of Totes Delivered/Returned
### Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | PICKUP +TOTES | EMPTY TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 8 | 8 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE  X _____

DRIVER SIGNATURE  X _____

C/S CONF# OR LOG#

COMMENTS _____

A/R LOG# _____    DRIVER RETURN FORM#

10-29-18

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

APP250

HAR000692

HAR000693

# IMPERIAL

SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 11/05/18

NET 7 DAYS

INVOICES      422525
AMOUNTS     $57775.61
PICK UPS     422526

LABELS:
ZONE 20      ZONE 20      ZONE 30
CIGS         CIGS         TOB

422525
422526
422527

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 3188689 030p | 28357051 030p | 28957119 045p | |
| 3188690 030p | 28370052 030p | 28371111 042p | |
| 3188691 030p | 28370053 030p | 28371112 058p | |
| 3188692 030p | 28370055 030p | 28371113 032p | |
| 3188693 030p | 28370056 010p | 28371747 002p | |
| 3188694 030p | | | |
| 3188695 030p | | | |
| 3188686 030p | | | |
| 3188687 030p | | | |
| 3188698 030p | | | |
| 3188699 030p | | | |
| 28357036 030p | | | |
| 28357037 030p | | | |
| 28357038 030p | | | |
| 28357039 030p | | | |
| 28357040 030p | | | |
| 28357041 030p | | | |
| 28357042 030p | | | |
| 28357043 030p | | | |
| 28357044 030p | | | |
| 28357046 030p | | | |
| 28357047 030p | | | |
| 28357048 030p | | | |
| 28357049 030p | | | |
| 28357050 030p | | | |

30 Cases      5 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Paid CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

| MANIFEST TOTALS | | Draft Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 858 | |
| TOTAL CIGARETTES FOR STOP: | 858 | |
| TOTAL UNITS ALL TOBACCO: | 177 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 30 | |
| TOTAL REDBLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 35 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV    5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

COMMENTS _____

DRIVER RETURN FORM#

A/R LOG# _____

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
CUST is financially responsible for paying the amount
on invoice date, with a minimum charge of .50 per month.

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.  11100 HARRY HINES BLVD.   DALLAS, TX

75229

**APP251**

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 876659  DALLAS, TX 75287-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 11/05/18

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX 76706
254-662-2400

95751
160

INVOICES      422528
AMOUNTS      $54637.58
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 3188700 030p | 28837079 030p | 28837116 057p |
| 3188701 030p | 28837080 030p | 28837117 056p |
| 3188702 030p | 28837081 015p | 28837118 056p |
| 3188703 030p | | 28837119 046p |
| 3158704 030p | | 28837121 034p |
| 3188705 030p | |
| 28837058 030p | |
| 28837059 030p | |
| 28837060 030p | |
| 28837061 030p | |
| 28837062 030p | |
| 28837063 030p | |
| 28837064 030p | |
| 28837065 030p | |
| 28837066 030p | |
| 28837068 030p | |
| 28837069 030p | |
| 28837070 030p | |
| 28837071 030p | |
| 28837072 030p | |
| 28837073 030p | |
| 28837074 030p | |
| 28837075 030p | |
| 28837077 030p | |
| 28837078 030p | |

28  Cases                    5  Rd Tote

**MANIFEST TOTALS**

| | Cust total |
|---|---|
| CIGARETTE CARTONS: | 825 |
| TOTAL CIGARETTES FOR STOP: | 825 |
| TOTAL UNITS ALL TOBACCO: | 252 |
| TOTAL FRESH CASES: | |
| TOTAL CIG CASES DELIVERED: | 0 |
| TOTAL RED/BLUE TOTES DELIVERED: | 28 |
| TOTAL CASES DELIVERED: | 5 |
| RED/BLUE TOTES RETURNED: | 33 |
| | ON LAST INV     8 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 5 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

ANY SHORTOVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

HAR000694

**APP252**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
95750        11100 HARRY HINES BLVD.
150          DALLAS, TX  75229
             972-484-1153

**MANIFEST**

ROUTE: 1-42-005
FOR DELIVERY ON 11/12/18

NET 7 DAYS

HAR000695

INVOICES    427133
AMOUNTS     $56021.58
PICK UPS

LABELS:
ZONE 20

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 3820648 | 030p | 28996726 | 057p |
| 3820647 | 030p | 28996727 | 045p |
| 3820648 | 030p | 28996676 | 057p |
| 3820649 | 010p | 28996677 | 021p |
| 3820650 | 030p | 28996729 | 021p |
| 3820651 | 030p | 28996707 | 001p |
| 3820652 | 030p | | |
| 3820653 | 030p | | |
| 3820654 | 030p | | |
| 28996656 | 030p | | |
| 28996657 | 030p | | |
| 28996658 | 030p | | |
| 28996659 | 030p | | |
| 28996660 | 030p | | |
| 28996661 | 030p | | |
| 28996662 | 030p | | |
| 28996663 | 030p | | |
| 28996664 | 030p | | |
| 28996665 | 030p | | |
| 28996666 | 030p | | |
| 28996667 | 030p | | |
| 28996668 | 030p | | |
| 28996669 | 030p | | |
| 28996670 | 030p | | |
| 28996671 | 030n | | |
| 28996672 | 030p | | |

28 Cases

5 Rd Tote

NOV 1 4 2018

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

Cust Initial   RCA

| MANIFEST TOTALS | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 859 |
| TOTAL CIGARETTE FOR STOP: | 859 |
| TOTAL UNITS ALL TOBACCO: | 178 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 29 |
| TOTAL REDBLUE TOTES DELIVERED: | 5 |
| TOTAL CASES DELIVERED: | 34 |
| REDBLUE TOTES RETURNED: | |

ON LAST INV   5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____ Ricardo _____ 11-8-18

AIR LOG#  _____
DRIVER RETURN FORM#  _____

C/S CONF# OR LOG#

ANY SHORTOVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.
Customer is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.

COMMENTS  _____

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP253**

HAR000696

# IMPERIAL
### SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7587

BOSSIER

**MANIFEST**

**ROUTE: 1-42-006**

FOR DELIVERY ON 11/12/18

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES     427134
AMOUNTS    $53600.71
PICK UPS

LABELS:
ZONE 20

| ZONE 20 CIGS | ZONE 30 TOB |
|---|---|
| | 28996732 056p |
| 3820655 030p | 28996733 046p |
| 3820656 030p | 28996734 044p |
| 3820657 030p | 28996735 054p |
| 3820658 030p | 28996737 017p |
| 28996679 030p | 28996738 036p |
| 28996680 030p | 28996739 030p |
| 28996681 030p | 28996769 013p |
| 28996682 030p | |
| 28996683 030p | |
| 28996684 030p | |
| 28996685 030p | |
| 28996686 030p | |
| 28996687 030p | |
| 28996688 030p | |
| 28996689 030p | |
| 28996690 030p | |
| 28996691 030p | |
| 28996692 030p | |
| 28996693 030p | |
| 28996694 030p | |
| 28996695 030p | |
| 28996696 030p | |
| 28996697 030p | |
| 28996700 030p | |
| 28996701 030p | |

(28996702 027p)

25 Cases        8 Rtl Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED |
|---|---|---|---|---|
| 8 | | | | |

*NOTE Full CS deliveries are not in totes

**DRIVER RETURN FORM#**

COMMENTS

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG# 316368

A/R LOG#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7587

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 777 | |
| TOTAL CIGARETTES FOR STOP: | 777 | |
| TOTAL UNITS ALL TOBACCO: | 266 | |
| | | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 25 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 8 | |
| TOTAL CASES DELIVERED: | 34 | |
| RED/BLUE TOTES RETURNED: | | |
| | ON LAST INV | 5 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER RTR DEL

NOV 14 2018

**APP254**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 11/19/18

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/DALLAS
95750
11100 HARRY HINES BLVD.
150
DALLAS, TX  75229
972-484-1153

INVOICES  431562
AMOUNTS  $60,689.89
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 4027342 030p | 29150775 030p | 29150827 056p |
| 4027343 030p | 29150776 030p | 29150828 056p |
| 4027344 030b | 29150777 030e | 29150829 051p |
| 4027345 030p | 29150778 030p | 29150830 030p |
| 4027340 030p | 29150780 030p | 29150868 030p |
| 4027347 030p | 29150781 030p | |
| 4027348 030p | 29150782 004p | |
| 4027340 030p | | |
| 4027350 030p | | |
| 4027351 030p | | |
| 4027352 030p | | |
| 4027353 030p | | |
| 29150761 030p | | |
| 29150762 030p | | |
| 29150703 030p | | |
| 29150764 030p | | |
| 29150765 030p | | |
| 29150766 030p | | |
| 29150767 030p | | |
| 29150768 030p | | |
| 29150769 030p | | |
| 29150771 030p | | |
| 29150772 030p | | |
| 29150773 050p | | |
| 29150774 030p | | |

32 Cases        5 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned Received boxes in place of totes? Make any adjustments on manifest**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

A/R LOG# _____  DRIVER RETURN FORM# _____  C/S CONF# OR LOG# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document, agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567**

MANIFEST TOTALS

| | |
|---|---|
| CIGARETTE CARTONS: | 934 |
| TOTAL CIGARETTES FOR STOP: | 934 |
| TOTAL UNITS ALL TOBACCO: | 204 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 32 |
| TOTAL RED/BLUE TOTES DELIVERED: | 5 |
| TOTAL CASES DELIVERED: | 37 |
| RED/BLUE TOTES RETURNED: | |

ON LAST RV   5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#. CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

**APP255**

HAR000697

HAR000698

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 11/19/18

NET 7 DAYS

BOSSIER

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**
P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

SHIP TO: A-Z WHOLESALE/WACO
95751            3630 S. I-35 EXIT 331
160              WACO, TX  76706
                 254-662-2400

INVOICES      431563
AMOUNTS     $51834.32
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 4027334 030p | 28150801 022p | 29150833 039p |
| 4027335 030p | | 29150834 054p |
| 4027335 030p | | 29150835 039p |
| 4027337 030p | | 29150836 034p |
| 4027337 030p | | 29150838 040p |
| 4027339 030p | | 29150839 035p |
| 4027360 030p | | 29150870 007p |
| 4027361 030p | | |
| 4027362 030p | | |
| 29150784 030p | | |
| 29150785 030p | | |
| 29150786 030p | | |
| 29150787 030p | | |
| 29150788 030p | | |
| 29150789 030p | | |
| 29150790 030p | | |
| 29150791 030p | | |
| 29150792 030p | | |
| 29150794 030p | | |
| 29150795 030p | | |
| 29150796 030p | | |
| 29150797 030p | | |
| 29150798 030p | | |
| 29150799 030p | | |
| 29158800 030p | | |

26 Cases              7 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 7 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 772 | |
| TOTAL CIGARETTES FOR STOP: | 772 | |
| TOTAL UNITS ALL TOBACCO: | 240 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 26 | |
| TOTAL REDBLUE TOTES DELIVERED: | 7 | |
| TOTAL CASES DELIVERED: | 33 | |
| REDBLUE TOTES RETURNED: | | ON LAST INV   B |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

COMMENTS _____

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

A/R LOG# _____

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

# IMPERIAL
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX 75229
972-484-1153

95750
150

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 11/26/18

NET 7 DAYS

INVOICES        436031
AMOUNTS       $76438.74
PICK UPS

NOV 28 2018

LABELS $:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 4443386 .030p | 28316733 .030p | 28316801 .056p |
| 4443387 .030p | 28316734 .030p | 28316802 .052p |
| 4443388 .030p | 28316735 .030p | 28316803 .056p |
| 4443389 .030p | 28316737 .030p | 28316804 .010p |
| 4443390 .030p | 28316738 .030p | 28316837 .001p |
| 4443391 .030p | 28316739 .030p | |
| 4443392 .030p | 28316740 .030p | |
| 4443393 .030p | 28316741 .030p | |
| 4443394 .030p | 28316742 .030p | |
| 4443395 .030p | 28316743 .030p | |
| 4443396 .030p | 28316745 .030p | |
| 4443397 .030p | 28316746 .030p | |
| 4443398 .030p | 28316747 .030p | |
| 4443399 .030p | 28316748 .030p | |
| 4443400 .030p | 28316749 .030p | |
| 4443401 .030p | 28316750 .021p | |
| 4443402 .030p | | |
| 4443403 .030p | | |
| 28316726 .030p | | |
| 28316727 .030p | | |
| 28316728 .030p | | |
| 28316729 .030p | | |
| 28316730 .030p | | |
| 28316731 .030p | | |
| 28316732 .030p | | |

41 Cases

5 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**

**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP ◆TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 5 | | | | |

*NOTE Pull CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____

**DRIVER RETURN FORM#** _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1221 | |
| TOTAL CIGARETTES FOR STOP: | 1221 | RCA |
| TOTAL UNITS ALL TOBACCO: | 175 | |
| TOTAL FRESH CASES: | | |
| TOTAL CIG CASES DELIVERED: | 0 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 41 | |
| TOTAL CASES DELIVERED: | 5 | |
| RED/BLUE TOTES RETURNED: | 46 | ON LAST INV    5 |

**YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED**

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# 316380

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
Driver is financially responsible for paying the amount

HAR000699

APP257

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676669   DALLAS, TX 75267-8659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
95751          3630 S. I-35 EXIT 331
160            WACO, TX 76706
               254-662-2400

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 11/26/18

NET 7 DAYS

INVOICES   436032
AMOUNTS    $84406.71
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 443404 | 030p | 28316769 | 054p |
| 443406 | 030p | 28316771 | 054p |
| 443406 | 030p | 28316772 | 056p |
| 443407 | 030p | 28316773 | 030p |
| 443408 | 030p | 28316774 | 030p |
| 443409 | 030p | 28316775 | 030p |
| 443410 | 030p | 28316776 | 030p |
| 443411 | 030p | 28316777 | 004p |
| 443412 | 030p | | |
| 28316752 | 030p | | |
| 28316753 | 030p | | |
| 28316754 | 030p | | |
| 28316755 | 030p | | |
| 28316756 | 030p | | |
| 28316757 | 030p | | |
| 28316758 | 030p | | |
| 28316759 | 030p | | |
| 28316760 | 030p | | |
| 28316762 | 030p | | |
| 28316763 | 030p | | |
| 28316764 | 030p | | |
| 28316765 | 030p | | |
| 28316766 | 030p | | |
| 28316767 | 030p | | |
| 28316768 | 030p | | |

33 Cases          7 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 7 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#          DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE  X _____

DRIVER SIGNATURE  X _____

C/S CONF# OR LOG# _____

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

**MANIFEST TOTALS**

| | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 864 |
| TOTAL CIGARETTES FOR STOP: | 864 |
| TOTAL UNITS ALL TOBACCO: | 302 |
| TOTAL FRESH CASES: | 0 |
| TOTAL REDI/LUG CASES DELIVERED: | 33 |
| TOTAL REDI/BLUG TOTES DELIVERED: | 7 |
| TOTAL CASES DELIVERED: | 40 |
| REDI/BLUG TOTES RETURNED: | 7 |

ON LAST INV        7

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DELIVERY. CUST IS FINANCIALLY RESPONSIBLE FOR PAYING THE AMOUNT

HAR000700

**APP258**

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 12/03/18

NET 7 DAYS

HAR000701

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1153

95750   150

INVOICES          440444
AMOUNTS      $73330.20
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 4857465 030p | 29483712 030p | 29483782 038p | |
| 4857456 030p | 29483714 030p | 29483783 052p | |
| 4857457 030p | 29483715 030p | 29483784 037p | |
| 4857458 030p | 29483718 030p | | |
| 4857459 030p | 29483717 030p | | |
| 4857460 030p | 29483718 030p | | |
| 4857461 030p | 29483719 030p | | |
| 4857462 030p | 29483720 030p | | |
| 4857463 030p | 29483721 030p | | |
| 4857464 030p | 29483723 030p | | |
| 4857465 030p | 29483724 030p | | |
| 4857466 030p | 29483725 030p | | |
| 4857467 030p | 29483726 030p | | |
| 4857468 030p | 29483727 010p | | |
| 4857469 030p | 29483728 030p | | |
| 4857470 030p | | | |
| 4857471 030p | | | |
| 29483700 030p | | | |
| 29483706 030p | | | |
| 29483706 030p | | | |
| 29483707 030p | | | |
| 29483708 030p | | | |
| 29483709 030p | | | |
| 29483710 030p | | | |
| 29483711 030p | | | |

40 Cases          3 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 3 | 3 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X
DRIVER SIGNATURE X

C/S CONF# OR LOG#

COMMENTS

A/R LOG#

**DRIVER RETURN FORM#**
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1180 | |
| TOTAL CIGS/STOP FOR STOP: | 1180 | BcA |
| TOTAL UNITS ALL TOBACCO: | 127 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 40 | |
| TOTAL REDBLUE TOTES DELIVERED: | 3 | |
| TOTAL CASES DELIVERED: | 43 | |
| REDBLUE TOTES RETURNED: | | |
| YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED | ON LAST INV   5 | |

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

12-3-18

APP259

# IMPERIAL
### SUPER REGIONAL DISTRIBUTOR
### MORE FOR YOUR STORE.

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
95751
160
3630 S. I-35 EXIT 331
WACO, TX   76706
254-662-2400

INVOICES      440445
AMOUNTS      $66868.30
PICK UPS

**MANIFEST**

**ROUTE:** 1-42-005

FOR DELIVERY ON 12/03/18

NET 7 DAYS

HAR000702

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 4657472 030p | 29483750 030p | 29483786 040p |
| 4657473 030p | 29483751 030p | 29483787 054p |
| 4657474 030p | 29483752 030p | 29483788 096p |
| 4657476 030p | 29483753 030p | 29483789 064p |
| 4657476 030b | 29483754 030p | 29483791 058p |
| 4657477 030b | 29483755 030p | 29483792 056p |
| 4657478 030p | 29483758 027p | 29483793 046p |
| 29483730 030p | | 29483795 058p |
| 29483731 030b | | 29483798 012p |
| 29483732 030b | | 29483820 002p |
| 29483733 030p | | |
| 29483734 030p | | |
| 29483735 030b | | |
| 29483736 030p | | |
| 29483737 030p | | |
| 29483738 030p | | |
| 29483740 030p | | |
| 29483741 030b | | |
| 29483742 030b | | |
| 29483743 030p | | |
| 29483744 030p | | |
| 29483745 030p | | |
| 29483746 030p | | |
| 29483747 030p | | |
| 29483749 030b | | |

32 Cases        10 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| | DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED |
|---|---|---|---|---|---|
| | 10 | | | | |

CUST INTL.

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | |
|---|---|
| CIGARETTE CARTONS: | 957 |
| TOTAL CIGARETTE CARTONS: | 957 |
| TOTAL UNITS FOR CTOP: | 428 |
| TOTAL UNITS ALL TOBACCO: | |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 32 |
| TOTAL REDBLUE TOTES DELIVERED: | 10 |
| TOTAL CASES DELIVERED: | 42 |
| REDBLUE TOTES RETURNED: | |

ON LAST INV    7

Cust Initial    JLA

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _Bregep_
DRIVER SIGNATURE X _12-3-18_

C/S CONF'# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL
CUST IS financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS _____

A/R LOG# _____

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

# APP260

**APP261**

HAR000703

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 12/10/18

NET 7 DAYS

---

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO:  A-Z WHOLESALE/DALLAS
95750   11100 HARRY HINES BLVD.
         DALLAS, TX  75229
150      972-484-1153

INVOICES    445067
AMOUNTS    $93136.93
PICK UPS

LABELS:
ZONE 20   ZONE 20   ZONE 30
CIGS      CIGS      TOB

5254921 030p   5254946 030p   28643578 054p
5254922 030p   28643508 030p   28643579 040p
5254923 030p   28643509 030p   28643580 055p
5254924 030p   28643510 030p   28643581 015p
5254925 030p   28643511 030p   28643620 003p
5254926 030p   28643512 030p
5254927 030p   28643513 030p
5254928 030p   28643514 030p
5254929 030p   28643515 030p
5254930 030p   28643516 030p
5254931 030p   28643518 030p
5254932 030p   28643519 030p
5254933 030p   28643520 030p
5254934 030p   28643521 030p
5254935 030p   28643522 030p
5254936 030p   28643523 030p
5254937 030p   28643524 030p
5254938 030p   28643526 030p
5254939 030p   28643527 030p
5254940 030p   28643528 030p
5254941 030p   28643529 030p
5254942 030p   28643530 030p
5254943 030p   28643531 030p
5254944 030p   28643532 030p
5254945 030p

49 Cases

5 Rd Tote

---

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE X _____   C/S CONF# OR LOG# _____

DRIVER SIGNATURE X _____

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX  75229

---

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

Cust Initial

MANIFEST TOTALS
CIGARETTE CARTONS:                    1445      R.C.A
TOTAL CIGARETTES FOR STOP:            1445
TOTAL UNITS ALL TOBACCO:               189

TOTAL FRESH CASES:
TOTAL CIG CASES DELIVERED:               0
TOTAL REDBLUE TOTES DELIVERED:          49
TOTAL CS CASES DELIVERED:                5
REDBLUE TOTES RETURNED:                 54

ON LAST INV       3

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

X _____  12-10-18

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

HAR000704

# IMPERIAL®
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
95751
160
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

INVOICES      445068
AMOUNTS      $95773.09
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 10 TOB | |
|---|---|---|---|
| 5254947 | 030p | 5254972 | 030p |
| 5254948 | 030p | 29843973 | 030p |
| 5254949 | 030p | 5254974 | 054p |
| 5254950 | 030p | 5254975 | 030p |
| 5254951 | 030p | 29843534 | 040p |
| 5254952 | 030p | 29843535 | 030p |
| 5254953 | 030p | 29843536 | 030p |
| 5254954 | 030p | 29843537 | 030p |
| 5254955 | 030p | 29843538 | 030p |
| 5254956 | 030p | 29843539 | 030p |
| 5254957 | 030p | 29843540 | 030p |
| 5254958 | 030p | 29843541 | 030p |
| 5254959 | 030p | 29843542 | 030p |
| 5254960 | 030p | 29843544 | 030p |
| 5254961 | 030p | 29843546 | 030p |
| 5254962 | 030p | 29843548 | 030p |
| 5254963 | 030p | 29843547 | 030p |
| 5254964 | 030p | 29843548 | 030p |
| 5254965 | 030p | 29843549 | 030p |
| 5254966 | 030p | 29843550 | 030p |
| 5254967 | 030p | 29843551 | 030p |
| 5254968 | 030p | 29843553 | 030p |
| 5254969 | 030p | 29843554 | 012p |
| 5254970 | 030p | | |
| 5254971 | 030p | | |

| ZONE 10 TOB | |
|---|---|
| 29843584 | 054p |
| 29843585 | 056p |
| 29843586 | 056p |
| 29843587 | 056p |
| 29843589 | 040p |
| 29843590 | 056p |
| 29843591 | 052p |
| 29843593 | 026p |

48 Cases          8 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 8 | 8 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____

C/S CONF# OR LOG#

---

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

‖‖‖‖‖‖‖‖

# MANIFEST

**ROUTE: 1-42-006**

FOR DELIVERY ON  2/10/18

**NET 7 DAYS**

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 1422 | |
| TOTAL CIGARETTES FOR STOP: | 1422 | Re A |
| TOTAL UNITS ALL TOBACCO: | 396 | |
| TOTAL FRESH CASES: | | |
| TOTAL CIG CASES DELIVERED: | 0 | |
| TOTAL REDBLUE TOTES DELIVERED: | 48 | |
| TOTAL CASES DELIVERED: | 8 | |
| REDBLUE TOTES RETURNED: | 56 | |
| ON LAST INV | 10 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

APP262

HAR000705

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 12/17/18

NET 7 DAYS

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

Cust Initial

| MANIFEST TOTALS | |
| --- | --- |
| CIGARETTE CARTONS: | 159 |
| TOTAL CIGARETTES FOR STOP: | 1510 |
| TOTAL UNITS ALL TOBACCO: | 108 |

| TOTAL FRESH CASES: | 0 |
| --- | --- |
| TOTAL CIG CASES DELIVERED: | 51 |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 |
| TOTAL CASES DELIVERED: | 55 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV   5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE  X

DRIVER SIGNATURE  X

C/S CONF'# OR LOG#   317633

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.
CUST IS financially responsible for paying the amount
of the invoice listed above. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

| | SHIP TO: | A-Z WHOLESALE/DALLAS |
| --- | --- | --- |
| 95750 | | 11100 HARRY HINES BLVD. |
| 150 | | DALLAS, TX  75229 |
| | | 972-484-1153 |

INVOICES   449932
AMOUNTS   $97167.26
PICK UPS   449933   449934   449395   449396

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5851493 | 030p | 5851518 | 030p | 29780706 | 019p | 29790848 | 048p |
| 5851494 | 030p | 5851519 | 030p | | | 29790849 | 045p |
| 5851495 | 030p | 5851520 | 030p | | | 29790850 | 055p |
| 5851496 | 030p | 5851521 | 030p | | | 29790851 | 020p |
| 5851497 | 030p | 29790773 | 030p | | | | |
| 5851498 | 030p | 29790774 | 030p | | | | |
| 5851499 | 030p | 29790775 | 030p | | | | |
| 5851500 | 030p | 29790778 | 030p | | | | |
| 5851501 | 030p | 29790777 | 030p | | | | |
| 5851502 | 030p | 29790776 | 030p | | | | |
| 5851503 | 030p | 29790779 | 030p | | | | |
| 5851504 | 030p | 29790780 | 030p | | | | |
| 5851505 | 030p | 29790781 | 030p | | | | |
| 5851506 | 030p | 29790783 | 030p | | | | |
| 5851507 | 030p | 29790784 | 030p | | | | |
| 5851508 | 030p | 29790785 | 030p | | | | |
| 5851509 | 030p | 29790786 | 030p | | | | |
| 5851510 | 030p | 29790787 | 030p | | | | |
| 5851511 | 030p | 29790788 | 030p | | | | |
| 5851512 | 030p | 29790789 | 030p | | | | |
| 5851513 | 030p | 29790790 | 030p | | | | |
| 5851514 | 030p | 29790792 | 030p | | | | |
| 5851515 | 030p | 29790793 | 030p | | | | |
| 5851516 | 030p | 29790794 | 030p | | | | |
| 5851517 | 030p | 29790795 | 030p | | | | |

51 Cases      4 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
| --- | --- | --- | --- | --- | --- |
| | 4 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#          DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP263**

HAR000706

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
180

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 12/17/18

NET 7 DAYS

INVOICES      449397
AMOUNTS    $9021019
PICK UPS

LABELS:
ZONE 20
CIGS
5651522  030p
5651523  030p
6651524  030p
5651525  030p
5651526  030p
5651527  030p
5651528  030p
5651529  030p
5651530  030p
5651531  030p
5651532  030p
5651533  030p
5651534  030p
5651535  030p
5651536  030p
5651537  030p
5651538  030p
5651539  030p
5651540  030p
5651541  030p
5651542  030p
5651543  030p
5651544  030p
5651545  030p
28768790 030p

ZONE 20
CIGS
29798799  030p
29798800  030p
29798801  030p
29798802  030p
29798803  030p
29798804  030p
29798805  030p
29798806  030p
29793808  030p
29798809  030p
29798810  030p
29798811  030p
29798812  030p
29798813  030p
29798814  030p
29798815  030p
29798817  030p
29798818  030p
29798819  030p
29798820  030p
29798821  030p
29798822  804p

ZONE 30
TOB
29798854  054p
29798855  054p
29798859  054p
29798857  044p
29798859  030p
29798860  040p
29798861  040p
29798883  040p
29798890  002p

47 Cases      9 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 9 | 9 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#

**DRIVER RETURN FORM#**
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF#/ OR LOG#

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1384 | ZCA |
| TOTAL CIGARETTE CASES FOR STOP: | 1384 | |
| TOTAL UNITS ALL TOBACCO: | 372 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 47 | |
| TOTAL REDI/BLUE TOTES DELIVERED: | 9 | |
| TOTAL CASES DELIVERED: | 56 | |
| REDI/BLUE TOTES RETURNED: | | ON LAST INV      8 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER CCL

**APP264**

HAR000707

**MANIFEST**

ROUTE: 142-004

FOR DELIVERY ON 1/07/19

NET 7 DAYS

JAN 0 9 20..

Cust Initial  2 C.A

ON LAST INV   3

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

MORE FOR YOUR STORE.

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

INVOICES      13969
AMOUNTS    $57740.70
PICK UPS

LABELS:
ZONE 20

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 6773934 030p | | 30274500 045p | |
| 6773935 030p | 30274438 030p | 30274501 055p | |
| 6773936 030p | 30274439 030p | | |
| 6773937 030p | 30274441 030p | | |
| 6773938 030p | 30274442 030p | | |
| 6773939 030p | 30274443 030p | | |
| 6773940 030p | 30274444 030p | | |
| 6773941 030p | 30274445 030p | | |
| 6773942 030p | 30274446 030p | | |
| 6773943 030p | 30274447 030p | | |
| 6773944 030p | 30274448 030p | | |
| 6773945 030p | 30274450 012b | | |
| 6773946 030p | | | |
| 6773947 030p | | | |
| 6773948 030p | | | |
| 6773949 030p | | | |
| 6773950 030p | | | |
| 6773951 030p | | | |
| 30274431 030p | | | |
| 30274432 030p | | | |
| 30274433 030p | | | |
| 30274434 030p | | | |
| 30274435 030p | | | |
| 30274436 030p | | | |
| 30274437 030p | | | |

36 Cases          2 Ret Tote

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | |
|---|---|
| CIGARETTE CARTONS: | 1082 |
| TOTAL CIGARETTES FOR STOP: | 1082 |
| TOTAL UNITS ALL TOBACCO: | 100 |
| | |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 35 |
| TOTAL REDBLUE TOTES DELIVERED: | 0 |
| TOTAL CASES DELIVERED: | 35 |
| REDBLUE TOTES RETURNED: | |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| | VERIFY | EMPTY | PICKUP | TOTAL TOTES | CUST |
|---|---|---|---|---|---|
| DELIVERED | TODAY | TOTES | +TOTES | RETURNED | INTL |
| TODAY 2 | | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP265**

# IMPERIAL.
### SUPER REGIONAL DISTRIBUTOR
## MORE FOR YOUR STORE.

P.O. BOX 676659 DALLAS, TX 75267-6659 1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35, EXIT 331
WACO, TX 76706
254-662-2400

95751
160

INVOICES 13970
AMOUNTS $73867.04
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 6773952 | 030p | 30274503 | 054p |
| 6773953 | 030p | 30274504 | 054p |
| 6773954 | 030p | 30274505 | 054p |
| 6773955 | 030p | 30274506 | 051p |
| 5773956 | 030p | 30274506 | 054p |
| 6773957 | 030p | 30274608 | 054p |
| 6773958 | 030p | 30274609 | 030p |
| 6773959 | 030p | 30274610 | 054p |
| 6773960 | 030p | 30274612 | 006p |
| 6773961 | 030p | 30274639 | 004p |
| 5773962 | 030p | | |
| 6773963 | 030p | | |
| 6773964 | 030p | | |
| 6773965 | 030p | | |
| 30274452 | 030p | | |
| 30274453 | 030p | | |
| 30274454 | 030p | | |
| 30274455 | 030p | | |
| 30274456 | 030p | | |
| 30274457 | 030p | | |
| 30274458 | 030p | | |
| 30274459 | 030p | | |
| 30274460 | 030p | | |
| 30274462 | 030p | | |
| 30274463 | 030p | | |

36 Cases        9 Pz Tote

## MANIFEST
**ROUTE: 1-42-005**
FOR DELIVERY ON 1/07/19

NET 7 DAYS

JAN 0 9 2019

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS

| | |
|---|---|
| CIGARETTE CARTONS: | 1080 |
| TOTAL CIGARETTES FOR STOP: | 1080 |
| TOTAL UNITS ALL TOBACCO: | 372 |

Cust Initial

| | |
|---|---|
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 36 |
| TOTAL REDBLUE TOTES DELIVERED: | 9 |
| REDBLUE TOTES RETURNED: | 45 |

ON LAST INV    4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORTOVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL. is financially responsible for paying the amount
All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

HAR000708

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| | 9 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#_____    DRIVER RETURN FORM#_____

C/S CONF# OR LOG# 3143279

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP266**

# IMPERIAL.
### SUPER REGIONAL DISTRIBUTOR
## MORE FOR YOUR STORE.

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750          150

**MANIFEST**

**ROUTE: 3-42-004**

FOR DELIVERY ON 1/02/19

NET 7 DAYS

HAR000709

INVOICES        10583
AMOUNTS      $52215.72
PICK UPS

LABELS:

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 6508641 | 030p | 30158114 | 030p | 30158158 | 047p |
| 6508842 | 030p | 30158115 | 028p | 30158159 | 055p |
| 6508843 | 030p | | | 30158160 | 023p |
| 6508844 | 030p | | | | |
| 6508845 | 030p | | | | |
| 6508846 | 030p | | | | |
| 6508847 | 035p | | | | |
| 6508848 | 030p | | | | |
| 6508849 | 030p | | | | |
| 6508850 | 030p | | | | |
| 6508851 | 030p | | | | |
| 6508852 | 030p | | | | |
| 30158100 | 030p | | | | |
| 30158101 | 030p | | | | |
| 30158102 | 030p | | | | |
| 30158103 | 030p | | | | |
| 30158104 | 030p | | | | |
| 30158105 | 030p | | | | |
| 30158106 | 030p | | | | |
| 30158107 | 030p | | | | |
| 30158108 | 030p | | | | |
| 30158109 | 030p | | | | |
| 30158110 | 030p | | | | |
| 30158111 | 030p | | | | |
| 30158112 | 030p | | | | |
| 30158113 | 030p | | | | |

27 Cases                    3 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 3 | 3 | | | | |

*NOTE:Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | |
|---|---|---|
| CIGARETTE CARTONS: | | 808 |
| TOTAL CIGARETTES FOR STOP: | | 808 |
| TOTAL UNITS ALL TOBACCO: | | 125 |
| | | |
| TOTAL FRESH CASES: | | 0 |
| TOTAL CIG CASES DELIVERED: | | 27 |
| TOTAL REDBLUE TOTES DELIVERED: | | 3 |
| TOTAL CASES DELIVERED: | | 30 |
| REDBLUE TOTES RETURNED: | | ON LAST INV     4 |

Cust Initial

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**CUSTOMER SIGNATURE X**

**DRIVER SIGNATURE X**

COMMENTS

DRIVER RETURN FORM#

C/S CONF'# OR LOG#

*The product(s) listed on this document (invoice(s) and by signing this document I agree that the company and/or person listed below is financially responsible for paying the amount **nd attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

"  INC.   11100 HARRY HINES BLVD.      DALLAS, TX        75229

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

APP267

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
180

**MANIFEST**

ROUTE: 3-42-005

FOR DELIVERY ON  1/02/19

NET 7 DAYS

HAR000710

INVOICES      10584
AMOUNTS     $64,300.37
PICK UPS

LABELS:
ZONE 20      ZONE 20      ZONE 30
CIGS         CIGS         TOB

6508653 030p    30158129 030p    30158162 057p
6508654 030b    30158130 030p    30158163 039p
6508655 030b    30158131 030p    30158164 055p
6508656 030b    30158132 030p    30158165 048p
6508657 030b    30158133 030p
6508658 030b    30158134 030p
6508659 030b    30158136 030p
6508660 030b    30158137 020p
6508661 030b
6508662 030b
6508663 030b
6508664 050p
6508665 030p
6508666 030p
30158117 030b
30158118 030b
30158119 030b
30158120 030b
30158121 030b
30158122 030b
30158123 030b
30158124 030b
30158125 030b
30158126 030b
30158127 030b
30158128 030b

33 Cases.              4 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 4 | 4 | | | | |

*NOTE Full CS deliveries are not in totes

DRIVER RETURN FORM#

COMMENTS

A/R LOG#
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

**MANIFEST TOTALS**

| | |
|---|---|
| CIGARETTE CARTONS: | 880 |
| TOTAL CIGARETTES PER STOP: | 980 |
| TOTAL UNITS ALL TOBACCO: | 199 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 33 |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 |
| TOTAL CASES DELIVERED: | 37 |
| RED/BLUE TOTES RETURNED: | |
| ON LAST INV | 9 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
CUST. IS financially responsible for paying the amount
due on invoice less, with a minimum charge of .50 per month.

APP268

HAR000711

**MANIFEST**

ROUTE: 3-42-004

FOR DELIVERY ON 12/26/18

NET 7 DAYS

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

BOSSIER

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

**MORE FOR YOUR STORE.**

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1153

95750
150

INVOICES        456217
AMOUNTS     $62816.49
PICK UPS'

LABELS:
ZONE 20            ZONE 20            ZONE 30
CIGS                    CIGS                    TOB

| | | |
|---|---|---|
| 6143239 030p | 30010332 030p | 30010393 045p |
| 6143240 030p | 30010333 030p | 30010394 051p |
| 6143241 030p | 30010334 030p | 30010395 056p |
| 6143242 030p | 30010336 030p | 30010396 030p |
| 6143243 030p | 30010337 030p | 30010398 004p |
| 6143244 030p | 30010338 030p | 30010422 002p |
| 6143245 030p | 30010339 030p | |
| 6143246 030p | 30010340 008p | |
| 6143247 030p | | |
| 6143248 030p | | |
| 6143249 030p | | |
| 6143250 030p | | |
| 6143251 030p | | |
| 6143252 030p | | |
| 6143253 030p | | |
| 6143254 030p | | |
| 6143255 030p | | |
| 6143256 030p | | |
| 6143257 030p | | |
| 6143258 030p | | |
| 30010327 030p | | |
| 30010328 030p | | |
| 30010329 030p | | |
| 30010330 030p | | |
| 30010331 030p | | |

33 Cases            5 Rd Tote

DEC 2 8 2018

**MANIFEST TOTALS**

| | |
|---|---|
| CIGARETTE CARTONS: | 966 |
| TOTAL CIGARETTES FOR STOP: | 968 |
| TOTAL UNITS IN ALL TOBACCO: | 158 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 33 |
| TOTAL RED/BLUE TOTES DELIVERED: | 5 |
| TOTAL CASES DELIVERED: | 38 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV        4

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

Cust Initial    K.L.A

MY INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE   X _Mandro Ch_

DRIVER SIGNATURE   X _____

C/S CONF'# OR LOG#   _12/26/18_

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

COMMENTS _____

A/R LOG# _____
**DRIVER RETURN FORM#**
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP269**

HAR000712

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**MANIFEST**

ROUTE: 3-42-005

FOR DELIVERY ON 12/26/18

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES      455218
AMOUNTS     $45212.02
PICK UPS

LABELS:
ZONE 20
CIGS

ZONE 30
TOB

| | |
|---|---|
| 6149259 030p | 30010389 054p |
| 6149260 030p | 30010390 054p |
| 6149261 050p | 30010391 054p |
| 6149262 030p | 30010392 034p |
| 6149263 030p | 30010394 042p |
| 6149264 030p | |
| 6149265 030p | |
| 6149266 030p | |
| 6149267 030p | |
| 30010342 030p | |
| 30010343 030p | |
| 30010344 030p | |
| 30010345 030p | |
| 30010346 030p | |
| 30010347 030p | |
| 30010348 030p | |
| 30010349 030p | |
| 30010350 030p | |
| 30010352 030p | |
| 30010353 030p | |
| 30010354 030p | |
| 30010355 030p | |
| 30010356 030p | |
| 30010357 030p | |

24 Cases        5 Rd Tote

DEC 2 8 2018

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 5 | | | | |

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 720 | Clerk Initial |
| TOTAL CIGARETTES FOR STOP: | 720 | _P.C.A_ |
| TOTAL UNITS ALL TOBACCO: | 238 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL OTG CASES DELIVERED: | 24 | |
| TOTAL REDBLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 29 | |
| REDBLUE TOTES RETURNED: | | ON LAST INV   0 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE   X _____

DRIVER SIGNATURE   X ___Rico  12/1/18___

C/S CONF'# OR LOG#   _317966_

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING IN CLAIM.

*NOTE Pull CS deliveries are not in totes

COMMENTS

A/R LOG#          DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP270**

**BOSSIER**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 1/14/19

NET 7 DAYS

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

93750    150

INVOICES              18830
AMOUNTS          $69385.63
PICK UPS

HAR000713

| LABEL S:<br>ZONE 20<br>CIGS | ZONE 20<br>CIGS | ZONE 30<br>TOB | |
|---|---|---|---|
| 7150811 030p | 30421870 030p | 30421728 057p | |
| 7150812 030p | 30421872 030p | 30421729 054p | |
| 7150813 030p | 30421873 030p | 30421730 054p | |
| 7150814 030p | 30421874 030p | 30421731 054p | |
| 7150815 030p | 30421875 030p | 30421733 054p | |
| 7150816 030p | 30421876 030p | 30421734 056p | |
| 7150817 030p | 30421877 011p | 30421736 055p | |
| 7150818 030p | 30421878 030p | 30421737 031p | |
| 7150819 030p | | 30421738 030p | |
| 7150820 030p | | 30421739 018p | |
| 7150821 030p | | 30421782 016p | |
| 7150822 030p | | 30421783 016p | |
| 7150823 030p | | | |
| 7150824 030p | | | |
| 7150825 030p | | | |
| 7150826 030p | | | |
| 7150827 030p | | | |
| 30421662 030p | | | |
| 30421663 030p | | | |
| 30421664 030p | | | |
| 30421665 030p | | | |
| 30421666 030p | | | |
| 30421667 030p | | | |
| 30421668 030p | | | |
| 30421669 030p | | | |

33 Cases          12 Rd Tote

JAN 16 2019

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED<br>TODAY | VERIFY<br>TODAY | EMPTY<br>TOTES | PICKUP<br>*TOTES | TOTAL TOTES<br>RETURNED | CUST<br>INTL |
|---|---|---|---|---|---|
| 12 | 12 | | | | |

*NOTE Full CS deliveries are not in totes

**MANIFEST TOTALS**

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 971 | |
| TOTAL CIGARETTES FOR STOP: | 971 | |
| TOTAL UNITS ALL TOBACCO: | 498 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 33 | |
| TOTAL REDBLUE TOTES DELIVERED: | 12 | |
| TOTAL CASES DELIVERED: | 45 | |
| RED/BLUE TOTES RETURNED: | | ON LAST INV    2 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**CUSTOMER SIGNATURE**   X

**DRIVER SIGNATURE**   X

C/S CONF# OR LOG#   318687

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING AFTER DEL.
CUST WILL BE financially responsible for paying the amount
of the invoice, with a minimum charge of .50 per month.

COMMENTS

A/R LOG#

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP271**

HAR000714

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**
P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**MANIFEST**

**ROUTE: 1-42-006**

FOR DELIVERY ON 1/14/19

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/WACO
95751          3630 S. I-35 EXIT 331
160            WACO, TX  76706
               254-662-2400

INVOICES      16531
AMOUNTS       $69195.02
PICK UPS

| LABELS: | | |
|---|---|---|
| ZONE 10 | ZONE 20 | ZONE 30 |
| CIGS | CIGS | TOB |

| | | |
|---|---|---|
| 7150828 | 030p | 30421691 | 030p | 30421742 | 036p |
| 7150829 | 030p | 30421692 | 030p | 30421743 | 086p |
| 7150030 | 030p | 30421693 | 030p | 30421744 | 054p |
| 7150631 | 030p | 30421694 | 030p | 30421745 | 054p |
| 7150032 | 030p | 30421695 | 030p | 30421747 | 040p |
| 7150633 | 030p | 30421696 | 030p | 30421746 | 054p |
| 7150634 | 030p | 30421697 | 030p | 30421748 | 060p |
| 7150035 | 030p | 30421699 | 030p | 30421785 | 004p |
| 7150636 | 030p | 30421700 | 027p | |
| 7150637 | 030p | | |
| 7150638 | 030p | | |
| 7150639 | 030p | | |
| 7150040 | 030p | | |
| 7150841 | 030p | | |
| 7150842 | 030p | | |
| 30421680 | 030p | | |
| 30421681 | 030p | | |
| 30421682 | 030p | | |
| 30421683 | 030p | | |
| 30421684 | 030p | | |
| 30421685 | 030p | | |
| 30421686 | 000p | | |
| 30421687 | 030p | | |
| 30421688 | 030p | | |
| 30421690 | 030p | | |

34 Cases          8 Rd Tote

JAN 16 2019

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP →TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 8 | 8 | | | | |

*NOTE Full CS deliveries are not in totes

**DRIVER RETURN FORM#**

| | MANIFEST TOTALS | | |
|---|---|---|---|
| | TOTAL CIGARETTE CARTONS: | 1017 | Cust Initial |
| | TOTAL CIGARETTES FOR STOP: | 1017 | |
| | TOTAL UNITS ALL TOBACCO: | 309 | |
| | TOTAL FRESH CASES: | 0 | |
| | TOTAL C/G CASES DELIVERED: | 34 | |
| | TOTAL REDBLUE TOTES DELIVERED: | 8 | |
| | TOTAL CASES DELIVERED: | 42 | |
| | REDBLUE TOTES RETURNED: | | ON LAST INV   9 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

ANY SHORTAGE/OVER, DRIVER MUST CALL OS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL
CUST IS financially responsible for paying the amount
listed below  is financially responsible for paying the amount

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____

C/S CONF# OR LOG#   71868

COMMENTS _____

A/R LOG# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP272**

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 1/21/19

NET 7 DAYS

JAN 23 2019

HAR000715

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 6776659  DALLAS, TX 75267-6659  1-800-341-7567

MORE FOR YOUR STORE.

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750       150

INVOICES    22559
AMOUNTS     $57960.27
PICK UPS    22560

LABELS:

ZONE 20          ZONE 20          ZONE 30
CIGS             CIGS             TOB

                 7546566 030p     30586523 054p
                 7546567 030p     30586524 054p
                 7546568 030p     30586625 054p
30586476 030p    7546669 030p     30586526 054p
30586477 030p    7546570 030p     30586528 055p
30586478 001p    7546571 030p     30586529 055p
                 7546572 030p     30586530 041p
                 7546573 030p     30586532 038p
                 30586457 030p
                 30586458 030p
                 30586459 030p
                 30586460 030p
                 30586461 030p
                 30586462 030p
                 30586463 030p
                 30586464 030p
                 30586465 030p
                 30586466 030p
                 30586467 030p
                 30586468 030p
                 30586469 030p
                 30586470 030p
                 30586471 030p
                 30586472 030p
                 30586473 030p
                 30586474 030p

28 Cases          8  Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 8 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

COMMENTS _____

A/R LOG# _____  DRIVER RETURN FORM# _____

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initl(s) |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 811 | |
| TOTAL CIGARETTES FOR STOP: | 811 | P C A |
| TOTAL UNITS ALL TOBACCO: | 403 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 28 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 8 | |
| RED/BLUE CASES DELIVERED: | 36 | |
| RED/BLUE TOTES RETURNED: | | ON LAST INV   12 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
DIST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
DIST IS financially responsible for paying the invoice
amount due. All amounts not paid within 30 days per month.

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount due of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

**APP273**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3690 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

**MANIFEST**

ROUTE: 1-42-005
FOR DELIVERY ON 1/21/19

NET 7 DAYS

JAN 23 2019

HAR000716

INVOICES     22361
AMOUNTS   $51168.51
PICK UPS

LABELS:
ZONE 20          ZONE 30
CIGS              TOB

7546574 030p   30586534 056p
7546575 030p   30586535 056p
7546576 030p   30586536 054p
7546577 030p   30586537 042p
7546578 030p   30586539 054p
7546579 030p   30586540 054p
7546580 030p   30586541 040p
7546581 030p   30586543 024p
7546582 030p   30586575 002p
30586480 030p
30586481 030p
30586482 030p
30586483 030p
30586484 030p
30586485 030p
30586486 030p
30586487 030p
30586488 030p
30586490 030p
30586491 030p
30586492 030p
30586493 030p
30586494 030p
30586495 040p

24 Cases

9  Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 9 | | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

MANIFEST TOTALS                                    Cust Initial
TOTAL CIGARETTE CARTONS:        694       PCA
TOTAL CIGARETTES FOR STOP:      694
TOTAL UNITS ALL TOBACCO:        381

TOTAL FRESH CASES:              0
TOTAL CIG CASES DELIVERED:      24
TOTAL REDBLUE TOTES DELIVERED:  9
TOTAL CASES DELIVERED:          33
RED/BLUE TOTES RETURNED:        ON LAST INV    8

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _Ricardo 1/21-19_

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

ANY SHORT/OVER. DRIVER MUST CALL CIG FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CIG AFTER DEL.
CUST is financially responsible for paying the amount
listed below. All amounts not paid within 30 days after invoice
date, with a minimum charge of .50 per month.

COMMENTS

A/R LOG#

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.  11100 HARRY HINES BLVD.   DALLAS, TX      75229

**APP274**

HAR000717

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
95750   11100 HARRY HINES BLVD.
DALLAS, TX  75229
150   972-484-1153

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 1/28/19

NET 7 DAYS

INVOICES       27103
AMOUNTS    $7884.82
PICK UPS       27104        27105        27106

LABELS:
ZONE 20        ZONE 20        ZONE 30
CIGS              CIGS              TOB

7929168 030p    30746745 030p    30748808 046p
7929187 030p    30746746 030p    30748809 056p
7929188 030p    30746747 030p    30748810 042p
7929189 030p    30746748 030p    30748846 001p
7929190 030p    30746749 030p
7929191 030p    30746750 030p
7929192 030p    30746761 030p
7929193 030p    30746753 030p
7929194 030p    30746754 030p
7929195 030p    30746755 030p
7929196 030p    30746756 030p
7929197 030p    30746757 030p
7929198 030p    30746758 030p
7929199 030p    30746759 030p
7929200 030p    30746760 030p
7929201 030p    30746762 019p
7929202 030p    30746763 030p
7929203 030p
7929204 030p
7929205 030p
7929206 030p
7929207 030p
7929208 030p
30746743 030p
30746744 030p

42 Cases       4 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 4 | 4 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust (Initial) |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1249 | |
| TOTAL CIGARETTES FOR STOP: | 1249 | |
| TOTAL UNITS ALL TOBACCO: | 144 | |

| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 42 |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 |
| TOTAL CASES DELIVERED: | 46 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV   8

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE  X

DRIVER SIGNATURE  X

C/S CONF# OR LOG#

ANY SHORTOVER, DRIVER MUST CALL C/S OR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL
CUST agree that the company and/or person listed below  is financially responsible for paying the amount

COMMENTS

A/R LOG#

DRIVER RETURN FORM#
I acknowledge receipt of the product(s) listed on this manifest invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP275**

HAR000718

## IMPERIAL
### SUPER REGIONAL DISTRIBUTOR
### MORE FOR YOUR STORE.

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
95751   3630 S. I-35 EXIT 331
160   WACO, TX   76706
254-662-2400

| MANIFEST |
| --- |
| ROUTE: 1-42-006 |
| FOR DELIVERY ON 1/28/19 |
| NET 7 DAYS |

INVOICES      27107
AMOUNTS    $61754.76
PICK UPS

LABELS:
ZONE 20        ZONE 20        ZONE 30
CIGS              CIGS              TOB

7929209 030p    30748778 030p    30748812 034p
7929210 030p    30748779 030p    30748813 054p
7929211 030p    30748780 036p    30748814 056b
7929212 030p    30748781 036p    30748815 048p
7929213 030p    30748782 036p    30748817 062p
7929214 030p    30748784 002p    30748818 039p
7929215 030p
7929216 030p
7929217 030p
7929218 030p
7929219 030p
7929220 030p
7928221 030p
30748765 030p
30748766 030p
30748767 030p
30748768 030p
30748769 030p
30748770 030p
30748771 030p
30748772 030p
30748773 030p
30748775 030p
30748776 030p
30748777 030p

31 Cases          6   Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
| --- | --- | --- | --- | --- | --- |
| | 6 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
| --- | --- | --- |
| CIGARETTE CARTONS: | 902 | |
| TOTAL CIGARETTES FOR STOP: | 902 | |
| TOTAL UNITS ALL TOBACCO: | 303 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 31 | |
| TOTAL REDBLUE TOTES DELIVERED: | 6 | |
| TOTAL CASES DELIVERED: | 37 | |
| REDBLUE TOTES RETURNED: | | ON LAST INV   6 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE   X

DRIVER SIGNATURE   X

C/S CONF# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL OS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING OS AFTER DEL.
Is financially responsible for paying the amount
All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS

A/R LOG#_____   DRIVER RETURN FORM#_____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP276**

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1163

95750
150

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 2/04/19

NET 7 DAYS

INVOICES          31987
AMOUNTS      $52434.50
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 30930377 | 030p | 30930428 | 056p |
| 30930378 | 030p | 30930429 | 056p |
| 30930070 | 006p | 30930430 | 003p |
| | | 30930464 | 002p |

8384154  030p
8384155  030p
8384156  030p
8384157  030p
8384158  030p
8384159  030p
8384160  030p
8384181  030p
8384192  030p
8384193  030p
8384194  030p
8384165  030p
8384166  030p
30930364 030p
30930365 030p
30930366 030p
30930367 030p
30930368 030p
30930369 030p
30930370 030p
30930371 030p
30930372 030p
30930374 030p
30930375 030p
30930376 030p

28 Cases          4 Rd Tots

**Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 4 | 4 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____        DRIVER RETURN FORM#

A/R LOG# _____        C/S CONF# OR LOG#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS
TOTAL CIGARETTE CARTONS:          816
TOTAL CIGARETTES FOR STOP:        816
TOTAL UNITS ALL TOBACCO:          116

TOTAL FRESH CASES:                0
TOTAL CIG CASES DELIVERED:        28
TOTAL RED/BLUE TOTES DELIVERED:   4
TOTAL CASES DELIVERED:            32
RED/BLUE TOTES RETURNED:

ON LAST INV    4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial   P.C.A.

**APP277**

# IMPERIAL
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

## MORE FOR YOUR STORE.

BOSSIER

INVOICES      96995
AMOUNTS    $73970.96
PICK UPS

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 2/11/19

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 8754353 | 030p | 31090606 | 054p |
| 8754354 | 030p | 31090607 | 042p |
| 8754655 | 030p | 31090608 | 054p |
| 8754658 | 030p | 31090609 | 055p |
| 8754357 | 030p | 31090611 | 032p |
| 8754558 | 030p | | |
| 8754559 | 030p | | |
| 8754560 | 030p | | |
| 8754561 | 030p | | |
| 8754562 | 030p | | |
| 8754563 | 030p | | |
| 8754564 | 030p | | |
| 8754565 | 030p | | |
| 8754566 | 030p | | |
| 8754567 | 030p | | |
| 8754568 | 030p | | |
| 8754569 | 030p | | |
| 31090537 | 030p | | |
| 31090538 | 030p | | |
| 31090538 | 030p | | |
| 31090539 | 030p | | |
| 31090540 | 030p | | |
| 31090541 | 030p | | |
| 31090542 | 030p | | |
| 31090543 | 030p | | |

ZONE 20 CIGS:
31080544  030p
31080548  030p
31080547  030p
31080548  030p
31080649  030p
31080650  030p
31080551  030p
31080552  030p
31080553  030p
31080565  030p
31090558  030p
31080557  030p
31080558  017p

38 Cases          5 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST PICKOP INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

A/R LOG# _____  DRIVER RETURN FORM#

C/S CONF# OR LOG# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the undersigned and/or person listed below  is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | |
|---|---|---|
| CIGARETTE CARTONS: | | 1127 |
| TOTAL CIGARETTES FOR STOP: | | 1127 |
| TOTAL UNITS ALL TOBACCO: | | 237 |
| TOTAL FRESH CASES: | | 0 |
| TOTAL CIG CASES DELIVERED: | | 38 |
| TOTAL REDBLUE TOTES DELIVERED: | | 5 |
| TOTAL CASES DELIVERED: | | 43 |
| REDBLUE TOTES RETURNED: | | |

Cust Initial

ON LAST INV      4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000720

**APP278**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 76267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**MANIFEST**

ROUTE: 1-42-005
FOR DELIVERY ON 2/11/19

NET 7 DAYS

HAR000721

SHIP TO: A-Z WHOLESALE/WACO
95751   3630 S. I-35 EXIT 331
WACO, TX  76706
160   254-662-2400

INVOICES  36398
AMOUNTS  $69427.87
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 8754570 030p | 31090571 030p | 31090613 059p |
| 8754571 030p | 31090572 030p | 31090614 054p |
| 8754572 030p | 31090573 030p | 31090615 054p |
| 8754573 030p | 31090574 030p | 31090616 054p |
| 8754574 030p | 31090575 030p | 31090618 054p |
| 8754575 030p | 31090576 030p | 31090619 098p |
| 8754576 030p | 31090578 030p | 31090620 054p |
| 8754577 030p | 31090579 030p | 31090622 028p |
| 8754578 030p | | |
| 8754579 030p | | |
| 8754580 030p | | |
| 8754581 030p | | |
| 8754582 030p | | |
| 8754583 030p | | |
| 8754584 030p | | |
| 31090580 030p | | |
| 31090581 030p | | |
| 31090582 030p | | |
| 31090583 030p | | |
| 31090584 030p | | |
| 31090585 030p | | |
| 31090565 030p | | |
| 31090567 030p | | |
| 31090568 030p | | |
| 31090570 030p | | |

33 Cases     8 Rd Tote

*NOTE Full CS deliveries are not in totes

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED | CUST |
|---|---|---|---|---|---|
| 8 | | | | | |

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 890 | |
| TOTAL CIGARETTES FOR STOP: | 990 | |
| TOTAL UNITS ALL TOBACCO: | 410 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 33 | |
| TOTAL REDBLUE TOTES DELIVERED: | 8 | |
| TOTAL CASES DELIVERED: | 41 | |
| REDBLUE TOTES RETURNED: | | ON LAST INV  7 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE  X

DRIVER SIGNATURE  X

C/S CONF# OR LOG#  319 78

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, are subject to a minimum charge of .50 per month.

ANY SHORTOVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

COMMENTS

A/R LOG#  _____  DRIVER RETURN FORM#

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP279**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** TOMMYS #30
114 SOUTH AVE. C
BLUM, TX  76627
254-874-5398

95627
580

**MANIFEST**

**ROUTE: 1-42-007**

FOR DELIVERY ON 2/18/19

A.C.H.

HAR000722

INVOICES  40758
AMOUNTS  $5135.84
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 30 TOB | ZONE 40 CANDY | ZONE 50 GROC | ZONE 60 BULK | ZONE 90 FREEZER |
|---|---|---|---|---|---|
| 31260731 030p | 31260811 041p | 31260902 010p | 31260930 009p | 9152510 | 31261002 007p |
| 31260732 030p | 31260867 004p | | 31260932 006p | 9152512 | 9151041 CS |
| 31260733 009p | | | | 9152513 | 9151059 002CS |
| | | | | 9152516 | |
| | | | | 9152518 | |

| 3 Cases | 2 Rd Tote | 1 Bl Tote | 2 Bl Tote | 6 Cases | 1 Box |
| | | | | | 3 Cases |

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | Cust Intls |
|---|---|
| CIGARETTE CARTONS: | 63 |
| TOTAL CIGARETTES FOR STOP: | 63 |
| TOTAL UNITS ALL TOBACCO: | 45 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 3 |
| TOTAL REDBLUE TOTES DELIVERED: | 5 |
| TOTAL CASES DELIVERED: | 17 |
| REDBLUE TOTES RETURNED: | |
| ON LAST INV | 15 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

COMMENTS

A/R LOG#              DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: SWIFTY MART, LLC    P.O. BOX 2429    MAIL CR. TO OFFICE    GRANBURY, TX    76048

ANY SHORT/OVER, DRIVER MUST CALL OS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING OS AFTER DEL.

APP280

HAR000723

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

**MANIFEST**
ROUTE: 1-42-004
FOR DELIVERY ON 2/18/19

NET 7 DAYS

INVOICES       40755
AMOUNTS     $63936.77
PICK UPS

LABELS:
**ZONE 20**
CIGS
9151020  030p
9151021  030p
9151022  030p
9151023  030p
9151024  030p
9151025  030p
9161026  030p
9151027  030p
9151028  030p
9151029  030p
31250764  030p
31250765  030p
31250766  030p
31250767  030p
31250768  030p
31250769  030p
31250770  030p
31250771  030p
31250772  030p
31250774  030p
31250775  030p
31250776  030p
31250777  030p
31250778  030p
31250779  030p

**ZONE 20**
CIGS
31250780  030p
31250781  030p
31250783  002p

**ZONE 30**
TOB
31250834  042p
31250835  057p
31250836  052p
31250837  010p

20 Cases        4 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 4 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#          DRIVER RETURN FORM#
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX        75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | |
|---|---|---|
| CIGARETTE CARTONS: | | 812 |
| TOTAL CIGARETTE CARTONS: | | 812 |
| TOTAL CIGARETTES FOR STOP: | | 162 |
| TOTAL UNITS ALL TOBACCO: | | |
| TOTAL FRESH CASES: | | 0 |
| TOTAL CIG CASES DELIVERED: | | 28 |
| TOTAL REDIBLUE TOTES DELIVERED: | | 4 |
| TOTAL CASES DELIVERED: | | 32 |
| REDIBLUE TOTES RETURNED: | | |

ON LAST INV    5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X
DRIVER SIGNATURE X

C/S CONF# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL

**APP281**

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 2/25/19

NET 7 DAYS

FEB 27 2019

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 67659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750

150

INVOICES     45246
AMOUNTS    $71912.55
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 9544283 030p | 31445241 030p | 31445299 045p |
| 9544284 030p | 31445242 030p | 31445300 048p |
| 9544285 030p | 31445243 030p | 31445301 052p |
| 9544286 030p | 31445244 030p | |
| 9544287 030p | 31445245 030p | |
| 9544288 030p | 31445246 030p | |
| 9544289 030p | 31445247 030p | |
| 9544290 030p | 31445248 030p | |
| 9544291 030p | 31445250 030p | |
| 9544292 030p | 31445251 030p | |
| 9544293 030p | 31445252 030p | |
| 9544294 030p | 31445253 020p | |
| 9544285 030p | | |
| 9544296 030p | | |
| 9544297 030p | | |
| 9544298 030p | | |
| 31445231 030p | | |
| 31445232 030p | | |
| 31445233 030p | | |
| 31445234 030p | | |
| 31445235 030p | | |
| 31445236 030p | | |
| 31445237 030p | | |
| 31445238 030p | | |
| 31445239 030p | | |

37 Cases          3 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| | VERIFY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INT. |
|---|---|---|---|---|---|
| DELIVERED TODAY | 3 | | | | |
| TODAY | | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____  DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

Cust Initial

| | | |
|---|---|---|
| CIGARETTE CARTONS: | 1100 | |
| TOTAL CIGARETTES THIS STOP: | 1100 | |
| TOTAL UNITS ALL TOBACCO: | 145 | |
| | | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 37 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 3 | |
| TOTAL CASES DELIVERED: | 40 | |
| RED/BLUE TOTES RETURNED: | | |

ON LAST INV   4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE _____

C/S CONF# OR LOG# _____

ANY SHORT/OVER, DRIVER MUST CALL CIS FOR LOG# CUST WILL NEED LOG# WHEN CALLING CIS AFTER DEL

HAR000724

**APP282**

HAR000725

# APP283

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
95751
160
3630 S. I-35 EXT. 331
WACO, TX  76706
254-662-2400

INVOICES        45247
AMOUNTS       $68800.34
PICK UPS

**MANIFEST**

ROUTE: 1-42-006

FOR DELIVERY ON 2/25/19

NET 7 DAYS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | ZONE 30 TOB |
|---|---|
| 9544299 030p | 31445303 056p |
| 9544300 030p | 31445304 054p |
| 9544301 030p | 31445305 046p |
| 9544302 030p | 31445306 054p |
| 9544303 030p | 31445308 039p |
| 9544304 030p | 31445309 051p |
| 9544305 030o | 31445310 031p |
| 9544306 030p | |
| 9544307 030p | |
| 9544308 030p | |
| 9544309 030p | |
| 9544310 030p | |
| 9544311 030p | |
| 9544312 030p | |
| 9544313 030p | |
| 31445255 030p | |
| 31445257 030p | |
| 31445258 030p | |
| 31445259 030p | |
| 31445260 030p | |
| 31445261 030p | |
| 31445262 030p | |
| 31445263 030p | |
| 31445265 030p | |

34 Cases          7 Rd Tote

FEB 27 2019

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST/D INTL |
|---|---|---|---|---|---|
| 7 | | | | | |

*NOTE Full CS deliveres are not in totes

CUSTOMER SIGNATURE X
DRIVER SIGNATURE X

COMMENTS

A/R LOG#          DRIVER RETURN FORM#          C/S CONF# OR LOG#          75229

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | |
|---|---|
| CIGARETTE CARTONS: | 992 |
| TOTAL CIGARETTES FOR STOP: | 992 |
| TOTAL UNITS ALL TOBACCO: | 331 |
| TOTAL FRESH CASES: | |
| TOTAL CIG CASES DELIVERED: | 0 |
| TOTAL RED/BLUE TOTES DELIVERED: | 34 |
| TOTAL CASES DELIVERED: | 7 |
| RED/BLUE TOTES RETURNED: | 41 |
| | ON LAST INV 9 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000726

## IMPERIAL.
**SUPER REGIONAL DISTRIBUTOR**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
85750
11100 HARRY HINES BLVD.
DALLAS, TX   75229
150
972-484-1153

| | |
|---|---|
| INVOICES | 50049 |
| AMOUNTS | $89472.08 |
| PICK UPS | 50050   50051 |

**MANIFEST**
**ROUTE: 1-42-005**
FOR DELIVERY ON 3/04/19
NET 7 DAYS

**LABELS:**

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 6948309 | 030p | 31635469 | 030p | 31635551 | 057p |
| 6948310 | 030p | 31635490 | 030p | 31635552 | 045p |
| 6948311 | 030p | 31635491 | 030p | 31635653 | 051p |
| 6948312 | 030p | 31635492 | 030p | 31635554 | 057p |
| 6948313 | 030p | 31635493 | 030p | 31635556 | 045p |
| 6948314 | 030p | 31635495 | 030p | 31635557 | 054p |
| 6948315 | 030p | 31635498 | 007p | 31635558 | 036p |
| 6948316 | 030p | | | 31635560 | 057p |
| 6948317 | 030p | | | 31635561 | 052p |
| 6948318 | 030p | | | 31635562 | 045p |
| 6948319 | 030p | | | | |
| 6948320 | 030p | | | | |
| 6948321 | 030p | | | | |
| 31635476 | 030p | | | | |
| 31635477 | 030p | | | | |
| 31635478 | 030p | | | | |
| 31635479 | 030p | | | | |
| 31635480 | 030p | | | | |
| 31635481 | 030p | | | | |
| 31635482 | 030p | | | | |
| 31635483 | 030p | | | | |
| 31635484 | 030p | | | | |
| 31635486 | 030p | | | | |
| 31635487 | 030p | | | | |
| 31635488 | 030p | | | | |

32 Cases          10 Rd Tote

---

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST. INT. |
|---|---|---|---|---|---|
| | 10 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 937 |
| TOTAL CIGARETTE FOR STOP: | 937 |
| TOTAL UNITS ALL TOBACCO: | 514 |

| | |
|---|---|
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 32 |
| TOTAL RED/BLUE TOTES DELIVERED: | 10 |
| TOTAL CASES DELIVERED: | 42 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV     3

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**CUSTOMER SIGNATURE X**
**DRIVER SIGNATURE X**       320562

**C/S CONF# OR LOG#**

COMMENTS

A/R LOG#          DRIVER RETURN FORM#
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, will be charged a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP284**

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
95751   3630 S. I-35 EXIT 331
160     WACO, TX  76706
        254-662-2400

**MANIFEST**

ROUTE: 1-42-006
FOR DELIVERY ON 3/04/19

NET 7 DAYS

HAR000727

INVOICES      50052
AMOUNTS       $70853.64
PICK UPS

LABELS:
ZONE 20        ZONE 20        ZONE 30
CIGS           CIGS           TOB
9948322 030p   31635513 030p  31635565 036p
9948323 030p   31635514 030p  31635566 057p
9948324 030p   31635515 030p  31635567 054p
9948325 030p   31635517 030p  31635598 046p
9948326 030p   31635518 030p  31635570 054p
9948327 030p   31635519 030p  31635571 060p
9948328 030p   31635520 030p  31635572 030p
9948329 030p   31635521 022p  31635574 036p
9948330 030p                  31635575 050p
9948331 030p                  31635576 024p
9948332 030p
31635498 030p
31635499 030p
31635500 030p
31635501 030p
31635502 030p
31635503 030p
31635504 030p
31635505 030p
31635506 030p
31635508 030p
31635509 030p
31635510 030p
31635511 030p
31635512 030p

33 Cases        10 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED |
|---|---|---|---|---|
| 10 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 982 | |
| TOTAL CIGARETTES TOP/STOP: | 982 | |
| TOTAL UNITS ALL TOBACCO: | 441 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 33 | |
| TOTAL REDBLUE TOTES DELIVERED: | 10 N | |
| TOTAL CASES DELIVERED: | 43 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV          7

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE  X

C/S CONF# OR LOG#  320564

DRIVER SIGNATURE  X

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

**APP285**



01/04/2017   26081   $9,887.91

01/05/2017   26082   $42,616.86



01/06/2017   26083   $42,616.86



01/06/2017   26084   $42,616.88

01/09/2017   26085   $46,641.61

HAZ 000001

**APP286**



01/10/2017   26106   $37,184.25



01/11/2017   26107   $37,184.25



01/12/2017   26108   $37,184.25



01/13/2017   26109   $42,722.41

HAZ 000002

# APP287



HAZ 000003

**APP288**



01/20/2017   26150   $45,695.88



01/18/2017   26151   $39,781.43



01/19/2017   26152   $39,781.43



01/23/2017   26153   $39,781.43

HAZ 000004

**APP289**



01/25/2017    26169    $9,592.25

01/26/2017    26170    $39,781.43

01/27/2017    26171    $39,781.43

01/30/2017    26172    $39,781.43

01/31/2017    26173    $45,710.31

HAZ 000005

# APP290



02/02/2017   26201   $37,607.87



02/03/2017   26202   $37,607.87



02/06/2017   26203   $37,607.87

HAZ 000006

**APP291**



HAZ 000007

**APP292**



02/09/2017   26222   $44,196.98

02/10/2017   26223   $44,196.98

02/13/2017   26224   $44,196.97

02/14/2017   26225   $46,473.64

02/15/2017   26226   $26,614.47

HAZ 000008

**APP293**



HAZ 000009

**APP294**

A-Z WHOLESALERS, INC.
dba A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-264-1121
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK

26286

PAY ... Thirty Seven Thousand Six hundred forty...

Imperial Trading Co

02/16/2017   26286   $37,645.44

---

A-Z WHOLESALERS, INC.
dba A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-264-1121
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK

26287

PAY ... Thirty Seven Thousand Six hundred forty...

Imperial Trading Co.

02/17/2017   26287   $37,645.44

HAZ 000010

**APP295**



02/21/2017    26288    $37,645.44



02/22/2017    26289    $37,645.44



02/22/2017    26290    $37,645.47

HAZ 000011

# APP296



02/24/2017    26302    $37,128.00





02/27/2017    26303    $37,128.00



02/28/2017    26304    $37,128.00

HAZ 000012

**APP297**



03/03/2017    26337    $39,699.49

03/06/2017    26338    $39,699.49

03/07/2017    26339    $39,699.49

03/08/2017    26340    $39,699.49

HAZ 000013

**APP298**

HAZ 000014



**APP299**



03/10/2017    26367    $35,000.00

03/13/2017    26368    $35,000.00

03/14/2017    26369    $35,000.00



03/15/2017    26370    $35,192.59

HAZ 000015

**APP300**

A-Z WHOLESALERS, INC.
dba A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-484-1153
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK

26391

CHECK NO. | CHECK DATE | VENDOR NO.

PAY

CHECK AMOUNT

TO THE ORDER OF

AUTHORIZED SIGNATURE

⑈026391⑈ ⑆111025123⑆ 7067351⑈

03/16/2017 26391 $37,285.82

A-Z WHOLESALERS, INC.
dba A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 973-484-1153
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK

26392

CHECK NO. | CHECK DATE | VENDOR NO.

PAY

CHECK AMOUNT

TO THE ORDER OF

AUTHORIZED SIGNATURE

⑈026392⑈ ⑆111025123⑆ 7067351⑈

03/17/2017 26392 $36,451.02

A-Z WHOLESALERS, INC.
dba A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-484-1153
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK

26393

CHECK NO. | CHECK DATE | VENDOR NO.

PAY

CHECK AMOUNT

TO THE ORDER OF

AUTHORIZED SIGNATURE

⑈026393⑈ ⑆111025123⑆ 7067351⑈

03/20/2017 26393 $39,004.87

HAZ 000017

**APP302**



03/23/2017   26417   $33,000.00



03/24/2017   26418   $33,000.00



03/27/2017   26419   $33,412.93

HAZ 000018

**APP303**



HAZ 000019

**APP304**

HAZ 000020



**APP305**



04/03/2017   26472   $37,000.00





04/04/2017   26473   $37,000.00



04/04/2017   26474   $38,325.22

HAZ 000021

**APP306**



04/06/2017  30008  $37,518.96

04/07/2017  30009  $37,518.96

04/10/2017  30010  $37,518.96

04/11/2017  30011  $37,518.96

04/12/2017  30012  $37,518.96

HAZ 000022

# APP307



HAZ 000023

**APP308**

A-Z WHOLESALERS, INC.
(via A-Z WHOLESALE (PURCHASING ACCOUNT))
PH 972-484-1111
11120 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229
52-7379/1110

30032

4/13/2017

PAY TO THE ORDER OF   IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **34,800.00

Thirty-Four Thousand Eight Hundred and 00/100*                    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

MEMO   INVOICE # 18759 DATED 01-10-2017

⑈0⑆0⑆⑈0⑆⑆⑈ ⑆⑆⑆⑆0⑆⑆⑆⑆⑈ 7⑆⑆7⑆⑆⑈

**04/14/2017   30032   $34,800.00**

---

A-Z WHOLESALERS, INC.
(via A-Z WHOLESALE (PURCHASING ACCOUNT))
PH 972-484-1111
11120 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229
52-7379/1110

30033

4/13/2017

PAY TO THE ORDER OF   IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **34,800.00

Thirty-Four Thousand Eight Hundred and 00/100*                    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

MEMO   INVOICE # 21556 DATED 01-10-2017

**04/17/2017   30033   $34,800.00**

---

A-Z WHOLESALERS, INC.
(via A-Z WHOLESALE (PURCHASING ACCOUNT))
PH 972-484-1111
11120 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229
52-7379/1110

30034

4/13/2017

PAY TO THE ORDER OF   IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **34,800.00

Thirty-Four Thousand Eight Hundred and 00/100*                    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

MEMO   INVOICE # 17031 DATED 01-12-2017

**04/18/2017   30034   $34,800.00**

---

A-Z WHOLESALERS, INC.
(via A-Z WHOLESALE (PURCHASING ACCOUNT))
PH 972-484-1111
11120 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229
52-7379/1110

30035

4/17/2017

PAY TO THE ORDER OF   IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **34,796.57

Thirty-Four Thousand Seven Hundred Ninety-Six and 57/100*         DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

MEMO   INVOICE # 17010 DATED 01-12-2017

**04/18/2017   30035   $34,796.57**

HAZ 000024

**APP309**

A-Z WHOLESALERS, INC.
d/b/a A-Z WHOLESALE - PURCHASING ACCOUNT
PH 972-484-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30059

PAY TO THE
ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS                 $ **28,696.06

Twenty-Eight Thousand Six Hundred Ninety-Six and 06/100***************************** DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

MEMO    INVOICE # 23441-PART DATED 01-23-2017

⑈030059⑈ ⑆111025123⑈ 7867351⑈

**04/19/2017    30059    $28,696.06**

---

A-Z WHOLESALERS, INC.
d/b/a A-Z WHOLESALE - PURCHASING ACCOUNT
PH 972-484-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30060

PAY TO THE
ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS                 $ **28,686.06

Twenty-Eight Thousand Six Hundred Eighty-Six and 06/100***************************** DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

MEMO    INVOICE # 23441-PART DATED 01-23-2017

⑈030060⑈ ⑆111025123⑈ 7867351⑈

**04/24/2017    30060    $28,686.06**

---

A-Z WHOLESALERS, INC.
d/b/a A-Z WHOLESALE - PURCHASING ACCOUNT
PH 972-484-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30061

PAY TO THE
ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS                 $ **28,696.05

Twenty-Eight Thousand Six Hundred Ninety-Six and 05/100***************************** DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

MEMO    INVOICE # 23441-FINAL & CREDIT MEMO 614619

⑈030061⑈ ⑆111025123⑈ 7867351⑈

**04/24/2017    30061    $28,696.05**

HAZ 000025

**APP310**

HAZ 000026



**APP311**



HAZ 000027

**APP312**

HAZ 000028





**APP313**



05/01/2017    30089    $32,452.65



05/01/2017    30090    $32,452.65



05/01/2017    30091    $32,452.66

HAZ 000029

**APP314**



HAZ 000030

**APP315**



05/03/2017   30123   $14,713.31

05/04/2017   30124   $36,045.90

05/05/2017   30125   $36,045.90

05/09/2017   30126   $36,045.91

05/08/2017   30127   $47,311.52

HAZ 000031

**APP316**



05/24/2017    30160    $23,894.96

05/11/2017    30161    $35,033.57

05/12/2017    30162    $35,033.57

05/15/2017    30163    $35,033.58

05/16/2017    30164    $30,188.51

HAZ 000032

# APP317



05/17/2017   30192   $30,671.02

05/23/2017   30193   $38,961.18

05/18/2017   30194   $39,590.38

05/19/2017   30195   $39,590.38

05/22/2017   30196   $39,590.38

HAZ 000033

# APP318



05/30/2017   30232   $44,227.56

05/25/2017   30234   $36,367.11

05/26/2017   30235   $36,367.11

05/30/2017   30236   $36,367.11

HAZ 000034

**APP319**

HAZ 000035



05/31/2017   30258   $35,323.08

**APP320**



HAZ 000036

**APP321**



06/07/2017   30278   $35,441.85

06/08/2017   30279   $35,441.85

06/09/2017   30280   $35,441.86

06/12/2017   30281   $35,441.85

06/12/2017   30282   $35,441.84

HAZ 000037

**APP322**



HAZ 000038

**APP323**



06/16/2017   30320   $34,422.79

06/16/2017   30321   $34,422.79

06/20/2017   30322   $34,422.77

HAZ 000039

APP324

06/21/2017   30354   $34,934.37



06/22/2017   30355   $34,934.37



06/23/2017   30356   $34,934.38



06/26/2017   30357   $34,934.38



06/27/2017   30358   $35,141.60

**APP325**

HAZ 000040



06/28/2017   30375   $31,092.85



06/29/2017   30376   $31,092.86



06/30/2017   30377   $31,092.86



HAZ 000041

**APP326**



HAZ 000042

**APP327**

07/06/2017    30394    $32,039.70



07/07/2017    30395    $32,039.70



07/10/2017    30396    $32,039.70



07/11/2017    30397    $32,039.69

HAZ 000043

# APP328

HAZ 000044



**APP329**

HAZ 000045



**APP330**



07/19/2017   30449   $15,749.12

07/19/2017   30450   $33,781.38

07/20/2017   30451   $33,781.38

07/21/2017   30452   $33,781.38

HAZ 000046

**APP331**



HAZ 000047

**APP332**



HAZ 000048

**APP333**



HAZ 000049

A-Z WHOLESALERS, INC.
[illegible]
PH 972-484-1153
11103 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30475

07/27/17

PAY TO THE ORDER OF [illegible] $33,085 17/100

[illegible] DOLLARS

MEMO [illegible]

⑈030475⑈ ⑆111025123⑆ 7067351⑈

07/31/2017 30475 $33,085.17

A-Z WHOLESALERS, INC.
[illegible]
PH 972-484-1153
11103 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30476

07-25-17

PAY TO THE ORDER OF [illegible] $33,085 17/100

[illegible] DOLLARS

MEMO [illegible]

⑈030476⑈ ⑆111025123⑆ 7067351⑈

07/27/2017 30476 $33,085.17

A-Z WHOLESALERS, INC.
[illegible]
PH 972-484-1153
11103 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30478

07-26-17

PAY TO THE ORDER OF [illegible] $43,622 64/100

[illegible] DOLLARS

MEMO [illegible]

⑈030478⑈ ⑆111025123⑆ 7067351⑈

07/28/2017 30478 $43,622.64

08/10/2017   30552   $25,701.35

08/10/2017   30553   $25,701.35

08/11/2017   30554   $25,701.36

08/14/2017   30555   $25,701.36

08/15/2017   30556   $25,701.37

HAZ 000050

# APP335



08/16/2017   30001   $28,281.40

08/17/2017   30002   $28,281.41

08/18/2017   30583   $32,913.67

08/21/2017   30584   $32,913.67

08/22/2017   30585   $32,913.67

HAZ 000051

**APP336**

HAZ 000052



**APP337**



08/23/2017   30618   $25,657.71

08/24/2017   30619   $25,657.71

08/25/2017   30620   $33,182.89

08/28/2017   30621   $33,182.90

08/29/2017   30622   $33,182.90

HAZ 000053

**APP338**

HAZ 000054



**APP339**



09/01/2017   30655   $32,572.71





09/05/2017   30656   $24,992.65



09/05/2017   30657   $24,992.66

HAZ 000055

**APP340**



09/07/2017    30675    $24,332.48

09/08/2017    30676    $39,651.96

09/11/2017    30677    $39,651.97

09/12/2017    30678    $39,651.97

HAZ 000056

# APP341

HAZ 000057



**APP342**



09/15/2017   30727   $33,030.26

09/18/2017   30728   $33,030.26

09/19/2017   30729   $33,030.27

HAZ 000058

**APP343**



09/25/2017    30757    $33,188.16



09/20/2017    30758    $33,188.16

09/21/2017    30759    $33,188.16

HAZ 000059

**APP344**



HAZ 000060

**APP345**

HAZ 000061



09/27/2017   30789   $33,823.20

09/28/2017   30790   $33,823.20

09/29/2017   30791   $33,823.21

**APP346**



HAZ 000062

**APP347**



10/05/2017   30836   $34,461.02

10/06/2017   30837   $34,461.02

10/10/2017   30838   $34,461.01

10/11/2017   30839   $34,461.01

HAZ 000063

**APP348**

10/24/2017   30858   $14,993.85



10/12/2017   30859   $41,598.16



10/13/2017   30860   $41,598.16



10/16/2017   30861   $41,598.16

HAZ 000064

**APP349**

A-Z WHOLESALERS, INC.
the A-Z WHOLESALE (PURCHASING) ACCOUNT
11103 HARRY HINES BLVD.
PH 972-864-1111
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75379
88-735/1110

10/13/2017

30862

PAY TO THE
ORDER OF        A-Z SUPER REGIONAL DISTRIBUTORS

Forty-One Thousand Five Hundred Ninety-Eight and 17/100 ************************ DOLLARS

A-Z SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

$ **41,598.17**

MEMO: E# 12551D-FINAL DATED 01-10-2017

DOLLARS

10/17/2017    30862    $41,598.17

HAZ 000065

**APP350**

A-Z WHOLESALERS, INC.
A-Z WHOLESALE'S (PURCHASING ACCOUNT)
PH: 572-444-1123
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30888

10/18/2017

PAY TO THE ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS    $ **34,911.08

Thirty-Four Thousand Nine Hundred Eleven and 08/100    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

INVOICE # 129657 PART DATED 07-17-2017

⑆030888⑆ ⑈11102512⑇ 7867351⑈

10/18/2017   30888   $34,911.08



A-Z WHOLESALERS, INC.
A-Z WHOLESALE (PURCHASING ACCOUNT)
PH: 572-444-1123
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30889

10/17/2017

PAY TO THE ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS    $ **34,911.08

Thirty-Four Thousand Nine Hundred Eleven and 08/100    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

INVOICE # 129657 PART DATED 07-17-2017

⑆030889⑆ ⑈11102512⑇ 7867351⑈

10/19/2017   30889   $34,911.08



A-Z WHOLESALERS, INC.
A-Z WHOLESALE (PURCHASING ACCOUNT)
PH: 572-444-1123
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30890

10/18/2017

PAY TO THE ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS    $ **34,911.08

Thirty-Four Thousand Nine Hundred Eleven and 08/100    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

INVOICE # 129657 PART DATED 07-17-2017

⑆030890⑆ ⑈11102512⑇ 7867351⑈

10/20/2017   30890   $34,911.08



A-Z WHOLESALERS, INC.
A-Z WHOLESALE (PURCHASING ACCOUNT)
PH: 572-444-1123
11100 HARRY HINES BLVD.
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30891

10/19/2017

PAY TO THE ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS    $ **34,911.09

Thirty-Four Thousand Nine Hundred Eleven and 09/100    DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

INVOICE # 129657 BALANCE & 129959 PART DA

⑆030891⑆ ⑈11102512⑇ 7867351⑈

10/23/2017   30891   $34,911.09

HAZ 000066

**APP351**

HAZ 000067





**APP352**



10/25/2017   30929   $34,713.79

10/26/2017   30930   $34,713.79

10/27/2017   30931   $34,713.79

HAZ 000068

**APP353**

HAZ 000069



**APP354**



HAZ 000070

**APP355**



11/05/2017   30967   $32,654.00

11/02/2017   30968   $32,654.00

11/03/2017   30969   $32,654.00

11/06/2017   30970   $32,654.00

HAZ 000071

**APP356**



HAZ 000072

**APP357**



11/08/2017   31001   $35,794.25

11/09/2017   31002   $35,794.25



11/10/2017   31003   $35,794.25



11/13/2017   31004   $35,794.25



11/14/2017   31005   $35,794.26

**APP358**



11/16/2017   31028   $34,106.61

11/16/2017   31029   $34,106.61



11/17/2017   31030   $34,106.61

HAZ 000074

**APP359**



11/20/2017   31031   $34,106.62

11/21/2017   31032   $34,106.61

11/27/2017   31033   $42,883.94

11/27/2017   31034   $42,883.94

11/27/2017   31035   $42,883.94

11/28/2017   31036   $42,883.94

HAZ 000075

# APP360

11/29/2017   31037   $35,911.82

11/30/2017   31038   $35,911.82

HAZ 000076

**APP361**

HAZ 000077



**APP362**



HAZ 000078

**APP363**

A-Z WHOLESALERS, INC.

31115

12/6/2017

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,757.67

Thirty Seven Thousand Seven Hundred Fifty-Seven and 67/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
101 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO: INVOICE # 15744 DATED 05-04-2017

031115 111025123 7867351

12/06/2017 31115 $37,757.67

A-Z WHOLESALERS, INC.

31116

12/7/2017

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,757.67

Thirty Seven Thousand Seven Hundred Fifty-Seven and 67/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
101 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO: INVOICE # 15744 DATED 05-04-2017

031116 111025123 7867351

12/07/2017 31116 $37,757.67

A-Z WHOLESALERS, INC.

31117

12/8/2017

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,757.67

Thirty Seven Thousand Seven Hundred Fifty-Seven and 67/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
101 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO: INVOICE # 15744 DATED 05-04-2017

031117 111025123 7867351

12/08/2017 31117 $37,757.67

HAZ 000080



**APP365**



12/13/2017   31140   $36,415.51

12/14/2017   31141   $36,415.51

12/15/2017   31142   $36,415.51

12/18/2017   31143   $36,415.51

HAZ 000081

# APP366

HAZ 000082



**APP367**



12/20/2017   31180   $39,853.58

12/21/2017   31181   $39,853.58

12/22/2017   31182   $39,853.58





12/26/2017   31183   $39,853.58



12/27/2017   31184   $39,853.59

HAZ 000083

**APP368**

HAZ 000084



**31212**

A.Z WHOLESALERS, INC.
dba A.Z WHOLESALE PURCHASING ACCOUNT
DFI FINANCE(S)
11130 HARRY HINES BLVD
DALLAS TX 75229

12/26/2017

PAY TO THE
ORDER OF   IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **33,557.51**

Thirty-Three Thousand Five Hundred Fifty-Seven and 51/100                  DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

MEMO   INVOICE #167318 -PART DATED 09-18-2017

12/28/2017     31212     $33,557.51

**31213**

A.Z WHOLESALERS, INC.
dba A.Z WHOLESALE PURCHASING ACCOUNT
DFI FINANCE(S)
11130 HARRY HINES BLVD
DALLAS TX 75229

12/27/2017

PAY TO THE
ORDER OF   IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **33,557.51**

Thirty-Three Thousand Five Hundred Fifty-Seven and 51/100                  DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

MEMO   INVOICE #167314 -PART DATED 09-18-2017

12/29/2017     31213     $33,557.51

**APP369**

HAZ 000085





HAZ 000086

**APP371**



01/05/2018   31247   $34,402.97

01/08/2018   31248   $33,873.19

01/09/2018   31249   $33,993.97

HAZ 000087

**APP372**

HAZ 000088

**APP373**



01/12/2018   31265   $39,823.87

01/16/2018   31266   $39,823.87

01/17/2018   31267   $45,496.89

HAZ 000089

**APP374**

HAZ 000090



HAZ 000091



**APP376**

HAZ 000092





01/26/2018   31325   $34,695.61

01/29/2018   31326   $34,695.61

01/30/2018   31327   $34,695.61

HAZ 000093

**APP378**

HAZ 000094



02/01/2018   31342   $25,728.73



02/02/2018   31343   $25,728.73



02/05/2018   31344   $25,728.73



02/06/2018   31345   $25,728.74

HAZ 000095

**APP380**



02/08/2018   31368   $28,995.59

02/08/2018   31369   $28,995.59

02/09/2018   31370   $39,369.13

02/12/2018   31371   $39,369.13

HAZ 000096

# APP381



HAZ 000097

**APP382**



HAZ 000098

**APP383**



A-Z WHOLESALERS, INC.
One A-Z WHOLESALE PURCHASING ACCOUNT
11500 HARRY HINES BLVD
DALLAS, TX 75229

31386

2/15/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,257.04

Thirty Seven Thousand Two Hundred Fifty-Seven and 04/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196513 PART DATED 11-05-2017

⑈031386⑈ ⑆111025123⑆ 7867351⑈

02/16/2018 31386 $37,257.04

A-Z WHOLESALERS, INC.
One A-Z WHOLESALE PURCHASING ACCOUNT
11500 HARRY HINES BLVD
DALLAS, TX 75229

31387

2/14/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,257.05

Thirty-Seven Thousand Two Hundred Fifty-Seven and 05/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196603-FINAL # 196607 PART DATED

⑈031387⑈ ⑆111025123⑆ 7867351⑈

02/16/2018 31387 $37,257.05

A-Z WHOLESALERS, INC.
One A-Z WHOLESALE PURCHASING ACCOUNT
11500 HARRY HINES BLVD
DALLAS, TX 75229

31388

2/15/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,257.05

Thirty-Seven Thousand Two Hundred Fifty-Seven and 05/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196607-PART DATED 11-05-2017

⑈031388⑈ ⑆111025123⑆ 7867351⑈

02/20/2018 31388 $37,257.05

A-Z WHOLESALERS, INC.
One A-Z WHOLESALE PURCHASING ACCOUNT
11500 HARRY HINES BLVD
DALLAS, TX 75229

31389

2/16/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,257.05

Thirty-Seven Thousand Two Hundred Fifty-Seven and 05/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196607-FINAL DATED 11-05-2017

⑈031389⑈ ⑆111025123⑆ 7867351⑈

02/21/2018 31389 $37,257.05

HAZ 000099

02/22/2018   31415   $35,932.97

02/23/2018   31416   $35,932.97

02/26/2018   31417   $35,932.97

02/27/2018   31418   $35,932.98

HAZ 000100

# APP385

HAZ 000101



**APP386**



03/02/2018 31441 $35,699.28

03/05/2018 31442 $35,699.28

03/06/2018 31443 $35,699.29

HAZ 000102

**APP387**



HAZ 000103

**APP388**

HAZ 000104



**APP389**



03/14/2018   31500   $33,812.64

03/15/2018   31501   $33,812.64

03/16/2018   31502   $33,812.64

03/19/2018   31503   $33,812.65

HAZ 000105

# APP390



HAZ 000106



03/28/2018   31534   $14,943.60

03/23/2018   31535   $32,934.02

03/27/2018   31536   $32,934.03

03/28/2018   31550   $35,723.52

03/29/2018   31551   $35,723.52

HAZ 000107

**APP392**

HAZ 000108



**APP393**

HAZ 000109



04/02/2018   31553   $35,723.53

04/03/2018   31554   $35,723.53

**APP394**



04/06/2018   31570   $38,825.14





04/06/2018   31571   $38,825.14

04/06/2018   31572   $38,825.15



04/09/2018   31573   $38,825.15

HAZ 000110

**APP395**

HAZ 000111



**APP396**

HAZ 000112



**APP397**



04/12/2018   31598   $37,845.39

04/16/2018   31599   $36,207.72

04/13/2018   31600   $38,651.08

04/17/2018   31601   $39,381.47

HAZ 000113

# APP398



04/18/2018   31629   $36,570.08

04/19/2018   31630   $36,570.08

04/20/2018   31631   $36,570.08

04/23/2018   31632   $36,570.08

04/24/2018   31633   $36,570.09

HAZ 000114

**APP399**



HAZ 000115

**APP400**



APP401

A-Z WHOLESALERS, INC.
DALLAS, TX
31656
PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ 37,155.60
Thirty-Seven Thousand One Hundred Fifty-Five and 60/100 DOLLARS
IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA
MEMO INVOICE # 241704-PART DATED 01-22-2018
⑈031656⑈ ⑆111025123⑆ 7867351⑈

04/26/2018 31656 $37,155.60

A-Z WHOLESALERS, INC.
DALLAS, TX
31657
PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ 37,155.61
Thirty-Seven Thousand One Hundred Fifty-Five and 61/100 DOLLARS
IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA
MEMO INVOICE # 241704-PART DATED 01-22-2018
⑈031657⑈ ⑆111025123⑆ 7867351⑈

04/27/2018 31657 $37,155.61

A-Z WHOLESALERS, INC.
DALLAS, TX
31658
PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $ 37,155.61
Thirty-Seven Thousand One Hundred Fifty-Five and 61/100 DOLLARS
IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA
MEMO INVOICE # 241704-FINAL & 241707-PART DATE
⑈031658⑈ ⑆111025123⑆ 7867351⑈

04/30/2018 31658 $37,155.61

HAZ 000116

HAZ 000117

**APP402**



05/02/2018    31678    $35,866.83



05/03/2018    31679    $35,866.83





05/04/2018    31680    $35,866.83

05/08/2018    31681    $35,866.83

**APP403**

HAZ 000118



05/09/2018   31713   $37,010.86

05/10/2018   31714   $37,010.86

05/10/2018   31715   $37,010.86

05/14/2018   31716   $37,010.86

05/15/2018   31717   $37,010.86

HAZ 000119

**APP404**



05/16/2018   31751   $31,279.70

05/16/2018   31752   $31,279.70

05/18/2018   31753   $31,279.71

05/21/2018   31754   $31,279.51

HAZ 000120

**APP405**

HAZ 000121





**APP406**



05/23/2018   31775   $33,512.10

05/24/2018   31776   $33,512.10

05/25/2018   31777   $33,512.10

05/29/2018   31778   $33,512.10

05/30/2018   31779   $33,512.09

HAZ 000122

**APP407**

HAZ 000123



**APP408**

HAZ 000124





HAZ 000125

**APP410**



HAZ 000126

**APP411**



06/07/2018    31835    $33,601.07

06/08/2018    31836    $33,601.07

06/11/2018    31837    $33,601.07

06/12/2018    31838    $33,601.07

HAZ 000127

# APP412

HAZ 000128



APP413



06/15/2018    31881    $36,545.43

06/18/2018    31882    $36,545.43

06/19/2018    31883    $36,545.43

HAZ 000129

**APP414**



06/20/2018   31898   $37,361.70

06/21/2018   31899   $37,361.71

06/22/2018   31900   $37,361.71

06/25/2018   31901   $37,361.71

06/26/2018   31902   $37,361.71

HAZ 000130

**APP415**

HAZ 000131



HAZ 000132



**APP417**

HAZ 000133



**APP418**



HAZ 000134

**APP419**

HAZ 000135



07/05/2018   31950   $31,179.51



07/06/2018   31951   $31,179.52

**APP420**

HAZ 000136



**APP421**



07/18/2018   31993   $36,157.71



07/19/2018   31994   $36,157.72



07/20/2018   31995   $36,157.72

HAZ 000137

**APP422**



HAZ 000138

**APP423**



07/25/2018    32018    $39,055.85

07/26/2018    32019    $39,055.85

07/27/2018    32020    $39,055.85

07/30/2018    32021    $39,055.85

07/31/2018    32022    $39,055.85

HAZ 000139

**APP424**

HAZ 000140





08/02/2018   32045   $35,950.35

08/03/2018   32046   $35,950.35

08/07/2018   32047   $35,950.35

08/06/2018   32048   $35,950.35



**APP426**

HAZ 000141

HAZ 000142



**APP427**



09/11/2018    32133    $25,000.00

09/12/2018    32134    $25,000.00

09/13/2018    32135    $25,000.00

HAZ 000143

**APP428**

HAZ 000144



**APP429**



09/18/2018   32184   $25,000.00

09/20/2018   32186   $25,000.00

09/21/2018   32187   $25,000.00

09/24/2018   32188   $25,000.00

09/25/2018   32189   $25,000.00

HAZ 000145

**APP430**



HAZ 000146

**APP431**

HAZ 000147



**APP432**



HAZ 000148

**APP433**

10/03/2018    32245    $30,000.00



10/04/2018    32246    $30,000.00



10/05/2018    32247    $30,000.00



10/09/2018    32248    $30,000.00

HAZ 000149

**APP434**

A-Z WHOLESALERS, INC.
A-Z WHOLESALE PURCHASING ACCOUNT
1701 EDWARDS AVENUE
HARWOOD, TX 75203
DALLAS, TX 75203

IMPERIAL SUPER REGIONAL DISTRIBUTORS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
1701 EDWARDS AVENUE
ELLAWOOD LA 70123

Thirty Thousand and 00/100

CHASE BANK

A-Z ACCOUNT

10/10/2018   32249   $30,000.00

CM WORLD BANK

10/5/2019

32249

$ *30,000.00

DOLLARS

HAZ 0001150

**APP435**



10/17/2018   32272   $30,000.00

10/18/2018   32273   $30,000.00

10/19/2018   32274   $30,000.00

10/22/2018   32275   $30,000.00

10/23/2018   32276   $30,000.00

HAZ 000151

**APP436**



10/11/2018   32277   $37,500.00

10/12/2018   32278   $37,500.00

10/15/2018   32279   $37,500.00

10/24/2018   32280   $30,000.00

10/16/2018   32281   $37,500.00

HAZ 000152

**APP437**

A-Z WHOLESALERS, INC.
(dba A Z WHOLESALE PURCHASING ACCOUNT)
PH: 972-441-1115
11100 HARRY HINES BLVD
DALLAS, TX 75229

32322

10/25/2018

PAY TO THE ORDER OF    INTERNAL SUPER REGIONAL DISTRIBUTORS          $ **30,000.00

Thirty Thousand and 00/100                                          DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

ON ACCOUNT

⑈032322⑈ ⑈111025123⑈ 7867351⑈

10/25/2018    32322    $30,000.00

---

A-Z WHOLESALERS, INC.
(dba A Z WHOLESALE PURCHASING ACCOUNT)
PH: 972-441-1115
11100 HARRY HINES BLVD
DALLAS, TX 75229

32323

10/26/2018

PAY TO THE ORDER OF    INTERNAL SUPER REGIONAL DISTRIBUTORS          $ **30,000.00

Thirty Thousand and 00/100                                          DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

ON ACCOUNT

⑈032323⑈ ⑈111025123⑈ 7867351⑈

10/26/2018    32323    $30,000.00

---

A-Z WHOLESALERS, INC.
(dba A Z WHOLESALE PURCHASING ACCOUNT)
PH: 972-441-1115
11100 HARRY HINES BLVD
DALLAS, TX 75229

32324

10/29/2018

PAY TO THE ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **30,000.00

Thirty Thousand and 00/100                                          DOLLARS

SUPER AL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

ON ACCOUNT

⑈032324⑈ ⑈111025123⑈ 7867351⑈

10/29/2018    32324    $30,000.00

---

A-Z WHOLESALERS, INC.
(dba A Z WHOLESALE PURCHASING ACCOUNT)
PH: 972-441-1115
11100 HARRY HINES BLVD
DALLAS, TX 75229

32325

10/30/2018

PAY TO THE ORDER OF    IMPERIAL SUPER REGIONAL DISTRIBUTORS          $ **30,000.00

Thirty Thousand and 00/100                                          DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA 70123

ON ACCOUNT

⑈032325⑈ ⑈111025123⑈ 7867351⑈

10/30/2018    32325    $30,000.00

HAZ 000153

**APP438**

HAZ 000154



10/31/2018   32350   $30,000.00

**APP439**



11/01/2018    32351    $30,000.00



11/02/2018    32352    $30,000.00



11/05/2018    32353    $30,000.00

HAZ 000155

**APP440**



HAZ 000156

**APP441**



11/06/2018   32368   $30,000.00

11/07/2018   32369   $30,000.00

11/08/2018   32370   $30,000.00

11/09/2018   32371   $30,000.00

HAZ 000157

**APP442**



HAZ 000158

**APP443**

| | |
|---|---|
| **From:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Sent:** | Monday, August 14, 2017 7:22 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Subject:** | FW: A-Z spreadsheet.xlsx |

Am I releasing them this morning, or are we holding out for the full $60k?

**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Friday, August 11, 2017 7:32 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
**Subject:** Re: A-Z spreadsheet.xlsx

Shortage/extra check tracking no.:
EK 550438963US

Amount: $50k.

Thanks.

--Amar

On Aug 11, 2017, at 4:54 PM, <bradp@imperialtrading.com> <bradp@imperialtrading.com> wrote:

>   Amar and Barkat,
>
>   Your balance increased by $58,697.16 to $2,780,223.13.   Please send me the tracking number for the
>   check that will cover this shortage.   **Your deliveries will be affected for Monday if I do not receive this**.
>
>
>   Sincerely,
>
>   Brad Prendergast
>   Chief Financial Officer
>   Imperial Trading Co., LLC
>   701 Edwards Avenue
>   Elmwood, LA 70123
>   O: 504-736-4051
>   C: 504-554-2692
>   F: 504-736-4156
>
>
>   <image006.jpg>
>                 www.imperialtrading.com
>                       Follow us:
>                 <image003.png>          <image004.png>          <image005.png>

<A-Z spreadsheet.xlsx>

# APP444

HAR000742

| | |
|---|---|
| **From:** | Barkat1950 <barkat1950@aol.com> |
| **Sent:** | Friday, May 25, 2018 5:52 PM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | aali@atoz-wholesale.com |
| **Subject:** | Re: A-Z spreadsheet.xlsx |

Thanks Brad and have a great and safe long weekend!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Fri, May 25, 2018 5:19 pm
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I will pass this on to our Sales Department.

Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Friday, May 25, 2018 5:11 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Brad,

 Here is the attachment on the prices from our 3 competitor on the street who are selling Marlboro and NewPort  $0.75 cheaper than A to Z.
How can we compete them ???
These 3 Warehouse are very much smaller than your company Imperial Dist. How are they selling at this price to the Retail stores ???
You can see our purchases have gone down for past 1 month, because we are losing our customers each week.

We need really help and support from Imperial to keep our customers, please!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Fri, May 25, 2018 10:13 am
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I�m sorry but Sales is telling me the numbers don�t work at .75 cents.    The price reductions that were made were the best that we could do.    Thanks.

Thanks,

# APP445

HAR000810

Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Friday, May 25, 2018 10:11 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Good Morning Brad,

We really need your help in this cigs price matter beginning coming Tuesday as per my email request below , thanks a lot!

Barkat

-----Original Message-----
From: Barkat1950 <barkat1950@aol.com>
To: bradp <bradp@imperialtrading.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Wed, May 23, 2018 4:20 pm
Subject: Re: A-Z spreadsheet.xlsx

Brad,

Our customers are getting $0.75 less for NewPort and Marlboro from our next door 3 competitors on Harry Hines, that is why we lost many our customers lately and we will lose more in coming days,
which we cannot afford to lose any more of our longtime customers, please support us in this matter, it is very urgent and important for us to compete with 3 neighbors, thank you for understanding our position, please!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Wed, May 23, 2018 4:13 pm
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I�m sorry but this is the best we can do at this time.    Hope you understand.

Thanks,
Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Wednesday, May 23, 2018 4:12 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Hi Brad,

Thanks for the info on Cigarettes prices, but we really need your help for $0.75  on All NewPort and All Marlboro also,
which are our maximum sales and based on Marlboro & Newport we can possible get our customers back to A to Z again, please help us in this matter to raise our sales on Premium Cigarettes, thanks a lot!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>

# APP446

Sent: Wed, May 23, 2018 12:24 pm
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I went to bat on your behalf based on the reduction of your A/R and Sales agreed to lower your prices per the attached. Hopefully this helps, you will see the new prices on Monday�s deliveries.

Thanks,
Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Tuesday, May 22, 2018 5:35 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Thank you Brad, this will help us to service the current accounts and will help us getting the lost customers to come back, will appreciate your support, thanks!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Tue, May 22, 2018 5:26 pm
Subject: Re: A-Z spreadsheet.xlsx

Barkat,

Yes I believe the balance is down over $200k going into our fiscal year end so that is good to show our bank and auditors. Let me visit with our executive team in sales on your pricing request and I will get back to you. I will make one observation that as interest rates continue to increase, that expense definitely eats into our profit on your account. But like I said let me see what I can do.

Thanks,
Brad

Sent from my iPhone

On May 22, 2018, at 4:36 PM, Barkat1950 <barkat1950@aol.com> wrote:

    Good Afternoon Brad,

    Thanks for the info on our balances each week and we have reduced this year a huge amount, but at this time we need your help in your prices.
    We have been losing some customers lately due to our cigarette prices, which you can see that our purchases have gone down with your company lately.
    We need help in your prices, since our 3 Major competitors on Harry Hines Blvd are selling the premium cigarettes for $0.75 cents less than us and they have been very successful in getting our customers.
    It is very important and urgent request to your company to help us in your prices or else we will lose more customers in the coming months!

    Thanks a lot,

    Barkat

    -----Original Message-----
    From: Brad Prendergast <bradp@imperialtrading.com>
    To: aali <aali@atoz-wholesale.com>; Barkat1950 <barkat1950@aol.com>
    Cc: Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
    Sent: Mon, May 21, 2018 9:49 am

# APP447

HAR000812

Subject: A-Z spreadsheet.xlsx

Amar and Barkat,

Your balance decreased by $5,788.59 to $2,340,413.79.    Thanks.

Brad


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F:  504-736-4156


<image001.jpg>
        www.imperialtrading.com
            Follow us:
    <image002.png>        <image003.png>        <image004.png>

**APP448**

HAR000813

| | |
|---|---|
| **From:** | Kuebel, Rick <rkuebel@lockelord.com> |
| **Sent:** | Tuesday, March 19, 2019 2:25 PM |
| **To:** | Amar Ali <aali@atoz-wholesale.com> |
| **Cc:** | barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Brad Prendergast <bradp@imperialtrading.com> |
| **Subject:** | RE: Imperial Trading Notice of Default and Demand Letter |

Mr. Ali:
I am happy to discuss with you and your lawyer tomorrow morning after 9 am CDT but would require a written proposal in advance of the call fully detailing A to Z plan to cure existing defaults and provide Imperial with adequate assurance of and security for future performance.

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA 70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Tuesday, March 19, 2019 2:16 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; bradp@imperialtrading.com
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

We received your letter dated March 18, 2019, and would like to schedule a call to discuss the same. I'm currently overseas with a +12 hour time difference. Please give me few scheduling options that work for you, so we can sync up.

Looking forward to speaking with you. Thanks.

--Amar

On Mar 19, 2019, at 5:58 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> Attached please find a copy of the Notice of Default and Demand for Payment Notice issued to A to Z by our firm today on behalf of Imperial Trading Company.
>
>
> Omer Frederick Kuebel III
> Locke Lord Bissell & Liddell
> 601 Poydras St.
> Suite 2660
> New Orleans, LA 70130
> 504-558-5155
> rkuebel@lockelord.com

**APP449**

HAR001661



Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

<MyScan.PDF>

APP450

HAR001662

Underpayment                          17,745.32
Additional Payment                    10,000.00

ACH required                          27,745.32

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

Total purchases                       182,727.13
Total payments                       (177,857.97)

Underpayment                           4,869.16
Additional Payment                    10,000.00
Returned Check                        35,699.58

ACH required                          50,568.74

What do you want to do?   Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

Total purchases                       174,668.60
Total payments                       (143,731.89)

Underpayment                           30,936.71
Additional Payment                    10,000.00

# APP451

| From: | Amar Ali <aali@atoz-wholesale.com> |
|---|---|
| Sent: | Thursday, March 21, 2019 11:26 PM |
| To: | Kuebel, Rick <rkuebel@lockelord.com> |
| Cc: | barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com> |
| Subject: | Re: Imperial Trading Notice of Default and Demand Letter |
| Attach: | A to Z - Imperial - Proposal of Commerical Terms for Settlement - Repayment and Supply Agreement Letter - 03.21.2019.pdf |

Mr. Kuebel-

Please see attached letter.  Look forward to hearing from you soon.

Thanks.  Amar

**From:** Kuebel, Rick <rkuebel@lockelord.com>
**Sent:** Thursday, March 21, 2019 1:44:26 PM
**To:** Amar Ali
**Cc:** barkat1950@aol.com; Wayne Baquet; Sandy Zazulak; bradp@imperialtrading.com
**Subject:** RE: Imperial Trading Notice of Default and Demand Letter

Mr. Ali:
A to Z stopped payment on checks issued to Imperial last week after Imperial was induced to make product shipments to A to Z. Imperial issued its Notice of Default and Demand on Monday afternoon and as of Thursday afternoon, Imperial has received no payments or proposals.  There is no point in having a call prior to receiving a written proposal.
I am happy to set a call after receipt of a good faith proposal but can no longer delay filing of collection and enforcement litigation awaiting its arrival.


Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com


**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Wednesday, March 20, 2019 11:58 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; bradp@imperialtrading.com; Amar Ali <aali@atoz-wholesale.com>
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

Thanks for your prompt response.  The plan I intend to propose will incorporate components of the prior plan and make adjustments that we feel are appropriate based on recent developments that have impacted both A to Z and Imperial, respectively.

In response to your comment regarding the need for express consent from counsel, I am licensed attorney in the State of Texas and have served as General Counsel for A to Z since 2008.  I continue to act in that official

# APP452

HAR003423

capacity; therefore, express consent from outside counsel is not required.

**Furthermore, our discussions are intended to be governed by TRE 408 Compromise Offers & Negotiations Settlement Communications.  Accordingly, in furtherance of and for the sole purposes of settlement only, our communications and our negotiations regarding a plan to settle any dispute the parties may have is not to be used in litigation, nor shall it be admissible at trial.**

Please let me know what time you are available on Friday, March 22nd or Monday, March 25th.  I will do my best to accommodate your schedule despite the time difference and my travel schedule.

Regards.  Amar

**From:** Kuebel, Rick <rkuebel@lockelord.com>
**Sent:** Wednesday, March 20, 2019 3:18:11 PM
**To:** Amar Ali
**Cc:** barkat1950@aol.com; Wayne Baquet; Sandy Zazulak; bradp@imperialtrading.com
**Subject:** RE: Imperial Trading Notice of Default and Demand Letter

Mr. Ali:
Imperial advises me that the prior "plan" that A to Z presented to Imperial and its recent "practice" of stopping payments on the tendered checks are both unacceptable.
Unfortunately,  I am not available Friday after 10 am and to the extent that A to Z has legal counsel, I cannot speak directly with you without your counsel's express consent.

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Wednesday, March 20, 2019 3:23 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; bradp@imperialtrading.com; Amar Ali <aali@atoz-wholesale.com>
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

Let me send you a plan that I've discussed with your client to see if that puts things back on track and provides the additional assurances needed to keep things on track.

We won't need my attorneys on the phone at this time.  I'll play that role until we have definitive docs that need to be reviewed.  At this point, the commerical terms of our proposed arrangement are strictly business decision anyhow.

I think I should be able to get a high level plan over to you tomorrow, so I suggest scheduling a call for 10 am CT on Friday, March 22, 2019, if that works for you.

Hope that you don't mind that I've continued to reply all to our emails?  I thought it's prudent for the principals to know that we are actively communicating to resolve this amicably and quickly.

**APP453**

HAR003424



Locke Lord LLP
Attorneys & Counselors

601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone:  504-558-5100
www.lockelord.com

Omer F. "Rick" Kuebel, III
Direct Telephone:  (504) 558-5155
rkuebel@lockelord.com

March 18, 2019

**BY FEDERAL EXPRESS OVERNIGHT**

A-Z Wholesalers, Inc.
11100 Harry Hines Blvd
Dallas, TX  75229

Diamond Wholesale, Inc.
1240 N. Lamar Blvd., Suite A
Austin, TX 78753

**BY EMAIL**

Barkat G. Ali
barkat1950@aol.com

Amar B. Ali
aali@atoz-wholesale.com

    Re:    Notice of Default and Demand for Payment

Dear Sirs:

    Imperial Trading Co., LLC ("Imperial") has retained Locke Lord, LLP to collect the indebtedness of A-Z Wholesalers, Inc. and Diamond Wholesale, Inc. ("Debtors"), pursuant to their agreements with Imperial.

    Pursuant to the Credit Agreements executed in favor of Imperial by Debtors, and personally guaranteed by Barkat Ali ("Guarantor"), and the terms of Debtors' accounts (collectively, the "Credit Terms"), Debtors collectively owe Imperial the aggregate sum of **$2,574,885.73**.  Pursuant to the Credit Terms, these amounts accrue interest at the rate of twenty-two percent (22%) per annum until paid.  Also pursuant to the Credit Terms, all attorneys' fees and costs of collection of the indebtedness will also be charged to Debtors pursuant to the Credit Terms.

    Further, Debtors have recently engaged in a practice whereby they have induced Imperial to make shipments based on false pretenses.  Specifically, Debtors are currently on C.O.D. terms with Imperial.  Debtors have, on several occasions, remitted a check to Imperial for C.O.D. deliveries and then stopped payment on those checks, thus inducing Imperial to make additional shipments to Debtors (aggregating more than $150,000) without payment in accordance with the

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami
Morristown | New Orleans | New York | Providence | Sacramento | San Francisco | Stamford | Washington DC | West Palm Beach

70943826v 1 0544550/00014

**APP454**

HAR000637

March 18, 2019
Page 2

C.O.D. terms.  Please be advised that, in addition to the collection of the full indebtedness, Imperial is considering all of its legal and equitable remedies in connection with Debtors' conduct, including, but not limited to claims under applicable law governing deceptive trade practices and check-related crimes.

Finally, A-Z Wholesalers, Inc. owes Imperial the additional sum of $250,000 pursuant to the certain promissory note made payable to the order of Imperial on or about January 11, 2019 (the "Note").  The Note matured on February 28, 2019, has not been paid, and, accordingly, is now in default.

Notwithstanding the fact that Debtors expressly waived all notice of default, and the debt(s) having fully matured, in an abundance of caution, this letter shall serve as formal notice of Debtors' defaults(s) and a demand for payment of the above described debts.  Moreover, to the extent any debt has not matured, and notice of acceleration is required (which Imperial does not believe to be the case), this letter shall further serve as notice of Imperial's intent to accelerate any and all debts owed by Debtors.

Furthermore, to the extent that Imperial has previously accepted any late payment from Debtors, this letter shall serve to notify Debtors that Imperial will, in the future, insist upon strict compliance with the Credit Terms, the Note, and any other contracts or agreements between Debtors and Imperial.

Failing Debtors' immediate payment in full of all sums due and owing, or immediate agreement as to payment arrangements and assurance of payment suitable to Imperial in its sole and absolute discretion, Imperial will exercise all legal rights and remedies to collect the aforementioned debts from Debtors and Guarantor.  This includes, but is not limited to, private sale of Imperial's collateral, self-help and repossession of any collateral, although Imperial will allow Debtors' a reasonable time to comply before attempting self-help, and, if necessary, the initiation of a suit seeking damages, costs, attorney's fees, pre and post-judgment interest, sequestration and injunctive relief.  Imperial hereby places Debtors on notice that Debtors do not have Imperial's consent to the use of cash-collateral or other proceeds of Imperial's collateral and demands that Debtors account for and segregate any and all such proceeds.

Neither this letter nor any action taken by Imperial to enforce its rights to collect the amounts due, nor continuing to transact business with Debtors from and after the date of this letter in any manner, shall be deemed an election of remedies or a waiver of any rights or other actions Imperial may have against Debtors at law or in equity.  Imperial expressly reserves all rights and remedies under the contract and applicable law.

**APP455**

HAR000638

March 18, 2019
Page 3

Sincerely yours,

LOCKE LORD LLP

Omer F. "Rick" Kuebel, III

cc:  Imperial Trading Co., LLC

70943826v.1 0544550/00014

**APP456**

HAR000639

Thanks.

--Amar

On Mar 20, 2019, at 2:23 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> I am happy to discuss with you and your lawyer tomorrow morning after 9 am CDT but would require a
> written proposal in advance of the call fully detailing  A to Z plan to cure existing defaults and provide
> Imperial with adequate assurance of and security for future performance.
>
>
> Omer Frederick Kuebel III
> Locke Lord Bissell & Liddell
> 601 Poydras St.
> Suite 2660
> New Orleans, LA  70130
> 504-558-5155
> rkuebel@lockelord.com
>
>
> **From:** Amar Ali <aali@atoz-wholesale.com>
> **Sent:** Tuesday, March 19, 2019 2:16 PM
> **To:** Kuebel, Rick <rkuebel@lockelord.com>
> **Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak
> <szazulak@imperialtrading.com>; bradp@imperialtrading.com
> **Subject:** Re: Imperial Trading Notice of Default and Demand Letter
>
> Mr. Kuebel-
>
> We received your letter dated March 18, 2019, and would like to schedule a call to discuss the same.  I'm
> currently overseas with a +12 hour time difference.  Please give me few scheduling options that work for
> you, so we can sync up.
>
> Looking forward to speaking with you. Thanks.
> --Amar
>
> On Mar 19, 2019, at 5:58 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:
>
>> Mr. Ali:
>> Attached please find a copy of the Notice of Default and Demand for Payment Notice issued
>> to A to Z by our firm today on behalf of Imperial Trading Company.
>>
>>
>> Omer Frederick Kuebel III
>> Locke Lord Bissell & Liddell
>> 601 Poydras St.
>> Suite 2660
>> New Orleans, LA  70130
>> 504-558-5155
>> rkuebel@lockelord.com
>>
>> 

**APP457**

HAR003425

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

<MyScan.PDF>

**APP458**



A->Z WHOLESALE

**TRE RULE 408. COMPROMISE OFFERS & NEGOTIATIONS SETTLEMENT COMMUNICATIONS. IN FURTHERANCE OF AND FOR THE SOLE PURPOSES OF SETTLEMENT ONLY. NOT TO BE USED IN LITIGATION. INADIMISSIBLE AT TRIAL.**

March 21, 2019

Mr. Omer Frederick Kuebel III
Loke Lord Bissell & Liddell
601 Poydras Street, Suite 2600
New Orleans, LA 70130
*Via Email: rkuebel@lockelord.com*

Dear Mr. Kuebel:

In response to your letter dated March 18, 2019, and in the interest of resolving the payment and supply dispute between A-Z Wholesalers, Inc. ("A to Z") and Imperial Trading Co., LLC ("Imperial"), A to Z is prepared to enter into definitive agreements pursuant of the following commercial terms, if acceptable:

A to Z's Offer:

1. Upon execution of a payment and supply agreement ("Agreement"), A to Z shall pay Imperial $120,000.00 to offset the return checks that were dated for the week of the week March 4, 2019 *(Note: the reason the amount is $120,000.00 instead of $150,000.00 is because A to Z has already replaced on returned check of $30,000.00 with a cashier's check that both Wayne and Brad have acknowledge)*;

2. Upon the Agreement, A to Z shall: a) pay down the balance by $5,000.00/week until such time that the overall balance is reduced to $1,000,000.00; and b) not return any payment items in the future;

3. Upon funding of A to Z's line of credit, already pipelined, A to Z shall pay Imperial $250,000.00 in lieu of the promissory note that has matured;

4. Upon funding of A to Z's SBA loan, which has also been pipelined, A to Z shall pay Imperial $500,000.00 to significantly reduce the overall balance; and

**APP459**

HAR000322

5. In the event that A to Z's SBA loan funds ahead of the line of credit, A to Z will cease pursuing the line of credit and shall instead pay Imperial $750,000.00.

The offer stated above is in consideration of the following by Imperial:

1. Upon execution of the Agreement and the payment of $120,000.00 referenced in Section 1 of the above, Imperial agrees to begin shipping A to Z on a weekly basis in the amount equal to the weekly payments made by A to Z minus $10,000.00, in order to satisfy the weekly balance reduction;

2. Upon receiving payment of $250,000.00 from A to Z in lieu of the promissory note referenced in Section 3 above, Imperial shall release A to Z of any and all obligations under the promissory note;

3. Upon receiving payment of $500,000.00 from A to Z as referenced in Section 4 above, Imperial shall take a write down/off in the amount of $500,000.00, which when coupled with the $500,000.00 payment from A to Z shall reduce A to Z's overall debt by $1,000,000.00; and

4. In order to accomplish Sections 3, 4 and/or 5 above, Imperial agrees to take a second lien on A to Z's accounts receivable and inventory. Imperial's lien shall only be second to A to Z's primary lender associated with aforementioned line of credit or SBA loan.

A to Z remains committed to successfully resolving the payment and supply dispute, and continuing the relationship as commercially reasonable without further interruptions. If you agree with the offer contained in this letter as a constructive manner for the parties to amicable proceed, then kindly notify us in writing or let's schedule a call to discuss it in more detail.

Very truly yours,

A-Z WHOLESALERS, INC.

By: *Amar Ali*

Name: Amar Ali
Title:   General Counsel

Wayne Baquet – CEO – Imperial: wbaquet@imperialtrading.com
Barkat Ali – President – A to Z: barkat1950@aol.com

**APP460**

HAR000323



**IMPERIAL.®**
SUPER REGIONAL DISTRIBUTOR

June 15, 2018

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD
DALLAS, TX 75229

Our auditors, Postlethwaite & Netterville APAC, are conducting an audit of our financial statements. Please confirm the balance due at May 31, 2018, which is shown on our records and the enclosed statement as $1,038,500.42.

Please indicate in the space below whether this is in agreement with your records. If there are differences, please provide any information that will assist our auditors in reconciling the difference. Please also indicate any special sale or payment terms related to this balance.

Please sign and date your response and mail your reply directly to Postlethwaite and Netterville at One Galleria Blvd., Suite 2100, Metairie, Louisiana 70001, in the enclosed return envelope. You may also fax your response to our auditors at 504-834-3609 or email your response to Madison Martin at mcmartin@pncpa.com. PLEASE DO NOT MAIL PAYMENTS ON YOUR ACCOUNT TO THE AUDITORS.

Very truly yours,

Brad Prependergast
Imperial Trading Co. LLC

The balance due of $1,038,500.42 as of May 31, 2018 is correct with the following exceptions (if any):

_____

_____

_____

Signature: _____

Title: _____

Date: _____

701 Edwards Ave./P.O. Box 23508 Elmwood, LA 70183-0508
1-800-743-1761/(504) 733-1400  (504) 736-4156 fax

**APP461**

HAR000505

**IMPERIAL** SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**
P.O. BOX 876659 DALLAS, TX 75267-6659
TEL 1-800-341-7567  A/R
FAX (504) 736-4158

Sold To:
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX 75229

C 1
1 42 675

BOSSIER

**STATEMENT**
5/31/18

CHARGES OR PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT

PAGE#: 1 OF 1
SALES # 099
CUSTOMER #: 95751

Ship To:
A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX 76706

TERMS NET 7 DAYS

| DATE | DESCRIPTION | REFERENCE NUMBER | AMOUNT |
|---|---|---|---|
| 3/05/18 | INVOICE NUMBER | 267119 | 71,484.41 |
| 3/12/18 | INVOICE NUMBER | 271543 | 81,310.65 |
| 3/19/18 | INVOICE NUMBER | 275980 | 69,634.31 |
| 3/26/18 | INVOICE NUMBER | 280383 | 86,400.36 |
| 4/02/18 | CREDIT MEMO | 769130/280385 | 209.94CR |
| 4/02/18 | CREDIT MEMO | 769131/280384 | 606.00CR |
| 4/02/18 | INVOICE NUMBER | 284902 | 94,388.23 |
| 4/09/18 | INVOICE NUMBER | 289052 | 78,511.50 |
| 4/16/18 | INVOICE NUMBER | 293426 | 79,172.47 |
| 4/20/18 | CREDIT MEMO | 776356/293426 | 59.78CR |
| 4/23/18 | INVOICE NUMBER | 297711 | 72,881.74 |
| 4/23/18 | INVOICE NUMBER | 903192 | 56.13 |
| 4/25/18 | CREDIT MEMO | 778495/297711 | 108.52CR |
| 4/26/18 | CREDIT MEMO | 779011/297712 | 50.80CR |
| 4/30/18 | INVOICE NUMBER | 302468 | 81,504.75 |
| 5/07/18 | INVOICE NUMBER | 306559 | 75,414.51 |
| 5/14/18 | INVOICE NUMBER | 311073 | 84,757.10 |
| 5/21/18 | INVOICE NUMBER | 315593 | 80,810.47 |
| 5/28/18 | INVOICE NUMBER | 319744 | 83,208.83 |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE |
|---|---|---|---|---|
| 324,190.91 | 81,345.43 | 72,878.09 | 560,085.99 | 1,038,500.42 |

DETACH HERE     DETACH HERE     DETACH HERE

FILE COPY

IMPERIAL TRADING CO., INC.

BOSSIER

THIS PORTION MUST BE RETURNED WITH YOUR REMITTANCE

DATE: 5/31/18
PAGE#: 1 OF 1
SALES #: 099
CUSTOMER #: 95751
SHIP TO:
A-Z WHOLESALE/W

TERMS NET 7 DAYS

| DATE | REFERENCE # | AMOUNT |
|---|---|---|
| 3/05/18 | INV 267119 | 71184.41 |
| 3/12/18 | INV 271543 | 81310.65 |
| 3/19/18 | INV 275980 | 69634.31 |
| 3/26/18 | INV 280383 | 86400.36 |
| 4/02/18 | CM 769130 | 209.94- |
| 4/02/18 | CM 769131 | 606.00- |
| 4/02/18 | INV 284902 | 94388.23 |
| 4/09/18 | INV 289052 | 78511.50 |
| 4/16/18 | INV 293426 | 79172.47 |
| 4/20/18 | CM 776356 | 59.78- |
| 4/23/18 | INV 297711 | 72881.74 |
| 4/23/18 | INV 903192 | 56.13 |
| 4/25/18 | CM 778495 | 108.52- |
| 4/26/18 | CM 779011 | 50.80- |
| 4/30/18 | INV 302468 | 81504.75 |
| 5/07/18 | INV 306559 | 75414.51 |
| 5/14/18 | INV 311073 | 84757.10 |
| 5/21/18 | INV 315593 | 80810.47 |
| 5/28/18 | INV 319744 | 83208.83 |

TO INSURE PROPER CREDIT, CHECK THE AMOUNTS BEING PAID
ACCOUNT BALANCE  1,038,500.42

THIS PORTION MUST BE RETURNED WITH YOUR REMITTANCE

**APP462**

HAR000506

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| IMPERIAL TRADING CO., LLC 504-733-1400 |

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

IMPERIAL TRADING CO., LLC
701 EDWARDS AVENUE
Elmwood, LA 70123
USA

**FILING NUMBER:** 18-0002135898
**FILING DATE:** 01/19/2018    09:33 AM
**DOCUMENT NUMBER:** 789443390004
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
| OR | A-Z WHOLESALERS, INC. | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11100 HARRY HINES BLVD | DALLAS | TX | 75229 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
| OR | IMPERIAL TRADING CO., L.L.C. | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 23508 | NEW ORLEANS | LA | 70183 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL EQUIPMENT AND INVENTORY FURNISHED OR SOLD BY IMPERIAL TRADING CO., LLC,
TOGETHER WITH ALL PROCEEDS THEREOF, INCLUDING WITHOUT LIMITATION TO, CIGARETTES,
CIGARS, TOBACCO, CANDY, GROCERIES AND SNACK ITEMS. IN ADDITION, SUBSEQUENT
ONLY TO ANY PREVIOUS FILINGS, ALL INVENTORY, FUEL INVENTORY, EQUIPMENT,
ACCOUNTS, GENERAL INTANGIBLES AND ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

**APP463**

UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| IMPERIAL TRADING CO., LLC 504-733-1400 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| IMPERIAL TRADING CO., LLC<br>701 EDWARDS AVENUE<br>Elmwood, LA 70123<br>USA |

**FILING NUMBER:** 18-00282094
**FILING DATE:** 08/10/2018      11:54 AM
**DOCUMENT NUMBER:** 830378430003
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**18-0002135898**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **IMPERIAL TRADING CO., L.L.C.** | | | |
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

# APP464

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| IMPERIAL TRADING CO., LLC 504-733-1400 |

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

IMPERIAL TRADING CO., LLC
701 EDWARDS AVENUE
Elmwood, LA 70123
USA

**FILING NUMBER:** 18-0028614696
**FILING DATE:** 08/14/2018      01:52 PM
**DOCUMENT NUMBER:** 830999050002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ⌐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | TOP 20 DISTRIBUTION & WHOLESALE LLC | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1724 BAKER RD | SHERMAN | | TX | 75090 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ⌐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | ALI | AMAR | | B | |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 616 CLARIDEN RANCH RD | SOUTHLAKE | | TX | 76092 | USA |

3. SECURED PARTY'S NAME (or Name of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | IMPERIAL TRADING CO., L.L.C. | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 23508 | NEW ORLEANS | | LA | 70183 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL EQUIPMENT AND INVENTORY FURNISHED OR SOLD BY IMPERIAL TRADING CO., LLC,
TOGETHER WITH ALL PROCEEDS THEREOF, INCLUDING WITHOUT LIMITATION TO, CIGARETTES,
CIGARS, TOBACCO, CANDY, GROCERIES AND SNACK ITEMS. IN ADDITION, SUBSEQUENT
ONLY TO ANY PREVIOUS FILINGS, ALL INVENTORY, FUEL INVENTORY, EQUIPMENT,
ACCOUNTS, GENERAL INTANGIBLES AND ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ⌐ held in a Trust (see UCC1Ad, item 17 and Instructions) ⌐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:                                                    6b. Check only if applicable and check only one box:
⌐ Public-Finance Transaction  ⌐ Manufactured-Home Transaction  ⌐ A Debtor is a Transmitting Utility          ⌐ Agricultural Lien  ⌐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable):  ⌐ Lessee/Lessor  ⌐ Consignee/Consignor  ⌐ Seller/Buyer  ⌐ Bailee/Bailor  ⌐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
A-Z

# APP465

page 2

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left
blank because Individual Debtor name did not fit, check here ☐

| | | |
|---|---|---|
| OR | 9a. ORGANIZATION'S NAME | |
| | TOP 20 DISTRIBUTION & WHOLESALE LLC | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | |
|---|---|---|
| OR | 10a. ORGANIZATION'S NAME | |
| | A-Z WHOLESALERS, INC. | |
| | 10b. INDIVIDUAL'S SURNAME | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11100 HARRY HINES BLVD | DALLAS | TX | 75229 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | | |
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**APP466**

page 3

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left
blank because Individual Debtor name did not fit, check here ⌐

| | 9a. ORGANIZATION'S NAME | |
|---|---|---|
| OR | **TOP 20 DISTRIBUTION & WHOLESALE LLC** | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 10a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **DIAMOND WHOLESALE, INC.** | | | |
| | 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **12410 N LAMAR BLVD SUITE A** | **AUSTIN** | **TX** | **78753** | **USA** |

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 10a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **ALI** | **BARKAT** | **G** | |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **616 CLARIDEN RANCH RD.** | **SOUTHLAKE** | **TX** | **76092** | **USA** |

FILING OFFICE COPY

# APP467

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
IMPERIAL TRADING CO., LLC 504-733-1400

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
IMPERIAL TRADING CO., LLC
701 EDWARDS AVENUE
Elmwood, LA 70123
USA

**FILING NUMBER:** 19-0014045014
**FILING DATE:** 04/17/2019     04:36 PM
**DOCUMENT NUMBER:** 882776480002
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** | | | |
| OR | A-Z WHOLESALERS, INC. | | |
| **1b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **1c. MAILING ADDRESS**<br>11100 HARRY HINES BLVD | **CITY**<br>DALLAS | **STATE** TX | **POSTAL CODE** 75229 | **COUNTRY** USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| OR | | | |
| **2b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | |
| OR | HARRISON COMPANY, L.L.C. | | |
| **3b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| **3c. MAILING ADDRESS**<br>P.O. BOX 23508 | **CITY**<br>NEW ORLEANS | **STATE** LA | **POSTAL CODE** 70183 | **COUNTRY** USA |

4. COLLATERAL: This financing statement covers the following collateral:
Any and all of debtor's present and future inventory (including consigned inventory), related equipment, goods, merchandise, and other items of personal property, items held for sale, including any and all right of forfeiture, all insurance proceeds related to above related items, whether now owned or hereafter acquired by debtor, and proceeds therefrom, for all stores that debtor operates now and hereafter and for all related parties and entities.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CH 919

FILING OFFICE COPY

# APP468

UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
conrad gxelor 4694443763

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
conrad gxelor
405 state hwy 121 ste 267 a
Lewisville, TX 75067
USA

**FILING NUMBER:** 20-00113685
**FILING DATE:** 03/24/2020       03:08 PM
**DOCUMENT NUMBER:** 958459680002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**18-0028614696**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **IMPERIAL TRADING CO., L.L.C.** | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

# APP469

UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
conrad gxelor 4694443763

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
conrad gxelor
405 state hwy 121 ste 267 a
Lewisville, TX 75067
USA

**FILING NUMBER:** 20-00113694
**FILING DATE:** 03/24/2020    03:09 PM
**DOCUMENT NUMBER:** 958459680003
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**19-0014045014**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c      ☐ ADD name: Complete item 7a or 7b, and item 7c      ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME<br>**HARRISON COMPANY, L.L.C.** | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**APP470**

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Tuesday, May 29, 2018 11:09 AM |
| To: | Barkat1950 <barkat1950@aol.com>; aali@atoz-wholesale.com |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | RE: Week of 5/28/18-- ACH required |

Barkat,

If we can ACH $32,000.00 spread out over the remainder of the week, we can still show a pattern of the account balance decreasing $10,000.00 per week through of our fiscal year end.

Brad and I are OK with this figure, let me know what you would like to do.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Brad Prendergast
**Sent:** Tuesday, May 29, 2018 11:01 AM
**To:** Barkat1950 <barkat1950@aol.com>; aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 5/28/18-- ACH required

Your balance would increase too much this week for me not to ACH you for the difference.   It would eliminate the progress we have made the previous weeks.   Thursday is our fiscal year end.   But let me discuss with Shauntrice and see – maybe we could ACH less than the agreed upon amount and still be able to show the progress we have made.

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Tuesday, May 29, 2018 10:56 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 5/28/18-- ACH required

Brad, We have been paying you more in the past weeks, please do not ACH any funds, thanks!....................Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>

# APP471

HAR001359

Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Sent: Tue, May 29, 2018 10:53 am
Subject: RE: Week of 5/28/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 184,732.06 |
| Total payments | (115,075.35) |
| | |
| Underpayment | 69,656.71 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 79,656.71 |

Shauntrice will ACH your account $79,656.71 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, May 14, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 4,221.41 |

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, May 07, 2018 1:30 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Subject:** RE: Week of 5/7/18-- ACH required

Amar,

# APP472

HAR001360

| | |
|---|---|
| Total purchases | 144,546.63 |
| Total payments | (185,054.30) |
| Overpayment | (40,507.67) |
| ACH required | None |

No ACH is required this week unless you have plans to make an additional order.    Thanks.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 203,097.76 |
| Total payments | (179,334.15) |
| Underpayment | 23,763.61 |
| Additional Payment | 10,000.00 |
| ACH required | 33,763.61 |

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| ACH required | 18,756.60 |

# APP473

HAR001361

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

# APP474

| | |
|---|---|
| **From:** | Amar Ali <aali@atoz-wholesale.com> |
| **Sent:** | Tuesday, September 5, 2017 1:23 PM |
| **To:** | Brad Prendergast <bpender2@imperialtrading.com> |
| **Subject:** | Re: Week of 9/4/17 |

Got it.

--Amar

On Sep 5, 2017, at 1:16 PM, Brad Prendergast <bpender2@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
<image003.png>          <image004.png>          <image005.png>

# APP475



**From:** Shauntrice Jones
**Sent:** Monday, October 16, 2017 3:28 PM
**To:** 'Amar Ali' <aali@atoz-wholesale.com>
**Cc:** Brad Prendergast <bradp@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Week of 10/16/17--ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,009.39 |
| Total payments | (212,799.20) |
| | |
| Overage | (1,789.81) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 8,210.19 |

I will set up an ACH for the amount of the extra payment needed. Do you want me to split the remainder over the week or pull the extra payment on Friday?

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



# APP476

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Tuesday, October 10, 2017 2:14 PM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | RE: Week of 10/9/17-- shortage -- ACH required |

Will do.

Amar—I will send you the notice tomorrow morning.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Tuesday, October 10, 2017 12:48 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 10/9/17-- shortage -- ACH required

Shauntrice-

Please pull the extra payment on Friday.

--Amar

On Oct 10, 2017, at 12:45 PM, Brad Prendergast <bradp@imperialtrading.com> wrote:

> Amar,
>
> | Total purchases | 205,046.55 |
> |---|---|
> | Total payments | (202,464.87) |
> | Shortage | 2,581.68 |
> | Extra weekly agreement | 10,000.00 |
> | Total extra payment needed | 12,581.68 |

APP477

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| Total purchases | 229,963.63 |
|---|---|
| Total payments | (206,360.52) |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments. I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
www.imperialtrading.com
Follow us:
<image002.png>        <image003.png>        <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

**APP478**

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |

Shortage               16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed    16,732.03

==Shauntrice will set up an ACH for the amount of the extra payment needed.== **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
        www.imperialtrading.com
        Follow us:
      <image002.png>        <image003.png>        <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |

| | |
|---|---|
| Shortage | 55,565.42 |
| ==Extra weekly agreement== | ==10,000.00== |

Total extra payment needed    65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

# APP479

HAR000752

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
            www.imperialtrading.com
                Follow us:
            <image002.png>          <image003.png>          <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.    Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
            www.imperialtrading.com
                Follow us:
            <image002.png>          <image003.png>          <image004.png>

# APP480

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important -- this payment can be labeled as "to be deposited on Friday, September 8[th]" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
      www.imperialtrading.com
         Follow us:
   <image002.png>      <image003.png>      <image004.png>

**APP481**

HAR000754

| | |
|---|---|
| **From:** | Shauntrice Jones <sjones@imperialtrading.com> |
| **Sent:** | Thursday, November 30, 2017 9:45 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com |
| **Cc:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Subject:** | RE: Week of 11/27/17-- shortage -- ACH required |
| **Attach:** | 20171130093644723.pdf |

Please see the attached notice for the draft effective 12/01/17.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com

# APP482

HAR000766

**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |

# APP483

Shortage                                 878.00
Extra weekly agreement          10,000.00

Total extra payment needed      10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases            207,945.69
Total payments            (203,051.27)

Shortage                      4,894.42
Extra weekly agreement     10,000.00

Total extra payment needed     14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

Total purchases            205,046.55
Total payments            (202,464.87)

Shortage                      2,581.68
Extra weekly agreement     10,000.00

Total extra payment needed     12,581.68

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of

# APP484

the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.    I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM

# APP485

HAR000769

**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

<mark>No extra weekly agreement this week since I took extra $10k last week</mark>

Total extra payment needed          16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.   **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |

# APP486

Extra weekly agreement   10,000.00

Total extra payment needed  65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.    Let's avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer

# APP487

Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

# APP488

HAR000772

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Monday, May 14, 2018 11:19 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | FW: Week of 5/14/18-- ACH required |

Should I hold off on setting up the ACH until this is sorted out?

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Monday, May 14, 2018 11:08 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 5/14/18-- ACH required

Good Morning Brad,

We paid last week 40K extra, so you do not need to take another 10K this week, we actually paid you for next 4 weeks in advance and our purchases have gone down.
Next 3 weeks no EFT for $10K each week, please!
Thank you,

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Sent: Mon, May 14, 2018 10:45 am
Subject: RE: Week of 5/14/18-- ACH required

Amar,

| Total purchases | 150,619.74 |
|---|---|
| Total payments | (156,398.33) |
| Overpayment | (5,778.59) |

**APP489**

HAR000796

Additional Payment          10,000.00

ACH required               4,221.41

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, May 07, 2018 1:30 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Subject:** RE: Week of 5/7/18-- ACH required

Amar,

Total purchases          144,546.63
Total payments          (185,054.30)

Overpayment             (40,507.67)

ACH required               None

No ACH is required this week unless you have plans to make an additional order.   Thanks.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

Total purchases          203,097.76
Total payments          (179,334.15)

Underpayment            23,763.61
Additional Payment        10,000.00

ACH required              33,763.61

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad

# APP490

**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| | |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'

**APP491**

HAR000798

<barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |

# APP492

ACH required                       40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

Total purchases          185,054.30
Total payments           (176,098.58)

Underpayment              8,955.72
Additional Payment        10,000.00
Previous Week Shortage    30,690.49

ACH required              49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

Total purchases          226,424.67
Total payments           (202,889.66)

Underpayment              23,535.01
Additional Payment        10,000.00

ACH required              33,535.01

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

# APP493

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| | |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.    Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com

# APP494

HAR000802

Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |

# APP495

HAR000803

Overage                        (3,632.83)
Extra weekly agreement         10,000.00

Total extra payment needed     6,367.17

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases              214,246.69
Total payments              (213,368.69)

Shortage                         878.00
Extra weekly agreement        10,000.00

Total extra payment needed    10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases              207,945.69
Total payments              (203,051.27)

Shortage                       4,894.42
Extra weekly agreement        10,000.00

Total extra payment needed    14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.

# APP496

HAR000804

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.    I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

**APP497**

HAR000805

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| Shortage | 16,732.03 |

No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed      16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.   **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

**APP498**

HAR000806



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 65,565.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast

**APP499**

HAR000807

**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important -- this payment can be labeled as "to be deposited on Friday, September 15[th]" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

---

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |

**APP500**

HAR000808

Extra weekly agreement          10,000.00

Total extra payment needed      54,275.35

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP501**

HAR000809

| | |
|---|---|
| **From:** | Barkat1950 <barkat1950@aol.com> |
| **Sent:** | Monday, June 25, 2018 3:03 PM |
| **To:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Cc:** | Brad Prendergast <bradp@imperialtrading.com>; Danielle Danos <Ddanos@imperialtrading.com>; barkat1950@aol.com; aali@atoz-wholesale.com |
| **Subject:** | Re: Week of 6/25 - ACH Required |

No ACH please, we have been paying more in past few weeks, even last week we paid 23k more, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Sandy Zazulak <szazulak@imperialtrading.com> wrote:

Amar,

Total purchases        179,668.78

Total payments        (150,129.88)

Underpayment        29,538.90

Additional payment    10,000.00

ACH required        39,538.90

Sincerely,

Sandy Zazulak

Controller

Imperial Trading Company

701 Edwards Ave

Elmwood, LA  70123

O:  504-736-4056

# APP502

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Tuesday, October 10, 2017 2:14 PM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | RE: Week of 10/9/17-- shortage -- ACH required |

Will do.

Amar—I will send you the notice tomorrow morning.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Tuesday, October 10, 2017 12:48 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 10/9/17-- shortage -- ACH required

Shauntrice-

Please pull the extra payment on Friday.

--Amar

On Oct 10, 2017, at 12:45 PM, Brad Prendergast <bradp@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

# APP503

HAR000750

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments. I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
        www.imperialtrading.com
              Follow us:
        <image002.png>          <image003.png>          <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

# APP504

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

No extra weekly agreement this week since I took extra $10k last week

| | |
|---|---|
| Total extra payment needed | 16,732.03 |

Shauntrice will set up an ACH for the amount of the extra payment needed. **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
www.imperialtrading.com
Follow us:
<image002.png>          <image003.png>          <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 65,565.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

# APP505

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
      www.imperialtrading.com
          Follow us:
      <image002.png>      <image003.png>      <image004.png>


**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important -- this payment can be labeled as "to be deposited on Friday, September 15[th]" but I need this check Wednesday or Thursday at the latest.    Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
      www.imperialtrading.com
          Follow us:
      <image002.png>      <image003.png>      <image004.png>

**APP506**

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High


Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156


<image001.jpg>
        www.imperialtrading.com
            Follow us:
    <image002.png>        <image003.png>        <image004.png>

# APP507

HAR000754

**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| | |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'

# APP508

HAR000798

<barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |

# APP509

HAR000799

Underpayment                          17,745.32
Additional Payment                    10,000.00

ACH required                          27,745.32

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

Total purchases                       182,727.13
Total payments                       (177,857.97)

Underpayment                           4,869.16
Additional Payment                    10,000.00
Returned Check                        35,699.58

ACH required                          50,568.74

What do you want to do?   Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

Total purchases                       174,668.60
Total payments                       (143,731.89)

Underpayment                          30,936.71
Additional Payment                    10,000.00

# APP510

HAR000800

ACH required                                    40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

Total purchases                    185,054.30
Total payments                    (176,098.58)

Underpayment                        8,955.72
Additional Payment                 10,000.00
Previous Week Shortage            30,690.49

ACH required                          49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

Total purchases                    226,424.67
Total payments                    (202,889.66)

Underpayment                        23,535.01
Additional Payment                 10,000.00

ACH required                          33,535.01

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

# APP511

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| | |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.    Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice  -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com

**APP512**

HAR000802

**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |

# APP513

| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |

Total extra payment needed        6,367.17

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |
| Shortage | 878.00 |
| Extra weekly agreement | 10,000.00 |

Total extra payment needed        10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.      She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

| Total purchases | 207,945.69 |
| Total payments | (203,051.27) |
| Shortage | 4,894.42 |
| Extra weekly agreement | 10,000.00 |

Total extra payment needed        14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.      She will split it up over the remainder of the week so that it is all posted this week.

**APP514**

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of
the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of
the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send
you an email later this week detailing the open invoices going into next week.

Sincerely,


# APP515

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases               219,057.42
Total payments               (202,325.39)

Shortage                        16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed    16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.    **Since it is so small this week, unless you
say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

# APP516

HAR000806



  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 65,565.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



  

**From:** Brad Prendergast

# APP517

HAR000807

**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |

# APP518

HAR000808

Extra weekly agreement          10,000.00

Total extra payment needed      54,275.35

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP519**

HAR000809

Subject: RE: Week of 5/28/18-- ACH required

Barkat, waiting for your response.   Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Monday, June 11, 2018 2:05 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com
**Cc:** Danielle Danos <Ddanos@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 5/28/18-- ACH required

Brad, Please hold off, I need to check, I will get back to you this afternoon, thanks!.................Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>
Cc: Danielle Danos <Ddanos@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950
<barkat1950@aol.com>
Sent: Mon, Jun 11, 2018 1:16 pm
Subject: RE: Week of 5/28/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 178,899.12 |
| Total payments | (146,181.71) |
| | |
| Underpayment | 32,717.41 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,717.41 |

I think I am missing a check for 6/11/18 – received checks dated 6/12/18 through 6/15/18 with check numbers 31880, 31881, 31882 and 31883.   You make reference to paying off invoices 267118 and 267119 but I am short 36,545.42 to get that done.   Unless I hear from you I will set up ACH's to draft 42,717.41 to make up for that missing check and to maintain our 10k decrease per week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, May 29, 2018 10:53 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 5/28/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 184,732.06 |
| Total payments | (115,075.35) |
| | |
| Underpayment | 69,656.71 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 79,656.71 |

# APP520

Shauntrice will ACH your account $79,656.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, May 14, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 4,221.41 |

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, May 07, 2018 1:30 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Subject:** RE: Week of 5/7/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 144,546.63 |
| Total payments | (185,054.30) |
| | |
| Overpayment | (40,507.67) |
| | |
| ACH required | None |

No ACH is required this week unless you have plans to make an additional order.    Thanks.

Thanks,
Brad

# APP521

**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 203,097.76 |
| Total payments | (179,334.15) |
| Underpayment | 23,763.61 |
| Additional Payment | 10,000.00 |
| ACH required | 33,763.61 |

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

# APP522

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |

# APP523

ACH required                    42,500.81

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

Total purchases              186,808.54
Total payments              (169,063.22)

Underpayment                 17,745.32
Additional Payment           10,000.00

ACH required                 27,745.32

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

Total purchases              182,727.13
Total payments              (177,857.97)

Underpayment                  4,869.16
Additional Payment           10,000.00
Returned Check               35,699.58

ACH required                 50,568.74

What do you want to do?  Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out

# APP524

over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

Total purchases              174,668.60
Total payments               (143,731.89)

Underpayment                  30,936.71
Additional Payment            10,000.00

ACH required                  40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

Total purchases              185,054.30
Total payments               (176,098.58)

Underpayment                   8,955.72
Additional Payment            10,000.00
Previous Week Shortage        30,690.49

ACH required                  49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

# APP525

HAR001459

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 226,424.67 |
| Total payments | (202,889.66) |
| | |
| Underpayment | 23,535.01 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 33,535.01 |

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| | |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

# APP526

| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.    Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice  -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |

# APP527

HAR001461

Total extra payment needed      30,179.45

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |
| | |
| Shortage | 878.00 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 10,878.00 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

# APP528

HAR001462

**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 207,945.69 |
| Total payments | (203,051.27) |
| | |
| Shortage | 4,894.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 14,894.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>

# APP529

**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |

**APP530**

HAR001464

Shortage                          16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed       16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.   **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases               243,146.28
Total payments               (187,580.86)

Shortage                          55,565.42
Extra weekly agreement         10,000.00

Total extra payment needed     65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast

# APP531

Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156


SUPER REGIONAL DISTRIBUTOR

[www.imperialtrading.com](http://www.imperialtrading.com)
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

**APP532**



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**APP533**

HAR001467

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Monday, May 14, 2018 11:08 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com |
| Cc: | Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | Re: Week of 5/14/18-- ACH required |

Good Morning Brad,

We paid last week 40K extra, so you do not need to take another 10K this week, we actually paid you for next 4 weeks in advance and our purchases have gone down.
Next 3 weeks no EFT for $10K each week, please!
Thank you,

Barkat


-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Sent: Mon, May 14, 2018 10:45 am
Subject: RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 4,221.41 |

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad


From: Brad Prendergast
Sent: Monday, May 07, 2018 1:30 PM
To: aali@atoz-wholesale.com
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Subject: RE: Week of 5/7/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 144,546.63 |
| Total payments | (185,054.30) |
| | |
| Overpayment | (40,507.67) |

# APP534

ACH required                          None

No ACH is required this week unless you have plans to make an additional order.    Thanks.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 203,097.76 |
| Total payments | (179,334.15) |
| | |
| Underpayment | 23,763.61 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 33,763.61 |

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| | |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad

# APP535

HAR001279

**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| **Underpayment** | 19,072.10 |
| **Additional Payment** | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| **Additional Payment** | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'

# APP536

HAR001280

<barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |
| | |
| Underpayment | 17,745.32 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 27,745.32 |

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 182,727.13 |

# APP537

Total payments              (177,857.97)

Underpayment                 4,869.16
Additional Payment          10,000.00
Returned Check              35,699.58

ACH required                50,568.74

What do you want to do?   Barkat says no ACH�s but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

Total purchases             174,668.60
Total payments              (143,731.89)

Underpayment                 30,936.71
Additional Payment           10,000.00

ACH required                40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

Total purchases             185,054.30
Total payments              (176,098.58)

Underpayment                 8,955.72
Additional Payment          10,000.00
Previous Week Shortage      30,690.49

# APP538

ACH required                     49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

Total purchases               226,424.67
Total payments               (202,889.66)

Underpayment                  23,535.01
Additional Payment            10,000.00

ACH required                   33,535.01

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

Total purchases               225,712.18
Total payments               (171,367.33)

Underpayment                  54,344.85
Additional Payment            10,000.00

ACH required                   64,344.85

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

# APP539

HAR001283

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow � please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week � however we used the build-up the extra weekly ACH�s to pay this invoice off for EOM.    Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice  -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.


Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com

# APP540

HAR001284

Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |

# APP541

HAR001285

Shortage                        878.00
Extra weekly agreement          10,000.00

Total extra payment needed      10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases                207,945.69
Total payments                 (203,051.27)

Shortage                        4,894.42
Extra weekly agreement          10,000.00

Total extra payment needed      14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

Total purchases                205,046.55
Total payments                 (202,464.87)

Shortage                        2,581.68
Extra weekly agreement          10,000.00

Total extra payment needed      12,581.68

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of

**APP542**

HAR001286

the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM

# APP543

HAR001287

**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

==No extra weekly agreement this week since I took extra $10k last week==

| | |
|---|---|
| Total extra payment needed | 16,732.03 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |

# APP544

HAR001288

Extra weekly agreement              10,000.00

Total extra payment needed          65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

        

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important ◆ this payment can be labeled as ◆to be deposited on Friday, September 15th◆ but I need this check Wednesday or Thursday at the latest.    Let◆s avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer

# APP545

HAR001289

Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important � this payment can be labeled as �to be deposited on Friday, September 8th� but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

# APP546

HAR001290

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |
| | |
| Underpayment | 17,745.32 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 27,745.32 |

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

# APP547

Amar,

| | |
|---|---|
| Total purchases | 182,727.13 |
| Total payments | (177,857.97) |
| | |
| Underpayment | 4,869.16 |
| Additional Payment | 10,000.00 |
| Returned Check | 35,699.58 |
| | |
| ACH required | 50,568.74 |

What do you want to do?   Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 174,668.60 |
| Total payments | (143,731.89) |
| | |
| Underpayment | 30,936.71 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 40,936.71 |

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 185,054.30 |
| Total payments | (176,098.58) |

**APP548**

HAR001364

Underpayment                    8,955.72
Additional Payment             10,000.00
Previous Week Shortage         30,690.49

ACH required                   49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

Total purchases               226,424.67
Total payments               (202,889.66)

Underpayment                   23,535.01
Additional Payment             10,000.00

ACH required                   33,535.01

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

Total purchases               225,712.18
Total payments               (171,367.33)

Underpayment                   54,344.85
Additional Payment             10,000.00

ACH required                   64,344.85

Shauntrice will ACH your account $64,344.85 this week.

# APP549

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.    Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.


Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad


# APP550

HAR001366

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

# APP551

HAR001367

Total purchases          214,246.69
Total payments          (213,368.69)

Shortage                    878.00
Extra weekly agreement    10,000.00

Total extra payment needed    10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases          207,945.69
Total payments          (203,051.27)

Shortage                   4,894.42
Extra weekly agreement    10,000.00

Total extra payment needed    14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

Total purchases          205,046.55
Total payments          (202,464.87)

Shortage                   2,581.68
Extra weekly agreement    10,000.00

# APP552

Total extra payment needed          12,581.68

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP553**

HAR001369

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases                    219,057.42
Total payments                    (202,325.39)

Shortage                              16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed      16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.     **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases                    243,146.28

# APP554

HAR001370

Total payments                         (187,580.86)

Shortage                                  55,565.42
Extra weekly agreement          10,000.00

Total extra payment needed      65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



[www.imperialtrading.com](http://www.imperialtrading.com)
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

Total purchases                      220,716.26
Total payments                      (179,925.42)

Shortage                                 40,790.84
Extra weekly agreement          10,000.00

Total extra payment needed      50,790.84

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.

Sincerely,

# APP555

HAR001371

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



SUPER REGIONAL DISTRIBUTOR

**www.imperialtrading.com**
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156

**APP556**

| | |
|---|---|
| **From:** | Amar Ali <aali@atoz-wholesale.com> |
| **Sent:** | Monday, May 8, 2017 10:39 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>; Dan Burgos <dburgos@harrisoncompany.com> |
| **Subject:** | Re: A-Z.xlsx |

I'm around.  I'll also look at what happened.

--Amar

On May 8, 2017, at 9:35 AM, <bradp@imperialtrading.com> <bradp@imperialtrading.com> wrote:

Amar and Barkat,

Your balance increased by $19,177.84 to $2,638,057.21.  Amar, I will call you this week to get an update on your plans to bring this down.

Thanks,
Brad


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
<image003.png>        <image004.png>        <image005.png>



<A-Z.xlsx>

HAR000738

| | |
|---|---|
| **From:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Sent:** | Friday, January 12, 2018 4:44 PM |
| **To:** | aali@atoz-wholesale.com; Barkat Ali <barkat1950_aol.com@atoz-wholesale.com> |
| **Cc:** | Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| **Subject:** | A-Z spreadsheet.xlsx |
| **Attach:** | A-Z spreadsheet.xlsx |

Amar and Barkat,

Your balance increased by $69,656.81 to $2,676,002.45 due to last week's ACH being returned this week.   Everything should be settled and back to normal by the end of next week.

Thanks,
Brad


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP558**

HAR000787

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Tuesday, February 27, 2018 10:29 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | aali@atoz-wholesale.com |
| Subject: | Re: Hello |

Brad, Please send me the last week report, thanks!

Barkat


-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Tue, Feb 27, 2018 10:08 am
Subject: RE: Hello

Barkat,

We only debit your bank account when the checks are less than the current week�s purchases in order to continue to reduce the overall balance of the account.  Amar is fully aware of the amount that we are going to debit your account. This week we will not debit your account since the payments exceed the purchases.   Also, I continue to send the Friday reports to Amar but have been leaving your email off because your email was bouncing back to me.   Not sure what is going on there.

Thanks,
Brad

From: Barkat1950 [mailto:barkat1950@aol.com]
Sent: Tuesday, February 27, 2018 9:59 AM
To: Brad Prendergast <bradp@imperialtrading.com>
Cc: aali@atoz-wholesale.com
Subject: Re: Hello

Good Morning Brad,

Irshad is very unhappy with your debiting our bank account each week without his knowledge, although he has been paying each week with the checks, the checks and your debits are been paid for the same invoices and we have not seen your weekly statements emails since almost 3 months, we don't know the balances on these accounts.

Please stop debiting our bank accounts immediately, we will continue our checks mailed to you each week, so Irshad can have his peace of mind and our accounting stays in Irshad's control, he is very nervous and unhappy at this time, so please help us in this matter by no more debiting our bank accounts, thank you!

Barkat

# APP559

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Monday, June 25, 2018 4:00 PM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com>; barkat1950@aol.com; Danielle Danos <Ddanos@imperialtrading.com>; aali@atoz-wholesale.com |
| Subject: | Re: Week of 6/25 - ACH Required |

We have been paying more in the past few weeks, we paid in last 6 months almost 600k + we reduced a big chunk during this time, so please do not ACH, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Brad Prendergast <bradp@imperialtrading.com> wrote:

We have to in order to avoid bank ineligibles on your account for being older than 90 days from invoice date. Month end calculation.  No choice.

Sent from my iPhone

On Jun 25, 2018, at 4:02 PM, Barkat1950 <barkat1950@aol.com> wrote:

No ACH please, we have been paying more in past few weeks, even last week we paid 23k more, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Sandy Zazulak <szazulak@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 179,668.78 |
| Total payments | (150,129.88) |
| | |
| Underpayment | 29,538.90 |
| Additional payment | 10,000.00 |
| | |
| ACH required | 39,538.90 |

Sincerely,

**APP560**

HAR000816

Sandy Zazulak

Controller

Imperial Trading Company

701 Edwards Ave

Elmwood, LA  70123


O:  504-736-4056

F:  504-736-4156




HAR000817

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Monday, June 25, 2018 4:26 PM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com>; Danielle Danos <Ddanos@imperialtrading.com>; aali@atoz-wholesale.com |
| Subject: | Re: Week of 6/25 - ACH Required |

PLEASE DO NOT ACH THIS WEEK, THANK YOU!

-----Original Message-----
From: Barkat1950 <barkat1950@aol.com>
To: bradp <bradp@imperialtrading.com>
Cc: szazulak <szazulak@imperialtrading.com>; barkat1950 <barkat1950@aol.com>; Ddanos
<Ddanos@imperialtrading.com>; aali <aali@atoz-wholesale.com>
Sent: Mon, Jun 25, 2018 4:00 pm
Subject: Re: Week of 6/25 - ACH Required

We have been paying more in the past few weeks, we paid in last 6 months almost 600k + we reduced a big chunk during
this time, so please do not ACH, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Brad Prendergast <bradp@imperialtrading.com> wrote:

We have to in order to avoid bank ineligibles on your account for being older than 90 days from invoice date.  Month
end calculation.  No choice.

Sent from my iPhone

On Jun 25, 2018, at 4:02 PM, Barkat1950 <barkat1950@aol.com> wrote:

No ACH please, we have been paying more in past few weeks, even last week we paid 23k more, thank
you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Sandy Zazulak <szazulak@imperialtrading.com> wrote:

Amar,

| Total purchases | 179,668.78 |
|---|---|
| Total payments | (150,129.88) |
| Underpayment | 29,538.90 |
| Additional payment | 10,000.00 |
| ACH required | 39,538.90 |

Sincerely,

Sandy Zazulak
Controller
Imperial Trading Company
701 Edwards Ave

# APP562

HAR000828

Elmwood, LA  70123

O:  504-736-4056
F:  504-736-4156



HAR000829

| From: | Sandy Zazulak <szazulak@imperialtrading.com> |
|---|---|
| Sent: | Wednesday, June 15, 2016 8:37 AM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | RE: A-Z.xlsx |

Amar,

We have not received the additional $7,000 payment that was discussed on Friday.  Is that coming via wire or check, and when can we expect it?  We're half way through the next week, so we need to get the difference from last week settled.

Thanks!

Sincerely,

Sandy Zazulak
Controller
Imperial Trading Company
701 Edwards Ave
Elmwood, LA  70123

O:  504-736-4056
F:   504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Friday, June 10, 2016 7:10 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** <barkat1950_aol.com@atoz-wholesale.com> <barkat1950_aol.com@atoz-wholesale.com>; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
**Subject:** Re: A-Z.xlsx

What were our invoices this week?  I'll send a separate payment of 7k to make the reduction of net 5k.

--Amar

On Jun 10, 2016, at 3:59 PM, <bradp@imperialtrading.com> wrote:

> Amar and Barkat,
>
> Your balance **increased** by $2,863.66 to $2,599,534.52.  Next week's checks total $246,339.60.
>
> Amar, in your last text to Wayne and I, you committed to decreasing the balance $5k per week – what happened here?   Need a response.

# APP564

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
<image003.png>          <image004.png>          <image005.png>

<A-Z.xlsx>

APP565

| From: | Amar Ali <aali@atoz-wholesale.com> |
| --- | --- |
| Sent: | Monday, December 26, 2016 2:37 PM |
| To: | Wayne Baquet <wbaquet@imperialtrading.com> |
| Cc: | Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | Re: Imperial -- A to Z -- week of 12/26 |

Thanks, Wayne!  Appreciate y'all's friendship and continued support!

--Amar

On Dec 26, 2016, at 2:34 PM, <wbaquet@imperialtrading.com> <wbaquet@imperialtrading.com> wrote:

==Thanks Amar. I understand what you are requesting and agree.==

Sent from my iPhone

On Dec 26, 2016, at 2:25 PM, Amar Ali <aali@atoz-wholesale.com<mailto:aali@atoz-wholesale.com>> wrote:

Thanks, Brad!  I'll call Wayne to discuss what I discussed with you so we are all on the same page.

--Amar

On Dec 26, 2016, at 1:57 PM,
<bradp@imperialtrading.com<mailto:bradp@imperialtrading.com>>
<bradp@imperialtrading.com<mailto:bradp@imperialtrading.com>> wrote:

Amar,

The checks I have in my hands are:

| | | |
| --- | --- | --- |
| Diamond Wholesale 12/27/16 | 10,000.00 | Ck 1766 |
| Diamond Wholesale 12/28/16 | 10,000.00 | Ck 1767 |
| Diamond Wholesale 12/29/16 | 10,026.61 | Ck 1768 |
| Top 20 Distribution 12/30/16 | 5,000.00 | Ck 5410 |

I brought Wayne up to date on our conversation and wasn't sure the answer to his question.   Is it your intent to double up your payments the week of 1/2/17 to cover this week's checks?

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue

**APP566**

Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image002.jpg>
www.imperialtrading.com<http://www.imperialtrading.com>
Follow us:
<image003.png><https://www.facebook.com/pages/Imperial-
Trading/226497104221309>          <image004.png><https://twitter.com/ImperialTrNOLA>
     <image005.png><http://www.linkedin.com/company/imperial-trading/>

**APP567**

HAR000863

| From: | Sandy Zazulak <szazulak@imperialtrading.com> |
|---|---|
| Sent: | Wednesday, June 15, 2016 8:37 AM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | RE: A-Z.xlsx |

Amar,

We have not received the additional $7,000 payment that was discussed on Friday. Is that coming via wire or check, and when can we expect it? We're half way through the next week, so we need to get the difference from last week settled.

Thanks!

Sincerely,

Sandy Zazulak
Controller
Imperial Trading Company
701 Edwards Ave
Elmwood, LA 70123

O:  504-736-4056
F:  504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Friday, June 10, 2016 7:10 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** <barkat1950_aol.com@atoz-wholesale.com> <barkat1950_aol.com@atoz-wholesale.com>; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
**Subject:** Re: A-Z.xlsx

What were our invoices this week? I'll send a separate payment of 7k to make the reduction of net 5k.

--Amar

On Jun 10, 2016, at 3:59 PM, <bradp@imperialtrading.com> wrote:

> Amar and Barkat,
>
> Your balance **increased** by $2,863.66 to $2,599,534.52. Next week's checks total $246,339.60.
>
> Amar, in your last text to Wayne and I, you committed to decreasing the balance $5k per week -- what happened here? Need a response.

# APP568

HAR000845

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
    <image003.png>    <image004.png>    <image005.png>

<A-Z.xlsx>

HAR000846

| From: | Amar Ali <aali@atoz-wholesale.com> |
|---|---|
| Sent: | Friday, September 1, 2017 4:29 PM |
| To: | Brad Prendergast <bpender2@imperialtrading.com> |
| Cc: | Barkat Ali <barkat1950_aol.com@atoz-wholesale.com>; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | Re: A-Z spreadsheet.xlsx |

Agreed.  Actual closing dates for deals will be dependent on financing, however, your summary covers the plan we have in place.

Have a great weekend!

--Amar

On Sep 1, 2017, at 4:24 PM, Brad Prendergast <bpender2@imperialtrading.com> wrote:

> Amar and Barkat,
>
> Your balance increased by $23,930.42 to $2,807,701.20.    Amar, per our discussions today this is my understanding of how you plan on reducing the balance through the remainder of the year.  There are 17 weeks left in 2017 – each week you will purchase $10,000 less than you are paying thereby reducing this balance by $170,000.00.    In addition, at the end of September you will merge the Austin warehouse into the Waco warehouse at which time you will pay us $250,000.00.    And prior to year-end you will refinance your Dallas building and pay us an additional $250,000.00.    The total of these moves will bring your balance down to approximately $2,130,000.00 at December 31, 2017.    Please confirm this per our discussions.
>
>
> Thanks,
> Brad
>
>
> Sincerely,
>
> Brad Prendergast
> Chief Financial Officer
> Imperial Trading Co., LLC
> 701 Edwards Avenue
> Elmwood, LA 70123
> O: 504-736-4051
> C: 504-554-2692
> F: 504-736-4156
>
> <image006.jpg>
>       www.imperialtrading.com
>           Follow us:
>       <image003.png>        <image004.png>        <image005.png>

<A-Z spreadsheet.xlsx>

**APP570**

HAR000880

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Friday, March 23, 2018 10:06 AM |
| To: | Amar Ali <aali@atoz-wholesale.com> |
| Cc: | Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | RE: Week of 3/19/18-3/23/18 |

Amar,

Per our conversation you will wire $150k to us no later than Wednesday 3/28/18. Checks for the week ending 3/30 will be in the mail and arrive to Imperial on Monday morning via certified mail. Any deficiencies will be drafted via ACH next week.

Please confirm.

Thanks!

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Shauntrice Jones
**Sent:** Thursday, March 22, 2018 4:14 PM
**To:** 'Amar Ali' <aali@atoz-wholesale.com>
**Cc:** barkat1950@aol.com; Sandy Zazulak <szazulak@imperialtrading.com>; Brad Prendergast <bradp@imperialtrading.com>
**Subject:** RE: Week of 3/19/18-3/23/18

Amar,

Today we received two checks for $65,868.05. We are short $139,411.20 (this includes $10k for the week), what is the plan?

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue

# APP571

HAR001157

| | |
|---|---|
| **From:** | Amar Ali <aali@atoz-wholesale.com> |
| **Sent:** | Thursday, August 23, 2018 10:01 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Subject:** | Re: A-Z Wholesale |

Got it.  I'll take it up with him, but I'm certain he'll honor that since he and I have discussed it on more than one occasion.

--Amar

On Aug 23, 2018, at 9:58 AM, Brad Prendergast <bradp@imperialtrading.com> wrote:

> I will take $1.8MM after closing.   The credits for cartons dating back to our discussion with Wayne is a Wayne conversation because I was under the impression you were committing to do that in the same month that we had that discussion.
>
> **From:** Amar Ali <aali@atoz-wholesale.com>
> **Sent:** Thursday, August 23, 2018 9:51 AM
> **To:** Brad Prendergast <bradp@imperialtrading.com>
> **Cc:** Sandy Zazulak <szazulak@imperialtrading.com>
> **Subject:** Re: A-Z Wholesale
>
> Fair enough, but if we bring the balance down before closing, the payment after closing will be less than $900k.  Ultimately the goal is to bring the balance to $1.8M after the closing.  Does that sound good to you, Brad?
>
> Also, I will be expecting credits for cartons of cigs dating back to our discussion with Wayne once the payment is made after closing.
>
> Thanks!
>
> --Amar
>
> On Aug 23, 2018, at 9:38 AM, Brad Prendergast <bradp@imperialtrading.com> wrote:
>
>> At the end of June when you committed to Wayne to pay $500k your balance was $2,306,702.75 which would have brought the balance to $1,806,702.75.  Now, after the returned checks and no payments this week the balance is $2,734,597.39 so it would take $927,894.64 to get to the same balance.   I will put $900k in a demand promissory note to pay upon closing of your loan for you to sign.
>>
>> **From:** Brad Prendergast
>> **Sent:** Thursday, August 23, 2018 9:15 AM
>> **To:** aali@atoz-wholesale.com
>> **Subject:** FW: A-Z Wholesale
>> **Importance:** High
>>
>> Amar,
>>
>> Another check from last week bounced today.    I need to know if any checks were sent to be

# APP572

HAR001596

deposited this week.    Why did all of the checks from last week bounce, why did the ACH's to replace the checks that bounced from the previous week get returned and why did we not receive any checks this week?

Brad

**From:** Su Underhill
**Sent:** Thursday, August 23, 2018 8:58 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Subject:** A-Z Wholesale

Check number 32115 for $38,895.70.

**APP573**

HAR001597

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Wednesday, March 20, 2019 3:23 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak
<szazulak@imperialtrading.com>; bradp@imperialtrading.com; Amar Ali <aali@atoz-wholesale.com>
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

Let me send you a plan that I've discussed with your client to see if that puts things back on track and provides the additional assurances needed to keep things on track.

We won't need my attorneys on the phone at this time.  I'll play that role until we have definitive docs that need to be reviewed.  At this point, the commerical terms of our proposed arrangement are strictly business decision anyhow.

I think I should be able to get a high level plan over to you tomorrow, so I suggest scheduling a call for 10 am CT on Friday, March 22, 2019, if that works for you.

Hope that you don't mind that I've continued to reply all to our emails?  I thought it's prudent for the principals to know that we are actively communicating to resolve this amicably and quickly.

Thanks.

--Amar

On Mar 20, 2019, at 2:23 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> I am happy to discuss with you and your lawyer tomorrow morning after 9 am CDT but would require a written proposal in advance of the call fully detailing  A to Z plan to cure existing defaults and provide Imperial with adequate assurance of and security for future performance.

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Tuesday, March 19, 2019 2:16 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak
<szazulak@imperialtrading.com>; bradp@imperialtrading.com
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

# APP574

HAR001852

Mr. Kuebel-

We received your letter dated March 18, 2019, and would like to schedule a call to discuss the same. I'm currently overseas with a +12 hour time difference. Please give me few scheduling options that work for you, so we can sync up.

Looking forward to speaking with you. Thanks.
--Amar

On Mar 19, 2019, at 5:58 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> Attached please find a copy of the Notice of Default and Demand for Payment Notice issued to A to Z by our firm today on behalf of Imperial Trading Company.
>
>
> Omer Frederick Kuebel III
> Locke Lord Bissell & Liddell
> 601 Poydras St.
> Suite 2660
> New Orleans, LA  70130
> 504-558-5155
> rkuebel@lockelord.com



> Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach
>
> For more information visit www.lockelord.com
>
> CONFIDENTIALITY NOTICE:
> This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.
>
> <MyScan.PDF>

**APP575**

HAR001853

| From: | Brad Prendergast </O=IMPERIALTRADING/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BPENDER> |
|---|---|
| Sent: | Friday, June 10, 2016 4:00 PM |
| To: | aali@atoz-wholesale.com; barkat1950_aol.com@atoz-wholesale.com |
| Cc: | Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | A-Z.xlsx |
| Attach: | A-Z.xlsx |

Amar and Barkat,

Your balance **increased** by $2,863.66 to $2,599,534.52.  Next week's checks total $246,339.60.

Amar, in your last text to Wayne and I, you committed to decreasing the balance $5k per week – what happened here? Need a response.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

# APP576



A•Z WHOLESALE

**TRE RULE 408.    COMPROMISE OFFERS & NEGOTIATIONS SETTLEMENT COMMUNICATIONS.    IN FURTHERANCE OF AND FOR THE SOLE PURPOSES OF SETTLEMENT ONLY.    NOT TO BE USED IN LITIGATION.    INADIMISSIBLE AT TRIAL.**

March 21, 2019

Mr. Omer Frederick Kuebel III
Loke Lord Bissell & Liddell
601 Poydras Street, Suite 2600
New Orleans, LA 70130
***Via Email: rkuebel@lockelord.com***

Dear Mr. Kuebel:

In response to your letter dated March 18, 2019, and in the interest of resolving the payment and supply dispute between A-Z Wholesalers, Inc. ("A to Z") and Imperial Trading Co., LLC ("Imperial"), A to Z is prepared to enter into definitive agreements pursuant of the following commercial terms, if acceptable:

A to Z's Offer:

1.  Upon execution of a payment and supply agreement ("Agreement"), A to Z shall pay Imperial $120,000.00 to offset the return checks that were dated for the week of the week March 4, 2019 *(Note:  the reason the amount is $120,000.00 instead of $150,000.00 is because A to Z has already replaced on returned check of $30,000.00 with a cashier's check that both Wayne and Brad have acknowledge)*;

2.  Upon the Agreement, A to Z shall:  a) pay down the balance by $5,000.00/week until such time that the overall balance is reduced to $1,000,000.00; and b) not return any payment items in the future;

3.  Upon funding of A to Z's line of credit, already pipelined, A to Z shall pay Imperial $250,000.00 in lieu of the promissory note that has matured;

4.  Upon funding of A to Z's SBA loan, which has also been pipelined, A to Z shall pay Imperial $500,000.00 to significantly reduce the overall balance; and

**APP577**

HAR003606

5. In the event that A to Z's SBA loan funds ahead of the line of credit, A to Z will cease pursuing the line of credit and shall instead pay Imperial $750,000.00.

The offer stated above is in consideration of the following by Imperial:

1. Upon execution of the Agreement and the payment of $120,000.00 referenced in Section 1 of the above, Imperial agrees to begin shipping A to Z on a weekly basis in the amount equal to the weekly payments made by A to Z minus $10,000.00, in order to satisfy the weekly balance reduction;

2. Upon receiving payment of $250,000.00 from A to Z in lieu of the promissory note referenced in Section 3 above, Imperial shall release A to Z of any and all obligations under the promissory note;

3. Upon receiving payment of $500,000.00 from A to Z as referenced in Section 4 above, Imperial shall take a write down/off in the amount of $500,000.00, which when coupled with the $500,000.00 payment from A to Z shall reduce A to Z's overall debt by $1,000,000.00; and

4. In order to accomplish Sections 3, 4 and/or 5 above, Imperial agrees to take a second lien on A to Z's accounts receivable and inventory. Imperial's lien shall only be second to A to Z's primary lender associated with aforementioned line of credit or SBA loan.

A to Z remains committed to successfully resolving the payment and supply dispute, and continuing the relationship as commercially reasonable without further interruptions. If you agree with the offer contained in this letter as a constructive manner for the parties to amicable proceed, then kindly notify us in writing or let's schedule a call to discuss it in more detail.

Very truly yours,

A-Z WHOLESALERS, INC.

By: *Amar Ali*

Name: Amar Ali
Title:   General Counsel

Wayne Baquet – CEO – Imperial:  wbaquet@imperialtrading.com
Barkat Ali – President – A to Z:  barkat1950@aol.com

**APP578**

HAR003607

| | |
|---|---|
| **From:** | Wayne Baquet </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4AF3F8F71F8743959CA2EFB527282DC8-WAYNE BAQUE> |
| **Sent:** | Monday, December 3, 2018 7:15 AM |
| **To:** | aali@atoz-wholesale.com |
| **Subject:** | Last week |
| **Attach:** | Zachary Baquet.vcf |

Amar,

I want to thank you for the tickets last week and recap what we discussed.  First, you will send 2 weeks of checks so we can be a week ahead plus you were going to send your team at Fullclip my contact information and send me theirs.  It would be great if you can get the deal with the SBA done with your brother by the end of the year.  Let me know how I can help make that happen.  As far as Fullclip, I will review the information and follow up with your team.

Again, thank you for the tickets and introducing me to your team.  See attached my son, Zach's contact information.

Wayne

**APP579**

| **From:** | Wayne Baquet </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4AF3F8F71F8743959CA2EFB527282DC8-WAYNE BAQUE> |
|---|---|
| **Sent:** | Wednesday, March 13, 2019 7:42 AM |
| **To:** | Amar Ali <aali@atoz-wholesale.com> |
| **Subject:** | Re: A to Z Plan |

Sent from my iPhone

> On Mar 13, 2019, at 7:41 AM, Wayne Baquet <wbaquet@imperialtrading.com> wrote:
>
> When you are serious I we can discuss. This agreement has never been finalized. I'm willing to work with you but you have to be willing to satisfy our criteria. Serious discussions needs to happen this month.
>
> Sent from my iPhone
>
>> On Mar 11, 2019, at 2:53 PM, Amar Ali <aali@atoz-wholesale.com> wrote:
>>
>> Will do.  This what we originally agreed to, but want to understand where you think we are taking more now.
>>
>> --Amar
>>
>>> On Mar 11, 2019, at 2:46 PM, Wayne Baquet <wbaquet@imperialtrading.com> wrote:
>>>
>>> Call me to discuss.  You are taking more than you are giving.
>>>
>>> -----Original Message-----
>>> From: Amar Ali [mailto:aali@atoz-wholesale.com]
>>> Sent: Monday, March 11, 2019 1:29 PM
>>> To: Wayne Baquet <wbaquet@imperialtrading.com>
>>> Subject: A to Z Plan
>>>
>>> Wayne-
>>>
>>> Here's the high level summary of our plan:
>>>
>>> 1.  Upon Line of Credit funding, we pay you $250k per promissory note;
>>>
>>> 2.  Upon $5MM SBA Loan funding, we pay you $500k;
>>>
>>> 3.  Upon both payments (#1 & 2), you write off at least $500k and provide me with credit difference of cost from June 2018 as discussed.
>>>
>>> 4.  Until we reach #3, we continue to pay down $10k/weekly.
>>>
>>> Call to discuss if you have questions.
>>>
>>> --Amar

# APP580

HAR003697



September 10, 2018

*Confidential Debt Restructuring Term Sheet*

<u>VIA FEDERAL EXPRESS AND EMAIL</u>
A-Z Wholesalers, Inc.
11100 Harry Hines Blvd.
Dallas, TX 75229

Barkat G. Ali
610 Clariden Ranch Road
Southlake, TX 76092

Amar B. Ali

      Re:    Debt Restructuring Term Sheet ("Term Sheet")

Dear Sirs:

This letter will confirm our recent discussions regarding the terms on which Imperial Trading Co., LLC and its affiliates, including Harrison Company, LLC (collectively, "Imperial") would be willing to restructure (the "Debt Restructuring") the indebtedness of A-Z Wholesalers, Inc. ("A-Z"), Diamond Wholesale, Inc. ("Diamond" or, collectively with A-Z, "Borrowers"), Mr. Barkat Ali, and Mr. Amar Ali (Barkat and Amar Ali are collectively referred to herein as "Guarantors"). As of September 7, 2018, the aggregate amount of the indebtedness of Borrowers guaranteed by Guarantors was $2,609,637.51, exclusive of costs and attorneys' fees provided by the terms of your respective agreements with Imperial.

Based on our discussions, Imperial is willing to agree as follows:

1.    You have each advised Imperial that Borrowers are in the process of securing a line of credit ("LOC") of approximately $5 million, and Imperial's willingness to enter into this Debt Restructuring is based on that representation and based on Borrower's closing on the LOC (the "LOC Closing") within ninety (90) days of the date of this letter.

2.    Borrowers acknowledge the Indebtedness and that the Indebtedness is fully due and owing, subject only to the terms and conditions of this Term Sheet. Guarantors acknowledge the Indebtedness and their guaranties of the Indebtedness, subject only to the terms and conditions of this Term Sheet.

America:0544550/00001:69963161v1
701 Edwards Ave./P.O. Box 23508 Elmwood, LA 70183-0508
1-800-743-1761/(504) 733-1400 (504) 736-4156 fax

**APP581**

HAR003699

September 10, 2018
Page 2

3.  Within five (5) days of the date of this Term Sheet, Borrowers and Guarantors shall deliver the following to Imperial:

    a.  A fully executed copy of this Term Sheet.
    b.  A fully executed Security Agreement for each Borrower in the form attached hereto as Exhibit 1, granting Imperial a first priority security interest in all collateral of Borrowers described therein.  Any and all preexisting security interests shall be terminated or subordinated to the security interests of Imperial, subject to Section 6.
    c.  A fully executed Guaranty by each Guarantor in the form attached hereto as Exhibit 2.
    d.  A fully executed Updated Credit Agreement for each Borrower in the form attached hereto as Exhibit 3.
    e.  All documents reflecting Borrowers' efforts to obtain the LOC from its lender and such lender's approval or preliminary approval of same, including any commitment letters, approval letters, preliminary approvals, and/or credit applications with respect to the LOC.  Borrowers shall keep Imperial informed regarding their discussions with lenders regarding the LOC, and any subsequent correspondence with the LOC lender committing or declining to fund the LOC shall immediately be provided to Imperial upon receipt.
    f.  Fully executed Personal Financial Statements for each Guarantor.
    g.  2017 Company Financials for Borrowers and the latest 2018 Quarterly Financials for Borrowers.

4.  From and after the date of this Term Sheet and until the Indebtedness is retired, Borrowers and/or Guarantors shall pay to Imperial the sum of $10,000 per week to be applied to the Indebtedness, in addition to the amount of any orders from Imperial. It is the intention of the parties that the amount of the Indebtedness shall not exceed the amount of the Indebtedness as of the date of this Term Sheet and, further, shall be reduced by $10,000 per week until paid.

5.  At the time of the LOC Closing, Borrowers shall deliver to Imperial a cash payment in an amount required to reduce the Indebtedness to $1,800,000 as of the LOC Closing. After the LOC Closing, the Indebtedness shall be further reduced pursuant to the payments described in Section 4.

6.  At the time of the LOC Closing, if requested by the lender for the LOC, Imperial shall deliver to Borrowers and/or Borrowers' lender for the LOC the following:

    a.  A fully executed subordination and intercreditor agreement whereby Imperial will subordinate its security interests to the security interests of the LOC lender in connection with the LOC.

America:0544550/00001:69963161v1

# APP582

HAR003700

September 10, 2018
Page 3

7. In consideration of the foregoing, and for so long as Borrowers and Guarantors shall strictly adhere to and fully perform all of the above terms and conditions, Imperial shall: (a) forbear from executing upon its collateral, (b) forbear from pursuing collection actions against Borrowers and/or Guarantors, and (c) continue to fulfill Borrowers' orders. In no event shall Imperial be required to forbear or continue to fill any orders of Borrowers upon the earlier to occur of: (a) any Borrower or Guarantor fails to make any payment to Imperial when due, fails to deliver any document when due, or fails in any other way to strictly adhere to the terms and conditions of this Term Sheet or (b) the ninety-first (91st) day after the date of this Term Sheet.

The proposal set forth above in this Term Sheet will remain open **through noon on September 11, 2018**, at which time the proposal shall automatically expire and terminate without any further notice unless this Term Sheet has been previously executed by each Borrower and each Guarantor and unless all documents set forth in Paragraph 3 have been fully executed and received by Imperial.

In the event you are agreeable to the foregoing, please execute below.

Sincerely,

Wayne Baquet
Imperial Trading Co., LLC.

**AGREED AND ACCEPTED:**

**A-Z WHOLESALERS, INC.**                    **DIAMOND WHOLESALE, INC.**

By: _____                By: _____
Its:                                       Its:
As Borrower                                As Borrower

**BARKAT G. ALI**                              **AMAR ALI.**

_____                    _____
As Guarantor                               As Guarantor

America:0544550/00001:69963161v1

# APP583

HAR003701

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:19-CB-1057-B** |
| | § | |
| **A-Z WHOLESALERS INC. and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

### DECLARATION OF AMAR B. ALI

STATE OF TEXAS          )
                                       )
COUNTY OF DALLAS    )

1.    "My name is Amar B. Ali. I am President of A-Z Wholesalers Inc., and in such representative capacity, make this Declaration in support of Defendants' Response to Plaintiff's *Motion for Summary Judgment.*

2.    After entering into a Credit Agreement with Harrison, on or about March 11, 2011, Harrison assigned A-Z the following customer account numbers: #17501 and #17502, representing A-Z's Dallas and Waco locations respectively.

3.    On or about March 31, 2015 A-Z terminated its relationship with Harrison and transitioned the business relationship to Harrison's parent company, Imperial. Imperial then assigned A-Z new customer account numbers #95750 and #95751, representing A-Z's Dallas and Waco locations respectively.

4.    After many direct discussions with Imperial executives Wayne Baquet and Brad Prendergast, A-Z formed the opinion and has been operating under the belief that Imperial and

**APP584**

Harrison are two separate legal entities. A-Z has never received any notice that Imperial might be operating as an agent of Harrison. Since the termination of the Harrison relationship, A-Z has been operating with the understanding that it was contracting with Imperial. This believe was formed by the issuance for invoices and shipping manifest from Imperial to A-Z which also directed payment to Imperial. A-Z was never informed that its payments to Imperial could be or were improper. Further, A-Z lacks sufficient information to have been placed on notice that any Imperial invoice with the name "Bossier" in fine print constituted that the seller and shipper was Harrison and not Imperial."

     5.     Pursuant to 28 U.S.C. § 1746 and FED. R. CIV P. 56(c)(4), I declare under penalty of perjury that the statements contained herein and in the Objection are within my personal knowledge, and are true and correct."

     Executed this 7th day of July, 2020.

                                              Amar B. Ali
                                            President of A-Z Wholesalers, Inc.

**APP585**