UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

### HARRISON'S OBJECTIONS TO AND MOTION TO STRIKE SECOND DECLARATION OF AMAR B. ALI

Plaintiff, Harrison Company, LLC ("Harrison") files these Objections to and Motion to Strike Second Declaration of Amar B. Ali pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1 and states:

1. Harrison and Defendants have filed cross-motions for summary judgment. In support of their Response to Harrison's Motion, Defendants attached an appendix that contains, in part, the Declaration of Amar B. Ali. Certain statements in that declaration are not competent summary judgment evidence and must be ignored in the Court's analysis of the Parties' motions.

2. In support of this Motion, Harrison relies on its Brief in Support of Objections to and Motion to Strike Second Declaration of Amar B. Ali and the Appendix of evidence, both of which are incorporated by reference into this Motion pursuant to Federal Rule of Civil Procedure 10(c). The matters required by Local Rule 56.3(a) are set forth in Harrison's Brief in Support of this Motion.

Wherefore, Harrison respectfully requests that the Court sustain all objections, grant this Motion, strike the inadmissible statements identified in Harrison's Brief in Support of this Motion,

1

disregard such statements in its review of the Parties' cross-motions for summary judgment, and grant Harrison such additional and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

*/s/ Anna K. Finger*
David L. Swanson
  State Bar No. 19554525
  dswanson@lockelord.com
Joseph A. Unis, Jr.
  State Bar No. 24075625
  junis@lockelord.com
Anna K. Finger
  State Bar No. 24105860
  anna.k.finger@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800
**ATTORNEYS FOR PLAINTIFF**
**HARRISON COMPANY, L.L.C.**

**CERTIFICATE OF SERVICE**

   Pursuant to Local Rule 7.1(b), I certify that on July 21, 2020, I conferred via email with counsel for Defendants regarding the relief requested in this motion. Defendants are opposed to the relief requested in this motion.

                */s/ Anna K. Finger*_____
                Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

   I certify that on July 21, 2020, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Defendants' counsel of record, who are registered ECF users. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. *See* LR 5.1.

                */s/ Anna K. Finger*_____
                Counsel for Plaintiff