**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No.: 3:19-cv-01057-B |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **A-Z WHOLESALERS, INC., and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' RULE 26(A)(3) PRETRIAL DISCLOSURES**

Defendants, A-Z Wholesalers, Inc and Barkat G. Ali ("Defendants") hereby submit their

Rule 26(a)(3)(A)(i)-(iii) Pretrial Disclosures as follows:

Rule 26(a)(3)(A)(i):  The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

Expects to Present
(1) Barkat G. Ali (contact information previously provided)
(2) Amar B. Ali (contact information previously provided)

May Call
(1) Unknown Corporate Representative(s) of Postlethwaite & Netterville (Auditor for Imperial)
One Galleria Blvd., Suite 2100
Metairie, LA 70001
800.259.2922

Rule 26(a)(3)(A)(ii):  the designation of those witnesses whose testimony the party expects to present by deposition.

NON-APPLICABLE

Rule 26(a)(3)(A)(iii): an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

<u>Expects to Offer</u>
Def. APP 001 – 585 (previously submitted with MSJ and Reply).
Harrison's Responses to Discovery Set #1.
Harrison's Responses to Discovery Set #2.


Dated: July 31, 2020.

Respectfully submitted,

  /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Guy Harvey Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
guy@joycelindauer.com
**ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2020, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

  /s/ Joyce W. Lindauer
Joyce W. Lindauer

DEFENDANTS' RULE 26(A)(3) PRETRIAL DISCLOSURES
Page 2