UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

### THIRD JOINT NOTICE OF AGREEMENT TO EXTEND DEPOSITION DEADLINE

Plaintiff Harrison Company LLC ("Plaintiff"), and Defendants A-Z Wholesalers Inc. and Barkat G. Ali (collectively, "Defendants"), file this Joint Notice of Agreement to Extend Deposition Deadline, pursuant to Paragraph 5 of the Court's Scheduling Order (Doc. 9), and state:

1. Pursuant to the Court's Scheduling Order (Doc. 9), the parties Second Joint Notice of Agreement to Extend Discovery Deadline (Doc. 67), and the Court's Memorandum Opinion and Order (Doc. 76), the parties are to complete depositions by October 15, 2020—i.e., 30 days after the Court ruled on the parties' cross-motions for summary judgment (Docs. 51-53 and Docs. 54-57).

2. Trial in this matter has been re-set for February 1, 2021 (Doc. 77). The earliest pre-trial deadline in January 18, 2021. *Id.*

3. In light of the Court denying the parties' cross-motion, the new trial setting, and the parties' and their attorneys' existing schedules, Plaintiff's counsel and Defendants' counsel discussed the need to extend the time to complete depositions.

4.	Accordingly, the parties have agreed to extend the time to complete depositions until November 30, 2020.  No other deadlines are affected by this agreement.

        Respectfully submitted,

/s/ *Joseph A. Unis, Jr.*
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**

/s/ *Joyce Lindauer*
**Joyce W. Lindauer**
  State Bar No. 21555700
  joyce@joycelindauer.com
**Guy Harvey Holman**
  State Bar No. 24095171
  guy@joycelindauer.com
**JOYCE W. LINDAUER ATTORNEY, PLLC**
1412 Main Street., Suite 500
Dallas, Texas 75202
T: (972) 503-4033
F: (972) 503-4034

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I certify that on September 25, 2020, I served this document on all counsel of record via the ECF system and/or email.

                /s/ *Joseph A. Unis, Jr.*
                Counsel for Plaintiff