# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| HARRISON COMPANY LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and § | |
| BARKAT G. ALI, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANT'S MOTION TO QUASH DEPOSITION

CAME ON FOR CONSIDERATION, Defendant, Barkat G. Ali's *Motion to Quash Deposition* and after due consideration of same, the Court finds good cause to **GRANT** the Motion. It is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff's Notice of Deposition served on Barkat Ali scheduling the oral deposition of Barkat Ali for December 16, 2020 is hereby Quashed.

ENTERED this: _____

_____
PRESIDING JUDGE