UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC., | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
|    Defendants. | § | |

## ORDER REFERRING MOTION

Before the Court is Defendant Barkat G. Ali's Motion to Quash Deposition (Doc. 84). This motion is **referred to the United States Magistrate Judge Rebecca Rutherford** for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C. § 636(b).

Future pleadings concerning this motion shall be filed with transmittal letter addressed to Magistrate Judge Rutherford so copies can be sent directly to her without delay.

SO ORDERED.

SIGNED: December 16, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -