UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § § | |

### AGREED ORDER ON DEFENDANTS' MOTION TO QUASH

Came on for consideration this day, Defendant Barkat G. Ali's Motion to Quash (Doc. 84, the "Motion"). The Court, having considered the Motion and the presentation of this agreed order signed by all counsel, finds that the Motion is moot, given the parties' agreed order.

IT IS THEREFORE ORDERED that Plaintiff's deadline to complete depositions is extended until January 8, 2021;

IT IS FURTHER ORDERED that Defendants' counsel shall produce Barkat G. Ali ("Barkat") for oral deposition, via videoconference, on **January 5, 2021**, at 10:00 a.m., continuing, if necessary, until completed;

IT IS FURTHER ORDERED that Defendants' counsel shall produce Amar Ali ("Amar")—whom Defendants have designated as A-Z Wholesalers Inc. ("A-Z")'s corporate representative on each of the 17 topics listed in Plaintiff's November 25, 2020 Notice of 30(b)(6) Deposition—for oral deposition, via videoconference, on **January 7, 2021**, at 10:00 a.m., continuing, if necessary, until completed. Amar will be deposed in his capacity as A-Z's corporate representative, as well as in his individual capacity;

2

IT IS FURTHER ORDERED that Plaintiff's counsel need not serve a subpoena on Amar to depose him in his individual capacity. Defendants' counsel shall accept service of any subpoena on Amar's behalf.

Signed and ordered this 17th day of December, 2020.

                                                                                         _____
                                                                                          HON. REBECCA RUTHERFORD
                                                                                          UNITED STATES MAGISTRATE JUDGE

Agreed and stipulated as to form and substance,

   /s/ Joseph A. Unis, Jr.
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**

   /s/   Joyce W. Lindauer
**Joyce W. Lindauer**
  State Bar No. 21555700
  joyce@joycelindauer.com
**Guy H. Holman**
  State Bar No. 24098548
  guy@joycelindauer.com
**Joyce W. Lindauer Attorney, PLLC**
1412 Main Street, Suite 500
Dallas, Texas 75202
T: (972) 503-4033
F: (972) 503-4034

**ATTORNEYS FOR DEFENDANTS AND AMAR ALI**