# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR

STATEMENT

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS                    TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT | BALANCE |
|---|---|---|---|---|---|
| 7/03/14 | 2768614 | usst082 | 1460.43- | 1460.43- | 1460.43- |
| 7/03/14 | 2768615 | usst032 | 1424.20- | 1424.20- | 2884.63- |
| 7/03/14 | 2768616 | usst066 | 1512.37- | 1512.37- | 4397.00- |
| 7/03/14 | 2768617 | usst060 | 1563.50- | 1563.50- | 5960.50- |
| 7/03/14 | 2768618 | usst042 | 1464.21- | 1464.21- | 7424.71- |
| 8/17/14 | 2794934 | USST084 | 1470.07- | 1470.07- | 8894.78- |
| 8/17/14 | 2794935 | USST045 | 1486.15- | 1486.15- | 10380.93- |
| 8/17/14 | 2794937 | USST068 | 1516.81- | 1516.81- | 11897.74- |
| 8/17/14 | 2794938 | USST026 | 1467.00- | 1467.00- | 13364.74- |
| 8/17/14 | 2794946 | USST018 | 1491.77- | 1491.77- | 14856.51- |
| 8/18/14 | 2795371 | USST091 | 1569.57- | 1569.57- | 16426.08- |
| 12/21/14 | 2871248 | INVOICE | 10721.65 | 10721.65 | 5704.43- |
| 12/24/14 | 2873346 | INVOICE | 104063.73 | 104063.73 | 98359.30 |
| 12/28/14 | 2875059 | INVOICE | 106185.15 | 106185.15 | 204544.45 |
| 12/31/14 | 2876555 | INVOICE | 73782.22 | 73782.22 | 278326.67 |
| 1/04/15 | 2876743 | INVOICE | 10189.50 | 10189.50 | 288516.17 |
| 1/04/15 | 2877424 | INVOICE | 2748.98 | 2748.98 | 291265.15 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | Balance <-- Due --> |
|---|---|---|---|---|---|
| | | | | | |

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS                    TX
75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2768614 | 1460.43- |
| 2768615 | 1424.20- |
| 2768616 | 1512.37- |
| 2768617 | 1563.50- |
| 2768618 | 1464.21- |
| 2794934 | 1470.07- |
| 2794935 | 1486.15- |
| 2794937 | 1516.81- |
| 2794938 | 1467.00- |
| 2794946 | 1491.77- |
| 2795371 | 1569.57- |
| 2871248 | 10721.65 |
| 2873346 | 104063.73 |
| 2875059 | 106185.15 |
| 2876555 | 73782.22 |
| 2876743 | 10189.50 |
| 2877424 | 2748.98 |

APP226

# HARRISON STATEMENT
## SUPER REGIONAL FOOD DISTRIBUTOR

REMIT TO: PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS. TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT | BALANCE |
|---|---|---|---|---|---|
| 1/04/15 | 2878211 | INVOICE | 61446.27 | 61446.27 | 352711.42 |
| 1/07/15 | 2880212 | INVOICE | 10545.00 | 10545.00 | 363256.42 |
| 1/07/15 | 2880217 | INVOICE | 74529.87 | 74529.87 | 437786.29 |
| 1/11/15 | 2881754 | INVOICE | 11103.02 | 11103.02 | 448889.31 |
| 1/11/15 | 2882713 | INVOICE | 12156.10 | 12156.10 | 461045.41 |
| 1/11/15 | 2882899 | INVOICE | 10545.00 | 10545.00 | 471590.41 |
| 1/11/15 | 2882928 | INVOICE | 98892.47 | 98892.47 | 570482.88 |
| 1/12/15 | 2883346 | 2880217 | 10.04- | 10.04- | 570472.84 |
| 1/13/15 | 2883905 | 2881754 | 49.16- | 49.16- | 570423.68 |
| 1/13/15 | 2883906 | INVOICE | 43.99 | 43.99 | 570467.67 |
| 1/14/15 | 2884261 | INVOICE | 5272.50 | 5272.50 | 575740.17 |
| 1/14/15 | 2884263 | INVOICE | 105014.99 | 105014.99 | 680755.16 |
| 1/15/15 | 2884855 | 2878211 | 216.19- | 216.19- | 680538.97 |
| 1/18/15 | 2885331 | INVOICE | 2417.58 | 2417.58 | 682956.55 |
| 1/18/15 | 2886435 | INVOICE | 11581.08 | 11581.08 | 694537.63 |
| 1/18/15 | 2886640 | INVOICE | 106259.07 | 106259.07 | 800796.70 |
| 1/18/15 | 2886645 | INVOICE | 11507.25 | 11507.25 | 812303.95 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | Balance <-- Due --> |
|---|---|---|---|---|---|
| | | | | | |

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX
75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2878211 | 61446.27 |
| 2880212 | 10545.00 |
| 2880217 | 74529.87 |
| 2881754 | 11103.02 |
| 2882713 | 12156.10 |
| 2882899 | 10545.00 |
| 2882928 | 98892.47 |
| 2883346 | 10.04- |
| 2883905 | 49.16- |
| 2883906 | 43.99 |
| 2884261 | 5272.50 |
| 2884263 | 105014.99 |
| 2884855 | 216.19- |
| 2885331 | 2417.58 |
| 2886435 | 11581.08 |
| 2886640 | 106259.07 |
| 2886645 | 11507.25 |

**APP227**

# HARRISON  STATEMENT

**SUPER REGIONAL FOOD DISTRIBUTOR**

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 3 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT. | BALANCE |
|---|---|---|---|---|---|
| 1/20/15 | 2888298 | 2881754 | 100.08- | 100.08- | 812203.87 |
| 1/21/15 | 2888676 | INVOICE | 106443.53 | 106443.53 | 918647.40 |
| 1/25/15 | 2889823 | INVOICE | 27415.91 | 27415.91 | 946063.31 |
| 1/25/15 | 2890968 | INVOICE | 12263.05 | 12263.05 | 958326.36 |
| 1/25/15 | 2891180 | INVOICE | 107168.83 | 107168.83 | 1065495.19 |
| 1/28/15 | 2892869 | INVOICE | 108439.69 | 108439.69 | 1173934.88 |
| 2/01/15 | 2894061 | INVOICE | 2100.50 | 2100.50 | 1176035.38 |
| 2/01/15 | 2894992 | INVOICE | 12296.35 | 12296.35 | 1188331.73 |
| 2/01/15 | 2895001 | INVOICE | 109898.90 | 109898.90 | 1298230.63 |
| 2/04/15 | 2895134 | INVOICE | 213.85 | 213.85 | 1298444.48 |
| 2/04/15 | 2896747 | INVOICE | 97055.91 | 97055.91 | 1395500.39 |
| 2/08/15 | 2897298 | INVOICE | 10592.38 | 10592.38 | 1406092.77 |
| 2/08/15 | 2898126 | INVOICE | 10726.66 | 10726.66 | 1416819.43 |
| 2/08/15 | 2899623 | INVOICE | 106587.15 | 106587.15 | 1523406.58 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | Balance |
|---|---|---|---|---|---|
| 225175.95 | 232735.44 | 146847.79 | 348179.73 | 570467.67 | 1523406.58 |

---

# HARRISON

**SUPER REGIONAL FOOD DISTRIBUTOR**
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 3 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17501 |

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.

DALLAS          TX
          75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2888298 | 100.08- |
| 2888676 | 106443.53 |
| 2889823 | 27415.91 |
| 2890968 | 12263.05 |
| 2891180 | 107168.83 |
| 2892869 | 108439.69 |
| 2894061 | 2100.50 |
| 2894992 | 12296.35 |
| 2895001 | 109898.90 |
| 2895134 | 213.85 |
| 2896747 | 97055.91 |
| 2897298 | 10592.38 |
| 2898126 | 10726.66 |
| 2899623 | 106587.15 |

| Balance <-- Due --> | |
|---|---|
| | 1523406.58 |

# APP228

# HARRISON STATEMENT

**SUPER REGIONAL FOOD DISTRIBUTOR**

REMIT TO: PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS. TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT | BALANCE |
|---|---|---|---|---|---|
| 5/04/14 | 2732081 | INVOICE | 1716.50 | 100.00 | 100.00 |
| 9/17/14 | 2814419 | INVOICE | 48230.39 | 3102.00 | 3202.00 |
| 12/21/14 | 2869441 | INVOICE | 7977.82 | 7977.82 | 11179.82 |
| 12/21/14 | 2870087 | INVOICE | 2346.02 | 2346.02 | 13525.84 |
| 12/21/14 | 2871251 | INVOICE | 1501.50 | 1501.50 | 15027.34 |
| 12/24/14 | 2873389 | INVOICE | 54836.59 | 54836.59 | 69863.93 |
| 12/28/14 | 2875057 | INVOICE | 56498.06 | 56498.06 | 126361.99 |
| 12/31/14 | 2876557 | INVOICE | 37382.33 | 37382.33 | 163744.32 |
| 1/04/15 | 2876747 | INVOICE | 8137.75 | 8137.75 | 171882.07 |
| 1/04/15 | 2877425 | INVOICE | 1774.60 | 1774.60 | 173656.67 |
| 1/04/15 | 2878212 | INVOICE | 37777.78 | 37777.78 | 211434.45 |
| 1/07/15 | 2880277 | INVOICE | 30558.50 | 30558.50 | 241992.95 |
| 1/08/15 | 2880860 | 2878212 | 108.32- | 108.32- | 241884.63 |
| 1/11/15 | 2881755 | INVOICE | 4390.50 | 4390.50 | 246275.13 |
| 1/11/15 | 2882715 | INVOICE | 8465.92 | 8465.92 | 254741.05 |
| 1/11/15 | 2882934 | INVOICE | 31279.19 | 31279.19 | 286020.24 |
| 1/14/15 | 2884267 | INVOICE | 43194.44 | 43194.44 | 329214.68 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | | Balance<br><-- Due --> |
|---|---|---|---|---|---|---|

# HARRISON
**SUPER REGIONAL FOOD DISTRIBUTOR**
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 1 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS          TX
          75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2732081 | 100.00 |
| 2814419 | 3102.00 |
| 2869441 | 7977.82 |
| 2870087 | 2346.02 |
| 2871251 | 1501.50 |
| 2873389 | 54836.59 |
| 2875057 | 56498.06 |
| 2876557 | 37382.33 |
| 2876747 | 8137.75 |
| 2877425 | 1774.60 |
| 2878212 | 37777.78 |
| 2880277 | 30558.50 |
| 2880860 | 108.32- |
| 2881755 | 4390.50 |
| 2882715 | 8465.92 |
| 2882934 | 31279.19 |
| 2884267 | 43194.44 |

# APP229

# HARRISON STATEMENT

## SUPER REGIONAL FOOD DISTRIBUTOR

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS           TX 75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT. | BALANCE |
|---|---|---|---|---|---|
| 1/18/15 | 2885332 | INVOICE | 1761.86 | 1761.86 | 330976.54 |
| 1/18/15 | 2886436 | INVOICE | 10481.66 | 10481.66 | 341458.20 |
| 1/18/15 | 2886642 | INVOICE | 38475.33 | 38475.33 | 379933.53 |
| 1/21/15 | 2888775 | INVOICE | 44173.18 | 44173.18 | 424106.71 |
| 1/25/15 | 2889824 | INVOICE | 12598.85 | 12598.85 | 436705.56 |
| 1/25/15 | 2890970 | INVOICE | 9938.04 | 9938.04 | 446643.60 |
| 1/25/15 | 2891179 | INVOICE | 44109.02 | 44109.02 | 490752.62 |
| 1/28/15 | 2892889 | INVOICE | 43509.42 | 43509.42 | 534262.04 |
| 2/01/15 | 2894062 | INVOICE | 1655.10 | 1655.10 | 535917.14 |
| 2/01/15 | 2894993 | INVOICE | 8919.12 | 8919.12 | 544836.26 |
| 2/01/15 | 2894999 | INVOICE | 38847.30 | 38847.30 | 583683.56 |
| 2/02/15 | 2895593 | 2892889 | 92.10- | 92.10- | 583591.46 |
| 2/04/15 | 2895135 | INVOICE | 32.90 | 32.90 | 583624.36 |
| 2/04/15 | 2896749 | INVOICE | 49150.65 | 49150.65 | 632775.01 |
| 2/08/15 | 2897308 | INVOICE | 10614.10 | 10614.10 | 643389.11 |
| 2/08/15 | 2898127 | INVOICE | 3330.08 | 3330.08 | 646719.19 |
| 2/08/15 | 2899620 | INVOICE | 63439.11 | 63439.11 | 710158.30 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | |
|---|---|---|---|---|---|
| 126566.84 | 92838.84 | 66645.91 | 138086.47 | 286020.24 | 710158.30 |

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| NET 14 DAYS | 2 |

| SALESMAN | NUMBER |
|---|---|
| RODNEY THOMAS | 27 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 17502 |

A-Z WHOLESALE/WACO
11100 HARRY HINES BLVD.

DALLAS           TX
75229 - 4603

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 2885332 | 1761.86 |
| 2886436 | 10481.66 |
| 2886642 | 38475.33 |
| 2888775 | 44173.18 |
| 2889824 | 12598.85 |
| 2890970 | 9938.04 |
| 2891179 | 44109.02 |
| 2892889 | 43509.42 |
| 2894062 | 1655.10 |
| 2894993 | 8919.12 |
| 2894999 | 38847.30 |
| 2895593 | 92.10- |
| 2895135 | 32.90 |
| 2896749 | 49150.65 |
| 2897308 | 10614.10 |
| 2898127 | 3330.08 |
| 2899620 | 63439.11 |

| Balance <-- Due --> | |
|---|---|
| 710158.30 | |

**APP230**

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR

STATEMENT

# HARRISON
## SUPER REGIONAL FOOD DISTRIBUTOR
REMIT TO: P.O. BOX 72179 BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

REMIT TO:  PO BOX 72179
BOSSIER CITY, LA 71172-2179
800-341-7567 * 318-747-0700

| PAYMENT TERMS | PAGE |
|---|---|
| *** CORPORATE SUMMARY *** | 1 |

| SALESMAN | NUMBER |
|---|---|
| CONTACT: JANE GREENE EXT. 50 | |

| PAYMENT TERMS | PAGE |
|---|---|
| *** CORPORATE SUMMARY *** | |

| SALESMAN | NUMBER |
|---|---|
| CONTACT: JANE GREENE EXT. 5 | |

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 2/11/15 | 175 |

| STATEMENT DATE | ACCOUNT NO |
|---|---|
| 2/11/15 | 175 |

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.

DALLAS          TX 75229 - 4603

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.

DALLAS          TX
        75229 - 4603

A FINANCE CHARGE OF 1.825% PER MONTH OR 21.0% PER ANNUM WILL BE CHARGED
ON ALL PAST DUE ACCOUNTS.  TERMS BEGIN ON DATE OF INVOICE.

WRITE ACCOUNT NUMBER ON CHECK
TO RECEIVE PROPER CREDIT!

| DATE | INVOICE NO. | DESCRIPTION | ORIGINAL AMT. | REMAINING AMT. | BALANCE | INVOICE NO. | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| Customer Name | | | Cust # | Store # | Amount Due | | |
| A-Z WHOLESALE/DALLAS | | | 17501 | | 1523406.58 | | |
| A-Z WHOLESALE/WACO | | | 17502 | | 710158.30 | | |
| CORPORATE TRANSACTIONS ---> | | | | | .01- | | |
| | | | | Corporate Amount Due: | 2233564.87 | Corp. Due: | 2233564.87 |

| Current | Over 7 Days | Over 14 Days | Over 19 Days | Over 28 Days | | Balance |
|---|---|---|---|---|---|---|
| | | | | | | <-- Due --> |

# APP231

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

PAGE 1

Jan 1 To Oct 01 2012

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 1 | 808,300 | NEWPORT BX K FSC | | 30 | 2,268,453 | 1,120,105 |
| | | | | | TOTAL | 30 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 2 | | | | 120 | 2,268,438 | 1,120,108 |
| | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,271,817 | 1,120,111 |
| | | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 3 | | | | 150 | 2,271,885 | 1,120,115 |
| | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,275,251 | 1,120,118 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 4 | | | | 120 | 2,275,160 | 1,120,122 |
| | A-Z WHOLESALE/DALLAS | | | | | 90 | 2,278,773 | 1,120,125 |
| | | | | | TOTAL | 210 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 7 | | | | 120 | 2,285,675 | 1,120,212 |
| | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,288,910 | 1,120,215 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 8 | | | | 150 | 2,288,853 | 1,120,219 |
| | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,292,576 | 1,120,222 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 9 | | | | 150 | 2,292,654 | 1,120,226 |
| | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,296,198 | 1,120,229 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 10 | | | | 120 | 2,296,803 | 1,120,304 |
| | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,299,407 | 1,120,307 |
| | | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 12 | | | | 150 | 2,302,938 | 1,120,318 |
| | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,306,049 | 1,120,321 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 13 | | | | 150 | 2,306,339 | 1,120,325 |
| | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,309,393 | 1,120,328 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 17 | | | | 120 | 2,319,150 | 1,120,422 |
| | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,321,739 | 1,120,425 |

**APP232**

PAGE   2

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History
Jan 1  To Oct 01 2012

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 18 | 808,300 | NEWPORT BX K FSC | 150 | 2,322,421 | 1,120,429 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 150 | 2,324,899 | 1,120,502 |
| | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 19 | | | 300 | 2,325,068 | 1,120,506 |
| | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 21 | | | 150 | 2,332,194 | 1,120,520 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 150 | 2,335,513 | 1,120,523 |
| | | | | TOTAL | 30 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 22 | | | 180 | 2,336,412 | 1,120,527 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 23 | | | 150 | 2,343,253 | 1,120,606 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 24 | | | 150 | 2,346,613 | 1,120,613 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 25 | | | 150 | 2,346,851 | 1,120,617 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 26 | | | 300 | 2,353,791 | 1,120,627 |
| | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 27 | | | 60 | 2,354,636 | 1,120,701 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 60 | 2,356,922 | 1,120,704 |
| | | | | TOTAL | 120 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 28 | | | 90 | 2,357,007 | 1,120,708 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 210 | 2,360,669 | 1,120,711 |
| | | | | TOTAL | 150 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 29 | | | 90 | 2,360,998 | 1,120,715 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | 240 | 2,363,840 | 1,120,718 |
| | | | | TOTAL | 120 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 30 | | | 120 | 2,364,131 | 1,120,722 |
| | | | | TOTAL | 240 | | |
| | | | | | 120 | | |

APP233

10/02/12   15:05:30   DHIST KDHISCIGAZ/isqry

Cig History
Jan 1 To Oct 01 2012

PAGE 3

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 30 | 808,300 | NEWPORT BX K FSC | | 150 | 2,366,647 | 1,120,725 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 31 | | | | 120 | 2,367,776 | 1,120,729 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,370,293 | 1,120,801 |
| | | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 32 | | | | 120 | 2,371,215 | 1,120,805 |
| | | | | | TOTAL | 120 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 33 | | | | 90 | 2,377,268 | 1,120,815 |
| | | | | | TOTAL | 90 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 34 | | | | 90 | 2,377,668 | 1,120,819 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,380,962 | 1,120,822 |
| | | | | | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 35 | | | | 180 | 2,381,306 | 1,120,826 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,384,917 | 1,120,829 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 36 | | | | 180 | 2,385,209 | 1,120,902 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,390,900 | 1,120,905 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 37 | | | | 180 | 2,391,301 | 1,120,909 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,395,018 | 1,120,912 |
| | | | | | TOTAL | 330 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 38 | | | | 180 | 2,395,241 | 1,120,916 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,339,523 | 1,120,919 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 39 | | | | 120 | 2,400,251 | 1,120,923 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 120 | 2,403,459 | 1,120,926 |
| | | | | | TOTAL | 240 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 40 | | | | 120 | 2,404,279 | 1,120,930 |
| | | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 1 | | | | 90 | 2,268,462 | 1,120,105 |

**APP234**

10/02/12  15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1  To Oct 01 2012

PAGE 4

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 2 | 808,300 | NEWPORT BX K FSC | | 120 | 2,268,439 | 1,120,108 |
| | A-Z WHOLESALE/WACO | | | | | 150 | 2,271,823 | 1,120,111 |
| | | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 3 | | | | 120 | 2,271,886 | 1,120,115 |
| | A-Z WHOLESALE/WACO | | | | | 90 | 2,275,259 | 1,120,118 |
| | | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 4 | | | | 120 | 2,275,161 | 1,120,122 |
| | A-Z WHOLESALE/WACO | | | | | 150 | 2,278,774 | 1,120,125 |
| | | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 6 | | | | 150 | 2,285,590 | 1,120,208 |
| | | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 7 | | | | 150 | 2,285,676 | 1,120,212 |
| | A-Z WHOLESALE/WACO | | | | | 150 | 2,288,920 | 1,120,215 |
| | | | | | TOTAL | 300 | | |
| 17,502 | A-Z WHOLESALE/WACO | 8 | | | | 90 | 2,288,855 | 1,120,219 |
| | A-Z WHOLESALE/WACO | | | | | 120 | 2,292,618 | 1,120,222 |
| | | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 9 | | | | 150 | 2,292,656 | 1,120,226 |
| | A-Z WHOLESALE/WACO | | | | | 60 | 2,296,208 | 1,120,229 |
| | | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 10 | | | | 60 | 2,296,805 | 1,120,304 |
| | A-Z WHOLESALE/WACO | | | | | 60 | 2,299,478 | 1,120,307 |
| | | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 12 | | | | 90 | 2,302,939 | 1,120,318 |
| | A-Z WHOLESALE/WACO | | | | | 60 | 2,306,062 | 1,120,321 |
| | | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 13 | | | | 90 | 2,306,340 | 1,120,325 |
| | A-Z WHOLESALE/WACO | | | | | 90 | 2,309,434 | 1,120,328 |
| | | | | | TOTAL | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 18 | | | | 90 | 2,324,955 | 1,120,502 |

APP235

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1 To Oct 01 2012

PAGE   5

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 19 | 808,300 | NEWPORT BX K FSC | 90 | 2,325,069 | 1,120,506 |
| | | | | TOTAL | 90 | | |
| 17,502 | A-Z WHOLESALE/WACO | 21 | | | 90 | 2,335,547 | 1,120,523 |
| | | | | TOTAL | 90 | | |
| 17,502 | A-Z WHOLESALE/WACO | 22 | | | 180 | 2,336,427 | 1,120,527 |
| | | | | TOTAL | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 23 | | | 150 | 2,340,589 | 1,120,603 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,343,269 | 1,120,606 |
| | | | | TOTAL | 240 | | |
| 17,502 | A-Z WHOLESALE/WACO | 24 | | | 60 | 2,343,691 | 1,120,610 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,346,622 | 1,120,613 |
| | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 25 | | | 120 | 2,350,311 | 1,120,620 |
| | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 26 | | | 120 | 2,352,277 | 1,120,624 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,353,828 | 1,120,627 |
| | | | | TOTAL | 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 27 | | | 90 | 2,354,639 | 1,120,701 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,356,935 | 1,120,704 |
| | | | | TOTAL | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 28 | | | 60 | 2,357,008 | 1,120,708 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 120 | 2,360,758 | 1,120,711 |
| | | | | TOTAL | 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 29 | | | 120 | 2,361,000 | 1,120,715 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 150 | 2,363,921 | 1,120,718 |
| | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 30 | | | 150 | 2,364,132 | 1,120,722 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 210 | 2,367,206 | 1,120,725 |
| | | | | TOTAL | 360 | | |

APP236

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1  To Oct 01 2012

PAGE   6

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 31 | 808,300 | NEWPORT BX K FSC | | 150 | 2,367,781 | 1,120,729 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 120 | 2,370,436 | 1,120,801 |
| | | | | | TOTAL | 270 | | |
| 17,502 | A-Z WHOLESALE/WACO | 32 | | | | 150 | 2,371,220 | 1,120,805 |
| | | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 34 | | | | 150 | 2,380,939 | 1,120,822 |
| | | | | | TOTAL | 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 35 | | | | 210 | 2,381,305 | 1,120,826 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 180 | 2,385,102 | 1,120,829 |
| | | | | | TOTAL | 390 | | |
| 17,502 | A-Z WHOLESALE/WACO | 36 | | | | 210 | 2,385,205 | 1,120,902 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 210 | 2,390,951 | 1,120,905 |
| | | | | | TOTAL | 420 | | |
| 17,502 | A-Z WHOLESALE/WACO | 37 | | | | 210 | 2,391,302 | 1,120,909 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 90 | 2,394,958 | 1,120,912 |
| | | | | | TOTAL | 300 | | |
| 17,502 | A-Z WHOLESALE/WACO | 38 | | | | 90 | 2,399,572 | 1,120,919 |
| | | | | | TOTAL | 90 | | |
| 17,502 | A-Z WHOLESALE/WACO | 39 | | | | 120 | 2,400,252 | 1,120,923 |
| | | | | | TOTAL | 120 | | |
| 17,502 | A-Z WHOLESALE/WACO | 40 | | | | 210 | 2,404,283 | 1,120,930 |
| | | | | | TOTAL | 210 | | |
| | | | | | TOTAL | 14,100 | | |

```
10/02/12  15:05:30                                                                                              PAGE    7

DHIST                                    Cig History
KDHISCIGAZ/isqry                   Jan 1 To Oct 01 2012        Harrison Company, LLC
                                                              Bossier City LA 71111
                                                              318 747 0700 ext 3031
```

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 2 | 808,532 | MARLBORO BP GOLD BOX (LT) | | 150 | 2,268,438 | 1,120,108 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,271,817 | 1,120,111 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 3 | | | | 150 | 2,271,885 | 1,120,115 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,275,251 | 1,120,118 |
| | | | | | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 4 | | | | 150 | 2,275,160 | 1,120,122 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,278,773 | 1,120,125 |
| | | | | | TOTAL | 330 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 7 | | | | 150 | 2,285,675 | 1,120,212 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,288,910 | 1,120,215 |
| | | | | | TOTAL | 330 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 8 | | | | 180 | 2,288,853 | 1,120,219 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,292,576 | 1,120,222 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 9 | | | | 180 | 2,292,654 | 1,120,226 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 210 | 2,296,198 | 1,120,229 |
| | | | | | TOTAL | 390 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 10 | | | | 210 | 2,296,803 | 1,120,304 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 210 | 2,299,407 | 1,120,307 |
| | | | | | TOTAL | 420 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 12 | | | | 210 | 2,302,938 | 1,120,318 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 210 | 2,306,049 | 1,120,321 |
| | | | | | TOTAL | 420 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 13 | | | | 210 | 2,306,339 | 1,120,325 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,309,393 | 1,120,328 |
| | | | | | TOTAL | 390 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 17 | | | | 180 | 2,319,150 | 1,120,422 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 180 | 2,321,739 | 1,120,425 |
| | | | | | TOTAL | 360 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | 18 | | | | 150 | 2,322,421 | 1,120,429 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | | | 150 | 2,324,999 | 1,120,502 |

APP238

10/02/12   15:05:30

DHIST
KDHISCIGAZ/isqry

Jan 1  To Oct 01 2012

Cig History

PAGE   8

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

Item Number: 808,532   O.D. Line Description: MARLBORO BP GOLD BOX (LT)

| Customer Number | O.H. Customer Name | O.D. Posted Week | | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 19 | TOTAL | 300 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 180 | 2,325,068 | 1,120,506 |
| 17,501 | A-Z WHOLESALE/DALLAS | 20 | TOTAL | 180 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 90 | 2,332,023 | 1,120,516 |
| 17,501 | A-Z WHOLESALE/DALLAS | 21 | TOTAL | 90 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 90 | 2,332,194 | 1,120,520 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 180 | 2,335,513 | 1,120,523 |
| 17,501 | A-Z WHOLESALE/DALLAS | 22 | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 180 | 2,336,412 | 1,120,527 |
| 17,501 | A-Z WHOLESALE/DALLAS | 23 | TOTAL | 180 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 60 | 2,340,586 | 1,120,603 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 330 | 2,343,253 | 1,120,606 |
| 17,501 | A-Z WHOLESALE/DALLAS | 24 | TOTAL | 390 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 270 | 2,343,686 | 1,120,610 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 350 | 2,346,613 | 1,120,613 |
| 17,501 | A-Z WHOLESALE/DALLAS | 27 | TOTAL | 620 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 90 | 2,354,636 | 1,120,701 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 180 | 2,356,922 | 1,120,704 |
| 17,501 | A-Z WHOLESALE/DALLAS | 28 | TOTAL | 270 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 210 | 2,357,007 | 1,120,708 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 240 | 2,360,669 | 1,120,711 |
| 17,501 | A-Z WHOLESALE/DALLAS | 29 | TOTAL | 450 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 240 | 2,360,998 | 1,120,715 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 240 | 2,363,840 | 1,120,718 |
| 17,501 | A-Z WHOLESALE/DALLAS | 30 | TOTAL | 480 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 240 | 2,364,131 | 1,120,722 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 210 | 2,366,647 | 1,120,725 |
| 17,501 | A-Z WHOLESALE/DALLAS | 31 | TOTAL | 450 | | |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 240 | 2,367,776 | 1,120,729 |
| 17,501 | A-Z WHOLESALE/DALLAS | | | 210 | 2,370,293 | 1,120,801 |

APP239

```
10/02/12  15:05:30      DHIST                           Cig History                                                    PAGE     9
                        KDHISCIGAZ/isgry

                                                Jan 1  To Oct 01 2012
```

Harrison Company, LLC
Bossier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,501 | A-Z WHOLESALE/DALLAS | 32 | 808,532 | MARLBORO BP GOLD BOX (LT) | 450 | 2,371,215 | 1,120,805 |
|  |  |  |  | TOTAL | 450 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 34 |  |  | 120 | 2,377,668 | 1,120,819 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 240 | 2,380,962 | 1,120,822 |
|  |  |  |  | TOTAL | 120 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 35 |  |  | 180 | 2,377,668 | 1,120,819 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 240 | 2,380,962 | 1,120,822 |
|  |  |  |  | TOTAL | 420 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 36 |  |  | 240 | 2,381,306 | 1,120,826 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 240 | 2,384,917 | 1,120,829 |
|  |  |  |  | TOTAL | 480 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 37 |  |  | 270 | 2,385,209 | 1,120,902 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 300 | 2,390,900 | 1,120,905 |
|  |  |  |  | TOTAL | 570 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 38 |  |  | 240 | 2,391,301 | 1,120,909 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 270 | 2,395,018 | 1,120,912 |
|  |  |  |  | TOTAL | 510 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 39 |  |  | 300 | 2,395,241 | 1,120,916 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 300 | 2,399,523 | 1,120,919 |
|  |  |  |  | TOTAL | 600 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 40 |  |  | 210 | 2,400,251 | 1,120,923 |
|  | A-Z WHOLESALE/DALLAS |  |  |  | 210 | 2,403,459 | 1,120,926 |
|  |  |  |  | TOTAL | 420 |  |  |
| 17,501 | A-Z WHOLESALE/DALLAS | 4 |  |  | 210 | 2,404,279 | 1,120,930 |
|  |  |  |  | TOTAL | 210 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 13 |  |  | 150 | 2,275,161 | 1,120,122 |
|  | A-Z WHOLESALE/WACO |  |  |  | 60 | 2,278,774 | 1,120,125 |
|  |  |  |  | TOTAL | 210 |  |  |
| 17,502 | A-Z WHOLESALE/WACO | 28 |  |  | 45 | 2,309,434 | 1,120,328 |
|  |  |  |  | TOTAL | 45 |  |  |
| 17,502 | A-Z WHOLESALE/WACO |  |  |  | 90 | 2,357,008 | 1,120,708 |
|  | A-Z WHOLESALE/WACO |  |  |  | 120 | 2,360,758 | 1,120,711 |

**APP240**

```
10/02/12   15:05:30

DHIST                                    Cig History                                            PAGE  10
KDHISCIGAZ/isqry            Jan 1  To Oct 01 2012

                                                                     Harrison Company, LLC
                                                                     Bossier City LA 71111
                                                                     318 747 0700 ext 3031
```

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|
| 17,502 | A-Z WHOLESALE/WACO | 29 | 808,532 | MARLBORO BP GOLD BOX (LIT) | | 2,361,000 | 1,120,715 |
| 17,502 | A-Z WHOLESALE/WACO | | | | | 2,363,921 | 1,120,718 |
| | | | | | TOTAL 210 | | |
| 17,502 | A-Z WHOLESALE/WACO | 30 | | | 90 | 2,364,132 | 1,120,722 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 60 | 2,367,206 | 1,120,725 |
| | | | | | TOTAL 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 31 | | | 90 | 2,367,781 | 1,120,729 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,370,436 | 1,120,801 |
| | | | | | TOTAL 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 32 | | | 150 | 2,371,220 | 1,120,805 |
| | | | | | TOTAL 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 36 | | | 150 | 2,385,205 | 1,120,902 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 90 | 2,390,951 | 1,120,905 |
| | | | | | TOTAL 240 | | |
| 17,502 | A-Z WHOLESALE/WACO | 37 | | | 90 | 2,391,302 | 1,120,909 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 60 | 2,394,958 | 1,120,912 |
| | | | | | TOTAL 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 38 | | | 60 | 2,395,248 | 1,120,916 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 120 | 2,399,572 | 1,120,919 |
| | | | | | TOTAL 180 | | |
| 17,502 | A-Z WHOLESALE/WACO | 39 | | | 90 | 2,400,252 | 1,120,923 |
| 17,502 | A-Z WHOLESALE/WACO | | | | 60 | 2,403,527 | 1,120,926 |
| | | | | | TOTAL 150 | | |
| 17,502 | A-Z WHOLESALE/WACO | 40 | | | 90 | 2,404,283 | 1,120,930 |
| | | | | | TOTAL 90 | | |
| | | | | | TOTAL 12,875 | | |

APP241

10/02/12  15:05:30

DHIST
KDHISCIGAZ/isqry

Cig History

Jan 1 To Oct 01 2012

PAGE    11

Harrison Company, LLC
Bosier City LA 71111
318 747 0700 ext 3031

| Customer Number | O.H. Customer Name | O.D. Posted Week | Item Number | O.D. Line Description | O.D. Quantity Ordered | O.H. Invoice Number | O.D. Posted Date |
|---|---|---|---|---|---|---|---|

FINAL TOTALS
TOTAL    26,975

*** E N D  O F  R E P O R T ***

**APP242**

| | |
|---|---|
| **From:** | Jane Greene <jgreene@harrisoncompany.com> |
| **Sent:** | Tuesday, August 27, 2013 2:55 PM |
| **To:** | Amar Ali |
| **Cc:** | stacy.schroeder@frostbank.com |
| **Subject:** | Harrison Balance Verification |

**Customer #17501**

Balance as of 8/26 was $515988.44
-104267.73 payment posted 8/27/13

Balance today is $411720.71

Please verify balance and reply all.


Thank You,
Jane Greene
fax:318-747-7387



**Jane Greene**
Harrison Company, LLC
Credit Manager/AR Supervisor
(318) 629-3826 Work
(800) 341-7567 ext.3026 Work
(318) 458-1829 Mobile
jgreene@harrisoncompany.com
JANE GREENE
PO BOX 72179
BOSSIER CITY, LA 71172

1

**APP243**

```
TADTPRC  Date: 12/05/12  Time: 12:30:12        ****TAYLOR ORDER EDIT ********        Terms: NET 14 DAYS                              Page    1

Order No: 1627964  Customer: 17501   Phone: (972) 484-1153    A-Z WHOLESALE/DALLAS, 11100 HARRY HINES BLVD., DALLAS, TX
                                     Tote #: 18-TOTS-289-                TX0001

INVOICE#: 2411113                              Salesman: 27    Route1: 142      40_        Route2: 443        60 Route3:

Seq  Item No Description                        Qty Ord Each Ovr-Qty/UM Build-Up QMult  Pack Desc  Price/UM  Line Total  Error Comments

**************************** THIS IS A CREDIT NOT AN ORDER ****************************frank@atoz-wholesale.com ****

******************** CUSTOMER IS IN QUANTITY LIMIT STATE ********************************************************

 1   72014 COPENHAGEN POUCH                      57                                    5   CAN              .00          .00
 2   72079 RED SEAL LC NATURAL                    8                                    5   CAN              .00          .00
 3   72077 RED SEAL LC MINT                      67                                    5   CAN              .00          .00
 4   72354 SKOAL PCH MINT          5 CAN ROLL    64                                    5   CAN              .00          .00
 5   72239 SKOAL LC CITRUS BLD     5 CAN ROLL    15                                    5   CAN              .00          .00
 6   72015 SKOAL LC WTGN           5 CAN ROLL    17                                    5   CAN              .00          .00
 7   72018 SKOAL PCH WTG                        179                                    5   CAN              .00          .00
 8   72009 SKOAL POUCH STRAIGHT                  19                                    5   CAN              .00          .00
 9   72402 HUSKY FC WTG         (ROLL)           39                                    5   CAN              .00          .00
10   72302 HUSKY LC STR         (ROLL)           31                                    5   CAN              .00          .00
11   72179 HUSKY FC NAT         (ROLL)           24                                    5   CAN              .00          .00
12   72401 HUSKY LC MINT        (ROLL)            8                                    5   CAN              .00          .00
13   72423 SKOAL LC PEACH                       135                                    5   CAN              .00          .00
14   72006 SKOAL BANDITS MINT                    35                                    5   CAN              .00          .00
15   72457 HUSKY LC NAT         (ROLL)           66                                    5   CAN              .00          .00
16   72312 SKOAL LC APPLE                        40                                    5   CAN              .00          .00
17   72005 SKOAL BANDITS WTG                     21                                    5   CAN              .00          .00
18   72186 HUSKY LC WTG         (ROLL)           33                                    5   CAN              .00          .00
19   72059 SKOAL X-TRA LC CRISP BLEND             3                                    5   CAN              .00          .00
20   72001 SKOAL LC CLASSIC 5 CAN                 7                                    5   CAN              .00          .00
```

**APP244**

```
TAITPRC  Date: 12/05/12  Time: 12:30:12       ****TAYLOR ORDER EDIT ********       Terms: NET 14 DAYS                              Page  2

Order No: 1637964  Customer: 175501   Phone: (972) 484-1153    A-Z WHOLESALE/DALLAS, 11100 HARRY HINES BLVD., DALLAS, TX
                                      Tote #: -20000000 N                  TX0001

INVOICE#: 2441113        Salesman: 27        Route1: 142        40        Route2: 443        60 Route3:
```

| Seq | Item No | Description | Qty Ord | Each | Ovr-Qty/UM | Build-Up | QMult | Pack Desc | Price/UM | Line Total | Error Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 72055 | SKOAL X-TRA LC WINTERGREEN BLEND | 14 | | | | 5 | CAN | .00 | .00 | |
| 22 | 72019 | SKOAL LC CHERRY    5 CAN ROLL | 13 | | | | 5 | CAN | .00 | .00 | |
| 23 | 72013 | SKOAL FC WTGN    5 CAN ROLL | 6 | | | | 5 | CAN | .00 | .00 | |
| 24 | 72078 | RED SEAL FC WINTERGREEN | 7 | | | | 5 | CAN | .00 | .00 | |
| 25 | 72070 | RED SEAL LC WINTERGREEN | 1 | | | | 5 | CAN | .00 | .00 | |
| 26 | 72071 | RED SEAL FC NATURAL | 5 | | | | 5 | CAN | .00 | .00 | |
| 27 | 72072 | SKOAL X-TRA POUCHES CRISP BLEND | 8 | | | | 5 | CAN | .00 | .00 | |
| 28 | 72016 | SKOAL LC STRT    5 CAN ROLL | 15 | | | | 5 | CAN | .00 | .00 | |
| 29 | 72017 | SKOAL LC MINT   5 CAN ROLL | 5 | | | | 6 | CAN | .00 | .00 | |
| 30 | 72021 | COPENHAGEN LC SOUTHERN BLND | 1 | | | | 5 | CAN | .00 | .00 | |
| 31 | 72047 | COPENHAGEN LONG CUT STRAIGHT | 1 | | | | 5 | CAN | .00 | .00 | |
| 32 | 72500 | COPE LC WHISKEY BLEND | 1 | | | | 5 | CAN | .00 | .00 | |
| 33 | 72057 | SKOAL X-TRA LC RICH BLEND | 6 | | | | 5 | CAN | .00 | .00 | |
| 34 | 72063 | SKOAL X-TRA POUCHES MINT BLEND | 11 | | | | 5 | CAN | .00 | .00 | |
| 35 | 72061 | SKOAL X-TRA POUCHES WNTGRN  BLEND | 7 | | | | 5 | CAN | .00 | .00 | |
| 36 | 72053 | SKOAL X-TRA LC MINT BLEND | 1 | | | | 5 | CAN | .00 | .00 | |
| 37 | 72065 | SKOAL X-TRA POUCHES RICH  BLEND | 1 | | | | 5 | CAN | .00 | .00 | |
| 38 | 72602 | COPE LONG CUT STRAIGHT | 1 | | | | 5 | CAN | .00 | .00 | |
| 39 | 72012 | SKOAL LC SPEARMINT    5 CAN | 4 | | | | 5 | CAN | .00 | .00 | |
| 40 | 72011 | SKOAL LC CHERRY         DISC | 1 | | | | 10 | CAN | .00 | .00 | |
| 41 | 72089 | COPENHAGEN LC       5CAN ROLL | 1 | | | | 5 | CAN | .00 | .00 | |
| 42 | 72067 | COPENHAGEN POUCHES WINTERGREEN | 1 | | | | 5 | CAN | .00 | .00 | |
| | | | | | | | 5 | | .00 | .00 | NO TRAILER RECORD |

```
ORDER RECAP CTNS = 0000000 PCS = 0000097Q

***** END OF ORDER *****
```

**APP245**

TADTPRC  Date: 12/05/12  Time: 12:30:12          ****TAYLOR ORDER EDIT ********        Terms: NET 14 DAYS                    Page   3

Order No: 1627964  Customer: 17501     Phone: (972) 484-1153     A-Z WHOLESALE/DALLAS, 11100 HARRY HINES BLVD., DALLAS, TX
                                        Tote #: 280-283                    TX0001

INVOICE#: 2441113                       Salesman: 27          Route1: 142        40       Route2: 443       60  Route3:

Seq  Item No Description               Qty Ord Each Ovr-Qty/UM Build-Up QMult  Pack Desc   Price/UM  Line Total  Error Comments

APP246

HAR000689

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 10/29/18

NET 7 DAYS

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1153

96750
150

INVOICES          418036
AMOUNTS         $70186.96
PICK UPS

LABELS:

ZONE 20
CIGS
249517  012p
249518  030p
2758839  050p
2758840  030p
2758841  030p
2758842  030p
2758843  030p
2758844  030p
2758845  030p
2758846  030p
2758847  030p
2758848  030p
2758849  030p

ZONE 20
CIGS
28678243  030p
28678244  030p
28678245  030p
28678246  030p
28678247  030p
28678249  030p
28678250  030p
28678251  030p
28678252  030p
28678253  030p
28678254  030p
28678255  001p
28678256  030p
28678230  030p
28678231  030p
28678232  030p
28678233  005p
28678234  030p
28678235  030p
28678236  030p
28678237  030p
28678238  030p
28678240  030p
28678241  030p
28678242  030p

ZONE 30
TOB
28678314  056p
28678315  043p
28678316  055p
28678317  005p
28678353  004p

40 Cases          5  Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS                                           Cust Initial
CIGARETTE CARTONS:                    1126
TOTAL CIGARETTE TOTES FOR STOP:       1126
TOTAL UNITS ALL TOBACCO:               163

TOTAL FRESH CASES:                       0
TOTAL CIG CASES DELIVERED:              40
TOTAL RED/BLUE TOTES DELIVERED:          5
TOTAL CASES DELIVERED:                  45
RED/BLUE TOTES RETURNED:

ON LAST INV                4
YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE  X

DRIVER SIGNATURE  X

C/S CONF# OR LOG# 315782

ANY SHORTOVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
Cust is financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS _____

A/R LOG# _____     DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

**APP247**

HAR000690

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 10/29/18

NET 7 DAYS

BOSSIER

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 876659   DALLAS, TX 75267-6659   1-800-341-7567

**MORE FOR YOUR STORE.**

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES          418037
AMOUNTS       $7012423
PICK UPS

**LABELS:**

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 2758850 030p | 28678260 030p | 28678320 030p |
| 2758851 030p | 28678281 030p | 28678321 057p |
| 2758852 030p | 28678282 030p | 28678322 056p |
| 2758853 030p | 28678283 030p | 28678323 054p |
| 2758854 030p | 28678284 030p | 28678325 056p |
| 2758855 030p | 28678285 030p | 28678326 055p |
| 2758856 030p | 28678286 030p | 28678327 020p |
| 2758857 030p | 28678287 030p | 28678355 023b |
| 28678281 030p | 28678289 030p | |
| 28678282 030p | 28678290 030p | |
| 28678284 030p | 28678291 007p | |
| 28678285 030p | | |
| 28678296 030p | | |
| 28678287 030p | | |
| 28678288 030p | | |
| 28678289 030p | | |
| 28678271 030p | | |
| 28678272 030p | | |
| 28678273 030p | | |
| 28678274 030p | | |
| 28678275 030p | | |
| 28678276 030p | | |
| 28678277 030p | | |
| 28678278 030p | | |

36 Cases          8 Rtd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP #TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 8 | | | | |

*NOTE Full C/S deliveries are not in totes

COMMENTS _____

A/R LOG# _____          DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts. to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1057 | R.C.A |
| TOTAL CIGARETTES FOR STOP: | 1057 | |
| TOTAL UNITS ALL TOBACCO: | 360 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 36 | |
| TOTAL REDBLUE TOTES DELIVERED: | 8 | |
| TOTAL CASES DELIVERED: | 44 | |
| REDBLUE TOTES RETURNED: | | |
| YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED | | ON LAST INV   8 |

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____   10-29-18

C/S CONF# OR LOG# _____

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

**APP248**

HAR000691

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 10/22/18

NET 7 DAYS

# IMPERIAL®
SUPER REGIONAL DISTRIBUTOR

MORE FOR YOUR STORE.

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

| INVOICES | 413646 |
| AMOUNTS | $91709.76 |
| PICK UPS | |

95761

160

LABELS:

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 2346541 030p | | 28518076 056p |
| 2346542 030p | | 28518077 057p |
| 2346543 030p | | 28518078 054p |
| 2346544 030p | | 28518079 044b |
| 2346545 030p | | 28518081 036p |
| 2346546 030p | | 28518082 056p |
| 2346547 030p | | 28518083 043p |
| 2346548 030p | | 28518108 036p |
| 2346549 030p | | |
| 2346550 030p | | |
| 2346551 030p | | |
| 2346552 030p | | |
| 2346553 030p | | |
| 2346554 030p | | |
| 2346564 030p | | |
| 2346555 030p | | |
| 2346556 030p | | |
| 2346557 030p | | |
| 2346558 030p | | |
| 2346559 030p | | |
| 2346560 030p | | |
| 2346561 030p | | |
| 28518016 030p | | |
| 28518017 030p | | |
| 28518018 030p | | |
| 28518019 030p | | |

| | | | |
|---|---|---|---|
| 28518020 030p | | |
| 28518021 030p | | |
| 28518022 030p | | |
| 28518023 030p | | |
| 28518024 030p | | |
| 28518026 030p | | |
| 28518027 030p | | |
| 28518028 030p | | |
| 28518029 030p | | |
| 28518030 030p | | |
| 28518031 030p | | |
| 28518032 030p | | |
| 28518033 030p | | |
| 28518036 030p | | |
| 28518036 030p | | |
| 28518037 030p | | |
| 28518038 030p | | |
| 28518039 030p | | |
| 28518040 030p | | |
| 28518041 030p | | |
| 28518042 030p | | |
| 28518044 001b | | |

47 Cases

8 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST | |
|---|---|---|---|---|---|---|
| 8 | 8 | | | | INT'y | |

*NOTE Full C/S deliveries are not in totes

COMMENTS _____

A/R LOG# _____

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | |
|---|---|---|
| CIGARETTE CARTONS: | 1381 | |
| TOTAL CIGARETTE CARTONS: | 1381 | |
| TOTAL UNITS ALL TOBACCO: | 354 | |
| TOTAL FRESH CASES: | | |
| TOTAL CIG CASES DELIVERED: | 0 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 47 | |
| TOTAL CASES DELIVERED: | 8 | |
| RED/BLUE TOTES RETURNED: | 55 | |
| ON LAST INV | 8 | |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

**APP249**

# IMPERIAL®

SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659 DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX 76706
254-662-2400

**95751**
160

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 10/29/18

NET 7 DAYS

INVOICES   418037
AMOUNTS    $70124.23
PICK UPS

**LABELS:**

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 2758850 | 030p | 28670290 | 030p | 28670320 | 039p |
| 2758851 | 030p | 28670281 | 030p | 28670321 | 057p |
| 2758852 | 030p | 28670282 | 030p | 28670322 | 056p |
| 2758853 | 030p | 28670283 | 030p | 28670323 | 054p |
| 2758854 | 030p | 28670284 | 030p | 28670325 | 056p |
| 2758855 | 030p | 28670285 | 030p | 28670326 | 055p |
| 2758856 | 030p | 28670286 | 030p | 28670327 | 030p |
| 2758857 | 030p | 28670287 | 030p | 28670355 | 012p |
| 28670281 | 030p | 28670289 | 030p | | |
| 28670282 | 030p | 28670290 | 030p | | |
| 28670283 | 030p | 28670291 | 007p | | |
| 28670284 | 030p | | | | |
| 28670285 | 030p | | | | |
| 28670286 | 030p | | | | |
| 28670207 | 030p | | | | |
| 28670208 | 030p | | | | |
| 28670209 | 030p | | | | |
| 28670271 | 030p | | | | |
| 28670272 | 030p | | | | |
| 28670273 | 030p | | | | |
| 28670274 | 030p | | | | |
| 28670275 | 030b | | | | |
| 28670276 | 030b | | | | |
| 28670277 | 030p | | | | |
| 28670278 | 030p | | | | |

36 Cases          8  Rd Tote

---

## Driver/Customer must verify # of Totes Delivered/Returned
### Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| | 8 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | | Cust Initial |
|---|---|---|---|
| TOTAL CIGARETTE CARTONS: | | 1057 | |
| TOTAL CIGARETTES FOR STOP: | | 1057 | R C A |
| TOTAL UNITS ALL TOBACCO: | | 360 | |
| TOTAL FRESH CASES: | | 0 | |
| TOTAL CIG CASES DELIVERED: | | 36 | |
| TOTAL RED/BLUE TOTES DELIVERED: | | 8 | |
| TOTAL CASES DELIVERED: | | 44 | |
| RED/BLUE TOTES RETURNED: | | | |

ON LAST INV

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**CUSTOMER SIGNATURE** X _____   C/S CONF# OR LOG#

**DRIVER SIGNATURE** X _____   10-29-18

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
I am financially responsible for paying the amount
due within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

HAR000692

**APP250**

HAR000693

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 11/05/18

NET 7 DAYS

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

INVOICES    422525
AMOUNTS    $57775.61
PICK UPS    422526

LABELS:
ZONE 20    422525
CIGS       422526
           422527

| ZONE 20 CIGS | ZONE 30 TOB |
|---|---|
| 28857051 030p | 28857110 045p |
| 28837052 030p | 28831111 042p |
| 28837053 030p | 28837112 058p |
| 28837055 030p | 28837113 032p |
| 28837056 010p | 28837147 002p |

ZONE 20 CIGS
3188689 030p
3186690 030p
3186691 030p
3188692 030p
3188693 030p
3186694 030p
3188695 030p
3188696 030p
3186697 030p
3186698 030p
3186699 030p
28837036 030p
28837037 030p
28837038 030p
28837039 030p
28837040 030p
28837041 030p
28837042 030p
28837043 030p
28837044 030p
28837046 030p
28837047 030p
28837048 030p
28837049 030p
28837050 030p

30 Cases          6 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Paid CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Inital |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 888 | |
| TOTAL CIGARETTES FOR STOP: | 888 | |
| TOTAL UNITS ALL TOBACCO: | 177 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 30 | |
| TOTAL REDBLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 35 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV    5

YOUR INITIALS CONFIRM THE CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

**APP251**

HAR000694

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 11/05/18

NET 7 DAYS

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 876659   DALLAS, TX 75267-6659   1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX 76706
254-662-2400

95751
160

INVOICES          422528
AMOUNTS        $54637.58
PICK UPS

LABELS:
ZONE 20          ZONE 20          ZONE 30
CIGS              CIGS              TOB
3188700  030p    28837079  030p    28837116  057p
3188701  030p    28837080  030p    28837117  056p
3188702  030p    28837081  015p    28827118  056p
3188703  030p                      28837119  046p
3158704  030p                      28837121  034p
3188705  030p
28837058  030p
28837059  030p
28837060  030p
28837061  030p
28837062  030p
28837063  030p
28837064  030p
28837065  030p
28837066  030p
28837068  030p
28837069  030p
28837070  030p
28837071  030p
28837072  030p
28837073  030p
28837074  030p
28837075  030p
28837076  030p
28837077  030p
28837078  030p

28 Cases

5 Rd Tote

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS                                    Cust total
CIGARETTE CARTONS:                    825
TOTAL CIGARETTES FOR STOP:            825
TOTAL UNITS ALL TOBACCO:              252

TOTAL FRESH CASES:
TOTAL CIG CASES DELIVERED:            0
TOTAL RED/BLUE TOTES DELIVERED:       28
TOTAL CASES DELIVERED:                5
RED/BLUE TOTES RETURNED:              33

ON LAST INV          8

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORTOVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL
CUST is financially responsible for paying the amount
of invoice date, with a minimum charge of .50 per month.

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

COMMENTS _____

A/R LOG# _____

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document, I agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
95760        11100 HARRY HINES BLVD.
150          DALLAS, TX  75229
             972-484-1153

**MANIFEST**

‖‖‖‖‖‖‖‖‖

ROUTE: 1-42-005
FOR DELIVERY ON 11/12/18

NET 7 DAYS

INVOICES    427133
AMOUNTS    $56021.58
PICK UPS

**LABELS:**
ZONE 20

ZONE 20        ZONE 30
CIGS           TOB
3620648  030p    28996726  057p
3620647  030p    28996727  040p
3620648  030p    28996676  057p
3620649  030p    28996728  057p
3620650  030p    28996729  021p
3620651  030p    28996707  001p
3620652  030p
3620653  030p
3620654  030p
28996656  030p
28996657  030p
28996658  030p
28996659  030p
28996660  030p
28996661  030p
28996662  030p
28996663  030p
28996664  030p
28996665  030p
28996666  030p
28996667  030p
28996668  030p
28996669  030p
28996670  030n
28996671  030n
28996672  030p

28 Cases    5 Rd Tote

NOV 1 4 2018

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 859 |
| TOTAL CIGARETTES FOR STOP: | 859 |
| TOTAL UNITS ALL TOBACCO: | 178 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 29 |
| REDBLUE TOTES DELIVERED: | 5 |
| TOTAL CASES DELIVERED: | 34 |
| REDBLUE TOTES RETURNED: | |

ON LAST INV    5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED    Cust Initial  PCA

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____  11-14-18

**C/S CONF# OR LOG#**

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL

COMMENTS _____

A/R LOG# _____

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

HAR000695

**APP253**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7587

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

FOR DELIVERY ON 11/12/18

**MANIFEST**

ROUTE: 1-42-006

NET 7 DAYS

HAR000696

NOV 14 2018

INVOICES       427134
AMOUNTS       $53600.71
PICK UPS

LABELS:
ZONE 20
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 28996702 027p | | 28996732 056p | |
| | | 28996733 046p | |
| | | 28996734 044p | |
| | | 28996735 054p | |
| 28996679 030p | | 28996737 017p | |
| 28996680 030p | | 28996738 036p | |
| 28996681 030p | | 28996739 036p | |
| 28996682 030p | | 28996769 013p | |
| 28996683 030p | | | |
| 28996684 030p | | | |
| 28996685 030p | | | |
| 28996686 030p | | | |
| 28996687 030p | | | |
| 28996688 030p | | | |
| 28996689 030p | | | |
| 28996691 030p | | | |
| 28996692 030p | | | |
| 28996693 030p | | | |
| 28996694 030p | | | |
| 28996695 030p | | | |
| 28996696 030p | | | |
| 28996698 030p | | | |
| 28996699 030p | | | |
| 28996700 030p | | | |
| 28996701 030p | | | |

26 Cases                    8  Pd Tote

*NOTE Full CS deliveries are not in totes

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED |
|---|---|---|---|---|
| 8 | 8 | | | |

DRIVER RETURN FORM#

COMMENTS

A/R LOG#

CUSTOMER SIGNATURE  X
DRIVER SIGNATURE  X

C/S CONF# OR LOG# .316 368

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7587

| MANIFEST TOTALS | | |
|---|---|---|
| CIGARETTE CARTONS: | | 777 |
| TOTAL CIGARETTES FOR STOP: | | 777 |
| TOTAL UNITS ALL TOBACCO: | | 266 |
| TOTAL FRESH CASES: | | |
| TOTAL CIG CASES DELIVERED: | | 0 |
| TOTAL REDBLUE TOTES DELIVERED: | | 26 |
| TOTAL CASES DELIVERED: | | 8 |
| RED/BLUE TOTES RETURNED: | | 14 |

ON LAST INV      5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial    R. A

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL
CUST IS financially responsible for paying the amount
of the invoice(s) and all amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

APP254

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

INVOICES  431562
AMOUNTS  $60689.89
PICK UPS

LABELS:
ZONE 20          ZONE 20          ZONE 30
CIGS             CIGS             TOB

4027342 030p     29150775 030p    29150827 056p
4027343 030p     29150776 030p    29150828 055p
4027344 030p     29150777 030p    29150829 051p
4027345 030p     29150778 030p    29150830 030p
4027346 030p     29150780 030p    29150868 030p
4027347 030p     29150781 030p
4027348 030p     29150782 004p
4027349 030p
4027350 030p
4027351 030p
4027352 030p
4027353 030p
29150761 030p
29150762 030p
29150763 030p
29150764 030p
29150765 030p
29150766 030p
29150767 030p
29150768 030p
29150769 030p
29150771 030p
29150772 030p
29150773 050p
29150774 030p

32 Cases          5 Rd Tote

**MANIFEST**

ROUTE: 1-42-004
FOR DELIVERY ON 11/19/18

NET 7 DAYS

HAR000697

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS                          Cust Initial
CIGARETTE CARTONS;                934
TOTAL CIGARETTES FOR STOP:        934
TOTAL UNITS ALL TOBACCO:          204

TOTAL FRESH CASES:                0
TOTAL CIG CASES DELIVERED:        32
TOTAL REDBLUE TOTES DELIVERED:    5
TOTAL CASES DELIVERED:            37
REDBLUE TOTES RETURNED:

ON LAST INV        5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE  X

DRIVER SIGNATURE  X

C/S CONF# OR LOG#

COMMENTS

A/R LOG#          DRIVER RETURN FORM#
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document, agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#. CS WILL NEED LOG# WHEN CALLING CS AFTER DEL.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP255**

HAR000698

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 11/19/18

NET 7 DAYS

BOSSIER

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES      431563
AMOUNTS      $51834.32
PICK UPS

LABELS:

| ZONE 10 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 4027334  030p | 28150801  022p | 29150833  039p |
| 4027335  030p | | 29150834  054p |
| 4027335  030p | | 29150835  039p |
| 4027337  030p | | 29150836  034p |
| 4027337  030p | | 29150838  040p |
| 4027339  030p | | 29150839  040p |
| 4027360  030p | | 29150839  036p |
| 4027361  030p | | 29150870  007p |
| 4027362  030p | | |
| 29150784  030p | | |
| 29150785  030p | | |
| 29150786  030p | | |
| 29150787  030p | | |
| 29150788  030p | | |
| 29150788  030p | | |
| 29150790  030p | | |
| 29150791  030p | | |
| 29150792  030p | | |
| 29150794  030p | | |
| 29150795  030p | | |
| 29150795  030p | | |
| 29150797  030p | | |
| 29150798  030p | | |
| 29150798  030p | | |
| 29150799  030p | | |
| 29150800  039p | | |

26 Cases          7 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 7 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____

**DRIVER RETURN FORM#** _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust In/Out |
|---|---|---|
| CIGARETTE CARTONS: | 772 | |
| TOTAL CIGARETTES FOR STOP: | 772 | |
| TOTAL UNITS ALL TOBACCO: | 240 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 26 | |
| TOTAL REDBLUE TOTES DELIVERED: | | |
| TOTAL CASES DELIVERED: | 33 | |
| REDBLUE TOTES RETURNED: | | ON LAST INV |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#**
**CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL**

**APP256**

HAR000699

## IMPERIAL
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 11/26/18

NET 7 DAYS

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750   150

| INVOICES | 436031 |
| AMOUNTS | $76438.74 |
| PICK UPS | |

**LABELS $:**

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 4443396 030p | 28316713 030p | 28316801 056p |
| 4443397 030p | 28316734 030p | 28316802 052p |
| 4443398 030p | 28316738 030p | 28316803 056p |
| 4443398 030p | 28316737 030p | 28316804 010p |
| 4443399 030p | 28316738 030p | 28316837 001p |
| 4443391 030p | 28316739 030p | |
| 4443392 030p | 28316740 030p | |
| 4443393 030p | 28316741 030p | |
| 4443394 030p | 28316742 030p | |
| 4443395 030p | 28316743 030p | |
| 4443396 030p | 28316745 030p | |
| 4443397 | 28316746 030p | |
| 4443398 030p | 28316747 030p | |
| 4443399 030p | 28316748 030p | |
| 4443400 030p | 28316749 030p | |
| 4443401 030p | 28316750 021p | |
| 4443402 030p | | |
| 4443403 030p | | |
| 28316726 030p | | |
| 28316727 030p | | |
| 28316729 030p | | |
| 28316729 030p | | |
| 28316730 030p | | |
| 28316731 030p | | |
| 28316732 030p | | |

41 Cases          5 Rd Tote

**NOV 28 2018**

---

### Driver/Customer must verify # of Totes Delivered/Returned
### Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 5 | | | | |

*NOTE Pull CS deliveries are not in totes

COMMENTS _____

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

A/R LOG# _____

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX

---

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1221 | |
| TOTAL CIGARETTES FOR STOP: | 1221 | RCA |
| TOTAL UNITS ALL TOBACCO: | 175 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 41 | |
| TOTAL REDBLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 46 | |
| RED/BLUE TOTES RETURNED: | | |

ON LAST INV   5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# 316880

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

DALLAS, TX   75229

APP257

HAR000700

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 676669   DALLAS, TX 75267-6659   1-800-341-7567
**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
95751      3630 S. I-35 EXIT 331
160        WACO, TX 76706
           254-662-2400

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 11/26/18

NET 7 DAYS

INVOICES   436032
AMOUNTS    $84406.71
PICK UPS

LABELS:
ZONE 20       ZONE 20       ZONE 30
CIGS          CIGS          TOB
443404 030p   28316769 030p   28316807 054p
443405 030p   28316771 030p   28316808 054p
443406 030p   28316772 030p   28316809 066p
443407 030p   28316773 030p   28316810 043p
443408 030p   28316774 030p   28316812 036p
443409 030p   28316775 030p   28316813 052p
443410 030p   28316776 030p   28316839 007p
443411 030p   28316777 004p
443412 030p
28316752 030p
28316753 030p
28316754 030p
28316755 030p
28316756 030p
28316757 039p
28316758 030p
28316759 030p
28316760 030p
28316762 030p
28316763 030p
28316764 030p
28316765 030p
28316766 030p
28316767 030p
28316768 030p

33 Cases          7 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 7 | 7 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

A/R LOG# _____   DRIVER RETURN FORM#

C/S CONF# OR LOG# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**                               Cust Initial

TOTAL CIGARETTE CARTONS:        864
TOTAL CIGARETTES FOR STOP:      964
TOTAL UNITS ALL TOBACCO:        302

TOTAL FRESH CASES:              0
TOTAL REDI/SLUG CASES DELIVERED: 33
TOTAL REDI/SLUG TOTES DELIVERED: 7
TOTAL CASES DELIVERED:          40
REDI/BLUE TOTES RETURNED:

ON LAST INV        7

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DELIVERY
CUST IS financially responsible for paying the amount

**APP258**

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 12/03/18

NET 7 DAYS

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 678659  DALLAS, TX 75267-6659  1-800-341-7567
**MORE FOR YOUR STORE.**

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750      150

INVOICES      440444
AMOUNTS     $73330.20
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 4857455 030p | | 28483782 038p | |
| 4857456 030p | | 28483783 052p | |
| 4857457 030p | | 28483784 037p | |
| 4857458 030p | | | |
| 4857459 030p | | | |
| 4857460 030p | | | |
| 4857461 030p | | | |
| 4857462 030p | | | |
| 4857463 030p | | | |
| 4857464 030p | | | |
| 4857465 030p | | | |
| 4857466 030p | | | |
| 4857467 030p | | | |
| 4857468 030p | | | |
| 4857469 030p | | | |
| 4857470 030p | | | |
| 4857471 030p | | | |
| 28483700 030p | | | |
| 28483706 030p | | | |
| 28483706 030p | | | |
| 28483707 030p | | | |
| 28483708 030p | | | |
| 28483709 030p | | | |
| 28483710 030p | | | |
| 28483711 030p | | | |

40 Cases       3 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 3 | 3 | | | | |

*NOTE: Full CS deliveries are not in totes

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the customer named below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

COMMENTS _____

A/R LOG# _____

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1180 | Cust Initial |
| TOTAL CIGARETTES FOR STOP: | 1180 | |
| TOTAL UNITS ALL TOBACCO: | 127 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 40 | |
| TOTAL REDBLUE TOTES DELIVERED: | 3 | |
| TOTAL CASES DELIVERED: | 43 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV   5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

12-3-18

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

HAR000701

**APP259**

HAR000702

# IMPERIAL®
### SUPER REGIONAL DISTRIBUTOR
## MORE FOR YOUR STORE.

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

| SHIP TO: | A-Z WHOLESALE/WACO |
|---|---|
| 95751 | 3630 S. I-35 EXIT 331 |
| 160 | WACO, TX  76706 |
| | 254-662-2400 |

INVOICES$  440445
AMOUNTS$  $56868.30
PICK UPS

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 12/03/18

NET 7 DAYS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 4657472 030p | 29483750 030p | 28483786 040p |
| 4657473 030p | 29483751 030p | 29483767 054p |
| 4657474 030p | 29483752 030p | 29483788 096p |
| 4657476 030p | 29483753 030p | 29483789 054p |
| 4657476 030p | 29483754 030p | 29483791 055p |
| 4657477 030p | 29483755 030p | 29483792 055p |
| 4657478 030p | 29483756 027p | 29483793 044p |
| 29483730 030p | | 29483795 055p |
| 29483731 030p | | 29483798 012o |
| 29483732 030p | | 29483820 002p |
| 29483733 030p | | |
| 29483734 030p | | |
| 29483735 030p | | |
| 29483736 030p | | |
| 29483737 030p | | |
| 29483738 030p | | |
| 29483739 030p | | |
| 29483740 030p | | |
| 29483741 030p | | |
| 29483742 030p | | |
| 29483743 030p | | |
| 29483744 030p | | |
| 29483745 030p | | |
| 29483746 030p | | |
| 29483747 030p | | |
| 29483749 030p | | |

32 Cases          10 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 10 | 10 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | |
|---|---|
| CIGARETTE CARTONS: | 957 |
| TOTAL CIGARETTE CARTONS FOR STOP: | 957 |
| TOTAL UNITS ALL TOBACCO: | 428 |
| TOTAL FRESH CASES: | |
| TOTAL CIG CASES DELIVERED: | 0 |
| TOTAL REDBLUE TOTES DELIVERED: | 32 |
| TOTAL CASES DELIVERED: | 10 |
| REDBLUE TOTES RETURNED: | 42 |

ON LAST INV   7

Cust Initial  JCA

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _Brogdon 12-3-18_

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

ANY SHORTAGE/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL
CUST IS financially responsible for paying the amount
listed below if they are not paying the amount
on invoice date, with a minimum charge of .50 per month.

COMMENTS _____

A/R LOG# _____

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on this above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

APP260

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**MANIFEST**

**ROUTE: 1-42-005**

FOR DELIVERY ON 12/10/18

NET 7 DAYS

SHIP TO:  A-Z WHOLESALE/DALLAS
95750   11100 HARRY HINES BLVD.
         DALLAS, TX  75229
150      972-484-1153

HAR000703

INVOICES   445067
AMOUNTS   $93136.93
PICK UPS

LABELS:

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 5254921 | 030p | 5254946 | 030p | 28643578 | 054p |
| 5254922 | 030p | 5254908 | 030p | 28643579 | 044p |
| 5254923 | 030p | 5254509 | 030p | 28643580 | 055p |
| 5254924 | 030p | 2864510 | 030p | 28643581 | 033p |
| 5254925 | 030p | 2864511 | 030p | 28643620 | 003p |
| 5254926 | 030p | 2864512 | 030p | | |
| 5254927 | 030p | 2864513 | 030p | | |
| 5254928 | 030p | 2864514 | 030p | | |
| 5254929 | 030p | 2864515 | 030p | | |
| 5254930 | 030p | 2864516 | 030p | | |
| 5254931 | 030p | 2864518 | 030p | | |
| 5254932 | 030p | 2864519 | 030p | | |
| 5254933 | 030p | 2864520 | 030p | | |
| 5254934 | 030p | 2864521 | 030p | | |
| 5254905 | 030p | 2864522 | 030p | | |
| 5254936 | 030p | 2864523 | 030p | | |
| 5254937 | 030p | 2864524 | 030p | | |
| 5254938 | 030p | 2864525 | 030p | | |
| 5254939 | 030p | 2864527 | 030p | | |
| 5254940 | 030p | 2864528 | 030p | | |
| 5254941 | 030p | 2864529 | 030p | | |
| 5254942 | 030p | 2864530 | 030p | | |
| 5254943 | 030p | 2864531 | 030p | | |
| 5254944 | 030p | 5254532 | 005p | | |
| 5254945 | 030p | | | | |

49 Cases          5 Rd Tote          5 Rd Tote

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 1445 | RCA |
| TOTAL CIGARETTES FOR STOP: | 1445 | |
| TOTAL UNITS ALL TOBACCO: | 189 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 49 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 54 | ON LAST INV  3 |
| RED/BLUE TOTES RETURNED: | | |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____ 12-10-18

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL
CUST IS financially responsible for paying the amount
of the invoice, with a minimum charge of .50 per month.

Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE: Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

C/S CONF# OR LOG#

**APP261**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567
MORE FOR YOUR STORE.

BOSSIER

**MANIFEST**

ROUTE: 1-42-006
FOR DELIVERY ON 12/10/18

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES    445068
AMOUNTS     $95773.09
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 10 TOB | |
|---|---|---|---|
| 5254947 | 030p | 29843584 | 054p |
| 5254948 | 030p | 29843585 | 056p |
| 5254949 | 030p | 5254974 | 030p | 29843586 | 056p |
| 5254950 | 030p | 29843587 | 056p |
| 5254951 | 030p | 29843588 | 040p |
| 5254952 | 030p | 29843589 | 040p |
| 5254953 | 030p | 29843590 | 056p |
| 5254954 | 030p | 29843591 | 052p |
| 5254955 | 030p | 29843593 | 026p |
| 5254956 | 030p | | |
| 5254957 | 030p | | |
| 5254958 | 030p | | |
| 5254959 | 030p | | |
| 5254960 | 030p | | |
| 5254961 | 030p | | |
| 5254962 | 030p | | |
| 5254963 | 030p | | |
| 5254964 | 030p | | |
| 5254965 | 030p | | |
| 5254966 | 030p | | |
| 5254967 | 030p | | |
| 5254968 | 030p | | |
| 5254969 | 030p | | |
| 5254970 | 030p | | |
| 5254971 | 030p | | |

48 Cases        8 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 8 | 8 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____ DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document, agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 1422 | |
| TOTAL CIGARETTES FOR STOP: | 1422 | |
| TOTAL UNITS ALL TOBACCO: | 396 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 48 | |
| TOTAL REDBLUE TOTES DELIVERED: | 8 | |
| TOTAL CASES DELIVERED: | 56 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV    10

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#.
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000704

**APP262**

HAR000705

**APP263**

# IMPERIAL
**SUPER REGIONAL DISTRIBUTOR**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

## MORE FOR YOUR STORE.

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 12/17/18

NET 7 DAYS

95750          150

INVOICES        449392
AMOUNTS      $97167.26
PICK UPS       449393

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 5851493 | 030p | 5851518 | 030p | 29798848 | 048p |
| 5851494 | 030p | 5851519 | 030p | 29798849 | 045p |
| 5851495 | 030p | 5851520 | 030p | 29798850 | 055p |
| 5851496 | 030p | 5851521 | 030p | 29798851 | 020p |
| 5851497 | 030p | 29798773 | 030p | | |
| 5851498 | 030p | 29798774 | 030p | | |
| 5851499 | 030p | 29798775 | 030p | | |
| 5851500 | 030p | 29798778 | 030p | | |
| 5851501 | 030p | 29798777 | 030p | | |
| 5851502 | 030p | 29798776 | 030p | | |
| 5851503 | 030p | 29798779 | 030p | | |
| 5851504 | 030p | 29798780 | 030p | | |
| 5851505 | 030p | 29798781 | 030p | | |
| 5851506 | 030p | 29798783 | 030p | | |
| 5851507 | 030p | 29798784 | 030p | | |
| 5851508 | 030p | 29798785 | 030p | | |
| 5851509 | 030p | 29798786 | 030p | | |
| 5851510 | 030p | 29798787 | 030p | | |
| 5851511 | 030p | 29798788 | 030p | | |
| 5851512 | 030p | 29798789 | 030p | | |
| 5851513 | 030p | 29798790 | 030p | | |
| 5851514 | 030p | 29798792 | 030p | | |
| 5851515 | 030p | 29798793 | 030p | | |
| 5851516 | 030p | 29798794 | 030p | | |
| 5851517 | 030p | 29798795 | 030p | | |

449394   449395   449396

| | VERIFY TODAY | ZONE 20 CIGS |
|---|---|---|
| | 4 | 29798736  019p |

51 Cases          4  Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| | 4 | | | | |

*NOTE Full CS deliveries are not in totes

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____

C/S CONF# OR LOG# _____

COMMENTS

A/R LOG# _____

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, will be assessed a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | |
|---|---|
| CIGARETTE CARTONS: | 159 |
| TOTAL CIGARETTES FOR STOP: | 1510 |
| TOTAL UNITS ALL TOBACCO: | 168 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 51 |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 |
| TOTAL CASES DELIVERED: | 55 |

ON LAST INV   5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

31763.3

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#. CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL. CUST is financially responsible for paying the amount within 30 days after invoice date.

MANIFEST

ROUTE: 1-42-005

FOR DELIVERY ON 12/17/18

NET 7 DAYS

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

MORE FOR YOUR STORE.

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
180

INVOICES     449397
AMOUNTS     $8021.019
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | ZONE 30 TOB |
|---|---|
| 5051522 030p | 29798799 030p |
| 5661523 030p | 29798800 030p |
| 6051524 030p | 29798801 030p |
| 6051525 030p | 29798802 030p |
| 5051526 030p | 29798803 030p |
| 5051527 030p | 29798804 030p |
| 5051528 030p | 29798805 030p |
| 5051529 030p | 29798806 030p |
| 5051530 030p | 29798808 030p |
| 5051531 030p | 29798809 030p |
| 5051532 030p | 29798810 030p |
| 5051533 030p | 29798811 030p |
| 5051534 030p | 29798812 030p |
| 5661535 030p | 29798813 030p |
| 5051536 030p | 29798814 030p |
| 5051537 030p | 29798815 030p |
| 5651538 030p | 29798817 030p |
| 5051539 030p | 29798818 030p |
| 5051540 030p | 29798819 030p |
| 5051541 030p | 29798820 030p |
| 5651542 030p | 29798821 030p |
| 5051543 030p | 29798822 030p |
| 6661544 030p |  |
| 5051545 030p |  |
| 29798798 030p |  |

47 Cases     9 Rd Tote

ZONE 20 CIGS: 054p, 054p, 054p, 044p, 030p, 040p, 040p, 040p, 040p, 002p

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 9 | 9 |  |  |  |  |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

COMMENTS

A/R LOG#          DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.     11100 HARRY HINES BLVD.     DALLAS, TX     75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1384 | Z.C.A |
| TOTAL CIGARETTE BOXES FOR STOP: | 1384 |  |
| TOTAL UNITS ALL TOBACCO: | 372 |  |
| TOTAL FRESH CASES: | 0 |  |
| TOTAL CIG CASES DELIVERED: | 47 |  |
| TOTAL REDIBLUE TOTES DELIVERED: | 9 |  |
| TOTAL CASES DELIVERED: | 56 |  |
| REDIBLUE TOTES RETURNED: |  | ON LAST INV |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#. C/S WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000706

**APP264**

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 1/07/19

NET 7 DAYS

JAN 0 9 20..

**IMPERIAL®**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

INVOICES          13969
AMOUNTS        $57,740.70
PICK UPS

LABELS:
ZONE 20

ZONE 20          ZONE 30
CIGS             TOB
6773934  030p    30274500  045p
6773935  030p    30274501  055p
6773936  030p
6773937  030p
6773938  030p
6773939  030p
6773940  030p
6773941  030p
6773942  030p
6773943  030p
6773944  030p
6773945  030p
6773946  030p
6773947  030p
6773948  030p
6773949  030p
6773950  030p
6773951  030p
30274431  030p
30274432  030p
30274433  030p
30274434  030p
30274435  030p
30274436  030p
30274437  030p
30274438  030p
30274439  030p
30274441  030p
30274442  030p
30274443  030p
30274444  030p
30274445  030p
30274446  030p
30274447  030p
30274448  030p
30274450  012b

36 Cases        2  Ret Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 2 | | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS                          Cust Initial

CIGARETTE CARTONS:           1062        2C.A
TOTAL CIGARETTES FOR STOP:   1062
TOTAL UNITS ALL TOBACCO:     100

TOTAL FRESH CASES:           0
TOTAL CIG CASES DELIVERED:   35
TOTAL REDBLUE TOTES DELIVERED:  2
TOTAL CASES DELIVERED:       38
REDBLUE TOTES RETURNED:

ON LAST INV        3

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000707

APP265

BOSSIER

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659 DALLAS, TX 75267-6659 1-800-341-7567

## MORE FOR YOUR STORE.

INVOICES 13970
AMOUNTS $73867.04
PICK UPS

LABELS:
ZONE 20
CIGS
6773952 030p
6773953 030p
6773834 030p
6773955 030p
5773956 030p
6773957 030p
6773958 030p
6773959 030p
6773959 030p
6773960 030p
6773961 030p
5773962 030p
6773963 030p
6773964 030p
6773965 030p
30274452 030p
30274453 030p
30274454 030p
30274455 030p
30274456 030p
30274457 030p
30274458 030p
30274459 030p
30274460 030p
30274462 030p
30274463 030p

ZONE 20
CIGS
30274464 030p
30274465 030p
30274466 030p
30274487 030p
30274466 030p
30274468 030p
30274469 030p
30274471 030p
30274472 030p
30274473 030p
30274474 030p
30274475 030p

ZONE 30
TOB
30274503 054p
30274504 054p
30274505 054p
30274506 054p
30274506 05p
30274508 054p
30274509 030p
30274510 054p
30274512 006p
30274539 004p

36 Cases     9 Rd Tote

## SHIP TO: A-Z WHOLESALE/WACO

95751      3630 S. I-35, EXIT 331
180        WACO, TX  76706
           254-662-2400

JAN 09 2019

HAR000708

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS
CIGARETTE CARTONS: 1080
TOTAL CIGARETTES FOR STOP: 1080
TOTAL UNITS ALL TOBACCO: 372

TOTAL FRESH CASES:
TOTAL CIG CASES DELIVERED: 0
TOTAL REDBLUE TOTES DELIVERED: 36
REDBLUE CASES DELIVERED: 9
TOTAL CASES DELIVERED: 45
TOTAL REDBLUE TOTES RETURNED:

ON LAST INV     4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 9 | 9 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG# 3,183,79

A/R LOG# _____   DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

APP266

HAR000709

**MANIFEST**

ROUTE: 3-42-004

FOR DELIVERY ON 1/02/19

NET 7 DAYS

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX 75229
972-484-1153

96750
150

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

INVOICES         10583
AMOUNTS       $32215.72
PICK UPS

LABELS:

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 6508641 | 030p | 30158114 | 030p | 30158158 | 047p |
| 6508642 | 030p | 30158115 | 028b | 30158159 | 055b |
| 6508843 | 030p | | | 30158160 | 023b |
| 6508844 | 030p | | | | |
| 6508845 | 030p | | | | |
| 6508646 | 030p | | | | |
| 6508647 | 030b | | | | |
| 6508648 | 030p | | | | |
| 6508849 | 030p | | | | |
| 6508650 | 030p | | | | |
| 6508651 | 030p | | | | |
| 6508652 | 030p | | | | |
| 30158100 | 030p | | | | |
| 30158101 | 030p | | | | |
| 30158102 | 030p | | | | |
| 30158103 | 030p | | | | |
| 30158104 | 030p | | | | |
| 30158105 | 030p | | | | |
| 30158106 | 030p | | | | |
| 30158107 | 030p | | | | |
| 30158108 | 030p | | | | |
| 30158110 | 030p | | | | |
| 30158111 | 030p | | | | |
| 30158112 | 030p | | | | |
| 30158113 | 030p | | | | |

27 Cases                3 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 3 | 3 | | | | |

*NOTE Full CS deliveries are not in totes

DRIVER RETURN FORM#

COMMENTS

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF'# OR LOG#

** the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount
**nd attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

~ INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**                                    Cust Initial

| | |
|---|---|
| CIGARETTE CARTONS: | 808 |
| TOTAL CIGARETTES FOR STOP: | 808 |
| TOTAL UNITS ALL TOBACCO: | 125 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 27 |
| TOTAL RED/BLUE TOTES DELIVERED: | 3 |
| TOTAL CASES DELIVERED: | 30 |
| RED/BLUE TOTES RETURNED: | ON LAST INV    4 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

**APP267**

HAR000710

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

## MORE FOR YOUR STORE.

BOSSIER

**MANIFEST**

ROUTE: 3-42-005

FOR DELIVERY ON  1/02/19

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES      10594
AMOUNTS    $64,300.37
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 6508853 | 030p | 30158162 | 057p |
| 6508854 | 030p | 30158163 | 039p |
| 6508855 | 030p | 30158164 | 055p |
| 6508856 | 030p | 30158165 | 048p |
| 6508857 | 030p | | |
| 6508858 | 030p | | |
| 6508859 | 030p | | |
| 6508860 | 030p | | |
| 6508861 | 030p | | |
| 6508862 | 030p | | |
| 6508863 | 030p | | |
| 6508864 | 050p | | |
| 6508865 | 030p | | |
| 6508866 | 030p | | |
| 30158117 | 030p | | |
| 30158118 | 030p | | |
| 30158119 | 030p | | |
| 30158120 | 030p | | |
| 30158121 | 030p | | |
| 30158122 | 030p | | |
| 30158123 | 030p | | |
| 30158124 | 030p | | |
| 30158125 | 030p | | |
| 30158126 | 030p | | |
| 30158127 | 030p | | |
| 30158128 | 030p | | |

33 Cases.          4 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| | DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|---|
| | 4 | | | | | |

*NOTE Full CS deliveries are not in totes

**DRIVER RETURN FORM/#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

A/R LOG# _____

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

COMMENTS _____

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @ 1-800-341-7567

**MANIFEST TOTALS**

| | | |
|---|---|---|
| CIGARETTE CARTONS: | 880 | |
| TOTAL CIGARETTES FOR STOP: | 980 | |
| TOTAL UNITS ALL TOBACCO: | 199 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 33 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 | |
| RED/BLUE TOTES RETURNED: | 37 | |
| ON LAST INV | 9 | |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST. WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
CUST. IS FINANCIALLY RESPONSIBLE FOR PAYING THE AMOUNT
DUE ON THE INVOICE(S) AS DELIVERED

## APP268

HAR000711

**IMPERIAL**®
SUPER REGIONAL DISTRIBUTOR

BOSSIER

**MANIFEST**

ROUTE: 3-42-004

FOR DELIVERY ON 12/26/18

NET 7 DAYS

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1153

95750
150

INVOICES      456217
AMOUNTS     $62816.49
PICK UPS*

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 6149239 030p | 30010332 030p | 30010383 045p |
| 6149240 030p | 30010333 030p | 30010384 091p |
| 6149241 030p | 30010334 030p | 30010385 056p |
| 6149242 030p | 30010336 030p | 30010386 004p |
| 6149243 030p | 30010337 030p | 30010422 002p |
| 6149244 030p | 30010338 030p | |
| 6149245 030p | 30010339 030p | |
| 6149246 030p | 30010340 008p | |
| 6149247 030p | | |
| 6149248 030p | | |
| 6149249 030p | | |
| 6149250 030p | | |
| 6149251 030p | | |
| 6149252 030p | | |
| 6149253 030p | | |
| 6149254 030p | | |
| 6149255 030p | | |
| 6149256 030p | | |
| 6149257 030p | | |
| 6149258 030p | | |
| 30010327 030p | | |
| 30010328 030p | | |
| 30010329 030p | | |
| 30010330 030p | | |
| 30010331 030p | | |

33 Cases       5 Rd Tote

DEC 28 2018

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS

| | | |
|---|---|---|
| CIGARETTE CARTONS: | | 966 |
| TOTAL CIGARETTES FOR STOP: | | 966 |
| TOTAL UNITS ALL TOBACCO: | | 158 |
| TOTAL FRESH CASES: | | 0 |
| TOTAL CIG CASES DELIVERED: | | 33 |
| TOTAL RED/BLUE TOTES DELIVERED: | | 5 |
| TOTAL CASES DELIVERED: | | 38 |
| RED/BLUE TOTES RETURNED: | | |
| ON LAST INV | | 4 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial _K.L.A._

CUSTOMER SIGNATURE X _Mendy Qx_   12/26/18

DRIVER SIGNATURE X

C/S CONF# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
CUST is financially responsible for paying the amount of invoice data, with a minimum charge of .50 per month.

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG#          DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice data, are subject to a finance charge of 1.5% per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP269**

**MANIFEST**

ROUTE: 3-42-005

FOR DELIVERY ON 12/26/18

NET 7 DAYS

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

BOSSIER

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES       455218
AMOUNTS     $45212.02
PICK UP'S

LABELS:
ZONE 20          ZONE 30
CIGS                TOB
6149259  030p    30010389  054p
6149260  030p    30010390  054p
6149261  050p    30010391  054p
6149262  030p    30010392  034p
6149263  030p    30010394  042p
6149264  030p
6149265  030p
6149266  030p
6149267  030p
30010342  030p
30010343  030p
30010344  030p
30010345  030p
30010346  030p
30010347  030p
30010348  030p
30010349  030p
30010350  030p
30010352  030p
30010353  030p
30010354  030p
30010355  030p
30010356  030p
30010357  030p

24 Cases        5 Rd Tote

DEC 2 8 2018

Clerk Initial  _R C A_

MANIFEST TOTALS
TOTAL CIGARETTE CARTONS:        720
TOTAL CIGARETTE CTNS FOR STOP:  720
TOTAL UNITS ALL TOBACCO:        228

TOTAL FRESH CASES:                0
TOTAL CIG CASES DELIVERED:       24
TOTAL CASES DELIVERED:            5
TOTAL CASES DELIVERED:           29
REDBLUE TOTES RETURNED:

ON LAST INV         9

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
|  | 5 |  |  |  |  |

*NOTE Pull CS deliveries are not in totes

CUSTOMER SIGNATURE  X _____

DRIVER SIGNATURE  X _____  Rico  12/18/13

C/S CONF# OR LOG#  317966

COMMENTS

A/R LOG#  _____  DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.  11100 HARRY HINES BLVD.    DALLAS, TX    75229

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000712

**APP270**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676650  DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1153

95750
150

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 1/14/19

NET 7 DAYS

INVOICES        18530
AMOUNTS    $69385.63
PICK UPS

LABELS;

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 7150611 030p | 30421670 030p | 30421728 057p |
| 7150612 030p | 30421672 030p | 30421729 054p |
| 7150613 030p | 30421673 030p | 30421730 054p |
| 7150614 030p | 30421674 030p | 30421731 054p |
| 7150615 030p | 30421675 030p | 30421733 054p |
| 7150616 030p | 30421676 030p | 30421734 056p |
| 7150617 030p | 30421677 011p | 30421736 055p |
| 7150618 030p | 30421678 030p | 30421737 031p |
| 7150619 030p | | 30421738 030p |
| 7150620 030p | | 30421739 018p |
| 7150621 030p | | 30421782 016p |
| 7150622 030p | | 30421783 016p |
| 7150623 030p | | |
| 7150624 030p | | |
| 7150625 030p | | |
| 7150626 030p | | |
| 7150627 030p | | |
| 30421662 030p | | |
| 30421663 030p | | |
| 30421664 030p | | |
| 30421665 030p | | |
| 30421666 030p | | |
| 30421667 030p | | |
| 30421668 030p | | |
| 30421669 030p | | |

33 Cases        12  Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 12 | 12 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____

C/S CONF# OR LOG#  318687

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS                                              Cust Initial
TOTAL CIGARETTE CARTONS:        971
TOTAL CIGARETTES FOR STOP:      971
TOTAL UNITS ALL TOBACCO:        498

TOTAL FRESH CASES:              0
TOTAL CIG CASES DELIVERED:     33
TOTAL REDBLUE TOTES DELIVERED: 12
TOTAL CASES DELIVERED:         45
RED/BLUE TOTES RETURNED:              ON LAST INV    2

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
CUST WILL BE financially responsible for paying the amount
of the invoice(s) for Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

JAN 16 2019

HAR000713

**APP271**

**MANIFEST**

ROUTE: 1-42-006

FOR DELIVERY ON 1/14/19

NET 7 DAYS

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
95751
160

3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

INVOICES          16531
AMOUNTS        $69196.02
PICK UPS

| LABELS: | | |
|---|---|---|
| ZONE 20 | ZONE 20 | ZONE 30 |
| CIGS | CIGS | TOB |
| 7150628 030p | 30421691 030p | 30421742 036p |
| 7150629 030p | 30421692 030p | 30421743 056p |
| 7150030 030p | 30421693 030p | 30421744 054p |
| 7150631 030p | 30421694 030p | 30421745 054p |
| 7150632 030p | 30421695 030p | 30421747 040p |
| 7150633 030p | 30421696 030p | 30421748 054p |
| 7150634 030p | 30421697 030p | 30421749 009p |
| 7150635 030p | 30421699 030p | 30421785 004p |
| 7150636 030p | 30421700 027p | |
| 7150637 030p | | |
| 7150638 030p | | |
| 7150639 030p | | |
| 7150040 030p | | |
| 7150041 030p | | |
| 7150842 030p | | |
| 30421680 030p | | |
| 30421681 030p | | |
| 30421682 030p | | |
| 30421683 030p | | |
| 30421684 030p | | |
| 30421685 030p | | |
| 30421686 030p | | |
| 30421687 030p | | |
| 30421688 030p | | |
| 30421690 030p | | |

34 Cases                     8 Rd Tote

JAN 16 2019

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| | 8 | | | | |

*NOTE Full CS deliveries are not in totes

| MANIFEST TOTALS | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 1017 |
| TOTAL CIGARETTES FOR STOP: | 1017 |
| TOTAL UNITS ALL TOBACCO: | 309 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 34 |
| TOTAL RED/BLUE TOTES DELIVERED: | 8 |
| TOTAL CASES DELIVERED: | 42 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV          9

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Cust Initial

COMMENTS _____

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# 21868

A/R LOG# _____  DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

ANY SHORT/OVER, DRIVER MUST CALL OS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

HAR000714

**APP272**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

| SHIP TO: | A-Z WHOLESALE/DALLAS |
| | 11100 HARRY HINES BLVD. |
| | DALLAS, TX  75229 |
| | 972-484-1153 |

95750
150

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 1/21/19

NET 7 DAYS

HAR000715

JAN 23 2019

INVOICES        22559
AMOUNTS    $57900.27
PICK UPS        22560

LABELS:
ZONE 20        ZONE 20        ZONE 30
CIGS             CIGS             TOB

7546566 030p    30586476 030p    30586523 054p
7546567 030p    30586477 030p    30586524 054p
7546568 030p    30586478 001p    30586625 054p
7546569 030p                     30586526 054p
7546570 030p                     30586528 055p
7546571 030b                     30586529 055p
7546572 030p                     30586530 041p
7546573 030p                     30586532 038p
30586457 030p
30586458 030p
30586459 030p
30586460 030p
30586461 030p
30586462 030p
30586463 030p
30586464 030p
30586465 030p
30586466 030p
30586467 030p
30586468 030p
30586469 030p
30586470 030p
30586471 030p
30586472 030p
30586473 030p
30586474 030p

28 Cases          8  Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 8 | 8 | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS                                    Cust Initls
TOTAL CIGARETTE CARTONS:        811          P.C.A
TOTAL CIGARETTES FOR STOP:      811
TOTAL UNITS ALL TOBACCO:        403

TOTAL FRESH CASES:                0
TOTAL CIG CASES DELIVERED:        28
TOTAL RED/BLUE TOTES DELIVERED:    8
RED/BLUE CASES RETURNED:          36     ON LAST INV    12

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS _____

A/R LOG# _____

DRIVER RETURN FORM#

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
C/S WILL NEED LOG# WHEN CALLING C/S AFTER DEL

**APP273**

**APP274**

HAR000716

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 1/21/19

NET 7 DAYS

JAN 23 2019

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

MORE FOR YOUR STORE.

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

INVOICES   22361
AMOUNTS   $51168.51
PICK UPS

LABELS;
ZONE 20
CIGS

ZONE 30
TOB

7546574 030p
7546575 030p
7546576 030p
7546577 030p
7546578 030p
7546579 030p
7546580 030p
7546581 030p
7546582 030p
30586480 030p
30586481 030p
30586482 030p
30586483 030p
30586484 030p
30586485 030p
30586486 030p
30586487 030p
30586488 030p
30586490 030p
30586491 030p
30586492 030p
30586493 030p
30585494 030p
30586495 04p

30586534 056p
30586535 056p
30586536 054p
30586537 042p
30586538 054p
30586539 054p
30586540 054p
30586541 040p
30586543 024p
30586575 002p

24 Cases

9 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 9 | | | | | |

*NOTE Full CS deliveries are ant in totes

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

COMMENTS

A/R LOG#

DRIVER RETURN FORM#
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS

| | Cust Initial |
|---|---|
| TOTAL CIGARETTE CARTONS: | 894 |
| TOTAL CIGARETTES FOR STOP: | 894 |
| TOTAL UNITS ALL TOBACCO: | 381 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 24 |
| TOTAL REDBLUE TOTES DELIVERED: | 9 |
| TOTAL CASES DELIVERED: | 33 |
| RED/BLUE TOTES RETURNED: | ON LAST INV  8 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

HAR000717

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 1/28/19

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/DALLAS
95750        11100 HARRY HINES BLVD.
150          DALLAS, TX  75229
             972-484-1153

INVOICES       27103
AMOUNTS        $7884482
PICK UPS       27104

LABELS:
ZONE 20      ZONE 20      ZONE 30
CIGS         CIGS         TOB

7929168 030p   30746745 030p   30748808 046p
7929187 030p   30748746 030p   30748809 056p
7929188 030p   30748747 030p   30748810 042p
7929189 030p   30748748 030p   30748846 001p
7929190 030p   30748749 030p
7929191 030p   30748750 030p
7929192 030p   30748761 030p
7929193 030p   30748753 030p
7929194 030p   30748754 030p
7929195 030p   30748755 030p
7929196 030p   30748756 030p
7929197 030p   30748757 030p
7929198 030p   30748758 030p
7929199 030p   30748759 030p
7929200 030p   30748760 030p
7929201 030p   30748762 019p
7929202 030p   30748763 030p
7929203 030p
7929204 030p
7929205 030p
7929206 030p
7929207 030p
7929208 030p
30746743 030p
30746744 030p

42 Cases          4 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 4 | | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

DRIVER RETURN FORM#

A/R LOG#

I acknowledge receipt of the product(s) listed on this above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust (Initial) |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1249 | |
| TOTAL CIGARETTES FOR STOP: | 1249 | |
| TOTAL UNITS ALL TOBACCO: | 144 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 42 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 | |
| TOTAL CASES DELIVERED: | 46 | |
| RED/BLUE TOTES RETURNED: | | |

ON LAST INV    8

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORTOVER, DRIVER MUST CALL C/S OR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

**APP275**

# IMPERIAL
## SUPER REGIONAL DISTRIBUTOR
### MORE FOR YOUR STORE.

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**MANIFEST**

ROUTE: 1-42-006

FOR DELIVERY ON 1/28/19

**NET 7 DAYS**

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751          160

INVOICES      27107
AMOUNTS       $61754.76
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB | |
|---|---|---|---|
| 7929209 030p | 30748778 030p | 30748812 054p | |
| 7929210 030p | 30748779 030p | 30748813 054p | |
| 7929211 030p | 30748780 030p | 30748814 058p | |
| 7929212 030p | 30748781 030p | 30748815 048p | |
| 7929213 030p | 30748782 030p | 30748817 062p | |
| 7929214 030p | 30748784 002p | 30748818 039p | |
| 7929215 030p | | | |
| 7929216 030p | | | |
| 7929217 030p | | | |
| 7929218 030p | | | |
| 7929219 030p | | | |
| 7929220 030p | | | |
| 7928221 030p | | | |
| 30748765 030p | | | |
| 30748766 030p | | | |
| 30748767 030p | | | |
| 30748768 030p | | | |
| 30748769 030p | | | |
| 30748770 030p | | | |
| 30748771 030p | | | |
| 30748772 030p | | | |
| 30748773 030p | | | |
| 30748775 030p | | | |
| 30748776 030p | | | |
| 30748777 030p | | | |

31 Cases          6 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED |
|---|---|---|---|---|
| | 6 | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS

A/R LOG# _____  DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 902 | |
| TOTAL CIGARETTES FOR STOP: | 902 | |
| TOTAL UNITS ALL TOBACCO: | 303 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 31 | |
| TOTAL REDBLUE TOTES DELIVERED: | 6 | |
| TOTAL CASES DELIVERED: | 37 | |
| REDBLUE TOTES RETURNED: | ON LAST INV | 9 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

HAR000718

**APP276**

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229
972-484-1163

95750
150

**MANIFEST**

**ROUTE: 1-42-004**

FOR DELIVERY ON 2/04/19

NET 7 DAYS

HAR000719

INVOICES        31987
AMOUNTS       $52434.50
PICK UPS

**LABELS:**

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 8384154 030p | 30930377 030p | 30930428 056p |
| 8384155 030p | 30930378 030p | 30930429 056p |
| 8384156 030p | 30930370 006p | 30930430 003p |
| 8384157 030p |  | 30930464 002p |
| 8384158 030p |  |  |
| 8384159 030p |  |  |
| 8384160 030p |  |  |
| 8384181 030p |  |  |
| 8384182 030p |  |  |
| 8384183 030p |  |  |
| 8384184 030p |  |  |
| 8384185 030p |  |  |
| 8384186 030p |  |  |
| 30930364 030p |  |  |
| 30930365 030p |  |  |
| 30930366 030p |  |  |
| 30930367 030p |  |  |
| 30930368 030p |  |  |
| 30930369 030p |  |  |
| 30930370 030p |  |  |
| 30930371 030p |  |  |
| 30930372 030p |  |  |
| 30930374 030p |  |  |
| 30930375 030p |  |  |
| 30930376 030p |  |  |

28 Cases        4 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 4 | 4 |  |  |  |  |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**        Cust Initial

| | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 816 |
| TOTAL CIGARETTES FOR STOP: | 816 |
| TOTAL UNITS ALL TOBACCO: | 116 |
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 28 |
| TOTAL RED/BLUE TOTES DELIVERED: | 4 |
| TOTAL CASES DELIVERED: | 32 |
| RED/BLUE TOTES RETURNED: | ON LAST INV   4 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

C/S CONF# OR LOG#

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL.

COMMENTS

A/R LOG#                **DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP277**

HAR000720

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

## MORE FOR YOUR STORE.

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
95750
150
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

INVOICES      96395
AMOUNTS   $73970.96
PICK UPS

**MANIFEST**

ROUTE: 1-42-004
FOR DELIVERY ON 2/11/19

NET 7 DAYS

LABELS:

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 8754553 | 030p | 31082544 | 030p | 31090606 | 054p |
| 8754554 | 030p | 31080548 | 030p | 31090607 | 042p |
| 8754555 | 030p | 31080547 | 030p | 31090608 | 054p |
| 8754556 | 030p | 31080548 | 030p | 31090609 | 055p |
| 8754557 | 030p | 31080649 | 030p | 31090611 | 032p |
| 8754558 | 030p | 31090650 | 030p | | |
| 8754559 | 030p | 31090551 | 030p | | |
| 8754560 | 030p | 31090552 | 030p | | |
| 8754561 | 030p | 31090553 | 030p | | |
| 8794562 | 030p | 31080565 | 030p | | |
| 8754563 | 030p | 31090558 | 030p | | |
| 8754564 | 030p | 31080567 | 030p | | |
| 8754565 | 030p | 31090558 | 017p | | |
| 8754566 | 030p | | | | |
| 8754567 | 030p | | | | |
| 8754568 | 030p | | | | |
| 8754569 | 030p | | | | |
| 31080537 | 030p | | | | |
| 31080537 | 030p | | | | |
| 31090538 | 030p | | | | |
| 31090538 | 030p | | | | |
| 31090539 | 030p | | | | |
| 31090540 | 030p | | | | |
| 31090541 | 030p | | | | |
| 31090542 | 030p | | | | |
| 31080543 | 030p | | | | |

38 Cases          5 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 5 | 5 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R/LOG# _____   DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the undersigned will be financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

C/S CONF# OR LOG# _____

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

### MANIFEST TOTALS

| | | |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 1127 | |
| TOTAL CIGARETTES FOR STOP: | 1127 | Cust Initial |
| TOTAL UNITS ALL TOBACCO: | 237 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 38 | |
| TOTAL REDBLUE TOTES DELIVERED: | 5 | |
| TOTAL CASES DELIVERED: | 43 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV    4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOGS  
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.  
CUST IS financially responsible for paying the amount

**APP278**

HAR000721

# IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

## MANIFEST

**ROUTE:** 1-42-005

FOR DELIVERY ON 2/11/19

NET 7 DAYS

INVOICES      36398
AMOUNTS       $69427.87
PICK UPS

LABELS:

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| | | 31090571 | 030p | 31080613 | 056p |
| 8754570 | 030p | 31090572 | 030p | 31080614 | 054p |
| 8754571 | 030p | 31090573 | 030p | 31080615 | 054p |
| 8754572 | 030p | 31090574 | 030p | 31080616 | 054p |
| 8754573 | 030p | 31090575 | 030p | 31080618 | 054p |
| 8754574 | 030p | 31090576 | 030p | 31080619 | 056p |
| 8754575 | 030p | 31090578 | 030p | 31080620 | 054p |
| 8754577 | 030p | 31090577 | 030p | 31090622 | 038p |
| 8754578 | 030p | 31090579 | 030p | | |
| 8754579 | 030p | | | | |
| 8754580 | 030p | | | | |
| 8754581 | 030p | | | | |
| 8754582 | 030p | | | | |
| 8754583 | 030p | | | | |
| 8754584 | 030p | | | | |
| 31090580 | 030p | | | | |
| 31090581 | 030p | | | | |
| 31090582 | 030p | | | | |
| 31090583 | 030p | | | | |
| 31090584 | 030p | | | | |
| 31090585 | 030p | | | | |
| 31090586 | 030p | | | | |
| 31090567 | 030p | | | | |
| 31090568 | 030p | | | | |
| 31090570 | 030p | | | | |

33 Cases          8 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
### Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | 8 | VERIFY TODAY | EMPTY TOTES | PICKUP *TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|---|

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

### MANIFEST TOTALS

| | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 890 | |
| TOTAL CIGARETTES FOR STOP: | 990 | |
| TOTAL UNITS ALL TOBACCO: | 410 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 33. | |
| TOTAL REDBLUE TOTES DELIVERED: | 8 | |
| TOTAL CASES DELIVERED: | 41 | |
| REDBLUE TOTES RETURNED: | | |
| ON LAST INV | 7 | |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORTOVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.
CUST IS financially responsible for paying the amount
listed below Is financially responsible for paying the amount
within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS _____

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

A/R LOG# _____

C/S CONF# OR LOG# 319 738

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on this document invoice(s) and by signing this document agree that the charges listed on the face
of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc.  All amounts not paid within 30 days after invoice date.

SOLD TO: A-Z WHOLESALERS, INC.    11100 HARRY HINES BLVD.    DALLAS, TX    75229

**MANIFEST**

ROUTE: 1-42-007

FOR DELIVERY ON 2/18/19

A.C.H.

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

SHIP TO: TOMMYS #30
114 SOUTH AVE. C
BLUM, TX  76627
254-874-5398

95627
580

INVOICES        40758
AMOUNTS       $5135.84
PICK UPS

LABELS:
ZONE 20
CIGS
31260731 030p
31260732 030p
31260733 009p

ZONE 30
TOB
31260811 041p
31260867 004p

ZONE 40
CANDY
31260902 010p

ZONE 50
GROC
31260930 009p
31260932 006p

ZONE 60
BULK
9152610
9152512
9152613
9152816
9152518

ZONE 90
FREEZER
31261002 007p
9151041 CS
9151059 002CS

3 Cases      2 Rd Tote      1 Bl Tote      2 Bl Tote      6 Cases      1 Box
                                                                        3 Cases

---

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 5 | | | | | |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**
| | Cust Initls |
|---|---|
| CIGARETTE CARTONS: | 63 |
| TOTAL CIGARETTES FOR STOP: | 63 |
| TOTAL UNITS ALL TOBACCO: | 45 |
| TOTAL FRESH CASES: | |
| TOTAL CIG CASES DELIVERED: | 0 |
| TOTAL REDBLUE TOTES DELIVERED: | 3 |
| TOTAL CASES DELIVERED: | 5 |
| REDBLUE TOTES RETURNED: | 17 |

ON LAST INV    15

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

CUSTOMER SIGNATURE X _____

DRIVER SIGNATURE X _____

ANY SHORT/OVER, DRIVER MUST CALL OS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING OS AFTER DEL.
CUST is financially responsible for paying the amount
listed below. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

COMMENTS _____

C/S CONF# OR LOG#

A/R LOG# _____

**DRIVER RETURN FORM#**

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: SWIFTY MART, LLC       P.O. BOX 2429       MAIL CR. TO OFFICE       GRANBURY, TX       76048

HAR000722

**APP280**

**MANIFEST**

ROUTE: 1-42-004

FOR DELIVERY ON 2/18/19

NET 7 DAYS

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

96750
150

INVOICES        40755
AMOUNTS      $53936.77
PICK UPS

LABELS:
ZONE 20          ZONE 20          ZONE 30
CIGS             CIGS             TOB

9151020  030p    31280780 030p    31280834 043p
9151021  030p    31280781 030p    31280835 057p
9151022  030p    31280783 002p    31280836 052p
9151023  030p                     31280837 010p
9151024  030p
9151025  030p
9161026  030p
9151027  030p
9151028  030p
9151029  030p
31280764 030p
31280765 030p
31280766 030p
31280767 030p
31280768 030p
31280769 030p
31280770 030p
31280771 030p
31280772 030p
31280774 030p
31280775 030p
31280776 030p
31280777 030p
31280778 030p
31280779 030p

20 Cases        4 Rd Tote

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS
CIGARETTE CARTONS:              812
TOTAL CIGARETTE STOP:           812
TOTAL UNITS ALL TOBACCO:        152

TOTAL FRESH CASES:              0
TOTAL CIG CASES DELIVERED:      28
TOTAL REDIBLUE TOTES DELIVERED: 4
TOTAL CASES DELIVERED:          32
REDIBLUE TOTES RETURNED:

ON LAST INV        5

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL. |
|---|---|---|---|---|---|
| 4 | 4 | | | | |

*NOTE Full CS deliveries are not in totes

CUSTOMER SIGNATURE X

DRIVER SIGNATURE X

COMMENTS

A/R LOG#                    DRIVER RETURN FORM#              C/S CONF#  OR  LOG#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX        75229

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOSS
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL
Cust Initial

HAR000723

**APP281**

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

P.O. BOX 67659  DALLAS, TX 75267-6659  1-800-341-7567

BOSSIER

**MANIFEST**

ROUTE: 1-42-005
FOR DELIVERY ON 2/25/19

NET 7 DAYS

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229
972-484-1153

95750
150

FEB 27 2019

INVOICES          45246
AMOUNTS       $71912.55
PICK UPS

**LABELS:**

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 9544283 030p | 31445241 030p | 31445299 045p |
| 9544284 030p | 31445242 030p | 31445300 048p |
| 9544285 030p | 31445243 030p | 31445301 052p |
| 9544286 030p | 31445244 030p | |
| 9544287 030p | 31445245 030p | |
| 9544288 030p | 31445246 030p | |
| 9544289 030p | 31445247 030p | |
| 9544290 030p | 31445248 030p | |
| 9544291 030p | 31445250 030p | |
| 9544292 030p | 31445251 030p | |
| 9544293 030p | 31445252 030p | |
| 9544294 030p | 31445253 020p | |
| 9544285 030p | | |
| 9544296 030p | | |
| 9544297 030p | | |
| 9544298 030p | | |
| 31445231 030p | | |
| 31445232 030p | | |
| 31445233 030p | | |
| 31445234 030p | | |
| 31445235 030p | | |
| 31445236 030p | | |
| 31445237 030p | | |
| 31445238 030p | | |
| 31445239 030p | | |

37 Cases          3 Rd Tote

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| | VERIFY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INT. |
|---|---|---|---|---|---|
| DELIVERED TODAY | 3 | | | | |

*NOTE Full CS deliveries are not in totes

COMMENTS _____

A/R LOG# _____   DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO:  A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

CUSTOMER SIGNATURE  X _____

DRIVER SIGNATURE _____

C/S CONF# OR LOG# _____

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 1100 | |
| TOTAL CIGARETTES FOR STOP: | 1100 | |
| TOTAL UNITS ALL TOBACCO: | 145 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 37 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 3 | |
| TOTAL CASES DELIVERED: | 40 | |
| RED/BLUE TOTES RETURNED: | | |
| | ON LAST INV | 4 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

ANY SHORT/OVER, DRIVER MUST CALL OUR OIB FOR LOG#. CUST WILL NEED LOG# WHEN CALLING OIB AFTER DEL.

HAR000724

**APP282**

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR
**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXT. 331
WACO, TX   76706
254-662-2400

95751
160

**MANIFEST**

**ROUTE:** 1-42-006

FOR DELIVERY ON 2/25/19

NET 7 DAYS

INVOICES        45247
AMOUNTS     $68800.34
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 9544299 030p | 31445266 030p | 31445303 056p |
| 9544300 030p | 31445267 030p | 31445304 054p |
| 9544301 030p | 31445268 030p | 31445305 046p |
| 9544302 030p | 31445269 030p | 31445306 054p |
| 9544303 030p | 31445270 030p | 31445308 039p |
| 9544304 030p | 31445271 030p | 31445309 051p |
| 9544305 030o | 31445272 030p | 31445310 031p |
| 9544306 030o | 31445274 030p | |
| 9544307 030p | 31445275 002p | |
| 9544308 030p | | |
| 9544309 030p | | |
| 9544310 030p | | |
| 9544311 030p | | |
| 9544312 030p | | |
| 9544313 030p | | |
| 31445255 030p | | |
| 31445256 030p | | |
| 31445257 030p | | |
| 31445258 030p | | |
| 31445259 030p | | |
| 31445260 030p | | |
| 31445261 030p | | |
| 31445262 030p | | |
| 31445263 030p | | |
| 31445265 030p | | |

34 Cases         7 Rd Tote

FEB 27 2019

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|
| 7 | | | | | |

*NOTE Full CS deliveres are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

MANIFEST TOTALS

| | | Qty Initial |
|---|---|---|
| CIGARETTE CARTONS: | 992 | |
| TOTAL CIGARETTES FOR STOP: | 992 | |
| TOTAL UNITS ALL TOBACCO: | 331 | |
| TOTAL FRESH CASES: | | |
| TOTAL CIG CASES DELIVERED: | 0 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 34 | |
| TOTAL CASES DELIVERED: | 7 | |
| RED/BLUE TOTES RETURNED: | 41 | |

ON LAST INV   9

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

COMMENTS _____

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____

C/S CONF# OR LOG# _____

A/R LOG# _____   **DRIVER RETURN FORM#**
I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL.

HAR000725

**APP283**

HAR000726

# IMPERIAL.
**SUPER REGIONAL DISTRIBUTOR**

**MORE FOR YOUR STORE.**

P.O. BOX 676659   DALLAS, TX 75267-6659   1-800-341-7567

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
85750
11100 HARRY HINES BLVD.
DALLAS, TX   75229
150   972-484-1153

**MANIFEST**

ROUTE: 1-42-005

FOR DELIVERY ON 3/04/19

NET 7 DAYS

| INVOICES | 50049 | |
| AMOUNTS | $69472.08 | |
| PICK UPS | 50050 | 50051 |

**LABELS:**

| ZONE 20 CIGS | | ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|---|---|
| 6943309 | 030p | 31635469 | 030p | 31635551 | 057p |
| 6943310 | 030p | 31635490 | 030p | 31635552 | 045p |
| 6943311 | 030p | 31635491 | 030p | 31635653 | 051p |
| 6943312 | 030p | 31635492 | 030p | 31635555 | 057p |
| 6943313 | 030p | 31635493 | 030p | 31635556 | 045p |
| 6943314 | 030p | 31635495 | 030p | 31635557 | 054p |
| 6943315 | 030p | 31635496 | 007p | 31635558 | 038p |
| 6943316 | 030p | | | 31635560 | 057p |
| 6943317 | 030p | | | 31635561 | 052p |
| 6943318 | 030p | | | 31635562 | 045p |
| 6943319 | 030p | | | | |
| 6943320 | 030p | | | | |
| 6943321 | 030p | | | | |
| 31635478 | 030p | | | | |
| 31635477 | 030p | | | | |
| 31635478 | 030p | | | | |
| 31635479 | 030p | | | | |
| 31635480 | 030p | | | | |
| 31635481 | 030p | | | | |
| 31635482 | 030p | | | | |
| 31635483 | 030p | | | | |
| 31635484 | 030p | | | | |
| 31635486 | 030p | | | | |
| 31635487 | 030p | | | | |
| 31635488 | 030p | | | | |

32 Cases          10 Rd Tote

## MANIFEST TOTALS
| | |
|---|---|
| TOTAL CIGARETTE CARTONS: | 937 |
| TOTAL CIGARETTE FOR STOP: | 937 |
| TOTAL UNITS ALL TOBACCO: | 514 |

Cust Initial

| | |
|---|---|
| TOTAL FRESH CASES: | 0 |
| TOTAL CIG CASES DELIVERED: | 32 |
| TOTAL RED/BLUE TOTES DELIVERED: | 10 |
| TOTAL CASES DELIVERED: | 42 |
| RED/BLUE TOTES RETURNED: | |

ON LAST INV   3

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

**IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567**

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOSS
C/S WILL NEED LOG# WHEN CALLING C/S AFTER DEL
is financially responsible for paying the amount
listed below. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST. INT. |
|---|---|---|---|---|---|
| 10 | | | | | |

*NOTE Full CS deliveries are not in totes

**CUSTOMER SIGNATURE X**

**DRIVER SIGNATURE X** 320,562

COMMENTS _____

C/S CONF# OR LOG# _____

A/R LOG# _____   DRIVER RETURN FORM# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

**APP284**

**BOSSIER**

# IMPERIAL
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659 DALLAS, TX 75267-6659   1-800-341-7567

## MORE FOR YOUR STORE.

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

95751
160

**MANIFEST**

**ROUTE: 1-42-006**
FOR DELIVERY ON 3/04/19

NET 7 DAYS

HAR000727

INVOICES   50052
AMOUNTS   $70853.64
PICK UPS

LABELS:
ZONE 20
CIGS

| ZONE 20 CIGS | | ZONE 30 TOB | |
|---|---|---|---|
| 9948322 | 030p | 31635565 | 038p |
| 9948323 | 030p | 31635566 | 057p |
| 9948324 | 030p | 31635567 | 054p |
| 9948325 | 030p | 31635568 | 048p |
| 9948326 | 030p | 31635570 | 054p |
| 9948327 | 030p | 31635571 | 060p |
| 9948328 | 030p | 31635572 | 030p |
| 9948329 | 030p | 31635574 | 036p |
| 9948330 | 030p | 31635575 | 050p |
| 9948331 | 030p | 31635576 | 024p |
| 31635488 | 030p | | |
| 31635489 | 030p | | |
| 31635500 | 030p | | |
| 31635501 | 030p | | |
| 31635502 | 030p | | |
| 31635503 | 030p | | |
| 31635504 | 030p | | |
| 31635505 | 030p | | |
| 31635506 | 030p | | |
| 31635508 | 030p | | |
| 31635509 | 030p | | |
| 31635510 | 030p | | |
| 31635511 | 030p | | |
| 31635512 | 030p | | |

33 Cases          10 Rd Tote

## Driver/Customer must verify # of Totes Delivered/Returned
Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST |
|---|---|---|---|---|---|
| 10 | 10 | | | | INT'L |

*NOTE Full CS deliveries are not in totes

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

| MANIFEST TOTALS | | Cust Initial |
|---|---|---|
| TOTAL CIGARETTE CARTONS: | 982 | |
| TOTAL CIGARETTES FOR STOP: | 982 | |
| TOTAL UNITS ALL TOBACCO: | 441 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 33 | |
| TOTAL REDBLUE TOTES DELIVERED: | 10 N | |
| TOTAL CASES DELIVERED: | 43 | |
| REDBLUE TOTES RETURNED: | | |

ON LAST INV          7

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

COMMENTS

**CUSTOMER SIGNATURE** X

**DRIVER SIGNATURE** X

C/S CONF# OR LOG#   320564

A/R LOG#

DRIVER RETURN FORM#

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below  is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

ANY SHORT/OVER, DRIVER MUST CALL CS FOR LOG#
CUST WILL NEED LOG# WHEN CALLING CS AFTER DEL

APP285

01/04/2017   26081   $9,887.91

01/05/2017   26082   $42,616.86

01/06/2017   26083   $42,616.86



01/06/2017   26084   $42,616.88



01/09/2017   26085   $46,641.61

HAZ 000001

# APP286



01/10/2017   26106   $37,184.25

01/11/2017   26107   $37,184.25



01/12/2017   26108   $37,184.25

01/13/2017   26109   $42,722.41

HAZ 000002

**APP287**



HAZ 000003

**APP288**



01/20/2017    26150    $45,695.88



01/18/2017    26151    $39,781.43



01/19/2017    26152    $39,781.43



01/23/2017    26153    $39,781.43

HAZ 000004

# APP289



01/25/2017   26169   $9,592.25

01/26/2017   26170   $39,781.43

01/27/2017   26171   $39,781.43

01/30/2017   26172   $39,781.43

01/31/2017   26173   $45,710.31

HAZ 000005

**APP290**



02/02/2017   26201   $37,607.87



02/03/2017   26202   $37,607.87



02/06/2017   26203   $37,607.87

HAZ 000006

**APP291**



HAZ 000007

**APP292**



02/09/2017   26222   $44,196.98

02/10/2017   26223   $44,196.98

02/13/2017   26224   $44,196.97

02/14/2017   26225   $46,473.64

02/15/2017   26226   $26,614.47

HAZ 000008

**APP293**

HAZ 000009



**APP294**

HAZ 000010

**APP295**



02/21/2017   26288   $37,645.44



02/22/2017   26289   $37,645.44



02/22/2017   26290   $37,645.47

HAZ 000011

**APP296**



02/24/2017    26302    $37,128.00



02/27/2017    26303    $37,128.00

02/28/2017    26304    $37,128.00

HAZ 000012

# APP297



03/03/2017   26337   $39,699.49

03/06/2017   26338   $39,699.49

03/07/2017   26339   $39,699.49

03/08/2017   26340   $39,699.49

HAZ 000013

**APP298**

HAZ 000014



**APP299**



03/10/2017    26367    $35,000.00

03/13/2017    26368    $35,000.00

03/14/2017    26369    $35,000.00

03/15/2017    26370    $35,192.59

HAZ 000015

**APP300**

HAZ 000016

03/20/2017   26393   $39,004.87



03/17/2017   26392   $36,451.02



03/16/2017   26391   $37,285.82



**APP301**

HAZ 00017

**APP302**



03/23/2017   26417   $33,000.00



03/24/2017   26418   $33,000.00



03/27/2017   26419   $33,412.93

HAZ 000018

**APP303**



HAZ 000019

**APP304**

HAZ 000020



**APP305**



04/03/2017   26472   $37,000.00





04/04/2017   26473   $37,000.00

04/04/2017   26474   $38,325.22

HAZ 000021

**APP306**



04/06/2017 30008 $37,518.96

04/07/2017 30009 $37,518.96

04/10/2017 30010 $37,518.96

04/11/2017 30011 $37,518.96

04/12/2017 30012 $37,518.96

HAZ 000022

**APP307**

HAZ 000023



**APP308**



04/14/2017   30032   $34,800.00

04/17/2017   30033   $34,800.00

04/18/2017   30034   $34,800.00

04/18/2017   30035   $34,796.57

HAZ 000024

**APP309**

04/19/2017   30059   $28,696.06



04/24/2017   30060   $28,686.06



04/24/2017   30061   $28,696.05

HAZ 000025

**APP310**



HAZ 000026

**APP311**



HAZ 000027

**APP312**

HAZ 000028





**APP313**



05/01/2017    30089    $32,452.65



05/01/2017    30090    $32,452.65



05/01/2017    30091    $32,452.66

HAZ 000029

**APP314**



HAZ 000030

**APP315**

05/03/2017   30123   $14,713.31



05/04/2017   30124   $36,045.90



05/05/2017   30125   $36,045.90



05/09/2017   30126   $36,045.91



05/08/2017   30127   $47,311.52

HAZ 000031

**APP316**



05/24/2017   30160   $23,894.96

05/11/2017   30161   $35,033.57

05/12/2017   30162   $35,033.57

05/15/2017   30163   $35,033.58

05/16/2017   30164   $30,188.51

HAZ 000032

# APP317



05/17/2017   30192   $30,671.02

05/23/2017   30193   $38,961.18

05/18/2017   30194   $39,590.38

05/19/2017   30195   $39,590.38

05/22/2017   30196   $39,590.38

HAZ 000033

**APP318**





05/30/2017   30232   $44,227.56

05/25/2017   30234   $36,367.11



05/26/2017   30235   $36,367.11

05/30/2017   30236   $36,367.11

HAZ 000034

**APP319**

HAZ 000035



**APP320**

HAZ 000036



06/07/2017   30278   $35,441.85



06/08/2017   30279   $35,441.85



06/09/2017   30280   $35,441.86



06/12/2017   30281   $35,441.85



06/12/2017   30282   $35,441.84

HAZ 000037

**APP322**

HAZ 000038

**APP323**



06/16/2017    30320    $34,422.79

06/16/2017    30321    $34,422.79

06/20/2017    30322    $34,422.77

HAZ 000039

# APP324

06/21/2017   30354   $34,934.37



06/22/2017   30355   $34,934.37



06/23/2017   30356   $34,934.38



06/26/2017   30357   $34,934.38



06/27/2017   30358   $35,141.60

APP325

HAZ 000040



06/28/2017   30375   $31,092.85

06/29/2017   30376   $31,092.86

06/30/2017   30377   $31,092.86



HAZ 000041

**APP326**



HAZ 000042

**APP327**

07/06/2017    30394    $32,039.70



07/07/2017    30395    $32,039.70



07/10/2017    30396    $32,039.70



07/11/2017    30397    $32,039.69

HAZ 000043

**APP328**

HAZ 000044



**APP329**

HAZ 000045



07/17/2017   30420   $41,122.06

07/18/2017   30421   $41,122.08

# APP330



07/19/2017    30449    $15,749.12

07/19/2017    30450    $33,781.38

07/20/2017    30451    $33,781.38

07/21/2017    30452    $33,781.38

HAZ 000046

**APP331**



HAZ 000047

**APP332**

HAZ 000048



**APP333**



**APP334**

A-Z WHOLESALERS, INC.
A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-484-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30475

07/27/17

PAY TO THE ORDER OF Imperial Super Regional Distributor

$ 33,085 17/100

Thirty-three Thousand Eighty-five & 17/100 only — DOLLARS

Imperial Super Regional Distributor

MEMO Invoice # 7357 dated 07-14-2017

⑈030475⑈ ⑆111025123⑆ 7867351⑈

07/31/2017 30475 $33,085.17

A-Z WHOLESALERS, INC.
A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-484-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30476

07-25-17

PAY TO THE ORDER OF Imperial Super Regional Distributor

$ 33,085 17/100

Thirty-three Thousand Eighty-five & 17/100 only — DOLLARS

Imperial Super Regional Distributor

MEMO Invoice # 7377 dated 07-21-2017

⑈030476⑈ ⑆111025123⑆ 7867351⑈

07/27/2017 30476 $33,085.17

A-Z WHOLESALERS, INC.
A-Z WHOLESALE (PURCHASING ACCOUNT)
PH 972-484-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75229

30478

07-26-17

PAY TO THE ORDER OF Imperial Super Regional Distributor

$ 43,622 64/100

Forty-three Thousand Six Hundred Twenty-two & 64/100 only — DOLLARS

Imperial Super Regional Distributor

MEMO Invoice # 7563 dated 07-17-2017

⑈030478⑈ ⑆111025123⑆ 7867351⑈

07/28/2017 30478 $43,622.64

HAZ 000049

08/10/2017   30552   $25,701.35

08/10/2017   30553   $25,701.35

08/11/2017   30554   $25,701.36

08/14/2017   30555   $25,701.36

08/15/2017   30556   $25,701.37

HAZ 000050

# APP335

08/16/2017   30001   $28,281.40

08/17/2017   30002   $28,281.41

08/18/2017   30583   $32,913.67

08/21/2017   30584   $32,913.67

08/22/2017   30585   $32,913.67

HAZ 000051

# APP336



HAZ 000052

**APP337**



08/23/2017   30618   $25,657.71

08/24/2017   30619   $25,657.71

08/25/2017   30620   $33,182.89

08/28/2017   30621   $33,182.90

08/29/2017   30622   $33,182.90

HAZ 000053

**APP338**

HAZ 000054



**APP339**



09/01/2017   30655   $32,572.71





09/05/2017   30656   $24,992.65



09/05/2017   30657   $24,992.66

HAZ 000055

**APP340**



09/07/2017    30675    $24,332.48

09/08/2017    30676    $39,651.96

09/11/2017    30677    $39,651.97

09/12/2017    30678    $39,651.97

HAZ 000056

# APP341

HAZ 000057



09/13/2017   30725   $24,165.42

09/14/2017   30726   $24,185.43

**APP342**



09/15/2017   30727   $33,030.26

09/18/2017   30728   $33,030.26

09/19/2017   30729   $33,030.27

HAZ 000058

**APP343**



09/25/2017   30757   $33,188.16



09/20/2017   30758   $33,188.16



09/21/2017   30759   $33,188.16

HAZ 000059

**APP344**



HAZ 000060

**APP345**

HAZ 000061



**APP346**

HAZ 000062



**APP347**



10/05/2017   30836   $34,461.02

10/06/2017   30837   $34,461.02

10/10/2017   30838   $34,461.01

10/11/2017   30839   $34,461.01

HAZ 000063

**APP348**

A-Z WHOLESALERS, INC.
(dba A-Z WHOLESALE INTERCHANGE ACCOUNT)
PH 972-456-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75038

30858

10/20/2017

PAY TO THE ORDER OF  MEGA WHOLESALES                          $ **14,993.85

Fourteen Thousand Nine Hundred Ninety-Three and 85/100                DOLLARS

MEGA WHOLESALES
2082, BRENNER DRIVE
DALLAS TX 76220

MEMO  INVOICE # 218820 DATED 09-29-2017

#218813   ⑈030858⑈ ⑆111025123⑈   7867351⑈

**10/24/2017   30858   $14,993.85**

---

A-Z WHOLESALERS, INC.
(dba A-Z WHOLESALE INTERCHANGE ACCOUNT)
PH 972-456-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75038

30859

10/10/2017

PAY TO THE ORDER OF  IMPERIAL SUPER REGIONAL DISTRIBUTORS         $ **41,598.16

Forty-One Thousand Five Hundred Ninety-Eight and 16/100                DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

MEMO  INVOICE # 125509 PART DATED 07-10-2017

⑈030859⑈ ⑆111025123⑈   7867351⑈

**10/12/2017   30859   $41,598.16**

---

A-Z WHOLESALERS, INC.
(dba A-Z WHOLESALE INTERCHANGE ACCOUNT)
PH 972-456-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75038

30860

10/11/2017

PAY TO THE ORDER OF  IMPERIAL SUPER REGIONAL DISTRIBUTORS         $ **41,598.16

Forty-One Thousand Five Hundred Ninety-Eight and 16/100                DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

MEMO  INVOICE # 125509 PART DATED 07-10-2017

⑈030860⑈ ⑆111025123⑈   7867351⑈

**10/13/2017   30860   $41,598.16**

---

A-Z WHOLESALERS, INC.
(dba A-Z WHOLESALE INTERCHANGE ACCOUNT)
PH 972-456-1153
11100 HARRY HINES BLVD
DALLAS, TX 75229

ONE WORLD BANK
DALLAS, TX 75038

30861

10/12/2017

PAY TO THE ORDER OF  IMPERIAL SUPER REGIONAL DISTRIBUTORS         $ **41,598.16

Forty-One Thousand Five Hundred Ninety-Eight and 16/100                DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELM WOOD LA-70123

MEMO  INVOICE # 125509 FINAL & 125510 PART DATED

⑈030861⑈ ⑆111025123⑈   7867351⑈

**10/16/2017   30861   $41,598.16**

HAZ 000064

**APP349**



10/17/2017   30862   $41,598.17

HAZ 000065

**APP350**

10/18/2017   30888   $34,911.08



10/19/2017   30889   $34,911.08



10/20/2017   30890   $34,911.08



10/23/2017   30891   $34,911.09

HAZ 000066

**APP351**

HAZ 000067





**APP352**



10/25/2017   30929   $34,713.79

10/26/2017   30930   $34,713.79

10/27/2017   30931   $34,713.79

HAZ 000068

**APP353**

HAZ 000069



**APP354**

HAZ 000070

**APP355**



11/05/2017   30967   $32,654.00

11/02/2017   30968   $32,654.00

11/03/2017   30969   $32,654.00

11/06/2017   30970   $32,654.00

HAZ 000071

# APP356



HAZ 000072

**APP357**



11/08/2017   31001   $35,794.25

11/09/2017   31002   $35,794.25

11/10/2017   31003   $35,794.25

11/13/2017   31004   $35,794.25

11/14/2017   31005   $35,794.26

HAZ 000073

**APP358**



11/16/2017   31028   $34,106.61

11/16/2017   31029   $34,106.61



11/17/2017   31030   $34,106.61

HAZ 000074

**APP359**



11/20/2017   31031   $34,106.62

11/21/2017   31032   $34,106.61

11/27/2017   31033   $42,883.94

11/27/2017   31034   $42,883.94

11/27/2017   31035   $42,883.94

11/28/2017   31036   $42,883.94

HAZ 000075

**APP360**

11/30/2017   31038   $35,911.82

11/29/2017   31037   $35,911.82

HAZ 000076

**APP361**

HAZ 000077



**APP362**



HAZ 000078

**APP363**

**APP364**

A-Z WHOLESALERS, INC.

31115

12/6/2017

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,757.67

Thirty Seven Thousand Seven Hundred Fifty-Seven and 67/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO: INVOICE # 15744 DATED 09-04-2017

⑈031115⑈ ⑆111025123⑆ 7867351⑈

12/06/2017 31115 $37,757.67

A-Z WHOLESALERS, INC.

31116

12/5/2017

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,757.67

Thirty Seven Thousand Seven Hundred Fifty-Seven and 67/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO: INVOICE # 15744 DATED 09-04-2017

⑈031116⑈ ⑆111025123⑆ 7867351⑈

12/07/2017 31116 $37,757.67

A-Z WHOLESALERS, INC.

31117

12/6/2017

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS $ **37,757.67

Thirty Seven Thousand Seven Hundred Fifty-Seven and 67/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO: INVOICE # 15744 DATED 09-04-2017

⑈031117⑈ ⑆111025123⑆ 7867351⑈

12/08/2017 31117 $37,757.67

HAZ 000080



**APP365**



12/13/2017    31140    $36,415.51

12/14/2017    31141    $36,415.51

12/15/2017    31142    $36,415.51

12/18/2017    31143    $36,415.51

HAZ 000081

# APP366

HAZ 000082



**APP367**



12/20/2017   31180   $39,853.58

12/21/2017   31181   $39,853.58

12/22/2017   31182   $39,853.58

12/26/2017   31183   $39,853.58

12/27/2017   31184   $39,853.59

HAZ 000083

**APP368**

HAZ 000084



**12/28/2017   31212   $33,557.51**

**12/29/2017   31213   $33,557.51**

HAZ 000085



APP370

A-Z WHOLESALERS, INC.
(ABC WHOLESALE PURCHASING ACCOUNT)
For U7th4N119
11120 HARRY HINES BLVD
DALLAS, TX 75229

01/04/2018          31246          $36,448.32

PAY TO THE ORDER OF: IMPERIAL SUPER REGIONAL DISTRIBUTORS

Thirty-Six Thousand Four Hundred Forty Eight and 32/100

IMPERIAL SUPER REGIONAL DISTRIBUTORS
M.J EDWARDS AVENUE
ELMWOOD LA 70123
INVOICE #176123 (PART DATED 10-03-2017

31246

HAZ 000086

**APP371**



01/05/2018   31247   $34,402.97

01/08/2018   31248   $33,873.19

01/09/2018   31249   $33,982.97

HAZ 000087

**APP372**

01/11/2018   31264   $39,823.86

A-Z WHOLESALERS, INC.

IMPERIAL SUPER REGIONAL DISTRIBUTORS

Thirty Nine Thousand Eight Hundred Twenty-Three and 86/100

31264

HAZ 000088

**APP373**



01/12/2018   31265   $39,823.87

01/16/2018   31266   $39,823.87

01/17/2018   31267   $45,496.89

HAZ 000089

# APP374

HAZ 000090



**APP375**

HAZ 000091



**APP376**

HAZ 000092



**APP377**



01/26/2018   31325   $34,695.61

01/29/2018   31326   $34,695.61

01/30/2018   31327   $34,695.61

HAZ 000093

**APP378**

HAZ 000094



**APP379**

02/01/2018   31342   $25,728.73



02/02/2018   31343   $25,728.73



02/05/2018   31344   $25,728.73



02/06/2018   31345   $25,728.74

HAZ 000095

**APP380**



02/08/2018    31368    $28,995.59

02/08/2018    31369    $28,995.59

02/09/2018    31370    $39,369.13

02/12/2018    31371    $39,369.13

HAZ 000096

# APP381



HAZ 000097

**APP382**

A-Z WHOLESALERS, INC.
(A-Z WHOLESALE (PURCHASING ACCOUNT))
PH: 972-484-1151
11250 HARRY HINES BLVD
DALLAS, TX 75229

One Hundred South
DALLAS, TX 75221
31-1/1110

PAY TO THE
ORDER OF    FEDERAL SUPER REGIONAL DISTRIBUTORS

Thirty-Seven Thousand Two Hundred Fifty-Seven and 04/100 *************

FEDERAL SUPER REGIONAL DISTRIBUTORS
705 EDWARDS AVENUE
ELK WOOD LA 70123

INVOICE # 136903 PART DATED 11-08-2017

$ **37,257.04

31385

02/14/2018   31385   $37,257.04

HAZ 000098

**APP383**



HAZ 000099

A-Z WHOLESALERS, INC.
DBA A-Z WHOLESALE (PURCHASING ACCOUNT)
11980 HARRY HINES BLVD
DALLAS TX 75229

31386

2/15/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $**37,257.04

Thirty-Seven Thousand Two Hundred Fifty-Seven and 04/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196503 PART DATED 11-05-2017

02/16/2018 31386 $37,257.04

A-Z WHOLESALERS, INC.
DBA A-Z WHOLESALE (PURCHASING ACCOUNT)
11980 HARRY HINES BLVD
DALLAS TX 75229

31387

2/14/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $**37,257.05

Thirty-Seven Thousand Two Hundred Fifty-Seven and 05/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196503-FINAL # 196607 PART DATED

02/16/2018 31387 $37,257.05

A-Z WHOLESALERS, INC.
DBA A-Z WHOLESALE (PURCHASING ACCOUNT)
11980 HARRY HINES BLVD
DALLAS TX 75229

31388

2/15/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $**37,257.05

Thirty-Seven Thousand Two Hundred Fifty-Seven and 05/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196607-PART DATED 11-05-2017

02/20/2018 31388 $37,257.05

A-Z WHOLESALERS, INC.
DBA A-Z WHOLESALE (PURCHASING ACCOUNT)
11980 HARRY HINES BLVD
DALLAS TX 75229

31389

2/16/2018

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $**37,257.05

Thirty-Seven Thousand Two Hundred Fifty-Seven and 05/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 196607-FINAL DATED 11-05-2017

02/21/2018 31389 $37,257.05

02/22/2018   31415   $35,932.97

02/23/2018   31416   $35,932.97

02/26/2018   31417   $35,932.97

02/27/2018   31418   $35,932.98

HAZ 000100

**APP385**

HAZ 000101



**APP386**



03/02/2018   31441   $35,699.28

03/05/2018   31442   $35,699.28

03/06/2018   31443   $35,699.29

HAZ 000102

**APP387**



03/07/2018   31480   $35,571.59

03/08/2018   31481   $35,571.59

03/09/2018   31482   $35,571.59

04/12/2018   31483   $35,571.60

HAZ 000103

**APP388**

HAZ 000104



**APP389**



03/14/2018   31500   $33,812.64

03/15/2018   31501   $33,812.64

03/16/2018   31502   $33,812.64

03/19/2018   31503   $33,812.65

HAZ 000105

**APP390**



HAZ 000106

**APP391**



03/28/2018   31534   $14,943.60

03/23/2018   31535   $32,934.03

03/27/2018   31536   $32,934.03

03/28/2018   31550   $35,723.52

03/29/2018   31551   $35,723.52

HAZ 000107

**APP392**

HAZ 000108



**APP393**

HAZ 000109



04/02/2018   31553   $35,723.53

04/03/2018   31554   $35,723.53



04/06/2018   31570   $38,825.14





04/06/2018   31571   $38,825.14

04/06/2018   31572   $38,825.15



04/09/2018   31573   $38,825.15

HAZ 000110

**APP395**

HAZ 000111



**APP396**

HAZ 000112



**APP397**



04/12/2018   31598   $37,845.39

04/16/2018   31599   $36,207.72

04/13/2018   31600   $38,651.08

04/17/2018   31601   $39,381.47



HAZ 000113

**APP398**



04/18/2018    31629    $36,570.08

04/19/2018    31630    $36,570.08

04/20/2018    31631    $36,570.08

04/23/2018    31632    $36,570.08

04/24/2018    31633    $36,570.09

HAZ 000114

**APP399**



HAZ 000115

**APP400**

A-Z WHOLESALERS, INC.

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $37,155.60

Thirty-Seven Thousand One Hundred Fifty-Five and 60/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 241704-PART DATED 01-22-2018

⑈031656⑈ ⑆111025123⑆ 7867351⑈

04/26/2018 31656 $37,155.60

A-Z WHOLESALERS, INC.

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $37,155.61

Thirty-Seven Thousand One Hundred Fifty-Five and 61/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 241704-PART DATED 01-22-2018

⑈031657⑈ ⑆111025123⑆ 7867351⑈

04/27/2018 31657 $37,155.61

A-Z WHOLESALERS, INC.

PAY TO THE ORDER OF IMPERIAL SUPER REGIONAL DISTRIBUTORS $37,155.61

Thirty-Seven Thousand One Hundred Fifty-Five and 61/100 DOLLARS

IMPERIAL SUPER REGIONAL DISTRIBUTORS
701 EDWARDS AVENUE
ELMWOOD LA 70123

MEMO INVOICE # 241704-FINAL & 241707-PART DATE

⑈031658⑈ ⑆111025123⑆ 7867351⑈

04/30/2018 31658 $37,155.61

HAZ 000116

HAZ 000117



**APP402**



05/02/2018    31678    $35,866.83



05/03/2018    31679    $35,866.83





05/04/2018    31680    $35,866.83

05/08/2018    31681    $35,866.83

**APP403**

HAZ 000118



05/09/2018    31713    $37,010.86

05/10/2018    31714    $37,010.86

05/10/2018    31715    $37,010.86

05/14/2018    31716    $37,010.86

05/15/2018    31717    $37,010.86

HAZ 000119

# APP404



05/16/2018    31751    $31,279.70

05/16/2018    31752    $31,279.70

05/18/2018    31753    $31,279.71

05/21/2018    31754    $31,279.51

HAZ 000120

**APP405**

HAZ 000121





**APP406**



05/23/2018   31775   $33,512.10

05/24/2018   31776   $33,512.10

05/25/2018   31777   $33,512.10

05/29/2018   31778   $33,512.10

05/30/2018   31779   $33,512.09

HAZ 000122

**APP407**

HAZ 000123



**APP408**

HAZ 000124



**APP409**



HAZ 000125

**APP410**



HAZ 000126

**APP411**



06/07/2018   31835   $33,601.07

06/08/2018   31836   $33,601.07

06/11/2018   31837   $33,601.07

06/12/2018   31838   $33,601.07

HAZ 000127

**APP412**

HAZ 000128





06/15/2018   31881   $36,545.43

06/18/2018   31882   $36,545.43

06/19/2018   31883   $36,545.43

**APP414**

HAZ 000129



06/20/2018   31898   $37,361.70

06/21/2018   31899   $37,361.71

06/22/2018   31900   $37,361.71

06/25/2018   31901   $37,361.71

06/26/2018   31902   $37,361.71

APP415

HAZ 000130

HAZ 000131



Check 31921:

A.Z WHOLESALERS, INC.
IMPERIAL SUPER REGIONAL DISTRIBUTORS
$30,025.97

06/27/2018   31921   $30,025.97

Check 31922:

A.Z WHOLESALERS, INC.
IMPERIAL SUPER REGIONAL DISTRIBUTORS
$30,025.97

06/28/2018   31922   $30,025.97

**APP416**

HAZ 000132



**APP417**

HAZ 000133



**APP418**



HAZ 000134

**APP419**

HAZ 000135





07/05/2018   31950   $31,179.51

07/06/2018   31951   $31,179.52

**APP420**

HAZ 000136





07/18/2018   31993   $36,157.71



07/19/2018   31994   $36,157.72



07/20/2018   31995   $36,157.72

HAZ 000137

**APP422**



HAZ 000138

**APP423**

07/25/2018    32018    $39,055.85



07/26/2018    32019    $39,055.85



07/27/2018    32020    $39,055.85



07/30/2018    32021    $39,055.85



07/31/2018    32022    $39,055.85

HAZ 000139

**APP424**

HAZ 000140



**APP425**



08/02/2018   32045   $35,950.35

08/03/2018   32046   $35,950.35

08/07/2018   32047   $35,950.35





08/06/2018   32048   $35,950.35

HAZ 000141

# APP426

HAZ 000142



APP427



09/11/2018   32133   $25,000.00



09/12/2018   32134   $25,000.00



09/13/2018   32135   $25,000.00

HAZ 000143

**APP428**

HAZ 000144





09/18/2018   32184   $25,000.00

09/20/2018   32186   $25,000.00

09/21/2018   32187   $25,000.00

09/24/2018   32188   $25,000.00

09/25/2018   32189   $25,000.00

HAZ 000145

**APP430**



HAZ 000146

# APP431

HAZ 000147



**APP432**



HAZ 000148

**APP433**



10/03/2018   32245   $30,000.00

10/04/2018   32246   $30,000.00

10/05/2018   32247   $30,000.00

10/09/2018   32248   $30,000.00

HAZ 000149

# APP434

HAZ 000150

**APP435**



10/17/2018   32272   $30,000.00

10/18/2018   32273   $30,000.00

10/19/2018   32274   $30,000.00

10/22/2018   32275   $30,000.00

10/23/2018   32276   $30,000.00

HAZ 000151

**APP436**



10/11/2018   32277   $37,500.00

10/12/2018   32278   $37,500.00

10/15/2018   32279   $37,500.00

10/24/2018   32280   $30,000.00

10/16/2018   32281   $37,500.00

HAZ 000152

# APP437



10/25/2018    32322    $30,000.00

10/26/2018    32323    $30,000.00

10/29/2018    32324    $30,000.00

10/30/2018    32325    $30,000.00

HAZ 000153

# APP438

HAZ 000154





11/01/2018   32351   $30,000.00



11/02/2018   32352   $30,000.00



11/05/2018   32353   $30,000.00

HAZ 000155

**APP440**



HAZ 000156

**APP441**



11/06/2018    32368    $30,000.00



11/07/2018    32369    $30,000.00

11/08/2018    32370    $30,000.00



11/09/2018    32371    $30,000.00

HAZ 000157

**APP442**



HAZ 000158

**APP443**

| From: | Sandy Zazulak <szazulak@imperialtrading.com> |
|---|---|
| Sent: | Monday, August 14, 2017 7:22 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | FW: A-Z spreadsheet.xlsx |

Am I releasing them this morning, or are we holding out for the full $60k?

**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Friday, August 11, 2017 7:32 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
**Subject:** Re: A-Z spreadsheet.xlsx

Shortage/extra check tracking no.:
EK 550438963US

Amount:  $50k.

Thanks.

--Amar

On Aug 11, 2017, at 4:54 PM, <bradp@imperialtrading.com> <bradp@imperialtrading.com> wrote:

Amar and Barkat,

Your balance increased by $58,697.16 to $2,780,223.13.   Please send me the tracking number for the check that will cover this shortage.   **Your deliveries will be affected for Monday if I do not receive this**.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
<image003.png>         <image004.png>         <image005.png>



<A-Z spreadsheet.xlsx>

# APP444

HAR000742

| | |
|---|---|
| **From:** | Barkat1950 <barkat1950@aol.com> |
| **Sent:** | Friday, May 25, 2018 5:52 PM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | aali@atoz-wholesale.com |
| **Subject:** | Re: A-Z spreadsheet.xlsx |

Thanks Brad and have a great and safe long weekend!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Fri, May 25, 2018 5:19 pm
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I will pass this on to our Sales Department.

Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Friday, May 25, 2018 5:11 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Brad,

 Here is the attachment on the prices from our 3 competitor on the street who are selling Marlboro and NewPort  $0.75 cheaper than A to Z.
How can we compete them ???
These 3 Warehouse are very much smaller than your company Imperial Dist. How are they selling at this price to the Retail stores ???
You can see our purchases have gone down for past 1 month, because we are losing our customers each week.

We need really help and support from Imperial to keep our customers, please!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Fri, May 25, 2018 10:13 am
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I�m sorry but Sales is telling me the numbers don�t work at .75 cents.    The price reductions that were made were the best that we could do.    Thanks.

Thanks,

**APP445**

HAR000810

Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Friday, May 25, 2018 10:11 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Good Morning Brad,

We really need your help in this cigs price matter beginning coming Tuesday as per my email request below , thanks a lot!

Barkat

-----Original Message-----
From: Barkat1950 <barkat1950@aol.com>
To: bradp <bradp@imperialtrading.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Wed, May 23, 2018 4:20 pm
Subject: Re: A-Z spreadsheet.xlsx

Brad,

Our customers are getting $0.75 less for NewPort and Marlboro from our next door 3 competitors on Harry Hines, that is why we lost many our customers lately and we will lose more in coming days,
which we cannot afford to lose any more of our longtime customers, please support us in this matter, it is very urgent and important for us to compete with 3 neighbors, thank you for understanding our position, please!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Wed, May 23, 2018 4:13 pm
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I�m sorry but this is the best we can do at this time.    Hope you understand.

Thanks,
Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Wednesday, May 23, 2018 4:12 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Hi Brad,

Thanks for the info on Cigarettes prices, but we really need your help for $0.75  on All NewPort and All Marlboro also,
which are our maximum sales and based on Marlboro & Newport we can possible get our customers back to A to Z again,
please help us in this matter to raise our sales on Premium Cigarettes, thanks a lot!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>

# APP446

Sent: Wed, May 23, 2018 12:24 pm
Subject: RE: A-Z spreadsheet.xlsx

Barkat,

I went to bat on your behalf based on the reduction of your A/R and Sales agreed to lower your prices per the attached. Hopefully this helps, you will see the new prices on Monday�s deliveries.

Thanks,
Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Tuesday, May 22, 2018 5:35 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** aali@atoz-wholesale.com
**Subject:** Re: A-Z spreadsheet.xlsx

Thank you Brad, this will help us to service the current accounts and will help us getting the lost customers to come back, will appreciate your support, thanks!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Tue, May 22, 2018 5:26 pm
Subject: Re: A-Z spreadsheet.xlsx

Barkat,

Yes I believe the balance is down over $200k  going into our fiscal year end so that is good to show our bank and auditors.   Let me visit with our executive team in sales on your pricing request and I will get back to you.  I will make one observation that as interest rates continue to increase, that expense definitely eats into our profit on your account.   But like I said let me see what I can do.

Thanks,
Brad

Sent from my iPhone

On May 22, 2018, at 4:36 PM, Barkat1950 <barkat1950@aol.com> wrote:

   Good Afternoon Brad,

   Thanks for the info on our balances each week and we have reduced this year a huge amount, but at this time we need your help in your prices.
   We have been losing some customers lately due to our cigarette prices, which you can see that our purchases have gone down with your company lately.
   We need help in your prices, since our 3 Major competitors on Harry Hines Blvd are selling the premium cigarettes for $0.75 cents less than us and they have been very successful in getting our customers.
   It is very important and urgent request to your company to help us in your prices or else we will lose more customers in the coming months!

   Thanks a lot,

   Barkat

   -----Original Message-----
   From: Brad Prendergast <bradp@imperialtrading.com>
   To: aali <aali@atoz-wholesale.com>; Barkat1950 <barkat1950@aol.com>
   Cc: Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
   Sent: Mon, May 21, 2018 9:49 am

# APP447

Subject: A-Z spreadsheet.xlsx

Amar and Barkat,

Your balance decreased by $5,788.59 to $2,340,413.79.   Thanks.

Brad


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156


<image001.jpg>
        www.imperialtrading.com
              Follow us:
    <image002.png>        <image003.png>        <image004.png>

**APP448**

HAR000813

| From: | Kuebel, Rick <rkuebel@lockelord.com> |
|---|---|
| Sent: | Tuesday, March 19, 2019 2:25 PM |
| To: | Amar Ali <aali@atoz-wholesale.com> |
| Cc: | barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | RE: Imperial Trading Notice of Default and Demand Letter |

Mr. Ali:
I am happy to discuss with you and your lawyer tomorrow morning after 9 am CDT but would require a written proposal in advance of the call fully detailing  A to Z plan to cure existing defaults and provide Imperial with adequate assurance of and security for future performance.

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Tuesday, March 19, 2019 2:16 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; bradp@imperialtrading.com
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

We received your letter dated March 18, 2019, and would like to schedule a call to discuss the same.  I'm currently overseas with a +12 hour time difference.  Please give me few scheduling options that work for you, so we can sync up.

Looking forward to speaking with you. Thanks.

--Amar

On Mar 19, 2019, at 5:58 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> Attached please find a copy of the Notice of Default and Demand for Payment Notice issued to A to Z by our firm today on behalf of Imperial Trading Company.

> Omer Frederick Kuebel III
> Locke Lord Bissell & Liddell
> 601 Poydras St.
> Suite 2660
> New Orleans, LA  70130
> 504-558-5155
> rkuebel@lockelord.com

**APP449**

HAR001661



Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

<MyScan.PDF>

**APP450**

| | |
|---|---|
| Underpayment | 17,745.32 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 27,745.32 |

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 182,727.13 |
| Total payments | (177,857.97) |
| | |
| Underpayment | 4,869.16 |
| Additional Payment | 10,000.00 |
| Returned Check | 35,699.58 |
| | |
| ACH required | 50,568.74 |

What do you want to do?   Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 174,668.60 |
| Total payments | (143,731.89) |
| | |
| Underpayment | 30,936.71 |
| Additional Payment | 10,000.00 |

# APP451

HAR000800

| From: | Amar Ali <aali@atoz-wholesale.com> |
|-------|------------------------------------|
| Sent: | Thursday, March 21, 2019 11:26 PM |
| To: | Kuebel, Rick <rkuebel@lockelord.com> |
| Cc: | barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com> |
| Subject: | Re: Imperial Trading Notice of Default and Demand Letter |
| Attach: | A to Z - Imperial - Proposal of Commerical Terms for Settlement - Repayment and Supply Agreement Letter - 03.21.2019.pdf |

Mr. Kuebel-

Please see attached letter.  Look forward to hearing from you soon.

Thanks.  Amar

**From:** Kuebel, Rick <rkuebel@lockelord.com>
**Sent:** Thursday, March 21, 2019 1:44:26 PM
**To:** Amar Ali
**Cc:** barkat1950@aol.com; Wayne Baquet; Sandy Zazulak; bradp@imperialtrading.com
**Subject:** RE: Imperial Trading Notice of Default and Demand Letter

Mr. Ali:
A to Z stopped payment on checks issued to Imperial last week <mark>after Imperial was induced to make product shipments to A to Z.</mark> Imperial issued its Notice of Default and Demand on Monday afternoon and as of Thursday afternoon, Imperial has received no payments or proposals.  There is no point in having a call prior to receiving a written proposal.
I am happy to set a call after receipt of a good faith proposal but can no longer delay filing of collection and enforcement litigation awaiting its arrival.


Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Wednesday, March 20, 2019 11:58 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; bradp@imperialtrading.com; Amar Ali <aali@atoz-wholesale.com>
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

Thanks for your prompt response.  The plan I intend to propose will incorporate components of the prior plan and make adjustments that we feel are appropriate based on recent developments that have impacted both A to Z and Imperial, respectively.

In response to your comment regarding the need for express consent from counsel, I am licensed attorney in the State of Texas and have served as General Counsel for A to Z since 2008.  I continue to act in that official

**APP452**

capacity; therefore, express consent from outside counsel is not required.

**Furthermore, our discussions are intended to be governed by TRE 408 Compromise Offers & Negotiations Settlement Communications.  Accordingly, in furtherance of and for the sole purposes of settlement only, our communications and our negotiations regarding a plan to settle any dispute the parties may have is not to be used in litigation, nor shall it be admissible at trial.**

Please let me know what time you are available on Friday, March 22nd or Monday, March 25th.  I will do my best to accommodate your schedule despite the time difference and my travel schedule.

Regards.  Amar

**From:** Kuebel, Rick <rkuebel@lockelord.com>
**Sent:** Wednesday, March 20, 2019 3:18:11 PM
**To:** Amar Ali
**Cc:** barkat1950@aol.com; Wayne Baquet; Sandy Zazulak; bradp@imperialtrading.com
**Subject:** RE: Imperial Trading Notice of Default and Demand Letter

Mr. Ali:
Imperial advises me that the prior "plan" that A to Z presented to Imperial and its recent "practice" of stopping payments on the tendered checks are both unacceptable.
Unfortunately, I am not available Friday after 10 am and to the extent that A to Z has legal counsel, I cannot speak directly with you without your counsel's express consent.

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Wednesday, March 20, 2019 3:23 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; bradp@imperialtrading.com; Amar Ali <aali@atoz-wholesale.com>
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

Let me send you a plan that I've discussed with your client to see if that puts things back on track and provides the additional assurances needed to keep things on track.

We won't need my attorneys on the phone at this time.  I'll play that role until we have definitive docs that need to be reviewed.  At this point, the commerical terms of our proposed arrangement are strictly business decision anyhow.

I think I should be able to get a high level plan over to you tomorrow, so I suggest scheduling a call for 10 am CT on Friday, March 22, 2019, if that works for you.

Hope that you don't mind that I've continued to reply all to our emails?  I thought it's prudent for the principals to know that we are actively communicating to resolve this amicably and quickly.

**APP453**

HAR003424



601 Poydras St., Suite 2660
New Orleans, LA 70130
Telephone: 504-558-5100
www.lockelord.com

Omer F. "Rick" Kuebel, III
Direct Telephone: (504) 558-5155
rkuebel@lockelord.com

Attorneys & Counselors

March 18, 2019

**BY FEDERAL EXPRESS OVERNIGHT**

A-Z Wholesalers, Inc.
11100 Harry Hines Blvd
Dallas, TX 75229

Diamond Wholesale, Inc.
1240 N. Lamar Blvd., Suite A
Austin, TX 78753

**BY EMAIL**

Barkat G. Ali
barkat1950@aol.com

Amar B. Ali
aali@atoz-wholesale.com

    Re:   Notice of Default and Demand for Payment

Dear Sirs:

    Imperial Trading Co., LLC ("**Imperial**") has retained Locke Lord, LLP to collect the indebtedness of A-Z Wholesalers, Inc. and Diamond Wholesale, Inc. ("**Debtors**"), pursuant to their agreements with Imperial.

    Pursuant to the Credit Agreements executed in favor of Imperial by Debtors, and personally guaranteed by Barkat Ali ("**Guarantor**"), and the terms of Debtors' accounts (collectively, the "**Credit Terms**"), Debtors collectively owe Imperial the aggregate sum of **$2,574,885.73**. Pursuant to the Credit Terms, these amounts accrue interest at the rate of twenty-two percent (22%) per annum until paid. Also pursuant to the Credit Terms, all attorneys' fees and costs of collection of the indebtedness will also be charged to Debtors pursuant to the Credit Terms.

    Further, Debtors have recently engaged in a practice whereby they have induced Imperial to make shipments based on false pretenses. Specifically, Debtors are currently on C.O.D. terms with Imperial. Debtors have, on several occasions, remitted a check to Imperial for C.O.D. deliveries and then stopped payment on those checks, thus inducing Imperial to make additional shipments to Debtors (aggregating more than $150,000) without payment in accordance with the

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami
Morristown | New Orleans | New York | Providence | Sacramento | San Francisco | Stamford | Washington DC | West Palm Beach

70943826v 1 0544550/00014

**APP454**

HAR000637

March 18, 2019
Page 2

C.O.D. terms. Please be advised that, in addition to the collection of the full indebtedness, Imperial is considering all of its legal and equitable remedies in connection with Debtors' conduct, including, but not limited to claims under applicable law governing deceptive trade practices and check-related crimes.

Finally, A-Z Wholesalers, Inc. owes Imperial the additional sum of $250,000 pursuant to the certain promissory note made payable to the order of Imperial on or about January 11, 2019 (the "Note"). The Note matured on February 28, 2019, has not been paid, and, accordingly, is now in default.

Notwithstanding the fact that Debtors expressly waived all notice of default, and the debt(s) having fully matured, in an abundance of caution, this letter shall serve as formal notice of Debtors' defaults(s) and a demand for payment of the above described debts. Moreover, to the extent any debt has not matured, and notice of acceleration is required (which Imperial does not believe to be the case), this letter shall further serve as notice of Imperial's intent to accelerate any and all debts owed by Debtors.

Furthermore, to the extent that Imperial has previously accepted any late payment from Debtors, this letter shall serve to notify Debtors that Imperial will, in the future, insist upon strict compliance with the Credit Terms, the Note, and any other contracts or agreements between Debtors and Imperial.

Failing Debtors' immediate payment in full of all sums due and owing, or immediate agreement as to payment arrangements and assurance of payment suitable to Imperial in its sole and absolute discretion, Imperial will exercise all legal rights and remedies to collect the aforementioned debts from Debtors and Guarantor. This includes, but is not limited to, private sale of Imperial's collateral, self-help and repossession of any collateral, although Imperial will allow Debtors' a reasonable time to comply before attempting self-help, and, if necessary, the initiation of a suit seeking damages, costs, attorney's fees, pre and post-judgment interest, sequestration and injunctive relief. Imperial hereby places Debtors on notice that Debtors do not have Imperial's consent to the use of cash-collateral or other proceeds of Imperial's collateral and demands that Debtors account for and segregate any and all such proceeds.

Neither this letter nor any action taken by Imperial to enforce its rights to collect the amounts due, nor continuing to transact business with Debtors from and after the date of this letter in any manner, shall be deemed an election of remedies or a waiver of any rights or other actions Imperial may have against Debtors at law or in equity. Imperial expressly reserves all rights and remedies under the contract and applicable law.

**APP455**

HAR000638

March 18, 2019
Page 3

Sincerely yours,

LOCKE LORD LLP

Omer F. "Rick" Kuebel, III

cc: Imperial Trading Co., LLC

70943826v.1 0544550/00014

**APP456**

HAR000639

Thanks.

--Amar

On Mar 20, 2019, at 2:23 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> I am happy to discuss with you and your lawyer tomorrow morning after 9 am CDT but would require a
> written proposal in advance of the call fully detailing  A to Z plan to cure existing defaults and provide
> Imperial with adequate assurance of and security for future performance.
>
>
> Omer Frederick Kuebel III
> Locke Lord Bissell & Liddell
> 601 Poydras St.
> Suite 2660
> New Orleans, LA  70130
> 504-558-5155
> rkuebel@lockelord.com
>
> **From:** Amar Ali <aali@atoz-wholesale.com>
> **Sent:** Tuesday, March 19, 2019 2:16 PM
> **To:** Kuebel, Rick <rkuebel@lockelord.com>
> **Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak
> <szazulak@imperialtrading.com>; bradp@imperialtrading.com
> **Subject:** Re: Imperial Trading Notice of Default and Demand Letter
>
> Mr. Kuebel-
>
> We received your letter dated March 18, 2019, and would like to schedule a call to discuss the same.  I'm
> currently overseas with a +12 hour time difference.  Please give me few scheduling options that work for
> you, so we can sync up.
>
> Looking forward to speaking with you. Thanks.
> --Amar
>
> On Mar 19, 2019, at 5:58 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:
>
>> Mr. Ali:
>> Attached please find a copy of the Notice of Default and Demand for Payment Notice issued
>> to A to Z by our firm today on behalf of Imperial Trading Company.
>>
>>
>> Omer Frederick Kuebel III
>> Locke Lord Bissell & Liddell
>> 601 Poydras St.
>> Suite 2660
>> New Orleans, LA  70130
>> 504-558-5155
>> rkuebel@lockelord.com



# APP457

HAR003425

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

\<MyScan.PDF\>

HAR003426



A>Z WHOLESALE

**TRE RULE 408.   COMPROMISE OFFERS & NEGOTIATIONS SETTLEMENT
COMMUNICATIONS.  IN FURTHERANCE OF AND FOR THE SOLE PURPOSES OF
SETTLEMENT ONLY.   NOT TO BE USED IN LITIGATION.   INADIMISSIBLE AT
TRIAL.**

March 21, 2019

Mr. Omer Frederick Kuebel III
Loke Lord Bissell & Liddell
601 Poydras Street, Suite 2600
New Orleans, LA 70130
*Via Email:  rkuebel@lockelord.com*

Dear Mr. Kuebel:

In response to your letter dated March 18, 2019, and in the interest of resolving the
payment and supply dispute between A-Z Wholesalers, Inc. ("A to Z") and Imperial Trading Co.,
LLC ("Imperial"), A to Z is prepared to enter into definitive agreements pursuant of the
following commercial terms, if acceptable:

A to Z's Offer:

1. Upon execution of a payment and supply agreement ("Agreement"), A to Z shall
   pay Imperial $120,000.00 to offset the return checks that were dated for the week
   of the week March 4, 2019 *(Note:  the reason the amount is $120,000.00 instead
   of $150,000.00 is because A to Z has already replaced on returned check of
   $30,000.00 with a cashier's check that both Wayne and Brad have acknowledge)*;

2. Upon the Agreement, A to Z shall:  a) pay down the balance by $5,000.00/week
   until such time that the overall balance is reduced to $1,000,000.00; and b) not
   return any payment items in the future;

3. Upon funding of A to Z's line of credit, already pipelined, A to Z shall pay
   Imperial $250,000.00 in lieu of the promissory note that has matured;

4. Upon funding of A to Z's SBA loan, which has also been pipelined, A to Z shall
   pay Imperial $500,000.00 to significantly reduce the overall balance; and

# APP459

5.  In the event that A to Z's SBA loan funds ahead of the line of credit, A to Z will cease pursuing the line of credit and shall instead pay Imperial $750,000.00.

The offer stated above is in consideration of the following by Imperial:

1.  Upon execution of the Agreement and the payment of $120,000.00 referenced in Section 1 of the above, Imperial agrees to begin shipping A to Z on a weekly basis in the amount equal to the weekly payments made by A to Z minus $10,000.00, in order to satisfy the weekly balance reduction;

2.  Upon receiving payment of $250,000.00 from A to Z in lieu of the promissory note referenced in Section 3 above, Imperial shall release A to Z of any and all obligations under the promissory note;

3.  Upon receiving payment of $500,000.00 from A to Z as referenced in Section 4 above, Imperial shall take a write down/off in the amount of $500,000.00, which when coupled with the $500,000.00 payment from A to Z shall reduce A to Z's overall debt by $1,000,000.00; and

4.  In order to accomplish Sections 3, 4 and/or 5 above, Imperial agrees to take a second lien on A to Z's accounts receivable and inventory.  Imperial's lien shall only be second to A to Z's primary lender associated with aforementioned line of credit or SBA loan.

A to Z remains committed to successfully resolving the payment and supply dispute, and continuing the relationship as commercially reasonable without further interruptions.  If you agree with the offer contained in this letter as a constructive manner for the parties to amicable proceed, then kindly notify us in writing or let's schedule a call to discuss it in more detail.

Very truly yours,

A-Z WHOLESALERS, INC.

By: *Amar Ali*

Name: Amar Ali
Title:   General Counsel

Wayne Baquet – CEO – Imperial: wbaquet@imperialtrading.com
Barkat Ali – President – A to Z: barkat1950@aol.com

**APP460**

HAR000323



**IMPERIAL.** ®
SUPER REGIONAL DISTRIBUTOR

June 15, 2018

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD
DALLAS, TX  75229

Our auditors, Postlethwaite & Netterville APAC, are conducting an audit of our financial statements. Please confirm the balance due at May 31, 2018, which is shown on our records and the enclosed statement as $1,038,500.42.

Please indicate in the space below whether this is in agreement with your records. If there are differences, please provide any information that will assist our auditors in reconciling the difference. Please also indicate any special sale or payment terms related to this balance.

Please sign and date your response and mail your reply directly to Postlethwaite and Netterville at One Galleria Blvd., Suite 2100, Metairie, Louisiana  70001, in the enclosed return envelope. You may also fax your response to our auditors at 504-834-3609 or email your response to Madison Martin at mcmartin@pncpa.com.  PLEASE DO NOT MAIL PAYMENTS ON YOUR ACCOUNT TO THE AUDITORS.

Very truly yours,

Brad Prendergast
Imperial Trading Co. LLC

The balance due of $1,038,500.42 as of May 31, 2018 is correct with the following exceptions (if any):

_____

_____

_____

Signature: _____

Title: _____

Date: _____

701 Edwards Ave./P.O. Box 23508 Elmwood, LA 70183-0508
1-800-743-1761/(504) 733-1400  (504) 736-4156 fax

**APP461**

HAR000505



**IMPERIAL TRADING CO., INC.**

BOSSIER

FILE COPY

| THIS PORTION MUST BE RETURNED WITH YOUR REMITTANCE | |
|---|---|
| DATE: | 5/31/18 |
| PAGE#: | 1 OF 1 |
| SALES #: | 099 |
| CUSTOMER #: 95751 | |

SHIP TO:
A-Z WHOLESALE/W

TERMS NET 7 DAYS

| DATE | REFERENCE # | AMOUNT |
|---|---|---|
| 3/05/18 | INV 267119 | 71,484.41 |
| 3/12/18 | INV 271543 | 81,310.65 |
| 3/19/18 | INV 275980 | 69,634.31 |
| 3/26/18 | INV 280383 | 86,400.36 |
| 4/02/18 | CM 789130 | 209.94- |
| 4/02/18 | CM 789131 | 606.00- |
| 4/02/18 | INV 284902 | 94,388.23 |
| 4/09/18 | INV 289052 | 78,511.50 |
| 4/16/18 | INV 293426 | 79,172.47 |
| 4/20/18 | CM 776356 | 59.78- |
| 4/23/18 | INV 297711 | 72,881.74 |
| 4/23/18 | INV 903192 | 56.13 |
| 4/25/18 | CM 779495 | 108.52- |
| 4/26/18 | CM 779011 | 50.80- |
| 4/30/18 | INV 302468 | 81,504.75 |
| 5/07/18 | INV 306559 | 75,414.51 |
| 5/14/18 | INV 311073 | 84,757.10 |
| 5/21/18 | INV 315593 | 80,810.47 |
| 5/28/18 | INV 319744 | 83,208.83 |

TO INSURE PROPER CREDIT, CHECK THE AMOUNTS BEING PAID

| ACCOUNT BALANCE |
|---|
| 1,038,500.42 |

THIS PORTION MUST BE RETURNED WITH YOUR REMITTANCE

---

| STATEMENT | |
|---|---|
| 5/31/18 | |

BOSSIER

| CHARGES OR PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | |
|---|---|
| PAGE#: | 1 OF 1 |
| SALES # | 099 |
| CUSTOMER #: 95751 | |

Ship To:
A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX   76706

DETACH HERE

TERMS NET 7 DAYS

| DATE | DESCRIPTION | REFERENCE NUMBER | AMOUNT |
|---|---|---|---|
| 3/05/18 | INVOICE NUMBER | 267119 | 71,484.41 |
| 3/12/18 | INVOICE NUMBER | 271543 | 81,310.65 |
| 3/19/18 | INVOICE NUMBER | 275980 | 69,634.31 |
| 3/26/18 | INVOICE NUMBER | 280383 | 86,400.36 |
| 4/02/18 | CREDIT MEMO | 789130/280385 | 209.94CR |
| 4/02/18 | CREDIT MEMO | 789131/280384 | 606.00CR |
| 4/02/18 | INVOICE NUMBER | 284902 | 94,388.23 |
| 4/09/18 | INVOICE NUMBER | 289052 | 78,511.50 |
| 4/16/18 | INVOICE NUMBER | 293426 | 79,172.47 |
| 4/20/18 | CREDIT MEMO | 776356/293426 | 59.78CR |
| 4/23/18 | INVOICE NUMBER | 297711 | 72,881.74 |
| 4/23/18 | INVOICE NUMBER | 903192 | 56.13 |
| 4/25/18 | CREDIT MEMO | 779495/297711 | 108.52CR |
| 4/26/18 | CREDIT MEMO | 779011/297712 | 50.80CR |
| 4/30/18 | INVOICE NUMBER | 302468 | 81,504.75 |
| 5/07/18 | INVOICE NUMBER | 306559 | 75,414.51 |
| 5/14/18 | INVOICE NUMBER | 311073 | 84,757.10 |
| 5/21/18 | INVOICE NUMBER | 315593 | 80,810.47 |
| 5/28/18 | INVOICE NUMBER | 319744 | 83,208.83 |

DETACH HERE

DETACH HERE

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE |
|---|---|---|---|---|
| 324,190.91 | 81,345.43 | 72,878.09 | 560,085.99 | 1,038,500.42 |

---

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR
P.O. BOX 8766S9 DALLAS, TX 75267-6659
**MORE FOR YOUR STORE.**
TEL 1-800-341-7587  AVR
FAX (504) 736-4158

Sold To:
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX   75229

C   1

1 42 675

**APP462**

HAR000506

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
IMPERIAL TRADING CO., LLC 504-733-1400

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
IMPERIAL TRADING CO., LLC
701 EDWARDS AVENUE
Elmwood, LA 70123
USA

**FILING NUMBER:** 18-0002135898
**FILING DATE:** 01/19/2018    09:33 AM
**DOCUMENT NUMBER:** 789443390004
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | A-Z WHOLESALERS, INC. | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11100 HARRY HINES BLVD | DALLAS | TX | 75229 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | IMPERIAL TRADING CO., L.L.C. | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 23508 | NEW ORLEANS | LA | 70183 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL EQUIPMENT AND INVENTORY FURNISHED OR SOLD BY IMPERIAL TRADING CO., LLC,
TOGETHER WITH ALL PROCEEDS THEREOF, INCLUDING WITHOUT LIMITATION TO, CIGARETTES,
CIGARS, TOBACCO, CANDY, GROCERIES AND SNACK ITEMS. IN ADDITION, SUBSEQUENT
ONLY TO ANY PREVIOUS FILINGS, ALL INVENTORY, FUEL INVENTORY, EQUIPMENT,
ACCOUNTS, GENERAL INTANGIBLES AND ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

# APP463

UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
IMPERIAL TRADING CO., LLC 504-733-1400

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
IMPERIAL TRADING CO., LLC
701 EDWARDS AVENUE
Elmwood, LA 70123
USA

FILING NUMBER: 18-00282094
FILING DATE: 08/10/2018    11:54 AM
DOCUMENT NUMBER: 830378430003
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
18-0002135898

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | | | | |
|---|---|---|---|---|
| 6a. ORGANIZATION'S NAME | | | | |
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 7a. ORGANIZATION'S NAME | | | | |
| OR 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | | |
|---|---|---|---|---|
| 9a. ORGANIZATION'S NAME  IMPERIAL TRADING CO., L.L.C. | | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

# APP464

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| IMPERIAL TRADING CO., LLC 504-733-1400 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| IMPERIAL TRADING CO., LLC |
| 701 EDWARDS AVENUE |
| Elmwood, LA 70123 |
| USA |

**FILING NUMBER:** 18-0028614696
**FILING DATE:** 08/14/2018    01:52 PM
**DOCUMENT NUMBER:** 830999050002
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | TOP 20 DISTRIBUTION & WHOLESALE LLC | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1724 BAKER RD | SHERMAN | TX | 75090 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | ALI | AMAR | | B | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 616 CLARIDEN RANCH RD | SOUTHLAKE | TX | 76092 | USA |

3. SECURED PARTY'S NAME (or Name of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | IMPERIAL TRADING CO., L.L.C. | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 23508 | NEW ORLEANS | LA | 70183 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL EQUIPMENT AND INVENTORY FURNISHED OR SOLD BY IMPERIAL TRADING CO., LLC,
TOGETHER WITH ALL PROCEEDS THEREOF, INCLUDING WITHOUT LIMITATION TO, CIGARETTES,
CIGARS, TOBACCO, CANDY, GROCERIES AND SNACK ITEMS. IN ADDITION, SUBSEQUENT
ONLY TO ANY PREVIOUS FILINGS, ALL INVENTORY, FUEL INVENTORY, EQUIPMENT,
ACCOUNTS, GENERAL INTANGIBLES AND ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:                    6b. Check only if applicable and check only one box.
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
   A-Z

# APP465

page 2

UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left
blank because Individual Debtor name did not fit, check here ⌐

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | TOP 20 DISTRIBUTION & WHOLESALE LLC |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME |
|---|---|
| OR | A-Z WHOLESALERS, INC. |
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11100 HARRY HINES BLVD | DALLAS | TX | 75229 | USA |

11. ⌐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ⌐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ⌐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT
⌐ covers timber to be cut  ⌐ covers as-extracted collateral  ⌐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**APP466**

page 3

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left
blank because Individual Debtor name did not fit, check here ⌐

| | 9a. ORGANIZATION'S NAME |
| OR | TOP 20 DISTRIBUTION & WHOLESALE LLC |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 10a. ORGANIZATION'S NAME |
| OR | DIAMOND WHOLESALE, INC. |

| | 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 12410 N LAMAR BLVD SUITE A | AUSTIN | TX | 78753 | USA |

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 10a. ORGANIZATION'S NAME |
| OR | |

| | 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | ALI | BARKAT | G | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 616 CLARIDEN RANCH RD. | SOUTHLAKE | TX | 76092 | USA |

FILING OFFICE COPY

# APP467

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| IMPERIAL TRADING CO., LLC 504-733-1400 |

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

IMPERIAL TRADING CO., LLC
701 EDWARDS AVENUE
Elmwood, LA 70123
USA

**FILING NUMBER:** 19-0014045014
**FILING DATE:** 04/17/2019     04:36 PM
**DOCUMENT NUMBER:** 882776480002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **A-Z WHOLESALERS, INC.** | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **11100 HARRY HINES BLVD** | **DALLAS** | **TX** | **75229** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **HARRISON COMPANY, L.L.C.** | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 23508** | **NEW ORLEANS** | **LA** | **70183** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
Any and all of debtor's present and future inventory (including consigned inventory), related equipment, goods, merchandise, and other items of personal property, items held for sale, including any and all right of forfeiture, all insurance proceeds related to above related items, whether now owned or hereafter acquired by debtor, and proceeds therefrom, for all stores that debtor operates now and hereafter and for all related parties and entities.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
CH 919

FILING OFFICE COPY

# APP468

UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
conrad gxelor 4694443763

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
conrad gxelor
405 state hwy 121 ste 267 a
Lewisville, TX 75067
USA

**FILING NUMBER:** 20-00113685
**FILING DATE:** 03/24/2020    03:08 PM
**DOCUMENT NUMBER:** 958459680002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**18-0028614696**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME **IMPERIAL TRADING CO., L.L.C.** | | | |
|---|---|---|---|---|
| OR | | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**APP469**

UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
conrad gxelor 4694443763

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
conrad gxelor
405 state hwy 121 ste 267 a
Lewisville, TX 75067
USA

**FILING NUMBER:** 20-00113694
**FILING DATE:** 03/24/2020      03:09 PM
**DOCUMENT NUMBER:** 958459680003
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**19-0014045014**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
**HARRISON COMPANY, L.L.C.**

OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**APP470**

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Tuesday, May 29, 2018 11:09 AM |
| To: | Barkat1950 <barkat1950@aol.com>; aali@atoz-wholesale.com |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | RE: Week of 5/28/18-- ACH required |

Barkat,

If we can ACH $32,000.00 spread out over the remainder of the week, we can still show a pattern of the account balance decreasing $10,000.00 per week through of our fiscal year end.

Brad and I are OK with this figure, let me know what you would like to do.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Brad Prendergast
**Sent:** Tuesday, May 29, 2018 11:01 AM
**To:** Barkat1950 <barkat1950@aol.com>; aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 5/28/18-- ACH required

Your balance would increase too much this week for me not to ACH you for the difference.   It would eliminate the progress we have made the previous weeks.   Thursday is our fiscal year end.   But let me discuss with Shauntrice and see – maybe we could ACH less than the agreed upon amount and still be able to show the progress we have made.

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Tuesday, May 29, 2018 10:56 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 5/28/18-- ACH required

Brad, We have been paying you more in the past weeks, please do not ACH any funds, thanks!....................Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>

**APP471**

Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Sent: Tue, May 29, 2018 10:53 am
Subject: RE: Week of 5/28/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 184,732.06 |
| Total payments | (115,075.35) |
| | |
| Underpayment | 69,656.71 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 79,656.71 |

Shauntrice will ACH your account $79,656.71 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, May 14, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 4,221.41 |

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, May 07, 2018 1:30 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Subject:** RE: Week of 5/7/18-- ACH required

Amar,

# APP472

HAR001360

| | |
|---|---|
| Total purchases | 144,546.63 |
| Total payments | (185,054.30) |
| | |
| Overpayment | (40,507.67) |
| | |
| ACH required | None |

No ACH is required this week unless you have plans to make an additional order.    Thanks.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 203,097.76 |
| Total payments | (179,334.15) |
| Underpayment | 23,763.61 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 33,763.61 |

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

# APP473

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

# APP474

HAR001362

| | |
|---|---|
| **From:** | Amar Ali <aali@atoz-wholesale.com> |
| **Sent:** | Tuesday, September 5, 2017 1:23 PM |
| **To:** | Brad Prendergast <bpender2@imperialtrading.com> |
| **Subject:** | Re: Week of 9/4/17 |

Got it.

--Amar

On Sep 5, 2017, at 1:16 PM, Brad Prendergast <bpender2@imperialtrading.com> wrote:

> Amar,
>
> Total purchases          222,819.82
> Total payments          (178,544.47)
>
> Shortage                    44,275.35
> Extra weekly agreement      10,000.00
>
> Total extra payment needed  54,275.35
>
> Very important – this payment can be labeled as "to be deposited on Friday, September 8[th]" but I need this check tomorrow or Thursday at the latest.
>
> Thanks,
> Brad
>
> Sincerely,
>
> Brad Prendergast
> Chief Financial Officer
> Imperial Trading Co., LLC
> 701 Edwards Avenue
> Elmwood, LA 70123
> O: 504-736-4051
> C: 504-554-2692
> F: 504-736-4156
>
> <image006.jpg>
>           www.imperialtrading.com
>                Follow us:
>        <image003.png>        <image004.png>        <image005.png>

# APP475

HAR000746



**From:** Shauntrice Jones
**Sent:** Monday, October 16, 2017 3:28 PM
**To:** 'Amar Ali' <aali@atoz-wholesale.com>
**Cc:** Brad Prendergast <bradp@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Week of 10/16/17--ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,009.39 |
| Total payments | (212,799.20) |
| | |
| Overage | (1,789.81) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 8,210.19 |

I will set up an ACH for the amount of the extra payment needed. Do you want me to split the remainder over the week or pull the extra payment on Friday?

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



# APP476

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Tuesday, October 10, 2017 2:14 PM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | RE: Week of 10/9/17-- shortage -- ACH required |

Will do.

Amar—I will send you the notice tomorrow morning.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Tuesday, October 10, 2017 12:48 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 10/9/17-- shortage -- ACH required

Shauntrice-

Please pull the extra payment on Friday.

--Amar

On Oct 10, 2017, at 12:45 PM, Brad Prendergast <bradp@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 12,581.68 |

# APP477

HAR000750

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.


Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High


Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments. I will send you an email later this week detailing the open invoices going into next week.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156


<image001.jpg>
        www.imperialtrading.com
            Follow us:
        <image002.png>          <image003.png>           <image004.png>


**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

# APP478

Amar,

Total purchases              219,057.42
Total payments               (202,325.39)

Shortage                     16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed   16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.   **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
        www.imperialtrading.com
              Follow us:
        <image002.png>        <image003.png>        <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases              243,146.28
Total payments               (187,580.86)

Shortage                     55,565.42
Extra weekly agreement       10,000.00

Total extra payment needed   65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

# APP479

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
www.imperialtrading.com
Follow us:
<image002.png>          <image003.png>          <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.    Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
www.imperialtrading.com
Follow us:
<image002.png>          <image003.png>          <image004.png>

# APP480

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important -- this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
www.imperialtrading.com
Follow us:
<image002.png>          <image003.png>          <image004.png>

**APP481**

HAR000754

| | |
|---|---|
| **From:** | Shauntrice Jones <sjones@imperialtrading.com> |
| **Sent:** | Thursday, November 30, 2017 9:45 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com |
| **Cc:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Subject:** | RE: Week of 11/27/17-- shortage -- ACH required |
| **Attach:** | 20171130093644723.pdf |

Please see the attached notice for the draft effective 12/01/17.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com

**APP482**

HAR000766

**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |

# APP483

Shortage                               878.00
Extra weekly agreement          10,000.00

Total extra payment needed     10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases               207,945.69
Total payments              (203,051.27)

Shortage                        4,894.42
Extra weekly agreement         10,000.00

Total extra payment needed     14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

Total purchases               205,046.55
Total payments              (202,464.87)

Shortage                        2,581.68
Extra weekly agreement         10,000.00

Total extra payment needed     12,581.68

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of

# APP484

HAR000768

the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM

# APP485

HAR000769

**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed     16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.     **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |

# APP486

HAR000770

Extra weekly agreement          10,000.00

Total extra payment needed   65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer

# APP487

HAR000771

Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:
  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

**APP488**

HAR000772

| | |
|---|---|
| **From:** | Shauntrice Jones <sjones@imperialtrading.com> |
| **Sent:** | Monday, May 14, 2018 11:19 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Subject:** | FW: Week of 5/14/18-- ACH required |

Should I hold off on setting up the ACH until this is sorted out?

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Monday, May 14, 2018 11:08 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 5/14/18-- ACH required

Good Morning Brad,

We paid last week 40K extra, so you do not need to take another 10K this week, we actually paid you for next 4 weeks in advance and our purchases have gone down.
Next 3 weeks no EFT for $10K each week, please!
Thank you,

Barkat


-----Original Message-----
**From:** Brad Prendergast <bradp@imperialtrading.com>
**To:** aali <aali@atoz-wholesale.com>
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Sent:** Mon, May 14, 2018 10:45 am
**Subject:** RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |

**APP489**

HAR000796

Additional Payment              10,000.00

ACH required                    4,221.41

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, May 07, 2018 1:30 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Subject:** RE: Week of 5/7/18-- ACH required

Amar,

Total purchases              144,546.63
Total payments              (185,054.30)

Overpayment                  (40,507.67)

ACH required                    None

No ACH is required this week unless you have plans to make an additional order.    Thanks.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

Total purchases              203,097.76
Total payments              (179,334.15)

Underpayment                 23,763.61
Additional Payment            10,000.00

ACH required                   33,763.61

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad

# APP490

HAR000797

**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| | |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'

# APP491

HAR000798

<barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |

**APP492**

ACH required                40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

Total purchases             185,054.30
Total payments             (176,098.58)

Underpayment               8,955.72
Additional Payment         10,000.00
Previous Week Shortage     30,690.49

ACH required               49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

Total purchases             226,424.67
Total payments             (202,889.66)

Underpayment               23,535.01
Additional Payment         10,000.00

ACH required               33,535.01

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

# APP493

HAR000801

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| | |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.   This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.   Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice  -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com

# APP494

HAR000802

Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |

**APP495**

HAR000803

Overage                              (3,632.83)
Extra weekly agreement        10,000.00

Total extra payment needed      6,367.17

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases                  214,246.69
Total payments                  (213,368.69)

Shortage                               878.00
Extra weekly agreement        10,000.00

Total extra payment needed     10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of
the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases                  207,945.69
Total payments                  (203,051.27)

Shortage                             4,894.42
Extra weekly agreement        10,000.00

Total extra payment needed     14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of
the week so that it is all posted this week.

# APP496

HAR000804

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

# APP497

HAR000805

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed    16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.    **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

# APP498



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 65,565.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast

**APP499**

HAR000807

**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important -- this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |

**APP500**

HAR000808

Extra weekly agreement          10,000.00

Total extra payment needed      54,275.35

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

# APP501

| | |
|---|---|
| **From:** | Barkat1950 <barkat1950@aol.com> |
| **Sent:** | Monday, June 25, 2018 3:03 PM |
| **To:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Cc:** | Brad Prendergast <bradp@imperialtrading.com>; Danielle Danos <Ddanos@imperialtrading.com>; barkat1950@aol.com; aali@atoz-wholesale.com |
| **Subject:** | Re: Week of 6/25 - ACH Required |

No ACH please, we have been paying more in past few weeks, even last week we paid 23k more, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Sandy Zazulak <szazulak@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 179,668.78 |
| Total payments | (150,129.88) |
| | |
| Underpayment | 29,538.90 |
| Additional payment | 10,000.00 |
| | |
| ACH required | 39,538.90 |

Sincerely,

Sandy Zazulak

Controller

Imperial Trading Company

701 Edwards Ave

Elmwood, LA  70123

O:  504-736-4056

**APP502**

HAR000814

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Tuesday, October 10, 2017 2:14 PM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | RE: Week of 10/9/17-- shortage -- ACH required |

Will do.

Amar—I will send you the notice tomorrow morning.

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Tuesday, October 10, 2017 12:48 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 10/9/17-- shortage -- ACH required

Shauntrice-

Please pull the extra payment on Friday.

--Amar

On Oct 10, 2017, at 12:45 PM, Brad Prendergast <bradp@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

# APP503

HAR000750

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments. I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
             www.imperialtrading.com
                    Follow us:
       <image002.png>        <image003.png>        <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

# APP504

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |

Shortage                       16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed        16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.   **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
         www.imperialtrading.com
              Follow us:
        <image002.png>          <image003.png>          <image004.png>

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |

Shortage                       55,565.42
Extra weekly agreement         10,000.00

Total extra payment needed        65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

# APP505

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
          www.imperialtrading.com
               Follow us:
          <image002.png>          <image003.png>          <image004.png>


**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 50,790.84 |

Very important -- this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.    Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
          www.imperialtrading.com
               Follow us:
          <image002.png>          <image003.png>          <image004.png>


# APP506

HAR000753

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image001.jpg>
www.imperialtrading.com
Follow us:
<image002.png>        <image003.png>        <image004.png>

**APP507**

HAR000754

**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| | |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'

# APP508

HAR000798

<barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |

# APP509

HAR000799

| | |
|---|---|
| Underpayment | 17,745.32 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 27,745.32 |

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 182,727.13 |
| Total payments | (177,857.97) |
| | |
| Underpayment | 4,869.16 |
| Additional Payment | 10,000.00 |
| Returned Check | 35,699.58 |
| | |
| ACH required | 50,568.74 |

What do you want to do?   Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 174,668.60 |
| Total payments | (143,731.89) |
| | |
| Underpayment | 30,936.71 |
| Additional Payment | 10,000.00 |

# APP510

ACH required                         40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 185,054.30 |
| Total payments | (176,098.58) |
| Underpayment | 8,955.72 |
| Additional Payment | 10,000.00 |
| Previous Week Shortage | 30,690.49 |
| ACH required | 49,646.21 |

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 226,424.67 |
| Total payments | (202,889.66) |
| Underpayment | 23,535.01 |
| Additional Payment | 10,000.00 |
| ACH required | 33,535.01 |

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

# APP511

HAR000801

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| Overage | (19,016.15) |

There will be no ACH needed this week.   This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.   Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice  -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com

# APP512

HAR000802

Cc: Shauntrice Jones <sjones@imperialtrading.com> & Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| | |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |

# APP513

Overage                          (3,632.83)
Extra weekly agreement           10,000.00

Total extra payment needed       6,367.17

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases               214,246.69
Total payments                (213,368.69)

Shortage                          878.00
Extra weekly agreement         10,000.00

Total extra payment needed     10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases               207,945.69
Total payments                (203,051.27)

Shortage                        4,894.42
Extra weekly agreement         10,000.00

Total extra payment needed     14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

# APP514

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

# APP515

HAR000805

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed    16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.    **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

# APP516



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 65,565.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast

# APP517

HAR000807

**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.    Let's avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |

**APP518**

Extra weekly agreement          10,000.00

Total extra payment needed      54,275.35

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP519**

HAR000809

Subject: RE: Week of 5/28/18-- ACH required

Barkat, waiting for your response.   Brad

**From:** Barkat1950 <barkat1950@aol.com>
**Sent:** Monday, June 11, 2018 2:05 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com
**Cc:** Danielle Danos <Ddanos@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** Re: Week of 5/28/18-- ACH required

Brad, Please hold off, I need to check, I will get back to you this afternoon, thanks!................Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>
Cc: Danielle Danos <Ddanos@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Sent: Mon, Jun 11, 2018 1:16 pm
Subject: RE: Week of 5/28/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 178,899.12 |
| Total payments | (146,181.71) |
| | |
| Underpayment | 32,717.41 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,717.41 |

I think I am missing a check for 6/11/18 – received checks dated 6/12/18 through 6/15/18 with check numbers 31880, 31881, 31882 and 31883.   You make reference to paying off invoices 267118 and 267119 but I am short 36,545.42 to get that done.   Unless I hear from you I will set up ACH's to draft 42,717.41 to make up for that missing check and to maintain our 10k decrease per week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, May 29, 2018 10:53 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 5/28/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 184,732.06 |
| Total payments | (115,075.35) |
| | |
| Underpayment | 69,656.71 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 79,656.71 |

# APP520

HAR001454

Shauntrice will ACH your account $79,656.71 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, May 14, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 4,221.41 |

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, May 07, 2018 1:30 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
**Subject:** RE: Week of 5/7/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 144,546.63 |
| Total payments | (185,054.30) |
| | |
| Overpayment | (40,507.67) |
| | |
| ACH required | None |

No ACH is required this week unless you have plans to make an additional order.    Thanks.

Thanks,
Brad

# APP521

**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 203,097.76 |
| Total payments | (179,334.15) |
| Underpayment | 23,763.61 |
| Additional Payment | 10,000.00 |
| ACH required | 33,763.61 |

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

# APP522

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| | |
| Underpayment | 19,072.10 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| | |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |

# APP523

HAR001457

ACH required                                    42,500.81

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

Total purchases                          186,808.54
Total payments                          (169,063.22)

Underpayment                             17,745.32
Additional Payment                       10,000.00

ACH required                              27,745.32

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

Total purchases                          182,727.13
Total payments                          (177,857.97)

Underpayment                              4,869.16
Additional Payment                       10,000.00
Returned Check                           35,699.58

ACH required                              50,568.74

What do you want to do?   Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out

# APP524

HAR001458

over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 174,668.60 |
| Total payments | (143,731.89) |
| | |
| Underpayment | 30,936.71 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 40,936.71 |

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 185,054.30 |
| Total payments | (176,098.58) |
| | |
| Underpayment | 8,955.72 |
| Additional Payment | 10,000.00 |
| Previous Week Shortage | 30,690.49 |
| | |
| ACH required | 49,646.21 |

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

# APP525

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 226,424.67 |
| Total payments | (202,889.66) |
| | |
| Underpayment | 23,535.01 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 33,535.01 |

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| | |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

# APP526

HAR001460

Total purchases          208,410.91
Total payments           (227,427.06)

Overage                  (19,016.15)

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week – however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.    Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

Total purchases          210,945.64
Total payments           (218,945.41)

Overage                  (7,999.77)
Extra weekly agreement    10,000.00

Total extra payment needed   2,000.23

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases          225,746.68
Total payments           (205,567.23)

Shortage                 20,179.45
Extra weekly agreement    10,000.00

# APP527

HAR001461

Total extra payment needed          30,179.45

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |
| | |
| Shortage | 878.00 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 10,878.00 |

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

# APP528

HAR001462

**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 207,945.69 |
| Total payments | (203,051.27) |
| | |
| Shortage | 4,894.42 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 14,894.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 205,046.55 |
| Total payments | (202,464.87) |
| | |
| Shortage | 2,581.68 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 12,581.68 |

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>

# APP529

HAR001463

**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| | |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |

**APP530**

HAR001464

Shortage                          16,732.03
No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed      16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.   **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

Total purchases               243,146.28
Total payments               (187,580.86)

Shortage                        55,565.42
Extra weekly agreement        10,000.00

Total extra payment needed    65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast

# APP531

HAR001465

Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check
Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

**APP532**

HAR001466



www.imperialtrading.com

Follow us:

  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP533**

HAR001467

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Monday, May 14, 2018 11:08 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com>; aali@atoz-wholesale.com |
| Cc: | Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | Re: Week of 5/14/18-- ACH required |

Good Morning Brad,

We paid last week 40K extra, so you do not need to take another 10K this week, we actually paid you for next 4 weeks in advance and our purchases have gone down.
Next 3 weeks no EFT for $10K each week, please!
Thank you,

Barkat


-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: aali <aali@atoz-wholesale.com>
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Sent: Mon, May 14, 2018 10:45 am
Subject: RE: Week of 5/14/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 150,619.74 |
| Total payments | (156,398.33) |
| | |
| Overpayment | (5,778.59) |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 4,221.41 |

Shauntrice will ACH your account $4,221.41 spread out over the remainder of this week.

Thanks,
Brad


From: Brad Prendergast
Sent: Monday, May 07, 2018 1:30 PM
To: aali@atoz-wholesale.com
Cc: Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Barkat1950 <barkat1950@aol.com>
Subject: RE: Week of 5/7/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 144,546.63 |
| Total payments | (185,054.30) |
| | |
| Overpayment | (40,507.67) |

# APP534

HAR001278

ACH required                          None

No ACH is required this week unless you have plans to make an additional order.   Thanks.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 30, 2018 2:47 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 4/30/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 203,097.76 |
| Total payments | (179,334.15) |
| | |
| Underpayment | 23,763.61 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 33,763.61 |

Shauntrice will ACH your account $33,763.61 spread out over the remainder of this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, April 23, 2018 11:40 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'
<barkat1950@aol.com>
**Subject:** RE: Week of 4/23/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 194,534.63 |
| Total payments | (185,778.03) |
| | |
| Underpayment | 8,756.60 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 18,756.60 |

Shauntrice will ACH your account $18,756.60 spread out over the remainder of this week.

Thanks,
Brad

# APP535

HAR001279

**From:** Brad Prendergast
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/16/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 201,922.51 |
| Total payments | (182,850.41) |
| **Underpayment** | 19,072.10 |
| **Additional Payment** | 10,000.00 |
| ACH required | 29,072.10 |

Shauntrice will ACH your account $29,072.10 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, April 09, 2018 12:01 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 4/9/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 195,860.98 |
| Total payments | (190,091.58) |
| Underpayment | 5,769.40 |
| Additional Payment | 10,000.00 |
| ACH required | 15,769.40 |

Shauntrice will ACH your account $15,769.40 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950'

# APP536

HAR001280

<barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |
| | |
| Underpayment | 17,745.32 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 27,745.32 |

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 182,727.13 |

# APP537

Total payments            (177,857.97)

Underpayment               4,869.16
Additional Payment        10,000.00
Returned Check            35,699.58

ACH required              50,568.74

What do you want to do?   Barkat says no ACH�s but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

Total purchases            174,668.60
Total payments            (143,731.89)

Underpayment               30,936.71
Additional Payment         10,000.00

ACH required               40,936.71

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

Total purchases            185,054.30
Total payments            (176,098.58)

Underpayment               8,955.72
Additional Payment        10,000.00
Previous Week Shortage     30,690.49

# APP538

ACH required                              49,646.21

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

Total purchases                      226,424.67
Total payments                      (202,889.66)

Underpayment                          23,535.01
Additional Payment                    10,000.00

ACH required                              33,535.01

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

Total purchases                      225,712.18
Total payments                      (171,367.33)

Underpayment                          54,344.85
Additional Payment                    10,000.00

ACH required                              64,344.85

Shauntrice will ACH your account $64,344.85 this week.

Thanks,
Brad

# APP539

HAR001283

**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

Total purchases           208,410.91
Total payments            (227,427.06)

Overage                   (19,016.15)

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow ◆ please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week ◆ however we used the build-up the extra weekly ACH◆s to pay this invoice off for EOM.   Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

Total purchases           210,945.64
Total payments            (218,945.41)

Overage                   (7,999.77)
Extra weekly agreement    10,000.00

Total extra payment needed    2,000.23

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com

# APP540

HAR001284

**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 214,246.69 |
| Total payments | (213,368.69) |

# APP541

Shortage                        878.00
Extra weekly agreement          10,000.00

Total extra payment needed      10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases                 207,945.69
Total payments                  (203,051.27)

Shortage                        4,894.42
Extra weekly agreement          10,000.00

Total extra payment needed      14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

Total purchases                 205,046.55
Total payments                  (202,464.87)

Shortage                        2,581.68
Extra weekly agreement          10,000.00

Total extra payment needed      12,581.68

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of

# APP542

HAR001286

the week so that it is all posted this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.   She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.   I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:
  

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM

# APP543

HAR001287

**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

<mark>No extra weekly agreement this week since I took extra $10k last week</mark>

| | |
|---|---|
| Total extra payment needed | 16,732.03 |

Shauntrice will set up an ACH for the amount of the extra payment needed.    **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |
| Total payments | (187,580.86) |
| | |
| Shortage | 55,565.42 |

# APP544

HAR001288

Extra weekly agreement          10,000.00

Total extra payment needed     65,565.42

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 220,716.26 |
| Total payments | (179,925.42) |
| | |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 50,790.84 |

Very important � this payment can be labeled as �to be deposited on Friday, September 15th� but I need this check Wednesday or Thursday at the latest.    Let�s avoid the phone calls on Thursday.

Sincerely,

Brad Prendergast
Chief Financial Officer

# APP545

Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156




Follow us:
      

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** aali@atoz-wholesale.com
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important � this payment can be labeled as �to be deposited on Friday, September 8th� but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

# APP546

**From:** Brad Prendergast
**Sent:** Monday, March 26, 2018 12:54 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; 'Barkat1950' <barkat1950@aol.com>
**Subject:** RE: Week of 3/26/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 211,118.43 |
| Total payments | (178,617.62) |
| | |
| Underpayment | 32,500.81 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 42,500.81 |

Shauntrice will ACH your account $42,500.81 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 12, 2018 1:50 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/12/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 186,808.54 |
| Total payments | (169,063.22) |
| | |
| Underpayment | 17,745.32 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 27,745.32 |

Shauntrice will ACH your account $27,745.32 spread out over the remainder of this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, March 05, 2018 9:28 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 3/5/18-- ACH required
**Importance:** High

# APP547

Amar,

| | |
|---|---|
| Total purchases | 182,727.13 |
| Total payments | (177,857.97) |
| Underpayment | 4,869.16 |
| Additional Payment | 10,000.00 |
| Returned Check | 35,699.58 |
| ACH required | 50,568.74 |

What do you want to do?  Barkat says no ACH's but we need this amount to move forward and we need the returned check covered this week to ship next week.   Do you approve for Shauntrice to ACH your account $50,568.74 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 20, 2018 10:45 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/19/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 174,668.60 |
| Total payments | (143,731.89) |
| Underpayment | 30,936.71 |
| Additional Payment | 10,000.00 |
| ACH required | 40,936.71 |

Shauntrice will ACH your account $40,936.71 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, February 06, 2018 1:52 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 2/6/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 185,054.30 |
| Total payments | (176,098.58) |

# APP548

HAR001364

| | |
|---|---|
| Underpayment | 8,955.72 |
| Additional Payment | 10,000.00 |
| Previous Week Shortage | 30,690.49 |
| | |
| ACH required | 49,646.21 |

Shauntrice will ACH your account $49,646.21 spread out over the remainder of this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Monday, January 08, 2018 5:22 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/8/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 226,424.67 |
| Total payments | (202,889.66) |
| | |
| Underpayment | 23,535.01 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 33,535.01 |

Shauntrice will ACH your account $33,535.01 this week.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Tuesday, January 02, 2018 2:40 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 1/1/18-- ACH required

Amar,

| | |
|---|---|
| Total purchases | 225,712.18 |
| Total payments | (171,367.33) |
| | |
| Underpayment | 54,344.85 |
| Additional Payment | 10,000.00 |
| | |
| ACH required | 64,344.85 |

Shauntrice will ACH your account $64,344.85 this week.

# APP549

HAR001365

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, December 04, 2017 2:38 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 12/4/17-- no ACH required

Amar,

| | |
|---|---|
| Total purchases | 208,410.91 |
| Total payments | (227,427.06) |
| | |
| Overage | (19,016.15) |

There will be no ACH needed this week.    This assumes that you have no orders coming tomorrow – please confirm.

Also, your accountant paid the invoice dated 9/4/17 on account 95750 this week -- however we used the build-up the extra weekly ACH's to pay this invoice off for EOM.   Therefore we will use the checks for the 9/4/17 invoice on the 9/11/17 invoice -- this will result in a $2,661.80 overpayment which we will add to the payment on account 95750.



Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Monday, November 27, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/27/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 210,945.64 |
| Total payments | (218,945.41) |
| Overage | (7,999.77) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 2,000.23 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

# APP550

HAR001366

**From:** Brad Prendergast
**Sent:** Wednesday, November 22, 2017 2:20 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/20/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 225,746.68 |
| Total payments | (205,567.23) |
| | |
| Shortage | 20,179.45 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 30,179.45 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, November 14, 2017 10:38 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required

Amar,

| | |
|---|---|
| Total purchases | 206,744.79 |
| Total payments | (210,377.62) |
| | |
| Overage | (3,632.83) |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 6,367.17 |

Shauntrice will set up an ACH for the amount of the extra payment needed.

Thanks,
Brad

**From:** Brad Prendergast
**Sent:** Wednesday, November 08, 2017 10:56 AM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 11/6/17-- shortage -- ACH required
**Importance:** High

Amar,

# APP551

HAR001367

Total purchases            214,246.69
Total payments            (213,368.69)

Shortage                      878.00
Extra weekly agreement      10,000.00

Total extra payment needed   10,878.00

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 31, 2017 3:21 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/30/17-- shortage -- ACH required

Amar,

Total purchases            207,945.69
Total payments            (203,051.27)

Shortage                    4,894.42
Extra weekly agreement      10,000.00

Total extra payment needed   14,894.42

Shauntrice will set up an ACH for the amount of the extra payment needed.    She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad


**From:** Brad Prendergast
**Sent:** Tuesday, October 10, 2017 12:45 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 10/9/17-- shortage -- ACH required

Amar,

Total purchases            205,046.55
Total payments            (202,464.87)

Shortage                    2,581.68
Extra weekly agreement      10,000.00

# APP552

HAR001368

Total extra payment needed          12,581.68

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Thanks,
Brad

---

**From:** Brad Prendergast
**Sent:** Monday, October 02, 2017 1:06 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 229,963.63 |
| Total payments | (206,360.52) |
| Shortage | 23,603.11 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 33,603.11 |

Shauntrice will set up an ACH for the amount of the extra payment needed.     She will split it up over the remainder of the week so that it is all posted this week.

Amar, Irshadali paid invoices this week that we marked as paid for EOM using the extra weekly payments.  I will send you an email later this week detailing the open invoices going into next week.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

# APP553

HAR001369

**From:** Brad Prendergast
**Sent:** Monday, September 25, 2017 12:57 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/25/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 219,057.42 |
| Total payments | (202,325.39) |
| | |
| Shortage | 16,732.03 |

No extra weekly agreement this week since I took extra $10k last week

Total extra payment needed    16,732.03

Shauntrice will set up an ACH for the amount of the extra payment needed.    **Since it is so small this week, unless you say otherwise, we will have it come out of your account on Wednesday in total.**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 18, 2017 2:03 PM
**To:** aali@atoz-wholesale.com
**Cc:** Shauntrice Jones <sjones@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>
**Subject:** RE: Week of 9/18/17-- shortage -- ACH required
**Importance:** High

Amar,

| | |
|---|---|
| Total purchases | 243,146.28 |

# APP554

HAR001370

| Total payments | (187,580.86) |
|---|---|
| Shortage | 55,565.42 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 65,565.42 |

Shauntrice will set up an ACH for the amount of the extra payment needed and it will come out of your account on Friday.

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**From:** Brad Prendergast
**Sent:** Monday, September 11, 2017 10:39 AM
**To:** aali@atoz-wholesale.com
**Subject:** RE: Week of 9/11/17-- shortage -- check required
**Importance:** High

Amar,

| Total purchases | 220,716.26 |
|---|---|
| Total payments | (179,925.42) |
| Shortage | 40,790.84 |
| Extra weekly agreement | 10,000.00 |
| Total extra payment needed | 50,790.84 |

Very important – this payment can be labeled as "to be deposited on Friday, September 15th" but I need this check Wednesday or Thursday at the latest.   Let's avoid the phone calls on Thursday.

Sincerely,

**APP555**

HAR001371

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156



<u>www.imperialtrading.com</u>
Follow us:
  

**From:** Brad Prendergast
**Sent:** Tuesday, September 05, 2017 1:17 PM
**To:** <u>aali@atoz-wholesale.com</u>
**Subject:** Week of 9/4/17
**Importance:** High

Amar,

| Total purchases | 222,819.82 |
| Total payments | (178,544.47) |
| | |
| Shortage | 44,275.35 |
| Extra weekly agreement | 10,000.00 |
| | |
| Total extra payment needed | 54,275.35 |

Very important – this payment can be labeled as "to be deposited on Friday, September 8th" but I need this check tomorrow or Thursday at the latest.

Thanks,
Brad

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156

**APP556**

HAR001372

| | |
|---|---|
| **From:** | Amar Ali <aali@atoz-wholesale.com> |
| **Sent:** | Monday, May 8, 2017 10:39 AM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>; Dan Burgos <dburgos@harrisoncompany.com> |
| **Subject:** | Re: A-Z.xlsx |

I'm around.  I'll also look at what happened.

--Amar

On May 8, 2017, at 9:35 AM, <bradp@imperialtrading.com> <bradp@imperialtrading.com> wrote:

> Amar and Barkat,
>
> Your balance increased by $19,177.84 to $2,638,057.21.  Amar, I will call you this week to get an update on your plans to bring this down.
>
> Thanks,
> Brad
>
>
> Sincerely,
>
> Brad Prendergast
> Chief Financial Officer
> Imperial Trading Co., LLC
> 701 Edwards Avenue
> Elmwood, LA 70123
> O: 504-736-4051
> C: 504-554-2692
> F: 504-736-4156
>
> <image006.jpg>
>       www.imperialtrading.com
>          Follow us:
>       <image003.png>        <image004.png>        <image005.png>

<A-Z.xlsx>

| From: | Brad Prendergast <bradp@imperialtrading.com> |
|---|---|
| Sent: | Friday, January 12, 2018 4:44 PM |
| To: | aali@atoz-wholesale.com; Barkat Ali <barkat1950_aol.com@atoz-wholesale.com> |
| Cc: | Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | A-Z spreadsheet.xlsx |
| Attach: | A-Z spreadsheet.xlsx |

Amar and Barkat,

Your balance increased by $69,656.81 to $2,676,002.45 due to last week's ACH being returned this week.   Everything should be settled and back to normal by the end of next week.

Thanks,
Brad


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP558**

HAR000787

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Tuesday, February 27, 2018 10:29 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | aali@atoz-wholesale.com |
| Subject: | Re: Hello |

Brad, Please send me the last week report, thanks!

Barkat

-----Original Message-----
From: Brad Prendergast <bradp@imperialtrading.com>
To: Barkat1950 <barkat1950@aol.com>
Cc: aali <aali@atoz-wholesale.com>
Sent: Tue, Feb 27, 2018 10:08 am
Subject: RE: Hello

Barkat,

We only debit your bank account when the checks are less than the current week�s purchases in order to continue to reduce the overall balance of the account.  Amar is fully aware of the amount that we are going to debit your account. This week we will not debit your account since the payments exceed the purchases.   Also, I continue to send the Friday reports to Amar but have been leaving your email off because your email was bouncing back to me.   Not sure what is going on there.

Thanks,
Brad

From: Barkat1950 [mailto:barkat1950@aol.com]
Sent: Tuesday, February 27, 2018 9:59 AM
To: Brad Prendergast <bradp@imperialtrading.com>
Cc: aali@atoz-wholesale.com
Subject: Re: Hello

Good Morning Brad,

Irshad is very unhappy with your debiting our bank account each week without his knowledge, although he has been paying each week with the checks, the checks and your debits are been paid for the same invoices and we have not seen your weekly statements emails since almost 3 months, we don't know the balances on these accounts.

Please stop debiting our bank accounts immediately, we will continue our checks mailed to you each week, so Irshad can have his peace of mind and our accounting stays in Irshad's control, he is very nervous and unhappy at this time, so please help us in this matter by no more debiting our bank accounts, thank you!

Barkat

# APP559

HAR000790

| | |
|---|---|
| **From:** | Barkat1950 <barkat1950@aol.com> |
| **Sent:** | Monday, June 25, 2018 4:00 PM |
| **To:** | Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | Sandy Zazulak <szazulak@imperialtrading.com>; barkat1950@aol.com; Danielle Danos <Ddanos@imperialtrading.com>; aali@atoz-wholesale.com |
| **Subject:** | Re: Week of 6/25 - ACH Required |

We have been paying more in the past few weeks, we paid in last 6 months almost 600k + we reduced a big chunk during this time, so please do not ACH, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Brad Prendergast <bradp@imperialtrading.com> wrote:

We have to in order to avoid bank ineligibles on your account for being older than 90 days from invoice date. Month end calculation.  No choice.

Sent from my iPhone

On Jun 25, 2018, at 4:02 PM, Barkat1950 <barkat1950@aol.com> wrote:

No ACH please, we have been paying more in past few weeks, even last week we paid 23k more, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Sandy Zazulak <szazulak@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 179,668.78 |
| Total payments | (150,129.88) |
| Underpayment | 29,538.90 |
| Additional payment | 10,000.00 |
| ACH required | 39,538.90 |

Sincerely,

**APP560**

Sandy Zazulak

Controller

Imperial Trading Company

701 Edwards Ave

Elmwood, LA  70123


O:  504-736-4056

F:  504-736-4156



APP561

HAR000817

| From: | Barkat1950 <barkat1950@aol.com> |
|---|---|
| Sent: | Monday, June 25, 2018 4:26 PM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com>; Danielle Danos <Ddanos@imperialtrading.com>; aali@atoz-wholesale.com |
| Subject: | Re: Week of 6/25 - ACH Required |

PLEASE DO NOT ACH THIS WEEK, THANK YOU!

-----Original Message-----
From: Barkat1950 <barkat1950@aol.com>
To: bradp <bradp@imperialtrading.com>
Cc: szazulak <szazulak@imperialtrading.com>; barkat1950 <barkat1950@aol.com>; Ddanos
<Ddanos@imperialtrading.com>; aali <aali@atoz-wholesale.com>
Sent: Mon, Jun 25, 2018 4:00 pm
Subject: Re: Week of 6/25 - ACH Required

We have been paying more in the past few weeks, we paid in last 6 months almost 600k + we reduced a big chunk during this time, so please do not ACH, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Brad Prendergast <bradp@imperialtrading.com> wrote:

We have to in order to avoid bank ineligibles on your account for being older than 90 days from invoice date.  Month end calculation.  No choice.

Sent from my iPhone

On Jun 25, 2018, at 4:02 PM, Barkat1950 <barkat1950@aol.com> wrote:

No ACH please, we have been paying more in past few weeks, even last week we paid 23k more, thank you!

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, June 25, 2018, Sandy Zazulak <szazulak@imperialtrading.com> wrote:

Amar,

| | |
|---|---|
| Total purchases | 179,668.78 |
| Total payments | (150,129.88) |
| | |
| Underpayment | 29,538.90 |
| Additional payment | 10,000.00 |
| | |
| ACH required | 39,538.90 |

Sincerely,

Sandy Zazulak
Controller
Imperial Trading Company
701 Edwards Ave

# APP562

HAR000828

Elmwood, LA  70123

O:  504-736-4056
F:  504-736-4156



**APP563**

HAR000829

| | |
|---|---|
| **From:** | Sandy Zazulak <szazulak@imperialtrading.com> |
| **Sent:** | Wednesday, June 15, 2016 8:37 AM |
| **To:** | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| **Cc:** | barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| **Subject:** | RE: A-Z.xlsx |

Amar,

We have not received the additional $7,000 payment that was discussed on Friday.  Is that coming via wire or check, and when can we expect it?  We're half way through the next week, so we need to get the difference from last week settled.

Thanks!

Sincerely,

Sandy Zazulak
Controller
Imperial Trading Company
701 Edwards Ave
Elmwood, LA  70123

O:  504-736-4056
F:  504-736-4156



**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Friday, June 10, 2016 7:10 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** <barkat1950_aol.com@atoz-wholesale.com> <barkat1950_aol.com@atoz-wholesale.com>; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
**Subject:** Re: A-Z.xlsx

What were our invoices this week?  I'll send a separate payment of 7k to make the reduction of net 5k.

--Amar

On Jun 10, 2016, at 3:59 PM, <bradp@imperialtrading.com> wrote:

> Amar and Barkat,
>
> Your balance **increased** by $2,863.66 to $2,599,534.52.  Next week's checks total $246,339.60.
>
> Amar, in your last text to Wayne and I, you committed to decreasing the balance $5k per week – what happened here?   Need a response.

# APP564

HAR000845

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
<image003.png>          <image004.png>          <image005.png>

<A-Z.xlsx>

HAR000846

| From: | Amar Ali <aali@atoz-wholesale.com> |
|---|---|
| Sent: | Monday, December 26, 2016 2:37 PM |
| To: | Wayne Baquet <wbaquet@imperialtrading.com> |
| Cc: | Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | Re: Imperial -- A to Z -- week of 12/26 |

Thanks, Wayne!  Appreciate y'all's friendship and continued support!

--Amar

On Dec 26, 2016, at 2:34 PM, <wbaquet@imperialtrading.com> <wbaquet@imperialtrading.com> wrote:

Thanks Amar. I understand what you are requesting and agree.

Sent from my iPhone

On Dec 26, 2016, at 2:25 PM, Amar Ali <aali@atoz-wholesale.com<mailto:aali@atoz-wholesale.com>> wrote:

Thanks, Brad!  I'll call Wayne to discuss what I discussed with you so we are all on the same page.

--Amar

On Dec 26, 2016, at 1:57 PM, <bradp@imperialtrading.com<mailto:bradp@imperialtrading.com>> <bradp@imperialtrading.com<mailto:bradp@imperialtrading.com>> wrote:

Amar,

The checks I have in my hands are:

|  |  |  |  |
|---|---|---|---|
| Diamond Wholesale 12/27/16 | 10,000.00 | Ck 1766 |
| Diamond Wholesale 12/28/16 | 10,000.00 | Ck 1767 |
| Diamond Wholesale 12/29/16 | 10,026.61 | Ck 1768 |
| Top 20 Distribution 12/30/16 | 5,000.00 | Ck 5410 |

I brought Wayne up to date on our conversation and wasn't sure the answer to his question.   Is it your intent to double up your payments the week of 1/2/17 to cover this week's checks?

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue

**APP566**

HAR000862

Elmwood, LA 70123
O: 504-736-4051
C:  504-554-2692
F:  504-736-4156

<image002.jpg>
   www.imperialtrading.com<http://www.imperialtrading.com>
     Follow us:
   <image003.png><https://www.facebook.com/pages/Imperial-
Trading/226497104221309>   <image004.png><https://twitter.com/ImperialTrNOLA>
  <image005.png><http://www.linkedin.com/company/imperial-trading/>

**APP567**

HAR000863

| From: | Sandy Zazulak <szazulak@imperialtrading.com> |
|---|---|
| Sent: | Wednesday, June 15, 2016 8:37 AM |
| To: | Amar Ali <aali@atoz-wholesale.com>; Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | barkat1950_aol.com@atoz-wholesale.com; Wayne Baquet <wbaquet@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | RE: A-Z.xlsx |

Amar,

We have not received the additional $7,000 payment that was discussed on Friday.  Is that coming via wire or check, and when can we expect it?  We're half way through the next week, so we need to get the difference from last week settled.

Thanks!

Sincerely,

Sandy Zazulak
Controller
Imperial Trading Company
701 Edwards Ave
Elmwood, LA  70123

O:  504-736-4056
F:  504-736-4156


IMPERIAL.
SUPER REGIONAL DISTRIBUTOR

**From:** Amar Ali [mailto:aali@atoz-wholesale.com]
**Sent:** Friday, June 10, 2016 7:10 PM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Cc:** <barkat1950_aol.com@atoz-wholesale.com> <barkat1950_aol.com@atoz-wholesale.com>; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com>
**Subject:** Re: A-Z.xlsx

What were our invoices this week?  I'll send a separate payment of 7k to make the reduction of net 5k.

--Amar

On Jun 10, 2016, at 3:59 PM, <bradp@imperialtrading.com> wrote:

Amar and Barkat,

Your balance **increased** by $2,863.66 to $2,599,534.52.  Next week's checks total $246,339.60.

Amar, in your last text to Wayne and I, you committed to decreasing the balance $5k per week -- what happened here?   Need a response.

**APP568**

Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
     <image003.png>       <image004.png>       <image005.png>

<A-Z.xlsx>

HAR000846

| From: | Amar Ali <aali@atoz-wholesale.com> |
|-------|-----|
| Sent: | Friday, September 1, 2017 4:29 PM |
| To: | Brad Prendergast <bpender2@imperialtrading.com> |
| Cc: | Barkat Ali <barkat1950_aol.com@atoz-wholesale.com>; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | Re: A-Z spreadsheet.xlsx |

Agreed.  Actual closing dates for deals will be dependent on financing, however, your summary covers the plan we have in place.

Have a great weekend!

--Amar

On Sep 1, 2017, at 4:24 PM, Brad Prendergast <bpender2@imperialtrading.com> wrote:

Amar and Barkat,

Your balance increased by $23,930.42 to $2,807,701.20.   Amar, per our discussions today this is my understanding of how you plan on reducing the balance through the remainder of the year.  There are 17 weeks left in 2017 – each week you will purchase $10,000 less than you are paying thereby reducing this balance by $170,000.00.   In addition, at the end of September you will merge the Austin warehouse into the Waco warehouse at which time you will pay us $250,000.00.   And prior to year-end you will refinance your Dallas building and pay us an additional $250,000.00.   The total of these moves will bring your balance down to approximately $2,130,000.00 at December 31, 2017.   Please confirm this per our discussions.

Thanks,
Brad


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156

<image006.jpg>
www.imperialtrading.com
Follow us:
<image003.png>        <image004.png>        <image005.png>


<A-Z spreadsheet.xlsx>


# APP570

HAR000880

| From: | Shauntrice Jones <sjones@imperialtrading.com> |
|---|---|
| Sent: | Friday, March 23, 2018 10:06 AM |
| To: | Amar Ali <aali@atoz-wholesale.com> |
| Cc: | Brad Prendergast <bradp@imperialtrading.com> |
| Subject: | RE: Week of 3/19/18-3/23/18 |

Amar,

Per our conversation you will wire $150k to us no later than Wednesday 3/28/18. Checks for the week ending 3/30 will be in the mail and arrive to Imperial on Monday morning via certified mail. Any deficiencies will be drafted via ACH next week.

Please confirm.

Thanks!

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue
Elmwood, LA 70123

O: 504-736-4050
F: 504-736-4156



**From:** Shauntrice Jones
**Sent:** Thursday, March 22, 2018 4:14 PM
**To:** 'Amar Ali' <aali@atoz-wholesale.com>
**Cc:** barkat1950@aol.com; Sandy Zazulak <szazulak@imperialtrading.com>; Brad Prendergast <bradp@imperialtrading.com>
**Subject:** RE: Week of 3/19/18-3/23/18

Amar,

Today we received two checks for $65,868.05. We are short $139,411.20 (this includes $10k for the week), what is the plan?

Sincerely,

Shauntrice Jones
Accounts Receivable Supervisor
Imperial Trading Company
701 Edwards Avenue

# APP571

HAR001157

| From: | Amar Ali <aali@atoz-wholesale.com> |
|---|---|
| Sent: | Thursday, August 23, 2018 10:01 AM |
| To: | Brad Prendergast <bradp@imperialtrading.com> |
| Cc: | Sandy Zazulak <szazulak@imperialtrading.com> |
| Subject: | Re: A-Z Wholesale |

Got it. I'll take it up with him, but I'm certain he'll honor that since he and I have discussed it on more than one occasion.

--Amar

On Aug 23, 2018, at 9:58 AM, Brad Prendergast <bradp@imperialtrading.com> wrote:

> I will take $1.8MM after closing. The credits for cartons dating back to our discussion with Wayne is a Wayne conversation because I was under the impression you were committing to do that in the same month that we had that discussion.
>
> **From:** Amar Ali <aali@atoz-wholesale.com>
> **Sent:** Thursday, August 23, 2018 9:51 AM
> **To:** Brad Prendergast <bradp@imperialtrading.com>
> **Cc:** Sandy Zazulak <szazulak@imperialtrading.com>
> **Subject:** Re: A-Z Wholesale
>
> Fair enough, but if we bring the balance down before closing, the payment after closing will be less than $900k. Ultimately the goal is to bring the balance to $1.8M after the closing. Does that sound good to you, Brad?
>
> Also, I will be expecting credits for cartons of cigs dating back to our discussion with Wayne once the payment is made after closing.
>
> Thanks!
>
> --Amar
>
> On Aug 23, 2018, at 9:38 AM, Brad Prendergast <bradp@imperialtrading.com> wrote:
>
>> At the end of June when you committed to Wayne to pay $500k your balance was $2,306,702.75 which would have brought the balance to $1,806,702.75. Now, after the returned checks and no payments this week the balance is $2,734,597.39 so it would take $927,894.64 to get to the same balance. I will put $900k in a demand promissory note to pay upon closing of your loan for you to sign.
>>
>> **From:** Brad Prendergast
>> **Sent:** Thursday, August 23, 2018 9:15 AM
>> **To:** aali@atoz-wholesale.com
>> **Subject:** FW: A-Z Wholesale
>> **Importance:** High
>>
>> Amar,
>>
>> Another check from last week bounced today. I need to know if any checks were sent to be

**APP572**

deposited this week.    Why did all of the checks from last week bounce, why did the ACH's to replace the checks that bounced from the previous week get returned and why did we not receive any checks this week?

Brad

**From:** Su Underhill
**Sent:** Thursday, August 23, 2018 8:58 AM
**To:** Brad Prendergast <bradp@imperialtrading.com>
**Subject:** A-Z Wholesale

Check number 32115 for $38,895.70.

**APP573**

HAR001597

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Wednesday, March 20, 2019 3:23 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak
<szazulak@imperialtrading.com>; bradp@imperialtrading.com; Amar Ali <aali@atoz-wholesale.com>
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

Mr. Kuebel-

Let me send you a plan that I've discussed with your client to see if that puts things back on track and provides the
additional assurances needed to keep things on track.

We won't need my attorneys on the phone at this time.  I'll play that role until we have definitive docs that need to be
reviewed.  At this point, the commerical terms of our proposed arrangement are strictly business decision anyhow.

I think I should be able to get a high level plan over to you tomorrow, so I suggest scheduling a call for 10 am CT on
Friday, March 22, 2019, if that works for you.

Hope that you don't mind that I've continued to reply all to our emails?  I thought it's prudent for the principals to know
that we are actively communicating to resolve this amicably and quickly.

Thanks.

--Amar

On Mar 20, 2019, at 2:23 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr.  Ali:
> I am happy to discuss with you and your lawyer tomorrow morning after 9 am CDT but would require a
> written proposal in advance of the call fully detailing  A to Z plan to cure existing defaults and provide
> Imperial with adequate assurance of and security for future performance.

Omer Frederick Kuebel III
Locke Lord Bissell & Liddell
601 Poydras St.
Suite 2660
New Orleans, LA  70130
504-558-5155
rkuebel@lockelord.com

**From:** Amar Ali <aali@atoz-wholesale.com>
**Sent:** Tuesday, March 19, 2019 2:16 PM
**To:** Kuebel, Rick <rkuebel@lockelord.com>
**Cc:** barkat1950@aol.com; Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak
<szazulak@imperialtrading.com>; bradp@imperialtrading.com
**Subject:** Re: Imperial Trading Notice of Default and Demand Letter

# APP574

Mr. Kuebel-

We received your letter dated March 18, 2019, and would like to schedule a call to discuss the same.  I'm currently overseas with a +12 hour time difference.  Please give me few scheduling options that work for you, so we can sync up.

Looking forward to speaking with you. Thanks.
--Amar

On Mar 19, 2019, at 5:58 AM, Kuebel, Rick <rkuebel@lockelord.com> wrote:

> Mr. Ali:
> Attached please find a copy of the Notice of Default and Demand for Payment Notice issued to A to Z by our firm today on behalf of Imperial Trading Company.
>
>
> Omer Frederick Kuebel III
> Locke Lord Bissell & Liddell
> 601 Poydras St.
> Suite 2660
> New Orleans, LA  70130
> 504-558-5155
> rkuebel@lockelord.com



> Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach
>
> For more information visit www.lockelord.com
>
> CONFIDENTIALITY NOTICE:
> This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.
>
> <MyScan.PDF>

**APP575**

| From: | Brad Prendergast </O=IMPERIALTRADING/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BPENDER> |
|---|---|
| Sent: | Friday, June 10, 2016 4:00 PM |
| To: | aali@atoz-wholesale.com; barkat1950_aol.com@atoz-wholesale.com |
| Cc: | Wayne Baquet <wbaquet@imperialtrading.com>; Sandy Zazulak <szazulak@imperialtrading.com>; Shauntrice Jones <sjones@imperialtrading.com> |
| Subject: | A-Z.xlsx |
| Attach: | A-Z.xlsx |

Amar and Barkat,

Your balance **increased** by $2,863.66 to $2,599,534.52. Next week's checks total $246,339.60.

Amar, in your last text to Wayne and I, you committed to decreasing the balance $5k per week – what happened here? Need a response.


Sincerely,

Brad Prendergast
Chief Financial Officer
Imperial Trading Co., LLC
701 Edwards Avenue
Elmwood, LA 70123
O: 504-736-4051
C: 504-554-2692
F: 504-736-4156



www.imperialtrading.com
Follow us:

  

**APP576**

HAR001952



A·Z WHOLESALE

**TRE RULE 408.   COMPROMISE OFFERS & NEGOTIATIONS SETTLEMENT COMMUNICATIONS.  IN FURTHERANCE OF AND FOR THE SOLE PURPOSES OF SETTLEMENT ONLY.  NOT TO BE USED IN LITIGATION.  INADIMISSIBLE AT TRIAL.**

March 21, 2019

Mr. Omer Frederick Kuebel III
Loke Lord Bissell & Liddell
601 Poydras Street, Suite 2600
New Orleans, LA 70130
*Via Email:  rkuebel@lockelord.com*

Dear Mr. Kuebel:

In response to your letter dated March 18, 2019, and in the interest of resolving the payment and supply dispute between A-Z Wholesalers, Inc. ("A to Z") and Imperial Trading Co., LLC ("Imperial"), A to Z is prepared to enter into definitive agreements pursuant of the following commercial terms, if acceptable:

A to Z's Offer:

1. Upon execution of a payment and supply agreement ("Agreement"), A to Z shall pay Imperial $120,000.00 to offset the return checks that were dated for the week of the week March 4, 2019 *(Note:  the reason the amount is $120,000.00 instead of $150,000.00 is because A to Z has already replaced on returned check of $30,000.00 with a cashier's check that both Wayne and Brad have acknowledge)*;

2. Upon the Agreement, A to Z shall:  a) pay down the balance by $5,000.00/week until such time that the overall balance is reduced to $1,000,000.00; and b) not return any payment items in the future;

3. Upon funding of A to Z's line of credit, already pipelined, A to Z shall pay Imperial $250,000.00 in lieu of the promissory note that has matured;

4. Upon funding of A to Z's SBA loan, which has also been pipelined, A to Z shall pay Imperial $500,000.00 to significantly reduce the overall balance; and

**APP577**

HAR003606

5. In the event that A to Z's SBA loan funds ahead of the line of credit, A to Z will cease pursuing the line of credit and shall instead pay Imperial $750,000.00.

The offer stated above is in consideration of the following by Imperial:

1. Upon execution of the Agreement and the payment of $120,000.00 referenced in Section 1 of the above, Imperial agrees to begin shipping A to Z on a weekly basis in the amount equal to the weekly payments made by A to Z minus $10,000.00, in order to satisfy the weekly balance reduction;

2. Upon receiving payment of $250,000.00 from A to Z in lieu of the promissory note referenced in Section 3 above, Imperial shall release A to Z of any and all obligations under the promissory note;

3. Upon receiving payment of $500,000.00 from A to Z as referenced in Section 4 above, Imperial shall take a write down/off in the amount of $500,000.00, which when coupled with the $500,000.00 payment from A to Z shall reduce A to Z's overall debt by $1,000,000.00; and

4. In order to accomplish Sections 3, 4 and/or 5 above, Imperial agrees to take a second lien on A to Z's accounts receivable and inventory. Imperial's lien shall only be second to A to Z's primary lender associated with aforementioned line of credit or SBA loan.

A to Z remains committed to successfully resolving the payment and supply dispute, and continuing the relationship as commercially reasonable without further interruptions. If you agree with the offer contained in this letter as a constructive manner for the parties to amicable proceed, then kindly notify us in writing or let's schedule a call to discuss it in more detail.

Very truly yours,

A-Z WHOLESALERS, INC.

By: *Amar Ali*

Name: Amar Ali
Title: General Counsel

Wayne Baquet – CEO – Imperial: wbaquet@imperialtrading.com
Barkat Ali – President – A to Z: barkat1950@aol.com

**APP578**

HAR003607

| | |
|---|---|
| **From:** | Wayne Baquet </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4AF3F8F71F8743959CA2EFB527282DC8-WAYNE BAQUE> |
| **Sent:** | Monday, December 3, 2018 7:15 AM |
| **To:** | aali@atoz-wholesale.com |
| **Subject:** | Last week |
| **Attach:** | Zachary Baquet.vcf |

Amar,

I want to thank you for the tickets last week and recap what we discussed.  First, you will send 2 weeks of checks so we can be a week ahead plus you were going to send your team at Fullclip my contact information and send me theirs.  It would be great if you can get the deal with the SBA done with your brother by the end of the year.  Let me know how I can help make that happen.  As far as Fullclip, I will review the information and follow up with your team.

Again, thank you for the tickets and introducing me to your team.  See attached my son, Zach's contact information.

Wayne

**APP579**

HAR003686

| | |
|---|---|
| **From:** | Wayne Baquet </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4AF3F8F71F8743959CA2EFB527282DC8-WAYNE BAQUE> |
| **Sent:** | Wednesday, March 13, 2019 7:42 AM |
| **To:** | Amar Ali <aali@atoz-wholesale.com> |
| **Subject:** | Re: A to Z Plan |

Sent from my iPhone

> On Mar 13, 2019, at 7:41 AM, Wayne Baquet <wbaquet@imperialtrading.com> wrote:
>
> When you are serious I we can discuss. This agreement has never been finalized. I'm willing to work with you but you have to be willing to satisfy our criteria. Serious discussions needs to happen this month.
>
> Sent from my iPhone
>
>> On Mar 11, 2019, at 2:53 PM, Amar Ali <aali@atoz-wholesale.com> wrote:
>>
>> Will do.  This what we originally agreed to, but want to understand where you think we are taking more now.
>>
>> --Amar
>>
>>> On Mar 11, 2019, at 2:46 PM, Wayne Baquet <wbaquet@imperialtrading.com> wrote:
>>>
>>> Call me to discuss.  You are taking more than you are giving.
>>>
>>> -----Original Message-----
>>> From: Amar Ali [mailto:aali@atoz-wholesale.com]
>>> Sent: Monday, March 11, 2019 1:29 PM
>>> To: Wayne Baquet <wbaquet@imperialtrading.com>
>>> Subject: A to Z Plan
>>>
>>> Wayne-
>>>
>>> Here's the high level summary of our plan:
>>>
>>> 1.  Upon Line of Credit funding, we pay you $250k per promissory note;
>>>
>>> 2.  Upon $5MM SBA Loan funding, we pay you $500k;
>>>
>>> 3.  Upon both payments (#1 & 2), you write off at least $500k and provide me with credit difference of cost from June 2018 as discussed.
>>>
>>> 4.  Until we reach #3, we continue to pay down $10k/weekly.
>>>
>>> Call to discuss if you have questions.
>>>
>>> --Amar

# APP580

HAR003697



September 10, 2018

*Confidential Debt Restructuring Term Sheet*

**VIA FEDERAL EXPRESS AND EMAIL**
A-Z Wholesalers, Inc.
11100 Harry Hines Blvd.
Dallas, TX 75229

Barkat G. Ali
610 Clariden Ranch Road
Southlake, TX 76092

Amar B. Ali

Re:    Debt Restructuring Term Sheet ("Term Sheet")

Dear Sirs:

This letter will confirm our recent discussions regarding the terms on which Imperial Trading Co., LLC and its affiliates, including Harrison Company, LLC (collectively, "Imperial") would be willing to restructure (the "Debt Restructuring") the indebtedness of A-Z Wholesalers, Inc. ("A-Z"), Diamond Wholesale, Inc. ("Diamond" or, collectively with A-Z, "Borrowers"), Mr. Barkat Ali, and Mr. Amar Ali (Barkat and Amar Ali are collectively referred to herein as "Guarantors"). As of September 7, 2018, the aggregate amount of the indebtedness of Borrowers guaranteed by Guarantors was $2,609,637.51, exclusive of costs and attorneys' fees provided by the terms of your respective agreements with Imperial.

Based on our discussions, Imperial is willing to agree as follows:

1.  You have each advised Imperial that Borrowers are in the process of securing a line of credit ("LOC") of approximately $5 million, and Imperial's willingness to enter into this Debt Restructuring is based on that representation and based on Borrower's closing on the LOC (the "LOC Closing") within ninety (90) days of the date of this letter.

2.  Borrowers acknowledge the Indebtedness and that the Indebtedness is fully due and owing, subject only to the terms and conditions of this Term Sheet. Guarantors acknowledge the Indebtedness and their guaranties of the Indebtedness, subject only to the terms and conditions of this Term Sheet.

America:0544550/00001:69963161v1

701 Edwards Ave./P.O. Box 23508 Elmwood, LA 70183-0508
1-800-743-1761/(504) 733-1400  (504) 736-4156 fax

**APP581**

HAR003699

September 10, 2018
Page 2

3. Within five (5) days of the date of this Term Sheet, Borrowers and Guarantors shall deliver the following to Imperial:

   a. A fully executed copy of this Term Sheet.
   b. A fully executed Security Agreement for each Borrower in the form attached hereto as Exhibit 1, granting Imperial a first priority security interest in all collateral of Borrowers described therein. Any and all preexisting security interests shall be terminated or subordinated to the security interests of Imperial, subject to Section 6.
   c. A fully executed Guaranty by each Guarantor in the form attached hereto as Exhibit 2.
   d. A fully executed Updated Credit Agreement for each Borrower in the form attached hereto as Exhibit 3.
   e. All documents reflecting Borrowers' efforts to obtain the LOC from its lender and such lender's approval or preliminary approval of same, including any commitment letters, approval letters, preliminary approvals, and/or credit applications with respect to the LOC. Borrowers shall keep Imperial informed regarding their discussions with lenders regarding the LOC, and any subsequent correspondence with the LOC lender committing or declining to fund the LOC shall immediately be provided to Imperial upon receipt.
   f. Fully executed Personal Financial Statements for each Guarantor.
   g. 2017 Company Financials for Borrowers and the latest 2018 Quarterly Financials for Borrowers.

4. From and after the date of this Term Sheet and until the Indebtedness is retired, Borrowers and/or Guarantors shall pay to Imperial the sum of $10,000 per week to be applied to the Indebtedness, in addition to the amount of any orders from Imperial. It is the intention of the parties that the amount of the Indebtedness shall not exceed the amount of the Indebtedness as of the date of this Term Sheet and, further, shall be reduced by $10,000 per week until paid.

5. At the time of the LOC Closing, Borrowers shall deliver to Imperial a cash payment in an amount required to reduce the Indebtedness to $1,800,000 as of the LOC Closing. After the LOC Closing, the Indebtedness shall be further reduced pursuant to the payments described in Section 4.

6. At the time of the LOC Closing, if requested by the lender for the LOC, Imperial shall deliver to Borrowers and/or Borrowers' lender for the LOC the following:

   a. A fully executed subordination and intercreditor agreement whereby Imperial will subordinate its security interests to the security interests of the LOC lender in connection with the LOC.

America:0544550/00001:69963161v1

**APP582**

HAR003700

September 10, 2018
Page 3

7.  In consideration of the foregoing, and for so long as Borrowers and Guarantors shall strictly adhere to and fully perform all of the above terms and conditions, Imperial shall: (a) forbear from executing upon its collateral, (b) forbear from pursuing collection actions against Borrowers and/or Guarantors, and (c) continue to fulfill Borrowers' orders. In no event shall Imperial be required to forbear or continue to fill any orders of Borrowers upon the earlier to occur of: (a) any Borrower or Guarantor fails to make any payment to Imperial when due, fails to deliver any document when due, or fails in any other way to strictly adhere to the terms and conditions of this Term Sheet or (b) the ninety-first (91st) day after the date of this Term Sheet.

The proposal set forth above in this Term Sheet will remain open **through noon on September 11, 2018**, at which time the proposal shall automatically expire and terminate without any further notice unless this Term Sheet has been previously executed by each Borrower and each Guarantor and unless all documents set forth in Paragraph 3 have been fully executed and received by Imperial.

In the event you are agreeable to the foregoing, please execute below.

Sincerely,

Wayne Baquet
Imperial Trading Co., LLC.

**AGREED AND ACCEPTED:**

**A-Z WHOLESALERS, INC.**                **DIAMOND WHOLESALE, INC.**

By: _____            By: _____
Its:                                    Its:
As Borrower                             As Borrower

**BARKAT G. ALI**                       **AMAR ALI**

_____                 _____
As Guarantor                            As Guarantor

America:0544550/00901:69963161v1

# APP583

HAR003701

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, LLC, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CB-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
|     Defendants. | § | |

## DECLARATION OF AMAR B. ALI

STATE OF TEXAS      )
                      )
COUNTY OF DALLAS  )

     1.     "My name is Amar B. Ali. I am President of A-Z Wholesalers Inc., and in such representative capacity, make this Declaration in support of Defendants' Response to Plaintiff's *Motion for Summary Judgment.*

     2.     After entering into a Credit Agreement with Harrison, on or about March 11, 2011, Harrison assigned A-Z the following customer account numbers: #17501 and #17502, representing A-Z's Dallas and Waco locations respectively.

     3.     On or about March 31, 2015 A-Z terminated its relationship with Harrison and transitioned the business relationship to Harrison's parent company, Imperial. Imperial then assigned A-Z new customer account numbers #95750 and #95751, representing A-Z's Dallas and Waco locations respectively.

     4.     After many direct discussions with Imperial executives Wayne Baquet and Brad Prendergast, A-Z formed the opinion and has been operating under the belief that Imperial and

---

2nd Declaration of Amar B. Ali                                   Page 1

APP584

Harrison are two separate legal entities. A-Z has never received any notice that Imperial might be operating as an agent of Harrison. Since the termination of the Harrison relationship, A-Z has been operating with the understanding that it was contracting with Imperial. This believe was formed by the issuance for invoices and shipping manifest from Imperial to A-Z which also directed payment to Imperial. A-Z was never informed that its payments to Imperial could be or were improper. Further, A-Z lacks sufficient information to have been placed on notice that any Imperial invoice with the name "Bossier" in fine print constituted that the seller and shipper was Harrison and not Imperial."

5.      Pursuant to 28 U.S.C. § 1746 and FED. R. CIV P. 56(c)(4), I declare under penalty of perjury that the statements contained herein and in the Objection are within my personal knowledge, and are true and correct."

Executed this 7th day of July, 2020.

_____
Amar B. Ali
President of A-Z Wholesalers, Inc.

**APP585**