**From:** Amar Ali
**Sent:** Wednesday, February 11, 2015 9:11 AM
**To:** Ronald hunt
**Cc:** Rodney Thomas; Brad Albritton; Barkat Ali
**Subject:** Re: A to Z purchases.

Brad-

Are you available Friday at 3pm to discuss the matter?

--Amar

> On Feb 10, 2015, at 8:57 PM, Ronald hunt <ronlhunt948@sbcglobal.net> wrote:
>
> Thanks to all for working together on this.
>
> Ron
>
> Sent from my iPhone
>
>> On Feb 10, 2015, at 8:55 PM, Rodney Thomas <rthomas@harrisoncompany.com> wrote:
>>
>> Brad
>> I was able to speak with Amar tonight regarding this issue. We do not need to reduce the order this week as he agreed to make certain this weeks purchases are covered with Friday payment so the debt is not increased.
>>
>> However, Amar will be asking for your time this week for a phone call to discuss a possible better plan of action moving forward.
>>
>> I will let him explain his proposal at that time.
>> Thanks,
>>
>> Rodney Thomas
>> Business Development Manager
>> Harrison Company
>> 903-816-3051.

1

**From:** Rodney <rthomas@harrisoncompany.com>
**Sent:** Friday, November 13, 2015 9:20 AM
**To:** Undisclosed recipients:
**Subject:** Cig price increases

All major brands have announced .70 price increase per carton.
Will reflect next weeks invoices.

Rodney Thomas
Business Development Manager
Imperial Trading-Bossier City
903-816-3051