


August 6, 2015

TO OUR VALUED CUSTOMERS:

In order to better clarify your true net cost per unit on your invoice you receive from us, beginning August 24th, we will begin NETTING your true cost, less discounts from the manufacturer, in our column that says "PRICE". We will continue to show you what your discount was that you received in the "PROMO" field, and your extended cost remains the same. An example, of the old way, and the new way this will print is below. We hope to eliminate confusion some have had on what their real net price was per unit. If you have any questions concerning this, please contact your Retail Service Rep, or Sales Consultant who can further elaborate. Thank you for your suggestions to continue to improve our service to you!

| Item # | Description | pack/size | retail | ext. retail | gp | promo | price | Ext Price | |
|---|---|---|---|---|---|---|---|---|---|
| 1061644 | NEWPORT BOX 100 $.50 OFF | 10/20s | 1/5.89 | 117.80 | 1 | 5.00 | 59.59 | 109.18 | OLD |
| 1061644 | NEWPORT BOX 100 $.50 OFF | 10/20s | 1/5.89 | 117.80 | 1 | 5.00 | 54.59 | 109.18 | NEW |

Sincerely,

*[signature]*

Lee J Farrell Sr.
Vice-President of Retail Services
Imperial Trading Co. ,LLC