# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 141936 | 1 | 291393 | 4/15/16 | 95750 | 106 |

BOSSIER

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX   75229-4603

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229

Distribution: MAIL
Authorization:                         1

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7310001089 | 12300005 | 230 | EA | COPENHAGEN POUCHES | 4 5/1.2Z | 5.590 | 1285.70 | | 4.5280 | | 1041.44CR |
| 7310001477 | 12300017 | 147 | EA | COPENHAGEN POUCHES | 4 5/.82Z | 5.690 | 836.43 | | 4.5280 | | 665.62CR |
| 7310002595 | 12300024 | 15 | EA | COPENHAGEN LC STRAIGHT | 4 5/1.2Z | 4.490 | 67.35 | | 3.6480 | | 54.72CR |
| 7310003055 | 12300026 | 77 | EA | COPENHAGEN POUCHES WNT | 4 5/.82Z | 4.490 | 345.73 | | 3.6480 | | 280.90CR |
| 7310003283 | 12300029 | 7 | EA | COPENHAGEN LC SOUTHRN | 4 5/1.2Z | 4.590 | 32.13 | | 3.6480 | | 25.54CR |
| 7310002194 | 12300088 | 70 | EA | HUSKY FC NATURAL | 4 5/1.2Z | 4.590 | 321.30 | | 3.6480 | | 255.36CR |
| 7310002195 | 12300089 | 65 | EA | HUSKY FC WINTERGREEN | 4 5/1.2Z | 4.590 | 298.35 | | 3.6480 | | 237.12CR |
| 7310002199 | 12300090 | 53 | EA | HUSKY LC NATURAL | 4 5/1.2Z | 4.590 | 243.27 | | 3.6480 | | 193.34CR |
| 7310002196 | 12300091 | 15 | EA | HUSKY LC WINTERGREEN | 4 5/1.2Z | 4.590 | 68.85 | | 3.6480 | | 54.72CR |
| 7310002197 | 12300093 | 15 | EA | HUSKY LC STRAIGHT | 4 5/1.2Z | 4.590 | 68.85 | | 3.6480 | | 54.72CR |
| 7310001065 | 12300313 | 11 | EA | RED SEAL LC WINTERGREEN | 4 5/1.5Z | 4.290 | 58.19 | | 3.6480 | | 46.97CR |
| 7310001128 | 12300314 | 7 | EA | RED SEAL LC STRAIGHT | 4 5/1.5Z | 4.290 | 37.03 | | 4.2700 | | 29.89CR |
| 7310001181 | 12300315 | 93 | EA | RED SEAL LONG CUT NATU | 4 5/1.5Z | 4.290 | 491.97 | | 4.2700 | | 397.11CR |
| 7310001184 | 12300317 | 10 | EA | RED SEAL LONG CUT MINT | 4 5/1.5Z | 4.290 | 52.90 | | 4.2700 | | 42.70CR |
| 7310001478 | 12300402 | 62 | EA | SKOAL POUCHES WINTERGR | 4 5/.82Z | 5.590 | 346.58 | | 4.5280 | | 280.74CR |
| 7310001906 | 12300407 | 5 | EA | SKOAL LONG CUT PEACH | 4 5/1.2Z | 5.590 | 27.95 | | 4.5280 | | 22.64CR |

1 42 140* 4 43 250*

1 M

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| | | | | |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| | | | | |

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | 141936 |

EXHIBIT C-1

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

# Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 141936 | 2 | 291393 | 4/15/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX    75229-4603

**Distribution:** MAIL
**Authorization:** 1

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX    75229

BOSSIER

141936

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX KIND | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3100022214 | 1230410 | 15 | EA | SKOAL LONG CUT CITRUS | 4 5/1.2Z | 5.690 | 85.35 | | 4.5280 | | 67.92CR |
| 3100022362 | 1230415 | 30 | EA | SKOAL POUCHES STRAIGHT | 4 5/.82 | 5.690 | 170.70 | | 4.5280 | | 135.84CR |
| 3100001093 | 1230420 | 10 | EA | SKOAL FINE CUT WINTERG | 4 5/1.2Z | 5.590 | 55.90 | | 4.5280 | | 45.28CR |
| 3100001097 | 1230423 | 21 | EA | SKOAL LONG CUT MINT | 4 5/1.2Z | 5.590 | 117.39 | | 4.5280 | | 95.09CR |
| 3100001103 | 1230424 | 115 | EA | SKOAL LONG CUT CHERRY | 4 5/1.2Z | 5.690 | 654.35 | | 4.5280 | | 520.72CR |
| 3100001101 | 1230451 | 43 | EA | SKOAL LONG CUT CLASSIC | 4 5/1.2Z | 5.690 | 244.67 | | 4.5280 | | 194.70CR |
| 3100003209 | 1230472 | 20 | EA | SKOAL XTRA LC RICH | 4 5/1.2Z | 4.590 | 91.80 | | 3.6480 | | 72.96CR |
| 3100003212 | 1230473 | 10 | EA | SKOAL XTRA LC CRISP | 4 5/1.2Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 3100003167 | 1230474 | 37 | EA | SKOAL XTRA PCH WINTERG | 4 5/.82Z | 4.590 | 169.83 | | 3.6480 | | 134.98CR |
| 3100003217 | 1230476 | 10 | EA | SKOAL XTRA PCH RICH | 4 5/.82Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 3100003213 | 1230477 | 10 | EA | SKOAL XTRA PCH CRISP | 4 5/.82Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 3100002996 | 1230565 | 4 | EA | COPENHAGEN LC BLACK | 4 5/1.2Z | 5.690 | 22.76 | | 4.5280 | | 18.11CR |
| 3100001185 | 1230588 | 33 | EA | SKOAL POUCHES MINT | 4 5/.82Z | 5.690 | 187.77 | | 4.5280 | | 149.42CR |
| 3100003192 | 1230857 | 5 | EA | RED SEAL FCN $4.35 | 4 5/1.5Z | 4.690 | 23.45 | | 3.4780 | | 17.39CR |
| 9999999999 | 8540500 | 4 | EA | TOTE BOXES FOR PICKUP | 6 1/ | | | | 10.1000 | | 40.40CR |

| CATEGORY | CIG. & TOB. DISPLAYS | | |
|---|---|---|---|
| COST | 5,245.38 | | |
| RETAIL | | | |
| PROFIT | 40.40 | | |
| PROFIT% | | | |

| CATEGORY | | | |
|---|---|---|---|
| COST | | | |
| RETAIL | | | |
| PROFIT | | | |
| PROFIT% | | | |

| 4=DAMAGE RETURN | 6=VOID | | |
|---|---|---|---|
| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
| 6,544.25 | 19.23 | | 5,285.78CR | | | $5,285.78CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | SOLD TO | PAGE | Distribution: | SHIP TO | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|---|---|
| 141937 | A-Z WHOLESALERS, INC.<br>11100 HARRY HINES BLVD.<br>DALLAS, TX  75229-4603 | 1 | MAIL<br>Authorization: | A-Z WHOLESALE/DALLAS<br>11100 HARRY HINES BLVD.<br>DALLAS, TX  75229 | 4/15/16 | 95750 | 106 |

INVOICE NUMBER: 291394

BOSSIER

1 M  42 140* 4 43 250*  141937

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1820031031 | 1012057 | 10 | EA | L&M MENTHOL KING BOX F4 | 10/20'S | 6.390 | 63.9 | .0800 | 5.2570 | | 51.77CR |
| 5926050033 | 1012104 | 30 | EA | GPC GOLD BX KS LIGHT F4 | 10/20'S | 6.790 | 203.70 | | 5.5450 | | 166.35CR |
| 5926000253 | 1012111 | 30 | EA | GPC MENTHOL GOLD KS FS4 | 10/20'S | 6.790 | 203.70 | | 5.5450 | | 166.35CR |
| 1000055196 | 1012334 | 10 | EA | LIGGETT SEL GOLD KS BX4 | 10/20'S | 5.790 | 57.90 | | 4.7510 | | 47.51CR |
| 1000055190 | 1012340 | 40 | EA | LIGGETT SEL SILV 100BX4 | 10/20'S | 5.790 | 231.60 | | 4.7510 | | 190.04CR |
| 1230010113 | 1025050 | 20 | EA | CAMEL REGULAR NON FILT4 | 10/20'S | 8.390 | 167.80 | | 6.8730 | | 137.46CR |
| 1820017190 | 1041021 | 10 | EA | B&H MENTHOL 100 SOFT F4 | 10/20'S | 8.090 | 80.90 | | 6.6100 | | 66.10CR |
| 1820014370 | 1041376 | 10 | EA | MARLBORO GOLD SFT 100  4 | 10/20'S | 6.790 | 67.9 | .0200 | 5.5820 | | 55.62CR |
| 1820015680 | 1041384 | 10 | EA | MARLBORO SPBLND RED100 4 | 10/20'S | 6.790 | 67.9 | .0200 | 5.5820 | | 55.62CR |
| 1820014230 | 1041385 | 10 | EA | MARLBORO SPBLND GLD100 4 | 10/20'S | 6.790 | 67.9 | .0200 | 5.5820 | | 55.62CR |
| 1610080573 | 1041416 | 10 | EA | NEWPORT BOX 100S | 10/20'S | 7.390 | 73.90 | | 6.0330 | | 60.33CR |
| 2300036745 | 1067811 | 20 | EA | CAMEL FILTER BOX $.7504 | 10/20'S | 5.890 | 117.80 | | 4.7920 | | 95.84CR |

| CATEGORY | CIGARETTES | | | | |
|---|---|---|---|---|---|
| | 1,148.61 | | | | |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% | |
|---|---|---|---|---|---|

| 4=DAMAGE RETURN | | | | | |
|---|---|---|---|---|---|
| COST | RETAIL | PROFIT | PROFIT% | | |

| TOTAL RETAIL | AVG PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX |
|---|---|---|---|---|---|
| 1,404.90 | 18.24 | 1.40- | 1,148.61CR | | |

| CREDIT MEMO TOTAL |
|---|
| $1,148.61CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 137442 | 1 | 267345 | 4/05/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX 75229-4603

**Distribution:** MAIL
**Authorization:** 264752

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX 75229

BOSSIER

1 M
42 540* 4 43 650*

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1230018113 | 1038104 | 10 | EA | ECLIPSE BOX K | 10/20'S | 8.390 | 83.90 | | 6.8730 | | 68.73CR |
| 1820013230 | 1038363 | 10 | EA | MARLBORO SMOOTH BOX FS4 | 10/20'S | 6.790 | 67.9 | .0200 | 5.5820 | | 55.62CR |
| 0720001859 | 1038445 | 10 | EA | PALL MALL MEN BOX KS F4 | 10/20'S | 6.290 | 62.90 | | 5.1500 | | 51.50CR |

137442

| CATEGORY | | | | |
|---|---|---|---|---|
| CIGARETTES | | | | |
| COST | 175.85 | | | |
| RETAIL | | | | |
| PROFIT | | | | |
| PROFIT% | | | | |

| CATEGORY | | | | |
|---|---|---|---|---|
| COST | | | | |
| RETAIL | | | | |
| PROFIT | | | | |
| PROFIT% | | | | |

4=DAMAGE RETURN

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| 214.70 | 18.10 | .20- | 175.85CR | | | $175.85CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 120609 | 1 | 253207 | 2/17/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX  75229-4603

Distribution: MAIL
Authorization: 251226

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229

BOSSIER

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1M 6100080575 | 10383395 | 10 | EA | NEWPORT KINGS BOX FSC | 10/20'S | 7.390 | 73.90 | | 6.0330 | 4 | 60.33CR |
| 6100080573 | 10414416 | 10 | EA | NEWPORT BOX 100S | 10/20'S | 7.390 | 73.90 | | 6.0330 | 4 | 60.33CR |

1-142-540*-4-43-650*

120609

| CATEGORY | CIGARETTES |
|---|---|
| COST | 120.66 |
| RETAIL | |
| PROFIT | |
| PROFIT% | |

| CATEGORY | |
|---|---|
| COST | |
| RETAIL | |
| PROFIT | |
| PROFIT% | |

4=DAMAGE RETURN

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| 147.80 | 18.36 | | 120.66CR | | | $120.66CR |

FILE COPY

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 120610 | 1 | 253206 | 2/17/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX   75229-4603

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229

Distribution: MAIL
Authorization: 251226

BOSSIER

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CARD | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 M 42 540* 4 43 650* 1519600260 | 1218252 | 10 | EA | ACTION FLT CIG MENTHOL | 10/20'S | 1.290 | 12.90 | | 1.0040 | | 10.04CR |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| 1 CIG. & TOB. | | 10.04 | | |
| 3 CATEGORY | | | | |
| 4=DAMAGE RETURN | | | | |

| | TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|---|
| | 12.90 | 22.17 | | 10.04CR | | | $10.04CR |

120610

FILE COPY

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 120029 | 1 | | 2/16/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX         75229-4603

**Distribution:** MAIL
**Authorization:**

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX         75229

BOSSIER                                                                 120029

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42-540* | 4-43-650* | | EA | | 8 1/1 | | | | | | 43.70CR |

ITEMS SCANNED NO CREDIT ISSUED

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| | | | | |
| | | | | |

| TOTAL RETAIL | AVG PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| | | | 43.70CR | | | $43.70CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

# Credit Memo

BOSSIER

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 119122 | 1 | 251228 | 2/12/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX  75229-4603  1

**Distribution:** MAIL
**Authorization:**

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229

119122

42 540* 4 43 650*

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100055184 | 10123331 | 60 | EA | LIGGETT SEL RED 100 F4 | 10/20'S | 5.790 | 347.40 | | 4.7510 | | 285.06CR |
| 610080656 | 10383399 | 10 | EA | NEWPORT NONMENTHL KSBX4 | 10/20'S | 7.390 | 73.9 | 1.4400 | 6.0330 | | 45.93CR |
| 610080657 | 10414211 | 10 | EA | NEWPORT NONMENTHL 100B4 | 10/20'S | 7.390 | 73.9 | 1.4400 | 6.0330 | | 45.93CR |
| 230019213 | 10414425 | 10 | EA | NOW MENTHOL 100 FSC | 10/20'S | 8.390 | 83.90 | | 6.8730 | | 68.73CR |

| CATEGORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CIGARETTES | | | | | | | | | |
| COST | 445.65 | | | | | | | | |
| RETAIL | | | | | | | | | |
| PROFIT | | | | | | | | | |
| PROFIT% | | | | | | | | | |

| CATEGORY | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| COST | | | | | | | | | |
| RETAIL | | | | | | | | | |
| PROFIT | | | | | | | | | |
| PROFIT% | | | | | | | | | |

4=DAMAGE RETURN

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| 579.10 | 23.04 | 28.80- | 445.65CR | | | $445.65CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 119123 | 1 | 251227 | 2/12/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX 75229-4603

Distribution: MAIL
Authorization:

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX 75229

BOSSIER

119123

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX COD | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131001089 | 1230005 | 6 | EA | COPENHAGEN | 4 | 5/1.2Z | 5.590 | 33.54 | | 4.5280 | | 27.17CR |
| 131001461 | 1230010 | 6 | EA | COPENHAGEN LONG CUT | 4 | 5/1.2Z | 5.590 | 33.54 | | 4.5280 | | 27.17CR |
| 131001477 | 1230017 | 11 | EA | COPENHAGEN POUCHES | 4 | 5/.82Z | 5.690 | 62.59 | | 4.5280 | | 49.81CR |
| 131002597 | 1230025 | 10 | EA | COPENHAGEN EXT LC NATU | 4 | 5/1.2Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 131003055 | 1230026 | 20 | EA | COPENHAGEN POUCHES WNT | 4 | 5/.82Z | 4.490 | 89.80 | | 3.6480 | | 72.96CR |
| 131002194 | 1230088 | 20 | EA | HUSKY FC NATURAL | 4 | 5/1.2Z | 4.590 | 91.80 | | 3.6480 | | 72.96CR |
| 131002195 | 1230089 | 10 | EA | HUSKY FC WINTERGREEN | 4 | 5/1.2Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 131002199 | 1230090 | 65 | EA | HUSKY LC NATURAL | 4 | 5/1.2Z | 4.590 | 298.35 | | 3.6480 | | 237.12CR |
| 131002196 | 1230091 | 10 | EA | HUSKY LC WINTERGREEN | 4 | 5/1.2Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 131002197 | 1230093 | 5 | EA | HUSKY LC STRAIGHT | 4 | 5/1.2Z | 4.590 | 22.95 | | 3.6480 | | 18.24CR |
| 131001066 | 1230312 | 38 | EA | RED SEAL FC NATURAL | 4 | 5/1.5Z | 5.390 | 204.82 | | 4.2700 | | 162.26CR |
| 131001128 | 1230314 | 5 | EA | RED SEAL LC STRAIGHT | 4 | 5/1.5Z | 5.290 | 26.45 | | 4.2700 | | 21.35CR |
| 131001181 | 1230315 | 140 | EA | RED SEAL LONG CUT NATU | 4 | 5/1.5Z | 5.290 | 740.60 | | 4.2700 | | 597.80CR |
| 131001478 | 1230402 | 6 | EA | SKOAL POUCHES WINTERGR | 4 | 5/.82Z | 5.590 | 33.54 | | 4.5280 | | 27.17CR |
| 131001906 | 1230407 | 10 | EA | SKOAL LONG CUT PEACH | 4 | 5/1.2Z | 5.590 | 55.90 | | 4.5280 | | 45.28CR |
| 131001093 | 1230420 | 6 | EA | SKOAL FINE CUT WINTERG | 4 | 5/1.2Z | 5.590 | 33.54 | | 4.5280 | | 27.17CR |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| | | | | |
| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

1 42 540* 4 43 650*

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 119123 | 2 | 251227 | 2/12/16 | 95750 | 106 |

**SOLD TO:**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX 75229-4603

**SHIP TO:**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX 75229

Distribution: MAIL
Authorization: 1

BOSSIER

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT | PROMOTION | PRICE | TAX (r/d) | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131001099 | 1230422 | 10 | EA | SKOAL LONG CUT STRAIGH | 5/1.2Z | 5.590 | 55.90 | | 4.5280 | | 45.28CR |
| 131003212 | 1230473 | 10 | EA | SKOAL XTRA LC CRISP | 5/1.2Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 131003217 | 1230476 | 10 | EA | SKOAL XTRA PCH RICH | 5/.82Z | 4.590 | 45.90 | | 3.6480 | | 36.48CR |
| 523003449 | 1230682 | 11 | EA | CAMEL SNUS MELLOW | 5/.32 | 5.050 | 55.55 | | 4.1400 | | 45.54CR |
| 523003450 | 1230683 | 13 | EA | CAMEL SNUS FROST | 5/.32 | 5.050 | 65.65 | | 4.1400 | | 53.82CR |
| 523003452 | 1230692 | 122 | EA | CAMEL SNUS ROBUST | 5/.53Z | 5.050 | 616.10 | | 4.1400 | | 505.08CR |
| 523003452 | 1230693 | 44 | EA | CAMEL SNUS WINTERCHILL | 5/.53Z | 5.050 | 222.20 | | 4.1400 | | 182.16CR |
| 523003453 | 1230697 | 61 | EA | CAMEL SNUS MINT | 5/.32Z | 5.050 | 308.05 | | 4.1400 | | 252.54CR |
| 999999999 | 8540500 | 3 | EA | TOTE BOXES FOR PICKUP | 1/ | | | | .0000 | | .00 |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| CIG. & TOB. DISPLAYS | 2,653.28 | | | |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| 4=DAMAGE RETURN | | | | |
| 6=VOID | | | | |

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| 3,280.37 | 19.12 | | 2,653.28CR | | | $2,653.28CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|---|
| 116260 | | 1 | 244448 | 2/03/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX  75229-4603

Distribution: MAIL
Authorization: 242016

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX  75229

BOSSIER

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7310003192 | 1230857 | 90 | EARED | SEAL FCN $4.35 | 5/1.5Z | 4.690 | 422.10 | | 3.4800 | | 313.20CR |

42 540* 4 43 650*

116260

| CATEGORY | | | |
|---|---|---|---|
| CIG. & TOB. | | | |
| COST | 313.20 | | |
| RETAIL | | | |
| PROFIT | | | |
| PROFIT% | | | |

| CATEGORY | | | |
|---|---|---|---|
| COST | | | |
| RETAIL | | | |
| PROFIT | | | |
| PROFIT% | | | |

5=GOOD RETURN

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| 422.10 | 25.80 | | 313.20CR | | | $313.20CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 115923 | 1 | 242017 | 2/02/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX   75229-4603

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229

Distribution: MAIL
Authorization: 240217

BOSSIER

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CHG | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 540* 4 43 650* 1M | | | | | | | | | | | 115923 |
| 12300025913 | 1038060 | 10 | EA | CAMEL 99 FILTER BOX | 10/20'S | 6.790 | 67.90 | | 5.2640 | | 52.64CR |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% | CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|---|---|---|---|---|
| CIGARETTES | 52.64 | | | | | | | | |

4=DAMAGE RETURN

| | TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|---|
| | 67.90 | 22.47 | | 52.64CR | | | $52.64CR |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 115924 | 1 | 242018 | 2/02/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX   75229-4603   1

Distribution: MAIL
Authorization:

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229

BOSSIER

115924

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX CODE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131000 1089 | 1230 0005 | 12 | EA | COPENHAGEN | 5/1.2Z | 5.590 | 67.08 | | 4.5280 | | 54.34CR |
| 131001 1461 | 1230 0010 | 13 | EA | COPENHAGEN LONG CUT | 5/1.2Z | 5.590 | 72.67 | | 4.5280 | | 58.86CR |
| 131001 1477 | 1230 0017 | 109 | EA | COPENHAGEN POUCHES | 5/.82Z | 5.690 | 620.21 | | 4.5280 | | 493.55CR |
| 131002 2253 | 1230 0023 | 4 | EA | COPE LC STRAIGHT | 5/1.2Z | 5.690 | 22.76 | | 4.5280 | | 18.11CR |
| 131002 2595 | 1230 0024 | 30 | EA | COPENHAGEN LC STRAIGHT | 5/1.2Z | 4.490 | 134.70 | | 3.6480 | | 109.44CR |
| 131002 2597 | 1230 0025 | 45 | EA | COPENHAGEN EXT LC NATU | 5/1.2Z | 4.590 | 206.55 | | 3.6480 | | 164.16CR |
| 131003 3055 | 1230 0026 | 42 | EA | COPENHAGEN POUCHES WNT | 5/.82Z | 4.490 | 188.58 | | 3.6480 | | 153.22CR |
| 131003 3283 | 1230 0029 | 21 | EA | COPENHAGEN LC SOUTHRN | 5/1.2Z | 4.590 | 96.39 | | 3.6480 | | 76.61CR |
| 131002 2194 | 1230 0088 | 118 | EA | HUSKY FC NATURAL | 5/1.2Z | 4.590 | 541.62 | | 3.6480 | | 430.46CR |
| 131002 2195 | 1230 0089 | 40 | EA | HUSKY FC WINTERGREEN | 5/1.2Z | 4.590 | 183.60 | | 3.6480 | | 145.92CR |
| 131002 2199 | 1230 0090 | 72 | EA | HUSKY LC NATURAL | 5/1.2Z | 4.590 | 330.48 | | 3.6480 | | 262.66CR |
| 131002 2196 | 1230 0091 | 50 | EA | HUSKY LC WINTERGREEN | 5/1.2Z | 4.590 | 229.50 | | 3.6480 | | 182.40CR |
| 131002 2198 | 1230 0092 | 21 | EA | HUSKY LC MINT | 5/1.2Z | 4.590 | 96.39 | | 3.6480 | | 76.61CR |
| 131002 2197 | 1230 0093 | 15 | EA | HUSKY LC STRAIGHT | 5/1.2Z | 4.590 | 68.85 | | 3.6480 | | 54.72CR |
| 131001 1066 | 1230 0312 | 116 | EA | RED SEAL FC NATURAL | 5/1.5Z | 5.390 | 625.24 | | 4.2700 | | 495.32CR |
| 131001 1065 | 1230 0313 | 88 | EA | RED SEAL LC WINTERGREE | 5/1.5Z | 5.290 | 465.52 | | 4.2700 | | 375.76CR |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT % |
|---|---|---|---|---|
| | | | | |
| | | | | |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT % |
|---|---|---|---|---|
| | | | | |

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

1 M 42 540* 4 43 650*

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 115924 | 2 | 242018 | 2/02/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX   75229-4603

**Distribution:** MAIL
**Authorization:** 1

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229

BOSSIER

1 M 42 540* 4 43 650*

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX COD | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 310001128 | 12303314 | 65 | EARED | SEAL LC STRAIGHT | 5/1.5Z | 5.290 | 343.85 | | 4.2700 | | 277.55CR |
| 31000l181 | 12303315 | 79 | EARED | SEAL LONG CUT NATU | 5/1.5Z | 5.290 | 417.91 | | 4.2700 | | 337.33CR |
| 31001188 | 12303316 | 19 | EARED | SEAL FC WINTERGREE | 5/1.5Z | 5.390 | 102.41 | | 4.2700 | | 81.13CR |
| 31001184 | 12303317 | 76 | EARED | SEAL LONG CUT MINT | 5/1.5Z | 5.290 | 402.04 | | 4.2700 | | 324.52CR |
| 31001480 | 12304401 | 3 | EARED | SEAL LC BERRY BLEND | 5/1.2Z | 5.590 | 16.77 | | 4.5280 | | 13.58CR |
| 31001478 | 12304402 | 59 | EASKOAL | POUCHES WINTERGR | 5/.82Z | 5.590 | 329.81 | | 4.5280 | | 267.15CR |
| 31001285 | 12304404 | 6 | EASKOAL | LONG CUT APPLE | 5/1.2Z | 5.690 | 34.14 | | 4.5280 | | 27.17CR |
| 31001906 | 12304407 | 33 | EASKOAL | LONG CUT PEACH | 5/1.2Z | 5.590 | 184.47 | | 4.5280 | | 149.42CR |
| 31002214 | 12304410 | 21 | EASKOAL | LONG CUT CITRUS | 5/1.2Z | 5.690 | 119.49 | | 4.5280 | | 95.09CR |
| 31002362 | 12304415 | 25 | EASKOAL | POUCHES STRAIGHT | 5/.82 | 5.690 | 142.25 | | 4.5280 | | 113.20CR |
| 31001093 | 12304420 | 15 | EASKOAL | FINE CUT WINTERGRE | 5/1.2Z | 5.590 | 83.85 | | 4.5280 | | 67.92CR |
| 31001095 | 12304421 | 49 | EASKOAL | LONG CUT WINTERGRE | 5/1.2Z | 5.590 | 273.91 | | 4.5280 | | 221.87CR |
| 31001099 | 12304422 | 31 | EASKOAL | LONG CUT STRAIGHT | 5/1.2Z | 5.590 | 173.29 | | 4.5280 | | 140.37CR |
| 31001097 | 12304423 | 20 | EASKOAL | LONG CUT MINT | 5/1.2Z | 5.590 | 111.80 | | 4.5280 | | 90.56CR |
| 31001103 | 12304424 | 18 | EASKOAL | LONG CUT CHERRY | 5/1.2Z | 5.690 | 102.42 | | 4.5280 | | 81.50CR |
| 31001194 | 12304431 | 33 | EASKOAL | BANDIT WINTERGRE | 5/.47 | 5.690 | 187.77 | | 4.5280 | | 149.42CR |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| | | | | |
| | | | | |

| CATEGORY | COST | RETAIL | PROFIT | PROFIT% |
|---|---|---|---|---|
| | | | | |

| TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | 115924 |

# IMPERIAL TRADING COMPANY

701 Edwards Ave. P.O. Box 23508
Elmwood, LA 70183-0508
Phone (504) 736-4040

## Credit Memo

| CREDIT MEMO NO. | PAGE | INVOICE NUMBER | DATE | CUSTOMER NO. | SALES |
|---|---|---|---|---|---|
| 115924 | 3 | 242018 | 2/02/16 | 95750 | 106 |

**SOLD TO**
A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX    75229-4603    1

**SHIP TO**
A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX    75229

Distribution: MAIL
Authorization:

BOSSIER    115924

| UPC NUMBER | ITEM NUMBER | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RETAIL EXT. | PROMOTION | PRICE | TAX PAID | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7310011101 | 12304451 | 32 | EASKOAL | LONG CUT CLASSIC | 5/1.2 | 5.690 | 182.08 | | 4.5280 | | 144.90CR |
| 7310011105 | 12304456 | 15 | EASKOAL | LONG CUT SPEARMINT | 5/1.2 | 5.690 | 85.35 | | 4.5280 | | 67.92CR |
| 7310031170 | 12304470 | 41 | EASKOAL | XTRA LC WINTERGR | 5/1.2Z | 4.490 | 184.09 | | 3.6480 | | 149.57CR |
| 7310031172 | 12304471 | 1 | EASKOAL | XTRA LC MINT | 5/1.2Z | 4.590 | 4.59 | | 3.6480 | | 3.65CR |
| 7310031209 | 12304472 | 15 | EASKOAL | XTRA LC RICH | 5/1.2Z | 4.590 | 68.85 | | 3.6480 | | 54.72CR |
| 7310031212 | 12304473 | 21 | EASKOAL | XTRA LC CRISP | 5/1.2Z | 4.590 | 96.39 | | 3.6480 | | 76.61CR |
| 7310031167 | 12304474 | 49 | EASKOAL | XTRA PCH WINTERG | 5/.82Z | 4.590 | 224.91 | | 3.6480 | | 178.75CR |
| 7310031168 | 12304475 | 18 | EASKOAL | XTRA PCH MINT | 5/.82Z | 4.590 | 82.62 | | 3.6480 | | 65.66CR |
| 7310031217 | 12304476 | 6 | EASKOAL | XTRA PCH RICH | 5/.82Z | 4.590 | 27.54 | | 3.6480 | | 21.89CR |
| 7310031213 | 12304477 | 5 | EASKOAL | XTRA PCH CRISP | 5/.82Z | 4.590 | 22.95 | | 3.6480 | | 18.24CR |
| 7310011185 | 12304588 | 38 | EASKOAL | POUCHES MINT | 5/.82Z | 5.690 | 216.22 | | 4.5280 | | 172.06CR |
| 9999999999 | 8540500 | 4 | EATOTE | BOXES FOR PICKUP | 5 | 1/ | | | .0000 | | .00 |

| | CATEGORY | CATEGORY |
|---|---|---|
| | CIG. & TOB. DISPLAYS | |
| COST | 6,543.89 | |
| RETAIL | | |
| PROFIT | | |
| PROFIT% | | |

| | 4=DAMAGE RETURN | 6=VOID | | |
|---|---|---|---|---|
| | TOTAL RETAIL | AVG.PROFIT % | TOTAL PROMOTION | SUB TOTAL | CITY TAX | STATE TAX | CREDIT MEMO TOTAL |
| | 8,171.91 | 19.92 | | 6,543.89CR | | | $6,543.89CR |

42 540* 4 43 650*