| | |
|---|---|
| **From:** | Rafiq Hirani |
| **Sent:** | Thursday, August 29, 2013 2:04 PM |
| **To:** | 'Rodney' |
| **Subject:** | RE: BUG JUICE |



EXHIBIT C-2

Thanks.

**From:** Rodney [mailto:thomtravel@aol.com]
**Sent:** Thursday, August 29, 2013 1:49 PM
**To:** Rafiq Hirani
**Subject:** Fwd: BUG JUICE

Credit has been issued. Hand key error.
Thank you
Rodney

Sent from my iPhone

Begin forwarded message:

> **From:** "Donna Scarborough" <dscarb@harrisoncompany.com>
> **Date:** August 29, 2013, 1:19:29 PM CDT
> **To:** "'Rodney'" <thomtravel@aol.com>
> **Cc:** <ehutson@harrisoncompany.com>
> **Subject: RE: BUG JUICE**
>
> Credit issued on Credit invoice #2592744 for $125.28.
>
>
> *Donna Scarborough*
> *Harrison Company*
> *Buyer's Assistant*
> *318-629-3847 (phone)*
> *318-747-4007 )fax)*
> *dscarb@harrisoncompany.com*
>
> 
> **HARRISON**
> SUPER REGIONAL FOOD DISTRIBUTOR
>
> **From:** Rodney [mailto:thomtravel@aol.com]
> **Sent:** Thursday, August 29, 2013 12:36 PM
> **To:** <ehutson@harrisoncompany.com>
> **Cc:** Donna Scarborough
> **Subject:** Fwd: BUG JUICE
>
> Please check into this for me and let me know ASAP please.