**From:** Rodney <rthomas@harrisoncompany.com>
**Sent:** Wednesday, August 24, 2016 6:13 AM
**To:** Undisclosed recipients:
**Subject:** Vacation



I will be out starting today returning on Wednesday 8/31. If you need immediate assistance during my absence please contact customer service or retail services at 800-341-7567.
Thank you for your business.

Rodney Thomas
Business Development Manager
Imperial Trading-Bossier City
903-816-3051