AT&T LTE 5:23 PM 58%

EXHIBIT
tabbies
E

Wayne >

I'm submitting the inventory and AR on Friday based on physical inventory we did this weekend as you and I discussed. Funds will be available for release once that happens. Don't loose luster. I've worked hard to put this together for you. Let me close this deal.

Let's get your balance to 2.5 million. That would be real nice.

I working on it. It's within striking distance now and that means we paid down nearly 750k in 3 months. You can see we are on the right track.

Jan 14, 2016, 9:25 AM

AT&T LTE 5:26 PM 57%

641

Wayne >

Check email later this morning. I want the best for you. So let's discuss.

Will deliver later in the week.

So 102k coming today and rest later this week? Talk later. In court helping friend in family law matter.

Yes.

Thanks

Sep 10, 2018, 12:40 PM

Received checks. And sent you



AT&T LTE 5:36 PM 53%

641

Wayne >

When will you send? Wire?
And how much product?
Dollar?

Product will be 115k vs 125k in checks you have. Wire would sent Friday. Not sure of the amount, but need your help with that part.

Send 90k. Thanks.

If I can't do the full 90k, will you take less on wire to ship for Monday?

Gotta be close.

I will work with you.

Ok. Let me see how close I get

iMessage



2 People >

Jun 2, 2016, 8:00 AM

I spoke with purchasing yesterday and we will begin reducing the debt by a minimum of 5-10k each week starting next week as discussed with both of y'all earlier this week. There may be a slight bump up this week because of the short work week with Memorial Day. Will keep you posted on the lum sum payment I discussed with Wayne in detail by phone as well. Thanks.

Aug 24, 2018, 5:29 PM

ore Apple Pay Stickers #images Digital To





AT&T Wi-Fi 11:22 AM 54%

640

Brad >

The balance is 629k lower than the high of 3.212M on 10/16/15 That's the good news. Bad news is that it has been the same balance since 1/29/16. If you paid an extra 5k per week since that date the balance would be 85k lower and I could show the auditors the progress.

We will do. That shouldn't be a problem. Please keep sending me weekly check totals and I'll adjust purchasing down each week accordingly to make steady progress before next large lum sum payment.

Jun 17, 2016, 5:48 PM

 

Brad >

Jan 14, 2017, 9:29 AM

I've got a good plan for this week. It would bring all the accounts up to same date and would only be 202k. Can be higher if you can afford by knocking down top 20 more. Call me when you're ready.

Ok! Call you at 10 am

Okay

Jan 17, 2017, 11:05 AM

The total of the checks that came today is 200,835.49. We are shooting for 202,106.45 so we need another 1,270.96. Thanks!

   
