

EXHIBIT F

2 People

> I'm not arguing with you cause I haven't look at it. I'm just telling you what they are claiming. I will look at it this afternoon and act accordingly.

**Brad Prendegrast**

If your team orders $200k on a Friday and Imperial has checks in our hand that total $150k Imperial is only going to ship you $140k on Monday - "a shortage of $60k" according to your team.  And then your team is going to stop payment on $60k of the $150k because A-Z still needs $200k of product and they need the $60k to go to alternate supplier to buy said product.  How is this in compliance with the deal