

EXHIBIT G

**2 People >**

> ...know that I received the letter from your attorney.
>
> It's midnight where I am, so I will try calling y'all in a few hours when I wake up. Needless to say, that we will get this thing back on track. I apologize about the delay. Thanks.

Mar 19, 2019, 2:05 PM

Brad Prendegrast

Amar, at this point this is out of Wayne's and my hands. All communication needs to be through Mr Kuebel with Locke Lord Bissell & Liddell. Thanks Brad.

Ok



Wayne >

Thu, Jul 11, 3:24 PM

Hi, Wayne. Lars Berg, my litigator at Kelly Hart, will be emailing your Louisiana attorney with the settlement offer and to stand down on all litigation pending the mutual compromised settlement agreement. Please let me know if you have any questions once you receive the same from your lawyer. Thanks.

Ok. When can we expect it? Thanks.

Getting that info now. I just sent Lars a text.

