
**SUPER REGIONAL DISTRIBUTOR**

June 15, 2018

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD
DALLAS, TX 75229

Our auditors, Postlethwaite & Netterville APAC, are conducting an audit of our financial statements. Please confirm the balance due at May 31, 2018, which is shown on our records and the enclosed statement as $1,038,500.42.

Please indicate in the space below whether this is in agreement with your records. If there are differences, please provide any information that will assist our auditors in reconciling the difference. Please also indicate any special sale or payment terms related to this balance.

Please sign and date your response and mail your reply directly to Postlethwaite and Netterville at One Galleria Blvd., Suite 2100, Metairie, Louisiana 70001, in the enclosed return envelope. You may also fax your response to our auditors at 504-834-3609 or email your response to Madison Martin at mcmartin@pncpa.com. PLEASE DO NOT MAIL PAYMENTS ON YOUR ACCOUNT TO THE AUDITORS.

Very truly yours,

Brad Prendergast
Imperial Trading Co. LLC

The balance due of $1,038,500.42 as of May 31, 2018 is correct with the following exceptions (if any):

_____
_____
_____

Signature: _____

Title: _____

Date: _____

701 Edwards Ave./P.O. Box 23508 Elmwood, LA 70183-0508
1-800-743-1761/(504) 733-1400 (504) 736-4156 fax