| | |
|---|---|
| **From:** | Barkat1950 <barkat1950@aol.com> |
| **Sent:** | Monday, December 22, 2014 11:13 PM |
| **To:** | rthomas@harrisoncompany.com; aali@atoz-wholesale.com |
| **Cc:** | brada@harrisoncompany.com; ronlhunt948@sbcglobal.net |
| **Subject:** | Re: Payments moving forward. |

Rodney, Will do, thank you and wish you all Happy Holidays!...............Barkat

-----Original Message-----
From: Rodney Thomas <rthomas@harrisoncompany.com>
To: barkat1950 <barkat1950@aol.com>; Amar Ali <aali@atoz-wholesale.com>
Cc: Brad Albritton <brada@harrisoncompany.com>; ronlhunt948 <ronlhunt948@sbcglobal.net>
Sent: Mon, Dec 22, 2014 7:53 pm
Subject: Payments moving forward.

Barkat and Amar,
Thank you for the wonderful gift basket of fruit. The kids, Kim and I will certainly enjoy this over the holidays.

In an attempt to keep these emails going back and forth so much I would like to lay out the plan for all future payments, or until it becomes better suited to review.

Barkat suggest in our meeting last week that he would envelope payments that are to be deposited daily per his schedule.
No different than he has done for the two holiday weeks of this year.

These payments are to be mailed weekly to Imperial- Bossier City Office. This package of checks will have to arrive no later than **Friday** of each week to continue shipments.

Barkat upon your mailing of the checks please provide us with a tracking number and the total amount of money we should expect in the weekly package.

==I think this system will help the accounting method A to Z needs per Barkat and will suffice the needs of Imperial to continue supplying our customer.==

So, in our office by Jan 2, we will receive a package that will outline the weekly deposits to be made the following week.

Gentlemen, your business is greatly appreciated and we look forward to continuing servicing your accounts.

I wish you all A Merry Christmas.

Rodney Thomas
Business Development Manager
Harrison Company
903-816-3051.

**Exhibit 18**
01/07/2021

HAR005748