IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| **A-Z WHOLESALERS INC.** and | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| Defendants. | § | |

**ORDER IN LIMINE**

CAME ON FOR CONSIDERATION Defendants, A-Z Wholesalers Inc ("A-Z") and Barkat G. Ali ("Barkat") (collectively "Defendants"), *Motion In Limine* (the "Motion"). After due consideration of the Motion and the arguments of counsel, hereby orders as follows: Is is

ORDERED, ADJUDGED, AND DECREED that

 1. Any testimony or argument that contradicts Plaintiff's deemed admissions. Particularly, but not limited to Plaintiff's admission that Harrison and Imperial are two separate entities, and that no Harrison contracts were assigned to Imperial.

_____        _____        _____
AGREED                    GRANTED                   DENIED

 2. Any mention of the probable testimony of a witness who is absent, unavailable, or not called or allowed to testify in this case.

_____        _____        _____
AGREED                    GRANTED                   DENIED

 3. Any comments by Plaintiff's attorney that informs the jury of the effect of its answers to questions in the charge.

| _____ | _____ | _____ |
|---|---|---|
| AGREED | GRANTED | DENIED |

4. Any mention that the parties engaged in settlement negotiations.

| _____ | _____ | _____ |
|---|---|---|
| AGREED | GRANTED | DENIED |

5. Any mention that the Defendants are/were involved in other suits not involving Harrison or Imperial as a party.

| _____ | _____ | _____ |
|---|---|---|
| AGREED | GRANTED | DENIED |

6. Any comment that the jurors should put themselves in the position of the Plaintiff.

| _____ | _____ | _____ |
|---|---|---|
| AGREED | GRANTED | DENIED |

7. Any comment or reference to Defendants' corporation as "foreign" or "alien" to Louisiana.

| _____ | _____ | _____ |
|---|---|---|
| AGREED | GRANTED | DENIED |

8. Any comment that Defendants do not have personal knowledge of Harrison's or Imperial's internal operations.

| _____ | _____ | _____ |
|---|---|---|
| AGREED | GRANTED | DENIED |

ENTERED this _____.

_____
PRESIDING JUDGE