# EXHIBIT B

| | |
|---|---|
| **From:** | Guy Holman <guy@joycelindauer.com> |
| **Sent:** | Thursday, June 18, 2020 9:45 AM |
| **To:** | Unis, Joseph; Swanson, David |
| **Cc:** | Joyce Lindauer; Finger, Anna K. |
| **Subject:** | RE: Harrison's Second Set of Discovery Requests to A-Z and Barkat Ali |

**\*\* External email \*\***

Joseph,

We agree that objections have been waived and we intend to produce any responsive documents on or by the June 24th extension. The RFA's are deemed admitted.

Guy Harvey Holman, esq
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Phone: 972.503.4033
Fax: 972.503.4034
Email: guy@joycelindauer.com

**From:** Unis, Joseph
**Sent:** Thursday, June 18, 2020 9:22 AM
**To:** Guy Holman ; Swanson, David
**Cc:** Joyce Lindauer ; Finger, Anna K.
**Subject:** RE: Harrison's Second Set of Discovery Requests to A-Z and Barkat Ali

Guy,

Your responses were due on or before June 15, 2020. If you disagree, please let me know why. If you agree, you've waived any objection to any discovery request and the admissions are deemed admitted.

If you're writing to ask us not to file a motion to compel because you are representing that you will respond, without objection, to the discovery (including production of all responsive documents) on or before June 24, 2020, please confirm that is your request and we'll respond.

Let me know if you have questions or want to discuss.

Thanks,

**Joe Unis**
**Locke Lord LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
T: 214-740-8448
F: 214-756-8668

junis@lockelord.com
www.lockelord.com

---

**From:** Guy Holman <guy@joycelindauer.com>
**Sent:** Wednesday, June 17, 2020 6:38 PM
**To:** Unis, Joseph <JUnis@lockelord.com>; Swanson, David <dswanson@lockelord.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>; Finger, Anna K. <Anna.K.Finger@lockelord.com>
**Subject:** RE: Harrison's Second Set of Discovery Requests to A-Z and Barkat Ali

**\*\* External email \*\***
Joseph—we are requesting a seven (7) day extension on your Second Set of Discovery Requests until Wednesday June 24, 2020.

Guy


Guy Harvey Holman, esq
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Phone: 972.503.4033
Fax: 972.503.4034
Email: guy@joycelindauer.com

---

**From:** Unis, Joseph <JUnis@lockelord.com>
**Sent:** Thursday, May 14, 2020 2:04 PM
**To:** Swanson, David <dswanson@lockelord.com>; Guy Holman <guy@joycelindauer.com>
**Cc:** Joyce Lindauer <joyce@joycelindauer.com>; Finger, Anna K. <Anna.K.Finger@lockelord.com>
**Subject:** Harrison's Second Set of Discovery Requests to A-Z and Barkat Ali

Guy,

Please see the attached discovery requests to A-Z and to Barkat Ali.

Best,

**Joe Unis**
**Locke Lord LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
T: 214-740-8448
F: 214-756-8668
junis@lockelord.com
www.lockelord.com

2

_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.