UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## JOINT SETTLEMENT CONFERENCE REPORT

Pursuant to the Court's Scheduling Order (ECF No. 9), Plaintiff Harrison Company LLC ("Harrison") (represented by its attorney David L. Swanson and Wayne M. Baquet, Jr., Harrison's President), and Defendants A-Z Wholesalers Inc. ("A-Z") (represented by Amar Ali) and Barkat G. Ali ("Barkat") (collectively, "Defendants"), represented by their attorneys Joyce Lindauer and Guy Holman, held a settlement conference. The conference was conducted via Zoom on January 19, 2021 due to COVID-19 restrictions and safety. Prior to the conference, the Parties—represented by their counsel—also discussed potential settlement via email.

At the settlement conference, the Parties revisited their most recent offers exchanged via email. The conference lasted approximately fifteen (15) minutes. During the conference, Defendants requested until January 22, 2021 to respond to Harrison's offer sent to them on December 14, 2020. Harrison said it would consider whatever response Defendants might send and reply promptly. While getting a deadline for a reply or a counter-offer is some progress, it is impossible to state with any certainty the prospects of settling until Harrison receives the promised

response. The Parties will continue to discuss, but are not optimistic on reaching a settlement before trial.

Respectfully submitted,

/s/ Anna Finger
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Guy Harvey Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
guy@joycelindauer.com

**ATTORNEYS FOR DEFENDANTS**