UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HARRISON COMPANY LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:19-CV-1057-B |
| § | |
| A-Z WHOLESALERS INC. and § | |
| BARKAT G. ALI, § | |
| § | |
| Defendants. § | |

## SUPPLEMENT TO JOINT SETTLEMENT CONFERENCE REPORT

On January 19, 2021, Plaintiff Harrison Company LLC ("Harrison") and Defendants A-Z Wholesalers Inc. ("A-Z") and Barkat G. Ali ("Barkat") (collectively, "Defendants"), filed their Joint Settlement Conference Report (the "Report") (ECF 97). As stated in the Report, "Defendants requested until January 22, 2021 to respond to Harrison's offer sent to them on December 14, 2020." On January 28, 2021, Defendants emailed a counter-proposal. Based on Defendants' response, Harrison does not see this case settling.

1

Respectfully submitted,

/s/ Joseph A. Unis, Jr.                    /s/ Joyce W. Lindauer
**David L. Swanson**                       Joyce W. Lindauer
  State Bar No. 19554525                   State Bar No. 21555700
  dswanson@lockelord.com                   Guy Harvey Holman
**Joseph A. Unis, Jr.**                    State Bar No. 24095171
  State Bar No. 24075625                   Joyce W. Lindauer Attorney, PLLC
  junis@lockelord.com                      1412 Main Street, Suite 500
**LOCKE LORD LLP**                         Dallas, Texas 75202
2200 Ross Avenue, Suite 2800               Telephone: (972) 503-4033
Dallas, Texas 75201-6776                   Facsimile: (972) 503-4034
T: 214-740-8000                            joyce@joycelindauer.com
F: 214-740-8800                            guy@joycelindauer.com

**ATTORNEYS FOR PLAINTIFF**                **ATTORNEYS FOR DEFENDANTS**
**HARRISON COMPANY, L.L.C.**