UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HARRISON COMPANY LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:19-CV-1057-B |
| § | |
| A-Z WHOLESALERS INC. and § | |
| BARKAT G. ALI, § | |
| § | |
| Defendants. § | |

## PROPOSAL FOR NEW TRIAL DATE

Plaintiff Harrison Company LLC ("Harrison") and Defendants A-Z Wholesalers Inc. ("A-Z") and Barkat G. Ali ("Barkat") (collectively, "Defendants"), submit this Proposal for New Trial Date pursuant to the Court's January 20, 2021 order (ECF 98) and state:

Harrison's counsel, after reviewing the Court's order and conferring with its potential witnesses, suggested March 29, 2021 as a trial date to Defendants' counsel. Defendants' counsel would not agree to Harrison's suggested date and refused to suggest an alternative date within 90 days (as required by the order). Rather, Defendants' counsel suggested continuing the trial setting until June or July 2021. Defendants' position is that Plaintiff's proposal is too soon, given the current health challenges of Defendant/Witness Barkat Ali and Defendants' desire to observe Covid-19 precautions. Harrison respectfully proposes a March 29, 2021 trial setting.

1

Respectfully submitted,

*/s/ Joseph A. Unis, Jr.*  
**David L. Swanson**  
 State Bar No. 19554525  
 dswanson@lockelord.com  
**Joseph A. Unis, Jr.**  
 State Bar No. 24075625  
 junis@lockelord.com  
**LOCKE LORD LLP**  
2200 Ross Avenue, Suite 2800  
Dallas, Texas 75201-6776  
T: 214-740-8000  
F: 214-740-8800  

**ATTORNEYS FOR PLAINTIFF HARRISON COMPANY, L.L.C.**

*/s/ Joyce W. Lindauer*  
Joyce W. Lindauer  
State Bar No. 21555700  
Guy Harvey Holman  
State Bar No. 24095171  
Joyce W. Lindauer Attorney, PLLC  
1412 Main Street, Suite 500  
Dallas, Texas 75202  
Telephone: (972) 503-4033  
Facsimile: (972) 503-4034  
joyce@joycelindauer.com  
guy@joycelindauer.com  

**ATTORNEYS FOR DEFENDANTS**