UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:19-CV-1057-B** |
| | § | |
| **A-Z WHOLESALERS INC. and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

## MOTION FOR ANNA K. FINGER TO WITHDRAW AS COUNSEL

Plaintiff Harrison Company LLC ("Harrison") files this Motion for Anna K. Finger to Withdraw as Counsel (the "Motion") pursuant to Local Rule 83.12 and respectfully shows as follows:

Anna K. Finger ("Ms. Finger") of the law firm Locke Lord LLP seeks to withdraw immediately as counsel for Harrison in the above-referenced matter because Ms. Finger has resigned from the law firm Locke Lord LLP.  Harrison will not be prejudiced by Ms. Finger's withdrawal because David L. Swanson and Joseph A. Unis, Jr., with the law firm of Locke Lord LLP, will remain as counsel for Harrison.  Granting this Motion will not harm or prejudice the parties nor will the granting of this Motion cause undue delay.

### PRAYER

Harrison respectfully requests that this Motion be granted; that Ms. Finger be immediately withdrawn as counsel of record for Harrison; that the Court order that the docket be amended to reflect that Ms. Finger has withdrawn as counsel; and, that Ms. Finger no longer needs to be noticed of any pleading, motion, or other document filed or served in this case.  Harrison further requests

that David L. Swanson and Joseph A. Unis, Jr., with the law firm of Locke Lord LLP, continue to be provided with copies of all correspondence, pleadings, or other documents in this case as counsel for Harrison.

Respectfully submitted,

**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Anna K. Finger**
  State Bar No. 24105860
  anna.k.finger@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF**
**HARRISON COMPANY, L.L.C.**

## CERTIFICATE OF CONFERENCE

I certify that on February 18, 2021, I conferred with Counsel for Defendants regarding the relief requested in this Motion.  Counsel for Defendants is unopposed.

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on February 24 2021, I served this document on all counsel of record via the ECF system and/or email.

Counsel for Plaintiff