UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| HARRISON COMPANY, L.L.C., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

PLAINTIFF'S DEPOSITION DESIGNATIONS FROM
THE DEPOSITION OF BARKAT ALI

| From:<br>(page:line) | To:<br>(page:line) |
| --- | --- |
| 7:2 | 7:8 |
| 7:17 | 7:22 |
| 10:12 | 10:22 |
| 32:5 | 32:24 |
| 37:8 | 38:4 |
| 39:14 | 40:9 |
| 40:24 | 41:11 |
| 43:3 | 43:16 |
| 43:23 | 44:2 |
| 44:20 | 45:9 |

| | |
|---|---|
| 46:17 | 46:19 |
| 47:6 | 47:12 |
| 50:13 | 50:21 |
| 54:10 | 55:5 |
| 55:20 | 56:12 |
| 58:12 | 60:1 |
| 61:19 | 63:18 |
| 64:14 | 64:24 |
| 65:11 | 65:23 |
| 66:2 | 66:13 |
| 66:17 | 67:20 |
| 70:2 | 71:22 |
| 76:5 | 76:12 |
| 77:7 | 77:13 |
| 80:6 | 81:4 |
| 81:4 | 82:22 |
| 83:10 | 84:17 |
| 84:18 | 85:3 |
| 85:12 | 85:23 |
| 85:24 | 86:10 |
| 86:15 | 86:25 |
| 87:8 | 87:15 |
| 90:9 | 90:23 |

| | |
|---|---|
| 98:14 | 99:2 |
| 104:11 | 105:22 |
| 106:2 | 108:2 |
| 111:3 | 111:25 |
| 111:25 | 116:11 |
| 117:11 | 118:7 |
| 119:24 | 121:20 |
| 123:8 | 128:21 |
| 129:2 | 130:25 |
| 132:4 | 132:9 |
| 140:15 | 140:18 |
| 140:24 | 141:4 |
| 142:1 | 142:12 |
| 144:3 | 144:23 |
| 146:14 | 150:3 |
| 152:4 | 152:11 |
| 156:12 | 157:25 |
| 159:3 | 159:16 |
| 170:8 | 170:13 |

- 4 -

Respectfully submitted,

*/s/ Joseph A. Unis, Jr.*
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

### CERTIFICATE OF SERVICE

I certify that on February 26, 2021, I served this document on all counsel of record via the ECF system and/or email.

*/s/ Joseph A. Unis, Jr.*

- 4 -