UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C, | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S EXHIBIT LIST

### EXHIBITS

Pursuant to Local Rule 26.2 and the Court's Scheduling Order (ECF No. 9), Plaintiff Harrison Company, L.L.C. ("Harrison") may produce the exhibits listed in this document at trial. Harrison reserves the right to designate rebuttal exhibits, if necessary, based on Defendants' case-in-chief and for purposes of cross-examination. This is a preliminary list, and Harrison reserves the right to amend this list and to de-designate exhibits prior to trial.

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| P-1 | Credit Application [Bates-Stamped HAR000157-158] | | | | |
| P-2 | Credit Agreement & Guaranty [Bates-Stamped HAR000159-161] | | | | |
| P-3 | Demand letter from Plaintiff's counsel to Defendants' counsel, dated May 2, 2019 [Bates-Stamped HAR000609-619] | | | | |
| P-4 | Invoices for A-Z Acct No. 95750/017501 through 9/28/15 [Bates-Stamped HAR005055-5267] | | | | |
| P-5 | Invoices for A-Z Acct No. 95751/017502 through 9/28/15 | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | [Bates-Stamped HAR004517-4701] |  |  |  |  |
| P-6 | Email from Wayne Baquet to customers [Bates-Stamped AZ000850] |  |  |  |  |
| P-7 | Email with attached letter from Wayne Baquet to customers [Bates-Stamped AZ005029-5030] |  |  |  |  |
| P-8 | Barkat: "reduce my debt with Harrison" [Bates-Stamped HAR005700-5701] |  |  |  |  |
| P-9 | Email re: Payments to be mailed to Imperial [Bates-Stamped HAR005748] |  |  |  |  |
| P-10 | 2/27/2015 Email from Amar to Barkat re: total balance increased in February 2015 [Bates-Stamped AZ000139] |  |  |  |  |
| P-11 | 3/5/15 Email from Brad A. re: tracking number for Harrison in March 2015 [Bates-Stamped AZ006295] |  |  |  |  |
| P-12 | 3/6/15 Email from Brad A. re: balance [Bates-Stamped AZ006299-6301] |  |  |  |  |
| P-13 | 3/13/15 Email from Brad A. with attached balance report for March 13, 2015 [Bates-Stamped AZ001382] |  |  |  |  |
| P-14 | 3/26/15 Email from Brad A. with attached balance report for March 25, 2015 [Bates-Stamped AZ001403] |  |  |  |  |
| P-15 | 3/29/15 Email from Brad A. with attached balance report for March 29, 2015 [Bates-Stamped AZ002498] |  |  |  |  |
| P-16 | 4/20/15 Email from Brad A. with attached balance report for April 20, 2015 [Bates-Stamped AZ002515] |  |  |  |  |
| P-17 | AZ/Waco 2016 Invoices [Bates-Stamped HAR004702-5054] |  |  |  |  |
| P-18 | AZ/Dallas 2016 Invoices [Bates-Stamped HAR005268-5688] |  |  |  |  |
| P-19 | Rafiq Email--Checks made to Harrison/Imperial March 14, 2015 |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | [Bates-Stamped AZ006443-6444] |  |  |  |  |
| P-20 | Email from Brad P. with attached balance report [Bates-Stamped AZ006668] |  |  |  |  |
| P-21 | Rafiq Email--Harrison representative [Bates-Stamped AZ008031-8033] |  |  |  |  |
| P-22 | Imperial Auditor Balance Due [Bates-Stamped HAR005865-5868] |  |  |  |  |
| P-23 | Aged Trial Balance [Bates-Stamped HAR003707] |  |  |  |  |
| P-24 | Sandy sends balance report [Bates-Stamped AZ010031] |  |  |  |  |
| P-25 | Accounting Summary [Bates-Stamped HAR003916] |  |  |  |  |
| P-26 | Aged Trial Balance [Bates-Stamped HAR003917-4122] |  |  |  |  |
| P-27 | Aged Trial Balance [Bates-Stamped HAR004123-4315] |  |  |  |  |
| P-28 | Imperial Trading Co. LLC Certificate of Liability Insurance (naming Harrison Company, L.L.C. as additional insured) [Bates-Stamped HAR005875-5876] |  |  |  |  |
| P-29 | Louisiana certified copies of organizational documents of Harrison [Bates-Stamped HAR005877-5895] |  |  |  |  |
| P-30 | Louisiana certified copies of organizational documents of Imperial [Bates-Stamped HAR005896-5926] |  |  |  |  |
| P-31 | Organizational Chart Prior to September 1, 2014 [Bates-Stamped HAR006055] |  |  |  |  |
| P-32 | Harrison November 2020 Electric Bill [Bates-Stamped HAR005964-5965] |  |  |  |  |
| P-33 | Harrison Multiple Indebtedness Mortgage [Bates-Stamped HAR005929-5944] |  |  |  |  |
| P-34 | Harrison Acknowledgement of Multiple Indebtedness Mortgage [Bates-Stamped HAR005927-5928] |  |  |  |  |
| P-35 | Harrison Ferrara Candy Vendor Invoices/Payments [Bates-Stamped HAR006033-6046] |  |  |  |  |
| P-36 | Harrison Ferrara Candy Vendor Invoice [Bates-Stamped HAR005945-5951] |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| P-37 | Harrison Ferrara Candy Vendor Invoices/Payments [Bates-Stamped HAR005952-5957] | | | | | |
| P-38 | Imperial Ferrara Candy Vendor Invoices/Payments [Bates-Stamped HAR005958-5963] | | | | | |
| P-39 | Imperial Ferrara Candy Vendor Invoices/Payments [Bates-Stamped HAR006028-6032] | | | | | |
| P-40 | Harrison truck rentals (Ryder) [Bates-Stamped HAR006009-6027] | | | | | |
| P-41 | Harrison truck rentals (Penske) [Bates-Stamped HAR005966-6008] | | | | | |
| P-42 | Promissory Note in Harrison's name signed by Imperial as sole member of Harrison [Bates-Stamped HAR006063-6064] | | | | | |
| P-43 | Travelers Verification Certificate (Harrison) [Bates-Stamped HAR006047-6049] | | | | | |
| P-44 | Harrison Rent/Lease [Bates-Stamped HAR006050-6062] | | | | | |
| P-45 | Transaction between Harrison and Imperial [Bates-Stamped HAR005869-5874] | | | | | |
| P-46 | Invoice from 10-15-2018 [Bates-Stamped HAR006066-6069] | | | | | |
| P-47 | Manifest from 10-15-2018 [Bates-Stamped HAR006070] | | | | | |
| P-48 | A/R Daily Invoice Recap for 10-15-2018 [Bates-Stamped HAR006078-6109] | | | | | |
| P-49 | General Ledger Display Detail, 10-15-2018 postings [Bates-Stamped HAR006075-6077] | | | | | |
| P-50 | A/R Daily Invoice Recap for 2-28-2019 [Bates-Stamped HAR006110] | | | | | |
| P-51 | General Ledger Display Detail, 2-28-2019 postings [Bates-Stamped HAR006110] | | | | | |
| P-52 | Pictures of Harrison Trucks [Bates-Stamped HAR006111-6115] | | | | | |
| P-53 | Redacted Attorneys' Fee Statements | | | | | |
| Demo. | Map of Louisiana | | | | | |
| Demo. | Harrison warehouse photo | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Demo. | Imperial warehouse photo | | | | |
| Demo. | Brad Prendergast headshot | | | | |
| Demo. | Wayne Baquet headshot | | | | |
| Demo. | Sandy Zazulak headshot | | | | |
| Demo. | Scott Faley headshot | | | | |
| Demo. | Chris McClure headshot | | | | |
| Demo. | Dan Burgos headshot | | | | |
| Demo. | Dejon Jackson headshot | | | | |
| Demo. | Harrison operations process diagram | | | | |
| Demo. | Timeline of events | | | | |

Respectfully submitted,

*/s/ Joseph A. Unis, Jr.*__
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

### CERTIFICATE OF SERVICE

I certify that on February 26, 2021, I served this document on all counsel of record via the ECF system and/or email.

*/s/ Joseph A. Unis, Jr*