UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C, | § § | |
| **Plaintiff,** | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| **Defendants.** | § | |

### PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES

Plaintiff, Harrison Company, L.L.C. ("Harrison") hereby submits its Rule 26(a)(3)(A)(i)-(iii) Pretrial Disclosures as follows:

Rule 26(a)(3)(A)(i): The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

See Plaintiff's Witness List, filed contemporaneously herewith, which Harrison incorporated by reference pursuant to Fed. R. Civ. P. 10(c).

Rule 26(a)(3)(A)(ii): the designation of those witnesses whose testimony the party expects to present by deposition.

See Plaintiff's Deposition Designations from the Deposition of Barkat Ali, filed contemporaneously herewith, which Harrison incorporated by reference pursuant to Fed. R. Civ. P. 10(c).

Rule 26(a)(3)(A)(iii): an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

See Plaintiff's Exhibit List, filed contemporaneously herewith, which Harrison incorporated by reference pursuant to Fed. R. Civ. P. 10(c).

        Respectfully submitted,

*/s/ Joseph A. Unis, Jr.*
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

### CERTIFICATE OF SERVICE

I certify that on February 26, 2021, I served this document on all counsel of record via the ECF system and/or email.

*/s/ Joseph A. Unis, Jr.*