IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, L.L.C,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| **A-Z WHOLESALERS INC. and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT HARRISON COMPANY, L.L.C.

Please take notice that Haley M. Owen is entering her appearance as additional counsel in the above-styled and numbered cause on behalf of Harrison Company, L.L.C.:

    Haley M. Owen
     State Bar No. 24121042
     *Haley.owen@lockelord.com*
    LOCKE LORD LLP
    2200 Ross Avenue, Suite 2800
    Dallas, Texas 75201
    Telephone: (214) 740-8000
    Telecopier: (214) 740-8800

Please provide Ms. Owen with copies of all correspondence, pleadings, settings or other documents in this case.

Respectfully submitted,

*/s/ Haley M. Owen*
**David L. Swanson**
  State Bar No. 19554525
  dswanson@lockelord.com
**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Haley M. Owen**
  State Bar No. 24121042
  haley.owen@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR DEFENDANT**
**HARRISON COMPANY, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of March, 2021, a true and correct copy of the foregoing document was served on all counsel of record via electronic notification pursuant to the Federal Rules of Civil Procedure.

*/s/ Haley M. Owen*
Haley M. Owen