IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, LLC., | § § § | |
| Plaintiff, | § § | Civil Action No.: 3:19-cv-01057-B |
| v. | § § § | |
| A-Z WHOLESALERS, INC., and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## DEFENDANTS' AMENDED RULE 26(A)(3) PRETRIAL DISCLOSURES

Defendants, A-Z Wholesalers, Inc and Barkat G. Ali ("Defendants") hereby submit their Rule 26(a)(3)(A)(i)-(iii) Amended Pretrial Disclosures as follows:

Rule 26(a)(3)(A)(i): The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

Expects to Present

(1) Barkat G. Ali (contact information previously provided)

Mr. Ali knows about the transactions with Harrison and his guaranty of certain transactions involving Harrison. He also knows about the A-Z Wholesaler business and how it operated during the time it was doing business with Harrison. He will testify regarding the fact that he did not guaranty any debt owed to Imperial or Harrison after Imperial started selling to A-Z Wholesalers. He will also testify that nothing is owed by A-Z Wholesalers to Harrison Company, LLC. Further no claim is being made in this lawsuit by Imperial. This testimony may take 2 hours.

(2) Amar B. Ali (contact information previously provided)

Mr. Ali knows about the transactions with Harrison and his father's guaranty of certain transactions involving Harrison. He also knows about the A-Z Wholesaler business and how it operated during the time it was doing business with Harrison. He will testify regarding the fact that his father did not guaranty any debt owed to Imperial or Harrison after Imperial started selling to A-Z Wholesalers. He will also testify that nothing is owed by A-Z Wholesalers to Harrison Company, LLC. Further no claim is being made in this lawsuit by Imperial. This testimony may take 3-4 hours.

    (3)    Any witness designated by the Plaintiff in this case on their Plaintiff's Trial Witness List [Docket No. 106] as a Probable Witness. It is expected that most of this testimony will be on cross. It is anticipated that cross for each witness presented by the Plaintiff will take as long as the direct examination.

    (4)    Counsel for the Defendants on attorney's fees.

May Call

    (1)    Unknown Corporate Representative(s) of Postlethwaite & Netterville (Auditor for Imperial)
One Galleria Blvd., Suite 2100
Metairie, LA 70001
800.259.2922

    (2)    Any witness designated by the Plaintiff in this case on their Plaintiff's Trial Witness List [Docket No. 106] as a Possible Witness. It is expected that most of this testimony will be on cross. It is anticipated that cross for each witness presented by the Plaintiff will take as long as the direct examination.

Rule 26(a)(3)(A)(ii): the designation of those witnesses whose testimony the party expects to present by deposition.

Defendants did not expect to use any deposition testimony for trial.

Rule 26(a)(3)(A)(iii): an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

All exhibits are being separately designated and marked and filed with the Court and provided to counsel pursuant to the separate Exhibit List..

Defendants also expect to Offer the following previously identified exhibits:

Def. APP 001 – 585 (previously submitted with MSJ and Reply).
Harrison's Responses to Discovery Set #1.
Harrison's Responses to Discovery Set #2.

Dated: March 15, 2021.

        Respectfully submitted,

          /s/ Joyce W. Lindauer
        Joyce W. Lindauer
        State Bar No. 21555700
        Guy Harvey Holman
        State Bar No. 24095171
        Joyce W. Lindauer Attorney, PLLC
        1412 Main Street, Suite 500
        Dallas, Texas 75202
        Telephone: (972) 503-4033
        Facsimile: (972) 503-4034
        joyce@joycelindauer.com
        guy@joycelindauer.com
        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2021, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

          /s/ Joyce W. Lindauer
        Joyce W. Lindauer