Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** § | | |
| § | | |
| Plaintiff, § | Civil Action No.: 3:19-cv-01057-B | |
| § | | |
| v. § | | |
| § | | |
| **A-Z WHOLESALERS, INC., and** § | | |
| **BARKAT G. ALI,** § | | |
| § | | |
| Defendants. § | | |

**DEFENDANTS' MOTION TO EXTEND TIME FOR
EXCHANGE OF EXHIBITS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, A-Z Wholesalers, Inc., and Barkat Ali, (collectively, "Defendants"), requesting that the Court grant an extension of the time to exchange exhibits, and in support thereof states as follows:

1.      The original scheduling order in this case [Dkt, No. 9] required that the exchange of exhibits shall occur two (2) days prior to the pre-trial conference. Defendants have been working towards this deadline for the past several weeks.

2.      The Defendants have amended their Pre-Trial Disclosures today, March 15, 2021.

3. The Court's Electronic Order [Dkt No. 112] changed the exhibit exchange date, requiring that the Defendants' Rule 26(a)(3) disclosures be amended (which they now have been amended) and shortening the time for exhibit exchange to occur no later than March 15, 2021 at 5:00 p.m. or provide an explanation in response to the Plaintiff's request to move up the dates in this case.

4. However, while working to meet these deadlines over the weekend of March 13-14, Defendant's counsel, Guy Holman, was notified of the unexpected death of his wife's mother. As a result while some of the tasks ordered by the Court were able to be done the exhibit list was not able to be prepared and the exhibits sorted to append to same.

5. Even with the recent removal of some of the defenses raised by the Defendants there are still some 10,799 pages making up the documents in this case and many of which are exhibits for trial. While counsel has worked now several days putting together the exhibits for trial they will not be properly organized for at least one more day.

6. Plaintiff's counsel has stated in an email they do "not oppose Defendants' filing a motion to extend today's Court imposed deadline … by one day[.]"

7. Accordingly Defendants request until tomorrow, March 16, 2021 to file their Exhibit List with appended exhibits.

WHEREFORE, PREMISES CONSIDERED Defendants pray that the Court grant them an extension to file their exhibit list and exchange exhibits until March 16, 2021, and for such other and further relief to which they may show themselves justly entitled.

DATED: March 15, 2021.

                                                                  Respectfully submitted,

                                                                  */s/ Joyce W. Lindauer*
                                                                  Joyce W. Lindauer
                                                                  State Bar No. 21555700
                                                                  Guy H. Holman
                                                                  State Bar No. 24095171
                                                                  Kerry S. Alleyne
                                                                  State Bar No. 24066090
                                                                  Joyce W. Lindauer Attorney, PLLC
                                                                  1412 Main St., Suite 500
                                                                  Dallas, Texas 75202
                                                                  Telephone: (972) 503-4033
                                                                  Facsimile: (972) 503-4034
                                                                 Email: joyce@joycelindauer.com
                                                                             guy@joycelindauer.com
                                                                             kerry@joycelindauer.com
                                                ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I certify that on March 15, 2021, my associate, Guy Holman, conferred with opposing counsel of record for the Plaintiff, David Swanson, via email regarding Defendants' Motion for Extension of Deadline. The Parties are in agreement as to such extension.

                                                                 */s/ Joyce W. Lindauer*
                                                                 Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 15, 2021, a true and correct copy of the foregoing document was served on all parties via the Court's ECF system.

                                                                 */s/ Joyce W. Lindauer*
                                                                Joyce W. Lindauer