IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § § | |
| Plaintiff, | § § | Civil Action No.: 3:19-cv-01057-B |
| v. | § § § | |
| **A-Z WHOLESALERS, INC.,** and **BARKAT G. ALI,** | § § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME FOR EXCHANGE OF EXHIBITS

Before the Court is the *Defendants' Motion to Extend Time for Exchange of Exhibits*. After due consideration of the Defendants' arguments and the circumstances necessitating the extension of the subject deadline, the Court grants such extension as follows:

It is ORDERED that Defendants shall file their exhibit list with appended exhibits by March 16, 2021

SO ORDERED.

SIGNED: March 15, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE


Proposed by:
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEFENDANTS