Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No.: 3:19-cv-01057-B** |
| | § | |
| **v.** | § | |
| | § | |
| **A-Z WHOLESALERS, INC., and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

---

### DEFENDANTS' EXHIBIT LIST

---

### **EXHIBITS**

Pursuant to Local Rule 26.2 and the Court's Scheduling Order [Dkt No. 9], Defendants A-Z Wholesalers, Inc. ("A-Z"), and Barkat G. Ali ("Barkat") may produce the exhibits listed in this document at trial. Defendants reserve the right to designate rebuttal exhibits, if needed, based on the Plaintiff's case-in-chief and for use during cross-examination. This is a preliminary list, and Defendants reserve the right to amend this list and to de-designate exhibits prior to trial.

## Exhibits Using the Plaintiff's Bates Numbering Scheme of A-Z Production

| Ex. No. | Description | Offered | Objection | Admitted Not Admitted | Disposition |
|---------|-------------|---------|-----------|----------------------|-------------|
| D-1 | Statement – Imperial Trading Co – 10/22/18 (Dallas) AZ9765-9767 | | | | |
| D-2 | Statement – Imperial Trading Co – 10/22/18 (Waco) AZ9769-9770 | | | | |
| D-3 | Statement – Imperial Trading Co – 10/26/18 (Dallas) AZ9772-9774 | | | | |
| D-4 | Statement – Imperial Trading Co – 10/26/18 (Waco) AZ9776-9777 | | | | |
| D-5 | Statement – Imperial Trading Co – 11/2/18 (Dallas) AZ9786-9787 | | | | |
| D-6 | Statement – Imperial Trading Co – 11/2/18 (Waco) AZ9789 | | | | |
| D-7 | Statement – Imperial Trading Co – 11/9/18 (Dallas) AZ9793-9794 | | | | |
| D-8 | Statement – Imperial Trading Co – 11/9/18 (Waco) AZ9796 | | | | |
| D-9 | Statement – Imperial Trading Co – 11/16/18 (Dallas) AZ9802-9804 | | | | |
| D-10 | Statement – Imperial Trading Co – 11/16/18 (Waco) AZ9806-9807 | | | | |
| D-11 | Statement – Imperial Trading Co – 11/23/18 (Dallas) AZ9814-9816 | | | | |
| D-12 | Statement – Imperial Trading Co – 11/23/18 (Waco) AZ9818-9819 | | | | |
| D-13 | Statement – Imperial Trading Co – 11/30/18 (Dallas) AZ9832-9833 | | | | |
| D-14 | Statement – Imperial Trading Co – 11/30/18 (Waco) AZ9835 | | | | |
| D-15 | Statement – Imperial Trading Co – 12/7/18 (Dallas) AZ9859-9860 | | | | |
| D-16 | Statement – Imperial Trading Co – 12/7/18 (Waco) AZ9862 | | | | |
| D-17 | Statement – Imperial Trading Co – 12/14/18 (Dallas) AZ9866-9867 | | | | |
| D-18 | Statement – Imperial Trading Co – 12/14/18 (Waco) AZ9869 | | | | |
| D-19 | Statement – Imperial Trading Co – 12/21/18 (Dallas) AZ99876-9878 | | | | |
| D-20 | Statement – Imperial Trading Co – 12/21/18 (Waco) AZ9880 | | | | |

| D-21 | Statement – Imperial Trading Co – 12/28/18 (Dallas) AZ9890-9892 | | | | |
|------|------|--|--|--|--|
| D-22 | Statement – Imperial Trading Co – 12/28/18 (Waco) AZ9894 | | | | |
| D-23 | Statement – Imperial Trading Co – 1/4/19 (Dallas) AZ9900-9901 | | | | |
| D-24 | Statement – Imperial Trading Co – 1/4/19 (Waco) AZ9903 | | | | |
| D-25 | Statement – Imperial Trading Co – 1/11/19 (Dallas) AZ9907-9908 | | | | |
| D-26 | Statement – Imperial Trading Co – 1/11/19 (Waco) AZ9910 | | | | |
| D-27 | Statement – Imperial Trading Co – 1/18/19 (Dallas) AZ9926-9927 | | | | |
| D-28 | Statement – Imperial Trading Co – 1/18/19 (Waco) AZ9929-9930 | | | | |
| D-29 | Statement – Imperial Trading Co – 1/25/19 (Dallas) AZ9934-9936 | | | | |
| D-30 | Statement – Imperial Trading Co – 1/25/19 (Waco) AZ9938-9939 | | | | |
| D-31 | Statement – Imperial Trading Co – 2/1/19 (Dallas) AZ9951-9952 | | | | |
| D-32 | Statement – Imperial Trading Co – 2/1/19 (Waco) AZ9954 | | | | |
| D-33 | Cashier's Check payable from A-Z to Imperial Trading Co – 2/8/19 AZ9958 | | | | |
| D-34 | Statement – Imperial Trading Co – 2/8/19 (Dallas) AZ9961-9962 | | | | |
| D-35 | Statement – Imperial Trading Co – 2/8/19 (Waco) AZ9964 | | | | |
| D-36 | Statement – Imperial Trading Co – 2/15/19 (Dallas) AZ9974-9975 | | | | |
| D-37 | Statement – Imperial Trading Co – 2/15/19 (Waco) AZ9977 | | | | |
| D-38 | Statement – Imperial Trading Co – 2/22/19 (Dallas) AZ9984-9986 | | | | |
| D-39 | Statement – Imperial Trading Co – 2/22/19 (Waco) AZ9988-9989 | | | | |
| D-40 | Statement – Imperial Trading Co – 3/1/19 (Dallas) AZ9997 | | | | |
| D-41 | Statement – Imperial Trading Co – 3/1/19 (Waco) AZ9999 | | | | |
| D-42 | SMS Messages from Imperial Employees (AZ10366, 10371, 10373-10374, 10381-10382, | | | | |

| | 10387-10388, 10390, 10395, 10464-10465, 10468-10469, 10531, 10734-10735, 10765—10767, 10797-10798) | | | | |
|---|---|---|---|---|---|

### Exhibits Using the Defendants' Bates Numbering Scheme of A-Z Production

| | | | | | |
|---|---|---|---|---|---|
| D-43 | Plaintiff's Verified Original Petition and Emergency Application for Ex Parte Appointment of Receiver (DC-19-04222filed in the 101st Judicial District Court, Dallas County, Texas (A-Z 1-14) | | | | |
| D-44 | Motion for Non-Suit Without Prejudice (DC-19-04222) (A-Z 15-16) | | | | |
| D-45 | Order Granting Non-Suit Without Prejudice (DC-19-04222) (A-Z 17) | | | | |
| D-46 | Prendergast Verification of Original Petition (DC-19-04222) (A-Z 18) | | | | |
| D-47 | Harrison Co. Credit Application dtd 3/11/11 (A-Z 19-23) | | | | |
| D-48 | Promissory Note and Commercial Guaranty dtd 1/11/19 (A-Z 24-28) | | | | |
| D-49 | Notice of Default and Demand for Payment to Imperial Trading Co., LLC dtd March 18, 2019 (A-Z 30-32) | | | | |
| D-50 | Imperial Trading Company Invoice (various numbers (10/22/18 – 3/4/19) (A-Z 33-182) | | | | |
| D-51 | Statement – Imperial Trading Co – 6/12/20 (Dalla) (A-Z 183-184) | | | | |
| D-52 | Plaintiff's Original Complaint (Cause No. 3:19-cv-01057-B) filed in United States District Court for the Northern District of Texas (A-Z 185-189) | | | | |
| D-53 | Defendants' First Amended Answer to Plaintiff's Original Complaint. (Cause No. 3:19-cv-01057-B) (A-Z 190-197) | | | | |

| D-54 | Declaration of Amar B. Ali (Cause No. 3:19-cv-01057-B) (A-Z 198-202) | | | | |
| D-55 | Declaration of Barkat G. Ali (Cause No. 3:19-cv-01057-B) (A-Z 203-207) | | | | |
| D-56 | Statement – Harrison Co., LLC – 2/11/15 (A-Z 208-228) | | | | |
| D-57 | Imperial Trading Co. Shipping Manifest 418036 dtd 10/29/18 (A-Z 229-267 / HAR000689-727) | | | | |
| D-58 | Imperial Trading Co., LLC UCC-1 (18-0002135898) filed 1/19/18 (A-Z 268) | | | | |
| D-59 | Imperial Trading Co., LLC UCC-1 Amendment (18-00282094) Terminating UCC-1 (18-0002135898) filed 8/10/18 (A-Z 269) | | | | |
| D-60 | Harrison Co., LLC UCC-1 (19-0014045014) filed 4/17/19 (A-Z 273) | | | | |
| D-61 | Harrison Co., LLC UCC-1 Amendment (20-00113694) Terminating UCC-1 (19-0014045014) filed 3/24/20 (A-Z 275) | | | | |
| D-62 | Declaration of Amar B. Ali (Cause No. 3:19-cv-01057-B) (A-Z 276-277) | | | | |
| D-63 | Deposition of Amar B. Ali (1/27/21) (A-Z 278-400) | | | | |
| D-64 | Order Granting Motion to Dissolve Receivership and Overturning on Appeal the Associate Judge's Order Appointing Receiver (Cause No. DC-19-04222) (A-Z 401) | | | | |
| D-65 | Plaintiff's Initial Disclosures (A-Z 402-404) | | | | |
| D-66 | Plaintiff's Objections and Responses to Defendants' First Amended Set of Discovery Requests (A-Z 405-414) | | | | |
| D-67 | Plaintiff's Objections and Responses to Defendants' Second | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Set of Discovery Requests (A-Z 415-420) | | | | |
| D-68 | Emails originating at Imperial Trading Co. Bossier City Distribution Center (A-Z 3765-3773) | | | | |

DATED: March 16, 2021.

Respectfully submitted,

  /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
        guy@joycelindauer.com
        kerry@joycelindauer.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2021, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

  /s/ Joyce W. Lindauer
Joyce W. Lindauer