UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## JOINT SETTLEMENT CONFERENCE REPORT

Pursuant to the Court's Scheduling Order (ECF No. 9), Plaintiff Harrison Company, L.L.C ("Harrison") (represented by its attorney David L. Swanson), and Defendants A-Z Wholesalers Inc. ("A-Z") and Barkat G. Ali ("Barkat") (collectively, "Defendants"), represented by their attorney Joyce held a follow up settlement conference. The parties conferred by email on March 15, 2021 due to COVID-19 restrictions and safety, and because there had been no settlement discussions since the last report.

Harrison's counsel inquired whether there had been any change in Defendants' position, and Defendants' counsel wrote she would inquire. Hearing nothing further, the parties are not optimistic on reaching a settlement before trial.

Respectfully submitted,

| | |
|---|---|
| */s/ David L. Swanson* | */s/ Joyce W. Lindauer* |
| **David L. Swanson** | Joyce W. Lindauer |
| State Bar No. 19554525 | State Bar No. 21555700 |
| dswanson@lockelord.com | Guy Harvey Holman |

1

91487100v.1

**Joseph A. Unis, Jr.**
  State Bar No. 24075625
  junis@lockelord.com
**Haley M. Owen**
  State Bar No. 24121042
  haley.owen@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
joyce@joycelindauer.com
guy@joycelindauer.com

**ATTORNEYS FOR DEFENDANTS**

1

91487100v.1