UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS, INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case is set for jury trial on Monday, March 29, 2021. In order to help ensure the health and safety of all case participants, jurors, and court staff, the Court institutes the following protocols for the jury trial:

1.   Jury selection will occur in the central jury assembly room on the first floor of the Earle Cabell Federal Building. The jurors will be spaced with at least six feet of distance between each person and will wear gloves and face shields during *voir dire*. All other participants will wear gloves and either face shields or masks.

2.   During trial in courtroom 1516, all participants will wear gloves and either face shields or mask. Witnesses will wear face shields. The parties are responsible for providing face shields to their respective witnesses.

3.   Exhibits will not be passed to the jurors, but instead will be displayed electronically on monitors placed throughout in the courtroom. Counsel for each party will provide a thumb drive of their respective admitted exhibits at the end of the trial, so that the court's IT

department may load the exhibits onto a clean laptop for jury deliberations.

4.  In private civil actions, the party requiring the services of an interpreter is responsible for retaining the interpreter and payment of the interpreter's compensation and expenses. *Guide to Judiciary Policy*, Volume 5, Ch 2 § 225.20. Additionally, the party retaining the interpreter is responsible for ensuring that enough equipment is available during the course of the trial to protect the health and safety of the parties and/or witnesses for which translation is being provided.

5.  Testing and/or training on the courtroom technology will be conducted after the pretrial conference. Counsel for each party must bring with them to the pretrial conference the laptops with which they intend to present evidence during the trial.

**SO ORDERED.**

**SIGNED: March 23, 2021.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE