Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, LLC., | § § § | |
| Plaintiff, | § § | Civil Action No.: 3:19-cv-01057-B |
| v. | § § § | |
| A-Z WHOLESALERS, INC., and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## DEFENDANTS' FIRST AMENDED EXHIBIT LIST

## EXHIBITS

Pursuant to Local Rule 26.2 and the Court's Scheduling Order [Dkt No. 9], Defendants A-Z Wholesalers, Inc. ("A-Z"), and Barkat G. Ali ("Barkat") may produce the exhibits listed in this document at trial. Defendants reserve the right to designate rebuttal exhibits, if needed, based on the Plaintiff's case-in-chief and for use during cross-examination. This is a preliminary list, and Defendants reserve the right to amend this list and to de-designate exhibits prior to trial.

**Exhibits Using the Plaintiff's Bates Numbering Scheme of A-Z Production**

| Ex. No. | Description | Offered | Admitted Not Admitted |
|---|---|---|---|
| D-1 | Statement – Imperial Trading Co – 10/22/18 (Dallas) AZ9765-9767 | | |
| D-2 | Statement – Imperial Trading Co – 10/22/18 (Waco) AZ9769-9770 | | |
| D-3 | Statement – Imperial Trading Co – 10/26/18 (Dallas) AZ9772-9774 | | |
| D-4 | Statement – Imperial Trading Co – 10/26/18 (Waco) AZ9776-9777 | | |
| D-5 | Statement – Imperial Trading Co – 11/2/18 (Dallas) AZ9786-9787 | | |
| D-6 | Statement – Imperial Trading Co – 11/2/18 (Waco) AZ9789 | | |
| D-7 | Statement – Imperial Trading Co – 11/9/18 (Dallas) AZ9793-9794 | | |
| D-8 | Statement – Imperial Trading Co – 11/9/18 (Waco) AZ9796 | | |
| D-9 | Statement – Imperial Trading Co – 11/16/18 (Dallas) AZ9802-9804 | | |
| D-10 | Statement – Imperial Trading Co – 11/16/18 (Waco) AZ9806-9807 | | |
| D-11 | Statement – Imperial Trading Co – 11/23/18 (Dallas) AZ9814-9816 | | |
| D-12 | Statement – Imperial Trading Co – 11/23/18 (Waco) AZ9818-9819 | | |
| D-13 | Statement – Imperial Trading Co – 11/30/18 (Dallas) AZ9832-9833 | | |
| D-14 | Statement – Imperial Trading Co – 11/30/18 (Waco) AZ9835 | | |
| D-15 | Statement – Imperial Trading Co – 12/7/18 (Dallas) AZ9859-9860 | | |
| D-16 | Statement – Imperial Trading Co – 12/7/18 (Waco) AZ9862 | | |
| D-17 | Statement – Imperial Trading Co – 12/14/18 (Dallas) AZ9866-9867 | | |
| D-18 | Statement – Imperial Trading Co – 12/14/18 (Waco) AZ9869 | | |
| D-19 | Statement – Imperial Trading Co – 12/21/18 (Dallas) AZ99876-9878 | | |
| D-20 | Statement – Imperial Trading Co – 12/21/18 (Waco) AZ9880 | | |

| | | | |
|---|---|---|---|
| D-21 | Statement – Imperial Trading Co – 12/28/18 (Dallas) AZ9890-9892 | | |
| D-22 | Statement – Imperial Trading Co – 12/28/18 (Waco) AZ9894 | | |
| D-23 | Statement – Imperial Trading Co – 1/4/19 (Dallas) AZ9900-9901 | | |
| D-24 | Statement – Imperial Trading Co – 1/4/19 (Waco) AZ9903 | | |
| D-25 | Statement – Imperial Trading Co – 1/11/19 (Dallas) AZ9907-9908 | | |
| D-26 | Statement – Imperial Trading Co – 1/11/19 (Waco) AZ9910 | | |
| D-27 | Statement – Imperial Trading Co – 1/18/19 (Dallas) AZ9926-9927 | | |
| D-28 | Statement – Imperial Trading Co – 1/18/19 (Waco) AZ9929-9930 | | |
| D-29 | Statement – Imperial Trading Co – 1/25/19 (Dallas) AZ9934-9936 | | |
| D-30 | Statement – Imperial Trading Co – 1/25/19 (Waco) AZ9938-9939 | | |
| D-31 | Statement – Imperial Trading Co – 2/1/19 (Dallas) AZ9951-9952 | | |
| D-32 | Statement – Imperial Trading Co – 2/1/19 (Waco) AZ9954 | | |
| D-33 | Cashier's Check payable from A-Z to Imperial Trading Co – 2/8/19 AZ9958 | | |
| D-34 | Statement – Imperial Trading Co – 2/8/19 (Dallas) AZ9961-9962 | | |
| D-35 | Statement – Imperial Trading Co – 2/8/19 (Waco) AZ9964 | | |
| D-36 | Statement – Imperial Trading Co – 2/15/19 (Dallas) AZ9974-9975 | | |
| D-37 | Statement – Imperial Trading Co – 2/15/19 (Waco) AZ9977 | | |
| D-38 | Statement – Imperial Trading Co – 2/22/19 (Dallas) AZ9984-9986 | | |
| D-39 | Statement – Imperial Trading Co – 2/22/19 (Waco) AZ9988-9989 | | |
| D-40 | Statement – Imperial Trading Co – 3/1/19 (Dallas) AZ9997 | | |
| D-41 | Statement – Imperial Trading Co – 3/1/19 (Waco) AZ9999 | | |
| D-42 | SMS Messages from Imperial Employees (AZ10366, 10371, 10373-10374, 10381-10382, 10387-10388, 10390, 10395, 10464-10465, 10468-10469, 10531, 10734-10735, 10765—10767, 10797-10798) | | |

**Exhibits Using the Defendants' Bates Numbering Scheme of A-Z Production**

| | | | |
|---|---|---|---|
| D-43 | Plaintiff's Verified Original Petition and Emergency Application for Ex Parte Appointment of Receiver (DC-19-04222 filed in the 101st Judicial District Court, Dallas County, Texas (A-Z 1-14) | | |
| D-44 | Motion for Non-Suit Without Prejudice (DC-19-04222) (A-Z 15-16) | | |
| D-45 | Order Granting Non-Suit Without Prejudice (DC-19-04222) (A-Z 17) | | |
| D-46 | Prendergast Verification of Original Petition (DC-19-04222) (A-Z 18) | | |
| D-47 | Harrison Co. Credit Application dtd 3/11/11 (A-Z 19-23) | | |
| D-48 | Promissory Note and Commercial Guaranty dtd 1/11/19 (A-Z 24-28) | | |
| D-49 | Notice of Default and Demand for Payment to Imperial Trading Co., LLC dtd March 18, 2019 (A-Z 30-32) | | |
| D-50 | Imperial Trading Company Invoice (various numbers (10/22/18 – 3/4/19) (A-Z 33-182) | | |
| D-51 | Statement – Imperial Trading Co – 6/12/20 (Dalla) (A-Z 183-184) | | |
| D-52 | Plaintiff's Original Complaint (Cause No. 3:19-cv-01057-B) filed in United States District Court for the Northern District of Texas (A-Z 185-189) | | |
| D-53 | Defendants' First Amended Answer to Plaintiff's Original Complaint. (Cause No. 3:19-cv-01057-B) (A-Z 190-197) | | |
| D-54 | Declaration of Amar B. Ali (Cause No. 3:19-cv-01057-B) (A-Z 198-202) | | |
| D-55 | Declaration of Barkat G. Ali (Cause No. 3:19-cv-01057-B) (A-Z 203-207) | | |
| D-56 | Statement – Harrison Co., LLC – 2/11/15 (A-Z 208-228) | | |
| D-57 | Imperial Trading Co. Shipping Manifest 418036 dtd 10/29/18 (A-Z 229-267 / HAR000689-727) | | |
| D-58 | Imperial Trading Co., LLC UCC-1 (18-0002135898) filed 1/19/18 (A-Z 268) | | |
| D-59 | Imperial Trading Co., LLC UCC-1 Amendment (18-00282094) Terminating UCC-1 (18-0002135898) filed 8/10/18 (A-Z 269) | | |
| D-60 | Harrison Co., LLC UCC-1 (19-0014045014) filed 4/17/19 (A-Z 273) | | |
| D-61 | Harrison Co., LLC UCC-1 Amendment (20-00113694) Terminating UCC-1 (19-0014045014) filed 3/24/20 (A-Z 275) | | |
| D-62 | Declaration of Amar B. Ali (Cause No. 3:19-cv-01057-B) (A-Z 276-277) | | |
| D-63 | Deposition of Amar B. Ali (1/27/21) (A-Z 278-400) | | |

| | | | |
|---|---|---|---|
| D-64 | Order Granting Motion to Dissolve Receivership and Overturning on Appeal the Associate Judge's Order Appointing Receiver (Cause No. DC-19-04222) (A-Z 401) | | |
| D-65 | Plaintiff's Initial Disclosures (A-Z 402-404) | | |
| D-66 | Plaintiff's Objections and Responses to Defendants' First Amended Set of Discovery Requests (A-Z 405-414) | | |
| D-67 | Plaintiff's Objections and Responses to Defendants' Second Set of Discovery Requests (A-Z 415-420) | | |
| D-68 | Emails originating at Imperial Trading Co. Bossier City Distribution Center (A-Z 3765-3773) | | |

### Exhibits Using the Plaintiff's Bates Numbering Scheme of Harrison Co. Production

| | | | |
|---|---|---|---|
| D-69 | Harrison Co. Credit Application (HAR000157-161) | | |
| D-70 | Imperial Trading Co. invoices (HAR000165-314) | | |
| D-71 | A-Z Letter to Omer Kuebel re: Compromise Offer (HAR000322-323) | | |
| D-72 | Imperial Trading Co. Audit Letter (HAR000505) | | |
| D-73 | Imperial Trading Co. Merger Documents (HAR000507-511) | | |
| D-74 | Harrison Co. Formation Documents (HAR000534-550) | | |
| D-75 | Harrison Co. Operating Agreement (HAR000551-562) | | |
| D-76 | Imperial Trading Co. Member Consent to Merger (HAR000565-586) | | |
| D-77 | May 2, 2019 Demand Letter (HAR000609-610) | | |
| D-78 | May 18, 2019 Imperial Trading Co. Demand Letter (HAR000637-639) | | |
| D-79 | Louisiana Secretary of State Documentation of Merger (HAR000686-687) | | |
| D-80 | Imperial Trading Co. Manifests (HAR000689-727) | | |
| D-81 | Email S. Zazulak to A. Ali re balance with attachment (HAR000832-833) | | |
| D-82 | Email A. Ali to B. Prendergast re: payment by cashiers check with attachment (HAR000834-835) | | |
| D-83 | Imperial Trading Co. Corporate Resolution (HAR001604) | | |
| D-84 | Email S. Zazulak to A. Ali re: balance with attachment (HAR001624-1625) | | |
| D-85 | Email A.Ali to S. Zazulak re: wire confirmation (HAR001626) | | |
| D-86 | January 11, 2019 Promissory Note (Unexecuted) (HAR001628-1632) | | |
| D-87 | January 11, 2019 Promissory Note (Executed) (HAR001634-1638) | | |

| | | | |
|---|---|---|---|
| D-88 | Email A. Ali to B. Prendergast re: credit hold (HAR001643) | | |
| D-89 | Email S.Zazulak email re: demand letter (HAR001652-1655) | | |
| D-90 | Email O. Kuebel to A. Ali re: request for Payment Proposal (HAR1661-1662) | | |
| D-91 | Email O.Kuebel to A.Ali re: default and demand letter and appointment of receiver (HAR001850-1853) | | |
| D-92 | Emails B. Prendergast to A.Ali re: balance with attachment (HAR002745-2766) | | |
| D-93 | Email B. Prendergast to S.Zazulak re: cashier's check payment with attachment (HAR002767-2768) | | |
| D-94 | Emails B.Prendergast to A.Ali re: balance with attachment (HAR002769-2772) | | |
| D-95 | Email W.Baquet to A.Ali re: A-Z Plan (HAR003127) | | |
| D-96 | Email A.Ali to W.Baquet re: Full Clip Craft Distributors (HAR003335) | | |
| D-97 | Emails B.Prendergast to A.Ali re: balance with attachment (HAR003336-3341) | | |
| D-98 | Email A.Ali to S.Zazulak re stop payment and wire confirmation (HAR003346-3347) | | |
| D-99 | Email B. Prendergast to A.Ali re: balance with attachment (HAR003376-3377) | | |
| D-100 | Email B. Prendergast re: credit hold (HAR003379-3380) | | |
| D-101 | Emails S.Zazulak to A.Ali re: balance with attachment (HAR003383-3386 | | |
| D-102 | Email A.Ali to W.Baquet re: A-Z Plan (HAR003388) | | |
| D-103 | Email W.Baquet to A.Ali re: A-Z Plan (HAR003394) | | |
| D-104 | Emails between O.Kuebel and A.Ali re: default and demand letter (HAR003414-3416) | | |
| D-105 | Emails between O.Kuebel and A.Ali re: default and demand letter (HAR003420-3422) | | |
| D-106 | Emails between O.Kuebel and A.Alli re: default and demand letter (HAR003611-3613) | | |
| D-107 | Email W.Baquet to A.Ali re: A-Z Plan (HAR003697) | | |
| D-108 | Imperial Trading Co. Letter re: Debt Restructuring Term Sheet (HAR003699-3701) | | |

**Exhibits Using the Bates Numbering Scheme of Defendants' Prior Counsel, Lars Berg.**

| | | | |
|---|---|---|---|
| D-109 | Cancelled Checks (HAZ 000001-000158) | | |

**Demonstrative Exhibits**

| Demo | Timeline of Events | | |
|---|---|---|---|

DATED: March 24, 2021.

                          Respectfully submitted,

                          */s/ Joyce W. Lindauer*
                          Joyce W. Lindauer
                          State Bar No. 21555700
                          Guy H. Holman
                          State Bar No. 24095171
                          Kerry S. Alleyne
                          State Bar No. 24066090
                          Joyce W. Lindauer Attorney, PLLC
                          1412 Main St., Suite 500
                          Dallas, Texas 75202
                          Telephone: (972) 503-4033
                          Facsimile: (972) 503-4034
                          Email: joyce@joycelindauer.com
                                        guy@joycelindauer.com
                                        kerry@joycelindauer.com
                          ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 24, 2021, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

                          */s/ Joyce W. Lindauer*
                          Joyce W. Lindauer