# EXHIBIT 2

# Harrison's Objections to
# DEFENDANTS' TRIAL EXHIBIT LIST

Harrison Company, L.L.C. v. A-Z Wholesalers, Inc. and Barkat G. Ali
Civil Action No. 3:19-cv-1057-B
In the United States District Court, Northern District of Texas, Dallas Division

| DOCUMENT | | | REFERENCE | | HARRISON'S OBJECTIONS | RULING | | |
|---|---|---|---|---|---|---|---|---|
| EXHIBIT NO. | BEGINNING DATE | GENERAL DESCRIPTION | BEGINNING NUMBER | ENDING NUMBER | | OFF | ADMIT | ADMIT WITH LIMIT |
| D-1 | 10/22/18 | Statement – Imperial Trading Co. | AZ9765 | AZ9767 | | | | |
| D-2 | 10/22/18 | Statement – Imperial Trading Co | AZ9769 | AZ9770 | | | | |
| D-3 | 10/26/18 | Statement – Imperial Trading Co | AZ9772 | AZ9774 | 403 – Needlessly cumulative | | | |
| D-4 | 10/26/18 | Statement – Imperial Trading Co | AZ9776 | AZ9777 | 403 – Needlessly cumulative | | | |
| D-5 | 11/2/18 | Statement – Imperial Trading Co | AZ9786 | AZ9787 | 403 – Needlessly cumulative | | | |
| D-6 | 11/2/18 | Statement – Imperial Trading Co | AZ9789 | AZ9789 | 403 – Needlessly cumulative | | | |
| D-7 | 11/9/18 | Statement – Imperial Trading Co | AZ9793 | AZ9794 | 403 – Needlessly cumulative | | | |
| D-8 | 11/9/18 | Statement – Imperial Trading Co | AZ9796 | AZ9796 | 403 – Needlessly cumulative | | | |
| D-9 | 11/16/18 | Statement – Imperial Trading Co | AZ9802 | AZ9804 | 403 – Needlessly cumulative | | | |
| D-12 | 11/23/18 | Statement – Imperial Trading Co | AZ9818 | AZ9819 | 403 – Needlessly cumulative | | | |
| D-13 | 11/30/18 | Statement – Imperial Trading Co | AZ9832 | AZ9833 | 403 – Needlessly cumulative | | | |
| D-14 | 11/30/18 | Statement – Imperial Trading Co | AZ9835 | AZ9835 | 403 – Needlessly cumulative | | | |
| D-15 | 12/7/18 | Statement – Imperial Trading Co | AZ9859 | AZ9860 | 403 – Needlessly cumulative | | | |
| D-16 | 12/7/18 | Statement – Imperial Trading Co | AZ9862 | AZ9862 | 403 – Needlessly cumulative | | | |
| D-17 | 12/14/18 | Statement – Imperial Trading Co | AZ9866 | AZ9867 | 403 – Needlessly cumulative | | | |
| D-18 | 12/14/18 | Statement – Imperial Trading Co | AZ9869 | AZ9869 | 403 – Needlessly cumulative | | | |
| D-19 | 12/21/18 | Statement – Imperial Trading Co | AZ99876 | AZ9878 | 403 – Needlessly cumulative | | | |
| D-20 | 12/21/18 | Statement – Imperial Trading Co | AZ9880 | AZ9880 | 403 – Needlessly cumulative | | | |
| D-21 | 12/28/18 | Statement – Imperial Trading Co | AZ9890 | AZ9892 | 403 – Needlessly cumulative | | | |
| D-22 | 12/28/18 | Statement – Imperial Trading Co | AZ9894 | AZ9894 | 403 – Needlessly cumulative | | | |
| D-23 | 1/4/19 | Statement – Imperial Trading Co | AZ9900- | AZ9901 | 403 – Needlessly cumulative | | | |
| D-24 | 1/4/19 | Statement – Imperial Trading Co | AZ9903 | AZ9903 | 403 – Needlessly cumulative | | | |
| D-25 | 1/11/19 | Statement – Imperial Trading Co | AZ9907 | AZ9908 | 403 – Needlessly cumulative | | | |
| D-26 | 1/11/19 | Statement – Imperial Trading Co | AZ9910 | AZ9910 | 403 – Needlessly cumulative | | | |
| D-27 | 1/18/19 | Statement – Imperial Trading Co | AZ9926 | AZ9927 | 403 – Needlessly cumulative | | | |
| D-28 | 1/18/19 | Statement – Imperial Trading Co | AZ9929 | AZ9930 | 403 – Needlessly cumulative | | | |
| D-29 | 1/25/19 | Statement – Imperial Trading Co | AZ9934 | AZ9936 | 403 – Needlessly cumulative | | | |
| D-30 | 1/25/19 | Statement – Imperial Trading Co | AZ9938 | AZ9939 | 403 – Needlessly cumulative | | | |
| D-31 | 2/1/19 | Statement – Imperial Trading Co | AZ9951 | AZ9952 | 403 – Needlessly cumulative | | | |
| D-32 | 2/1/19 | Statement – Imperial Trading Co | AZ9954 | AZ9954 | 403 – Needlessly cumulative | | | |
| D-33 | 2/8/19 | Cashier's Check payable from A-Z to Imperial Trading Co | AZ9958 | AZ9958 | 401/402 – Relevance | | | |
| D-34 | 2/8/19 | Statement – Imperial Trading Co | AZ9961- | AZ9962 | 403 – Needlessly cumulative | | | |
| D-35 | 2/8/19 | Statement – Imperial Trading Co | AZ9964 | AZ9964 | 403 – Needlessly cumulative | | | |
| D-36 | 2/15/19 | Statement – Imperial Trading Co | AZ9974 | AZ9975 | 403 – Needlessly cumulative | | | |
| D-37 | 2/15/19 | Statement – Imperial Trading Co | AZ9977 | AZ9977 | 403 – Needlessly cumulative | | | |
| D-38 | 2/22/19 | Statement – Imperial Trading Co | AZ9984 | AZ9986 | 403 – Needlessly cumulative | | | |
| D-39 | 2/22/19 | Statement – Imperial Trading Co | AZ9988 | AZ9989 | 403 – Needlessly cumulative | | | |
| D-40 | 3/1/19 | Statement – Imperial Trading Co | AZ9997 | AZ9997 | 403 – Needlessly cumulative | | | |

# Harrison's Objections to
# DEFENDANTS' TRIAL EXHIBIT LIST
### Harrison Company, L.L.C. v. A-Z Wholesalers, Inc. and Barkat G. Ali
### Civil Action No. 3:19-cv-1057-B
### In the United States District Court, Northern District of Texas, Dallas Division

| DOCUMENT | | | REFERENCE | | HARRISON'S OBJECTIONS | RULING | | |
|---|---|---|---|---|---|---|---|---|
| EXHIBIT NO. | BEGINNING DATE | GENERAL DESCRIPTION | BEGINNING NUMBER | ENDING NUMBER | | OFF | ADMIT | ADMIT WITH LIMIT |
| D-41 | 3/1/19 | Statement – Imperial Trading Co | AZ9999 | AZ9999 | | | | |
| D-42 | | | AZ10366, 10371, 10373-10374, 10381-10382, 10387-10388, 10390, 10395, 10464-10465, 10468-10469, 10531, 10734-10735, 10765-10767, 10797- | AZ 10798 | 401/402 – Relevance Improper compilation / optional completeness 408 – Offers of settlement 801 – Hearsay | | | |
| | | SMS Messages from Imperial Employees | | | | | | |
| D-43 | | Plaintiff's Verified Original Petition and Emergency Application for Ex Parte Appointment of Receiver (DC-19-04222 filed in the 101st Judicial District Court, Dallas County, Texas | A-Z-1 | A-Z-14 | 401/402 – Relevance (court struck estoppel defense); 403 – Unfairly prejudicial / confusing | | | |
| D-44 | | Motion for Non-Suit Without Prejudice (DC-19-04222) | A-Z-15 | A-Z-16 | 401/402 – Relevance (court struck estoppel defense); 403 – Unfairly prejudicial / confusing | | | |
| D-45 | | Order Granting Non-Suit Without Prejudice (DC-19-04222) | A-Z-17 | A-Z-17 | 401/402 – Relevance (court struck estoppel defense); 403 – Unfairly prejudicial | | | |
| D-46 | | Prendergast Verification of Original Petition (DC-19-04222) | A-Z-18 | A-Z-18 | 401/402 – Relevance (court struck estoppel defense); 403 – Unfairly prejudicial / confusing | | | |
| D-47 | 3/11/11 | Harrison Co. Credit Application | A-Z 19 | A-Z 23 | | | | |
| D-48 | 1/11/19 | Promissory Note and Commercial Guaranty | A-Z 24 | A-Z 28 | 401/402 – Relevance 408 – Offers of settlement 801 – Hearsay | | | |
| D-49 | 3/18/2019 | Notice of Default and Demand for Payment to Imperial Trading Co., LLC | A-Z 30 | A-Z 32 | 401/402 – Relevance; 403 – Unfairly prejudicial 408 – Offers of settlement 801 – Hearsay | | | |
| D-50 | 10/22/18 –3/4/19 | Imperial Trading Company Invoice various numbers | A-Z 33 | A-Z 182 | 401/402 – Relevance | | | |
| D-51 | 6/12/20 | Statement – Imperial Trading Co | A-Z 183 | A-Z 184 | 403 – Needlessly cumulative | | | |
| D-52 | | Plaintiff's Original Complaint (Cause No. 3:19-cv-01057-B) filed in United States District Court for the Northern District of Texas | AZ 185 | AZ 189 | 401/402 – Relevance 403 – Confusing | | | |
| D-53 | | Defendants' First Amended Answer to Plaintiff's Original Complaint. (Cause No. 3:19-cv01057-B) | A-Z 190 | A-Z 197 | 401/402 – Relevance; 403 – Unfairly prejudicial 602 – lack of personal knowledge; speculation 701 – Improper conclusions | | | |

2

# Harrison's Objections to
# DEFENDANTS' TRIAL EXHIBIT LIST

*Harrison Company, L.L.C. v. A-Z Wholesalers, Inc. and Barkat G. Ali*
Civil Action No. 3:19-cv-1057-B
*In the United States District Court, Northern District of Texas, Dallas Division*

| DOCUMENT | | | REFERENCE | | HARRISON'S OBJECTIONS | RULING | | |
|---|---|---|---|---|---|---|---|---|
| EXHIBIT NO. | BEGINNING DATE | GENERAL DESCRIPTION | BEGINNING NUMBER | ENDING NUMBER | | OFF | ADMIT | ADMIT WITH LIMIT |
| D-54 | | Declaration of Amar B. Ali (Cause No. 3:19-cv-01057-B) | A-Z 198 | A-Z 202 | 602 – Lack of personal knowledge; speculation<br>701 – Improper conclusions<br>801 – Hearsay | | | |
| D-55 | | Declaration of Barkat G. Ali (Cause No. 3:19-cv-01057-B) | A-Z 203 | A-Z 207 | 602 – Lack of personal knowledge; speculation<br>701 – Improper conclusions<br>801 - Hearsay | | | |
| D-56 | 2/11/15 | Statement – Harrison Co., LLC | A-Z 208<br>AZ 229<br>HAR000689 | A-Z 228<br>AZ 267<br>HAR000727 | 401/402 – Relevance<br>403 – Needlessly cumulative<br>Improper compilation (403, 901) – document is comprised of materials that are improperly compiled | | | |
| D-57 | 10/29/18 | Imperial Trading Co. Shipping Manifest 418036 dtd | AZ 268 | AZ 268 | 401/402 – Relevance | | | |
| D-58 | 1/19/18 | Imperial Trading Co., LLC UCC-1 (18-0002135898) | AZ 268 | AZ 268 | 401/402 – Relevance<br>403 – Confusing | | | |
| D-59 | 8/10/18 | Imperial Trading Co., LLC UCC-1 Amendment (18-0028209A) Terminating UCC-1 (18-0002135898) | A-Z 269 | A-Z 269 | 401/402 – Relevance<br>403 – Confusing | | | |
| D-60 | 4/17/19 | Harrison Co., LLC UCC-1 (19-0014045014) | A-Z 273 | A-Z 273 | 401/402 – Relevance<br>403 – Confusing | | | |
| D-61 | 3/24/20 | Harrison Co., LLC UCC-1 Amendment (20-0011369A) Terminating UCC-1 (19-0014045014) | A-Z 275 | A-Z 275 | 401/402 – Relevance<br>403 – Confusing | | | |
| D-62 | | Declaration of Amar B. Ali (Cause No. 3:19-cv-01057-B) | A-Z 276 | A-Z 277 | 602 – Lack of personal knowledge; speculation<br>701 – Improper conclusions<br>801 – Hearsay | | | |
| D-63 | 1/27/21 | Deposition of Amar B. Ali | A-Z 278 | A-Z 400 | 801 – Hearsay | | | |
| D-64 | | Order Granting Motion to Dissolve Receivership and Overturning on Appeal the Associate Judge's Order Appointing Receiver (Cause No. DC-19-04222) | A-Z 401 | A-Z 401 | 401/402 – Relevance (court struck estoppel defense);<br>403 – Unfairly prejudicial | | | |
| D-65 | | Plaintiff's Initial Disclosures | A-Z 402 | A-Z 404 | 401/402 – Relevance<br>403 - Confusing | | | |

3

# Harrison's Objections to
# DEFENDANTS' TRIAL EXHIBIT LIST

Harrison Company, L.L.C. v. A-Z Wholesalers, Inc. and Barkat G. Ali
Civil Action No. 3:19-cv-1057-B
In the United States District Court, Northern District of Texas, Dallas Division

| DOCUMENT | | REFERENCE | | GENERAL DESCRIPTION | HARRISON'S OBJECTIONS | RULING | | |
|---|---|---|---|---|---|---|---|---|
| EXHIBIT NO. | BEGINNING DATE | BEGINNING NUMBER | ENDING NUMBER | | | OFF | ADMIT | ADMIT WITH LIMIT |
| D-66 | | A-Z 405 | A-Z 414 | Plaintiff's Objections and Responses to Defendants' First Amended Set of Discovery Requests | Harrison offers to stipulate to anything Harrison admitted and to any interrogatory answer; however, the balance of the document is irrelevant (401/402), prejudicial and/or confusing (403), and hearsay (801) | | | |
| D-67 | | A-Z 415 | A-Z 420 | Plaintiff's Objections and Responses to Defendants' Second Set of Discovery Requests | Harrison offers to stipulate to anything Harrison admitted and to any interrogatory answer; however, the balance of the document is irrelevant (401/402), prejudicial and/or confusing (403), and hearsay (801) | | | |
| D-68 | | A-Z 3765 | A-Z 3773 | Emails originating at Imperial Trading Co. Bossier City Distribution Center | 401/402 – Relevance Improper compilation (403, 901) – document is comprised of materials that are improperly compiled | | | |

4