Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No.: 3:19-cv-01057-B** |
| | § | |
| **v.** | § | |
| | § | |
| **A-Z WHOLESALERS, INC., and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' OBJECTIONS TO EXHIBITS
## OF PLAINTIFF HARRISON COMPANY, LLC

## EXHIBITS

Pursuant to this Court's *Scheduling Order* (Dkt. No. 9), Defendants object to certain enumerated exhibits of Plaintiff Harrison Company, LLC, for the reasons attached hereto as Exhibit "A." Defendant acknowledges that it had certain difficulties with meeting the deadline established in the *Scheduling Order*, but notes that such difficulties were perpetuated by the unforeseen death of a member of Defendant's counsel's family, and the need to attend out-of-state funeral services coincident with this deadline. Defendant requests the Court's understanding and indulgence in this matter.

DATED: March 25, 2021.

Respectfully submitted,

   /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
        guy@joycelindauer.com
        kerry@joycelindauer.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2021, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

   /s/ Joyce W. Lindauer
Joyce W. Lindauer

A-Z Wholesalers, Inc.'s Objections to

# Plaintiff's Trial Exhibit List

*Harrison Company, LLC v. A-Z Wholesalers, Inc. and Barkat G. Ali*
*Civil Action No. 3:19-cv-1057-B*
*In the United States District Court for the Northern District of Texas (Dallas Division)*

| Exhibit No. | Document — General Description | Reference — Beginning No. | Ending No. | A-Z's Objection | Ruling — Offered | Admitted | Admit w/ Limit |
|---|---|---|---|---|---|---|---|
| 1 | Credit Application, Credit Agremeement & Guaranty, dated March 11, 2011 | HAR000157 | HAR000159 | No objection. | | | |
| 2 | 4/10/14 Email from Wayne Baquet to customers | AZ000850 | | No objection. | | | |
| 3 | Article of Amendement to Article of Organization of Harrison Company, LLC, dated June 30, 2008 | ECF 63, pp. 6-7 | | No objection. | | | |
| 4 | Certificate of Merger of Noble Feldman, LLC and Imperial Trading Co., LLC, dated September 1, 2014 | HAR000620 | HAR000624 | No objection. | | | |
| 5 | Organizational Chart Prior to September 1, 2014 | HAR006055 | | 401/402 - Relevance<br>801 - Hearsay<br>Demonstrative Exhibit. | | | |
| 6 | 10/31/14 Email with attached letter from Wayne Baquet to customers | AZ005029 / AZ000942 | AZ005030 / AZ000943 | No objection. | | | |
| 7 | Current Organizational Chart | HAR006173 | | 401/402 - Relevance<br>801 - Hearsay<br>Demonstrative Exhibit. | | | |
| 8 | Demand letter from Plaintiff's counsel to Defendants' counsel, dated May 2, 2019 | HAR000609 | HAR000619 | No objection. | | | |
| 9 | 11/24/14 Email from Barkat | HAR005700 | HAR005701 | No objection. | | | |
| 10 | 12/22/14 Email from Barkat | HAR005748 / AZ001011 | | No objection. | | | |
| 11 | 2/27/2015 Email from Amar to Barkat, with attachment | AZ000139 | AZ000140 | No objection. | | | |
| 12 | 3/5/15 Email from Brad A. | AZ006295 | | No objection. | | | |
| 13 | 3/6/15 Email from Brad A., with attachment | AZ006298 | AZ006299 | No objection. | | | |
| 14 | 2/27/15 Email from Brad A. with attachment | AZ006300 | AZ6301 | No objection. | | | |
| 15 | 3/13/15 Email from Brad A., with attachment | AZ001382 | AZ001383 | No objection. | | | |
| 16 | 3/26/15 Email from Brad A. | AZ001403 | | No objection. | | | |
| 17 | 3/29/15 Email from Brad A., with attachment | AZ002498 | AZ002499 | No objection. | | | |
| 18 | 4/20/15 Email from Brad A., with attachment | AZ002515 | AZ002516 | No objection. | | | |
| 19 | 3/14/15 Email from Rafiq | AZ006443 | AZ006444 | No objection. | | | |
| 20 | 8/23/15 Email from Rafiq | AZ008031 | AZ008033 | No objection. | | | |
| 21 | 10/30/15 Email from Brad P., with attachment | AZ006668 | AZ006669 | No objection. | | | |
| 22 | 6/15/18 Letter re: balance for auditor | HAR005865 | HAR005868 | No objection. | | | |
| 23 | 3/15/19 Email from Sandy Z., with attachment | AZ010031 | | No objection. | | | |
| 24 | Dan Burgos W-2s (2018-2020) | HAR006167 | HAR006168 | 401/402 - Relevance<br>801 - Hearsay | | | |
| 25 | Chris McClure W-2s (2018-2020) | HAR006169 | HAR007170 | 401/402 - Relevance<br>801 - Hearsay | | | |
| 26 | Scott Faley W-2s (2018-2020) | HAR006171 | HAR006172 | 401/402 - Relevance<br>801 - Hearsay | | | |
| 27 | Pictures of Harrison Trucks | HAR006111 | HAR006015 | No objection. | | | |
| 28 | Harrison truck rentals (Ryder) | HAR006009 | HAR006027 | 401/402 - Relevance<br>801 - Hearsay | | | |

EXHIBIT A

A-Z Wholesalers, Inc.'s Objections to

# Plaintiff's Trial Exhibit List

*Harrison Company, LLC v. A-Z Wholesalers, Inc. and Barkat G. Ali*
*Civil Action No. 3:19-cv-1057-B*
*In the United States District Court for the Northern District of Texas (Dallas Division)*

| Exhibit No. | Document — General Description | Reference — Beginning No. | Ending No. | A-Z's Objection | Ruling — Offered | Admitted | Admit w/ Limit |
|---|---|---|---|---|---|---|---|
| 29 | Harrison truck rentals (Penske) | HAR005966 | HAR006008 | 401/402 - Relevance<br>801 - Hearsay | | | |
| 30 | 2/2015 Harrison Ferrara Candy Vendor Invoices / Payments | HAR005958 | HAR005963 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 31 | 11/2015 Imperial Ferrara Candy Vendor Invoices / Payments | HAR006033 | HAR006046 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 32 | 11/2015 Harrison Ferrara Candy Vendor Invoices / Payments | HAR005952 | HAR005957 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 33 | 11/2018 Imperial Ferrara Candy Vendor Invoices / Payments | HAR006028 | HAR006032 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 34 | 10/2018 Harrison Ferrara Candy Vendor Invoices / Payments | HAR005945 | HAR005951 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 35 | Intercompany Documentation | HAR005869 | HAR005874 | No objection. | | | |
| 36 | 10/15/18 Invoice | HAR006066 | HAR006069 | No objection. | | | |
| 37 | 10/15/18 Manifest | HAR006070 | | No objection. | | | |
| 38 | 10/15/18 A/R Daily Invoice Recap | HAR006071 | HAR006074 | No objection. | | | |
| 39 | 10/15/18 General Ledger Display Detail | HAR006075 | HAR006077 | No objection. | | | |
| 40 | 2/28/19 A/R Daily Invoice Recap | HAR006078 | HAR006109 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 41 | 2/28/19 General Ledger Display Detail | HAR006110 | | No objection. | | | |
| 42 | 5/31/18 A-Z Aged Trial Balance | HAR | HAR | 401/402 - Relevance<br>801 - Hearsay | | | |
| 43 | 5/31/18 Aged Trial Balance | HAR003707 | HAR003911 | 401/402 - Relevance<br>403 - Confusing, needlessly cumulative<br>801 - Hearsay | | | |
| 44 | 5/31/19 Aged Trial Balance | HAR003917 | HAR004122 | 401/402 - Relevance<br>403 - Confusing, needlessly cumulative<br>801 - Hearsay | | | |
| 45 | 5/29/20 Aged Trial Balance | HAR004123 | HAR004315 | 401/402 - Relevance<br>403 - Confusing, needlessly cumulative<br>801 - Hearsay | | | |
| 46 | A-Z Transaction Detail, 6/1/18 through 5/31/19 | ECF 53, pp. 51-72 | | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 47 | Accounting Summary | HAR003916 | | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |

EXHIBIT A

A-Z Wholesalers, Inc.'s Objections to

# Plaintiff's Trial Exhibit List

*Harrison Company, LLC v. A-Z Wholesalers, Inc. and Barkat G. Ali*
*Civil Action No. 3:19-cv-1057-B*
*In the United States District Court for the Northern District of Texas (Dallas Division)*

| Document | | Reference | | A-Z's Objection | Ruling | | |
|---|---|---|---|---|---|---|---|
| Exhibit No. | General Description | Beginning No. | Ending No. | | Offered | Admitted | Admit w/ Limit |
| 48 | Travelers Verification Certificate (Harrison) | HAR006047 | HAR006049 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 49 | 11/2020 Harrison Electric Bill | HAR005964 | HAR005965 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 50 | Harrison Multiple Indebtedness Mortgage | HAR005929 | HAR005944 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 51 | Promissory Note in Harrison's name, signed by Imperial as sole member of Harrison | HAR006063 | HAR006064 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 52 | Harrison Acknowledgment of Multiple Indebtedness Mortgage | HAR005927 | HAR005928 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 53 | Harrison Pledge of Leases and Rents | HAR006050 | HAR006062 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 54 | Imperial Trading Co. LLC Certificate of Liability Insurance (naming Harrison Company, LLC as additional insured) | HAR005875 | HAR6876 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| 55 | Louisiana certified copies of organizational documents of Imperial | HAR005896 | HAR005926 | No objection. | | | |
| 56 | Louisiana certified copies of organizational documents of Harrison | HAR005877 | HAR005895 | No objection. | | | |
| 57 | Invoices for A-Z Acct No. 95750/017501 5/4/15 through 9/28/15 | HAR005055 | HAR005267 | No objection. | | | |
| 58 | Invoices for A-Z Acct No. 95751/017502 5/4/15 through 9/28/15 | HAR004517 | HAR004701 | No objection. | | | |
| 59 | 2016 AZ/Waco Invoices | HAR004702 | HAR005054 | No objection. | | | |
| 60 | 2016 AZ/Dallas Invoices | HAR005268 | HAR005688 | No objection. | | | |
| 61 | 5/31/19 Aged Trial Balance | HAR003917 | HAR004122 | 401/402 - Relevance<br>403 - Confusing<br>801 - Hearsay | | | |
| Demo | Map of Texas / Louisiana | | | Not provided | | | |
| Demo | Harrison Warehouse Photo | | | Not provided | | | |
| Demo | Imperial Warehouse Photo | | | Not provided | | | |
| Demo | Brad Prendergast headshot | | | Not provided | | | |
| Demo | Wayne Baquet Headshot | | | Not provided | | | |
| Demo | Sandy Zazulak Headshot | | | Not provided | | | |
| Demo | Scott Faley Headshot | | | Not provided | | | |
| Demo | Chris McClure Headshot | | | Not provided | | | |
| Demo | Dan Burgos Headshot | | | Not provided | | | |
| Demo | Harrison operations process diagram | | | Not provided | | | |
| Demo | Timeline of events | | | Not provided | | | |
| Demo | Slide deck for opening | | | Not provided | | | |
| Demo | Slide deck for closing | | | Not provided | | | |

EXHIBIT A