UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING MOTION

The Court held a pretrial conference on March 26, 2021. After hearing oral arguments from both parties, the Court ordered the parties to file cross-motions for summary judgment. Accordingly, the briefing schedule is as follows:

1. The deadline to file motions for summary judgment is **MONDAY, APRIL 26, 2021**.

2. The deadline to file a response is **MONDAY, MAY 17, 2021**.

3. The deadline to file a reply is **TUESDAY, JUNE 1, 2021**.


SO ORDERED.

SIGNED: March 26, 2021.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -