# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, L.L.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:19-CV-1057-B** |
| | § | |
| **A-Z WHOLESALERS INC. and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

---

## PLAINTIFF'S APPENDIX IN SUPPORT OF ITS SECOND
## MOTION FOR SUMMARY JUDGMENT

---

David L. Swanson
  State Bar No. 19554525
  dswanson@lockelord.com
Joseph A. Unis, Jr.
  State Bar No. 24075625
  junis@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

Respectfully submitted,

*/s/ Joseph A. Unis, Jr.*

David L. Swanson
  State Bar No. 19554525
  dswanson@lockelord.com
Joseph A. Unis, Jr.
  State Bar No. 24075625
  junis@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800

**ATTORNEYS FOR PLAINTIFF**
**HARRISON COMPANY, L.L.C.**

## <u>CERTIFICATE OF SERVICE</u>

     I certify that on April 26, 2020, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Defendants' counsel of record, who are registered ECF users.  Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure.  *See* LR 5.1.

*/s/ Joseph A. Unis, Jr.*

Counsel for Plaintiff



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

---

### DECLARATION OF WAYNE M. BAQUET, JR.

---

1.      My name is Wayne M. Baquet, Jr.  I am over twenty-one years of age, of sound mind, and otherwise competent to make this declaration.  I have never been convicted of a felony or crime involving moral turpitude.  All statements in my declaration are true, correct, and based upon my personal knowledge gained from my position with Harrison Company, L.L.C. ("Harrison") and Imperial Trading Co., LLC ("Imperial"), and my review of their respective business records, including their organizational documents, documents filed with the Louisiana Secretary of State, and customer communications.

2.      I have worked for Imperial for 30 years, and have been Imperial's President and Chief Executive Officer for the past 15 years.  Based on this experience and my position at Imperial, I am responsible for and familiar with all of Imperial's operations including, but not limited to, its interest in and relationship with Harrison.  Imperial is Harrison's sole member, and I am, and have been, Harrison's President since 2008.  In connection with my duties and responsibilities as Imperial's CEO and President and Harrison's President, I am responsible for, and familiar with, Harrison and Imperial's operations, financial record keeping, and accounting.

**Appendix 1**

3.      Harrison is a regional food distributor with its principal place of business located in Bossier City, LA.  Harrison distributes products to its customers from its warehouse located at 4801 Viking Drive, Bossier City, LA 7111 (the "Bossier City Warehouse.").  Harrison owns the Bossier City Warehouse.

4.      In 2008, the John D. Georges, Jr. Trust, the Eliza Blaise Georges Trust; and, the Alexandra Coleman Georges Trust (collectively, the "Trusts") acquired Harrison's sole member, Noble Feldman, Inc. ("Noble Feldman").  Attached to my declaration as Exhibit "1" is a true and correct copy of the Articles of Amendment to Articles of Organization of Harrison Company, L.L.C., dated June 30, 2008.  On September 1, 2014, Imperial merged with Noble Feldman, Inc. Attached to my declaration as Exhibit "2" is a true and correct copy of the Certificate of Merger of Noble Feldman, LLC and Imperial Trading Co., LLC, dated September 1, 2014.

5.      Imperial became, and still is, Harrison's sole member.  Imperial and Harrison share common upstream ownership (the Trusts), but Harrison and Imperial are now, and always have been, separate entities.  Attached to my declaration as Exhibits "3" and "4" are true and correct copies of (i) Imperial's organizational chart prior to September 1, 2014, and (ii) Imperial's current organizational chart.

6.      Harrison is located in Bossier City, and Imperial is located in Harahan, LA. Imperial owns and operates three warehouses, one of which is at 701 Edwards Ave, Harahan, LA 70123.  Imperial has its own customers, whose orders Imperial fills from inventory in its warehouses.

7.      After Imperial merged with Noble Feldman and in my capacity as Harrison's President, I sent an October 2014 letter to all Harrison customers, including A-Z, notifying them that "The acquisition of Harrison Company in 2008 and now its official name change to Imperial

**Appendix 2**

– Bossier City further strengthens our ability to service your stores now and in the future."
Attached to my declaration as Exhibit "5" is a true and correct copy of that letter.

      8.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
is true and correct.

Executed on April **22**, 2021.

                                 Wayne M. Baquet, Jr.

**Appendix 3**

# EXHIBIT 1

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF
## HARRISON COMPANY, L.L.C.

The undersigned Manager of HARRISON COMPANY, L.L.C. (the "Company"), does hereby certify that the Articles of Organization of the Company were amended pursuant to La. R.S. 12:1318(B)(6) by a resolution adopted by the written consent of the Sole Member on June 30, 2008.

Article V of the Articles of Organization was amended by said resolution to read in its entirety as follows:

## ARTICLE V
## MANAGEMENT OF AFFAIRS OF COMPANY

The business of the Company shall be managed by one or more managers, who may, but need not, be members of the Company. As of the date hereof, the managers of the Company are John D. Georges, Wayne M. Baquet, Jr., and W. Gilbert Stroud, Jr. Any one of the managers acting alone is expressly authorized to act on behalf of the Company with respect to all matters of the Company, whether or not in the ordinary course of business of the Company, and any such manager is expressly authorized to alienate, lease, encumber or otherwise deal with the immovable property of the Company. Persons dealing with the Company may rely upon the certificate of any manager to establish the membership of any member, the authenticity of any records of the Company or the authority of any person to act on behalf of the Company, including, but not limited to, the authority to take the actions referred to in La. R.S. 12:1318(B).

These Articles of Amendment are dated June 30, 2008.

Wayne M. Baquet, Jr., Manager

HAR005890

Appendix 5

STATE OF LOUISIANA
PARISH OF  BOSSIER

BE IT KNOWN, that on this 30th day of June, 2008, before me, the undersigned Notary Public, duly commissioned and qualified for the State and Parish aforesaid, and in the presence of the undersigned competent witnesses, personally came and appeared Wayne M. Baquet, Jr., to me known to be a Manager of HARRISON COMPANY, L.L.C., and the person who executed the foregoing Articles of Amendment to Articles of Organization in such capacity, and who declared that he is authorized to and did execute the foregoing Articles of Amendment to Articles of Organization in such capacity for the said company, as its and his free act and deed.

WITNESSES:

Printed Name: Brad Prendergast

Printed Name: William Blake Bennett

Wayne M. Baquet, Jr., Manager

NOTARY PUBLIC
Printed Name: William Darryl Medlin
Notary ID or Bar No.: 09405
Commission Expires: upon death

726811_1.DOC

-2-

HAR005891

Appendix 6



## *Louisiana*
# SECRETARY
# OF STATE  R. KYLE ARDOIN

HOME | QUICK LINKS

SEARCH

| ELECTIONS & VOTING | BUSINESS SERVICES | NOTARY & CERTIFICATIONS | HISTORICAL RESOURCES | OUR OFFICE |

**BUSINESS SERVICES**

+ Start a Business

− Search for Louisiana Business Filings

Order Documents & Certificates

Retrieve an Order

Validate a Certificate

View Filing Newsletters

+ File Business Documents

+ Service of Process

+ Uniform Commercial Code

Small BIZ Protection

COVID-19 Resources

Contact Us

Schedule a Commercial or Commissions Appointment
Secretary Ardoin warns businesses of potential scams

Home > Business Services > Search for Louisiana Business Filings > Validate a Certificate

Print

### VALIDATE A CERTIFICATE

**Louisiana Secretary of State**
**Certificate Validation**

**Certificate ID: 11322292#59E52**

A Certificate was issued by the Louisiana Secretary of State, having a Certificate date of **01/12/2021**, pertaining to the entity **HARRISON COMPANY, L.L.C.**, identified by entity charter number **35397682K**.

**Enter New Cert ID**

GET HELP

HAR 005895

Appendix 7

# EXHIBIT 2



## Tom Schedler

### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana, I do hereby Certify that*

a copy of a Merger document whereby NOBLE FELDMAN, LLC, organized under the laws of LOUISIANA, is merged into

**IMPERIAL TRADING CO., L.L.C.**

Organized under the laws of LOUISIANA,

Was filed and recorded in this Office on September 4, 2014, with an effective date of September 1, 2014.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

September 4, 2014

*Secretary of State*

KGP 35949888K



Certificate ID: 10524415#Q8E52

To validate this certificate, visit the following web site, go to **Commercial Division, Certificate Validation,** then follow the instructions displayed.
**www.sos.louisiana.gov**

Page 1 of 1 on 9/4/2014 11:48:54 AM

**Plantiffs Exhibit**
**P-004**

HAR000620

Appendix 9

Tom Schedler
SECRETARY OF STATE

September 4, 2014

**State of Louisiana**
**Secretary of State**



COMMERCIAL DIVISION
225.925.4704

Administrative Services
225.932.5317 Fax
Corporations
225.932.5314 Fax
Uniform Commercial Code
225.932.5318 Fax

The attached document of IMPERIAL TRADING CO., L.L.C. was received and filed on
September 4, 2014.

KGP 35949888K

Rev 09/09

Mailing Address: P. O. Box 94125, Baton Rouge, LA 70804-9125
Office Location: 8585 Archives Ave., Baton Rouge, LA 70809
Web Site Address: www.sos.la.gov

HAR000621

Appendix 10

09/04/2014   09:48                                    (FAX)                     P.002/004

### CERTIFICATE OF MERGER OF
### NOBLE FELDMAN, LLC AND IMPERIAL TRADING CO., L.L.C.

Noble Feldman, LLC and Imperial Trading Co., L.L.C. (individually, an "LLC," and collectively, the "LLCs") hereby certify that:

FIRST: The LLCs agree to merge.

SECOND: The name and place of organization of each of the parties to the merger are:

(1)   Noble Feldman, LLC, organized under the laws of Louisiana.

(2)   Imperial Trading Co, L.L.C., organized under the laws of Louisiana.

THIRD: The effective date of the merger shall be September 1, 2014.

FOURTH: The terms and conditions of the merger were advised, authorized and approved by the members and managers of each LLC in accordance with La. R.S. 12:1359.

FIFTH: The name of the survivor is IMPERIAL TRADING CO., L.L.C., which was organized under the laws of the State of Louisiana.

SIXTH: No amendment to the Articles of Organization of the survivor, Imperial Trading Co., L.L.C., is required on account of the merger.

SEVENTH: The executed merger agreement is on file at the principal place of business of the survivor, to wit: 701 Edwards Ave. Elmwood, LA 70123. A copy of such merger agreement shall be furnished by the survivor on request and without cost to any member of any constituent party to the merger.

IN WITNESS WHEREOF, each party has caused this Certificate of Merger to be signed in its name and on its behalf by its authorized person, this 1st day of September, 2014. Each authorized person acknowledges this Certificate of Merger to be the act and deed of the LLC on whose behalf the authorized person has executed this Certificate of Merger and, under the penalties of perjury, certifies that the matters and facts set forth herein are true in all material respects to the best of that person's knowledge, information, and belief.

NOBLE FELDMAN, LLC

By: _____
Wayne M. Baquet, Jr., Manager

IMPERIAL TRADING CO., L.L.C.

By: _____
Wayne M. Baquet, Jr., Manager

HAR000622

## ACKNOWLEDGMENT

STATE OF LOUISIANA

PARISH OF JEFFERSON

On this 1st day of September, 2014, before me, the undersigned authority, personally came and appeared Wayne M. Baquet, Jr., who, being duly sworn, declared and acknowledged that he is the Manager of Noble Feldman, LLC, and that in such capacity he was duly authorized to and did execute the foregoing Certificate of Merger, on behalf of such limited liability company, as his and the limited liability company's free act and deed.

WITNESSES:

Printed Name:

Printed Name: Brad Pendang as t

Wayne M. Baquet, Jr., Manager

NOTARY PUBLIC

Notary No.: _____   Thomas Ainsworth Robichaux
My Commission Expires: _____   Notary Public
No 87900
Parish of Orleans   State of Louisiana
Lifetime Statewide Commission

HAR000623

Appendix 12

09/04/2014 ~ 09:48                                          (FAX)                      P.004/006

## ACKNOWLEDGMENT

STATE OF LOUISIANA

PARISH OF JEFFERSON

On this 1st day of September, 2014, before me, the undersigned authority, personally came and appeared Wayne M. Baquet, Jr., who, being duly sworn, declared and acknowledged that he is a Manager of Imperial Trading Co., L.L.C., and that in such capacity he was duly authorized to and did execute the foregoing Certificate of Merger, on behalf of such limited liability company, as his and the limited liability company's free act and deed.

WITNESSES:

Printed Name: _____                    Wayne M. Baquet, Jr., Manager

Printed Name: Cheryl Analla

NOTARY PUBLIC

Notary No.: _____ **Thomas Ainsworth Robichaux**
My Commission Expires: _____ Notary Public
LSB # 27907   NP #87390
Parish of Orleans  State of Louisiana
Lifetime Statewide Commission

-3-

HAR000624

# EXHIBIT 3



OWNERSHIP - Before September 1, 2014

1/13/2021

**Alexandra Coleman Georges Trust**
**33 1/3 %**
*Federal Tax Number 72-6175633*
*701 Edwards Avenue, Elwood, LA 70123*
*Trustee: Kyle France*

**Eliza Blaise Georges Trust**
**33 1/3 %**
*Federal Tax Number 72-6175632*
*701 Edwards Avenue, Elwood, LA 70123*
*Trustee: Kyle France*

**John Dennis Georges, Jr. Trust**
**33 1/3 %**
*Federal Tax Number 72-6208940*
*701 Edwards Avenue, Elwood, LA 70123*
*Trustee: Kyle France*

**TRUSTS**

**Imperial Trading Co. LLC**
*Federal Tax Number 72-0504699*
*701 Edwards Avenue*
*Elwood, LA 70123*

**Noble Feldman, LLC**
*Federal Tax Number 72-1074617*
*4801 Viking Drive*
*Bossier City, LA  71111*

*(Noble merged into Imperial 9/1/2014)*

**100%**

**Harrison Co. LLC**
*Federal Tax Number 72-0206790*
*4801 Viking Drive*
*Bossier City, LA  71111*

**Officers - Imperial Trading Co. LLC / Noble Feldman, LLC / Harrison Co. LLC**

John D. Georges
Chief Executive Officer
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 - DOB 10/16/1960
23 Audubon Place
New Orleans, LA  70118

Wayne M. Baquet, Jr.
President
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 - DOB 4/12/1968
1816 Wedgwood Dr.
Harvey, LA 70058

Brad A. Prendergast
Secretary / Treasurer
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 - DOB 4/6/1965
101 Saint Ann Drive, Apt. 424
Mandeville, LA 70471

* W. Gilbert Stroud, Jr.
Chief Finanical Officer
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 - DOB 7/15/1946
3309 Lake Trail Dr
Metairie, LA  70003
*(Deceased 2/26/2017)*

HAR0006065   Plantiffs Exhibit   P-005

Appendix 15

# EXHIBIT 4



**CURRENT OWNERSHIP**

3/18/2021

**Alexandra Coleman Georges Trust**
**33 1/3 %**
*Federal Tax Number 72-6175633*
*701 Edwards Avenue, Elwood, LA 70123*
*Trustee: Kyle France*

**Eliza Blaise Georges Trust**
**33 1/3 %**
*Federal Tax Number 72-6175632*
*701 Edwards Avenue, Elwood, LA 70123*
*Trustee: Kyle France*

**John Dennis Georges, Jr. Trust**
**33 1/3 %**
*Federal Tax Number 72-6208940*
*701 Edwards Avenue, Elwood, LA 70123*
*Trustee: Kyle France*

**Imperial Trading Co. LLC**
*Federal Tax Number 72-0504699*
*701 Edwards Avenue*
*Elwood, LA 70123*

100%

**GRAD, Inc.**
*Federal Tax Number 38-2428895*
*P. O. Box 1768*
*Grand Rapids, MI 49501*

100%

**S. Abraham & Sons, Inc.**
*Federal Tax Number 38-1743581*
*4001 Three Mile Road NW*
*Walker, MI 49534*

*Fully owned sub of SAS - 100%*
**Superior Distribution Services, LLC**
*Federal Tax Number 20-1222203*
*4001 Three Mile Road NW*
*Walker, MI 49534*

100%

**Harrison Co. LLC**
*Federal Tax Number 72-0206790*
*4801 Viking Drive*
*Bossier City, LA 71111*

**Officers - Imperial Trading Co. LLC / S. Abraham & Sons, Inc. / Harrison Co. LLC**

Wayne M. Baquet, Jr.
Chief Executive Officer / President
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 - DOB 4/12/1968
1816 Wedgwood Dr.
Harvey, LA 70058

Brad A. Prendergast
Chief Financial Officer/Secretary/Treasurer
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 - DOB 4/6/1965
101 Saint Ann Drive, Apt. 424
Mandeville, LA 70471

Plantiffs Exhibit
P-007

HAR006173

Appendix 17

# EXHIBIT 5

| From: | Leslie Dixon <ldixon@harrisoncompany.com> |
|---|---|
| Sent: | Friday, October 31, 2014 11:42 AM |
| To: | 'Barry Johnson' <dbjohnson001@yahoo.com>; Bobby Jones <bjones@harrisoncompany.com>; 'Charlotte Thompson' <charlotte007@gt.rr.com>; Dan Burgos <dburgos@harrisoncompany.com>; 'Derris Gardner' <derrisgardner@gmail.com>; 'E. Todd' <etodd6@cox.net>; 'Earl Turnure' <earlturnure8272@comcast.net>; Jeff Lee <jlee@harrisoncompany.com>; 'Jerry Hodges' <jlhodges@comcast.net>; 'Josh Dewitt' <joshhar09@gmail.com>; Kathy Shaw <kshaw@harrisoncompany.com>; 'Kelly Austin' <KAustin795@aol.com>; Kelly Pinkerton <kpinkerton@harrisoncompany.com>; Lary Bizzell <Lbizzell@harrisoncompany.com>; Lorena Hernandez <lhernandez@harrisoncompany.com>; 'Mike Hulin' <mikehulin@gmail.com>; 'Paula West' <paulafrances@bellsouth.net>; 'Peggy Bellinger' <pbellinger@harrisoncompany.com>; 'Randy Taylor' <Taylorfrtvl@aol.com>; 'Robert Petrik' <rtpetrik@earthlink.net>; 'Rodney Thomas' <thomtravel@aol.com>; 'Ron Hunt' <ronlhunt948@sbcglobal.net>; Ron Tidball <rtidball@harrisoncompany.com>; 'Scott Lemley' <ScottLemley12@aol.com>; 'Vicky Harris' <vicky_harris@sbcglobal.net>; 'Zach Jackson' <zjackson@harrisoncompany.com> |
| Cc: | C. Rollins (Chris Rollins) <crollins@harrisoncompany.com> |
| Subject: | Retailer Imperial Announcement |
| Attach: | Retailer Imperial Announcement.pdf |

Good morning all

 Please see attached letter.

Thanks
*Leslie Dixon*
*Retail & Billing Administrator*
*Harrison Company, SR*
*ldixon@harrisoncompany.com*
*1-800-341-7567 ext. 3030*

AZ000942

**Appendix 19**

AZ000943



October 30, 2014

Dear Valued Retailers:

We are pleased to announce that effective, September 1, 2014, Harrison Company, Bossier City has legally become a division of Imperial Trading Co., LLC. This means we are one company, comprised of four divisions; Imperial – Elmwood, Louisiana, Imperial – Bossier City, Louisiana, Imperial – New Albany, Mississippi and Imperial – Cedartown, Georgia.

The acquisition of the Harrison Company in 2008 and now its official name change to Imperial – Bossier City further strengthens our ability to service your stores now and into the future. Your Bossier City team will continue to provide you customer driven service. We look forward to celebrating 100 years in business in 2016 with all our retail partners.

The Imperial brand and collateral piece name changes at Bossier City will begin soon and be finalized in 2015.

We appreciate our partnership with you.

Sincerely,

Wayne M. Baquet
President

EC/dm

701 Edwards Ave./P.O. Box 23508/Elmwood, LA 70183-0508
1-800-743-1761/(504) 733-1400  (504) 736-4156 fax

Appendix 20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF BRAD PRENDERGAST

1.    My name is Brad Prendergast.  I am over twenty-one years of age, of sound mind, and otherwise competent to make this declaration.  I have never been convicted of a felony or crime involving moral turpitude.  All statements in my declaration are true, correct, and based upon my personal knowledge gained from my positions with Harrison Company, L.L.C. ("Harrison") and Imperial Trading Co., LLC ("Imperial") and my review of their respective business records, including their respective credit applications, agreements, and guaranties, customer invoices, and customer statements.

2.    I am Imperial's Chief Financial Officer ("CFO"), and I have been employed by Imperial since 2006.  In addition to my position at Imperial, I have held a position at Harrison since Imperial merged into Noble Feldman, Inc., on September 1, 2014.  I was Harrison's CFO and Vice President of Finance from September 2014 through June 2018.  I am, and have been, Harrison's Secretary/Treasurer since June 2018.   In connection with my duties and responsibilities as Imperial's CFO and Harrison's Secretary / Treasurer, I am responsible for, and familiar with, Harrison and Imperial's financial record keeping and accounting.

3.      On March 11, 2011, A-Z Wholesalers, Inc. ("A-Z") prepared and submitted to Harrison a credit application, credit agreement, and guaranty by Barkat Ali ("Ali") (the "Credit Agreement and Guaranty").  Those are the only agreements Harrison has with A-Z and Ali. Imperial has no agreement with A-Z or Ali.  Neither Harrison nor Imperial will sell to a customer without a signed and approved credit application and agreement.   Harrison and Imperial generally require customers to provide one or more personal guaranties.  A limited exception to that requirement, for example, is very large, well-capitalized corporate customers, unlike A-Z.

4.      After A-Z and Ali executed the Credit Agreement and Guaranty, Harrison began to sell products to A-Z.  Harrison has not terminated the Credit Agreement and Guaranty.  After Brad Albritton left Harrison, in April 2015, I became increasingly involved in the collection and management of A-Z's accounts with Harrison.

5.      In 2011, Harrison assigned A-Z two customer numbers: 017501 (for Dallas) and 017502 (for Waco).   A-Z began ordering cigarettes and other products from Harrison that Harrison provided to A-Z.  Every time A-Z ordered from Harrison, Harrison sent an invoice to A-Z.  During the entire time Harrison sold to A-Z, Harrison provided weekly statements to A-Z (on a date picked by A-Z) reflecting the then outstanding balance A-Z owed Harrison.

6.      Harrison and Imperial integrated the two companies' accounting systems in 2015 and 2016.  Harrison and Imperial share accounting functions and a bank account; however, the companies file separate tax returns, and invoices to, and receipts from, their respective customers are distinguished and separately credited on their respective General Ledgers (either to Imperial or to Harrison).

7.      As part of integrating the accounting systems in 2015, Harrison assigned A-Z new customer numbers 95750 (for Dallas) and 95751 (for Waco).  Because the integrated system

required 5-digit account numbers, Harrison replaced all of its customers' old, 6-digit numbers with new, 5-digit numbers to integrate the system.

8.      From March 2011 until approximately August 1, 2016, all Harrison invoices sent to A-Z for cigarettes and other products included customer numbers 017501 (for Dallas) and 017503 (for Waco).

9.      From approximately May 4, 2015 until approximately August 1, 2016, all Harrison invoices sent to A-Z had two customer numbers on each of them: 017501 and 95750 (for Dallas) and 017502 and 95751 (for Waco).  Collectively attached to my declaration as Exhibit "1" are true and correct copies of Harrison's May 4, 2015 invoices to A-Z (one for Dallas, and one for Waco).  Collectively attached to my declaration as Exhibit "2" are true and correct copies of Harrison's August 1, 2016 invoices to A-Z (again, one for Dallas, and one for Waco).  After August 1, 2016, Harrison removed the old, 6-digit account numbers from its invoices.

10.      From 2015 through March 2019, all Harrison invoices and statements sent to A-Z had "Imperial" and "Bossier" on them.

11.      A-Z sent checks made payable to "Imperial," and Imperial applied all payments it received from A-Z to A-Z's accounts with Harrison.  All sales to A-Z were credited to Harrison (not Imperial) on its General Ledger.

12.      From 2015 through 2019, A-Z received statements showing its outstanding balance due to Harrison (aka "Imperial-Bossier").  Every statement sent to A-Z in 2018, 2019, and 2020 had "Imperial" and "Bossier" on it.  Collectively attached to my declaration as Exhibit "3" are true and correct copies of representative examples of Harrison's October 22, 2018,

March 1, 2019, and June 12, 2020 statements to A-Z (three for Dallas, and three for Waco). No

Harrison (aka "Imperial-Bossier") statement ever showed a "zero" balance.

13.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


Executed on April 22 , 2021.


_____
Brad Prendergast

**Appendix 24**

# EXHIBIT 1



**IMPERIAL.** SUPER REGIONAL FOOD DISTRIBUTOR

BOSSIER

**SHIP TO:** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX       75229

*We do more for your store..*

HARRISON CUSTOMER # 017501

CST/IMP PERMIT#: 99008043      /07000620

**INVOICE**

TERMS: DRIVER-COL

CUSTOMER NO:   95750  530 A   PAGE:   1
LOAD NO:       1-42-002       DATE:   5/04/15

69004

| REMARKS | TYPE CAT | UPC | ITEM | QTY UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 078018 | 12 | 1230000069 | 1230692 | 6 CTN | CAMEL SNUS ROBUST | 5/.53% | 1/ 4.69 | 140.70 | 18 | | 19.21 | .0 | 115.26 |
| 072007 | SN 12 | 7310000107 | 1230005 | 126 ROL | COPENHAGEN | 5/1.2% | 1/ 5.59 | 3,521.70 | 20 | | 22.30 | .0 | 2,809.80 |
| 072099 | SN 12 | 7310000131 | 1230010 | 126 ROL | COPENHAGEN LONG CUT | 5/1.2% | 1/ 5.59 | 3,521.70 | 20 | | 22.30 | .0 | 2,809.80 |
| 072423 | SN 12 | 7310005089 | 1230407 | 6 ROL | SKOAL LONG CUT PEACH | 5/1.2% | 1/ 5.59 | 167.70 | 20 | | 22.30 | .0 | 133.80 |
| 072492 | SN 12 | 7310000114 | 1230089 | 6 ROL | HUSKY FC WINTERGREEN | 5/1.3% | 1/ 4.49 | 134.70 | 21 | | 17.64 | .0 | 105.84 |
| 072067 | SN 12 | 7310000055 | 1230026 | 6 ROL | COPENHAGEN POUCHES WNTGRN | 5/.82% | 1/ 4.49 | 134.70 | 21 | | 17.64 | .0 | 105.84 |
| 072006 | SN 12 | 7310000090 | 1230430 | 3 ROL | SKOAL BANDIT MINT | 5/.47% | 1/ 5.59 | 83.85 | 20 | | 22.30 | .0 | 66.90 |
| 072024 | SN 12 | 7310000076 | 1230020 | 72 ROL | COPENHAGEN LC WINTERGREEN | 5/1.2% | 1/ 4.49 | 1,616.40 | 21 | | 17.64 | .0 | 1,270.08 |
| 072005 | SN 12 | 7310001190 | 1230431 | 3 ROL | SKOAL BANDIT WINTERGREEN | 5/.47 | 1/ 5.59 | 83.85 | 20 | | 22.30 | .0 | 66.90 |
| 072047 | SN 12 | 7310000807 | 1230024 | 36 ROL | COPENHAGEN LC STRAIGHT | 5/1.2% | 1/ 4.49 | 909.20 | 21 | | 17.64 | .0 | 635.04 |
| 072049 | SN 12 | 7310000814 | 1230025 | 9 ROL | COPENHAGEN EXT LC NATURAL | 5/1.2% | 1/ 4.49 | 202.05 | 21 | | 17.64 | .0 | 158.76 |
| 072186 | SN 12 | 7310000135 | 1230091 | 6 ROL | HUSKY LC WINTERGREEN | 5/1.2% | 1/ 4.49 | 134.70 | 21 | | 17.64 | .0 | 105.84 |
| 072009 | SN 12 | 7310000769 | 1230415 | 6 ROL | SKOAL POUCHES STRAIGHT | 5/.62 | 1/ 5.59 | 167.70 | 20 | | 22.30 | .0 | 133.80 |
| 072501 | SN 12 | 7310000177 | 1230092 | 6 ROL | HUSKY LC MINT | 5/1.2% | 1/ 4.49 | 134.70 | 21 | | 17.64 | .0 | 105.84 |
| 072021 | SN 12 | 7310000283 | 1230029 | 18 ROL | COPENHAGEN LC SOUTERN BLD | 5/1.2% | 1/ 4.49 | 404.10 | 21 | | 17.64 | .0 | 317.52 |
| 072051 | SN 12 | 7310000314 | 1230017 | 36 ROL | COPENHAGEN POUCHES | 5/.82% | 1/ 5.59 | 1,006.20 | 20 | | 22.30 | .0 | 802.80 |
| 072312 | SN 12 | 7310000486 | 1230464 | 3 ROL | SKOAL LONG CUT APPLE | 5/1.2% | 1/ 5.59 | 167.70 | 20 | | 22.30 | .0 | 133.80 |
| 078014 | 12 | 1230000023 | 1230682 | 6 CTN | CAMEL SNUS MELLOW | 5/.32 | 1/ 4.69 | 140.70 | 18 | | 19.21 | .0 | 115.26 |
| 078012 | 12 | 1230000070 | 1230683 | 6 CTN | CAMEL SNUS FROST | 5/.32 | 1/ 4.68 | 140.70 | 18 | | 19.21 | .0 | 115.26 |
| 078016 | 12 | 1230000068 | 1230693 | 3 CTN | CAMEL SNUS WINTERCHILL | 5/.53% | 1/ 4.69 | 70.35 | 18 | | 19.21 | .0 | 57.63 |

ZONE: 20 TOB     # PIECES: 492

| 633105 | 85 | | 0540502 | 16 EA | TOTEBOX BILLING | 1/CT | 1/ | .00 | | | 10.00 | .0 | 160.00 |

ZONE: 99     # PIECES: 16

| CATEGORY | COST | RETAIL | PROFIT% | TAX PAID |
|---|---|---|---|---|
| 0012- CIGA TOB. | 10,165.77 | 12,782.40 | 20.47 | .00 |
| 0008- DISPLAYS | 160.00 | .00 | .00 | .00 |
| CATEGORY TOTALS | 10,325.77 | 12,782.40 | 19.22 | .00 |

HK BY LD

For WE CARD information 1-800-934-3068

| | | | | TOBACCO: | 492 | | | |
|---|---|---|---|---|---|---|---|---|
| Mkt. Allow | Retail | Avg Prft% | Promotion | Sub-Total | State Tax | City Tax | County Tax |
| | | | | 10,325.77 | | | |

**PLEASE PAY**

**$10,325.77**
Payable in U.S Funds

HAR005267

FILE COPY

**Appendix 26**



**IMPERIAL**
SUPER REGIONAL FOOD DISTRIBUTOR

We do more for your store..

BOSSIER

**SHIP TO:** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX    76706

HARRISON CUSTOMER # 017502

GST/IMP PERMITS: 09002175    J07000620

**INVOICE**    69006

**TERMS: DRIVER-COL**

CUSTOMER NO: 95751 540 A    PAGE:    1
LOAD NO:    1-42-003    DATE:    5/04/15
13

| REMARKS | TYPE | CAT | UPC | ITEM | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 078018 | | 12 | 1230000067 | 1230692 | 2 | CTN | CAMEL SNUS ROBUST | 5/.53% | 1/ 4.69 | 46.90 | 18 | | 19.21 | .0 | 38.42 |
| 072007 | SN | 12 | 7310000107 | 1230005 | 126 | ROL | COPENHAGEN | 5/1.2% | 1/ 5.59 | 3,521.70 | 20 | | 22.30 | .0 | 2,809.80 |
| 078010 | | 12 | 1230000188 | 1230697 | 1 | CTN | CAMEL SNUS MINT | 5/.32% | 1/ 4.69 | 23.45 | 18 | | 19.21 | .0 | 19.21 |
| 072071 | SN | 12 | 7310000274 | 1230312 | 36 | ROL | RED SEAL FC NATURAL | 5/1.6% | 1/ 5.29 | 952.20 | 21 | | 20.95 | .0 | 754.20 |
| 072090 | SN | 12 | 7310000121 | 1230010 | 72 | ROL | COPENHAGEN LONG CUT | 5/1.3% | 1/ 5.59 | 2,012.40 | 20 | | 22.30 | .0 | 1,605.60 |
| 072015 | SN | 12 | 7310000180 | 1230421 | 10 | ROL | SKOAL LONG CUT WINTERGREEN | 5/1.2% | 1/ 5.59 | 279.50 | 20 | | 22.30 | .0 | 223.00 |
| 072423 | SN | 12 | 7310000999 | 1230407 | 3 | ROL | SKOAL LONG CUT PEACH | 5/1.2% | 1/ 5.59 | 83.85 | 20 | | 22.30 | .0 | 66.90 |
| 072008 | SN | 12 | 7310000090 | 1230430 | 1 | ROL | SKOAL BANDIT MINT | 5/.47% | 1/ 5.59 | 27.95 | 20 | | 22.30 | .0 | 22.30 |
| 072016 | SN | 12 | 7310000060 | 1230422 | 6 | ROL | SKOAL LONG CUT STRAIGHT | 5/1.2% | 1/ 5.59 | 167.70 | 20 | | 22.30 | .0 | 133.80 |
| 072179 | SN | 12 | 7310000113 | 1230028 | 10 | ROL | HUSKY FC NATURAL | 5/1.2% | 1/ 4.49 | 224.50 | 21 | | 17.64 | .0 | 176.40 |
| 072021 | SN | 12 | 7310000876 | 1230020 | 36 | ROL | COPENHAGEN LC WINTERGREEN | 5/1.2% | 1/ 4.49 | 808.20 | 21 | | 17.64 | .0 | 635.04 |
| 072047 | SN | 12 | 7310000082 | 1230024 | 36 | ROL | COPENHAGEN LC STRAIGHT | 5/1.2% | 1/ 4.49 | 808.20 | 21 | | 17.64 | .0 | 635.04 |
| 072602 | SN | 12 | 7310000513 | 1230023 | 2 | ROL | COPE LC STRAIGHT | 5/1.2% | 1/ 5.59 | 55.90 | 20 | | 22.30 | .0 | 44.60 |
| 072017 | SN | 12 | 7310000000 | 1230423 | 6 | ROL | SKOAL LONG CUT MINT | 5/1.2% | 1/ 5.59 | 167.70 | 20 | | 22.30 | .0 | 133.80 |
| 072055 | SN | 12 | 7310000170 | 1230470 | 2 | ROL | SKOAL XTRA LC WINTERGREEN | 5/1.2% | 1/ 4.49 | 44.90 | 21 | | 17.64 | .0 | 35.28 |
| 072019 | SN | 12 | 7310000884 | 1230025 | 2 | ROL | COPENHAGEN EXT LC NATURAL | 5/1.2% | 1/ 4.49 | 44.90 | 21 | | 17.64 | .0 | 35.28 |
| 078022 | | 12 | 1230000040 | 1230695 | 3 | CTN | CAMEL SNUS FROST LARGE 1G | 5/.53% | 1/ 4.69 | 70.35 | 18 | | 19.21 | .0 | 57.63 |
| 072079 | SN | 12 | 7310000450 | 1230315 | 18 | ROL | RED SEAL LONG CUT NATURAL | 5/1.6% | 1/ 5.29 | 476.10 | 21 | | 20.95 | .0 | 377.10 |
| 072019 | SN | 12 | 7310000286 | 1230424 | 3 | ROL | SKOAL LONG CUT CHERRY | 5/1.2% | 1/ 5.59 | 83.85 | 20 | | 22.30 | .0 | 66.90 |
| 072106 | SN | 12 | 7310000115 | 1230091 | 4 | ROL | HUSKY LC WINTERGREEN | 5/1.2% | 1/ 4.49 | 89.80 | 21 | | 17.64 | .0 | 70.56 |
| 075354 | SN | 12 | 7310000457 | 1230588 | 2 | ROL | SKOAL POUCHES MINT | 5/.82% | 1/ 5.59 | 55.90 | 20 | | 22.30 | .0 | 44.60 |
| 072009 | SN | 12 | 7310000769 | 1230415 | 2 | ROL | SKOAL POUCHES STRAIGHT | 5/.82 | 1/ 5.59 | 55.90 | 20 | | 22.30 | .0 | 44.60 |
| 072401 | SN | 12 | 7310000117 | 1230092 | 3 | ROL | HUSKY LC MINT | 5/1.2% | 1/ 4.49 | 67.35 | 21 | | 17.64 | .0 | 52.82 |
| 072021 | SN | 12 | 7310000283 | 1230029 | 8 | ROL | COPENHAGEN LC SOUTHERN BLD | 5/1.2% | 1/ 4.49 | 179.60 | 21 | | 17.64 | .0 | 141.12 |
| 072051 | SN | 12 | 7310000314 | 1230017 | 18 | ROL | COPENHAGEN POUCHES | 5/.82% | 1/ 5.59 | 503.10 | 20 | | 22.30 | .0 | 401.40 |
| 072312 | SN | 12 | 7310000490 | 1230404 | 2 | ROL | SKOAL LONG CUT APPLE | 5/1.2% | 1/ 5.59 | 55.90 | 20 | | 22.30 | .0 | 44.60 |
| 072457 | SN | 12 | 7310000118 | 1230090 | 2 | ROL | HUSKY LC NATURAL | 5/1.2% | 1/ 4.49 | 44.90 | 21 | | 17.64 | .0 | 35.28 |
| 072053 | SN | 12 | 7310000072 | 1230471 | 2 | ROL | SKOAL XTRA LC MINT | 5/1.2% | 1/ 4.49 | 44.90 | 21 | | 17.64 | .0 | 35.28 |
| 072077 | SN | 12 | 7310000456 | 1230317 | 10 | ROL | RED SEAL LONG CUT MINT | 5/1.5% | 1/ 5.29 | 264.50 | 21 | | 20.95 | .0 | 209.50 |
| 078014 | | 12 | 1230000023 | 1230682 | 2 | CTN | CAMEL SNUS MELLOW | 5/.32 | 1/ 4.69 | 46.90 | 18 | | 19.21 | .0 | 38.42 |
| 078017 | | 12 | 1230000070 | 1230683 | 2 | CTN | CAMEL SNUS FROST | 5/.32 | 1/ 4.69 | 46.90 | 18 | | 19.21 | .0 | 38.42 |
| 072012 | SN | 12 | 7310000298 | 1230426 | 1 | ROL | SKOAL LONG CUT SPEARMINT | 5/1.2 | 1/ 5.59 | 27.95 | 20 | | 22.30 | .0 | 22.30 |
| 078016 | | 12 | 1230000088 | 1230693 | 2 | CTN | CAMEL SNUS WINTERGRELL | 5/.53% | 1/ 4.69 | 46.90 | 18 | | 19.21 | .0 | 38.42 |
| | | | **ZONE: 30 TOB** | | # PIECES: 435 | | | | | | | | | | |
| 077125 | | 12 | 7310000996 | 1230565 | | ROL | COPENHAGEN LC BLACK  ** | 5/1.2% | 1/ 5.49 | .00 | | | 21.95 | .0 | .00 |
| | | | **ZONE: 98** | | # PIECES: | | | | | | | | | | |
| 835105 | 85 | | | 8540502 | 13 | EA | TOTEBOX BILLING | 1/CT | 1/ | .00 | | | 10.00 | .0 | 130.00 |
| | | | **ZONE: 99** | | # PIECES: 13 | | | | | | | | | | |

For WIC CARD information 1-800-934-3958

**CONTINUED**

HAR004700

Appendix 27



**IMPERIAL.**
SUPER REGIONAL FOOD DISTRIBUTOR

*We do more for your store..*

BOSSIER

CST/IMP PERMIT#: 09002175

SHIP TO: A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX          76706

HARRISON CUSTOMER # 017502
/07000620

**INVOICE**

**TERMS: DRIVER-COL**

69006

CUSTOMER NO:  96751  540 A       PAGE:       2
LOAD NO:               1-42-003       DATE:    5/04/15
13

| REMARKS | TYPE CAT | UPC | ITEM | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---------|----------|-----|------|-----|------|-------------|-------|--------|---------|-----|-------|-------|-----|-----------|

| CATEGORY | COST | RETAIL | PROFIT% | TAX PAID |
|----------|------|--------|---------|----------|
| 0017- CIG.4 TOB. | 9,087.72 | 11,430.75 | 20.50 | .00 |
| 0085- DISPLAYS | 130.00 | .00 | .00 | .00 |
| CATEGORY TOTALS | 9,217.72 | 11,430.75 | 19.36 | .00 |

HK FW PER EMAIL

For WE CARD information 1-800-934-3968

| | Mkt. Allow | Retail | Avg Prft% | Promotion | Sub-Total | State Tax | City Tax | County Tax |
|---|---|---|---|---|---|---|---|---|
| TOBACCO: | 435 | | | | 9,217.72 | | | |

PLEASE PAY

**$9,217.72**
Payable In U S  Funds

HAR004701

FILE COPY

Appendix 28

# EXHIBIT 2

 

**IMPERIAL** SUPER REGIONAL DISTRIBUTOR

**BOSSIER 100**

**SHIP TO** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX    75229

**MORE FOR YOUR STORE.**

CST/IMP PERMIT#: 99006643    /07000620

HARRISON CUSTOMER # 017501

**INVOICE**    363711
**TERMS: NET 30 DAYS**

CUSTOMER NO:   95750  130    PAGE:    1
LOAD NO:    1-42-002    DATE:    8/01/16
90

| REMARKS | TYPE CAT | UPC | ITEM | QTY UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted Item | 12 | 7310000117 | 1230092 | | ROL HUSKY LT MINT | 5/1.72 | 1/ 4.69 | .00 | | | .00 | .0 | .00 |
| 800369 | 10 | 2610000661 | 1041423 | J | CTN NEWPORT NONMENTHOL GL100B | 10/20'S | 1/ 7.49 | 224.70 | 16 | 14.40 | 46.66 | .0 | 139.98 |
| Spec Order | 10 | 2720000387 | 1067733 | 11 | CTN PALL MALL BLUE 100L 500YF | 10/20'S | 1/ 5.79 | 636.90 | 18 | | 47.23 | .0 | 519.53 |
| 800707 | 10 | 9050000092 | 1041641 | 3 | CTN SALEM SLIM 100 BOX | 10/20'S | 1/ 6.89 | 206.70 | 19 | | 56.15 | .0 | 168.45 |
| 804030 | 10 | 7610000284 | 1041640 | 2 | CTN TRUE BLUE 100    FSC | 10/20'S | 1/ 7.63 | 153.80 | 18 | | 62.93 | .0 | 125.86 |
| 800536 | 10 | 2820000781 | 1041449 | 2 | CTN PARLIMENT WHITE 100 BOX | 10/20'S | 1/ 7.29 | 145.80 | 18 | | 59.75 | .0 | 119.50 |
| 800306 | 10 | 2610000577 | 1041415 | 10 | CTN NEWPORT 100S SOFTPACK FSC | 10/20'S | 1/ 7.48 | 749.00 | 18 | | 61.06 | .0 | 610.60 |
| 800613 | 10 | 7920000779 | 1061021 | 10 | CTN KEN MENTHOL 100 SOFT FSC | 10/20'S | 1/ 8.19 | 819.00 | 18 | | 66.21 | .0 | 668.20 |
| 808158 | 10 | 7040000008 | 1012640 | 7 | CTN MISTY MENTH SILVER 100 FSC | 10/20'S | 1/ 6.19 | 123.80 | 19 | | 50.41 | .0 | 100.82 |
| 800530 | 10 | 2820000437 | 1041376 | 3 | CTN MARLBORO GOLD 3FT 100 FSC | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| 800634 | 10 | 2820000737 | 1041723 | 3 | CTN VA SLIM MENTHL 500'100FSC | 10/20'S | 1/ 7.39 | 221.70 | 19 | | 60.11 | .0 | 180.33 |
| 800650 | 10 | 2820000774 | 1041717 | 2 | CTN VA SLIM MENTHOL 100 BXFSC | 10/20'S | 1/ 7.49 | 147.40 | 19 | | 60.11 | .0 | 120.22 |
| 800522 | 10 | 2610000668 | 1041422 | 3 | CTN NEWPORT MENTH SMOOTH 100 | 10/20'S | 1/ 7.49 | 224.70 | 18 | | 61.06 | .0 | 183.18 |
| 800644 | 10 | 2820000743 | 1041720 | 2 | CTN VA SLIM SILVER 100 BX FSC | 10/20'S | 1/ 7.39 | 147.80 | 19 | | 60.11 | .0 | 120.22 |
| 805900 | 10 | 4330000028 | 1041636 | 1 | CTN TAREYTON 100    FSC | 10/20'S | 1/ 8.48 | 84.90 | 18 | | 69.46 | .0 | 69.46 |
| Spec Order | 10 | 2720034740 | 1067738 | 17 | CTN PALL MALL BL MEN100.500FF | 10/20'S | 1/ 5.79 | 984.30 | 18 | | 47.23 | .0 | 802.91 |
| 800632 | 10 | 2820000731 | 1041724 | 2 | CTN VA SLIM SOFT 100 FSC | 10/20'S | 1/ 7.39 | 147.80 | 19 | | 60.11 | .0 | 120.22 |
| 800640 | 10 | 2820000772 | 1041710 | 2 | CTN VA SLIM FF 100 BOX FSC | 10/20'S | 1/ 7.39 | 147.00 | 19 | | 60.11 | .0 | 120.22 |
| 808676 | 10 | 7810030087 | 1041357 | 2 | CTN MKFLT GOLD 100 SOFT FSC | 10/20'S | 1/ 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 808169 | 10 | 2720034734 | 1041459 | 3 | CTN PALL MALL WHITE MEN 100BX | 10/20'S | 1/ 6.39 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| 800764 | 10 | 9050000051 | 1061852 | 7 | CTN MAVERICK MENTHOL 100 BOX | 10/20'S | 1/ 5.49 | 384.30 | 19 | | 44.63 | .0 | 312.41 |
| 800674 | 10 | 1230004599 | 1012589 | 3 | CTN DORAL SILVER UL BX 100FSC | 10/20'S | 1/ 6.39 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| 800622 | 10 | 2820000725 | 1041636 | 5 | CTN B&H LUXURY MENTHOL 100FSC | 10/20'S | 1/ 8.19 | 409.50 | 18 | | 66.83 | .0 | 334.15 |
| Spec Order | 10 | 2720034746 | 1067739 | 10 | CTN PALL MALL WH MEN100.500FF | 10/20'S | 1/ 5.79 | 579.00 | 18 | | 47.23 | .0 | 472.30 |
| 808770 | 10 | 9050000038 | 1041840 | 10 | CTN WINSTON RED 100 BOX | 10/20'S | 1/ 6.89 | 689.00 | 19 | | 56.15 | .0 | 561.50 |
| 800709 | 10 | 9050000038 | 1041849 | 3 | CTN MAVERICK RED 100 BOX | 10/20'S | 1/ 5.49 | 274.50 | 19 | | 44.63 | .0 | 223.15 |
| 800707 | 10 | 9050000081 | 1041845 | 7 | CTN SALEM 100 BOX | 10/20'S | 1/ 6.89 | 482.30 | 19 | | 56.15 | .0 | 393.05 |
| 800694 | 10 | 2020030462 | 1012506 | 2 | CTN BASIC GOLD 100 BOX FSC | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 55.90 | .0 | 111.80 |
| 808550 | 10 | 2820000485 | 1041380 | 7 | CTN MARLBORO MOSTLY 100BXFSC | 10/20'S | 1/ 6.94 | 489.30 | 19 | .20 | 56.35 | .0 | 394.45 |
| 800502 | 10 | 2020030032 | 1012503 | 3 | CTN BASIC FF 100 BOX FSC | 10/20'S | 1/ 6.89 | 206.70 | 19 | | 55.90 | .0 | 167.70 |
| 808610 | 10 | 2820000723 | 1041026 | 2 | CTN B&H MENTHOL 100 BOX FSC | 10/20'S | 1/ 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 801510 | 10 | 2610000424 | 1041220 | 1 | CTN KENT 100S FILTER    FSC | 10/20'S | 1/ 7.69 | 76.90 | 18 | | 62.93 | .0 | 62.93 |
| 808070 | 10 | 1230030059 | 1012505 | 3 | CTN DORAL MEN GOLD LT100100FSC | 10/20'S | 1/ 6.35 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| 808150 | 10 | 7040000002 | 1012641 | 2 | CTN MISTY ROSE 100 ULTRA FSC | 10/20'S | 1/ 6.19 | 123.80 | 19 | | 50.41 | .0 | 100.82 |
| 808430 | 10 | 1100000497 | 1012659 | 2 | CTN PYRAMID MEN SLVR 100BXFSC | 10/20'S | 1/ 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| 800400 | 10 | 2020030492 | 1012500 | 2 | CTN BASIC BLUE 100 SOFT FSC | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 55.90 | .0 | 111.40 |
| 808734 | 10 | 2820000568 | 1041384 | 45 | CTN MARLBORO SPKLND ROO100FSC | 10/20'S | 1/ 6.99 | 3,145.50 | 19 | .20 | 56.35 | .0 | 2,535.75 |
| 800012 | 10 | 1230020059 | 1030060 | 2 | CTN CAMEL 99 FILTER BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808109 | 10 | 2720000867 | 1041455 | 20 | CTN PALL MALL BD 100 BX FFFSC | 10/20'S | 1/ 6.19 | 1,278.00 | 18 | | 52.23 | .0 | 1,044.60 |
| 808730 | 10 | 2820000672 | 1031385 | 45 | CTN MARLBORO SPKLND GLD100FSC | 10/20'S | 1/ 6.99 | 3,145.50 | 19 | .20 | 56.35 | .0 | 2,535.75 |
| 808010 | 10 | 1230020060 | 1030058 | 2 | CTN CAMEL 99 BLUE BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808164 | 10 | 2720000862 | 1041456 | 15 | CTN PALL MALL BLUE 100 BX FSC | 10/20'S | 1/ 6.39 | 958.50 | 18 | | 52.23 | .0 | 783.45 |
| 808520 | 10 | 1100030088 | 1012701 | 5 | CTN PYRAMID RED 100 BOX FSC | 10/20'S | 1/ 5.19 | 259.50 | 19 | | 42.09 | .0 | 210.45 |
| 808775 | 10 | 9050000067 | 1041942 | 2 | CTN WINSTON WHITE 100 BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808660 | 10 | 1230022087 | 1012588 | 3 | CTN DORAL GOLD LT BOX 100 FSC | 10/20'S | 1/ 6.35 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| 808710 | 10 | 2820000063 | 1041382 | 7 | CTN MARLBORO SMOOTH 100 BXFSC | 10/20'S | 1/ 6.99 | 469.30 | 19 | .20 | 56.35 | .0 | 394.45 |
| 803254 | 10 | 1230021231 | 1041241 | 1 | CTN RED KAMEL 100 BOX | 10/20'S | 1/ 6.89 | 68.90 | 19 | | 56.15 | .0 | 56.15 |
| 808716 | 10 | 2820031042 | 1012527 | 30 | CTN L&M MENTHOL 100'S BOX FSC | 10/20'S | 1/ 6.59 | 1,977.00 | 19 | .80 | 52.50 | .0 | 1,575.00 |

For WE CARD information 1-800-934-3368

**CONTINUED**

FILE COPY

HAR005307

Appendix 30

 

**IMPERIAL.** SUPER REGIONAL DISTRIBUTOR

**DOSSIER 100**

**SHIP TO** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX    75229

**INVOICE** 363711

**TERMS: NET 30 DAYS**

CUSTOMER NO: 95750  130    PAGE:    2
LOAD NO:    1-42-002    DATE:    8/01/16
90

**MORE FOR YOUR STORE.**

HARRISON CUSTOMER # 017501

CST/IMP PERMIT#: 99006043    /07000620

| REMARKS | TYPE CAT | UPC | ITEM | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H00777 | 10 | 9050000073 | 1041843 | 35 | CTN | KOOL 100 BOX | 10/20'S | 1/ | 6.99 | 2,411.50 | 19 | | 56.35 | .0 | 1,965.25 |
| 000426 | 10 | 1100000409 | 1012690 | 2 | CTN | PYRAMID MENT GLD 100BXFSC | 10/20'S | 1/ | 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| 808168 | 10 | 2730000065 | 1041453 | 15 | CTN | PALL MALL MEN 100 BOX-FSC | 10/20'S | 1/ | 6.39 | 958.50 | 18 | | 52.23 | .0 | 783.45 |
| 808290 | 10 | 1100000571 | 1012340 | 1 | CTN | LIGGETT SEL SILV 100BXFSC | 10/20'S | 1/ | 5.09 | 50.90 | 10 | | 44.24 | .0 | 44.24 |
| 800057 | 10 | 2730000368 | 1041100 | 2 | CTN | CAPRI MAGE BX 100 LT FSC | 10/20'S | 1/ | 8.49 | 169.80 | 18 | | 69.46 | .0 | 138.92 |
| 800580 | 10 | 2820000392 | 1012562 | 2 | CTN | BASIC FF MENTH 100 BOX | 10/20'S | 1/ | 6.89 | 137.80 | 18 | | 55.90 | .0 | 111.80 |
| 800522 | 10 | 2820000369 | 1041571 | 3 | CTN | MARLBORO RED LAB 100BXFSC | 10/20'S | 1/ | 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| H01630 | 10 | 2820000730 | 1041046 | 3 | CTN | B&H DELUXE MENTH 100BXFSC | 10/20'S | 1/ | 8.19 | 245.70 | 18 | | 68.84 | .0 | 206.49 |
| Spec Order | 10 | 2730000389 | 1067731 | 17 | CTN | PALL MALL MENTH 100R.50EF | 10/20'S | 1/ | 5.79 | 984.30 | 18 | | 47.23 | .0 | 802.91 |
| 000773 | 10 | 9050000061 | 1041041 | 7 | CTN | WINSTON GOLD 100 BOX | 10/20'S | 1/ | 6.89 | 482.30 | 19 | | 56.15 | .0 | 393.05 |
| 000424 | 10 | 1100000413 | 1012704 | 2 | CTN | PYRAMID ORANGE 100BOXFSC | 10/20'S | 1/ | 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| 800743 | 10 | 2820000953 | 1041386 | 15 | CTN | MARLBORO BLACK SP RL 100R | 10/20'S | 1/ | 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 808163 | 10 | 2730004770 | 1041450 | 7 | CTN | PALL MALL BLACK MEN 100BX | 10/20'S | 1/ | 6.39 | 447.30 | 18 | | 52.23 | .0 | 365.61 |
| 800792 | 10 | 9050000055 | 1041051 | 1 | CTN | MAVERICK SILVER 100 BOX | 10/20'S | 1/ | 5.49 | 54.90 | 19 | | 44.63 | .0 | 44.63 |
| 800570 | 10 | 2820000577 | 1041375 | 3 | CTN | MARLBORO MENDLUE 100BXFSC | 10/20'S | 1/ | 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 808094 | 10 | 1230022070 | 1012567 | 2 | CTN | DORAL RED FF BX 100 FSC | 10/20'S | 1/ | 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| 800542 | 10 | 2820000471 | 1041578 | 15 | CTN | MARLBORO MENGOLD 100BXFSC | 10/20'S | 1/ | 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 800598 | 10 | 2820000802 | 1012567 | 2 | CTN | BASIC MENT SILVE 100BXFSC | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 55.90 | .0 | 111.80 |
| 808677 | 10 | 0875000709 | 1041011 | 2 | CTN | B&H GOLD 100 SOFT FSC | 10/20'S | 1/ | 8.19 | 163.80 | 18 | | 68.83 | .0 | 131.66 |
| 000410 | 10 | 2610000573 | 1041418 | 1 | CTN | NEWPORT MN GOLD 100BOXFSC | 10/20'S | 1/ | 7.49 | 74.90 | 18 | | 61.06 | .0 | 61.06 |
| 800616 | 10 | 2820000722 | 1041016 | 2 | CTN | B&H GOLD 100 BOX FSC | 10/20'S | 1/ | 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 000422 | 10 | 1100000406 | 1012700 | 2 | CTN | PYRAMID BLUE 100 BOX FSC | 10/20'S | 1/ | 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| 800306 | 10 | 1100000572 | 1017538 | 1 | CTN | LIGGETT SEL GOLD 100BXFSC | 10/20'S | 1/ | 5.89 | 58.90 | 10 | | 48.24 | .0 | 48.24 |
| 800717 | 10 | 9260031022 | 1012528 | 20 | CTN | L&M BLUE 100'S BOX FSC | 10/20'S | 1/ | 6.59 | 1,318.00 | 19 | .80 | 52.50 | .0 | 1,050.00 |
| Spec Order | 10 | 2730000391 | 1067725 | 17 | CTN | PALL MALL RED 100BX.50GEF | 10/20'S | 1/ | 5.79 | 984.30 | 18 | | 47.23 | .0 | 802.91 |
| 800704 | 10 | 9050000094 | 1041040 | 5 | CTN | SALEM GOLD 100 BOX | 10/20'S | 1/ | 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| 800746 | 10 | 0875051492 | 1012531 | 3 | CTN | L&M TURKISH BLD 100 BXFS | 10/20'S | 1/ | 6.56 | 197.70 | 19 | .80 | 57.50 | .0 | 157.50 |
| 800700 | 10 | 2820030992 | 1012525 | 20 | CTN | L&M FF 100'S BOX FSC | 10/20'S | 1/ | 6.59 | 1,318.00 | 19 | .80 | 52.50 | .0 | 1,050.00 |
| 808514 | 10 | 2820000364 | 1041374 | 10 | CTN | MARLBORO MENT FF 100BXFSC | 10/20'S | 1/ | 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| 800364 | 10 | 2610000063 | 1041421 | 15 | CTN | NEWPORT NONMENTHL 100BFSC | 10/20'S | 1/ | 7.49 | 1,123.50 | 10 | 14.40 | 46.60 | .0 | 699.90 |
| 808731 | 10 | 2820000910 | 1041382 | 3 | CTN | MARLBORO BLND 77 100 BOX | 10/20'S | 1/ | 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 800768 | 10 | 2820000964 | 1041387 | 15 | CTN | MARLBORO MENT BLK100 SPBL | 10/20'S | 1/ | 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 808172 | 10 | 2720000185 | 1041457 | 7 | CTN | PALL MALL ORG 100 BOX FSC | 10/20'S | 1/ | 6.39 | 447.30 | 18 | | 52.23 | .0 | 365.61 |
| 000302 | 10 | 2610000573 | 1051416 | 210 | CTN | NEWPORT BOX 100S      FSC | 10/20'S | 1/ | 7.49 | 15,729.00 | 10 | | 61.06 | .0 | 12,822.60 |
| 800786 | 10 | 9050000096 | 1041047 | 2 | CTN | SALEM SILVER 100 BOX | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 800546 | 10 | 2820000470 | 1041379 | 5 | CTN | MARLBORO SILVER 100 BXFSC | 10/20'S | 1/ | 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| 808742 | 10 | 2820000944 | 1041388 | 1 | CTN | MARLBORO SKYLINE 100BXFSC | 10/20'S | 1/ | 6.99 | 69.90 | 19 | .20 | 56.35 | .0 | 56.35 |
| 800790 | 10 | 9050000047 | 1041844 | 10 | CTN | KOOL BLUE 100 BOX | 10/20'S | 1/ | 6.99 | 699.00 | 19 | | 56.15 | .0 | 561.50 |
| 800532 | 10 | 2820000363 | 1041570 | 15 | CTN | MARLBORO BOX 100 FSC | 10/20'S | 1/ | 6.99 | 3,145.50 | 19 | .20 | 56.35 | .0 | 2,535.75 |
| 808592 | 10 | 2820000452 | 1012505 | 7 | CTN | BASIC MENT GOLD 100 BXFSC | 10/20'S | 1/ | 6.89 | 482.30 | 19 | | 55.90 | .0 | 391.30 |
| 808091 | 10 | 1230013999 | 1012586 | 5 | CTN | DORAL MEN FF BOX 100 FSC | 10/20'S | 1/ | 6.39 | 319.50 | 18 | | 52.23 | .0 | 261.15 |
| 800530 | 10 | 2820000465 | 1041377 | 45 | CTN | MARLBORO GOLD 100S BOXFSC | 10/20'S | 1/ | 6.99 | 3,145.50 | 19 | .20 | 56.35 | .0 | 2,535.75 |
| 800757 | 10 | 2820000565 | 1030364 | 15 | CTN | MARLBORO 3RBLND RED100XFSC | 10/20'S | 1/ | 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 808064 | 10 | 1230073910 | 1012077 | 2 | CTN | DORAL MEN FF BOX KS FSC | 10/20'S | 1/ | 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| 808735 | 10 | 2820031092 | 1038373 | 2 | CTN | MARLBORO EDGE BOX | 10/20'S | 1/ | 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| 800532 | 10 | 2820000384 | 1038353 | 120 | CTN | MARLBORO GOLD KING BOXFSC | 10/20'S | 1/ | 6.99 | 8,388.00 | 19 | .20 | 56.35 | .0 | 6,762.00 |
| 800532 | 10 | 2820000363 | 1038360 | 7 | CTN | MARLBORO BLACK BP RL BOX | 10/20'S | 1/ | 6.99 | 489.30 | 19 | .20 | 56.35 | .0 | 394.45 |
| 800749 | 10 | 2820000954 | 1038367 | 5 | CTN | MARLBORO MEN BLACK SP RL0 | 10/20'S | 1/ | 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |

For WE CARD information 1-800-934-3968

CONTINUED

HAR005308

 

**IMPERIAL** SUPER REGIONAL DISTRIBUTOR

**BOSSIER**

**SHIP TO** A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX   75229

**MORE FOR YOUR STORE.**

HARRISON CUSTOMER # 017501

CST/IMP PERMIT#: 96006043    /07000620

**INVOICE** 363711
**TERMS: NET 30 DAYS**

CUSTOMER NO:  95750  130    PAGE:    3
LOAD NO:    1-42-002    DATE:  8/01/16
90

| REMARKS | TYPE CAT | UPC | ITEM | QTY UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 808254 | 10 | 4799585524 | 1063158 | 3 | CTN | AMER SPIRIT ORGANIC TURQS | 10/20'S | 1/ | 7.69 | 230.70 | 18 | | 62.90 | .0 | 188.70 |
| 808789 | 10 | 9050000099 | 1038790 | 2 | CTN | SALEM SILVER KING BOX | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 803209 | 10 | 1230000054 | 1038101 | 1 | CTN | RED KAMEL BOX | 10/20'S | 1/ | 6.89 | 68.90 | 19 | | 56.15 | .0 | 56.15 |
| 808503 | 10 | 2820034162 | 1038371 | 2 | CTN | MARLBORO 83S BOX | 10/20'S | 1/ | 6.99 | 119.00 | 19 | .20 | 56.35 | .0 | 112.70 |
| 808262 | 10 | 4799585522 | 1063142 | 3 | CTN | AMER SPIRIT GREENTAN REGLR | 10/20'S | 1/ | 7.69 | 153.80 | 18 | | 62.90 | .0 | 125.80 |
| 808541 | 10 | 2820000377 | 1038348 | 10 | CTN | MARLBORO SILVER BX KS FSC | 10/20'S | 1/ | 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| 808412 | 10 | 1100000493 | 1012691 | 1 | CTN | PYRAMID BLUE KING   BOXFSC | 10/20'S | 1/ | 5.19 | 51.90 | 19 | | 42.09 | .0 | 42.09 |
| 808100 | 10 | 2610000575 | 1038398 | 130 | CTN | NEWPORT KINGS BOX FSC | 10/20'S | 1/ | 7.49 | 8,988.00 | 18 | | 61.06 | .0 | 7,337.20 |
| 808014 | 10 | 1230000008 | 1038047 | 2 | CTN | CAMEL FILTER HARD PK FSC | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808270 | 10 | 4799585525 | 1063159 | 2 | CTN | AMER SPIRIT ORGANIC-GOLD | 10/20'S | 1/ | 7.69 | 153.80 | 18 | | 62.90 | .0 | 125.80 |
| 808500 | 10 | 2820000357 | 1038340 | 90 | CTN | MARLBORO BOX KING KS FSC | 10/20'S | 1/ | 6.99 | 6,291.00 | 19 | .20 | 56.35 | .0 | 5,071.50 |
| 808779 | 10 | 9050000016 | 1038785 | 5 | CTN | KOOL BLUE KING BOX | 10/20'S | 1/ | 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| 808458 | 10 | 2820000784 | 1038455 | 7 | CTN | PARLIAMENT WHITE KS BXFSC | 10/20'S | 1/ | 7.29 | 510.30 | 18 | | 59.75 | .0 | 418.25 |
| 808771 | 10 | 9050000067 | 1038786 | 12 | CTN | WINSTON RED KING BOX | 10/20'S | 1/ | 6.89 | 826.80 | 19 | | 56.15 | .0 | 673.80 |
| 808508 | 10 | 2820000361 | 1038344 | 15 | CTN | MARLBORO MENTH BX KS FSC | 10/20'S | 1/ | 6.89 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 808548 | 10 | 2820000481 | 1038359 | 5 | CTN | MARLBORO MEN SILV KSBXVSC | 10/20'S | 1/ | 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| 808026 | 10 | 1230000094 | 1038078 | 15 | CTN | CAMEL CRUSH SILVER MEN BX | 10/20'S | 1/ | 6.89 | 1,033.50 | 19 | | 56.15 | .0 | 842.25 |
| 808783 | 10 | 9050000093 | 1038789 | 3 | CTN | SALEM GOLD KING BOX | 10/20'S | 1/ | 6.89 | 206.70 | 19 | | 56.15 | .0 | 168.45 |
| 808589 | 10 | 2820000432 | 1012033 | 2 | CTN | BASIC GOLD BOX KING FSC | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 55.90 | .0 | 111.80 |
| 808320 | 10 | 2610000670 | 1038401 | 5 | CTN | NEWPORT MENTH SMOOTH BOX | 10/20'S | 1/ | 7.49 | 374.50 | 18 | | 61.06 | .0 | 305.30 |
| 808074 | 10 | 1230000093 | 1038077 | 10 | CTN | CAMEL CRUSH RED MENTH BOX | 10/20'S | 1/ | 6.89 | 689.00 | 19 | | 56.15 | .0 | 561.50 |
| 808034 | 10 | 1230035691 | 1038043 | 2 | CTN | CAMEL NO.9 BX KING FSC | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808258 | 10 | 4799585509 | 1063147 | 7 | CTN | AMER SPIRIT YELLOW KS BOX | 10/20'S | 1/ | 7.69 | 538.30 | 18 | | 62.90 | .0 | 440.30 |
| 808142 | 10 | 2720000851 | 1038449 | 7 | CTN | FALL MALL RED KS BOX FSC | 10/20'S | 1/ | 6.39 | 447.30 | 18 | | 52.23 | .0 | 365.61 |
| 808264 | 10 | 4799585500 | 1063143 | 5 | CTN | AMER SPIRIT GREEN LT KSBX | 10/20'S | 1/ | 7.69 | 384.50 | 18 | | 62.90 | .0 | 414.50 |
| 808736 | 10 | 2820000422 | 1038356 | 45 | CTN | MARLBORO SPMIND GOLDBXFSC | 10/20'S | 1/ | 6.99 | 3,145.50 | 19 | .20 | 56.35 | .0 | 2,535.75 |
| 808020 | 10 | 1230000007 | 1038052 | 5 | CTN | CAMEL BLUE LT BOX KS FSC | 10/20'S | 1/ | 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| 808602 | 10 | 2820030502 | 1012031 | 2 | CTN | BASIC BLUE KS BOX FSC | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 55.90 | .0 | 111.80 |
| 808776 | 10 | 9050000071 | 1038783 | 15 | CTN | KOOL KING BOX | 10/20'S | 1/ | 6.89 | 1,033.50 | 19 | | 56.15 | .0 | 842.25 |
| 808552 | 10 | 2820000364 | 1038354 | 12 | CTN | MARLBORO BLD 27 KS BX FSC | 10/20'S | 1/ | 6.99 | 838.80 | 19 | .20 | 56.35 | .0 | 676.20 |
| 808367 | 10 | 2610000640 | 1038390 | 2 | CTN | NEWPORT NONMENTHOL GLD BX | 10/20'S | 1/ | 7.49 | 149.80 | 18 | 14.49 | 46.64 | .0 | 93.32 |
| 808774 | 10 | 9050000062 | 1038782 | 2 | CTN | WINSTON WHITE KING BOX | 10/20'S | 1/ | 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808541 | 10 | 2820000323 | 1038363 | 10 | CTN | MARLBORO SMOOTH BOX FSC | 10/20'S | 1/ | 6.89 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| 808781 | 10 | 9050000090 | 1038788 | 1 | CTN | SALEM KING BOX | 10/20'S | 1/ | 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| 808269 | 10 | 4799585571 | 1063146 | 2 | CTN | AMER SPIRIT CELADON KG BX | 10/20'S | 1/ | 7.69 | 153.80 | 18 | | 62.90 | .0 | 125.80 |
| 808533 | 10 | 2820031772 | 1038369 | 20 | CTN | MARLBORO NXT BOX | 10/20'S | 1/ | 6.99 | 1,398.00 | 19 | .20 | 56.35 | .0 | 1,127.00 |
| 808316 | 10 | 2610000583 | 1038377 | 2 | CTN | NEWPORT MENT BLUE BOX FSC | 10/20'S | 1/ | 7.49 | 140.80 | 18 | | 61.06 | .0 | 122.12 |
| 808000 | 10 | 1230000001 | 1038104 | 2 | CTN | ECLIPSE BOX K | 10/20'S | 1/ | 8.49 | 169.80 | 18 | | 69.46 | .0 | 138.92 |
| 808003 | 10 | 1230037790 | 1038048 | 3 | CTN | CAMEL TURK SILVER BX FSC | 10/20'S | 1/ | 6.89 | 206.70 | 19 | | 56.15 | .0 | 168.45 |
| 808770 | 10 | 1230019741 | 1038079 | 30 | CTN | CAMEL CRUSH BOX   FSC | 10/20'S | 1/ | 6.89 | 2,067.00 | 19 | | 56.15 | .0 | 1,684.50 |
| 808772 | 10 | 9050000059 | 1038781 | 5 | CTN | WINSTON GOLD KING BOX | 10/20'S | 1/ | 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| 808146 | 10 | 2720000854 | 1038450 | 10 | CTN | PALL MALL BLUE KS BX FSC | 10/20'S | 1/ | 6.39 | 639.00 | 18 | | 52.23 | .0 | 527.30 |
| 808210 | 10 | 2820012002 | 1012056 | 12 | CTN | L&M BLUE KING BOX FSC | 10/20'S | 1/ | 6.59 | 790.80 | 19 | .80 | 52.50 | .0 | 630.00 |
| 808369 | 10 | 2610000656 | 1038399 | 5 | CTN | NEWPORT NONMENTHL KSBXFSC | 10/20'S | 1/ | 7.49 | 374.50 | 18 | 14.49 | 46.64 | .0 | 233.20 |
| 808704 | 10 | 2820030982 | 1012056 | 12 | CTN | L&M PF KINGS BOX FSC | 10/20'S | 1/ | 6.59 | 790.80 | 19 | .80 | 52.50 | .0 | 630.00 |
| 808300 | 10 | 2610000576 | 1038396 | 1 | CTN | NEWPORT MENTH GOLD BOXFSC | 10/20'S | 1/ | 7.49 | 74.90 | 18 | | 61.06 | .0 | 61.06 |
| 808520 | 10 | 2820000388 | 1038341 | 2 | CTN | MARLBORO RED LABEL BX FSC | 10/20'S | 1/ | 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| 808252 | 10 | 4799585508 | 1063145 | 7 | CTN | AMER SPIRIT BLUE KING BOX | 10/20'S | 1/ | 7.69 | 538.30 | 18 | | 62.90 | .0 | 440.30 |

For WE CARD information 1-800-934-3968

**CONTINUED**

HAR005309


SUPER REGIONAL DISTRIBUTOR

BOSSIER


SHIP TO A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX     75229

**INVOICE**     363711
**TERMS: NET 30 DAYS**

CUSTOMER NO: 95750  130     PAGE:     4
LOAD NO:     1-42-002     DATE:   8/01/16
90

**MORE FOR YOUR STORE.**

HARRISON CUSTOMER # 017501
CST/IMP PERMIT#: 98008043     /07000620

| REMARKS | TYPE | CAT | UPC | ITEM | QTY UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 808170 | | 10 | 2720000859 | 1038445 | 5 CTN | PALL MALL MEN BOX KG FSC | 10/20'S | 1/ 6.30 | 119.50 | 18 | | 52.23 | .0 | 261.15 |
| 808526 | | 10 | 2820000376 | 1038353 | 2 CTN | MARLBORO MEN BLUE KSBXFSC | 10/20'S | 1/ 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| 808714 | | 10 | 2820031042 | 1012057 | 15 CTN | L&M MENTHOL KING BOX FSC | 10/20'S | 1/ 6.58 | 988.50 | 19 | .80 | 52.50 | .0 | 787.50 |
| 801385 | | 10 | 2610000514 | 1038185 | 2 CTN | KENT GOLDEN KINGS | 10/20'S | 1/ 7.69 | 153.80 | 18 | | 62.93 | .0 | 125.86 |
| 808268 | | 10 | 4799585523 | 1065148 | 3 CTN | AMER SPIRIT ORANGE KG BOX | 10/20'S | 1/ 7.69 | 230.70 | 18 | | 62.90 | .0 | 188.70 |
| 808536 | | 10 | 2820000401 | 1038343 | 20 CTN | MARLBORO MEN GOLD KSBXFSC | 10/20'S | 1/ 6.99 | 1,398.00 | 19 | .20 | 56.35 | .0 | 1,127.00 |
| 808744 | | 10 | 2820031392 | 1012062 | 3 CTN | L&M TURKISH GLD KINGBXFS | 10/20'S | 1/ 6.98 | 197.70 | 18 | .80 | 52.50 | .0 | 157.50 |
| 808591 | | 10 | 2820000359 | 1038345 | 10 CTN | MARLBORO SOFT KING KG FSC | 10/20'S | 1/ 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| 808778 | | 10 | 9050000217 | 1038784 | 5 CTN | KOOL KING SP | 10/20'S | 1/ 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| 808304 | | 10 | 2610000578 | 1038393 | 5 CTN | NEWPORT KINGS SOFT FSC | 10/20'S | 1/ 7.49 | 374.50 | 18 | | 61.08 | .0 | 305.30 |
| 808543 | | 10 | 2820000624 | 1038372 | 3 CTN | MARLBORO SOUTHERN CUT BOX | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| Spec Order | | 10 | 1230050204 | 1067849 | 11 CTN | RED KAMEL FILTER 9.50 OFF | 10/20'S | 1/ 6.29 | 691.90 | 19 | | 51.15 | .0 | 562.65 |
| 808570 | | 10 | 2820000382 | 1038362 | 3 CTN | MARLBORO 72'S SILVER BXFSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 808562 | | 10 | 2820000961 | 1038358 | 5 CTN | MARLBORO 72'S BLUE BX FSC | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| Spec Order | | 10 | 1230050287 | 1067840 | 11 CTN | RED KAMEL SMOOTH 9.50 OFF | 10/20'S | 1/ 6.29 | 691.90 | 19 | | 51.15 | .0 | 562.65 |
| 808566 | | 10 | 2820000963 | 1038360 | 20 CTN | MARLBORO 72'S RED BOX FSC | 10/20'S | 1/ 6.99 | 1,398.00 | 19 | .20 | 56.35 | .0 | 1,127.00 |
| 808568 | | 10 | 2820000965 | 1038351 | 12 CTN | MARLBORO 72'S GOLD BX FSC | 10/20'S | 1/ 6.99 | 838.80 | 19 | .20 | 56.35 | .0 | 676.20 |
| 800564 | | 10 | 2820000962 | 1038359 | 12 CTN | MARLBORO 72'S GREEN BXFSC | 10/20'S | 1/ 6.99 | 838.80 | 19 | .20 | 56.35 | .0 | 676.20 |
| 801860 | | 10 | 4335000012 | 1025080 | 2 CTN | LUCKY STRIKE REGULAR FSC | 10/20'S | 1/ 8.49 | 169.80 | 18 | | 69.46 | .0 | 138.92 |
| 808672 | | 10 | 2820030262 | 1055615 | 1 CTN | SARATOGA MENTHOL 120 FSC | 10/20'S | 1/ 8.19 | 81.90 | 18 | | 66.83 | .0 | 66.83 |
| 808148 | | 10 | 2040000084 | 1012976 | 7 CTN | MISTY BLUE BOX 120 LT FSC | 10/20'S | 1/ 6.19 | 433.30 | 19 | | 50.41 | .0 | 352.87 |
| 808640 | | 10 | 2020000735 | 1055936 | 2 CTN | VA SLIM GOLD 120 BOX FSC | 10/20'S | 1/ 7.49 | 147.80 | 19 | | 60.11 | .0 | 120.22 |
| 808634 | | 10 | 2820000894 | 1055938 | 2 CTN | VA SLIM MENTLITE 120BXFSC | 10/20'S | 1/ 7.39 | 147.80 | 19 | | 60.11 | .0 | 120.22 |
| 808642 | | 10 | 2920000739 | 1055939 | 2 CTN | VA SLIM MEN GOLD 120BXFSC | 10/20'S | 1/ 7.39 | 147.80 | 19 | | 60.11 | .0 | 120.22 |
| 808154 | | 10 | 2040000035 | 1012979 | 10 CTN | MISTY MEN GEN BX 120 FSC | 10/20'S | 1/ 8.10 | 619.00 | 19 | | 50.41 | .0 | 504.10 |
| 808514 | | 10 | 2820001709 | 1038913 | 3 CTN | MARLBORO MEN RCH BL 100'1 | 10/20'S | 1/ 5.60 | 170.70 | 18 | .20 | 46.35 | .0 | 139.05 |
| 808530 | | 10 | 2820030172 | 1038317 | 2 CTN | MERIT BLUE KG BOX FSC | 10/20'S | 1/ 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 802405 | | 10 | 1230000060 | 1055590 | 3 CTN | MORE MENTHOL 120 FSC | 10/20'S | 1/ 8.49 | 254.70 | 18 | | 69.46 | .0 | 208.38 |
| 808144 | | 10 | 2720000556 | 1038229 | 2 CTN | KOOL XL BOX FSC | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 802400 | | 10 | 1230000059 | 1055490 | 3 CTN | MORE FILTER 120 FSC | 10/20'S | 1/ 8.49 | 254.70 | 18 | | 69.46 | .0 | 208.38 |
| 808920 | | 10 | 4330000040 | 1055240 | 1 CTN | CARLTON MENTHOL 120 FSC | 10/20'S | 1/ 8.49 | 84.90 | 18 | | 69.46 | .0 | 69.46 |
| 801269 | | 10 | 1100000240 | 1055551 | 2 CTN | EVE SLIM MEN EMERLD120FSC | 10/20'S | 1/ 6.19 | 123.80 | 18 | | 50.63 | .0 | 101.26 |
| 808362 | | 10 | 2100000290 | 1055552 | 2 CTN | EVE SLIM SAPPHIRE 120BXFSC | 10/20'S | 1/ 6.19 | 123.80 | 18 | | 50.63 | .0 | 101.26 |
| 808054 | | 10 | 2200000216 | 1055206 | 5 CTN | CAPRI MAGENTA 120 FSC | 10/20'S | 1/ 8.49 | 424.50 | 18 | | 50.46 | .0 | 347.30 |
| 808565 | | 10 | 1100000297 | 1055350 | 2 CTN | EVE SLIM AMETHYST 120FSC | 10/20'S | 1/ 6.19 | 123.80 | 18 | | 50.63 | .0 | 101.26 |
| 808364 | | 10 | 1100000300 | 1055354 | 2 CTN | EVE SLIM MEN TURQU 120FSC | 10/20'S | 1/ 6.19 | 123.80 | 18 | | 50.63 | .0 | 101.26 |
| 804150 | | 10 | 2820000982 | 1041714 | 3 CTN | VA SLIM SUPERS GOLD PPFSC | 10/20'S | 1/ 7.39 | 221.70 | 19 | | 60.11 | .0 | 180.33 |
| 804610 | | 10 | 2720035584 | 1065150 | 3 CTN | DUNHILL INTL RED BOX FSC | 10/20'S | 1/ 8.29 | 248.70 | 19 | | 67.54 | .0 | 202.62 |
| 808705 | | 10 | 2820000775 | 1041715 | 5 CTN | VA SLIM SPERSLIM PP FSC | 10/20'S | 1/ 7.39 | 369.50 | 19 | | 60.11 | .0 | 300.55 |

**ZONE: 29 CIGARETTE     # PIECES: 1828**

| Spec Order | SN | 12 | 6244640072 | 1230199 | 56 DSP | LONGHORN LC WTG $2.99  TX | 10/1.2 | 1/ 2.99 | 1,674.40 | 27 | | 21.75 | .0 | 1,218.00 |
| Spec Order | SN | 12 | 6244642022 | 1230000 | 50 DSP | LONGHORN LC STR $2.99  TX | 10/1.2Z | 1/ 2.99 | 1,495.00 | 27 | | 21.75 | .0 | 1,087.50 |
| 072008 | SN | 12 | 7310000036 | 1230034 | 18 ROL | COPENHAGEN LONG CUT MINT | 5/1.2Z | 1/ 4.69 | 422.10 | 21 | | 18.59 | .0 | 334.62 |
| Spec Order | SN | 12 | 6210002209 | 1230057 | 10 DSP | GRIZZLY LCS 33.59 | 5/1.2Z | 1/ 3.59 | 179.50 | 22 | | 13.94 | .0 | 139.80 |
| 072007 | SN | 12 | 7310000107 | 1230025 | 126 ROL | COPENHAGEN | 5/1.2Z | 1/ 5.59 | 3,521.70 | 18 | | 23.00 | .0 | 2,898.00 |
| 072089 | SN | 12 | 7310000121 | 1230010 | 108 ROL | COPENHAGEN LONG CUT | 5/1.2Z | 1/ 5.59 | 3,018.60 | 18 | | 23.00 | .0 | 2,484.00 |
| 072078 | SN | 12 | 7310000185 | 1230316 | 36 ROL | RED SEAL FC WINTERGREEN | 5/1.5Z | 1/ 5.49 | 988.20 | 23 | | 21.70 | .0 | 781.20 |
| 062950 | | 12 | 3519600280 | 1218280 | 5 CTN | ACTION FLT CIG FULLFL 100 | 10/20'S | 1/ 1.99 | 69.50 | 26 | | 10.40 | .0 | 52.00 |

For WE CARD information 1-800-934-3968

**CONTINUED**

HAR005310

**Appendix 33**

 

**BOSSIER 100**

SHIP TO: A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX    75229

**INVOICE** 363711
**TERMS: NET 30 DAYS**

CUSTOMER NO: 95750  130     PAGE: 5
LOAD NO:    1-42-002          DATE:  8/01/16

HARRISON CUSTOMER # 017501

MORE FOR YOUR STORE.

GST/IMP PERMIT#: 99006043   /07000620

CUSTOMER NO: 95750 130
LOAD NO: 90

| REMARKS | TYPE | CAT | UPC | ITEM | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 072015 | SN | 12 | 7310000148 | 1230421 | 90 | ROL | SKOAL LONG CUT WINTERGREEN | 5/1.2Z | 1/ 5.59 | 2,519.50 | 18 | | 23.00 | .0 | 2,070.00 |
| 072423 | SN | 12 | 7310000559 | 1230407 | 6 | ROL | SKOAL LONG CUT PEACH | 5/1.2Z | 1/ 5.59 | 167.70 | 18 | | 23.00 | .0 | 138.00 |
| 077067 | SN | 12 | 7310000055 | 1230026 | 9 | ROL | COPENHAGEN POUCHES WNTGRN | 5/.82Z | 1/ 4.49 | 202.05 | 17 | | 18.59 | .0 | 167.31 |
| 072016 | SN | 12 | 7310000060 | 1230422 | 4 | ROL | SKOAL LONG CUT STRAIGHT | 5/1.2Z | 1/ 5.59 | 111.80 | 18 | | 23.00 | .0 | 92.00 |
| 077024 | SN | 12 | 7310000876 | 1230036 | 18 | ROL | COPENHAGEN LC WINTERGREEN | 5/1.2Z | 1/ 4.49 | 404.10 | 17 | | 18.59 | .0 | 334.62 |
| 072070 | SN | 12 | 7310000173 | 1230315 | 72 | ROL | RED SEAL LC WINTERGREEN | 5/1.5Z | 1/ 5.29 | 1,904.40 | 18 | | 21.70 | .0 | 1,562.40 |
| 077047 | SN | 12 | 7310000882 | 1230024 | 27 | ROL | COPENHAGEN LC STRAIGHT | 5/1.2Z | 1/ 4.49 | 605.15 | 17 | | 18.59 | .0 | 501.93 |
| 072001 | SN | 12 | 7310000541 | 1230451 | 2 | ROL | SKOAL LONG CUT CLASSIC | 5/1.2 | 1/ 5.79 | 57.90 | 21 | | 23.00 | .0 | 46.00 |
| 072004 | SN | 12 | 7310000884 | 1230025 | 6 | ROL | COPENHAGEN EXT LC NATURAL | 5/1.2Z | 1/ 4.69 | 140.70 | 21 | | 18.59 | .0 | 111.54 |
| 078022 | | 12 | 1230000040 | 1230724 | 3 | CTN | CAMEL SNUS FROST LARGE 16 | 5/.53Z | 1/ 5.15 | 77.25 | 18 | | 21.07 | .0 | 63.21 |
| 077023 | SN | 12 | 7310000059 | 1230108 | 9 | ROL | COPENHAGEN POUCHES MINT | 5/.82Z | 1/ 4.69 | 211.05 | 23 | | 18.59 | .0 | 167.31 |
| 072021 | SN | 12 | 7310000203 | 1230029 | 9 | ROL | COPENHAGEN LC SOUTHRN BLD | 5/1.2Z | 1/ 4.69 | 231.05 | 21 | | 18.59 | .0 | 167.31 |
| 077014 | SN | 12 | 7310000314 | 1230017 | 18 | ROL | COPENHAGEN POUCHES | 5/.82Z | 1/ 5.79 | 521.10 | 21 | | 23.00 | .0 | 414.00 |
| 072312 | SN | 12 | 7310000460 | 1230401 | 6 | ROL | SKOAL LONG CUT APPLE | 5/1.2Z | 1/ 5.79 | 173.70 | 21 | | 23.00 | .0 | 138.00 |
| 078013 | | 12 | 1230000070 | 1230683 | 6 | CTN | CAMEL SNUS FROST | 5/.32 | 1/ 5.15 | 154.50 | 18 | | 21.07 | .0 | 126.42 |
| 078016 | | 12 | 1230000060 | 1230694 | 3 | CTN | CAMEL SNUS WINTERCHILL | 5/.53Z | 1/ 5.15 | 77.25 | 18 | | 21.07 | .0 | 63.21 |
| 820702 | | 12 | 4920500134 | 1226300 | 1 | CTN | VUSE ORIGINAL SOLO | 5/CT | 1/ 10.80 | 54.95 | 15 | | 46.55 | .0 | 46.55 |
| 062952 | | 12 | 3519500256 | 1218252 | 10 | CTN | ACTION PLT CIG MENTHOL100 | 10/20'S | 1/ 1.39 | 139.00 | 25 | | 10.40 | .0 | 104.00 |

ZONE: 30 TOB     # PIECES: 708

| CATEGORY | COST | RETAIL | PROFIT% | TAX PAID |
|---|---|---|---|---|
| 0012- CIG.& TOB. | 15,300.93 | 19,099.15 | 19.84 | .00 |
| 0010- CIGARETTES | 3,110.90 | 27,646.20 | 88.72 | .00 |
| CATEGORY TOTALS | 18,427.83 | 46,745.35 | 5.26 | .00 |

For WE CARD information 1-800-934-3968

| TOTAL CIG CARTONS: 1828 | | | | TOBACCO: 708 | | | | |
|---|---|---|---|---|---|---|---|---|
| | Mkt. Allow | Retail | Avg Prft% | Promotion | Sub-Total | State Tax | City Tax | County Tax |
| | | | | 595.80 | 118,427.83 | | | |

**PLEASE PAY**
**$118,427.83**
Payable in U.S. Funds

HAR005311

FILE COPY

Appendix 34

 

**IMPERIAL**
SUPER REGIONAL DISTRIBUTOR

BOSSIER

**SHIP TO** A-Z WHOLESALE/WACO
3630 S. IH-35 EXIT 331
WACO, TX        76706

**MORE FOR YOUR STORE.**

HARRISON CUSTOMER # 017502

CST/IMP PERMIT#: 09002175      /07000620

**INVOICE**      363712

**TERMS: NET 30 DAYS**

CUSTOMER NO: 95751   135    PAGE:    1
LOAD NO:       1-42-003    DATE:   8/01/16
38

| REMARKS | TYPE CAT | UPC | ITEM | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted Item | 12 | 7330000117 | 1230002 | | ROL | HUSKY 1Z MINT | 5/1.22 | 1/ 4.59 | .00 | | | .00 | .0 | .00 |
| Spec Order | 10 | 2720000304 | 1067733 | 10 | CTN | PALL MALL BLUE 100B.500FF | 10/20'S | 1/ 5.79 | 579.00 | 18 | | 47.23 | .0 | 472.30 |
| 808787 | 10 | 9050000192 | 1041040 | 2 | CTN | SALEM SLIM 100 BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808510 | 10 | 9970000362 | 1041373 | 7 | CTN | MARLBORO SOFT PK 100 FSC | 10/20'S | 1/ 6.99 | 489.30 | 19 | .20 | 56.35 | .0 | 394.45 |
| 808366 | 10 | 2810000577 | 1042415 | 3 | CTN | NEWPORT 100H SOFTPACK FSC | 10/20'S | 1/ 7.49 | 224.70 | 18 | | 61.06 | .0 | 183.18 |
| 808726 | 10 | 2820021532 | 1012049 | 1 | CTN | BASIC MENT GOLD 100LL FSC | 10/20'S | 1/ 6.89 | 68.90 | 19 | | 55.90 | .0 | 55.90 |
| 808156 | 10 | 4350000094 | 1012663 | 3 | CTN | MISTY BLUE 100 LIGHTS FSC | 10/20'S | 1/ 6.18 | 185.70 | 19 | | 50.41 | .0 | 151.23 |
| 808036 | 10 | 3820000733 | 1041722 | 2 | CTN | VA SLIM GOLD 100 BOX FSC | 10/20'S | 1/ 7.40 | 147.00 | 19 | | 60.11 | .0 | 120.22 |
| 808327 | 10 | 2610000668 | 1041422 | 5 | CTN | NEWPORT MENTH SMOOTH 100 | 10/20'S | 1/ 7.49 | 374.50 | 18 | | 81.06 | .0 | 405.30 |
| Spec Order | 10 | 2720034740 | 1067738 | 15 | CTN | PALL MALL BL MEN100.500FF | 10/20'S | 1/ 5.79 | 868.50 | 18 | | 47.23 | .0 | 708.45 |
| 808676 | 10 | 2820030082 | 1041357 | 2 | CTN | MERIT GOLD 100 SOFT FSC | 10/20'S | 1/ 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 808794 | 10 | 9050000061 | 1041057 | 2 | CTN | MAVERICK MENTHOL 100 BOX | 10/20'S | 1/ 5.49 | 109.80 | 19 | | 44.63 | .0 | 89.26 |
| 808974 | 10 | 1230004599 | 1012589 | 3 | CTN | DORAL SILVER UL BX 100FSC | 10/20'S | 1/ 6.39 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| Spec Order | 10 | 2720034748 | 1067739 | 9 | CTN | PALL MALL WH MEN100.500FF | 10/20'S | 1/ 5.79 | 521.10 | 18 | | 47.23 | .0 | 425.07 |
| 808770 | 10 | 9050000050 | 1041040 | 3 | CTN | WINSTON RED 100 BOX | 10/20'S | 1/ 6.89 | 206.70 | 19 | | 56.15 | .0 | 168.45 |
| 808789 | 10 | 9050000059 | 1041049 | 2 | CTN | MAVERICK RED 100 BOX | 10/20'S | 1/ 5.49 | 109.80 | 19 | | 44.63 | .0 | 89.26 |
| 808782 | 10 | 9050000091 | 1041045 | 2 | CTN | SALEM 100 BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808556 | 10 | 2820060405 | 1041380 | 5 | CTN | MARLBORO MENSLEV 100BXFSC | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| 808418 | 10 | 7620000773 | 1041076 | 2 | CTN | B&H MENTHOL 100 BOX FSC | 10/20'S | 1/ 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 808070 | 10 | 1230000050 | 1012565 | 2 | CTN | DORAL MEN GOLD LTBX100FSC | 10/20'S | 1/ 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| 808734 | 10 | 2820060068 | 1041384 | 15 | CTN | MARLBORO SPBLND REDL00FSC | 10/20'S | 1/ 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 800160 | 10 | 2720060067 | 1041455 | 15 | CTN | PALL MALL RD 100 BX FFFSC | 10/20'S | 1/ 6.89 | 950.50 | 18 | | 52.23 | .0 | 783.45 |
| 808738 | 10 | 2820060042 | 1041385 | 15 | CTN | MARLBORO SPBLND GLD100FSC | 10/20'S | 1/ 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 808050 | 10 | 1230020060 | 1038058 | 3 | CTN | CAMEL 99 BLUE BOX | 10/20'S | 1/ 6.89 | 206.70 | 19 | | 56.15 | .0 | 168.45 |
| 808164 | 10 | 2770000062 | 1041456 | 10 | CTN | PALL MALL BLUE 100 BX FSC | 10/20'S | 1/ 8.39 | 839.00 | 18 | | 52.23 | .0 | 522.30 |
| 808420 | 10 | 3100000400 | 1012701 | 6 | CTN | PYRAMID RED 100 BOX F2C | 10/20'S | 1/ 5.19 | 311.40 | 19 | | 42.09 | .0 | 252.54 |
| 808068 | 10 | 1230072082 | 1012604 | 2 | CTN | DORAL GOLD LT BOX 100 FSC | 10/20'S | 1/ 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| 808738 | 10 | 2820000303 | 1041382 | 3 | CTN | MARLBORO SMOOTH 100 BXFSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 808718 | 10 | 2820031042 | 1012527 | 3 | CTN | L&M MENTHOL 100'S BOX FSC | 10/20'S | 1/ 6.59 | 197.70 | 19 | .90 | 52.50 | .0 | 157.50 |
| 808777 | 10 | 9050000073 | 1041043 | 8 | CTN | KOOL 100 BOX | 10/20'S | 1/ 6.99 | 551.20 | 19 | | 56.15 | .0 | 449.20 |
| 808160 | 10 | 2720000045 | 1041453 | 12 | CTN | PALL MALL MEN 100 BOX-FSC | 10/20'S | 1/ 6.39 | 766.80 | 18 | | 52.23 | .0 | 626.76 |
| 808522 | 10 | 2820000369 | 1041371 | 3 | CTN | MARLBORO RED LAB 100BXFSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| Spec Order | 10 | 2720003089 | 1067737 | 15 | CTN | PALL MALL MENTH 100H.50FF | 10/20'S | 1/ 5.79 | 868.50 | 18 | | 47.23 | .0 | 708.45 |
| 808068 | 10 | 1100000570 | 1012324 | 2 | CTN | LIGGETT SEL SILVER 100FSC | 10/20'S | 1/ 5.89 | 117.80 | 18 | | 48.24 | .0 | 96.48 |
| 808773 | 10 | 9050000061 | 1041081 | 3 | CTN | WINSTON GOLD 100 BOX | 10/20'S | 1/ 6.89 | 206.70 | 19 | | 56.15 | .0 | 168.45 |
| 808424 | 10 | 3100000413 | 1012704 | 10 | CTN | PYRAMID ORANGE 100BOXFSC | 10/20'S | 1/ 5.19 | 519.00 | 19 | | 42.09 | .0 | 420.90 |
| 808743 | 10 | 2820000953 | 1041386 | 15 | CTN | MARLBORO BLACK SP BL 100H | 10/20'S | 1/ 6.99 | 1,048.50 | 19 | .20 | 56.35 | .0 | 845.25 |
| 808163 | 10 | 2720024728 | 1041459 | 7 | CTN | PALL MALL BLACK MEN 100BX | 10/20'S | 1/ 6.39 | 447.30 | 18 | | 52.23 | .0 | 365.61 |
| 808528 | 10 | 2820000377 | 1041375 | 2 | CTN | MARLBORO MEN85LGT 100BXFSC | 10/20'S | 1/ 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| 808675 | 10 | 7620000770 | 1041030 | 2 | CTN | MEN LUXURY MENT 100BOXFSC | 10/20'S | 1/ 8.19 | 163.80 | 18 | | 66.83 | .0 | 133.66 |
| 808094 | 10 | 1230027079 | 1012597 | 2 | CTN | DORAL RED FF BX 100 FSC | 10/20'S | 1/ 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| 808319 | 10 | 2610000572 | 1041418 | 2 | CTN | NEWPORT MN GOLD 100BOXFSC | 10/20'S | 1/ 7.49 | 149.80 | 18 | | 61.06 | .0 | 122.12 |
| 808422 | 10 | 3100000406 | 1012700 | 6 | CTN | PYRAMID BLUE 100 BOX FSC | 10/20'S | 1/ 5.19 | 311.40 | 19 | | 42.09 | .0 | 252.54 |
| 808737 | 10 | 2820031027 | 1012526 | 2 | CTN | L&M BLUE 100'S BOX FSC | 10/20'S | 1/ 6.59 | 131.80 | 19 | .90 | 57.50 | .0 | 105.00 |
| Spec Order | 10 | 2720000397 | 1067735 | 10 | CTN | PALL MALL RED 100BX.500FF | 10/20'S | 1/ 5.79 | 1,042.20 | 18 | | 47.23 | .0 | 850.13 |
| 808784 | 10 | 9050000094 | 1041046 | 2 | CTN | SALEM GOLD 100 BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| 808744 | 10 | 2820031402 | 1012531 | 2 | CTN | L&M TURKISH RED 100 BXFS | 10/20'S | 1/ 6.59 | 131.80 | 19 | .80 | 57.50 | .0 | 105.00 |
| 808708 | 10 | 2820030909 | 1012525 | 7 | CTN | L&M FF 100'S BOX FSC | 10/20'S | 1/ 6.59 | 461.30 | 19 | .80 | 57.50 | .0 | 367.50 |

For WE CARD information 1-800-934-3956

**CONTINUED**

HAR004726




**IMPERIAL** SUPER REGIONAL DISTRIBUTOR

BOSSIER 100

**SHIP TO** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX          76706

**MORE FOR YOUR STORE.**

HARRISON CUSTOMER # 017502

CST/IMP PERMIT#: 09002175        /07000620

**INVOICE**          363712

**TERMS: NET 30 DAYS**

CUSTOMER NO:  99751  135       PAGE:   2
LOAD NO:            1-42-003      DATE:  8/01/16
36

| REMARKS | TYPE | CAT | UPC | ITEM | QTY | UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B00534 | | 10 | 2820000364 | 1043374 | 3 | CTN | MARLBORO MENT FF 100BXXFSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| B00366 | | 10 | 2610000657 | 1041421 | 5 | CTN | NEWPORT NOMMENTHL 100BFSC | 10/20'S | 1/ 7.49 | 374.50 | 18 | 14.40 | 46.66 | .0 | 233.30 |
| B08731 | | 10 | 2820000948 | 1041389 | 5 | CTN | MARLBORO BLND 27 100 BDX | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| B00748 | | 10 | 2820000964 | 1041397 | 10 | CTN | MARLBORO MENT BLKIOO SOBL | 10/20'S | 1/ 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| B08172 | | 10 | 2770000105 | 1041457 | 3 | CTN | PALL MALL ORG 100 BOX FSC | 10/20'S | 1/ 6.39 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| B00302 | | 10 | 3610000573 | 1041416 | 90 | CTN | NEWPORT BOX 100S        FSC | 10/20'S | 1/ 7.49 | 6,741.00 | 18 | | 61.06 | .0 | 5,495.40 |
| B00546 | | 10 | 2820000478 | 1041379 | 5 | CTN | MARLBORO SILVER 100 BXFSC | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| B08780 | | 10 | 9050000087 | 1043944 | 2 | CTN | KOOL BLUE 100 BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| B08512 | | 10 | 2820000363 | 1041370 | 30 | CTN | MARLBORO BOX 100 FSC | 10/20'S | 1/ 6.99 | 2,097.50 | 19 | .20 | 56.35 | .0 | 1,690.50 |
| B00592 | | 10 | 2820003052 | 1012605 | 1 | CTN | BASIC MENT GOLD 100 BXFSC | 10/20'S | 1/ 6.99 | 68.90 | 19 | | 55.90 | .0 | 55.90 |
| B08098 | | 10 | 1230083999 | 1012586 | 5 | CTN | DOKAL MEN FF BOX 100 FSC | 10/20'S | 1/ 6.39 | 319.50 | 18 | | 52.23 | .0 | 261.15 |
| B00540 | | 10 | 2820000465 | 1041377 | 20 | CTN | MARLBORO GOLD 100S BOXFSC | 10/20'S | 1/ 6.99 | 1,398.00 | 19 | .20 | 56.35 | .0 | 1,127.00 |
| B08564 | | 10 | 1230023283 | 1017077 | 3 | CTN | DORAL MEN FF BOX KS FSC | 10/20'S | 1/ 6.39 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| B08735 | | 10 | 2820031992 | 1038373 | 2 | CTN | MARLBORO EDGE BOX | 10/20'S | 1/ 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| B08552 | | 10 | 2820000384 | 1038353 | 60 | CTN | MARLBORO GOLD KING BOXFSC | 10/20'S | 1/ 6.99 | 4,194.00 | 19 | .20 | 56.35 | .0 | 3,381.00 |
| B08739 | | 10 | 7820000054 | 1030367 | 5 | CTN | MARLBORO MEN BLACK SP RLD | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| B00266 | | 10 | 4795585507 | 1063144 | 3 | CTN | AMER SPIRIT BLACK PERIQUE | 10/20'S | 1/ 7.69 | 230.70 | 18 | | 62.90 | .0 | 188.70 |
| B00544 | | 10 | 2820000477 | 1036340 | 7 | CTN | MARLBORO SILVER BX KS FSC | 10/20'S | 1/ 6.99 | 489.30 | 19 | .20 | 56.35 | .0 | 394.45 |
| B08412 | | 10 | 1100000493 | 1012091 | 2 | CTN | PYRAMID BLUE KING BOXFSC | 10/20'S | 1/ 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| B08300 | | 10 | 2610000575 | 1030395 | 30 | CTN | NEWPORT KINGS BOX FSC | 10/20'S | 1/ 7.49 | 2,247.00 | 18 | | 61.06 | .0 | 1,831.80 |
| B00414 | | 10 | 3100000412 | 1012692 | 2 | CTN | PYRAMID ORANGE KING BXFSC | 10/20'S | 1/ 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| B08072 | | 10 | 1230084299 | 1012076 | 2 | CTN | DORAL MEN GOLD LT BX  FSC | 10/20'S | 1/ 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| B08500 | | 10 | 2820000357 | 1036340 | 45 | CTN | MARLBORO UPX KING BX FSC | 10/20'S | 1/ 6.98 | 3,149.50 | 19 | .20 | 56.35 | .0 | 2,535.75 |
| B08779 | | 10 | 9050000009 | 1038785 | 5 | CTN | KOOL BLUE KING BOX | 10/20'S | 1/ 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| B08771 | | 10 | 9050000057 | 1038780 | 5 | CTN | WINSTON RED KING BOX | 10/20'S | 1/ 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| B00790 | | 10 | 9050000059 | 1030792 | 1 | CTN | MAVERICK GOLD KING BOX | 10/20'S | 1/ 5.49 | 54.90 | 19 | | 44.63 | .0 | 44.63 |
| B00506 | | 10 | 2820000361 | 1038344 | 5 | CTN | MARLBORO MENTH BX KS FSC | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| B00540 | | 10 | 2820000401 | 1036349 | 3 | CTN | MARLBORO MEN STLV KSBXFSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| B08730 | | 10 | 9050000046 | 1038791 | 3 | CTN | MAVERICK RED K BOX | 10/20'S | 1/ 5.49 | 164.70 | 19 | | 44.63 | .0 | 133.89 |
| B00096 | | 10 | 1230084299 | 1012076 | 3 | CTN | DORAL RED FF BOX KING FSC | 10/20'S | 1/ 6.39 | 191.70 | 18 | | 52.23 | .0 | 156.69 |
| B08026 | | 10 | 1230009091 | 1038070 | 3 | CTN | CAMEL CRUSH SILVER MEN BX | 10/20'S | 1/ 5.89 | 204.70 | 19 | | 56.15 | .0 | 168.45 |
| B00410 | | 10 | 1100000492 | 1012690 | 2 | CTN | PYRAMID RED KING BOX FSC | 10/20'S | 1/ 5.19 | 103.80 | 19 | | 42.09 | .0 | 84.18 |
| B00568 | | 10 | 2820030432 | 1012033 | 1 | CTN | BASIC GOLD BOX KING FSC | 10/20'S | 1/ 6.89 | 68.90 | 19 | | 55.90 | .0 | 55.90 |
| B00320 | | 10 | 2610000660 | 1030403 | 3 | CTN | NEWPORT MENTH SMOOTH BOX | 10/20'S | 1/ 7.49 | 224.70 | 18 | | 61.06 | .0 | 183.18 |
| B08024 | | 10 | 1230000043 | 1038077 | 7 | CTN | CAMEL CRUSH RED MENTH BOX | 10/20'S | 1/ 6.89 | 482.30 | 19 | | 56.15 | .0 | 393.05 |
| B08256 | | 10 | 4795585509 | 1063147 | 7 | CTN | AMER SPIRIT YELLOW KS BOX | 10/20'S | 1/ 7.69 | 538.30 | 18 | | 62.90 | .0 | 440.30 |
| B08152 | | 10 | 2770000051 | 1038449 | 2 | CTN | PALL MALL RED KS BOX FSC | 10/20'S | 1/ 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| B00736 | | 10 | 2820000422 | 1038366 | 30 | CTN | MARLBORO SPBLND GOLDBXFSC | 10/20'S | 1/ 6.99 | 2,097.00 | 19 | .20 | 56.35 | .0 | 1,690.50 |
| B08774 | | 10 | 9050000071 | 1038783 | 5 | CTN | KOOL KING BOX | 10/20'S | 1/ 6.89 | 344.50 | 19 | | 56.15 | .0 | 280.75 |
| B00582 | | 10 | 2820000244 | 1038354 | 10 | CTN | MARLBORO RLD 27 KS BX FSC | 10/20'S | 1/ 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| B08774 | | 10 | 9050000062 | 1038782 | 2 | CTN | WINSTON WHITE KING BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 58.15 | .0 | 112.46 |
| B00541 | | 10 | 2820000323 | 1030363 | 5 | CTN | MARLBORO SMOOTH BOX FSC | 10/20'S | 1/ 6.99 | 349.50 | 19 | .20 | 56.35 | .0 | 281.75 |
| B00791 | | 10 | 9050000090 | 1038768 | 2 | CTN | SALEM KING BOX | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| B08004 | | 10 | 1230025501 | 1038058 | 2 | CTN | CAMEL TURKISH GOLD FSC | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 117.30 |
| B08174 | | 10 | 2770000105 | 1038451 | 2 | CTN | PALL MALL ORG KS BOX FSC | 10/20'S | 1/ 6.39 | 127.80 | 18 | | 52.23 | .0 | 104.46 |
| B00533 | | 10 | 2820031792 | 1038369 | 10 | CTN | MARLBORO NXT BOX | 10/20'S | 1/ 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| B08586 | | 10 | 2820030427 | 1012034 | 1 | CTN | BASIC MENT GOLD KS BOXFSC | 10/20'S | 1/ 6.89 | 68.90 | 18 | | 55.90 | .0 | 55.90 |
| B00002 | | 10 | 1230002790 | 1038049 | 2 | CTN | CAMEL TURK SILVER KX FSC | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 117.30 |

For WE CARD information 1-800-934-3968

**CONTINUED**

HAR004727

 

**IMPERIAL** SUPER REGIONAL DISTRIBUTOR

BOSSIER

**SHIP TO** A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX          76706

**INVOICE** 363712

**TERMS: NET 30 DAYS**

CUSTOMER NO: 95751   PAGE: 3
LOAD NO: 1-42-003   DATE: 8/01/16
36

**MORE FOR YOUR STORE.**

HARRISON CUSTOMER # 017502

CST/IMP PERMIT#: 00002175      /07000620

| REMARKS | TYPE CAT | UPC | ITEM | QTY UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 800770 | 10 | 1230011974 | 1038070 | 4 CTN | CAMEL CRUSH BOX       FSC | 10/20'S | 1/ 6.89 | 275.60 | 19 | | 56.15 | .0 | 224.60 |
| 808772 | 10 | 9056000059 | 1038781 | 4 CTN | WINSTON GOLD KING BOX | 10/20'S | 1/ 6.89 | 206.70 | 19 | | 56.15 | .0 | 160.45 |
| 808166 | 10 | 2720000864 | 1038450 | 7 CTN | PALL MALL BLUE KS BX FSC | 10/20'S | 1/ 6.39 | 447.30 | 18 | | 52.23 | .0 | 365.61 |
| 808710 | 10 | 2820051002 | 1012056 | 2 CTN | L&M BLUE KING BOX FSC | 10/20'S | 1/ 6.59 | 131.80 | 19 | .80 | 52.50 | .0 | 105.00 |
| 808368 | 10 | 2610000656 | 1038399 | 5 CTN | NEWPORT NONMENTHL KNKBX FSC | 10/20'S | 1/ 7.49 | 374.50 | 18 | 14.40 | 46.66 | .0 | 233.30 |
| 808706 | 10 | 2820030592 | 1012055 | 2 CTN | L&M PT KINGS BOX FSC | 10/20'S | 1/ 6.59 | 131.80 | 19 | .80 | 52.50 | .0 | 105.00 |
| 800520 | 10 | 2820000368 | 1030341 | 3 CTN | MARLBORO RED LABEL BX FSC | 10/20'S | 1/ 6.98 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 808252 | 10 | 4799585509 | 1063145 | 3 CTN | AMER SPIRIT BLUE KING BOX | 10/20'S | 1/ 7.69 | 230.70 | 18 | | 62.90 | .0 | 188.70 |
| 808170 | 10 | 2720000864 | 1038445 | 5 CTN | PALL MALL MEN BOX KS FSC | 10/20'S | 1/ 6.39 | 319.50 | 18 | | 52.23 | .0 | 261.15 |
| 808714 | 10 | 2820031032 | 1012057 | 2 CTN | L&M MENTHOL KING BOX FSC | 10/20'S | 1/ 6.59 | 131.80 | 19 | .80 | 52.50 | .0 | 105.00 |
| 801385 | 10 | 7610000514 | 1038185 | 7 CTN | KENT GOLDEN KINGS | 10/20'S | 1/ 7.49 | 153.80 | 18 | | 62.43 | .0 | 125.86 |
| 808536 | 10 | 2820000403 | 1038343 | 4 CTN | MARLBORO MEN GOLD KSBXFSC | 10/20'S | 1/ 6.99 | 279.60 | 19 | .20 | 56.35 | .0 | 225.40 |
| 808530 | 10 | 2820000370 | 1038352 | 3 CTN | MARLBORO GOLD KS SOFT FSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 808504 | 10 | 2820000350 | 1038345 | 10 CTN | MARLBORO SOFT KING SZ FSC | 10/20'S | 1/ 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| 808304 | 10 | 7610000670 | 1048393 | 5 CTN | NEWPORT KINGS SOFT FSC | 10/20'S | 1/ 7.49 | 374.50 | 18 | | 61.05 | .0 | 305.20 |
| 808016 | 10 | 1230000002 | 1038046 | 2 CTN | CAMEL FILTER KING SZ FSC | 10/20'S | 1/ 6.89 | 137.80 | 19 | | 56.15 | .0 | 112.30 |
| Spec Order | 10 | 1230050204 | 1067839 | 11 CTN | RED KAMEL FILTER $.50 OFF | 10/20'S | 1/ 6.29 | 691.90 | 19 | | 51.15 | .0 | 562.65 |
| 808570 | 10 | 2820000356 | 1038362 | 2 CTN | MARLBORO 72'S SILVE BXFSC | 10/20'S | 1/ 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| 808562 | 10 | 2820000361 | 1038358 | 2 CTN | MARLBORO 72'S BLUE BX FSC | 10/20'S | 1/ 6.99 | 139.80 | 19 | .20 | 56.35 | .0 | 112.70 |
| Spec Order | 10 | 1230050204 | 1067840 | 11 CTN | RED KAMEL SMOOTH $.50 OFF | 10/20'S | 1/ 6.29 | 691.90 | 19 | | 51.15 | .0 | 562.65 |
| 808566 | 10 | 2820000563 | 1038360 | 10 CTN | MARLBORO 72'S RED BX FSC | 10/20'S | 1/ 6.99 | 699.00 | 19 | .20 | 56.35 | .0 | 563.50 |
| 800580 | 10 | 2820000965 | 1030361 | 3 CTN | MARLBORO 72'S GOLD BX FSC | 10/20'S | 1/ 6.99 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 800564 | 10 | 2820000562 | 1038359 | 3 CTN | MARLBORO 72'S GREEN BXFSC | 10/20'S | 1/ 6.98 | 209.70 | 19 | .20 | 56.35 | .0 | 169.05 |
| 808149 | 10 | 2040000034 | 1012976 | 5 CTN | MISTY BLUE BOX 120 LT FSC | 10/20'S | 1/ 6.19 | 309.50 | 19 | | 50.41 | .0 | 252.05 |
| 808154 | 10 | 2040000035 | 1012978 | 5 CTN | MISTY MEN GRN BX 120 FSC | 10/20'S | 1/ 6.19 | 309.50 | 19 | | 50.41 | .0 | 252.05 |
| 802400 | 10 | 1230000055 | 1035490 | 3 CTN | MORE FILTER 120 FSC | 10/20'S | 1/ 8.49 | 254.70 | 18 | | 69.46 | .0 | 208.38 |
| 804130 | 10 | 2820000892 | 1041714 | 2 CTN | VA SLIM SUPERS GOLD FFSFC | 10/20'S | 1/ 7.35 | 147.00 | 19 | | 60.11 | .0 | 120.22 |
| 807707 | 10 | 2820000076 | 1043716 | 3 CTN | VA SLIM SPERSLM PP FSC | 10/20'S | 1/ 7.39 | 221.70 | 19 | | 60.11 | .0 | 180.33 |
| 808704 | 10 | 2820000770 | 1043715 | 2 CTN | VA SLIM SUPERMEN PP100FSC | 10/20'S | 1/ 7.39 | 147.80 | 19 | | 60.11 | .0 | 120.22 |
| 800924 | 10 | 9059000043 | 1012123 | | CTN | FORTUNA GRENDE MEN BX FSC | 10/20'S | 1/ 5.19 | .00 | | | .00 | .0 | .00 |
| | | ZONE 20 CIGARETTE | | | # PIECES:  857 | | | | | | | | |
| 072008 | SN | 1.2 | 1210000036 | 1230034 | 18 ROL | COPENHAGEN LONG CUT MINT | 5/1.2Z | 1/ 4.69 | 422.10 | 21 | | 18.59 | .0 | 334.62 |
| Spec Order | SN | 1.2 | 4210002209 | 1230957 | 11 DSP | GRIZZLY LCS $3.50 | 5/1.2z | 1/ 3.59 | 197.45 | 22 | | 13.98 | .0 | 153.78 |
| 072007 | SN | 1.2 | 7310000107 | 1230005 | 54 ROL | COPENHAGEN | 5/1.2Z | 1/ 5.59 | 1,509.30 | 18 | | 23.00 | .0 | 1,242.00 |
| 072089 | SN | 1.2 | 7310000211 | 1230010 | 36 ROL | COPENHAGEN LONG CUT | 5/1.2Z | 1/ 5.59 | 1,006.20 | 18 | | 23.00 | .0 | 828.00 |
| 072015 | SN | 1.2 | 7310000140 | 1730421 | 18 ROL | SKOAL LONG CUT WINTERGREEN | 5/1.2Z | 1/ 5.59 | 505.10 | 18 | | 23.00 | .0 | 414.00 |
| 072024 | SN | 1.2 | 7310000276 | 1230020 | 18 ROL | COPENHAGEN LC WINTERGREEN | 5/1.2Z | 1/ 4.49 | 404.10 | 17 | | 18.59 | .0 | 334.62 |
| 072005 | SN | 1.2 | 7310000190 | 1230431 | 2 ROL | SKOAL BANDIT WINTERGREEN | 5/.47 | 1/ 5.79 | 57.90 | 21 | | 23.00 | .0 | 46.00 |
| 072010 | SN | 1.2 | 7310000313 | 1230313 | 18 ROL | RED SEAL LC WINTERGREEN | 5/1.5% | 1/ 5.29 | 476.10 | 18 | | 21.70 | .0 | 390.60 |
| 072047 | SN | 1.2 | 7310000282 | 1230024 | 6 ROL | COPENHAGEN LC STRAIGHT | 5/1.2Z | 1/ 4.49 | 134.70 | 17 | | 18.59 | .0 | 111.54 |
| 072602 | SN | 1.2 | 7310000615 | 1230023 | 3 ROL | LONG LC STRAIGHT | 5/1.2Z | 1/ 5.79 | 86.85 | 21 | | 23.00 | .0 | 69.00 |
| 070022 | | 1.2 | 1230000040 | 1230724 | 3 CTN | CAMEL SNUS FROST LARGE 1G | 5/.53Z | 1/ 5.15 | 77.25 | 18 | | 21.07 | .0 | 63.21 |
| 072354 | SN | 1.2 | 7310000457 | 1230568 | 3 ROL | SKOAL POUCHES MINT | 5/.82% | 1/ 5.79 | 86.85 | 21 | | 23.00 | .0 | 69.00 |
| 072021 | SN | 1.2 | 7310000283 | 1230029 | 10 ROL | COPENHAGEN LC SOUTHRN BLD | 5/1.2Z | 1/ 4.69 | 234.50 | 21 | | 18.59 | .0 | 185.90 |
| 072014 | SN | 1.2 | 7310000314 | 1230417 | 18 ROL | COPENHAGEN POUCHES | 5/.82% | 1/ 5.79 | 521.10 | 21 | | 23.00 | .0 | 414.00 |
| 072057 | SN | 1.2 | 7310000209 | 1230472 | 2 ROL | SKOAL XTRA LC RICH | 5/1.2Z | 1/ 4.69 | 46.90 | 21 | | 18.59 | .0 | 37.18 |
| 072239 | SN | 1.2 | 7310000469 | 1230410 | 2 ROL | SKOAL LONG CUT CITRUS | 5/1.2% | 1/ 5.79 | 57.90 | 21 | | 23.00 | .0 | 46.00 |
| 072065 | SN | 1.2 | 7310000217 | 1230476 | 4 ROL | SKOAL XTRA PCH RICH | 5/.82% | 1/ 4.69 | 70.35 | 21 | | 18.59 | .0 | 55.77 |

For WIC CARD information 1-800-934-3066

**CONTINUED**

HAR004728

**Appendix 37**

FILE COPY





**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

**MORE FOR YOUR STORE.**

BOSSIER
**100**

SHIP TO A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX          76706

HARRISON CUSTOMER # 017502

CST/IMP PERMIT#: 09002175          /07000620

**INVOICE**     363712
**TERMS: NET 30 DAYS**

CUSTOMER NO:  95751  135          PAGE:     4
LOAD NO:          1-42-003          DATE:   8/01/16
36

| REMARKS | TYPE CAT | UPC | ITEM | QTY UNIT | DESCRIPTION | COUNT | RETAIL | RET EXT | GP% | PROMO | PRICE | TAX | EXTENSION |
|---------|----------|-----|------|----------|-------------|-------|--------|---------|-----|-------|-------|-----|-----------|
| 078016 | 12 | 1238000060 | 1230693 | 3 CTN | CAMEL SNUS WINTERCHILL | 57.53% | 17 6.15 | 77.25 | 18 | | 21.07 | .0 | 63.21 |

ZONE: 30 TOB          # PIECES: 228

| CATEGORY | COST | RETAIL | PROFIT% | TAX PAID |
|----------|------|--------|---------|----------|
| 0012- CIG.& TOB. | 4,858.43 | 5,969.90 | 18.62 | .00 |
| 0010- CIGARETTES | 47,325.07 | 58,533.30 | 19.15 | .00 |
| CATEGORY TOTALS | 52,183.50 | 64,503.20 | 3.24 | .00 |

FILE COPY

For WE CARD information 1-800-934-3968

TOTAL CIG CARTONS.  857          TOBACCO:  228

| | Mkt. Allow | Retail | Avg Prft% | Promotion | Sub-Total | State Tax | City Tax | County Tax |
|---|-----------|--------|-----------|-----------|-----------|-----------|----------|------------|
| | | | | 232.00 | 52,183.50 | | | |

**PLEASE PAY**
**$52,183.50**
Payable in U.S. Funds

HAR004729

# EXHIBIT 3

# STATEMENT
# IMPERIAL TRADING COMPANY

### P. O. Box  676659
### Dallas, TX 75267-6659

TEL (504) 736-4040  A/R
FAX (504) 736-4156

| IMPORTANT |
| --- |
| 10/22/18 |

CHARGES OR PAYMENTS
AFTER THIS DATE
WILL APPEAR ON YOUR
NEXT STATEMENT

PAGE#:          1

SALES #        099

BOSSIER
## STATEMENT

DELIVERY DATE:     10/22/18

STATEMENT DATE:   10/22/18

PAGE#:        1

CUSTOMER #:        95750

**Sold To:**

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

**Ship To:**

CUSTOMER #:  95750

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX          75229

DETACH HERE

LOAD #:

SHIP TO:
A-Z WHOLESALE/D

| DATE | DESCRIPTION | | DUE | AMOUNT | DATE / REF.# | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 6/04/18 | INVOICE NUMBER | 324208 | X | 76,729.16 | 6/04/18 INV 324208 | X | 76729.16 |
| 6/11/18 | INVOICE NUMBER | 328792 | X | 90,004.06 | 6/11/18 INV 328792 | X | 90004.06 |
| 6/18/18 | INVOICE NUMBER | 333559 | X | 76,099.57 | 6/18/18 INV 333559 | X | 76099.57 |
| 6/25/18 | INVOICE NUMBER | 338248 | X | 84,222.61 | 6/25/18 INV 338248 | X | 84222.61 |
| 7/02/18 | INVOICE NUMBER | 342505 | X | 80,282.37 | 7/02/18 INV 342505 | X | 80282.37 |
| 7/09/18 | INVOICE NUMBER | 346987 | X | 78,383.01 | 7/09/18 INV 346987 | X | 78383.01 |
| 7/16/18 | INVOICE NUMBER | 350975 | X | 81,024.19 | 7/16/18 INV 350975 | X | 81024.19 |
| 7/23/18 | INVOICE NUMBER | 355515 | X | 83,859.85 | 7/23/18 INV 355515 | X | 83859.85 |
| 7/24/18 | INVOICE NUMBER | 356077 | X | 1,318.68 | 7/24/18 INV 356077 | X | 1318.68 |
| 7/25/18 | CREDIT MEMO | 813678/355515 | X | 1,318.68CR | 7/25/18 CM  813678 | X | 1318.68- |
| 7/26/18 | INVOICE NUMBER | 357958 | X | 5,780.10 | 7/26/18 INV 357958 | X | 5780.10 |
| 7/30/18 | INVOICE NUMBER | 360288 | X | 80,817.59 | 7/30/18 INV 360288 | X | 80817.59 |
| 8/06/18 | INVOICE NUMBER | 364338 | X | 10,442.50 | 8/06/18 INV 364338 | X | 10442.50 |
| 8/07/18 | INVOICE NUMBER | 364883 | X | 100,067.55 | 8/07/18 INV 364883 | X | 100067.55 |
| 8/13/18 | INVOICE NUMBER | 368808 | X | 105,911.66 | 8/13/18 INV 368808 | X | 105911.66 |
| 8/16/18 | CREDIT MEMO | 822019/368809 | X | 1,744.56CR | 8/16/18 CM  822019 | X | 1744.56- |
| 8/16/18 | CREDIT MEMO | 822020/368810 | X | 3,193.38CR | 8/16/18 CM  822020 | X | 3193.38- |
| 8/16/18 | CREDIT MEMO | 822021/368812 | X | 430.11CR | 8/16/18 CM  822021 | X | 430.11- |
| 8/16/18 | CREDIT MEMO | 822022/368811 | X | 99.58CR | 8/16/18 CM  822022 | X | 99.58- |
| 8/20/18 | INVOICE NUMBER | 373210 | X | 64,003.96 | 8/20/18 INV 373210 | X | 64003.96 |
| 8/22/18 | BANK CHG.-NSF | 032113 | X | 45.00 | 8/22/18 BNK  32113 | X | 45.00 |
| 8/22/18 | BANK CHG.-NSF | 032114 | X | 45.00 | 8/22/18 BNK  32114 | X | 45.00 |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED | | *CONTINUED |

AZ009765

OR CALL THE A/R DEPT AT (800) 743-1764

**Appendix 40**

# STATEMENT
## IMPERIAL TRADING COMPANY

P. O. Box 676659

Dallas, TX 75267-6659

TEL (504) 736-4040 A/R
FAX (504) 736-4156

**IMPORTANT**

10/22/18

CHARGES OR PAYMENTS
AFTER THIS DATE
WILL APPEAR ON YOUR
NEXT STATEMENT

PAGE#:  2

SALES #  099

BOSSIER
STATEMENT

DELIVERY DATE:   10/22/18

STATEMENT DATE:  10/22/18

PAGE#:   2

CUSTOMER #:   95750

LOAD #:

SHIP TO:
A-Z WHOLESALE/D

**Sold To:**

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

**Ship To:**

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX          75229

**CUSTOMER #:**  95750

DETACH HERE

| DATE | DESCRIPTION | | DUE | AMOUNT | DATE / REF.# | | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8/22/18 | BANK CHG.-NSF | 081718 | X | 45.00 | 8/22/18 BNK | 81718 | X | 45.00 |
| 8/22/18 | N.S.F. CHECK | 032113 | X | 38,895.70 | 8/22/18 NSF | 32113 | X | 38895.70 |
| 8/22/18 | N.S.F. CHECK | 032114 | X | 38,895.70 | 8/22/18 NSF | 32114 | X | 38895.70 |
| 8/22/18 | N.S.F. CHECK | 081718 | X | 39,870.93 | 8/22/18 NSF | 81718 | X | 39870.93 |
| 8/23/18 | BANK CHG.-NSF | 032115 | X | 45.00 | 8/23/18 BNK | 32115 | X | 45.00 |
| 8/23/18 | N.S.F. CHECK | 032115 | X | 38,895.70 | 8/23/18 NSF | 32115 | X | 38895.70 |
| 9/10/18 | INVOICE NUMBER | 386442 | X | 53,665.99 | 9/10/18 INV | 386442 | X | 53665.99 |
| 9/13/18 | CREDIT MEMO | 832809/386443 | X | 73.26CR | 9/13/18 CM | 832809 | X | 73.26- |
| 9/17/18 | INVOICE NUMBER | 390952 | X | 54,573.39 | 9/17/18 INV | 390952 | X | 54573.39 |
| 9/20/18 | CREDIT MEMO | 835427/390954 | X | 3,728.97CR | 9/20/18 CM | 835427 | X | 3728.97- |
| 9/20/18 | CREDIT MEMO | 835428/390953 | X | 2,990.28CR | 9/20/18 CM | 835428 | X | 2990.28- |
| 9/24/18 | INVOICE NUMBER | 395373 | | 66,244.71 | 9/24/18 INV | 395373 | | 66244.71 |
| 9/24/18 | N.S.F. CHECK | 032068 | X | 39,870.93 | 9/24/18 NSF | 32068 | X | 39870.93 |
| 9/27/18 | CREDIT MEMO | 837948/395373 | | 488.40CR | 9/27/18 CM | 837948 | | 488.40- |
| 9/28/18 | PAYMENT | 092818 | X | 7,181.75CR | 9/28/18 PMT | 92818 | X | 7181.75- |
| 10/01/18 | INVOICE NUMBER | 400017 | | 56,172.92 | 10/01/18 INV | 400017 | | 56172.92 |
| 10/01/18 | PAYMENT | 010118 | X | 30,000.00CR | 10/01/18 PMT | 10118 | X | 30000.00- |
| 10/02/18 | PAYMENT | 100218 | X | 30,000.00CR | 10/02/18 PMT | 100218 | X | 30000.00- |
| 10/03/18 | PAYMENT | 100318 | X | 30,000.00CR | 10/03/18 PMT | 100318 | X | 30000.00- |
| 10/04/18 | PAYMENT | 100418 | X | 30,000.00CR | 10/04/18 PMT | 100418 | X | 30000.00- |
| 10/05/18 | BANK CHG.-NSF | 032221 | X | 45.00 | 10/05/18 BNK | 32221 | X | 45.00 |
| 10/05/18 | PAYMENT | 100518 | X | 30,000.00CR | 10/05/18 PMT | 100518 | X | 30000.00- |

DETACH HERE

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED |

OR CALL THE A/R DEPT AT (800) 743-1764

AZ009766

**Appendix 41**

**STATEMENT**
# IMPERIAL TRADING COMPANY

P. O. Box  676659

Dallas, TX 75267-6659

TEL (504) 736-4040  A/R
FAX (504) 736-4156

| IMPORTANT |
| --- |
| 10/22/18 |

CHARGES OR PAYMENTS
AFTER THIS DATE
WILL APPEAR ON YOUR
NEXT STATEMENT

PAGE#:  3

SALES #  099

CUSTOMER #:  95750

BOSSIER
**STATEMENT**

DELIVERY DATE:  10/22/18

STATEMENT DATE:  10/22/18

PAGE#:  3

CUSTOMER #:  95750

LOAD #:

SHIP TO:
A-Z WHOLESALE/D

Sold To:

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

Ship To:

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX          75229

DETACH HERE

| DATE | DESCRIPTION | | DUE | AMOUNT | DATE / REF.# | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/09/18 | PAYMENT | 100918 | X | 37,500.00CR | 10/09/18 PMT 100918 | | 37500.00- |
| 10/10/18 | INVOICE NUMBER | 406356 | | 51,541.25 | 10/10/18 INV 406356 | | 51541.25 |
| 10/10/18 | PAYMENT | 101018 | X | 37,500.00CR | 10/10/18 PMT 101018 | | 37500.00- |
| 10/11/18 | PAYMENT | 101118 | X | 37,500.00CR | 10/11/18 PMT 101118 | | 37500.00- |
| 10/12/18 | PAYMENT | 101218 | X | 37,500.00CR | 10/12/18 PMT 101218 | | 37500.00- |
| 10/15/18 | INVOICE NUMBER | 409014 | | 71,040.39 | 10/15/18 INV 409014 | | 71040.39 |
| 10/15/18 | PAYMENT | 101518 | X | 30,000.00CR | 10/15/18 PMT 101518 | | 30000.00- |
| 10/16/18 | PAYMENT | 101618 | X | 30,000.00CR | 10/16/18 PMT 101618 | | 30000.00- |
| 10/17/18 | CREDIT MEMO | 845997/409014 | | 31.32CR | 10/17/18 CM  845997 | | 31.32- |
| 10/17/18 | PAYMENT | 101718 | X | 30,000.00CR | 10/17/18 PMT 101718 | | 30000.00- |
| 10/18/18 | PAYMENT | 101818 | X | 30,000.00CR | 10/18/18 PMT 101818 | | 30000.00- |
| 10/19/18 | PAYMENT | 101918 | X | 30,000.00CR | 10/19/18 PMT 101918 | | 30000.00- |
| 10/22/18 | INVOICE NUMBER | 413545 | | 93,670.72 | 10/22/18 INV 413545 | | 93670.72 |

DETACH HERE

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 76,115.55CR | 47,854.14 | 53,593.73 | 1,168,898.58 | 1,191,230.90 | .00 |

OR CALL THE A/R DEPT AT (800) 743-1764

AZ009767

# STATEMENT
# IMPERIAL TRADING COMPANY

P. O. Box  676659

Dallas, TX 75267-6659

TEL (504) 736-4040  A/R
FAX (504) 736-4156

**IMPORTANT**

10/22/18

CHARGES OR PAYMENTS
AFTER THIS DATE
WILL APPEAR ON YOUR
NEXT STATEMENT

PAGE#:  1

SALES #  099

BOSSIER
STATEMENT

DELIVERY DATE:  10/22/18

STATEMENT DATE:  10/22/18

PAGE#:  1

CUSTOMER #:  95751

| Sold To: | Ship To: | CUSTOMER #:  95751 |
|---|---|---|

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX        75229

A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX              76706

DETACH HERE

LOAD #:

SHIP TO:

A-Z WHOLESALE/W

| DATE | DESCRIPTION | | DUE | AMOUNT | DATE / REF.# | | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6/04/18 | INVOICE NUMBER | 324211 | X | 75,688.03 | 6/04/18 INV | 324211 | X | 75688.03 |
| 6/11/18 | INVOICE NUMBER | 328794 | X | 88,895.06 | 6/11/18 INV | 328794 | X | 88895.06 |
| 6/18/18 | INVOICE NUMBER | 333560 | X | 75,771.03 | 6/18/18 INV | 333560 | X | 75771.03 |
| 6/25/18 | INVOICE NUMBER | 338250 | X | 95,446.14 | 6/25/18 INV | 338250 | X | 95446.14 |
| 7/02/18 | INVOICE NUMBER | 342506 | X | 73,960.66 | 7/02/18 INV | 342506 | X | 73960.66 |
| 7/09/18 | INVOICE NUMBER | 346988 | X | 80,091.16 | 7/09/18 INV | 346988 | X | 80091.16 |
| 7/16/18 | INVOICE NUMBER | 350976 | X | 69,403.83 | 7/16/18 INV | 350976 | X | 69403.83 |
| 7/23/18 | INVOICE NUMBER | 355516 | X | 77,467.77 | 7/23/18 INV | 355516 | X | 77467.77 |
| 7/25/18 | CREDIT MEMO | 813679/355516 | X | 1,249.20CR | 7/25/18 CM | 813679 | X | 1249.20- |
| 7/26/18 | INVOICE NUMBER | 357960 | X | 18,186.10 | 7/26/18 INV | 357960 | X | 18186.10 |
| 7/30/18 | INVOICE NUMBER | 360289 | X | 69,314.61 | 7/30/18 INV | 360289 | X | 69314.61 |
| 8/01/18 | CREDIT MEMO | 816174/360289 | X | 41.12CR | 8/01/18 CM | 816174 | X | 41.12- |
| 8/06/18 | INVOICE NUMBER | 364339 | X | 18,814.99 | 8/06/18 INV | 364339 | X | 18814.99 |
| 8/07/18 | INVOICE NUMBER | 364884 | X | 85,083.15 | 8/07/18 INV | 364884 | X | 85083.15 |
| 8/13/18 | INVOICE NUMBER | 368813 | X | 97,479.92 | 8/13/18 INV | 368813 | X | 97479.92 |
| 8/20/18 | INVOICE NUMBER | 373211 | X | 98,613.43 | 8/20/18 INV | 373211 | X | 98613.43 |
| 8/23/18 | CREDIT MEMO | 824587/373211 | X | 4.88CR | 8/23/18 CM | 824587 | X | 4.88- |
| 9/10/18 | INVOICE NUMBER | 386444 | X | 48,338.66 | 9/10/18 INV | 386444 | X | 48338.66 |
| 9/13/18 | CREDIT MEMO | 832810/386445 | X | 508.64CR | 9/13/18 CM | 832810 | X | 508.64- |
| 9/14/18 | CREDIT MEMO | 832917/386444 | X | 417.06CR | 9/14/18 CM | 832917 | X | 417.06- |
| 9/17/18 | INVOICE NUMBER | 390955 | X | 56,411.26 | 9/17/18 INV | 390955 | X | 56411.26 |
| 9/24/18 | INVOICE NUMBER | 395374 | | 58,600.54 | 9/24/18 INV | 395374 | | 58600.54 |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED | *CONTINUED | | *CONTINUED |

OR CALL THE A/R DEPT AT (800) 743-1764

AZ009769

**Appendix 43**

# STATEMENT
# IMPERIAL TRADING COMPANY

P. O. Box 676659

Dallas, TX 75267-6659

TEL (504) 736-4040 A/R
FAX (504) 736-4156

| IMPORTANT |
| --- |
| 10/22/18 |

CHARGES OR PAYMENTS
AFTER THIS DATE
WILL APPEAR ON YOUR
NEXT STATEMENT

PAGE#: 2

SALES # 099

BOSSIER
STATEMENT

DELIVERY DATE:  10/22/18

STATEMENT DATE:  10/22/18

PAGE#:  2

CUSTOMER #:  95751

LOAD #:

SHIP TO:
    A-Z WHOLESALE/W

**Sold To:**

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

**Ship To:**

CUSTOMER #:  95751

A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX              76706

*DETACH HERE*

| DATE | DESCRIPTION | | DUE | AMOUNT | | DATE / REF.# | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9/27/18 | CREDIT MEMO | 837949/395374 | | 488.40CR | | 9/27/18 CM 837949 | | 488.40- |
| 10/01/18 | INVOICE NUMBER | 400018 | | 57,466.69 | | 10/01/18 INV 400018 | | 57466.69 |
| 10/10/18 | INVOICE NUMBER | 406357 | | 55,953.80 | | 10/10/18 INV 406357 | | 55953.80 |
| 10/15/18 | INVOICE NUMBER | 409015 | | 66,550.98 | | 10/15/18 INV 409015 | | 66550.98 |
| 10/22/18 | INVOICE NUMBER | 413546 | | 91,709.76 | | 10/22/18 INV 413546 | | 91709.76 |

*DETACH HERE*

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 329,793.37 | 56,411.26 | 47,412.96 | 1,022,920.68 | 1,456,538.27 | | .00 |

OR CALL THE A/R DEPT AT (800) 743-1764

AZ009770

Appendix 44

**S T A T E M E N T**
## IMPERIAL TRADING COMPANY

P. O. Box **676659**

**Dallas, TX 75267-6659**

TEL (504) 736-4040 **A/R**
FAX (504) 736-4156

| IMPORTANT |
| --- |
| 03/01/19 |

CHARGES OR PAYMENTS
AFTER THIS DATE
WILL APPEAR ON YOUR
NEXT STATEMENT

PAGE#: 1

SALES # 099

BOSSIER
**S T A T E M E N T**

DELIVERY DATE:  03/01/19

STATEMENT DATE:  03/01/19

PAGE#:  1

CUSTOMER #:  95750

LOAD #:

SHIP TO:
A-Z WHOLESALE/D

**Sold To:**

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

**Ship To:**     CUSTOMER #: 95750

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX          75229

DETACH HERE

| DATE | DESCRIPTION | | DUE | AMOUNT | DATE / REF. # | DUE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/29/18 | INVOICE NUMBER | 418036 | X | 70,186.96 | 10/29/18 INV 418036 | X | 70186.96 |
| 11/05/18 | INVOICE NUMBER | 422525 | X | 57,775.61 | 11/05/18 INV 422525 | X | 57775.61 |
| 11/12/18 | INVOICE NUMBER | 427133 | X | 56,021.58 | 11/12/18 INV 427133 | X | 56021.58 |
| 11/19/18 | INVOICE NUMBER | 431562 | X | 60,689.89 | 11/19/18 INV 431562 | X | 60689.89 |
| 11/26/18 | INVOICE NUMBER | 436031 | X | 76,438.74 | 11/26/18 INV 436031 | X | 76438.74 |
| 12/03/18 | INVOICE NUMBER | 440444 | X | 73,330.20 | 12/03/18 INV 440444 | X | 73330.20 |
| 12/10/18 | INVOICE NUMBER | 445067 | X | 93,135.93 | 12/10/18 INV 445067 | X | 93135.93 |
| 12/17/18 | INVOICE NUMBER | 449392 | X | 97,157.26 | 12/17/18 INV 449392 | X | 97157.26 |
| 12/26/18 | INVOICE NUMBER | 455217 | X | 62,816.49 | 12/26/18 INV 455217 | X | 62816.49 |
| 1/02/19 | INVOICE NUMBER | 010583 | X | 52,215.72 | 1/02/19 INV 10583 | X | 52215.72 |
| 1/07/19 | INVOICE NUMBER | 013969 | X | 67,740.70 | 1/07/19 INV 13969 | X | 67740.70 |
| 1/14/19 | INVOICE NUMBER | 018530 | X | 69,385.63 | 1/14/19 INV 18530 | X | 69385.63 |
| 1/21/19 | INVOICE NUMBER | 022559 | X | 57,993.27 | 1/21/19 INV 22559 | X | 57993.27 |
| 1/28/19 | INVOICE NUMBER | 027103 | X | 78,844.92 | 1/28/19 INV 27103 | X | 78844.92 |
| 2/04/19 | INVOICE NUMBER | 031987 | | 52,434.50 | 2/04/19 INV 31987 | | 52434.50 |
| 2/11/19 | INVOICE NUMBER | 036395 | | 73,970.96 | 2/11/19 INV 36395 | | 73970.96 |
| 2/18/19 | INVOICE NUMBER | 040755 | | 53,936.77 | 2/18/19 INV 40755 | | 53936.77 |
| 2/20/19 | N.S.F. CHECK | 006535 | X | 30,000.00 | 2/20/19 NSF 6535 | Y. | 30000.00 |
| 2/25/19 | INVOICE NUMBER | 045246 | | 71,912.55 | 2/25/19 INV 45246 | | 71912.55 |
| 2/28/19 | PAYMENT | 022819 | X | 11,600.64CR | 2/28/19 PMT 22819 | X | 11600.64- |
| 3/01/19 | PAYMENT | 003119 | X | 30,000.00CR | 3/01/19 PMT 3119 | X | 30000.00- |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| 240,254.11 | 78,844.92 | 57,993.27 | 836,894.71 | 1,214,387.01 | .00 |

AZ009997

OR CALL THE A/R DEPT AT (800) 743-1764

Appendix 45

# STATEMENT
# *IMPERIAL TRADING COMPANY*

P. O. Box **676659**

Dallas, TX **75267-6659**

TEL (504) 736-4040 A/R
FAX (504) 736-4156

| IMPORTANT |
|---|
| 03/01/19 |
| CHARGES OR PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT |
| PAGE#:   1 |
| SALES #   099 |

BOSSIER
## STATEMENT

DELIVERY DATE:   03/01/19

STATEMENT DATE:   03/01/19

PAGE#:   1

CUSTOMER #:   95751

LOAD #:

SHIP TO:
A-Z WHOLESALE/W

**Sold To:**

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

**Ship To:**

A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX          76706

**CUSTOMER #:** 95751

DETACH HERE

| DATE | DESCRIPTION | | DUE | AMOUNT | | DATE / REF.# | | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/18 | INVOICE NUMBER | 413546 | X | 91,709.76 | | 10/22/18 INV 413546 | | | 91709.76 |
| 10/29/18 | INVOICE NUMBER | 418037 | X | 70,124.23 | D | 10/29/18 INV 418037 | | | 70124.23 |
| 11/05/18 | INVOICE NUMBER | 422528 | X | 54,637.58 | E | 11/05/18 INV 422528 | | | 54637.58 |
| 11/12/18 | INVOICE NUMBER | 427134 | X | 53,600.71 | T | 11/12/18 INV 427134 | | | 53600.71 |
| 11/19/18 | INVOICE NUMBER | 431563 | X | 51,934.32 | A | 11/19/18 INV 431563 | | | 51934.32 |
| 11/26/18 | INVOICE NUMBER | 436032 | X | 64,406.71 | C | 11/26/18 INV 436032 | | | 64406.71 |
| 12/03/18 | INVOICE NUMBER | 440445 | X | 66,868.30 | H | 12/03/18 INV 440445 | | | 66868.30 |
| 12/10/18 | INVOICE NUMBER | 445068 | X | 95,773.09 | | 12/10/18 INV 445068 | | | 95773.09 |
| 12/17/18 | INVOICE NUMBER | 449397 | X | 93,210.19 | H | 12/17/18 INV 449397 | | | 93210.19 |
| 12/26/18 | INVOICE NUMBER | 455218 | X | 49,212.02 | E | 12/26/18 INV 455218 | | | 49212.02 |
| 1/02/19 | INVOICE NUMBER | 010584 | X | 64,300.37 | R | 1/02/19 INV 10584 | | | 64300.37 |
| 1/07/19 | INVOICE NUMBER | 013970 | X | 73,867.04 | E | 1/07/19 INV 13970 | | | 73867.04 |
| 1/14/19 | INVOICE NUMBER | 018531 | X | 69,196.02 | | 1/14/19 INV 18531 | | | 69196.02 |
| 1/21/19 | INVOICE NUMBER | 022561 | X | 51,189.51 | D | 1/21/19 INV 22561 | | | 51189.51 |
| 1/28/19 | INVOICE NUMBER | 027107 | X | 61,754.76 | E | 1/28/19 INV 27107 | | | 61754.76 |
| 2/04/19 | INVOICE NUMBER | 031988 | | 51,237.44 | T | 2/04/19 INV 31988 | | | 51237.44 |
| 2/11/19 | INVOICE NUMBER | 036396 | | 69,427.87 | A | 2/11/19 INV 36396 | | | 69427.87 |
| 2/18/19 | INVOICE NUMBER | 040756 | | 55,853.63 | C | 2/18/19 INV 40756 | | | 55853.63 |
| 2/25/19 | INVOICE NUMBER | 045247 | | 68,802.34 | H | 2/25/19 INV 45247 | | | 68802.34 |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 245,321.28 | 61,754.76 | 51,189.51 | 898,840.34 | 1,257,105.89 | .00 |

AZ009999

OR CALL THE A/R DEPT AT (800) 743-1764

**Appendix 46**

**STATEMENT**

**IMPERIAL TRADING COMPANY**

P. O. Box 676659

Dallas, TX 75267-6659

TEL (504) 736-4040 A/R
FAX (504) 736-4156

| IMPORTANT |
| --- |
| 06/12/20 |
| CHARGES OR PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT |

PAGE#: 1

SALES # 099

CUSTOMER #: 95750

**BOSSIER**
**STATEMENT**

DELIVERY DATE:    06/12/20

STATEMENT DATE:  06/12/20

PAGE#:    1

CUSTOMER #:    95750

Sold To:

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX          75229

Ship To:

A-Z WHOLESALE/DALLAS
11100 HARRY HINES BLVD.
DALLAS, TX          75229

D E T A C H   H E R E

LOAD #:

SHIP TO:

A-Z WHOLESALE/D

| DATE | DESCRIPTION | | DUE | AMOUNT | | DATE / REF. # | DUE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/29/18 | INVOICE NUMBER | 418036 | X | 70,186.96 | | 10/29/18 INV 418036 | X | 70186.96 |
| 11/05/18 | INVOICE NUMBER | 422525 | X | 57,775.61 | | 11/05/18 INV 422525 | X | 57775.61 |
| 11/12/18 | INVOICE NUMBER | 427133 | X | 56,021.58 | | 11/12/18 INV 427133 | X | 56021.58 |
| 11/19/18 | INVOICE NUMBER | 431562 | X | 60,689.89 | | 11/19/18 INV 431562 | X | 60689.89 |
| 11/26/18 | INVOICE NUMBER | 436031 | X | 76,438.74 | | 11/26/18 INV 436031 | X | 76438.74 |
| 12/03/18 | INVOICE NUMBER | 440444 | X | 73,330.20 | | 12/03/18 INV 440444 | X | 73330.20 |
| 12/10/18 | INVOICE NUMBER | 445067 | X | 93,135.93 | | 12/10/18 INV 445067 | X | 93135.93 |
| 12/17/18 | INVOICE NUMBER | 449392 | X | 97,157.26 | | 12/17/18 INV 449392 | X | 97157.26 |
| 12/26/18 | INVOICE NUMBER | 455217 | X | 62,816.49 | | 12/26/18 INV 455217 | X | 62816.49 |
| 1/02/19 | INVOICE NUMBER | 010583 | X | 52,215.72 | | 1/02/19 INV 10583 | X | 52215.72 |
| 1/07/19 | INVOICE NUMBER | 013969 | X | 67,740.70 | | 1/07/19 INV 13969 | X | 67740.70 |
| 1/14/19 | INVOICE NUMBER | 018530 | X | 69,385.63 | | 1/14/19 INV 18530 | X | 69385.63 |
| 1/21/19 | INVOICE NUMBER | 022559 | X | 57,993.27 | | 1/21/19 INV 22559 | X | 57993.27 |
| 1/28/19 | INVOICE NUMBER | 027103 | X | 78,844.92 | | 1/28/19 INV 27103 | X | 78844.92 |
| 2/04/19 | INVOICE NUMBER | 031987 | X | 52,434.50 | | 2/04/19 INV 31987 | X | 52434.50 |
| 2/11/19 | INVOICE NUMBER | 036395 | X | 73,970.96 | | 2/11/19 INV 36395 | X | 73970.96 |
| 2/18/19 | INVOICE NUMBER | 040755 | X | 53,936.77 | | 2/18/19 INV 40755 | X | 53936.77 |
| 2/25/19 | INVOICE NUMBER | 045246 | X | 71,912.55 | | 2/25/19 INV 45246 | X | 71912.55 |
| 3/04/19 | INVOICE NUMBER | 050049 | X | 69,472.08 | | 3/04/19 INV 50049 | X | 69472.08 |
| 5/30/19 | SHORT PAYMENT | 053019 | X | 3,173.88 | | 5/30/19 S/P 53019 | X | 3173.88 |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| .00 | .00 | .00 | 1,298,633.64 | 1,298,633.64 | .00 |

**A-Z 183**

OR CALL THE A/R DEPT AT (800) 743-1764

**STATEMENT**
# IMPERIAL TRADING COMPANY

P. O. Box 676659

Dallas, TX 75267-6659

TEL (504) 736-4040  A/R
FAX (504) 736-4156

| IMPORTANT |
|---|
| 06/12/20 |
| CHARGES OR PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT |

PAGE#:            1

SALES #        099

CUSTOMER #:  95751

BOSSIER
**STATEMENT**

DELIVERY DATE:      06/12/20

STATEMENT DATE:   06/12/20

PAGE#:        1

CUSTOMER #:      95751

LOAD #:

SHIP TO:
        A-Z WHOLESALE/W

**Sold To:**

A-Z WHOLESALERS, INC.
11100 HARRY HINES BLVD.
DALLAS, TX            75229

**Ship To:**

A-Z WHOLESALE/WACO
3630 S. I-35 EXIT 331
WACO, TX            76706

D E T A C H   H E R E

| DATE | DESCRIPTION | | DUE | AMOUNT | | DATE / REF.# | DUE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/22/18 | INVOICE NUMBER | 413546 | X | 91,709.76 | | 10/22/18 INV 413546 | X | 91709.76 |
| 10/29/18 | INVOICE NUMBER | 418037 | X | 70,124.23 | D | 10/29/18 INV 418037 | X | 70124.23 |
| 11/05/18 | INVOICE NUMBER | 422528 | X | 54,637.58 | E T | 11/05/18 INV 422528 | X | 54637.58 |
| 11/12/18 | INVOICE NUMBER | 427134 | X | 53,600.71 | A C | 11/12/18 INV 427134 | X | 53600.71 |
| 11/19/18 | INVOICE NUMBER | 431563 | X | 51,934.32 | H | 11/19/18 INV 431563 | X | 51934.32 |
| 11/26/18 | INVOICE NUMBER | 436032 | X | 64,406.71 | | 11/26/18 INV 436032 | X | 64406.71 |
| 12/03/18 | INVOICE NUMBER | 440445 | X | 66,868.30 | H E | 12/03/18 INV 440445 | X | 66868.30 |
| 12/10/18 | INVOICE NUMBER | 445068 | X | 95,773.09 | R E | 12/10/18 INV 445068 | X | 95773.09 |
| 12/17/18 | INVOICE NUMBER | 449397 | X | 93,210.19 | | 12/17/18 INV 449397 | X | 93210.19 |
| 12/26/18 | INVOICE NUMBER | 455218 | X | 49,212.02 | | 12/26/18 INV 455218 | X | 49212.02 |
| 1/02/19 | INVOICE NUMBER | 010584 | X | 64,300.37 | | 1/02/19 INV 10584 | X | 64300.37 |
| 1/07/19 | INVOICE NUMBER | 013970 | X | 73,867.04 | | 1/07/19 INV 13970 | X | 73867.04 |
| 1/14/19 | INVOICE NUMBER | 018531 | X | 69,196.02 | | 1/14/19 INV 18531 | X | 69196.02 |
| 1/21/19 | INVOICE NUMBER | 022561 | X | 51,189.51 | D | 1/21/19 INV 22561 | X | 51189.51 |
| 1/28/19 | INVOICE NUMBER | 027107 | X | 61,754.76 | E T | 1/28/19 INV 27107 | X | 61754.76 |
| 2/11/19 | INVOICE NUMBER | 036396 | X | 69,427.87 | A C | 2/11/19 INV 36396 | X | 69427.87 |
| 2/18/19 | INVOICE NUMBER | 040756 | X | 55,853.63 | H | 2/18/19 INV 40756 | X | 55853.63 |
| 2/25/19 | INVOICE NUMBER | 045247 | X | 68,802.34 | H E | 2/25/19 INV 45247 | X | 68802.34 |
| 3/04/19 | INVOICE NUMBER | 050052 | X | 70,833.64 | R E | 3/04/19 INV 50052 | X | 70833.64 |

| CURRENT | PAST DUE 1-7 | PAST DUE 8-14 | PAST DUE 15 & OVER | ACCOUNT BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| .00 | .00 | .00 | 1,276,702.09 | 1,276,702.09 | .00 |

## A-Z 184

OR CALL THE A/R DEPT AT (800) 743-1764

Appendix 48

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **HARRISON COMPANY, L.L.C.,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **v.** | § **CIVIL ACTION NO. 3:19-CV-1057-B** |
| | § |
| **A-Z WHOLESALERS, INC. and** | § |
| **BARKAT G. ALI,** | § |
| | § |
| **Defendants.** | § |

## DECLARATION OF DANIEL BURGOS

1.     My name is Daniel Burgos. I am over twenty-one years of age, of sound mind, and otherwise competent to make this declaration. I have never been convicted of a felony or crime involving moral turpitude. All statements in my declaration are true, correct, and based upon my personal knowledge gained from my position with Harrison Company, L.L.C. ("Harrison").

2.     I am a sales manager employed by Harrison and have held this position since 2014. Collectively attached to my declaration as Exhibit "1" are true, correct, and redacted copies of my 2018, 2019, and 2020 W-2s from Harrison.

3.     My duties and responsibilities at Harrison include, but are not limited to, being a point of contact for various Harrison customers. I am, and have been, A-Z Wholesalers, Inc. ("A-Z")'s account manager from 2017 until Harrison ceased selling to A-Z in 2019. I took over A-Z's account from Rodney Thomas when he left Harrison.

4.     As a Harrison sales manager, I only service accounts and customers that receive goods shipped from the Bossier City warehouse. Any new relationship I originate is serviced out

Appendix 49

of the Bossier City warehouse. In my experience, any new customer relationship requires a signed and approved credit application, agreement, and guaranty before the Bossier City warehouse will sell and deliver any product to that new customer. None of my accounts or customers receive goods shipped from Imperial Trading Company, LLC's warehouse in Elmwood, Louisiana.

5.     Since I became A-Z's account manager in 2017, I know that every A-Z order Harrison received during my time as A-Z's account manager was filled by Harrison from Harrison's warehouse in Bossier City, LA, and that Harrison delivered those products to an A-Z warehouse in Dallas, for A-Z's Dallas and Waco accounts. I only have Harrison accounts. All of my Harrison customers have their orders filled by Harrison from its Bossier City warehouse, including A-Z.

6.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2021.

_____
Daniel Burgos

DECLARATION OF DANIEL BURGOS – PAGE 2

Appendix 50

# EXHIBIT 1

## Left Form

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2018**

OMB No. 1545-0008

Copy C for employee's records

| d  Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 009798 ATLA/L7I 000060 | | A | 36 |

c  Employer's name, address, and ZIP code

HARRISON  COMPANY  LLC
701  EDWARDS  AVE
ELMWOOD  LA  70123

Batch  #02975

a/t Employee's name, address, and ZIP code

DANIEL  BURGOS
1813  CALADIUM  DRIVE
CORINTH  TX  76210

| b  Employer's FED ID number | a  Employee's SSA number |
|---|---|
| 72-0206790 | 3734 |
| 1  Wages, tips, other comp. | 2  Federal income tax withheld |
| 3  Social security wages | 4  Social security tax withheld |
| 5  Medicare wages and tips | 6  Medicare tax withheld |
| 7  Social security tips | 8  Allocated tips |
| 9  Verification Code  06d9-8d4d-bf61-84d0 | 10 Dependent care benefits |
| 11  Nonqualified plans | 12a See instructions for box 12  D |
| 14  Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15  State  Employer's state ID no.  TX | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## Right Form

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2019**

OMB No. 1545-0008

Copy C for employee's records

| d  Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 009798 ATLA/L7I 000060 | | A | 43 |

c  Employer's name, address, and ZIP code

HARRISON  COMPANY  LLC
701  EDWARDS  AVE
ELMWOOD  LA  70123

Batch  #02966

a/t Employee's name, address, and ZIP code

DANIEL  BURGOS
1813  CALADIUM  DRIVE
CORINTH  TX  76210

| b  Employer's FED ID number | a  Employee's SSA number |
|---|---|
| 72-0206790 | 3734 |
| 1  Wages, tips, other comp. | 2  Federal income tax withheld |
| 3  Social security wages | 4  Social security tax withheld |
| 5  Medicare wages and tips | 6  Medicare tax withheld |
| 7  Social security tips | 8  Allocated tips |
| 9 | 10 Dependent care benefits |
| 11  Nonqualified plans | 12a See instructions for box 12  D |
| 14  Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |
| 15  State  Employer's state ID no.  TX | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Plantiffs Exhibit
**P-024**

HAR006167

| Employee Reference Copy **W-2** Wage and Tax Statement | **2020** OMB No. 1545-0008 |
|---|---|

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 009798 ATLA/L7I | 000060 | | A                43 |

c   Employer's name, address, and ZIP code

**HARRISON COMPANY LLC**
**701 EDWARDS AVE**
**ELMWOOD LA 70123**

**Batch #03406**

e/f Employee's name, address, and ZIP code

**DANIEL BURGOS**
**1813 CALADIUM DRIVE**
**CORINTH TX 76210**

| b Employer's FED ID number 72-0206790 | a Employee's SSA number XXX-XX-3734 |
|---|---|
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp  Ret. plan  3rd party sick pay X |
| 15 State  Employer's state ID no. TX | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**CONFIDENTIAL**

**HAR006168**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

### DECLARATION OF CHRISTOPHER MCCLURE

1.      My name is Christopher McClure.  I am over twenty-one years of age, of sound mind, and otherwise competent to make this declaration.  I have never been convicted of a felony or crime involving moral turpitude.  All statements in my declaration are true, correct, and based upon my personal knowledge gained from my position with Harrison Company, L.L.C. ("Harrison").

2.      I am employed by Harrison, have been since 2014, and am currently Harrison's Director of Warehouse Operations.  I have held that position since 2020.  I was the Warehouse Manager for Bossier City from 2016 through 2020.  My office is at Harrison's warehouse located at 4801 Viking Drive, Bossier City, LA, which is Harrison's only warehouse.

3.      Collectively attached to my declaration as Exhibit "1," are true, correct, and redacted copies of my 2018, 2019, and 2020 W-2s from Harrison.

4.      As Director of Warehouse operations, I am responsible for, among other things, Harrison's employees.  Harrison employs everyone who works at its Bossier City warehouse.  I

am also responsible for everything Harrison receives or ships through its warehouse.  Harrison

supplies all of its customers with the products they order from Harrison's warehouse.

     5.     Harrison buys and owns all of the inventory in its Bossier City warehouse.  Since

I have been employed by Harrison, every A-Z order was filled by Harrison from its inventory in

its Bossier City warehouse.

     6.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on April _23_, 2021.

                                     Christopher McClure

# EXHIBIT 1

## Left Form

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2018**

OMB No. 1545-0008

Copy C for employee's records

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002801 ATLA/L7I 000070 | | A | 146 |

c Employer's name, address, and ZIP code

HARRISON COMPANY LLC
701 EDWARDS AVE
ELMWOOD LA 70123

Batch #02975

e/f Employee's name, address, and ZIP code

CHRISTOPHER MCCLURE
8102 BLANCHARD LATEX RD.
SHREVEPORT LA 71107

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 72-0206790 | 8109 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code e2b4-39a3-c3ea-0f2e | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See Instructions for box 12 D |
| 14 Other | 12b AA |
| | 12c DD |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 0087908001 | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

## Right Form

**Employee Reference Copy**

**W-2** Wage and Tax Statement **2019**

OMB No. 1545-0008

Copy C for employee's records

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002801 ATLA/L7I 000070 | | A | 144 |

c Employer's name, address, and ZIP code

HARRISON COMPANY LLC
701 EDWARDS AVE
ELMWOOD LA 70123

Batch #02966

e/f Employee's name, address, and ZIP code

CHRISTOPHER MCCLURE
8102 BLANCHARD LATEX RD.
SHREVEPORT LA 71107

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 72-0206790 | 8109 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See Instructions for box 12 D |
| 14 Other | 12b AA |
| | 12c DD |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 0087908001 | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**Plantiffs Exhibit P-025**

CONFIDENTIAL

HAR006169

| **W-2** | Employee Reference Copy Wage and Tax Statement | | **2020** OMB No. 1545-0008 | |
|---|---|---|---|---|

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002801 ATLA/L7I | 000070 | | **A**                  178 |

c  Employer's name, address, and ZIP code

**HARRISON   COMPANY   LLC**
**701   EDWARDS   AVE**
**ELMWOOD   LA   70123**

**Batch   #03406**

e/f  Employee's name, address, and ZIP code

**CHRISTOPHER   MCCLURE**
**8102   BLANCHARD   LATEX   RD.**
**SHREVEPORT   LA   71107**

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 72-0206790 | XXX-XX-8109 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12<br>D |
| 14 Other | 12b **AA**<br>12c **DD**<br>12d |
| | 13 Stat emp   Ret. plan   3rd party sick pay<br>X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| **LA** | 0087908001 | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**HAR006170**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **HARRISON COMPANY, L.L.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:19-CV-1057-B** |
| | § | |
| **A-Z WHOLESALERS INC. and** | § | |
| **BARKAT G. ALI,** | § | |
| | § | |
| **Defendants.** | § | |

## DECLARATION OF SCOTT FALEY

1.       My name is Scott Faley.  I am over twenty-one years of age, of sound mind, and otherwise competent to make this declaration.  I have never been convicted of a felony or crime involving moral turpitude.  All statements in my declaration are true, correct, and based upon my personal knowledge gained from my position with Harrison Company, L.L.C. ("Harrison").

2.       I am employed by Harrison, have been since 1994, and am currently Harrison's Transportation Manager.  I have held that position since 2008.  My office is at Harrison's warehouse located at 4801 Viking Drive, Bossier City, LA.

3.       Collectively attached to my declaration as Exhibit "1," are true, correct, and redacted copies of my 2018, 2019, and 2020 W-2s from Harrison.

4.       As Harrison's Transportation Manager, my duties and responsibilities include the Harrison trucks and drivers that deliver Harrison products to Harrison customers from Harrison's warehouse in Bossier City.

5.       Harrison leases its tractors and either leases or owns its trailers (together, "trucks").  Harrison registers its trucks with the Department of Transportation and employs its

own drivers. All Harrison products sold from Bossier City are delivered by Harrison to its customers. Harrison delivered products for A-Z's Dallas and Waco accounts to A-Z's Dallas warehouse. Every delivery to A-Z's warehouse in Dallas was made by Harrison in a Harrison truck.

6.     From 2017 through 2019, a "Manifest" that stated "Imperial" and "Bossier" evidenced every delivery from Harrison's warehouse in Bossier City, to A-Z's warehouse in Dallas. A Harrison driver and an A-Z customer representative signed each manifest. Harrison's drivers returned each original signed manifest to Bossier City, for Harrison's records. Collectively attached to my declaration as Exhibit "2" are true and correct copies of October 29, 2018 manifests for a delivery from Harrison to A-Z's warehouse in Dallas, for A-Z's Dallas and Waco accounts.

7.     Collectively attached to my declaration as Exhibit "3" are true and correct copies of photos that I personally took of Harrison trucks. I used the camera on my phone to take these pictures, I know how to operate my phone on my camera, and the images in Exhibit "3" are fair and accurate depictions. My photographs show what the Harrison trucks delivering to A-Z from 2017 through 2019 would look like.

8.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April __22__, 2021.

Scott Faley

# EXHIBIT 1

**W-2 Employee Reference Copy — Wage and Tax Statement 2018**

Copy C for employee's records    OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001530 ATLA/L7I 000090 | | A | 72 |

c Employer's name, address, and ZIP code

HARRISON   COMPANY   LLC
701 EDWARDS   AVE
ELMWOOD   LA   70123

Batch #02975

a/r Employee's name, address, and ZIP code

SCOTT   FALEY
4416 DEIDRA
BOSSIER   CITY   LA   71111

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 72-0206790 | 5522 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code 40b8-99aa-f16d-78e8 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D |
| 14 Other | 12b DD |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 0087908001 | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2 Employee Reference Copy — Wage and Tax Statement 2019**

Copy C for employee's records    OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001530 ATLA/L7I 000090 | | A | 74 |

c Employer's name, address, and ZIP code

HARRISON   COMPANY   LLC
701 EDWARDS   AVE
ELMWOOD   LA   70123

Batch #02966

a/r Employee's name, address, and ZIP code

SCOTT   FALEY
4416 DEIDRA
BOSSIER   CITY   LA   71111

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 72-0206790 | 5522 |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D |
| 14 Other | 12b DD |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 0087908001 | |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

Plantiffs Exhibit
P-026

CONFIDENTIAL

HAR006171

Employee   Reference   Copy

# W-2

Wage   and   Tax
Statement

# 2020

OMB   No.   1545-0008

Copy C for employee's records.

| d   Control number | Dept. | Corp. | Employer   use   only |
|---|---|---|---|
| 001530 ATLA/L7I | 000090 | | A                78 |

c   Employer's name, address, and ZIP code

**HARRISON   COMPANY   LLC**
**701   EDWARDS   AVE**
**ELMWOOD   LA   70123**

**Batch   #03406**

e/f  Employee's  name, address,  and ZIP code

**SCOTT   FALEY**
**4416   DEIDRA**
**BOSSIER   CITY   LA   71111**

| b   Employer's  FED ID number | a   Employee's  SSA number |
|---|---|
| 72-0206790 | XXX-XX-5522 |
| 1   Wages,  tips,  other  comp. | 2   Federal  income  tax  withheld |
| 3   Social  security  wages | 4   Social  security  tax  withheld |
| 5   Medicare  wages and tips | 6   Medicare  tax  withheld |
| 7   Social  security  tips | 8   Allocated  tips |
| 9 | 10 Dependent  care  benefits |
| 11  Nonqualified  plans | 12a See instructions for box 12   D |
| 14  Other | 12b  DD |
| | 12c |
| | 12d |
| | 13  Stat emp   Ret. plan   3rd party sick pay   X |

| 15  State | Employer's  state ID no. | 16 State wages,  tips, etc. |
|---|---|---|
| LA | 0087908001 | |
| 17 State  income  tax | | 18 Local  wages,  tips, etc. |
| 19  Local  income  tax | | 20 Locality  name |

CONFIDENTIAL

HAR006172

# EXHIBIT 2

BOSSIER

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

P.O. BOX 676659  DALLAS, TX 75267-6659  1-800-341-7567

**MORE FOR YOUR STORE.**

**SHIP TO:** A-Z WHOLESALE/DALLAS
95750   11100 HARRY HINES BLVD.
150     DALLAS, TX  75229
        972-484-1153

**MANIFEST**

**ROUTE: 1-42-004**
FOR DELIVERY ON 10/29/18

**NET 7 DAYS**

INVOICES   418036
AMOUNTS    $70186.96
PICK UPS

LABELS:
| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 249517 012p | 28678243 030p | 28678314 058p |
| 249518 030p | 28678244 030p | 28678315 043p |
| 2758839 030p | 28678245 030p | 28678316 055p |
| 2758840 030p | 28678246 030p | 28678317 005p |
| 2758841 030p | 28678247 030p | 28678353 004p |
| 2758842 030p | 28678248 030p | |
| 2758843 030b | 28678250 030p | |
| 2758844 030p | 28678251 030p | |
| 2758845 030b | 28678252 030p | |
| 2758846 030p | 28678253 030p | |
| 2758847 030b | 28678254 030p | |
| 2758848 030b | 28678255 001p | |
| 2758849 030b | 28678256 030p | |
| 28678030 030b | 28678258 030p | |
| 28678231 030p | 28678259 030p | |
| 28678232 030p | | |
| 28678233 003p | | |
| 28678234 030p | | |
| 28678235 030p | | |
| 28678236 030p | | |
| 28678237 030p | | |
| 28678238 030p | | |
| 28678240 030p | | |
| 28678241 030p | | |
| 28678242 030p | | |

40 Cases        5 Rd Tote

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

**Driver/Customer must verify # of Totes Delivered/Returned**
**Received boxes in place of totes? Make any adjustments on manifest.**

| DELIVERED TODAY | | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|---|
| | 5 | | | | | |

**MANIFEST TOTALS**                           Cust Initial
CIGARETTE CARTONS:        1126
TOTAL CIGARETTES FOR STOP: 1126
TOTAL UNITS ALL TOBACCO:    163

TOTAL FRESH CASES:           0
TOTAL CIG CASES DELIVERED:  40
TOTAL RED/BLUE TOTES DELIVERED: 5
TOTAL CASES DELIVERED:      45
RED/BLUE TOTES RETURNED:       ON LAST INV   4

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

COMMENTS _____   *NOTE Full CS deliveries are not in totes

**CUSTOMER SIGNATURE** X _____

**DRIVER SIGNATURE** X _____

A/R LOG# _____ DRIVER RETURN FORM# _____ C/S CONF# OR LOG# 515787

ANY SHORT/OVER, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

HAR000689

Appendix 65

**IMPERIAL.**
SUPER REGIONAL DISTRIBUTOR

BOSSIER

P.O. BOX 676659   DALLAS, TX 75267-6659  1-800-341-7567
**MORE FOR YOUR STORE.**

SHIP TO: A-Z WHOLESALE/WACO
95751
160
3630 S. I-35 EXIT 331
WACO, TX  76706
254-662-2400

**MANIFEST**

ROUTE: 1-42-005
FOR DELIVERY ON 10/29/18

NET 7 DAYS

INVOICES        416037
AMOUNTS     $70124.23
PICK UPS

LABELS:

| ZONE 20 CIGS | ZONE 20 CIGS | ZONE 30 TOB |
|---|---|---|
| 2758850 030p | 28678260 030p | 28678320 030p |
| 2758851 030p | 28678261 030p | 28678321 057p |
| 2758852 030p | 28678262 030p | 28678322 058p |
| 2758853 030p | 28678263 030p | 28678323 054p |
| 2758854 030p | 28678264 030p | 28678325 056p |
| 2758855 000p | 28678265 030p | 28678326 055p |
| 2758856 030p | 28678266 030p | 28678327 020p |
| 2758857 030p | 28678267 036p | 28678355 023p |
| 28678261 030p | 28678269 030p | |
| 28678262 030p | 28678290 036p | |
| 28678263 030p | 28678291 607p | |
| 28678264 030p | | |
| 28678265 030p | | |
| 28678266 030p | | |
| 28678267 030p | | |
| 28678268 030p | | |
| 28678269 030p | | |
| 28678271 030p | | |
| 28678272 030p | | |
| 28678273 030p | | |
| 28678274 030p | | |
| 28678275 030p | | |
| 28678276 030p | | |
| 28678277 030p | | |
| 28678278 030p | | |

38 Cases        8 Rd Tote

IF DRIVER NOT PICKING UP EMPTY TOTES PLEASE CALL TRANS OFFICE @1-800-341-7567

## Driver/Customer must verify # of Totes Delivered/Returned
## Received boxes in place of totes? Make any adjustments on manifest.

| DELIVERED TODAY | 8 | VERIFY TODAY | EMPTY TOTES | PICKUP +TOTES | TOTAL TOTES RETURNED | CUST INTL |
|---|---|---|---|---|---|---|

**MANIFEST TOTALS**

| | | Cust Initial |
|---|---|---|
| CIGARETTE CARTONS: | 1657 | RCA |
| TOTAL CIGARETTES FOR STOP: | 1657 | |
| TOTAL UNITS ALL TOBACCO: | 380 | |
| TOTAL FRESH CASES: | 0 | |
| TOTAL CIG CASES DELIVERED: | 36 | |
| TOTAL RED/BLUE TOTES DELIVERED: | 8 | |
| TOTAL CASES DELIVERED: | 44 | |
| RED/BLUE TOTES RETURNED: | | ON LAST INV   8 |

YOUR INITIALS CONFIRM THAT CASE COUNT HAS BEEN VERIFIED

*NOTE Full CS deliveries are not in totes

COMMENTS

CUSTOMER SIGNATURE X _____ 10-29-18

DRIVER SIGNATURE X

ANY SHORTAGE/OR, DRIVER MUST CALL C/S FOR LOG#
CUST WILL NEED LOG# WHEN CALLING C/S AFTER DEL

A/R LOG# _____ DRIVER RETURN FORM# _____ C/S CONF# OR LOG# _____

I acknowledge receipt of the product(s) listed on the above referenced invoice(s) and by signing this document agree that the company and/or person listed below is financially responsible for paying the amount of the invoice(s), and all costs and attorney fees associated with any collection efforts, to Imperial Trading Co., Inc. All amounts not paid within 30 days after invoice date, with a minimum charge of .50 per month.

SOLD TO: A-Z WHOLESALERS, INC.   11100 HARRY HINES BLVD.   DALLAS, TX   75229

HAR000690

Appendix 66

# EXHIBIT 3



Plaintiffs Exhibit
P-027

HAR006111

Appendix 68



HAR006112



HAR006113



HAR006114

Appendix 71



HAR006115

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  DALLAS DIVISION

HARRISON COMPANY, LLC,       )
                             )
          Plaintiff,         )
                             )
vs.                          )  3:19-CV-01057-B
                             )
A-Z WHOLESALERS INC. and     )
BARKAT G. ALI,               )
                             )
          Defendants.        )

               PRETRIAL CONFERENCE
        BEFORE THE HONORABLE JANE J. BOYLE
           UNITED STATES DISTRICT JUDGE
                 MARCH 26, 2021
               A P P E A R A N C E S
For the Plaintiff:

     LOCKE LORD, LLP
     2200 Ross Avenue - Suite 2800
     Dallas, TX  75201
     214/740-8514
     Email: dswanson@lockelord.com
     BY:  DAVID L. SWANSON
     Email: junis@lockelord.com
          JOSEPH A. UNIS, JR.
     Email:  haley.owen@lockelord.com
          HALEY MOWDY OWEN


For the Defendants:

     JOYCE W. LINDAUER ATTORNEY, PLLC
     1412 Main Street - Suite 500
     Dallas, TX  75202
     972/503-4033
     Email: joyce@joycelindauer.com
     BY:  JOYCE W. LINDAUER
     Email:  guy@joycelindauer.com
          GUY HOLMAN
and
     LAW OFFICES OF FRANK J. WRIGHT, PLLC
     2323 Ross Avenue - Suite 730
     Dallas, TX  75201
     214/238-4153
     Email: jeff@fjwright.law
     BY:  JEFFREY MICHAEL VETETO
```

```
COURT REPORTER:   SHAWNIE ARCHULETA, TX CCR No. 7533
                  1100 Commerce Street
                  Dallas, Texas  75242

proceedings reported by mechanical stenography,
transcript produced by computer.
```

3

```
 1              (In open court at 9:08 a.m.)
 2              THE COURT:  Good morning.
 3              For the record, this is Civil Action
 4    3:19-CV-1057.
 5              We're at the pretrial conference for
 6    Harrison, LLC, versus A to Z Wholesalers, et al.
 7              Who is here for the plaintiff?  Lead
 8    counsel first.
 9              MR. SWANSON:  Good morning, Your Honor,
10    David Swanson.
11              THE COURT:  You can take your mask off as
12    long as you are immune.
13              Did you take your shots?
14              MR. SWANSON:  I've had both my shots.
15              THE COURT:  Okay.  Good.
16              MR. SWANSON:  David Swanson for the
17    Plaintiff, Harrison Company, along with --
18              THE COURT:  Stand up and announce yourself
19    and take your mask off.
20              MR. UNIS:  Joe Unis, Your Honor, for the
21    Plaintiff, Harrison Company, LLC.
22              THE COURT:  Mr. Unis, yes, nice to see
23    you.
24              MR. UNIS:  Nice to see you.
25              MS. OWEN:  Haley Owen, also for the
```

4

```
1  Plaintiff, Harrison Company, LLC.
2           THE COURT:  Thank you very much.  And for
3  the Defense?
4           MS. LINDAUER:  And Joyce Lindauer for the
5  Defendants, A to Z and Mr. Barkat.
6           THE COURT:  Mr. Barkat is who?
7           MS. LINDAUER:  I'm sorry, he's one of the
8  defendants, Ali Barkat.  We represent both of them.
9           THE COURT:  Okay.  I see.  I see.
10          Go ahead and sit down.
11          I came up with the idea that I think this
12 case has very little jury appeal, but it's up to
13 you, if you would maybe try this as a bench trial.
14          You know, it's not going to make any
15 difference to me -- I mean, I will make sure it
16 doesn't make any difference to me, but I would love
17 for you to try this as a bench trial, because I
18 think these are just legal issues.
19          Yes, Mr. Swanson.
20          MR. SWANSON:  Yes, Your Honor.  We have no
21 objection.  As a matter of fact, we even suggested
22 right before we got the Court's email that we could
23 try this case on stipulated exhibits and facts,
24 because we think there is no fact issue, and it's
25 just a legal issue or legal issues.
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**

Appendix 76

```
 1            THE COURT:  I think so, too.
 2            Ms. Lindauer.
 3            MS. LINDAUER:  Your Honor, we discussed it
 4  with our clients, and they are just adamant that if
 5  we are going to have a trial, they would like a
 6  jury, so. . .
 7            THE COURT:  I mean -- okay.  But you do
 8  understand, don't you, that this is just
 9  hypertechnical stuff that they're really going to be
10  confused about.  And I hope you can make it simple.
11  I know, Ms. Lindauer, you've done that, and I'm sure
12  you've counseled them, but it's much better as a
13  bench trial.
14            Do you want to talk to them some more?
15            MS. LINDAUER:  Can I be real candid with
16  the Court?
17            THE COURT:  Yes.
18            MS. LINDAUER:  They're scared to death of
19  you.
20            THE COURT:  Why?  Come up to the lecturn,
21  please.
22            MS. LINDAUER:  Okay.  Well, I think
23  they've read a number of your rulings, and they
24  are -- they are hypertechnical rulings, obviously,
25  but I think it scared them.
```

6

```
 1              And you have to realize, one of our
 2   defendants, Mr. Barkat, is like 78 years old.  He's
 3   a cancer survivor.  He's an elderly gentleman.  And
 4   he is just very concerned that -- he feels like he
 5   should have a jury trial.  So that's the reason that
 6   they are so insistent on having a jury trial.
 7              THE COURT:  All right.  They're going to
 8   get one.
 9              MS. LINDAUER:  No fault on yours.
10              THE COURT:  I know.
11              MS. LINDAUER:  You're doing your job, but
12   you understand the perception of clients can
13   sometimes be different perhaps, so. . .
14              THE COURT:  That's fine, Ms. Lindauer.  I
15   appreciate you making the effort.
16              So, Mr. Holman, who are you?  Is he an
17   officer?  Director?
18              MS. LINDAUER:  No, he's an associate with
19   our law firm.
20              THE COURT:  Okay?  No one is here for the
21   parties.
22              MS. LINDAUER:  No, we didn't bring
23   parties.
24              THE COURT:  I'm sorry.  I didn't know.
25              MS. LINDAUER:  No.  And then the other
```

Appendix 78

```
 1   gentleman is actually a clerk that works at our
 2   firm.
 3            THE COURT:  I have Larry Boyd, Clerk, but
 4   you didn't identify Mr. Holman.
 5            Thank you, Mr. Holman.
 6            MR. HOLMAN:  Thank you, Your Honor.
 7            THE COURT:  Let's get started, then.
 8            All right.  Let's start with the
 9   Plaintiff's Motions in Limine.
10            Okay.  I think -- I'm hoping you-all have
11   agreed to all of these.  But Defense, will you tell
12   me which of those you have agreed to so we don't
13   have to go through them?
14            Would you come up here, please?
15            MS. LINDAUER:  Sure.  Yes, ma'am.
16            We actually filed a response.
17            THE COURT:  No, this is your motions in
18   limine.  I want to hear from the defense.
19            MS. LINDAUER:  We are the defense.
20            You want to hear from the Plaintiff?
21            THE COURT:  Yes.
22            MS. LINDAUER:  All right.  Thank you.
23            MR. UNIS:  May it please the Court.
24            Your Honor, our motions in limine address
25   seven specific topics, one of which has two
```

1  subtopics.

2          Defendants did file a response this

3  morning that I have had an opportunity to review.  I

4  don't know if we've agreed to anything.  It seems as

5  if they are willing to limit certain testimony, and

6  they agreed to some of the factual bases pursuant to

7  which we filed our limines.

8          So in the interest of judicial economy and

9  efficiency, I don't want to have to go 1 through 7.

10  But if that's what the Court prefers, I certainly

11  will.

12          THE COURT:  Well, if they haven't agreed

13  to them for sure on the record, then let's go

14  through them.

15          MR. UNIS:  Yes, Your Honor.

16          THE COURT:  I'm going to have you do it

17  one by one.  Okay?

18          MR. UNIS:  Understood.

19          The first motion in limine, Your Honor, is

20  any argument regarding alleged payment and/or offset

21  that the Defendants did not plead; payment is an

22  affirmative defense.

23          We cite to authority in our brief.  This

24  gets to the amount of the debt, if there is any fact

25  question.

```
 1              THE COURT:  You only have one affirmative
 2   defense.
 3              MR. UNIS:  We're the plaintiffs.
 4              THE COURT:  I'm sorry, I'm confused.
 5              MR. UNIS:  I understand there's a lot to
 6   follow.
 7              The only affirmative defense -- or I guess
 8   there's two that are still at issue --
 9              THE COURT:  Standing.
10              MR. UNIS:  -- is really standing.
11              And so throughout this litigation, Your
12   Honor, if you recall our summary judgment motions,
13   we put on extensive proof from our client's
14   controller, Ms. Sandy Zazulak, that established the
15   amount of the debt three or four different ways.
16   And they all led to the same conclusion, which is
17   also addressed in the Court's most recent ruling,
18   ECF-110, on our Motion for Reconsideration.
19              So we don't think there's any dispute as
20   to the amount owed.  We would like to stipulate to
21   that.
22              THE COURT:  Let me hear from Ms. Lindauer.
23              Come on up here.
24              MS. LINDAUER:  Thank you.
25              THE COURT:  What's your beef with the
```

```
1  Motion in Limine Number 1?
2          MS. LINDAUER:  Motion in Limine Number 1,
3  I would agree with them that we would not be using
4  documents to prove the amount due and owing.  That
5  would be their documents.
6          But the documents that reflect the amount
7  due and owing also reflect who was actually charging
8  the amounts due and owing.  So that's the snaggy
9  part of that.
10          So while they may not be offered to
11 actually prove up the total amount due -- and I
12 would agree, there's really not a dispute over how
13 much is owed.  But the actual payment invoices and
14 shipping manifests and all of that stuff goes to the
15 question of who was the actual party.
16          THE COURT:  I agree.
17          MS. LINDAUER:  So you understand the
18 issue.
19          So we're not using it for the purpose they
20 are suggesting, and we put that in our response.
21          Really, we think it goes to the question
22 of standing.
23          THE COURT:  Mr. Unis, come on up.  You can
24 just --
25          MS. LINDAUER:  Stay here.
```

11

```
 1              THE COURT:  Fine.
 2              MS. LINDAUER:  Have you had any shots?
 3              MR. UNIS:  I've had my first dose.
 4              MS. LINDAUER:  I've had two, so I just
 5    wanted to be sure.
 6              MR. UNIS:  Your Honor, I think with the
 7    stipulation it's not confusing, and I have no issue
 8    with the exhibits.
 9              We're not disputing the fact that they say
10    "Imperial-Bossier."  I think it becomes potentially
11    confusing and prejudicial for the jury if you are
12    putting in all this evidence of payment, and then
13    they're asked to somehow determine what the amount
14    is.
15              THE COURT:  Ms. Lindauer, what can you
16    agree to?
17              MS. LINDAUER:  Your Honor, I think we can
18    agree to the amount.
19              THE COURT:  Okay.
20              MS. LINDAUER:  To the extent that they
21    establish -- the real question here is who is
22    liable, or who is responsible.
23              THE COURT:  Right.
24              MS. LINDAUER:  That's the question.  Yeah,
25    I don't think there's really a dispute as to the
```

```
 1    amount.  If we're off for a few dollars, we're not
 2    going to argue about that.
 3            THE COURT:  So you're going to stipulate
 4    to the amount owed, but you want those other
 5    documents, then, to show the people transacting.
 6            What about that?
 7            MR. UNIS:  I think I'm agreeable to that.
 8    I would like to confer with my co-counsel --
 9            THE COURT:  Sure.
10            MR. UNIS:  -- Your Honor.  But I really do
11    believe it's a binary issue.  It's either zero or
12    the amount we have pled.
13            THE COURT:  Okay.  I'm going to grant in
14    part and deny in part -- assuming your partner
15    agrees -- with the amount stipulated to.  You-all
16    put together a stipulation, and the other -- yes,
17    sir.  Mr. Swanson?
18            MR. SWANSON:  I just wanted to clarify
19    before I agreed or disagreed.  I agree with the
20    stipulation to the amount sought.  I got a little
21    sidetracked on the second part of that, which is the
22    manifests and the statements.  Was that -- was that
23    the part --
24            THE COURT:  Ms. Lindauer, why don't you
25    explain.
```

```
 1              MS. LINDAUER:  Understood.  So as I
 2   understood it, the limine that was filed addressed
 3   certain exhibits that would go to the actual amount
 4   being claimed, as well as perhaps delivery of the
 5   goods that make up that amount.
 6              I don't think we're disputing -- because
 7   we don't have a defense on it -- the amount that
 8   you're claiming.  The dispute is who was the
 9   contract with or who was the agreement with with
10   regard to those particular amounts.
11              So I think the documents come in under
12   that theory, but not to prove the actual amount due.
13   I think we can agree that the amount due --
14              THE COURT:  I will give them a limiting
15   instruction.
16              MS. LINDAUER:  Right.  Right.  So I think
17   we can agree on the amount due.
18              MR. SWANSON:  Right.  And the only
19   clarification -- and I proposed this yesterday when
20   we were conferring -- is Ms. Lindauer can argue
21   whatever she wants about what she thinks the
22   documents mean or say.
23              We would ask her to identify, because the
24   Court's scheduling order, 9C, said a specific
25   description.
```

14

```
 1              THE COURT:  All of the exhibits should be
 2    described and numbered by now.
 3              MS. LINDAUER:  They are.
 4              MR. SWANSON:  But this goes to those
 5    exhibits.  Because Imperial Trading Company-Bossier
 6    is critical to the description of the manifests, the
 7    statements, the invoices.  It's on every one of
 8    them.
 9              And that's critical because -- one more
10    thing.
11              THE COURT:  No, no, I'm just going to tell
12    her to be quiet.
13              MS. LINDAUER:  I'm being quiet.
14              MR. SWANSON:  One more thing.  Plaintiff's
15    Exhibit 6 -- and I don't think you objected to it,
16    because you produced it -- is a letter to all the
17    Harrison customers dated October 1st, 2014, that
18    says, "We're going to call Harrison Imperial Trading
19    Company-Bossier."  Tells every customer that.
20    They've got a copy and have produced it back to us.
21              So I just don't want the confusion for the
22    jury, because they're going to say, "Oh, I'm doing
23    business with Imperial Trading."  Well, it says
24    "Imperial Trading Company-Bossier."  That's what the
25    letter said you're going to get.
```

 1          THE COURT:  Well, I think this is just the
 2   dispute.
 3          MR. SWANSON:  It's not a fact question,
 4   it's a legal question.  We admit, we stipulate, that
 5   those invoices say "Imperial Trading
 6   Company-Bossier."  We stipulate that the statements
 7   say that.  We stipulate that the Bills of Lading
 8   that are not even left with the customer, they are
 9   signed when the truck driver brings them back to
10   Bossier City.
11          We stipulate -- we sent over 40
12   stipulations, a couple that say all that's true.
13          We think the question is for the Court,
14   taking that landscape, is the remaining fact
15   question.  Because I don't think we ask the jury,
16   "Do you find from a preponderance of the evidence
17   that Harrison Company has standing."
18          THE COURT:  Well, I looked that up this
19   morning, and I can't tell yet.  I thought it was a
20   question for the Court.  Yeah.
21          MR. SWANSON:  We both agree -- actually,
22   the one thing the parties agreed on back last --
23   when we filed our cross-motions was that we admit
24   that they say "Imperial."  We explain why they say
25   "Imperial."  We're not going to ask the jury -- it's

1    not whether the light was green or red, it's on

2    there.  And we don't want people talking about

3    the -- the limiting instruction is, "This means

4    this," the Court gets to decide what a document is.

5              THE COURT:  How do you think this plays

6    out in your scenario?

7              MR. SWANSON:  I think we stipulate to the

8    admissibility and description of all those exhibits,

9    and they stipulate to the amount.  And then we all

10   come to you and say, "Do you think there's a fact

11   question?  And, if so, what is it?"  Because I don't

12   want to waste the Court's time or these people's

13   time or her time or her clients'.

14             THE COURT:  Ms. Lindauer.

15             MS. LINDAUER:  I think I heard some sort

16   of motion.

17             THE COURT:  Excuse me.  One at a time.

18   Slowly.

19             MS. LINDAUER:  So let me just address the

20   actual dispute that came up.

21             So we have a stack of invoices that say,

22   "Imperial Trading."  And they have a little notation

23   on there that says, "Bossier."  All right?

24             So what they want is, when we refer to

25   those exhibits with the jury, we call them the

```
1    "Imperial Trading-Bossier invoices."

2            And I said, "Well, why do we have to do

3    that?  You can call them whatever you want to call

4    them, and I will call them whatever I want to call

5    them.  They are Imperial Trading invoices.  Now, you

6    might want to point out to the jury that they say

7    'Bossier' on there and that that has some sort of

8    meaning in the greater context.  But I don't think I

9    should be limited to have to say all of these are

10   Imperial Trading-Bossier, they are just Imperial

11   Trading invoices."

12           That was the argument we were having

13   yesterday afternoon.

14           And he said, "Well, the judge said we both

15   have to agree on what we call these documents."

16           THE COURT:  No, you don't.

17           MS. LINDAUER:  I don't think we need to.

18   You can call them soup to nuts, and I can call them

19   candy.  It's just whatever we want to call them.  So

20   saying they are Imperial Trading-Bossier, that's

21   fine, that can be his position.

22           So do you understand what the issue is?

23           THE COURT:  Yes.

24           MS. LINDAUER:  Okay.  Got it.

25           MR. SWANSON:  Which goes back to if
```

1   there's no dispute as to the amount due and owing,

2   it goes to the relevance or admissibility of any of

3   those underlying statements.

4           THE COURT:  I see the relevance, though.

5   Because they're trying to say that it was you and

6   them, right?

7           MS. LINDAUER:  Right.

8           MR. SWANSON:  Well, Imperial is not in the

9   courtroom.  So you, Harrison, is here, not you,

10  Imperial.

11          THE COURT:  Doesn't matter.  Imperial is

12  very much in the case.

13          MR. SWANSON:  Yeah, right.  It doesn't

14  have a claim in the case.

15          THE COURT:  No, no, no.  But Imperial is

16  part of the fabric of this case.

17          MR. SWANSON:  Right.  And we've explained

18  that.  And I don't think there's a fact dispute as

19  to where Imperial sits in this case.

20          That's where I was going.

21          THE COURT:  Ms. Lindauer, where is the

22  fact dispute?

23          MS. LINDAUER:  The fact dispute is -- and

24  I think you did a good job of outlining it in the

25  last order that you entered.  So I grabbed it, your

```
 1  memorandum opinion and order -- which is now, by the
 2  way on Westlaw.  So you made some law there --
 3  Document 110.  I think you pointed out that there
 4  are competing factual elements over the question of
 5  who, in fact, were we doing business with and who
 6  did we have a responsibility to pay.
 7            THE COURT:  Yeah.
 8            MS. LINDAUER:  Let me give you an example.
 9            We thought about this a lot.
10            So Verizon and AT&T, these telephone
11  companies, are all the time changing and merging.
12  So you've got --
13            THE COURT:  Slow down.
14            MS. LINDAUER:  Okay.  So you've got your
15  cell phone with Verizon, right?  And you deal with
16  Verizon for three or four years.  All of a sudden
17  you get a bill from AT&T.
18            AT&T says, "Now pay us on your cell phone
19  bill."  And you go and you look and you say, "Oh,
20  there was some kind of transaction between AT&T and
21  Verizon."  So you start paying AT&T, and you pay
22  them for a couple years.
23            And then all of a sudden, maybe you quit
24  paying, you can't afford to pay, whatever, and then
25  you get a lawsuit from Verizon, not AT&T.
```

```
 1              And you say, "Wait a minute.  I thought I
 2    owed AT&T.  I didn't think I had Verizon anymore.
 3    You told me I owed AT&T."
 4              That's essentially the dispute here is,
 5    who is responsible as far as who -- are we
 6    responsible to pay?  And when you tell us that this
 7    is the responsible party, Imperial.  We write you
 8    checks.  We order goods from you.  We do all these
 9    things for a couple of years, not just for a moment,
10    for a couple of years.  And then you come back and
11    say, "Well, now you're in default.  Don't pay
12    Imperial, who you have been dealing with, pay
13    Harrison."
14              THE COURT:  Describe for me the fact
15    issues.  What's at issue?
16              MS. LINDAUER:  So the fact issue, I think,
17    is, when did the relationship -- if it ever ended,
18    when did the relationship between Harrison and A-Z
19    actually end?  Did it end when Imperial started
20    sending their invoices and goods?  Or did that
21    relationship with Harrison continue even though we
22    were getting documents from Imperial?  So I think
23    there's a question about the relationships of these
24    various parties.
25              Our position is, Your Honor, very simple,
```

1   that the credit agreement that forms the basis of

2   their claims was between A-Z and Harrison.  I don't

3   think there's any dispute about that.  We agreed to

4   that exhibit.

5          But at some point, the relationship

6   between A-Z and Harrison stopped, and then A-Z

7   started doing business with Imperial, and there was

8   no subsequent credit agreement.

9          Now, there was an offer of a credit

10  agreement, and that will be some of the testimony.

11  But there was never a signed credit agreement

12  between Imperial and A-Z.  So all we have, then, are

13  the invoices.

14          THE COURT:  Okay.

15          MS. LINDAUER:  So the invoices, in

16  essence, become the contract, if you will, between

17  Imperial and A-Z.

18          THE COURT:  This is why I told you this is

19  going to be confusing for the jury.

20          MS. LINDAUER:  But I think it's a little

21  common sense, if you think about it.  Because,

22  again, go back to my analogy, which is people deal

23  with these issues -- okay, another one.  You have a

24  mortgage.  Your mortgage is with --

25          THE COURT:  I know all this.

```
 1              MS. LINDAUER:  But you see what I'm
 2    saying?  These companies do this, but at some point
 3    that relationship is defined for a period of time,
 4    and then this relationship is defined for a period
 5    of time --
 6              THE COURT:  Okay.
 7              MS. LINDAUER:  -- so. . .
 8              THE COURT:  Mister -- I'm sorry.
 9              MR. SWANSON:  Swanson.
10              THE COURT:  Mr. Swanson.  I'll get used to
11    this.
12              MR. SWANSON:  No problem, Your Honor.
13              The problem, if I might point out, with
14    the AT&T/Verizon analogy is it ends with, "I
15    thought."  I thought.
16              We're not going to ask, "What did Amar Ali
17    or Barkat Ali or A-Z Wholesalers do for you to find
18    that they thought that?"  It's not a predicate
19    element of any claim.
20              THE COURT:  Yeah, yeah.
21              MR. SWANSON:  So we're not going to ask
22    the thought police on what that thought was.
23              On the credit agreement, we get to choose
24    which contract we're suing on, and we either win or
25    lose on our contract.
```

```
 1              What Ms. Lindauer wants to say is, "I
 2    don't like that contract.  I like to say that the
 3    invoices you sent me are my only contract," which
 4    then goes to our trial brief we submitted back in
 5    January --
 6              THE COURT:  I've got it.  I've got it.
 7              MR. SWANSON:  -- on that choice of law,
 8    where Louisiana says -- and it may or may not
 9    matter.  But in Louisiana law it really matters,
10    because you can't have an oral credit agreement in
11    Louisiana.
12              I think it's in our reply brief to their
13    response to the motion for summary judgment.  I
14    didn't look this morning, but we addressed the Texas
15    version of that, which would be the Statute of
16    Frauds.
17              And I know that -- so I'm not trying to
18    get too deep, but it does matter, because the
19    ultimate issue is not really who they thought they
20    were doing business with.  The only reason we're
21    here is to get the guarantor off the liability.
22    That's what the fight's about.  Because A-Z's
23    argument is, "We have an oral agreement with
24    Imperial.  And, by the way, your guarantor, Mr. Ali,
25    he's not part of that oral agreement, that's just
```

 1   A-Z."

 2            That's what this case is about, is trying

 3   to get Mr. Ali off his guarantee.  It's not really

 4   about all this, "What name is on the truck?  What

 5   name is on the invoice?"  It is, "Do I still -- does

 6   my client, Harrison Company, still have a creditor?"

 7            THE COURT:  What are the fact issues?

 8            MR. SWANSON:  I don't think there are any.

 9   I can't find one.  I have scoured.

10            THE COURT:  So you are suing on which

11   contract?

12            MR. SWANSON:  We are suing on the credit

13   agreement, the March 11, 2011, agreement.

14            THE COURT:  2011.

15            MR. SWANSON:  2011.  It says, "Credit

16   Application, Credit Agreement or Agreement Terms and

17   Guarantee."  And it's a credit agreement that was in

18   place, and we don't think it's been terminated.  The

19   word was used in the response filed this morning to

20   our motion in limine that it lapsed.  And once

21   again, I go, "What's the lapse question?"  I'm going

22   to ask, "Do you find from a preponderance of the

23   evidence that it lapsed?"  I think that would be a

24   question for Your Honor.

25            THE COURT:  Okay.

```
 1              MS. LINDAUER:  Can I go back?
 2              THE COURT:  Go ahead.
 3              MS. LINDAUER:  So here's -- based on your
 4    opinion.  So here's the facts.
 5              THE COURT:  Which one?  Which one?
 6              MS. LINDAUER:  The order that you entered.
 7              THE COURT:  I entered several orders.
 8              MS. LINDAUER:  The most recent one.
 9              THE COURT:  110.
10              MS. LINDAUER:  Yeah, 110.
11              So you talk about standing, right?  And
12    there's questions about contractual standing, those
13    issues.  But the law is, when you have a dispute
14    over standing, the fact question is, which principal
15    was, in fact, the contracting party?  That is the
16    fact question.  Which principal is the one that
17    actually had the contract for this particular
18    situation?
19              And that's where you said you thought
20    there were competing facts on both sides of that
21    issue, which -- because if you look at your standing
22    issue, I think it's on page 6.
23              THE COURT:  Yeah.
24              MS. LINDAUER:  "Genuine dispute of
25    materials whether Harrison has contractual standing.
```

1   And therefore you --" so the factual question is,

2   which principal was the contracting party?

3          And based on the law, that actually is a

4   question for the Plaintiff, not the Defendant.  The

5   Defendant has to prove it is the party that had the

6   contractual standing.  Okay?

7          And so of course our position is, is that

8   when they changed all of their invoices and

9   everything, they took away the Harrison, and they

10  accepted payments under Imperial.  So those are the

11  actual facts is -- is, which principal was the

12  contracting party at the very beginning, we know

13  that.

14         THE COURT:  The 3/11/11, or something,

15  whatever the contract is?

16         MS. LINDAUER:  Right, at the very

17  beginning.  And then of course it's our position

18  that that contract -- or testimony would show that

19  that contract was actually paid off.

20         THE COURT:  That was Harrison and A-Z,

21  right?

22         MS. LINDAUER:  Right.  That contract was

23  paid off, and then a relationship existed between

24  Wholesale, A-Z and Imperial.  So he's right in a

25  way.  I'm not going to disagree with him.  Okay?

```
 1              We think that the original lawsuit they
 2    filed in State Court, which was Imperial versus A-Z,
 3    was really the correct lawsuit because Imperial --
 4    so here's the question.  Imperial clearly could have
 5    sued on those invoices, right?  They nonsuited that
 6    action, okay?  And then they filed this action in
 7    Federal Court involving Harrison, okay?
 8              And we brought up to them several times,
 9    the reason they don't like the Imperial lawsuit is
10    because there is a question about whether the
11    guarantor -- I will agree with him -- whether the
12    guarantor agreed to guarantee the Imperial invoices
13    or did he simply guarantee the Harrison debt that
14    was then paid off.
15              So that's the fundamental question here
16    really.  He's right.  I mean, I'm not going to
17    dispute that.  I think if they had maintained their
18    Imperial lawsuit in State Court, that would have
19    been probably the right thing to do.  But we don't
20    have that, but we do have those exhibits which they
21    have objected to.
22              THE COURT:  Mr. Swanson.  Go ahead and
23    talk into the microphone.
24              MR. SWANSON:  In reverse order, I guess,
25    the nonsuit, the State Court deal, I got involved
```

1    after that case was filed.  I looked at it.  I asked

2    the question and said, "Explain to me the nature of

3    the business."  I said, "What's your agreement with

4    them?"  It was the March 11, 2011, agreement.  I

5    said, "Does Harrison still exist?"

6            He said, "yes."

7            I said, "Then Imperial has no claim --

8    it's on the books of Harrison, it's a receivable of

9    Harrison, Harrison pays its own taxes, Harrison has

10   its own Web."

11           I said, "Well, how did you get to

12   Imperial?"

13           So the bottom line is -- even though I

14   don't think anything about the State Court lawsuit

15   should come in, the bottom line is a mistake was

16   found -- let's just call it a mistake, whether it's

17   the client or the lawyer, it's a mistake.  So what

18   do you do to fix the mistake?  You nonsuit it,

19   because it's wrong.  And you file the legally

20   correct lawsuit, and because it's diversity we filed

21   it in Federal Court.  That's the history.

22           And now we're trying to use it as a cudgel

23   to say, "See, it really belongs to Imperial."  We

24   corrected the mistake.  So that's that part of it.

25           I want to address the Court briefly, if I

1   may, on 110, and I cross-reference it to --

2            THE COURT:  Yeah, what page are you on?

3            MR. SWANSON:  I'm on the same page she's

4   on, page 6.

5            On page 3 of our Joint Pretrial Order,

6   they have a contention -- which goes to a lot of

7   stipulations and motions in limine -- which is,

8   "Harrison ceased to exist."  For a while they said,

9   "We merged," Harrison merged.  And then they dropped

10  that because we didn't merge, and there's no proof

11  we merged.  But they still have a contention that

12  Harrison ceases to exist.

13           So then I go to page 6, and I wrote them

14  out and cut them out, and they were:  Standing;

15  Capacity; Authority; and Privity.  And I worked

16  backwards from our stipulations and objections.

17  Privity of the contract.  The parties have agreed to

18  Stipulation Number 6 in the joint pretrial order,

19  which is the contract I'm suing on.

20           The parties have offered a copy of

21  Plaintiff's Exhibit 1 and --

22           THE COURT:  Slow down.  Start again.

23  Plaintiff's offered a copy --

24           MR. SWANSON:  So we stipulated to the

25  contract.  They just say that's not the right one,

1  but they have stipulated to it.  It's in my exhibits

2  and theirs, and neither have objected to it.  So if

3  we have privity, which is a question for the Court

4  based on the undisputed facts that that's the

5  agreement, I'm Harrison --

6            THE COURT:  A-Z.

7            MR. SWANSON:  So we have privity.  So then

8  the next question becomes standing versus

9  performance or standard versus capacity.

10            THE COURT:  You can sit down, Mr. Unis,

11  it's fine.

12            MR. SWANSON:  I didn't see him.

13            And so when I was trying to merry

14  harmonize the rulings with the stipulations with the

15  exhibits, I got down to, we have -- each have one

16  contested issue that is close to being the same

17  thing that could, I suppose, be a fact question.

18  Who performed?  Who delivered the goods?  Who

19  performed?  Because we have a contract.  It's offer,

20  acceptance, consideration, performance.  They

21  admit -- they stipulate --

22            THE COURT:  You were the offerer.

23            MR. SWANSON:  Yeah, well, they came and

24  asked for credit.  And we said, "We will give you

25  credit."

```
 1              And they said, "Okay, I'm going to buy
 2   about a hundred to $200,000 worth of a cigarettes a
 3   week," which they did.
 4              THE COURT:  Ms. Lindauer, your papers are
 5   making noise.
 6              MS. LINDAUER:  Oh, I'm sorry.  I was just
 7   trying to flip ahead a little bit.
 8              MR. SWANSON:  So that's our agreement.  "I
 9   give you credit.  You guarantee that credit.  You
10   buy on credit, cigarettes.  I deliver those
11   cigarettes.  You sell those cigarettes to others,
12   and you pay me."  But at some point they stopped.
13              So we have an unpaid balance under that
14   contract, the balance of which we just stipulated
15   to.  We've already stipulated to the contract.  So
16   if I were to find a fact question, which I don't
17   really think there is one, is did we perform -- do
18   you find from a preponderance of the evidence that
19   Harrison Company delivered the cigarettes?
20              THE COURT:  Yeah, yeah.
21              MR. SWANSON:  And I don't think the
22   subjective belief that -- it says "Imperial" on the
23   side of the truck.  Sure did.  It said "Harrison,"
24   too.
25              It said "Imperial" on the Bills of Lading.
```

```
 1   Sure did.  It said "Bossier," too.
 2             So we still lead back to what's the legal
 3   import of those things?
 4             THE COURT:  Ms. Lindauer, anything?
 5             I'm going to take a break right now,
 6   because I'm going to talk to my clerk a little bit.
 7             Anything else?
 8             MS. LINDAUER:  I think if you look at the
 9   First Amended Proposed Jury Questions that we filed
10   this morning, I think that those questions are the
11   right questions, which is:  "Was A-Z obligated under
12   the credit agreement to pay Harrison Company, LLC?"
13             Then, "Was A-Z to obligated under the
14   creditor --"
15             THE COURT:  Wait, wait, wait.  To pay
16   Harrison Company, right?
17             MS. LINDAUER:  Right.  These are page 9
18   and 10 of our proposed jury questions.
19             THE COURT:  I can't find those right now.
20             What was the second question?
21             MS. LINDAUER:  The second question is:
22   "Was A-Z obligated under the credit agreement to pay
23   Imperial Trading Company?"
24             Those are very simple questions.  I think
25   a jury can understand that.  Were they obligated to
```

```
 1  pay Harrison, or were they obligated to pay
 2  Imperial?
 3          And then, if you say, "Yes, they're
 4  obligated to pay Harrison," okay.  Then, "Did that
 5  relationship at some point end?"  And that's going
 6  to be the testimony.  And of course they're going to
 7  say, "No, it didn't," and we're going to say, "Yes,
 8  it did."  So, again, that's the question for the
 9  jury.  And then, "How much do you find for damages?"
10  We've agreed on a damage amount.
11          And same thing for the guarantor.  "Was he
12  obligated under the Harrison agreement?"
13          "Yes or No?"
14          "And was he obligated under some agreement
15  with Imperial?"
16          "Yes or no?"
17          And if he still -- so the question is --
18  it's really a timing question, which is, "Did this
19  relationship ever stop?"
20          They're saying "No," and we say, "Yes."
21          THE COURT:  Mr. Swanson.
22          MR. SWANSON:  Both examples she gave
23  you -- because I got this this morning, too -- she
24  just asked you to construe the terms of an
25  unambiguous writing.  That's a question of law,
```

```
 1   that's not a question you ask the jury.
 2            THE COURT:  Okay.  All right.  Let's take
 3   a short break, and I will be right back.
 4            MS. LINDAUER:  Thank you, Your Honor.
 5            (Recess taken.(
 6            THE COURT:  I think that Mr. Swanson has
 7   the better argument.  And I think what I'm going to
 8   do is this:  I'm going to have them file another
 9   summary judgment motion on these issues, because
10   this is really confusing.  You respond to it.  And
11   if there's anything left, we will have a jury trial.
12   Okay?
13            MS. LINDAUER:  Who's filing summary
14   judgment, us or them?
15            THE COURT:  Them.
16            MS. LINDAUER:  Okay.  All right.
17            THE COURT:  Right, Mr. Swanson?
18            MR. SWANSON:  Yes, Your Honor.
19            By when?  When would the Court --
20            THE COURT:  Well, I would like it within
21   two weeks or 30 days.  Which would you prefer?
22            MR. SWANSON:  I'd prefer the 30 days, just
23   because there are other things --
24            THE COURT:  All right.  Thirty days.  The
25   response 21 days after, and then the reply.
```

```
 1              MR. SWANSON:  Understood, Your Honor.
 2              THE COURT:  And, you know, I don't want to
 3   do this, but I think this is so confusing, and a
 4   jury is going to just die when they hear it.
 5              And, you know, I think that -- I think we
 6   need to just test his legal issues out and see if I
 7   think at the end there's a fact issue, because I
 8   just don't think there is.
 9              Go ahead, Ms. Lindauer.
10              MS. LINDAUER:  Couple of things:  One,
11   you're not as scary in person as you are in your
12   writings.  So I was actually going to go back and
13   report to my clients that I thought there was a good
14   possibility we should let you try the case.  Because
15   I do think you would be fair, from what I'm seeing
16   here in court.
17              THE COURT:  I would be very fair.
18              MS. LINDAUER:  Yeah, right.  I just
19   haven't had any experience with you as a judge other
20   than just reading what you write.
21              THE COURT:  I thought we had something a
22   long time ago.
23              MS. LINDAUER:  Maybe 10 or 15 years ago.
24   Normally, I'm in the Bankruptcy Court, so this is a
25   little different experience.
```

```
 1              THE COURT:  It was a bleed-off of some
 2    bankruptcy matter, I think.
 3              MS. LINDAUER:  Probably.  But
 4    irrespective, I was going to go back and report
 5    that.  So I will let you know an answer today on
 6    that, because if you try it, then you could ferret
 7    all this out very quickly, I think, and it would
 8    literally take a day.
 9              THE COURT:  Mr. Swanson?
10              MR. SWANSON:  We've been out
11    two-and-a-half-million dollars for two years.  We're
12    trying to save money.  Our witnesses are from New
13    Orleans and Bossier City.
14              Please let us file the motion for summary
15    judgment.
16              MS. LINDAUER:  That's fine.  That's fine.
17              THE COURT:  Thirty days.  We will send a
18    schedule out.  But, again, I think this case is so
19    confusing with legal issues and fact issues.
20              MS. LINDAUER:  Can we have 30 days to also
21    file --
22              THE COURT:  You can have 30 days.
23              MS. LINDAUER:  -- to also file a summary
24    judgment?
25              THE COURT:  Thirty days together, and you
```

1  will file them separate.  And you respond and you

2  respond.

3          MS. LINDAUER:  Okay.  And I will let you

4  know probably by Monday, to the extent that you

5  ultimately determine that you find a fact question,

6  whether we would be okay with you handling that.  So

7  I'll let you know that, too.

8          THE COURT:  Okay.

9          MS. LINDAUER:  Because I do think if you

10 heard it, it would be one day, at the most a day and

11 a half.  If you do a jury, you're right that could

12 take a week, because they have to have breaks, and

13 they have to have lunch.

14         THE COURT:  And COVID stuff.

15         MS. LINDAUER:  COVID stuff, too.

16         THE COURT:  Mr. Swanson.

17         MR. SWANSON:  Nothing further, unless you

18 want me to reaffirm that we will try the case to

19 Your Honor, we would be happy to do that, too, if

20 there's a fact issue.

21         THE COURT:  If there's a fact issue.  I

22 can't ferret it all out right now.  I will ferret it

23 out, and you file the motions, and I will decide

24 from there, and I'm hoping it will be very soon.

25         Thank you very much.  We will be in

1  recess.

2          (Court in recess at 9:46 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2              I, Shawnie Archuleta, CCR/CRR, certify

 3     that the foregoing is a transcript from the record

 4     of the proceedings in the foregoing entitled matter.

 5              I further certify that the transcript fees

 6     format comply with those prescribed by the Court and

 7     the Judicial Conference of the United States.

 8              This 7th day of April 2021.

 9

10

11                         s/Shawnie Archuleta
                           Shawnie Archuleta CCR No. 7533
12                         Official Court Reporter
                           The Northern District of Texas
13                         Dallas Division

14

15

16     My CSR license expires:  December 31, 2021

17     Business address:  1100 Commerce Street
                          Dallas, TX  75242
18     Telephone Number:  214.753.2747

19

20

21

22

23

24

25
```