UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS, INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

**ORDER GRANTING HARRISON'S OBJECTION TO AND MOTION TO STRIKE DEFENDANTS' SUMMARY JUDGMENT EVIDENCE**

Came on for consideration this day Plaintiff Harrison Company, L.L.C. ("Harrison")'s Objection to and Motion to Strike Defendants' Summary Judgment Evidence (the "Motion"), and the Court, having considered the Motion, together with any response or reply, finds that Harrison's objection should be, and hereby is, **SUSTAINED** and the Motion should be, and here by is, in all things, **GRANTED**. It is therefore,

**ORDERED, ADJUDGED,** and **DECREED** that the transcript of Amar' Ali's deposition filed by Defendants in their Appendix to Brief in Support of Defendants (Second) Motion for Summary Judgment (Doc. 138) to which Harrison objected in the Motion is **STRICKEN** in its entirety, and will not be considered in the Court's analysis of the Parties' cross-motions for summary judgment.

Signed on the ____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE