IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:19-cv-01057-B |
| | § | |
| A-Z WHOLESALERS, INC., and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' APPENDIX TO RESPONSE AND BRIEF IN OPPOSITION
TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to FED.R.CIV.P. 56 and Local Rule 7.1(i), Defendants A-Z Wholesalers, Inc. and Barkat G. Ali file their Appendix to Response and Brief in Opposition to Plaintiff's Second Motion for Summary Judgment, containing the following summary judgment evidence:

- Appendix "A": Joint Pretrial Order [Doc. 91]
- Appendix "B": Declaration of Wayne M. Baquet and Wayne Prendergast [Doc. 53]
- Appendix "C": Plaintiff's Objections and Responses to Defendants First Amended Set of Discovery Requests
- Appendix "D": Imperial Trading Co. UCC-1 Financing Statement [A-Z 268]
- Appendix "E": Imperial Trading Co. Invoices 10.22.18 - 03.04.19 [A-Z 33-182]
- Appendix "F": Notice Default and Demand for Payment - Locke Lord [A-Z 30-32]
- Appendix "G": Imperial Open Invoice Report 95750-95751 [A-Z 183-184]
- Appendix "H": Harrison Statements, 17501-17502 [A-Z 208, 211]
- Appendix "I": Imperial Trading Co. Manifest [A-Z 229]
- Appendix "J": Imperial Emails [A-Z 3766, 3772]
- Appendix "K": Imperial Emails [A-Z 3765, 3768]
- Appendix "L": Imperial Emails [A-Z 3767]
- Appendix "M": Imperial Emails [A-Z 3769-3771]
- Appendix "N": Brad Prendergast Text Message (EXH. F)

Defendants' Appendix to Response and Brief in Opposition
To Plaintiff's Second Motion for Summary Judgment
Page 1

- Appendix "O": Imperial Trading Co. Audit Letter [HAR000505]
- Appendix "P": Plaintiff's Appendix In Support Of Its Second Motion for Summary Judgment [Doc. 135]
- Appendix "Q": Imperial Term Sheet [APP 581-583]
- Appendix "R": Plaintiff's Verified Original Petition [APP 1-14, 360]
- Appendix "S": Plaintiff's Brief in Support of its Second Motion for Summary Judgment [Doc 134]
- Appendix "T": Promissory Note and Commercial Guaranty - Signed by A.Ali [A-Z 24-28]
- Appendix "U": Plaintiff's Brief in Support of its Motion for Summary Judgment [Doc. 52]
- Appendix "V": Plaintiff's Appendix in Support of its Motion for Summary Judgment [Doc. 53]
- Appendix "W": Defendants' Appendix to Brief In Support of Motion for Summary Judgment [Doc. 56]
- Appendix "X": Harrison Statements [APP 256-276]
- Appendix "Y": Declaration of Amar Ali [APP 614-615]
- Appendix "Z": Imperial Manifests [HAR000689-HAR000727]
- Appendix "AA": Checks to Imperial [HAZ000001-HAZ000158]
- Appendix "AB": Emails Between Imperial and A-Z
- Appendix "AC": Notice Default and Demand for Payment - Locke Lord [HAR000637-HAR000639, HAR003425-HAR003426, HAR000322-HAR000323, HAR000505-HAR000506
- Appendix "AD": Imperial Trading UCC-1 Financing Statements

Defendants' Appendix to Response and Brief in Opposition
To Plaintiff's Second Motion for Summary Judgment
Page 2

Dated: May 17, 2021.

                Respectfully submitted,

                */s/ Joyce W. Lindauer*
                Joyce W. Lindauer
                State Bar No. 21555700
                Guy H. Holman
                State Bar No. 24095171
                Kerry S. Alleyne
                State Bar No. 24066090
                Joyce W. Lindauer Attorney, PLLC
                1412 Main St., Suite 500
                Dallas, Texas 75202
                Telephone: (972) 503-4033
                Facsimile: (972) 503-4034
                Email: joyce@joycelindauer.com
                            guy@joycelindauer.com
                            kerry@joycelindauer.com
                **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2021, a true and correct copy of the foregoing was served on all parties via the Court's ECF system.

                */s/ Joyce W. Lindauer*
                Joyce W. Lindauer

Defendants' Appendix to Response and Brief in Opposition
To Plaintiff's Second Motion for Summary Judgment
Page 3