UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| A-Z WHOLESALERS, INC. and BARKAT G. ALI, | § § § § | |
| Defendants. | § | |

## HARRISON'S REQUEST FOR HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND RELATED OBJECTIONS

Plaintiff, Harrison Company, L.L.C. ("Harrison") requests an oral hearing on the parties' cross-motions and related objections to evidence offered in support (Doc. 131 and Doc. 136). If the Court has any question regarding the motions or any objection (or believes additional discussion or explanation would help resolve the objections or the cross-motions), Harrison believes an on oral hearing would be an efficient manner to address them. Harrison's counsel can be available on a date in mid-June, or at any other time convenient to the Court's calendar. As explained in the certificate of conference, the parties conferred and did not agree on either the time or necessity of a hearing.

92179135v.2

Respectfully submitted,

*/s/ David L. Swanson*
David L. Swanson
  State Bar No. 19554525
  dswanson@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
T: 214-740-8000
F: 214-740-8800
**ATTORNEY FOR PLAINTIFF
HARRISON COMPANY, L.L.C.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b) and Judge Specific Requirement I.I., I certify that on May 12, 2021, I conferred telephonically with counsel for Defendants regarding Plaintiff's request for a hearing. Defendants do not think that a hearing is necessary, and accordingly, did not provide available dates when I attempted to confer to reach agreement as to a proposed hearing date and time.

*/s/ Joseph A. Unis, Jr.*
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 1, 2021, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Defendants' counsel of record, who are registered ECF users. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. See LR 5.1.

*/s/ David L. Swanson*
Counsel for Plaintiff

92179135v.2