IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No.: 3:19-cv-01057-B |
| **A-Z WHOLESALERS, INC., and BARKAT G. ALI,** | § § § § | |
| **Defendants.** | § § | |

**ORDER DENYING PLAINTIFF'S OBJECTION TO AND MOTION
TO STRIKE DEFENDANTS' SUMMARY JUDGMENT EVIDENCE**

**CAME ON FOR CONSIDERATION** the *Defendants' Response to Plaintiff's Objection to and Motion to Strike Defendants' Summary Judgment Evidence* filed by A-Z Wholesalers, Inc., and Barkat G. Ali ("Defendants") in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1.  Upon consideration of the Motion, this Court finds the Motion to be well taken and that it should be, in all things, granted.  It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that *Plaintiff's Objection to and Motion to Strike Defendants' Summary Judgment Evidence* is hereby denied in its entirety.  It is further

**ORDERED, ADJUDGED AND DECREED** that Defendant shall be granted leave of the Court to file *Defendants' Supplemented Brief in Support of Motion for Summary Judgment* attached to the *Defendant's Response* as Exhibit "1."

SIGNED on this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE