UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY, L.L.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1057-B |
| | § | |
| A-Z WHOLESALERS INC. and | § | |
| BARKAT G. ALI, | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR AWARD OF INTEREST, ATTORNEYS' FEES, AND COSTS**

Came on for consideration this day Plaintiff Harrison Company, L.L.C.'s ("Harrison") Motion for Award of Interest, Attorneys' Fees, and Costs (the "Motion"), due notice having been given, and the Court, having considered the Motion, the Brief in Support, and any response or reply, finds that Harrison's Motion should be, and hereby is, in all things, **GRANTED**. It is therefore,

**ORDERED, ADJUDGED,** and **DECREED** that defendants A-Z Wholesalers Inc. and Barkat G. Ali are jointly and severally liable to Harrison and are obligated to pay Harrison the total amount of $_____, of which amount (a) $2,575,335.73 is the underlying principal amount owed, (b) $_____ is for pre-judgment interest, calculated at the rate of \_\_\_% per annum, (c) $_____ is for attorneys' fees, and (d) $_____ is for collection costs, plus (e) post-judgment interest at the rate of \_\_\_% per annum and (f) costs to be taxed by the Clerk.

The Clerk shall enter final judgment in accordance with this Order and the Court retains jurisdiction over this matter to enforce it.

Signed on the \_\_\_\_ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE