Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 3:19-cv-01057-B** |
| | § | |
| **A-Z WHOLESALERS, INC., and** | § | |
| **BARKAT G. ALI,** | § | |
| **Defendants.** | § | |

## JOYCE W. LINDAUER ATTORNEY, PLLC's MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**COME NOW** Movants Joyce Lindauer, Guy Holman, and Kerry Alleyne of the law firm Joyce W. Lindauer Attorney, PLLC (collectively "Movants"), and file this their *Motion to Withdraw As Counsel for Defendants* (the "Motion") in accordance with FED. R. CIV. P. 83.12 and Local Rule 7.1, and in support of same would show the Court as follows:

1.      Plaintiff sued Defendant A-Z Wholesalers, Inc for breach of contract and Defendant Barkat Ali for suit on a personal guarantee.

2.      On July 8, 2021, the Court entered its Memorandum Opinion and Order [Doc. No. 153], granting Plaintiff's Second Motion for Summary Judgment.

3.      Movants seek to withdraw as counsel for Defendants as there has been a total breakdown in communication with Defendants, and thus Movants have been unable to obtain written consent to the withdrawal.

4.      *VIA* email, the Defendants has been put on notice of the status of this case and any pending deadlines herein.  Particularly, Defendants have been informed of the response deadline to Harrison's Motion for Award of Interest and Attorney's Fees, and Cost at Doc. No. 154.

5.      This Motion is being filed in good faith and not for purposes of delay.

6.      Movants' have delivered a copy of this Motion to Defendants and they have been notified of their right to object.

WHEREFORE, PREMISES CONSIDERED, Movants pray the Court grants the relief as prayed for herein, and grant Movants such other and further relief, both at law and in equity, to which Movants may show them themselves justly entitled.

Dated: July 30, 2021.

Respectfully submitted,

   */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Guy H. Holman
State Bar No. 24095171
Kerry S. Alleyne
State Bar No. 24066090
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
          guy@joycelindauer.com
          kerry@joycelindauer.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1, on July 30, 2021, my associate, Guy Holman, conferred with David Swanson, counsel for Plaintiff, and he is opposed to the Motion.

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case.

_/s/ Joyce W. Lindauer_
Joyce W. Lindauer