**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **HARRISON COMPANY, LLC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 3:19-cv-01057-B** |
| | § | |
| **A-Z WHOLESALERS, INC., and** | § | |
| **BARKAT G. ALI,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING JOYCE W. LINDAUER ATTORNEY, PLLC's MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANTS**

**COME ON FOR CONSIDERATION** Movants Joyce Lindauer, Guy Holman, and Kerry

Alleyne of the law firm Joyce W. Lindauer Attorney, PLLC's *Motion to Withdraw As Counsel for*

*Defendants*, after due consideration of the Motion and the Response(s) thereto, the Court finds

good cause to GRANT the Motion.  It is hereby

ORDERED, ADJUDGED, AND DECREED that Joyce Lindauer, Guy Holman, Kerry

Alleyne and the law firm Joyce W. Lindauer Attorney, PLLC are hereby withdrawn as counsel

for Defendants.

Entered: _____

_____
PRSIDING JUDGE