UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HARRISON COMPANY, L.L.C.,** § § § | |
| **Plaintiff,** § § | |
| v. § § | CIVIL ACTION NO. 3:19-CV-1057-B |
| **A-Z WHOLESALERS, INC. and BARKAT G. ALI,** § § § § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

     PLEASE TAKE NOTICE that Thomas F. Loose, Locke Lord LLP, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, hereby enters an appearance in the above-styled and numbered cause as additional counsel for Plaintiff Harrison Company, L.L.C.  All correspondence, notices, pleadings, and orders should be served on Mr. Loose at the address shown in this Notice.

                                          Respectfully submitted,

                                          */s/ Thomas F. Loose*
                                          David L. Swanson
                                            State Bar No. 19554525
                                            dswanson@lockelord.com
                                         Thomas F. Loose
                                            State Bar No. 12561500
                                            tloose@lockelord.com
                                         LOCKE LORD LLP
                                         2200 Ross Avenue, Suite 2800
                                         Dallas, Texas 75201
                                         T: 214-740-8000
                                         F: 214-740-8800

                                         **ATTORNEYS FOR PLAINTIFF**
                                         **HARRISON COMPANY, L.L.C.**

## CERTIFICATE OF SERVICE

I certify that on August 6, 2021, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Defendants' counsel of record, who are registered ECF users. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. *See* LR 5.1.

*/s/ Thomas F. Loose*
Counsel for Plaintiff