## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| **HARRISON COMPANY, LLC.,** § | |
| *Plaintiff* § | |
| v. § | |
| § | **Civil Action No. 3:19-cv-01057-B** |
| **A-Z WHOLESALERS, INC., and** § | |
| **BARKAT G. ALI,** § | |
| *Defendants.* § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE COURT the undersigned, an attorney admitted to practice before this Court, hereby gives notice of appearance as counsel for Defendants in the instant case.

    Respectfully Submitted,

    Norred Law, PLLC
    */s/ Warren V. Norred*
    Warren V. Norred, Texas Bar No. 24045094
    wnorred@norredlaw.com
    515 E. Border Street; Arlington, Texas 76010
    Tel. (817) 704-3984; Fax. (817) 524-6686
    **Attorney for Defendants**

**CERTIFICATE OF SERVICE** - I certify that this document was served on all parties seeking service in the instant case via ECF on August 11, 2021.

    */s/Warren V. Norred*
    Warren V. Norred