UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – DALLAS DIVISION

| | | |
|---|---|---|
| HARRISON COMPANY LLC,<br>　*Plaintiff*, | § § § | |
| *v.* | § § | Civil Action No. 3:19-CV-1057-B |
| A-Z WHOLESALERS, INC. and<br>BARKAT G. ALI,<br>　*Defendants*. | § § § § | |

## NOTICE OF APPEAL

Notice is given that the defendants in the above-named case, pursuant to 28 U.S.C. 129, hereby appeal to the United States District Court of Appeals for the 5th Circuit, the Final Judgment entered on September 7, 2021, in cause 3:19-CV-1057-B (Doc. 166).

DATED this 6th day of October 2021.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Warren V. Norred
　　　　　　　　　　　　　　　　　　Warren V. Norred
　　　　　　　　　　　　　　　　　　Texas State Bar Number 24045094
　　　　　　　　　　　　　　　　　　NORRED LAW, PLLC
　　　　　　　　　　　　　　　　　　515 E. Border
　　　　　　　　　　　　　　　　　　Arlington Texas 76010
　　　　　　　　　　　　　　　　　　Telephone: 817-704-3984
　　　　　　　　　　　　　　　　　　warren@norredlaw.com
　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following was filed with the Court on October 6, 2021, and served by the Court's electronic service to all parties in interest, including David L Swanson, counsel for Harrison Company at dswanson@lockelord.com.

　　　　　　　　　　　　　　　　　　/s/ Warren V. Norred
　　　　　　　　　　　　　　　　　　Warren V. Norred